# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Joseph Rozell, on behalf of the Oakland County Employees' Retirement System ("Oakland County ERS") and the Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA") hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Chairman of Oakland County ERS and Oakland County VEBA and I am authorized to sign this certification on their behalf. I have reviewed the complaint and authorize its filing by counsel.

2. Oakland County ERS and Oakland County VEBA did not purchase or sell the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oakland County ERS and Oakland County VEBA are willing to serve as representative parties on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Oakland County ERS's and Oakland County VEBA's transactions in the Generac Holdings Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Oakland County ERS and Oakland County VEBA have sought to serve and were appointed as lead plaintiffs and representative parties on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Grand Canyon Education, Inc. Securities Litigation*,
    No. 20-cv-639 (D. Del.)
    *Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc.*,
    No. 20-cv-5635 (S.D.N.Y.)

6. Oakland County ERS and Oakland County VEBA are currently serving as representative parties on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Oakland County Voluntary Employees' Beneficiary Association v. Opendoor Technologies Inc.*, No. 22-cv-1987 (D. Ariz.)

7. Oakland County ERS and Oakland County VEBA have sought to serve as lead plaintiffs and representative parties on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the

EXHIBIT A

date of this Certification, but either withdrew their motion for appointment as lead plaintiffs or were not appointed lead plaintiffs:

*City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.*,
No. 21-cv-62380 (S.D. Fla.)

8. Oakland County ERS and Oakland County VEBA will not accept any payment for serving as a representative party on behalf of the Class beyond Oakland County ERS's and Oakland County VEBA's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of November, 2022.

_____
Joseph Rozell
Chairman
*Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association*

**Oakland County Employees' Retirement System**
**Transactions in Generac Holdings Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/11/2021 | 25 | 297.9294 |
| Purchase | 5/12/2021 | 25 | 291.2178 |
| Purchase | 5/13/2021 | 25 | 292.6277 |
| Purchase | 11/2/2021 | 50 | 483.6174 |
| Purchase | 11/23/2021 | 25 | 431.2053 |
| Purchase | 11/30/2021 | 50 | 420.8391 |
| Purchase | 12/1/2021 | 25 | 404.3618 |
| Purchase | 1/11/2022 | 102 | 321.0058 |
| Purchase | 1/11/2022 | 41 | 320.2800 |
| Purchase | 1/21/2022 | 68 | 273.9080 |
| Purchase | 1/21/2022 | 127 | 277.1012 |
| Purchase | 1/24/2022 | 1 | 266.4262 |
| Purchase | 1/24/2022 | 97 | 265.1321 |
| Purchase | 2/16/2022 | 4 | 309.8225 |
| Purchase | 2/16/2022 | 25 | 313.1879 |
| Purchase | 2/16/2022 | 4 | 312.0088 |
| Purchase | 2/17/2022 | 50 | 309.1250 |
| Purchase | 2/18/2022 | 25 | 296.0800 |
| Purchase | 3/4/2022 | 25 | 315.7821 |
| Purchase | 3/9/2022 | 25 | 307.6455 |
| Purchase | 3/10/2022 | 25 | 303.7763 |
| Purchase | 4/27/2022 | 81 | 233.3908 |
| Purchase | 5/10/2022 | 56 | 222.1492 |
| Purchase | 7/18/2022 | 27 | 225.8759 |
| Sale | 6/16/2021 | (25) | 368.6578 |
| Sale | 6/21/2021 | (25) | 386.6857 |
| Sale | 6/22/2021 | (50) | 393.2410 |
| Sale | 6/23/2021 | (25) | 406.3579 |
| Sale | 7/15/2021 | (25) | 438.3402 |
| Sale | 9/27/2021 | (25) | 436.9343 |
| Sale | 10/15/2021 | (25) | 455.2853 |
| Sale | 11/1/2021 | (50) | 492.9622 |
| Sale | 12/3/2021 | (150) | 386.0703 |
| Sale | 3/24/2022 | (61) | 323.4200 |
| Sale | 3/30/2022 | (25) | 317.9905 |
| Sale | 3/31/2022 | (25) | 298.9253 |
| Sale | 4/1/2022 | (50) | 300.8878 |

**Oakland County Employees' Retirement System**
**Transactions in Generac Holdings Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 6/22/2022 | (50) | 206.9346 |
| Sale | 7/28/2022 | (96) | 252.8870 |
| Sale | 10/14/2022 | (100) | 140.7804 |
| Sale | 10/14/2022 | (100) | 138.4951 |
| Sale | 10/17/2022 | (100) | 143.1803 |
| Sale | 10/17/2022 | (100) | 144.7035 |
| Sale | 10/19/2022 | (50) | 118.4016 |

## Oakland County Voluntary Employees' Beneficiary Association
## Transactions in Generac Holdings Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/11/2021 | 50 | 297.9294 |
| Purchase | 5/12/2021 | 50 | 291.2178 |
| Purchase | 5/13/2021 | 100 | 292.6277 |
| Purchase | 11/2/2021 | 75 | 483.6174 |
| Purchase | 11/16/2021 | 25 | 436.3300 |
| Purchase | 11/23/2021 | 50 | 431.2053 |
| Purchase | 11/30/2021 | 100 | 420.8391 |
| Purchase | 12/1/2021 | 25 | 404.3618 |
| Purchase | 12/1/2021 | 25 | 412.3359 |
| Purchase | 1/11/2022 | 202 | 321.0058 |
| Purchase | 1/11/2022 | 82 | 320.2800 |
| Purchase | 1/21/2022 | 135 | 273.9080 |
| Purchase | 1/21/2022 | 250 | 277.1012 |
| Purchase | 1/24/2022 | 3 | 266.4262 |
| Purchase | 1/24/2022 | 191 | 265.1321 |
| Purchase | 2/16/2022 | 100 | 302.8532 |
| Purchase | 2/16/2022 | 8 | 309.8225 |
| Purchase | 2/16/2022 | 51 | 313.1879 |
| Purchase | 2/16/2022 | 8 | 312.0088 |
| Purchase | 2/17/2022 | 25 | 309.1250 |
| Purchase | 2/18/2022 | 25 | 296.0800 |
| Purchase | 3/4/2022 | 50 | 315.7821 |
| Purchase | 3/7/2022 | 25 | 316.0948 |
| Purchase | 3/9/2022 | 50 | 307.6455 |
| Purchase | 3/10/2022 | 50 | 303.7763 |
| Purchase | 4/27/2022 | 181 | 233.3908 |
| Purchase | 5/10/2022 | 128 | 222.1492 |
| Purchase | 7/18/2022 | 59 | 225.8759 |
| Purchase | 9/27/2022 | 100 | 186.9579 |
| Sale | 4/29/2021 | (50) | 333.9811 |
| Sale | 6/16/2021 | (50) | 368.6578 |
| Sale | 6/18/2021 | (50) | 390.7371 |
| Sale | 6/21/2021 | (100) | 386.6857 |
| Sale | 6/22/2021 | (100) | 393.2410 |
| Sale | 6/23/2021 | (25) | 406.3579 |
| Sale | 6/28/2021 | (300) | 409.1900 |
| Sale | 7/7/2021 | (75) | 427.8932 |

Oakland County Voluntary Employees' Beneficiary Association
Transactions in Generac Holdings Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 7/12/2021 | (25) | 447.5835 |
| Sale | 7/16/2021 | (25) | 428.9450 |
| Sale | 7/28/2021 | (25) | 426.1476 |
| Sale | 9/27/2021 | (25) | 444.0773 |
| Sale | 10/15/2021 | (25) | 455.2853 |
| Sale | 10/18/2021 | (25) | 469.1614 |
| Sale | 11/1/2021 | (100) | 493.4400 |
| Sale | 12/3/2021 | (300) | 386.0703 |
| Sale | 3/30/2022 | (50) | 317.9905 |
| Sale | 3/31/2022 | (75) | 298.9253 |
| Sale | 4/1/2022 | (50) | 300.8878 |
| Sale | 4/4/2022 | (25) | 313.8004 |
| Sale | 4/4/2022 | (25) | 306.5385 |
| Sale | 4/6/2022 | (25) | 305.9099 |
| Sale | 6/22/2022 | (50) | 206.9346 |
| Sale | 7/28/2022 | (218) | 252.8870 |
| Sale | 10/14/2022 | (100) | 140.7804 |
| Sale | 10/14/2022 | (300) | 138.4951 |
| Sale | 10/17/2022 | (200) | 144.7035 |
| Sale | 10/17/2022 | (100) | 143.1803 |
| Sale | 10/18/2022 | (300) | 149.2706 |
| Sale | 10/19/2022 | (75) | 118.4016 |