# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

|  |  |
|---|---|
| _Plaintiff(s)_ | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. |
|  | )<br>)<br>)<br>)<br>) |
| _Defendant(s)_ | ) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                    _GINA M. COLLETTI, CLERK OF COURT_

Date: _____                              _____
                                                                                                               _Signature of Clerk or Deputy Clerk_

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:
_____

were received by me on *(date)* _____ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*:
_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: