UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

     vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:22-cv-01436-BHL

CLASS ACTION

---

CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, on Behalf of Itself and All
Others Similarly Situated,

                    Plaintiff,

     vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:23-cv-00081-BHL

CLASS ACTION

---

NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that class member and proposed lead plaintiff City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa") hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq*., and Rule 42 of the Federal Rules of Civil Procedure for an order consolidating the above-captioned related securities class actions, appointing Tampa as Lead Plaintiff, and approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class.  In support of this Motion, Tampa submits the accompanying Memorandum of Law, the Declaration of John D. Blythin, and a [Proposed] Order.

DATED:  January 30, 2023

ADEMI LLP
GURI ADEMI
JESSE FRUCHTER
JOHN D. BLYTHIN


s/ John D. Blythin
JOHN D. BLYTHIN (SBN 1046105)

3620 East Layton Avenue
Cudahy, WI  53110
Telephone:  414/482-8000
414/482-8001 (fax)
gademi@ademilaw.com
jfruchter@ademilaw.com
jblythin@ademilaw.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SCOTT H. SAHAM
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
scotts@rgrdlaw.com
dmyers@rgrdlaw.com

- 1 -

Proposed Lead Counsel for Proposed Lead Plaintiff

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
STUART A. KAUFMAN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com
stu@robertdklausner.com

Additional Counsel for Proposed Lead Plaintiff

- 2 -