UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:22-cv-01436-BHL

CLASS ACTION

---

CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, on Behalf of Itself and All
Others Similarly Situated,

                    Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:23-cv-00081-BHL

CLASS ACTION

---

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL

---

Having considered City Pension Fund for Firefighters and Police Officers in the City of Tampa's ("Tampa") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.	The Motion is GRANTED;

2.	Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Oakland County Voluntary Employees' Beneficiary Association v. Generac Holdings Inc.*, No. 2:22-cv-01436-BHL and *California Ironworkers Field Pension Trust v. Generac Holdings Inc.*, No. 2:23-cv-00081-BHL are hereby consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re GENERAC HOLDINGS INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 2:22-cv-01436-BHL<br><br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) ) ) ) ) | |

(a)	The file in Case No. 2:22-cv-01436-BHL shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)	All securities class actions against any or all of the defendants asserting the same or substantially similar misconduct subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an

- 1 -

application for relief from this Order within ten days after the action is consolidated into this action; and

        (c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Tampa is appointed Lead Plaintiff for the class; and

4.    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE BRETT H. LUDWIG
UNITED STATES DISTRICT JUDGE

- 2 -