UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:22-cv-01436-BHL

<u>CLASS ACTION</u>

---

CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, on Behalf of Itself and All
Others Similarly Situated,

                    Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:23-cv-00081-BHL

<u>CLASS ACTION</u>

---

DECLARATION OF JOHN D. BLYTHIN IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

---

4890-0039-0988.v2

I, JOHN D. BLYTHIN, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of Wisconsin and this Court.  I am an attorney with Ademi LLP, proposed local counsel for the City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa").  I make this declaration in support of Tampa's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A:     Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 1, 2022;

Exhibit B:     Notice of filing of *California Ironworkers* case published on *Business Wire* on January 20, 2023;

Exhibit C:     Tampa's Certification; and

Exhibit D:     Estimate of Tampa's losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of January, 2023.

s/ John D. Blythin
JOHN D. BLYTHIN (SBN 1046105)