**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:22-cv-1436 (BHL) <br><br> Hon. Brett H. Ludwig <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:23-cv-0081 (BHL) <br><br> Hon. Brett H. Ludwig <br><br> <u>CLASS ACTION</u> |

**MOTION OF THE OFFICE OF THE TREASURER AS TRUSTEE FOR THE CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS, INDUSTRIENS PENSIONSFORSIKRING A/S, AND STOREBRAND ASSET MANAGEMENT AS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Proposed Lead Plaintiff the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") respectfully move this Court for entry of an Order: (1) consolidating the above-captioned, related actions (together, the "Litigation"); (2) appointing the Institutional Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving its selection of Saxena White P.A. ("Saxena White") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel and the Cross Law Firm, S.C. (the "Cross Firm") as Local Counsel for the Class; and (4) any such other and further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that the Institutional Investor Group believes it is the "most adequate plaintiff" under the PSLRA, and should therefore be appointed Lead Plaintiff. Specifically, the Institutional Investor Group believes it has the "largest financial interest" in the relief sought by the Class in the Litigation. The Institutional Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and it will fairly and adequately represent the interests of the Class. Indeed, the Institutional Investor Group is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a group of three sophisticated institutional investors with substantial financial interests in the litigation and the resources and experience necessary to ensure effective monitoring and supervision of counsel.

1

This Motion is supported by the accompanying Memorandum of Law, the Declaration of David R. Kaplan and exhibits annexed thereto, the pleadings and other filings herein, and such other written or oral argument as the Court may permit.

WHEREFORE, the Institutional Investor Group respectfully requests that the Court: (1) consolidate the above-captioned, related actions; (2) appoint the Institutional Investor Group as Lead Plaintiff; (3) approve the Institutional Investor Group's selection of Saxena White and Kessler Topaz to serve as Lead Counsel and the Cross Firm to serve as Local Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: January 30, 2023

Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/ *David R. Kaplan*
David R. Kaplan
505 Lomas Santa Fe Drive
Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com

**SAXENA WHITE P.A.**

Steven B. Singer (*admission pending*)
Rachel A. Avan (*admission pending*)
Alec T. Coquin (*admission pending*)
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220
ssinger@saxenawhite.com
ravan@saxenawhite.com
acoquin@saxenawhite.com

2

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

Naumon A. Amjed (*admission pending*)
Darren J. Check (*admission pending*)
Ryan T. Degnan (*admission pending*)
Karissa J. Sauder (*admission pending*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for the Office of the Treasurer as Trustee
for the Connecticut Retirement Plans and Trust
Funds, Industriens Pensionsforsikring A/S, and
Storebrand Asset Management AS, and Proposed
Lead Counsel for the Class*

**CROSS LAW FIRM, S.C.**

Mary C. Flanner
SBN: 1013095
Nola J. Hitchcock Cross
SBN: 1015817
The Lawyers' Building
845 N. 11th Street
Milwaukee, WI 53233
(414) 224-0000 (phone)
(414) 273-7055 (facsimile)
mflanner@crosslawfirm.com
njhcross@crosslawfirm.com

*Proposed Local Counsel for the Class*

3

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on January 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ David R. Kaplan*

4