# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br>  v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>      Defendants. | Case No. 2:22-cv-1436 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>  v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>      Defendants. | Case No. 2:23-cv-0081 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE OFFICE OF THE TREASURER AS TRUSTEE FOR THE CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS, INDUSTRIENS PENSIONSFORSIKRING A/S, AND STOREBRAND ASSET MANAGEMENT AS AS LEAD PLAINTIFF, AND APPROVING SELECTION OF COUNSEL**

Upon consideration of: (1) the Motion filed by the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of David R. Kaplan and exhibits attached thereto; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Institutional Investor Group's Motion is **GRANTED**.

2. The above-captioned actions are consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. The Institutional Investor Group is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions.

4. The Institutional Investor Group's selection of Lead Counsel is **APPROVED**, and Saxena White P.A. and Kessler Topaz Meltzer & Check, LLP are **APPOINTED** to serve as Lead Counsel and the Cross Law Firm, S.C. is **APPOINTED** to serve as Local Counsel for the Class in the above-captioned actions and all related actions.

1

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
BRETT H. LUDWIG
UNITED STATES DISTRICT JUDGE

2