# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>       Defendants. | Case No. 2:22-cv-1436 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>       Defendants. | Case No. 2:23-cv-0081 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |

**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE MOTION OF THE OFFICE OF THE TREASURER AS TRUSTEE FOR THE CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS, INDUSTRIENS PENSIONSFORSIKRING A/S, AND STOREBRAND ASSET MANAGEMENT AS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, David R. Kaplan, declare as follows:

1.	I am an attorney duly licensed to practice before the Eastern District of Wisconsin. I am a Director and an attorney with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") and, with Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"), proposed Lead Counsel for the class in the above-captioned actions.  I submit this declaration in support of the Motion of the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.	Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:	Certifications of members of the Institutional Investor Group and related assignments of claims;

EXHIBIT B:	A chart of the Institutional Investor Group's estimated losses;

EXHIBIT C:	Joint Declaration of Douglas C. Dalena, Uffe Berg, and Bård Bringedal in Support of the Motion of the Office of the Treasurer as Trustee for Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel;

EXHIBIT D:	Notice of pendency of class action published on *BusinessWire* on December 1, 2022;

EXHIBIT E:	Firm Resume of Saxena White;

EXHIBIT F:	Firm Resume of Kessler Topaz; and

EXHIBIT G:	Firm Resume of the Cross Law Firm, S.C.

1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 30th day of January 2023, at Solana Beach, California.

_/s/ David R. Kaplan_
David R. Kaplan

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ David R. Kaplan*

3