# EXHIBIT B

**Connecticut Retirement Plans and Trust Funds - LIFO Loss**
**Generac Holdings Inc.**
Class Period: 04/29/2021 to 11/01/2022
Lookback price of $102.7027

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 10,584 | | | | | | | |
| | | | | | Sale | 06/25/21 | 475 | $396.0500 | $188,124 |
| | | | | | Sale | 06/29/21 | 3,288 | $407.9926 | $1,341,480 |
| | | | | | Sale | 09/17/21 | 3 | $435.3600 | $1,306 |
| | | | | | Applied to Pre-Class Period Holdings: | | 3,766 | | $1,530,909.50 |
| Purchase | 06/18/21 | 3 | $386.4000 | $1,159 | | | | | |
| Purchase | 10/22/21 | 39 | $469.7897 | $18,322 | | | | | |
| Purchase | 12/17/21 | 21 | $357.4300 | $7,506 | | | | | |
| Purchase | 12/17/21 | 25 | $357.4300 | $8,936 | | | | | |
| Purchase | 12/22/21 | 10 | $352.1100 | $3,521 | | | | | |
| Purchase | 01/11/22 | 2,071 | $320.2800 | $663,300 | | | | | |
| Purchase | 01/11/22 | 5,129 | $321.0058 | $1,646,439 | | | | | |
| Purchase | 01/21/22 | 3,403 | $273.9079 | $932,109 | | | | | |
| Purchase | 01/21/22 | 6,297 | $277.1012 | $1,744,906 | | | | | |
| Purchase | 01/24/22 | 4,828 | $265.1321 | $1,280,058 | | | | | |
| Purchase | 01/24/22 | 72 | $266.4262 | $19,183 | | | | | |
| Purchase | 01/26/22 | 3,013 | $284.8839 | $858,355 | | | | | |
| Purchase | 02/16/22 | 563 | $309.8225 | $174,430 | | | | | |
| Purchase | 02/16/22 | 585 | $312.0088 | $182,525 | | | | | |
| Purchase | 02/16/22 | 3,652 | $313.1879 | $1,143,762 | | | | | |
| Purchase | 03/29/22 | 34 | $321.1000 | $10,917 | | | | | |
| Purchase | 04/27/22 | 5,200 | $233.3908 | $1,213,632 | Sale | 06/25/21 | 3 | $396.0500 | $1,188 |
| Purchase | 05/10/22 | 3,700 | $222.1492 | $821,952 | Sale | 03/18/22 | 13 | $319.3300 | $4,151 |
| Purchase | 05/31/22 | 22 | $249.1450 | $5,481 | Sale | 05/03/22 | 3,013 | $233.0362 | $702,138 |
| Purchase | 06/03/22 | 292 | $268.8800 | $78,513 | Sale | 07/28/22 | 7,000 | $252.8870 | $1,770,209 |
| Purchase | 06/03/22 | 4,155 | $271.0500 | $1,126,213 | Sale | 08/02/22 | 149 | $266.6500 | $39,731 |
| Purchase | 06/17/22 | 20 | $220.2500 | $4,405 | Sale * | 12/05/22 | 805 | $103.6222 | $83,416 |
| Purchase | 06/24/22 | 210 | $224.5500 | $47,156 | Sale * | 12/05/22 | 9,121 | $103.6222 | $945,138 |
| Purchase | 07/18/22 | 1,600 | $225.8759 | $361,401 | Sale * | 12/05/22 | 10,813 | $103.6222 | $1,120,467 |
| Purchase | 08/24/22 | 2,553 | $243.1324 | $620,717 | Sale * | 12/05/22 | 232 | $103.6222 | $24,040 |
| Purchase | 08/24/22 | 645 | $243.9500 | $157,348 | Sale * | 12/05/22 | 422 | $103.6222 | $43,729 |
| Purchase | 09/16/22 | 15 | $200.1700 | $3,003 | Sale * | 12/06/22 | 2,498 | $103.2333 | $257,877 |
| Purchase | 09/27/22 | 8,361 | $180.0900 | $1,505,732 | Sale * | 12/06/22 | 5,809 | $103.2333 | $599,682 |
| Purchase | 09/27/22 | 1,127 | $180.2200 | $203,108 | Sale * | 12/13/22 | 15,469 | $101.6731 | $1,572,781 |
| Purchase | 09/27/22 | 585 | $180.2200 | $105,429 | | | | | |
| Purchase | 10/12/22 | 11,489 | $148.4761 | $1,705,842 | Retained | | 14,372 | $102.7027 | $1,476,042.73 |
| | | **69,719** | | **$16,655,359.23** | | | **69,719** | | **$8,640,589.79** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($8,014,769.44)** |

*Post Class Period Sale; used the higher of actual sale price vs average price from end of Class Period through sale date*

**Industriens Pensionsforsikring A/S**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 11,756 | | | Sale | 10/19/2022 | 2,000 | $115.06 | $230,111.60 |
| | | | | | Sale | 10/20/2022 | 8,293 | $111.43 | $924,058.31 |
| | | | | | Sale | 10/20/2022 | 1,463 | $107.20 | $156,829.94 |
| | | | | | *Sales offsetting opening balance:* | | 11,756 | | $1,310,999.85 |
| Purchase | 4/29/2021 | 200 | $328.66 | $65,731.50 | Sale | 10/19/2022 | 721 | $120.58 | $86,938.18 |
| Purchase | 4/29/2021 | 1,100 | $331.78 | $364,953.05 | Sale | 10/19/2022 | 1,009 | $120.48 | $121,564.32 |
| Purchase | 6/7/2021 | 2,300 | $329.05 | $756,813.39 | Sale | 10/19/2022 | 5,810 | $118.54 | $688,706.36 |
| Purchase | 6/30/2021 | 200 | $410.59 | $82,117.80 | Sale | 10/19/2022 | 1,740 | $115.37 | $200,735.45 |
| Purchase | 9/21/2021 | 300 | $421.83 | $126,548.13 | Sale | 10/19/2022 | 320 | $115.06 | $36,817.86 |
| Purchase | 12/23/2021 | 300 | $353.48 | $106,044.81 | | | | | |
| Purchase | 1/28/2022 | 625 | $259.87 | $162,418.75 | | | | | |
| Purchase | 1/28/2022 | 1,199 | $261.06 | $313,007.10 | | | | | |
| Purchase | 1/28/2022 | 1,276 | $256.49 | $327,284.17 | | | | | |
| Purchase | 3/28/2022 | 300 | $310.25 | $93,073.83 | | | | | |
| Purchase | 5/9/2022 | 400 | $228.97 | $91,589.16 | | | | | |
| Purchase | 5/19/2022 | 432 | $220.82 | $95,393.03 | | | | | |
| Purchase | 5/20/2022 | 372 | $221.48 | $82,389.26 | | | | | |
| Purchase | 5/20/2022 | 96 | $226.42 | $21,736.72 | | | | | |
| Purchase | 6/17/2022 | 500 | $219.67 | $109,835.00 | | | | | |
| | | 9,600 | | $2,798,935.71 | | | 9,600 | | $1,134,762.17 |

*LIFO Loss in Generac Holdings Inc.* ($1,664,173.54)

Storebrand Asset Management AS Total LIFO Loss: ($5,988,818.92)

**SPP Generation 40-tal**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:                $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/29/2022 | 144 | $213.32 | $30,718.21 | Retained Shares | | 144 | $102.70 | $14,789.18 |
| | | 144 | | $30,718.21 | | | 144 | | $14,789.18 |

*LIFO Loss in Generac Holdings Inc.* ($15,929.03)

**SPP Generation 50-tal**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:                $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/29/2022 | 773 | $213.32 | $164,897.06 | Retained Shares | | 773 | $102.70 | $79,389.16 |
| | | 773 | | $164,897.06 | | | 773 | | $79,389.16 |

*LIFO Loss in Generac Holdings Inc.* ($85,507.89)

**SPP Generation 60-tal**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:                $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/30/2022 | 1,842 | $210.69 | $388,084.72 | Retained Shares | | 1,842 | $102.70 | $189,178.31 |
| | | 1,842 | | $388,084.72 | | | 1,842 | | $189,178.31 |

*LIFO Loss in Generac Holdings Inc.* ($198,906.41)

**SPP Generation 70-tal**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/30/2022 | 1,348 | $210.69 | $284,005.54 | Retained Shares | | 1,348 | $102.70 | $138,443.19 |
| | | 1,348 | | $284,005.54 | | | 1,348 | | $138,443.19 |

| | | | | | | LIFO Loss in Generac Holdings Inc. | ($145,562.34) |
|---|---|---|---|---|---|---|---|

**SPP Generation 80-tal**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/7/2022 | 179 | $316.55 | $56,662.45 | Retained Shares | | 450 | $102.70 | $46,216.20 |
| Purchase | 6/30/2022 | 271 | $210.69 | $57,096.07 | | | | | |
| | | 450 | | $113,758.52 | | | 450 | | $46,216.20 |

| | | | | | | LIFO Loss in Generac Holdings Inc. | ($67,542.32) |
|---|---|---|---|---|---|---|---|

**Storebrand Global All Countries**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/6/2021 | 799 | $366.68 | $292,977.32 | Retained Shares | | 7,090 | $102.70 | $728,161.91 |
| Purchase | 6/29/2022 | 4,426 | $213.32 | $944,158.30 | | | | | |
| Purchase | 8/5/2022 | 1,865 | $248.13 | $462,762.45 | | | | | |
| | | 7,090 | | $1,699,898.07 | | | 7,090 | | $728,161.91 |

| | | | | | | LIFO Loss in Generac Holdings Inc. | ($971,736.17) |
|---|---|---|---|---|---|---|---|

**Storebrand Global Indeks**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 1,546 | | | Sale * | 12/8/2022 | 33 | $102.35 | $3,377.49 |
| | | | | | *Sales offsetting opening balance:* | | 33 | | $3,377.49 |
| Purchase | 7/9/2021 | 266 | $436.37 | $116,074.42 | Sale | 9/28/2022 | 347 | $187.37 | $65,017.39 |
| Purchase | 12/15/2021 | 161 | $355.57 | $57,246.77 | Sale * | 12/8/2022 | 619 | $102.35 | $63,353.47 |
| Purchase | 12/27/2021 | 274 | $352.08 | $96,469.92 | | | | | |
| Purchase | 12/29/2021 | 65 | $346.93 | $22,550.45 | | | | | |
| Purchase | 3/16/2022 | 200 | $305.46 | $61,092.00 | | | | | |
| | | 966 | | $353,433.56 | | | 966 | | $128,370.86 |
| | | | | | | LIFO Loss in Generac Holdings Inc. | | | ($225,062.70) |

**Storebrand Global Plus**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/6/2022 | 7,150 | $300.08 | $2,145,572.00 | Retained Shares | | 7,150 | $102.70 | $734,324.07 |
| | | 7,150 | | $2,145,572.00 | | | 7,150 | | $734,324.07 |
| | | | | | | LIFO Loss in Generac Holdings Inc. | | | ($1,411,247.93) |

**Storebrand Indeks – Alle Markeder**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/3/2022 | 161 | $347.91 | $56,013.51 | Retained Shares | | 161 | $102.70 | $16,535.13 |
| | | 161 | | $56,013.51 | | | 161 | | $16,535.13 |
| | | | | | | LIFO Loss in Generac Holdings Inc. | | | ($39,478.38) |

**Storebrand USA**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 19,298 | | | Sale | 7/12/2021 | 267 | $448.15 | $119,656.05 |
| | | | | | Sale | 7/16/2021 | 1,166 | $430.34 | $501,776.44 |
| | | | | | Sale | 7/20/2021 | 586 | $436.42 | $255,742.12 |
| | | | | | Sale | 8/13/2021 | 2,259 | $414.10 | $935,451.90 |
| | | | | | *Sales offsetting opening balance:* | | 4,278 | | $1,812,626.51 |
| Purchase | 11/19/2021 | 728 | $434.25 | $316,134.00 | Sale | 12/17/2021 | 637 | $357.43 | $227,682.91 |
| Purchase | 12/1/2021 | 1,937 | $403.57 | $781,715.09 | Sale | 2/25/2022 | 1,682 | $316.56 | $532,453.92 |
| Purchase | 12/3/2021 | 2,079 | $385.56 | $801,579.24 | Sale | 2/28/2022 | 1,045 | $315.47 | $329,666.15 |
| Purchase | 12/6/2021 | 2,907 | $366.68 | $1,065,938.76 | Retained Shares | | 10,676 | $102.70 | $1,096,453.67 |
| Purchase | 6/29/2022 | 6,389 | $213.32 | $1,362,907.23 | | | | | |
| | | 14,040 | | $4,328,274.32 | | | 14,040 | | $2,186,256.65 |

*LIFO Loss in Generac Holdings Inc.* ($2,142,017.67)

**Storebrand USA Plus**
**LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/14/2022 | 1,089 | $275.94 | $300,498.66 | Sale | 5/25/2022 | 551 | $231.22 | $127,402.22 |
| Purchase | 3/18/2022 | 885 | $319.33 | $282,607.05 | Sale | 10/19/2022 | 2,832 | $110.30 | $312,369.60 |
| Purchase | 3/23/2022 | 1,852 | $317.49 | $587,991.48 | Retained Shares | | 443 | $102.70 | $45,497.28 |
| | | 3,826 | | $1,171,097.19 | | | 3,826 | | $485,269.10 |

*LIFO Loss in Generac Holdings Inc.* ($685,828.09)

\* Post-class sale price adjusted per PSLRA.