# EXHIBIT G



A NATIONALLY KNOWN LAW FIRM WITH MORE THAN

40 YEARS OF EXPERIENCE

## Firm Overview

Founder Nola J. Hitchcock Cross of Cross Law Firm, S.C., is known among the Wisconsin legal, labor and business communities for her ability to cut to the chase, identify the problem and push through a solution. She is efficient, direct, and fiercely focused on her clients' objectives. Cross Law Firm, S.C., is known by opposing counsels as being a tough opponent.

Whistleblowing, shareholder litigation, and *qui tam* cases are very complex. Preparing and pursuing these cases require knowledge that can only be acquired by years of experience. Founder Nola J. Hitchcock Cross of Cross Law Firm, S.C., has been representing individuals in whistleblowing cases for more than 40 years and has become a trailblazer in the field.

As part of our full-service employment law practice, we handle complex employment, business, and shareholder litigation in all forums in Wisconsin, federal court and around the country. Cross Law Firm has handled complex federal litigation involving alleged fraud for decades.

Cross Law Firm, S.C. has two locations in Wisconsin:

| **Milwaukee Office** | **Waukesha Office** |
|---|---|
| 845 North 11th Street | 505 Arcadian Avenue |
| Lawyers' Building | Waukesha, WI 53186 |
| Milwaukee, WI 53233 | Phone: 262-548-0001 |
| Phone: 414-224-0000 | Phone 414-224-0000 |
| Fax: 414-273-7055 | |

# RECENT SHAREHOLDER LITIGATION

### In re Roadrunner Transportation Systems, Inc. Case 17-cv-00144

This shareholder litigation, filed in the Eastern District of Wisconsin, stemmed from an alleged $245 million stock scam. With Cross Law Firm, S.C. actively assisting as local counsel, the court selected our legal team as lead counsel. Cross Law Firm, including Attorney Nola J. Hitchcock Cross and Mary Flanner, actively assisted in the litigation that ultimately resolved through a multi-million-dollar settlement in favor of the shareholders.

### City of Birmingham Retirement and Relief System v A.O. Smith Corporation, et al Case 19-C-1198

Filed in the Eastern District of Wisconsin as proposed class action under the Private Securities Litigation Reform Act. The court selected our legal team as lead counsel with Cross Law Firm, S.C. actively assisting as local counsel.

# Attorneys

## Nola J. Hitchcock Cross

Nola J. Hitchcock Cross has been concentrating on employment, business and civil rights law for more than 40 years. She is nationally known for her many multimillion-dollar False Claims Act recoveries.

Ms. Hitchcock Cross has built her career by standing up for those who stand up or stand out while trying to make a living. She navigates highly confidential career transitions for high profile C-suite executives, professionals and public officials; she litigates retaliation claims for those who exercise their rights or oppose illegal discrimination or fraud; she takes on issues of fraud, whistleblowing and retaliation through qui tam actions, False Claims Act and SEC "relator" statutes; she is skilled in the negotiation of non-compete agreements and partnership issues; she litigates employment discrimination, wage & hour, and wrongful and retaliatory discharge claims; and she works with community organizations, cooperatives, consultants and micro-businesses in start-up and on-going representation.

In addition to litigation, she also focuses on counseling clients through pre-termination intervention, severance agreements, non-compete agreements and other restrictive covenants, employment contracts and key employee agreements, commission agreements and disputes, and job counseling, especially when "the handwriting is on the wall." Counseling and negotiation may include particular attention to reputation and career transition, restrictive covenants, deferred compensation, stock options and grants, special tax considerations for highly paid individuals, benefit transition and consulting arrangements. She gives attention to issues of social media, press and internal announcements, and employment references, all with an eye for reemployment and reputation repair.

Ms. Hitchcock Cross has a reputation for handling matters where extraordinary remedies are required, such as injunctive relief, declaratory judgments, mandamus, writs of prohibition and other emergency equitable actions. Her communications background has led her to succeed in defamation, slander, and libel litigation and resolution.

Ms. Hitchcock Cross has a concentration in whistleblower actions. In addition to several smaller recoveries, she has obtained settlements under the False Claims Act for $12.9 million, $25 million, $31.5 million, and $38 million. Working to obtain the largest possible whistleblower share, she has made millionaires out of some of her clients. She also pursues Sarbanes-Oxley whistleblower actions and resolutions, either on a confidential settlement or a litigation basis. Federal contracts, as well as compliance with federal laws and regulations including FDA, Medicare, Controlled Substance Act,

FARs, DFARs, ITAR, FOCI, SEC, IRS, Medicare and Dodd-Frank, are primary areas of her legal practice.

She has decades of experience representing labor unions in both the private and public sector, including in law enforcement, healthcare, construction trades, industrial employees, service employees, etc.

Ms. Hitchcock Cross also contributes to the Firm's Business Law Center. She advises on business start-ups, contract bids, personnel, key employee contracts, vendor and customer collection disputes, and all manner of commercial litigation.

She also represents community organizations and co-operatives. She handles education law matters which involve special consideration of tenure, plagiarism, teacher and administrator contracts. She also represents community schools in start-up and on-going representation.

Ms. Hitchcock Cross is a frequent speaker and writer in areas of interest in employment, business, university law, community organizations and cooperatives, social media and employment law, and retaliation, in addition to qui tam, False Claims Act, SEC, IRS, OSHA and other whistleblower litigation. Recent presentations include to the Taxpayers Against Fraud Educational Fund on "Relator Share" (2015) and to the ABA False Claims Institute on "FCA Enforcement Against Hospitals, Device and Pharmaceutical Companies and Other Health Care Industry Companies: Is Medical Judgment a Trump Card?" (2016).

She has achieved an AV Preeminent peer-review rating, the highest rating, through Martindale-Hubbell.

Education

- **University of Wisconsin Law School, Madison, Wisconsin**
  - Juris Doctor *cum laude* - 1975
  - Honors: Law School Service Award
- **Washington State University, Edward R. Murrow School of Journalism, Pullman, Washington**
  - Bachelor of Arts
  - Major: Mass Communications
- **Merton College, Oxford University, BNA Comparative Industrial Relations Symposium, Oxford, England - 1983**
- **Harvard University, Non-Matriculated Courses in International Banking and Finance, Spanish and Latin American Politics and Government**
  - Non-Matriculated Courses

# Mary Flanner

Mary Flanner advises clients in matters involving employee and employer relations. She assists clients in evaluating, negotiating and litigating, if needed, severance agreements, noncompetes and other employment-related torts, restrictive covenants and employment contracts. She helps clients obtain compensation due for unpaid or underpaid wages, overtime, commissions, bonuses, benefits, deferred compensation and stock. She also represents individuals in claims under ERISA plans and employment contracts and represents clients in matters involving wrongful discharge, including retaliatory terminations, licensure proceedings and regulatory matters.

Ms. Flanner advises clients in matters involving employee and employer relations. She assists clients in evaluating, negotiating and litigating, if needed, for cases involving severance agreements, non-competes and other employment related torts, restrictive covenants and employment contracts. She helps clients obtain compensation due for unpaid or underpaid wages, overtime, commissions, bonuses, benefits, deferred compensation and stock. She also represents individuals in claims under ERISA plans and employment contracts and represents clients in matters involving wrongful discharge, including retaliatory terminations, licensure proceedings and regulatory matters.

Her clients include a broad range of people, from workers earning minimum wage to highly paid professionals.

Ms. Flanner also represents individuals in cases brought under the False Claims Act for fraudulent billings presented to the government and other fraud claims and whistleblower claims. She resolves disputes with appropriate settlement mechanism through direct negotiation, arbitration and mediation to achieve desired goals. If settlement cannot be achieved, she presents the case through the appropriate administrative process or the courts.

Ms. Flanner also advises business start-ups and represents small businesses on transactional matters, including collection, contract disputes and commercial litigation, and represents clients in probate proceedings.

Ms. Flanner was a Co-Presenter, for the Seminar at the Wisconsin State Bar in 2014: Issue Spotting and Avoiding Pitfalls on Wage & Hours Laws.

Education

- **University of Wisconsin Law School, Madison, Wisconsin**
  - J.D. *cum laude* - 1987
  - Law Review: Wisconsin Law Review, Articles Editor
- **University of Wisconsin, Madison, Wisconsin**
  - B.A.
  - Honors: With Distinction
  - Major: Anthropology

# Paul Schinner

Paul Schinner is an employment law and corporate fraud litigator representing clients in a wide range of employment and fraud-related matters. Approximately half of his regular practice focuses primarily on representation of whistleblowers seeking recovery of fraudulently obtained taxpayer funds through legal action brought under the qui tam provisions of the False Claims Act. Because Cross Law Firm's whistleblower practice is national in scope, attorney Schinner is part of a close-knit team of attorneys and staff and a national network of FCA specialists, and he investigates, researches, drafts, and files sealed complaints in federal courts across the country to uncover and put a stop to fraud schemes and to obtain recovery for our whistleblower clients.  In addition, attorney Schinner handles all types of whistleblower and retaliation claims.

The other half of Attorney Schinner's legal practice is dedicated to representing clients in employment and business matters including mediation and litigation of employment discrimination claims in state and federal administrative agencies and courts; negotiation of severance agreements; wage and hour litigation; and other complex matters. He successfully counsels and represents clients from all walks of life. He believes that, regardless of the complexity of a legal matter or the amount of money at stake, each client deserves the cost-effective, high-quality legal advice necessary to guide them through unfamiliar situations and important disputes.

Attorney Schinner believes in empowering clients to make informed decisions based on a full understanding of their legal position, recognizing that ultimately it is the client's unique circumstances, goals and appetite for risk that controls the course of the case. Aggressive and direct but fair and approachable, attorney Schinner is neither a "hired gun" nor a yes-man — he is an advisor and litigator who counsels clients based on the law and the facts at issue.

Recognized for his legal writing and analysis, attorney Schinner served as an editor for two law journals and had his environmental law scholarship selected for publication in the Wisconsin Law Review.

Education

- **University of Wisconsin Law School, Madison, Wisconsin**
  - Juris Doctor - 2016
  - Honors: Dean's Academic Achievement Award (Dean's list 4/6 semesters)
  - Honors: Pro Bono Society
  - Honors: Environmental Law Scholarship
  - Law Review: Wisconsin Law Review
- **University of Wisconsin-Madison**
  - Bachelor of Arts - 2013
  - Major: History and Psychology

# William Wetzel

William Wetzel focuses his practice on business and employment litigation. Although his focus is always on litigation as needed, Will attempts to resolve client's matters whenever possible, knowing that most clients are looking for a career, not a law suit.

His background in economics and business law make Will a strong advocate for those trying to "make a living" by starting up a business or as an independent contractor. To help clients "make a living," he handles transactional work to set up micro-businesses, partnerships and LLCs and to navigate regulatory and contract requirements.  He also handles on-going needs for small businesses such as operating agreements, employment contracts, non-compete and confidentiality agreements, employee handbooks, vendor contracts and on-going legal advice as part of Cross Law Firm's "in-house" counsel program. He also works on incorporations and on-going work with non-profits, community organizations, co-operatives and credit unions.

He helps clients involved in business litigation, such as partnership and LLC disputes, duty of loyalty and all business and employment torts, including business interference, libel and slander. He handles breach of contract claims.

Attorney Wetzel also assists clients with issues involving employment discrimination and discipline. He helps clients navigate through the process of disability accommodation, military leave and FMLA, and he litigates interference, violations and discrimination, particularly focusing in the areas of disability and FMLA, age discrimination, military status discrimination, and conviction record discrimination. He is experienced in race discrimination, sex discrimination, and sexual harassment litigation.

Will is a fighter against wage theft, including commissions, bonuses, executive compensation, off-the-clock and overtime violations, Equal Pay Act claims, class action wage & hour litigation, and retaliation related to attempts to enforce wage and hour laws.

Attorney Wetzel is also part of the CLF Whistleblower team, particularly with regard to the economic and business aspects and litigation, such as Sarbanes-Oxley, SEC and IRS whistleblowing and retaliation.

Attorney Wetzel is a member of the Wisconsin Employment Lawyers Association, the Waukesha County Bar Association, and the Milwaukee Young Lawyers Association.

Education

- **University of Wisconsin Law School, Madison, Wisconsin**
  - Juris Doctor
  - Honors: Dean's List
- **University of Wisconsin, Madison, Wisconsin**
  - Bachelor of Science
  - Major: Economics