UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

               Defendants.

CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, on Behalf of Itself and All
Others Similarly Situated,

               Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

               Defendants.

Civil No. 2:22-cv-01436-BHL

<u>CLASS ACTION</u>

Civil No. 2:23-cv-00081-BHL

<u>CLASS ACTION</u>

---

DECLARATION OF JOHN D. BLYTHIN IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

---

I, JOHN D. BLYTHIN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Wisconsin and this Court.  I am an attorney with Ademi LLP, proposed local counsel for the City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa").  I make this declaration in support of Tampa's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A:      Notice of pendency of first-filed class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 1, 2022;

Exhibit B:      Notice of filing of *California Ironworkers* case published on *Business Wire* on January 20, 2023;

Exhibit C:      Tampa's Certification;

Exhibit D:      Estimate of Tampa's losses, prepared by counsel;

Exhibit E:      Robbins Geller Rudman & Dowd LLP firm resume; and

Exhibit F:      Ademi LLP firm resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of January, 2023.

s/ John D. Blythin
JOHN D. BLYTHIN (SBN 1046105)