# EXHIBIT D

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **City Pension Fund for Firefighters and Police** | | | | | | | | | |
| **Officers in the City of Tampa** | 05/18/2021 | 30,000 | $299.92 | $8,997,453.00 | 05/09/2022 | 50,000 | $227.43 | $11,371,315.00 | |
| | 05/19/2021 | 25,000 | $297.96 | $7,449,120.00 | 05/10/2022 | 60,000 | $219.44 | $13,166,376.00 | |
| | 05/20/2021 | 30,000 | $305.88 | $9,176,313.00 | 10/19/2022 | 125,000 | $120.02 | $15,002,462.50 | |
| | 02/16/2022 | 15,000 | $305.92 | $4,588,813.50 | | | | | |
| | 05/04/2022 | 10,000 | $252.97 | $2,529,688.00 | | | | | |
| | 09/26/2022 | 100,000 | $182.98 | $18,297,750.00 | | | | | |
| | 09/27/2022 | 25,000 | $191.09 | $4,777,302.50 | | | | | |
| **Movant's Total** | | **235,000** | | **$55,816,440.00** | | **235,000** | | **$39,540,153.50** | **($16,276,286.50)** |

Prices listed are rounded up to two decimal places.