# EXHIBIT F



**Attorneys at Law**
**Milwaukee | Madison**

# FIRM BIOGRAPHY

Ademi LLP litigates securities, antitrust, and consumer class actions. We also practice federal bankruptcy law and federal appellate law.

## The Firm's Attorneys

**Guri Ademi** graduated from the University of Wisconsin—Milwaukee *magna cum laude* in 1990 and the University of Wisconsin Law School in 1993, serving as a Notes and Comments Editor for the *Wisconsin Law Review*. After interning with Judge Thomas Curran of the Eastern District of Wisconsin, he was an associate with Quarles & Brady LLP in its corporate finance and antitrust groups from 1993 to 2000 and an associate with Whyte Hirschboeck Dudek S.C. in its securities and antitrust groups from 2000 to 2001. He joined Ademi LLP in 2001 and heads its securities litigation practice group. Guri is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers* every year since 2011.

**Shpetim Ademi**, the firm's founder, graduated *cum laude* from the University of Wisconsin—Milwaukee in 1992, with honors in philosophy and history and an honors thesis in philosophy. He graduated from the University of Wisconsin Law School in 1996. After interning with Judge Charles B. Schudson of the Wisconsin Court of Appeals, 1st District, he founded the Southside Law Office in 1996 and serves as managing partner of Ademi LLP and heads its antitrust and consumer litigation groups. Shpetim is recognized as a *Wisconsin Super Lawyer in Wisconsin Super Lawyers* every year since 2009. Shpetim was included on *Super Lawyers' Top 50 Wisconsin* list for 2016, 2018, 2019, 2020 and 2021. Finally, Shpetim was also included on *Super Lawyers' Top 25 Milwaukee* list for 2016, 2019, 2020 and 2021.

**John D. Blythin** graduated *cum laude* from the University of Wisconsin-Madison in 1999, with a degree in political science and from University of Wisconsin Law School in 2003. He is of counsel, practicing in securities, antitrust, and consumer litigation. John is also admitted to practice in the State of Illinois.

**Jesse Fruchter** graduated *cum laude* from State University of New York College of Environmental Science and Forestry in 2005, with a B.S. in Environmental Biology. Jesse also obtained his M.S. in Plant Biology from Southern Illinois University in 2012. Jesse graduated *cum laude* from the University of Wisconsin Law School in 2017. He is an associate, practicing in securities, antitrust, and consumer litigation. Jesse is listed as a *Rising Star* in *Wisconsin Super Lawyers 2021*.

**Ben J. Slatky** graduated with distinction from the University of Wisconsin in 2007 with a B.A. in Philosophy and English Literature. Ben also obtained his M.A. in English Literature from University of York in 2011. Ben graduated from the University of Wisconsin Law School in 2017. He is an associate, practicing in securities, antitrust, and consumer litigation. Ben is listed as a *Rising Star* in *Wisconsin Super Lawyers 2021*.



# FIRM HIGHLIGHTS

## SECURITIES CLASS ACTIONS

**IN RE: SPIEGEL, INC. SECURITIES LITIGATION (N. D. IL 2002)**
Represented the class as Co-Lead counsel.  Settlement of $17.5 million.

**IN RE: eFUNDS CORPORATION SECURITIES LITIGATION (D. AZ  2002)**
Represented the class as Co-Lead counsel.  Settlement of $2.5 million.

**IN RE: SYNTROLEUM CORP. SHAREHOLDER LITIGATION (TULSA COUNTY OK  2013)**
Represented the class as Co-Class counsel.  Additional consideration of $2.8 Million.

**IN RE: METAVANTE TECHNOLOGIES, INC. SECURITIES LITIGATION (MILWAUKEE COUNTY, WI 2009)**
Represented the class as Co-Lead counsel.  Settlement of additional disclosures to shareholders.

**IN RE: JOURNAL MEDIA GROUP, INC. SHAREHOLDER LITIGATION (MILWAUKEE COUNTY, WI 2015)**
Represented the class as Co-Lead counsel.  Settlement of additional disclosures to shareholders.

**IN RE: QUOVADX INC. SECURITIES LITIGATION (D. CO  2003)**
Represented the lead plaintiff and class as counsel.  Settlement of $9 million.

**IN RE: DHB INC. SECURITIES LITIGATION (E.D.N.Y.  2005)**
Represented one of the lead plaintiffs and the class as counsel.  Settlement estimate of $64 million.

**IN RE: NORTHWESTERN CORP. SECURITIES LITIGATION (D.S.D.  2003)**
Represented secondary offering shareholders and certain bondholders.  Settlement of $40 million.

**IN RE: RAYOVAC, INC.. SECURITIES LITIGATION (W.D. WI  2003)**
Represented the class as *Liaison* counsel.  Settlement of $4 million.

**IN RE: MERGE TECHNOLOGIES (MILWAUKEE COUNTY, WI  2006)**
Represented the class as *Liaison* counsel.  Settlement of corporate governance reforms.

**KANDEL V. GEHL COMPANY, ET AL. (WASHINGTON COUNTY, WI 2008)**
Represented the class as *Liaison* counsel.  Settlement of additional disclosures to shareholders.

**IN RE: TOMOTHERAPY, INC.  SECURITIES LITIGATION (W.D. WI  2008)**
Represented the class as *Liaison* counsel.  Settlement of $5 million.

**IN RE: PUSKALA V. KOSS CORPORATION (E.D. WI  2010)**
Represented the class as *Liaison* counsel.  Settlement of $1 million.

**IN RE ENERGYSOLUTIONS, INC. SHAREHOLDER LITIGATION (DEL. CH. 2013)**
Represented the class as Co-Counsel.  Increased merger consideration by approximately $36 million.

**AMO V. INTEGRYS ENERGY GROUP, INC. (MILWAUKEE COUNTY, WI  2014)**
Represented the class as *Liaison* counsel.  Settlement of additional disclosures to shareholders.

**IN RE WAUSAU PAPER CORP. SHAREHOLDER LITIGATION (MILWAUKEE COUNTY, WI 2015)**
Represented the class as *Liaison* counsel.  Settlement of additional disclosures to shareholders.

### REPRESENTATIVE RECENTLY FILED SECURITIES CLASS ACTIONS:

| | |
|---|---|
| AURORA CANNABIS INC. (D.N,J) | GRUBHUB INC. (N.D. ILL.) |
| AGRIA CORP. (S.D.N.Y.) | IMPAX LABORATORIES, INC. (S.D. CA) |
| CARBONITE, INC (D. MASS.) | IMPERIAL CHEMICALS (S.D.N.Y.) |
| CORN PRODUCTS INTERNATIONAL, INC. (N.D. IL) | MEREDITH CORPORATION (S.D. IA) |
| CORUS BANKSHARES, INC. (N.D. IL) | NUSKIN ENTERPRISES, INC. (D. UT) |
| DIRECT GENERAL CORPORATION (M.D. TN) | OCA, INC. (E.D. LA) |
| ESCALA, INC. (S.D.N.Y.) | PARAMETRIC CORPORATION (D. MA) |
| FIFTHTHIRD CORPORATION (N.D. OH) | PETCO ANIMAL SUPPLIES, INC. (S.D. CA) |
| FIRST ENERGY CORP (S.D. OH) | TRIPATH TECHNOLOGIES (C.D. CA) |

### REPRESENTATIVE RECENTLY FILED DERIVATIVE, CORPORATE GOVERNANCE AND BUYOUT CLASS ACTIONS:

| | |
|---|---|
| AMERICAN REALTY CAPITAL HEALTHCARE TRUST, INC. (MD) | INTERMAGNETICS GENERAL CORP.  (NY) |
| ANWORTH MORTGAGE ASSET CORP. (CA) | JOY GLOBAL INC. (WI) |
| BEAR STATE FINANCIAL HOLDINGS LLC (AR) | KEANE , INC. (MA) |
| CRAFT BREW ALLIANCE INC. (OR) | NORTHSTAR ASSET MANAGEMENT GROUP (MD) |
| CONNECTICUT WATER SERVICE, INC. (CT) | PERSPECTA INC. (NV) |
| COMMUNITYONE BANCORP. (W.D. NC) | RIGGS NATIONAL CORP. (DE) |
| CRAFT BREW ALLIANCE, INC. (OR) | RITA MEDICAL SYSTEMS, INC. (CA) |
| EDUCATION REALTY TRUST, INC. (MD) | STEC, INC. (CA) |
| EMC INSURANCE GROUP INC. (IA) | STERLING BANCORP.(NY) |
| GOLDEN WEST FINANCIAL CORP. (CA) | VECTREN CORPORATION (S.D. IND) |



# ANTITRUST CLASS ACTIONS

### EDWARDS ET AL V. NATIONAL MILK PRODUCERS FEDERATION ET AL. (N.D. CAL 2011)
Represent the class of indirect purchasers as co-class counsel.  Settlements of $52 million.

### IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION MDL DKT. NO.  2196 (N.D. OH 2010)
Represented the class of indirect purchasers as co-class counsel.  Settlements of over $151 million.

### AL'S DISCOUNT PLUMBING LLC, ET AL. V. VIEGA LLC,  (M.D. PA 2019)
Represented the class of indirect purchasers as co-class counsel.  Settlement valued at $15 million.

### IN RE: INTERIOR MOLDED DOORS INDIRECT PURCHASER ANTITRUST LITIGATION, (E.D. VA 2018)
Represent the class of indirect purchasers as co-class counsel.  Settlement of $19.5 million pending.

### IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION MDL NO. 2311 (E. D. MI 2011)
Represent the indirect purchaser class as co-counsel.  Settlements of over $1.2 billion.

### IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION - MDL DKT. 2670 (S.D. CAL 2015)
Represent the indirect purchaser class of end users as co-counsel.  Settlements of $20 million pending.

### IN RE: CATHODE RAY TUBE ANTITRUST LITIGATION - MDL DKT. NO. 1917 (N.D. CAL 2008)
Represent the class of indirect purchasers as co-class counsel.  Settlements of over $609 million pending.

### IN RE: AUTOMOTIVE REFINISHING PAINT ANTITRUST LITIGATION - MDL DKT. NO. 1426 (E.D. PA 2001)
Acted as co-counsel for the class of direct purchasers in more than 20 lawsuits brought against the major car paint manufacturers, including Sherwin Williams, Akzo Nobel, DuPont, PPG Industries and BASF.  Settlement of more than $108 million.

### IN RE:  FRESH AND PROCESS POTATOES ANTITRUST LITIGATION. - MDL DKT. NO. 2186 (E.D.  PA 2010)
Represented the class of indirect purchasers as co-class counsel.  Settlement of over $5 million.

### IN RE: INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LIT. - MDL DKT. NO. 1793
(N.D. CAL 2006) Represented the class as co-counsel.  Settlement of over $200 million.

### BLESSING ET AL V. SIRIUS XM RADIO INC.  (S.D. NY  2009)
Represented the class as co-counsel.  Settlement valued at over $180 million.

### FOND DU LAC BUMPER EXCHANGE INC V. JUI LI ENTERPRISE COMPANY LTD ET AL (E.D. WI 2010)
Represented the third-party payor indirect purchaser class as a *Liaison* Counsel. Settlements of $8 million.

### IN RE: TEXT MESSAGING ANTITRUST LITIGATION - MDL DKT. NO. 1997 (N.D. IL 2008)
Represented the proposed class on plaintiff's steering committee.

### IN RE: POTASH ANTITRUST LITIGATION - MDL DKT. NO. 1996 (N.D. IL 2008)
Represented the indirect purchaser class as co-counsel.  Settlement of $21.5 million.

#### REPRESENTATIVE RECENTLY FILED ANTITRUST CLASS ACTIONS:

IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION - MDL DKT. 2918, (N.D. CAL 2019)

IN RE: QUALCOMM ANTITRUST LITIGATION - MDL DKT. 2773 (N.D. CAL 2017)

IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION - MDL DKT. NO. 2656 (D.C. 2015)

IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION - MDL DKT. NO. 2626 (M.D. FL 2015)

IN RE: KEURIG GREEN MOUNTAIN SINGLE-SERVE COFFEE ANTITRUST LITIGATION - MDL Dkt. No. 2542 (S.D. NY 2014)

IN RE VEHICLE CARRIER SERVICES ANTITRUST LITIG., MDL NO. 2471 (N.J. 2013)

IN RE: ELECTRONIC BOOKS ANTITRUST LITIGATION - MDL DKT. NO.  2293 (S.D. NY 2011)

IN RE:  PHOTOCHROMIC LENS ANTITRUST LITIGATION - MDL DKT. NO. 2173 (M.D. FL 2010)

IN RE: MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION - MDL DKT. NO. 2121 (S.D. CAL 2009)

IN RE: PROCESSED EGG PRODUCTS ANTITRUST LITIGATION - MDL DKT. NO. 2002 (E.D. PA 2008)

IN RE: AFTER MARKET AUTO FILTERS ANTITRUST LITIGATION - MDL DKT. NO. 1957 (N.D. IL 2008)

IN RE: PACKAGED ICE ANTITRUST LITIGATION - MDL DKT. NO. 1952 (E.D. MI 2008)

IN RE: CHOCOLATE CONFECTIONARY - MDL DKT. NO. 1917 (N.D. PA 2008)

LAFLAMME ET AL. V. SOCIETE AIR FRANCE ET AL.. (E.D. NY 2008)



# CONSUMER CLASS ACTIONS

**MCKINNIE V. CHASE BANK (E.D. WI 2008)**
Represented the class as Lead Counsel under the Electronic Funds Transfer Act. Settlement of $2.1 million.

**ORI V. FIFTH THIRD BANK AND FISERVE, INC. (E.D. WI 2008)**
Represented the class on the Lead Class Counsel Committee under the Fair Credit Reporting Act. Settlement valued at over $3 million.

**IN RE: LIBERTY REFUND ANTICIPATION LOAN LITIGATION MDL DKT. NO. 2334 (N.D. IL 2012)**
Represented the class on the Lead Counsel Executive Committee. Settlement of $5.3 million.

**LIPTAI V. SPECTRUM BRANDS HOLDINGS, INC. ET AL (DANE COUNTY. WI 2018)**
Represented the class as Co-Lead Counsel. Settlement of $2.25 with additional equitable relief.

**IN RE: WELLS FARGO AUTO INSURANCE MARKETING AND SALES PRACTICES LITIGATION MDL DKT. 2797 (C. D. CAL 2017)**
Represented the class as co-counsel. Settlement estimate pending of over $432 million.

**IN RE: DOLLAR GENERAL CORP. MOTOR OIL MARKETING AND SALES PRACTICES LITIGATION MDL NO. 2709 (W. D. MO 2016)**
We represent the certified class of Wisconsin consumers as co-lead counsel and several other class states as co-counsel. Settlement of over $28.5 million.

**IN RE: PILOT FLYING J FUEL REBATE CONTRACT LITIGATION MDL NO. 2358 (2013)**
Represented the class as Settlement Class Counsel. Settlement valued at $72 million of full refund plus interest to the class.

**IN RE: BOA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION MDL DKT. NO. 2269 (N.D. CAL 2011)**
Represented the proposed class as co-counsel. Settlement of $20 million.

**IN RE: CHASE BANK USA, N.A., "CHECK LOAN" CONTRACT LITIGATION – MDL DKT. NO. 2032 (N.D. CAL 2009)**
Represented the proposed class as co-counsel. Settlement of $100 million.

**KARDONICK ET AL., V. J.P. MORGAN & CO. CHASE (S.D. FL 2010)**
Represented the class as co-counsel. Settlement of $21.5 Million.

**IN RE: SAMSUNG TOP-LOAD WASHING MACHINE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY- MDL DKT. 2792 (W. D. OK 2017)**
Represented the class as co-counsel. Settlement estimate pending of over $125 million available to class members.

**IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER DATA SECURITY BREACH MDL DKT. NO. 1998 (W.D. KY 2008)**
Represented the class as co-counsel. Settlement value estimated at over $200 million.

**IN RE: HEARTLAND PAYMENT SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH MDL DKT. NO. 2046 (S.D. TX 2009)**
Represented the class as a member of the Steering Committee. Settlement valued at over $4.5 million.

**NEWMAN ET AL V. COMPLYRIGHT, INC., (N.D. IL 2018)**
Represented the class as co-counsel. Settlement of over $3 million.

**IN RE: HYUNDAI HORSEPOWER LITIGATION CA. SUP. CT. (2003)**
Represented United States and Canadian class of purchasers of Hyundai motor vehicles as co-counsel. Settlement of more than $100 million.

**IN RE SONY PS3 "OTHER OS" LITIGATION, (N.D. CAL 2010)**
Represented the class as co-counsel. Settlement of 3.75 million.

**PERDUE ET AL V. HY-VEE, INC. (C.D. IL 2019)**
Represented the class as co-counsel. Preliminary approval granted

**IN RE WAWA, INC. DATA BREACH LITIGATION (E.D. PA 2019)**
Represented the class as co-counsel. Settlement value up to $44 million subject to court approval.

**IN RE OCEAN BANK FINANCIAL CORP. PRE-SCREENING LITIGATION - MDL DKT. NO. 1998 (N.D. IL 2006)**
Represented a Wisconsin class as Lead Counsel under the Fair Credit Reporting Act.

**BERNAL V. AMERICAN MONEY CENTERS, INC. (E.D. WI 2005)**
Represented a Wisconsin class as Lead Counsel under the Fair Credit Reporting Act.

### REPRESENTATIVE RECENTLY FILED CONSUMER CLASS ACTIONS:

ANDERSON V. FOREFRONT DERMATOLOGY SC ET AL (E.D. WI 2021)

WOLLBRINCK V. BRIDGEMAN FOODS II INC ET AL (E.D. WI 2021)

IN RE: ERIE COVID-19 BUSINESS INTERRUPTION PROTECTION INS. LITIG. MDL NO. (W.D. P N. 2021)

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION MDL NO. 2915 (E.D. VA 2019)

IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION MDL NO. 2904 (D. N.J. 2019)

BLOCK V. WISCONSIN HOSPITALITY GROUP LLC (E.D. WI 2019)

IN RE: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL NO. 2828 (2018)