UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                Defendants.

Civil No. 2:22-cv-01436-BHL

<u>CLASS ACTION</u>

CALIFORNIA IRONWORKERS FIELD
PENSION TRUST, on Behalf of Itself and All
Others Similarly Situated,

                Plaintiff,

    vs.

GENERAC HOLDINGS INC., et al.,

                Defendants.

Civil No. 2:23-cv-00081-BHL

<u>CLASS ACTION</u>

DECLARATION OF JOHN D. BLYTHIN IN SUPPORT OF TAMPA'S MEMORANDUM OF
LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION

I, JOHN D. BLYTHIN, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of Wisconsin and this Court.  I am an attorney with Ademi LLP, proposed local counsel for the City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa").  I make this declaration in support of Tampa's Memorandum of Law in Opposition to Competing Lead Plaintiff Motion.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit 1:     Storebrand SICAV Semi-Annual Report and Unaudited Financial Statements for the period ended June 30, 2021;

Exhibit 2:     Storebrand SICAV Annual Report and Audited Financial Statements for the year ended December 31, 2021; and

Exhibit 3:     Certification submitted *In re The Chemours Co. Sec. Litig.*, No. 1:19-cv-01911-CFC (D. Del. Dec. 9, 2019).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of February, 2023.

s/ John D. Blythin

JOHN D. BLYTHIN (SBN 1046105)