# EXHIBIT 3

# EXHIBIT A

# CERTIFICATION

Storebrand Asset Management AS ("Storebrand" or "Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.    Plaintiff's Class Period purchase and sale transactions in The Chemours Company securities that are the subject of this action are attached in Schedule A.

4.    Storebrand has full power and authority to bring suit to recover for its investment losses.

5.    Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.    I, Jan Erik Saugestad, Chief Executive Officer, am authorized to make legal decisions on behalf of Storebrand.

7.    Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.    Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.    Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this

Certification.

10.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this  9   day of December 2019.

Storebrand Asset Management AS

By: _____

Mr. Jan Erik Saugestad
Chief Executive Officer

## SCHEDULE A

**Storebrand Indeks – Alle Markeder**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 12/14/2017 | 2,504 | $47.49 |

**Storebrand Global ESG**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/13/2017 | 431 | $49.17 |
| Common Stock | BUY | 9/21/2018 | 1,768 | $41.04 |
| Common Stock | SELL | 2/26/2019 | 767 | $38.25 |

**Storebrand Global ESG Plus**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 12/12/2017 | 5,418 | $48.07 |
| Common Stock | BUY | 1/19/2018 | 1,436 | $54.02 |
| Common Stock | BUY | 2/5/2018 | 2,354 | $46.88 |
| Common Stock | BUY | 10/23/2018 | 3,366 | $34.09 |
| Common Stock | SELL | 12/20/2018 | 12,574 | $26.75 |

**Storebrand Global Indeks**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 1/30/2018 | 2,400 | $52.10 |
| Common Stock | SELL | 12/12/2017 | 2,465 | $48.07 |
| Common Stock | SELL | 12/10/2018 | 898 | $25.41 |

**Storebrand Global Multifaktor**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/25/2018 | 10,000 | $50.87 |
| Common Stock | BUY | 7/10/2018 | 15,000 | $45.66 |
| Common Stock | BUY | 9/4/2018 | 30,000 | $43.33 |
| Common Stock | BUY | 9/18/2018 | 40,000 | $40.42 |
| Common Stock | BUY | 9/21/2018 | 68,633 | $41.54 |
| Common Stock | SELL | 10/24/2018 | 2,038 | $34.22 |
| Common Stock | SELL | 6/26/2019 | 2,302 | $25.07 |

## Storebrand Livsforsikring AS

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | BUY | 12/15/2017 | 2,531 | $48.04 |
| Common Stock | BUY | 12/20/2017 | 2,392 | $49.42 |
| Common Stock | BUY | 9/26/2018 | 742 | $39.27 |
| Common Stock | BUY | 10/1/2018 | 621 | $39.51 |
| Common Stock | SELL | 5/3/2017 | 2,296 | $39.03 |

## SBL Global ESG

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | BUY | 1/22/2018 | 2,353 | $54.49 |
| Common Stock | BUY | 1/26/2018 | 2,468 | $53.43 |
| Common Stock | BUY | 2/5/2018 | 3,122 | $46.88 |
| Common Stock | BUY | 2/7/2018 | 1,686 | $48.27 |
| Common Stock | BUY | 2/27/2018 | 583 | $49.17 |
| Common Stock | SELL | 5/22/2017 | 3,872 | $43.71 |
| Common Stock | SELL | 9/13/2017 | 431 | $49.17 |

## GodFond Sverige & Världen

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | BUY | 3/26/2018 | 1,968 | $47.00 |
| Common Stock | SELL | 5/23/2018 | 853 | $51.51 |
| Common Stock | SELL | 12/20/2018 | 1,115 | $26.75 |

## SPP Aktiefond Global

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | BUY | 12/12/2017 | 4,949 | $48.28 |
| Common Stock | BUY | 12/14/2017 | 2,481 | $47.83 |
| Common Stock | BUY | 2/12/2018 | 1,458 | $47.08 |
| Common Stock | SELL | 12/20/2018 | 8,888 | $26.75 |

## SPP Aktiefond USA

| Security | Buy/Sell | Date | Quantity | Price |
|----------|----------|------|----------|-------|
| Common Stock | BUY | 12/7/2017 | 6,270 | $48.04 |
| Common Stock | BUY | 12/11/2017 | 4,180 | $48.29 |

| Common Stock | BUY  | 12/13/2017 | 2,432  | $48.28 |
| Common Stock | BUY  | 1/23/2018  | 2,250  | $53.46 |
| Common Stock | BUY  | 2/22/2018  | 766    | $50.77 |
| Common Stock | BUY  | 6/29/2018  | 2,513  | $44.39 |
| Common Stock | SELL | 8/30/2018  | 1,219  | $43.72 |
| Common Stock | SELL | 12/20/2018 | 17,192 | $26.75 |

**SPP Global Multifactor Plus**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY  | 10/24/2018 | 2,038 | $34.22 |
| Common Stock | SELL | 12/20/2018 | 2,038 | $26.75 |

**SPP Global Plus**

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY  | 12/8/2017  | 2,642  | $48.15 |
| Common Stock | BUY  | 12/11/2017 | 3,694  | $48.29 |
| Common Stock | BUY  | 12/29/2017 | 1,405  | $50.60 |
| Common Stock | BUY  | 1/23/2018  | 1,678  | $53.35 |
| Common Stock | BUY  | 2/23/2018  | 5,246  | $51.14 |
| Common Stock | BUY  | 9/19/2018  | 2,265  | $40.90 |
| Common Stock | BUY  | 10/1/2018  | 1,831  | $40.01 |
| Common Stock | BUY  | 10/3/2018  | 1,101  | $41.12 |
| Common Stock | BUY  | 10/4/2018  | 531    | $41.42 |
| Common Stock | BUY  | 11/30/2018 | 2,417  | $28.58 |
| Common Stock | BUY  | 12/10/2018 | 1,746  | $25.51 |
| Common Stock | SELL | 11/16/2018 | 8,606  | $29.53 |
| Common Stock | SELL | 12/19/2018 | 15,950 | $27.82 |