# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br>     v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>                        Defendants. | Case No. 2:22-cv-1436 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br>     v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>                        Defendants. | Case No. 2:23-cv-0081 (BHL)<br><br>Hon. Brett H. Ludwig<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF DAVID R. KAPLAN
IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S MOTION
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF SELECTION OF COUNSEL**

I, David R. Kaplan, declare as follows:

1.  I am an attorney duly licensed to practice before the Eastern District of Wisconsin. I am a Director and an attorney with the law firm of Saxena White P.A., counsel for presumptive Lead Plaintiff the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") and, with Kessler Topaz Meltzer & Check, LLP, proposed Lead Counsel for the class in the above-captioned actions. I submit this Supplemental Declaration in support of the Institutional Investor Group's motion for consolidation, appointment as Lead Plaintiff, and approval of selection of counsel. I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.  Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:  A chart of the movants' *Dura*-adjusted last-in-first-out ("LIFO") losses;

EXHIBIT B:  A chart of the movants' *Dura*-adjusted LIFO losses removing the November 2, 2021 disclosure and excluding all resulting in-and-out transactions; and

EXHIBIT C:  Excerpts from *Investor Day*, Generac Holdings Inc. (Sept. 29, 2021), https://investors.generac.com/static-files/34c2f282-f588-4643-afbf-385ce64a435c.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of February 2023, at Solana Beach, California.

*/s/ David R. Kaplan*
David R. Kaplan

1