# EXHIBIT A

|  | | | Institutional Investor Group Dura-Adjusted LIFO Loss | ($15,458,287.92) |
|---|---|---|---|---|

**Industriens Pensionsforsikring A/S**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022

|  | | | | Industriens Pensionsforsikring A/S Dura-Adjusted LIFO Loss | ($1,664,173.54) |
|---|---|---|---|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 11,756 | | | Sale | 10/19/2022 | 2,000 | $115.06 | $230,111.60 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 10/20/2022 | 8,293 | $111.43 | $924,058.31 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 10/20/2022 | 1,463 | $107.20 | $156,829.94 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 11,756 | | $1,310,999.85 | |
| Purchase | 4/29/2021 | 200 | $328.66 | $65,731.50 | Sale | 10/19/2022 | 200 | $115.37 | $23,073.04 | ($42,658.46) |
| Purchase | 4/29/2021 | 780 | $331.78 | $258,784.89 | Sale | 10/19/2022 | 780 | $115.37 | $89,984.86 | ($168,800.03) |
| Purchase | 4/29/2021 | 320 | $331.78 | $106,168.16 | Sale | 10/19/2022 | 320 | $115.06 | $36,817.86 | ($69,350.30) |
| Purchase | 6/7/2021 | 1,540 | $329.05 | $506,735.92 | Sale | 10/19/2022 | 1,540 | $118.54 | $182,548.67 | ($324,187.25) |
| Purchase | 6/7/2021 | 760 | $329.05 | $250,077.47 | Sale | 10/19/2022 | 760 | $115.37 | $87,677.55 | ($162,399.92) |
| Purchase | 6/30/2021 | 200 | $410.59 | $82,117.80 | Sale | 10/19/2022 | 200 | $118.54 | $23,707.62 | ($58,410.18) |
| Purchase | 9/21/2021 | 300 | $421.83 | $126,548.13 | Sale | 10/19/2022 | 300 | $118.54 | $35,561.43 | ($90,986.70) |
| Purchase | 12/23/2021 | 300 | $353.48 | $106,044.81 | Sale | 10/19/2022 | 300 | $118.54 | $35,561.43 | ($70,483.38) |
| Purchase | 1/28/2022 | 625 | $259.87 | $162,418.75 | Sale | 10/19/2022 | 625 | $118.54 | $74,086.31 | ($88,332.44) |
| Purchase | 1/28/2022 | 1,199 | $261.06 | $313,007.10 | Sale | 10/19/2022 | 1,199 | $118.54 | $142,127.18 | ($170,879.92) |
| Purchase | 1/28/2022 | 1,276 | $256.49 | $327,284.17 | Sale | 10/19/2022 | 1,276 | $118.54 | $151,254.62 | ($176,029.56) |
| Purchase | 3/28/2022 | 300 | $310.25 | $93,073.83 | Sale | 10/19/2022 | 300 | $118.54 | $35,561.43 | ($57,512.40) |
| Purchase | 5/9/2022 | 330 | $228.97 | $75,561.06 | Sale | 10/19/2022 | 330 | $120.48 | $39,758.40 | ($35,802.66) |
| Purchase | 5/9/2022 | 70 | $228.97 | $16,028.10 | Sale | 10/19/2022 | 70 | $118.54 | $8,297.67 | ($7,730.44) |
| Purchase | 5/19/2022 | 432 | $220.82 | $95,393.03 | Sale | 10/19/2022 | 432 | $120.48 | $52,047.36 | ($43,345.67) |
| Purchase | 5/20/2022 | 221 | $221.48 | $48,946.31 | Sale | 10/19/2022 | 221 | $120.58 | $26,648.18 | ($22,298.13) |
| Purchase | 5/20/2022 | 96 | $226.42 | $21,736.72 | Sale | 10/19/2022 | 96 | $120.48 | $11,566.08 | ($10,170.64) |
| Purchase | 5/20/2022 | 151 | $221.48 | $33,442.95 | Sale | 10/19/2022 | 151 | $120.48 | $18,192.48 | ($15,250.47) |
| Purchase | 6/17/2022 | 500 | $219.67 | $109,835.00 | Sale | 10/19/2022 | 500 | $120.58 | $60,290.00 | ($49,545.00) |
| | | 9,600 | | $2,798,935.71 | | | 9,600 | | $1,134,762.17 | |

| | Dura-Adjusted LIFO Loss in Generac Holdings Inc. | ($1,664,173.54) |
|---|---|---|

| | | | | Storebrand Asset Management AS Dura-Adjusted LIFO Loss | ($5,788,947.45) |
|---|---|---|---|---|---|

**SPP Generation 40-tal**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/29/2022 | 144 | $213.32 | $30,718.21 | Retained Shares | | 144 | $102.70 | $14,789.18 | ($15,929.03) |
| | | 144 | | $30,718.21 | | | 144 | | $14,789.18 | |

| | Dura-Adjusted LIFO Loss in Generac Holdings Inc. | ($15,929.03) |
|---|---|---|

**SPP Generation 50-tal**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/29/2022 | 773 | $213.32 | $164,897.06 | Retained Shares | | 773 | $102.70 | $79,389.16 | ($85,507.89) |
| | | 773 | | $164,897.06 | | | 773 | | $79,389.16 | |

| | Dura-Adjusted LIFO Loss in Generac Holdings Inc. | ($85,507.89) |
|---|---|---|

**SPP Generation 60-tal**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/30/2022 | 1,842 | $210.69 | $388,084.72 | Retained Shares | | 1,842 | $102.70 | $189,178.31 | ($198,906.41) |
| | | 1,842 | | $388,084.72 | | | 1,842 | | $189,178.31 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | ($198,906.41) |

**SPP Generation 70-tal**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/30/2022 | 1,348 | $210.69 | $284,005.54 | Retained Shares | | 1,348 | $102.70 | $138,443.19 | ($145,562.34) |
| | | 1,348 | | $284,005.54 | | | 1,348 | | $138,443.19 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | ($145,562.34) |

**SPP Generation 80-tal**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/7/2022 | 179 | $316.55 | $56,662.45 | Retained Shares | | 179 | $102.70 | $18,383.78 | ($38,278.67) |
| Purchase | 6/30/2022 | 271 | $210.69 | $57,096.07 | Retained Shares | | 271 | $102.70 | $27,832.42 | ($29,263.65) |
| | | 450 | | $113,758.52 | | | 450 | | $46,216.20 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | ($67,542.32) |

**Storebrand Global All Countries**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/6/2021 | 799 | $366.68 | $292,977.32 | Retained Shares | | 799 | $102.70 | $82,059.43 | ($210,917.89) |
| Purchase | 6/29/2022 | 4,426 | $213.32 | $944,158.30 | Retained Shares | | 4,426 | $102.70 | $454,562.00 | ($489,596.30) |
| Purchase | 8/5/2022 | 1,865 | $248.13 | $462,762.45 | Retained Shares | | 1,865 | $102.70 | $191,540.47 | ($271,221.98) |
| | | 7,090 | | $1,699,898.07 | | | 7,090 | | $728,161.91 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | ($971,736.17) |

**Storebrand Global Indeks**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 1,546 | | | Sale * | 12/8/2022 | 33 | $102.35 | $3,377.49 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 33 | | $3,377.49 | |
| Purchase | 7/9/2021 | 266 | $436.37 | $116,074.42 | Sale * | 12/8/2022 | 266 | $102.35 | $27,224.59 | ($88,849.83) |
| Purchase | 12/15/2021 | 161 | $355.57 | $57,246.77 | Sale * | 12/8/2022 | 161 | $102.35 | $16,478.04 | ($40,768.73) |
| Purchase | 12/27/2021 | 82 | $352.08 | $28,870.56 | Sale | 9/28/2022 | 82 | $187.37 | $15,364.34 | ($13,506.22) |
| Purchase | 12/27/2021 | 192 | $352.08 | $67,599.36 | Sale * | 12/8/2022 | 192 | $102.35 | $19,650.84 | ($47,948.52) |
| Purchase | 12/29/2021 | 65 | $346.93 | $22,550.45 | Sale | 9/28/2022 | 65 | $187.37 | $12,179.05 | ($10,371.40) |
| Purchase | 3/16/2022 | 200 | $305.46 | $61,092.00 | Sale | 9/28/2022 | 200 | $187.37 | $37,474.00 | ($23,618.00) |
| | | 966 | | $353,433.56 | | | 966 | | $128,370.86 | |

\* Post-class sale price adjusted per PSLRA.                    *Dura-Adjusted LIFO Loss in Generac Holdings Inc.*   ($225,062.70)

**Storebrand Global Plus**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:   $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/6/2022 | 7,150 | $300.08 | $2,145,572.00 | Retained Shares | | 7,150 | $102.70 | $734,324.07 | ($1,411,247.93) |
| | | 7,150 | | $2,145,572.00 | | | 7,150 | | $734,324.07 | |

*Dura-Adjusted LIFO Loss in Generac Holdings Inc.*   ($1,411,247.93)

**Storebrand Indeks – Alle Markeder**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:   $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/3/2022 | 161 | $347.91 | $56,013.51 | Retained Shares | | 161 | $102.70 | $16,535.13 | ($39,478.38) |
| | | 161 | | $56,013.51 | | | 161 | | $16,535.13 | |

*Dura-Adjusted LIFO Loss in Generac Holdings Inc.*   ($39,478.38)

**Storebrand USA**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 19,298 | | | Sale | 7/12/2021 | 267 | $448.15 | $119,656.05 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 7/16/2021 | 1,166 | $430.34 | $501,776.44 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 7/20/2021 | 586 | $436.42 | $255,742.12 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 8/13/2021 | 2,259 | $414.10 | $935,451.90 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 4,278 | | $1,812,626.51 | |
| Purchase | 11/19/2021 | 728 | $434.25 | $316,134.00 | Retained Shares | | 728 | $102.70 | $74,767.54 | <span style="color:red">($241,366.46)</span> |
| Purchase | 12/1/2021 | 1,937 | $403.57 | $781,715.09 | Retained Shares | | 1,937 | $102.70 | $198,935.07 | <span style="color:red">($582,780.02)</span> |
| Purchase | 12/3/2021 | 457 | $385.56 | $176,200.92 | Sale | 2/28/2022 | 457 | $315.47 | $144,169.79 | *Not Recoverable Under Dura* |
| Purchase | 12/3/2021 | 1,622 | $385.56 | $625,378.32 | Retained Shares | | 1,622 | $102.70 | $166,583.73 | <span style="color:red">($458,794.59)</span> |
| Purchase | 12/6/2021 | 637 | $366.68 | $233,575.16 | Sale | 12/17/2021 | 637 | $357.43 | $227,682.91 | *Not Recoverable Under Dura* |
| Purchase | 12/6/2021 | 1,682 | $366.68 | $616,755.76 | Sale | 2/25/2022 | 1,682 | $316.56 | $532,453.92 | *Not Recoverable Under Dura* |
| Purchase | 12/6/2021 | 588 | $366.68 | $215,607.84 | Sale | 2/28/2022 | 588 | $315.47 | $185,496.36 | *Not Recoverable Under Dura* |
| Purchase | 6/29/2022 | 6,389 | $213.32 | $1,362,907.23 | Retained Shares | | 6,389 | $102.70 | $656,167.34 | <span style="color:red">($706,739.89)</span> |
| | | 14,040 | | $4,328,274.32 | | | 14,040 | | $2,186,256.65 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | <span style="color:red">($1,989,680.97)</span> |

**Storebrand USA Plus**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/14/2022 | 646 | $275.94 | $178,257.24 | Sale | 10/19/2022 | 646 | $110.30 | $71,253.80 | <span style="color:red">($107,003.44)</span> |
| Purchase | 3/14/2022 | 443 | $275.94 | $122,241.42 | Retained Shares | | 443 | $102.70 | $45,497.28 | <span style="color:red">($76,744.14)</span> |
| Purchase | 3/18/2022 | 885 | $319.33 | $282,607.05 | Sale | 10/19/2022 | 885 | $110.30 | $97,615.50 | <span style="color:red">($184,991.55)</span> |
| Purchase | 3/23/2022 | 551 | $317.49 | $174,936.99 | Sale | 5/25/2022 | 551 | $231.22 | $127,402.22 | *Not Recoverable Under Dura* |
| Purchase | 3/23/2022 | 1,301 | $317.49 | $413,054.49 | Sale | 10/19/2022 | 1,301 | $110.30 | $143,500.30 | <span style="color:red">($269,554.19)</span> |
| | | 3,826 | | $1,171,097.19 | | | 3,826 | | $485,269.10 | |
| | | | | | | | | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | <span style="color:red">($638,293.32)</span> |

**Connecticut Retirement Plans and Trust Funds**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at:    $102.70

|  |  |  |  | | Connecticut Retirement Plans and Trust Funds Dura-Adjusted LIFO Loss | ($8,005,166.92) |
|---|---|---|---|---|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 10,584 | | | Sale | 6/25/2021 | 475 | $396.05 | $188,123.75 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 6/29/2021 | 3,288 | $407.99 | $1,341,479.67 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 9/17/2021 | 3 | $435.36 | $1,306.08 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 3,766 | | $1,530,909.50 | |
| Purchase | 6/18/2021 | 3 | $386.40 | $1,159.20 | Sale | 6/25/2021 | 3 | $396.05 | $1,188.15 | *Not Recoverable Under Dura* |
| Purchase | 10/22/2021 | 39 | $469.79 | $18,321.80 | Retained Shares | | 39 | $102.70 | $4,005.40 | ($14,316.39) |
| Purchase | 12/17/2021 | 21 | $357.43 | $7,506.03 | Retained Shares | | 21 | $102.70 | $2,156.76 | ($5,349.27) |
| Purchase | 12/17/2021 | 25 | $357.43 | $8,935.75 | Retained Shares | | 25 | $102.70 | $2,567.57 | ($6,368.18) |
| Purchase | 12/22/2021 | 10 | $352.11 | $3,521.10 | Retained Shares | | 10 | $102.70 | $1,027.03 | ($2,494.07) |
| Purchase | 1/11/2022 | 2,071 | $320.28 | $663,299.88 | Retained Shares | | 2,071 | $102.70 | $212,697.22 | ($450,602.66) |
| Purchase | 1/11/2022 | 5,129 | $321.01 | $1,646,438.75 | Retained Shares | | 5,129 | $102.70 | $526,761.98 | ($1,119,676.77) |
| Purchase | 1/21/2022 | 2,623 | $273.91 | $718,460.42 | Sale * | 12/13/2022 | 2,623 | $101.67 | $266,688.54 | ($451,771.88) |
| Purchase | 1/21/2022 | 6,297 | $277.10 | $1,744,906.26 | Retained Shares | | 6,297 | $102.70 | $646,718.69 | ($1,098,187.56) |
| Purchase | 1/21/2022 | 780 | $273.91 | $213,648.16 | Retained Shares | | 780 | $102.70 | $80,108.08 | ($133,540.08) |
| Purchase | 1/24/2022 | 4,828 | $265.13 | $1,280,057.78 | Sale * | 12/13/2022 | 4,828 | $101.67 | $490,877.73 | ($789,180.05) |
| Purchase | 1/24/2022 | 72 | $266.43 | $19,182.69 | Sale * | 12/13/2022 | 72 | $101.67 | $7,320.46 | ($11,862.22) |
| Purchase | 1/26/2022 | 3,013 | $284.88 | $858,355.19 | Sale * | 12/13/2022 | 3,013 | $101.67 | $306,341.05 | ($552,014.14) |
| Purchase | 2/16/2022 | 13 | $309.82 | $4,027.69 | Sale | 3/18/2022 | 13 | $319.33 | $4,151.29 | *Not Recoverable Under Dura* |
| Purchase | 2/16/2022 | 585 | $312.01 | $182,525.15 | Sale * | 12/13/2022 | 585 | $101.67 | $59,478.76 | ($123,046.38) |
| Purchase | 2/16/2022 | 3,652 | $313.19 | $1,143,762.21 | Sale * | 12/13/2022 | 3,652 | $101.67 | $371,310.16 | ($772,452.05) |
| Purchase | 2/16/2022 | 550 | $309.82 | $170,402.38 | Sale * | 12/13/2022 | 550 | $101.67 | $55,920.21 | ($114,482.17) |
| Purchase | 3/29/2022 | 34 | $321.10 | $10,917.40 | Sale * | 12/13/2022 | 34 | $101.67 | $3,456.89 | ($7,460.51) |
| Purchase | 4/27/2022 | 3,013 | $233.39 | $703,206.48 | Sale | 5/3/2022 | 3,013 | $233.04 | $702,138.07 | *Not Recoverable Under Dura* |
| Purchase | 4/27/2022 | 2,075 | $233.39 | $484,285.91 | Sale * | 12/6/2022 | 2,075 | $103.23 | $214,209.10 | ($270,076.81) |
| Purchase | 4/27/2022 | 112 | $233.39 | $26,139.77 | Sale * | 12/13/2022 | 112 | $101.67 | $11,387.39 | ($14,752.38) |
| Purchase | 5/10/2022 | 701 | $222.15 | $155,726.59 | Sale | 7/28/2022 | 701 | $252.89 | $177,273.79 | *Not Recoverable Under Dura* |
| Purchase | 5/10/2022 | 149 | $222.15 | $33,100.23 | Sale | 8/2/2022 | 149 | $266.65 | $39,730.85 | $6,630.62 |
| Purchase | 5/10/2022 | 2,850 | $222.15 | $633,125.22 | Sale * | 12/6/2022 | 2,850 | $103.23 | $294,214.91 | ($338,910.32) |
| Purchase | 5/31/2022 | 22 | $249.15 | $5,481.19 | Sale | 7/28/2022 | 22 | $252.89 | $5,563.51 | *Not Recoverable Under Dura* |
| Purchase | 6/3/2022 | 292 | $268.88 | $78,512.96 | Sale | 7/28/2022 | 292 | $252.89 | $73,843.00 | *Not Recoverable Under Dura* |
| Purchase | 6/3/2022 | 4,155 | $271.05 | $1,126,212.75 | Sale | 7/28/2022 | 4,155 | $252.89 | $1,050,745.49 | *Not Recoverable Under Dura* |
| Purchase | 6/17/2022 | 20 | $220.25 | $4,405.00 | Sale | 7/28/2022 | 20 | $252.89 | $5,057.74 | *Not Recoverable Under Dura* |
| Purchase | 6/24/2022 | 210 | $224.55 | $47,155.50 | Sale | 7/28/2022 | 210 | $252.89 | $53,106.27 | *Not Recoverable Under Dura* |
| Purchase | 7/18/2022 | 1,600 | $225.88 | $361,401.44 | Sale | 7/28/2022 | 1,600 | $252.89 | $404,619.20 | *Not Recoverable Under Dura* |
| Purchase | 8/24/2022 | 2,314 | $243.13 | $562,608.37 | Sale * | 12/6/2022 | 2,314 | $103.23 | $238,881.86 | ($323,726.52) |
| Purchase | 8/24/2022 | 645 | $243.95 | $157,347.75 | Sale * | 12/6/2022 | 645 | $103.23 | $66,585.48 | ($90,762.27) |
| Purchase | 8/24/2022 | 239 | $243.13 | $58,108.64 | Sale * | 12/6/2022 | 239 | $103.23 | $24,672.76 | ($33,435.88) |
| Purchase | 9/16/2022 | 15 | $200.17 | $3,002.55 | Sale * | 12/6/2022 | 15 | $103.23 | $1,548.50 | ($1,454.05) |
| Purchase | 9/27/2022 | 8,361 | $180.09 | $1,505,732.49 | Sale * | 12/5/2022 | 8,361 | $103.62 | $866,385.21 | ($639,347.28) |
| Purchase | 9/27/2022 | 889 | $180.22 | $160,215.58 | Sale * | 12/5/2022 | 889 | $103.62 | $92,120.14 | ($68,095.44) |
| Purchase | 9/27/2022 | 416 | $180.22 | $74,971.52 | Sale * | 12/5/2022 | 416 | $103.62 | $43,106.84 | ($31,864.68) |
| Purchase | 9/27/2022 | 232 | $180.22 | $41,811.04 | Sale * | 12/5/2022 | 232 | $103.62 | $24,040.35 | ($17,770.69) |
| Purchase | 9/27/2022 | 169 | $180.22 | $30,457.18 | Sale * | 12/6/2022 | 169 | $103.23 | $17,446.43 | ($13,010.75) |
| Purchase | 9/27/2022 | 6 | $180.22 | $1,081.32 | Sale * | 12/5/2022 | 6 | $103.62 | $621.73 | ($459.59) |
| Purchase | 10/12/2022 | 805 | $148.48 | $119,523.26 | Sale * | 12/5/2022 | 805 | $103.62 | $83,415.87 | ($36,107.39) |
| Purchase | 10/12/2022 | 9,121 | $148.48 | $1,354,250.51 | Sale * | 12/5/2022 | 9,121 | $103.62 | $945,138.09 | ($409,112.42) |
| Purchase | 10/12/2022 | 1,563 | $148.48 | $232,068.14 | Sale * | 12/5/2022 | 1,563 | $103.62 | $161,961.50 | ($70,106.65) |
| | | 69,719 | | $16,655,359.23 | | | 69,719 | | $8,640,590.02 | |

* Post-class sale price adjusted per PSLRA.      *Dura-Adjusted LIFO Loss in Generac Holdings Inc.*      ($8,005,166.92)

**City Pension Fund for Firefighters and Police Officers in the City of Tampa**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| | | | | | City Pension Fund for Firefighters and Police Officers in the City of Tampa Dura-Adjusted LIFO Loss | ($14,843,600.00) |
|---|---|---|---|---|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/18/2021 | 30,000 | $299.92 | $8,997,600.00 | Sale | 5/10/2022 | 30,000 | $219.44 | $6,583,200.00 | ($2,414,400.00) |
| Purchase | 5/19/2021 | 25,000 | $297.96 | $7,449,000.00 | Sale | 5/10/2022 | 25,000 | $219.44 | $5,486,000.00 | ($1,963,000.00) |
| Purchase | 5/20/2021 | 25,000 | $305.88 | $7,647,000.00 | Sale | 5/9/2022 | 25,000 | $227.43 | $5,685,750.00 | ($1,961,250.00) |
| Purchase | 5/20/2021 | 5,000 | $305.88 | $1,529,400.00 | Sale | 5/10/2022 | 5,000 | $219.44 | $1,097,200.00 | ($432,200.00) |
| Purchase | 2/16/2022 | 15,000 | $305.92 | $4,588,800.00 | Sale | 5/9/2022 | 15,000 | $227.43 | $3,411,450.00 | *Not Recoverable Under Dura* |
| Purchase | 5/4/2022 | 10,000 | $252.97 | $2,529,700.00 | Sale | 5/9/2022 | 10,000 | $227.43 | $2,274,300.00 | *Not Recoverable Under Dura* |
| Purchase | 9/26/2022 | 100,000 | $182.98 | $18,298,000.00 | Sale | 10/19/2022 | 100,000 | $120.02 | $12,002,000.00 | ($6,296,000.00) |
| Purchase | 9/27/2022 | 25,000 | $191.09 | $4,777,250.00 | Sale | 10/19/2022 | 25,000 | $120.02 | $3,000,500.00 | ($1,776,750.00) |
| | | 235,000 | | $55,816,750.00 | | | 235,000 | | $39,540,400.00 | |

| | | |
|---|---|---|
| | *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | ($14,843,600.00) |