# EXHIBIT C

# INVESTOR DAY
## SEPTEMBER 29, 2021

**OUR PURPOSE:**
Lead the evolution to more resilient, efficient, and sustainable energy solutions.



Case 2:22-cv-01436-BHL Filed 02/21/23 Page 2 of 11 Document 23-3

# Debuting a New Enterprise Strategy…





Transitioning from **Powering Our Future** to **Powering a Smarter World**



Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 3 of 11    Document 23-3

# … and a New Purpose Statement



Transitioning from **Powering Our Future** to **Powering a Smarter World**

# Lead the evolution to more resilient, efficient, and sustainable energy solutions.

Case 2:22-cv-01436-BHL     Filed 02/21/23     Page 4 of 11     Document 23-3

14

# Strategy Evolution Unlocks Massive & Growing SAM



**2018**

**2024**

**Projected ~4X Expansion of Served Addressable Market (SAM) since 2018!**

*SAM: $14B*

*SAM: $60B*

**Key drivers of increase in SAM…**

- ✓ Clean Energy – Residential and C&I storage, microinverters, hydrogen / hybrid gens
- ✓ Energy as a Service / Microgrid
- ✓ Global C&I – Gas gens, telecom, base expansion
- ✓ Grid Services – Hardware + Software + Services
- ✓ Expansion of HSB Market
- ✓ Chore Electrification and Lifestyle product line

*Source: Company estimates, various third-party sources*

**Key Acquisitions (2019-2021)**

    

    

Case 3:22-cv-01486-BHL     Filed 02/21/23     Page 5 of 11     Document 23-3

15

# Increased ESG Focus – Inaugural Report





- Launched inaugural Environmental, Social, and Governance ("ESG") Report on September 28, 2021
- Report is aligned to key ESG frameworks, including SASB and UNSDGs
- Committed to improved transparency, with several key ESG policies and data points being disclosed for the first time
- Report will be updated annually to track progress on key ESG initiatives and metrics

**Available on Investor Relations Website**

Case 2:22-cv-01436-BHL     Filed 02/21/23     Page 6 of 11     Document 23-3

16

# New Enterprise Strategy – ESG Alignment







**Key Alignment with UN Goals**

    

Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 7 of 11    Document 23-3

# Clean Energy

**Russ Minick**
PRESIDENT ENERGY TECHNOLOGY
AND CHIEF MARKETING OFFICER





Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 8 of 11    Document 23-3

# Timeline of Progress



**Q2 2019** Acquisitions of Pika & Neurio

**Q3 2019** Branding, marketing, lead generation, infomercial, build salesforce

**Q3 2019** Start production in Vietnam

**Q1 2020** Begin shipping, commissioning, lead generation

**Q3 2020** Launched outdoor rated battery system

**Q3 2020** Launched EX battery module to extend operating temps

**Q4 2020** Achieved first year sales of $115M

**Q2 2021** PWRcell becomes "Smart Grid Ready" via Enbala

**Q1 2022** Product launches: PWRmicros, PWRgen

**Q2 2019** Expand labs, abuse test, reengineer, certify bankability

**Q3 2019** PWRview, PWRfleet, Tech Support, Training

**Q4 2019** Launch at SPI, set-up logistics, take orders

**Q2 2020** Increased battery capacity to industry-leading 18kWh

**Q2 2020** Increased power output to industry-leading 9kW with 50A surge

**Q4 2020** Launched whole home switch and load control

**Q2 2021** Acquisitions of Chilicon & Apricity

**Q4 2021** Product launches: AC coupled PWRcell, PWRmanager, Storm Guard

Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 9 of 11    Document 23-3

# Disciplined and Balanced Capital Allocation



## ~$3.0-$3.5 Billion liquidity end of 2024

- ✓ Projected cash at year end 2021
- ✓ ~$2.0-$2.5 Billion FCF 2022-2024
- ✓ Availability on ABL revolver

➡️ *Significant cash flow allows flexibility to execute on future shareholder-value enhancing opportunities*

### 1. Organic Growth

- Asset lite with capex only 2.5% to 3.0% of sales
- Investment in technology, innovation and R&D capabilities
- Capacity expansion, global systems, high ROI automation

### 2. Maintaining Healthy Balance Sheet

- Target 1-3x leverage
- Term loan matures 2026, ABL matures 2026
- $500 million notional swapped fixed

### 3. Strategic M&A

- Robust M&A pipeline
- Demonstrated ability to execute; 22 deals since 2011
- Accelerates "Powering a Smarter World" strategic plan
- Seek high synergy opportunities with above WACC returns

### 4. Return of Capital

- As future cash flow permits, will evaluate options opportunistically
- $250mm remaining on current share repurchase authorization

Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 10 of 11    Document 23-3

# Key Investor Day Takeaways…



- Mega-trends remain very compelling… continued strong growth in demand for products that provide resiliency

- New "Powering A Smarter World" strategy… driven by the changing energy landscape

- Generac is becoming an Energy Technology Solutions Company… focused on participating within the emerging Clean Energy and Grid Services markets

- New opportunities with Smart Grid Ready capability allows Generac to sell products as DERs providing for customer ROI

- Energy Technology expected to represent 26% of 2024 revenue, and ~2/3 of revenue including Smart Grid Ready gensets

- Three-year financial targets highlight significant long-term growth potential… and substantial earnings power of Generac

- Inaugural ESG Report published… commitment to improved transparency on progress with key initiatives and metrics

## New 2024 targets:

- **Net Sales ~$5.5B midpoint, 13%-15% CAGR**
- **24-25% EBITDA margin**
- **~$2.0-$2.5 Billion FCF 2022-2024**

Case 2:22-cv-01436-BHL    Filed 02/21/23    Page 11 of 11    Document 23-3