UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, et al., Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

   vs.

GENERAC HOLDINGS INC., et al.,

           Defendants.

Civil No. 2:22-cv-01436-BHL

<u>CLASS ACTION</u>

CALIFORNIA IRONWORKERS FIELD PENSION TRUST, on Behalf of Itself and All Others Similarly Situated,

           Plaintiff,

   vs.

GENERAC HOLDINGS INC., et al.,

           Defendants.

Civil No. 2:23-cv-00081-BHL

<u>CLASS ACTION</u>

---

DECLARATION OF JOHN D. BLYTHIN IN SUPPORT OF REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF TAMPA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

---

I, JOHN D. BLYTHIN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Wisconsin and this Court.  I am an attorney with Ademi LLP, proposed local counsel for the City Pension Fund for Firefighters and Police Officers in the City of Tampa ("Tampa").  I make this declaration in support of Reply Memorandum of Law in Further Support of Tampa's Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits provided per the statutory requirements:

Exhibit A:     Estimates of Tampa and the Store Brand Group's losses under the *Dura* Method, prepared by counsel;

Exhibit B:     Excerpts of October 19, 2022 William Blair Analyst Report;

Exhibit C:     Excerpts of October 19, 2022 J.P. Morgan Chase & Co. Analyst Report;

Exhibit D:     Excerpts of October 20, 2022 Credit Suisse Analyst Report;

Exhibit E:     Excerpts of October 20, 2022 BofA Global Research Analyst Report; and

Exhibit F:     Excerpts of October 20, 2022 Guggenheim Securities, LLC Analyst Report.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of March, 2023.

s/ John D. Blythin
_____
JOHN D. BLYTHIN (SBN 1046105)
