# EXHIBIT A

# *Dura* Method

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **City Pension Fund for Firefighters and Police** | | | | | | | | | |
| **Officers in the City of Tampa** | 09/27/2022 | 25,000 | $191.09 | $4,777,302.50 | 10/19/2022 | 25,000 | $120.02 | $3,000,492.50 | ($1,776,810.00) |
| | 09/26/2022 | 100,000 | $182.98 | $18,297,750.00 | 10/19/2022 | 100,000 | $120.02 | $12,001,970.00 | ($6,295,780.00) |
| | 05/04/2022 | 10,000 | $252.97 | $2,529,688.00 | 05/09/2022 | 10,000 | $227.43 | $2,274,263.00 | ($255,425.00) |
| | 02/16/2022 | 15,000 | $305.92 | $4,588,813.50 | 05/09/2022 | 15,000 | $227.43 | $3,411,394.50 | ($1,177,419.00) |
| | 05/20/2021 | 25,000 | $305.88 | $7,646,927.50 | 05/09/2022 | 25,000 | $227.43 | $5,685,657.50 | ($1,961,270.00) |
| | 05/20/2021 | 5,000 | $305.88 | $1,529,385.50 | 05/10/2022 | 5,000 | $219.44 | $1,097,198.00 | ($432,187.50) |
| | 05/19/2021 | 25,000 | $297.96 | $7,449,120.00 | 05/10/2022 | 25,000 | $219.44 | $5,485,990.00 | ($1,963,130.00) |
| | 05/18/2021 | 30,000 | $299.92 | $8,997,453.00 | 05/10/2022 | 30,000 | $219.44 | $6,583,188.00 | ($2,414,265.00) |
| **Movant's Total** | | **235,000** | | **$55,816,440.00** | | **235,000** | | **$39,540,153.50** | **($16,276,286.50)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $102.70 as of January 30, 2023 for common stock.

Prices listed are rounded up to two decimal places.

# *Dura* Method

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Connecticut Retirement Plans and Trust Funds** | 10/12/2022 | 805 | $148.48 | $119,526.40 | 12/05/2022 | 805 | $103.62 | $83,415.87 | ($36,110.53) |
| | 10/12/2022 | 9,121 | $148.48 | $1,354,286.08 | 12/05/2022 | 9,121 | $103.62 | $945,138.09 | ($409,147.99) |
| | 10/12/2022 | 1,563 | $148.48 | $232,074.24 | 12/05/2022 | 1,563 | $103.62 | $161,961.50 | ($70,112.74) |
| | 09/27/2022 | 585 | $180.22 | $105,428.70 | 12/05/2022 | 585 | $103.62 | $60,618.99 | ($44,809.71) |
| | 09/27/2022 | 1,127 | $180.22 | $203,107.94 | 12/05/2022 | 1,127 | $103.62 | $116,782.22 | ($86,325.72) |
| | 09/27/2022 | 7,538 | $180.09 | $1,357,518.42 | 12/05/2022 | 7,538 | $103.62 | $781,104.14 | ($576,414.28) |
| | 09/27/2022 | 232 | $180.09 | $41,780.88 | 12/05/2022 | 232 | $103.62 | $24,040.35 | ($17,740.53) |
| | 09/27/2022 | 422 | $180.09 | $75,997.98 | 12/05/2022 | 422 | $103.62 | $43,728.57 | ($32,269.41) |
| | 09/27/2022 | 169 | $180.09 | $30,435.21 | 12/06/2022 | 169 | $103.23 | $17,446.43 | ($12,988.78) |
| | 09/16/2022 | 15 | $200.17 | $3,002.55 | 12/06/2022 | 15 | $103.23 | $1,548.50 | ($1,454.05) |
| | 08/24/2022 | 645 | $243.95 | $157,347.75 | 12/06/2022 | 645 | $103.23 | $66,585.48 | ($90,762.27) |
| | 08/24/2022 | 1,669 | $243.13 | $405,783.97 | 12/06/2022 | 1,669 | $103.23 | $172,296.38 | ($233,487.59) |
| | 08/24/2022 | 884 | $243.13 | $214,926.92 | 12/06/2022 | 884 | $103.23 | $91,258.24 | ($123,668.68) |
| | 07/18/2022 | 1,600 | $225.88 | $361,408.00 | 07/28/2022 | 1,600 | $252.89 | $404,624.00 | $43,216.00 |
| | 06/24/2022 | 210 | $224.55 | $47,155.50 | 07/28/2022 | 210 | $252.89 | $53,106.90 | $5,951.40 |
| | 06/17/2022 | 20 | $220.25 | $4,405.00 | 07/28/2022 | 20 | $252.89 | $5,057.80 | $652.80 |
| | 06/03/2022 | 4,155 | $271.05 | $1,126,212.75 | 07/28/2022 | 4,155 | $252.89 | $1,050,757.95 | ($75,454.80) |
| | 06/03/2022 | 292 | $268.88 | $78,512.96 | 07/28/2022 | 292 | $252.89 | $73,843.88 | ($4,669.08) |
| | 05/31/2022 | 22 | $249.15 | $5,481.30 | 07/28/2022 | 22 | $252.89 | $5,563.58 | $82.28 |
| | 05/10/2022 | 701 | $222.15 | $155,727.15 | 07/28/2022 | 701 | $252.89 | $177,275.89 | $21,548.74 |
| | 05/10/2022 | 149 | $222.15 | $33,100.35 | 08/02/2022 | 149 | $266.65 | $39,730.85 | $6,630.50 |
| | 05/10/2022 | 2,850 | $222.15 | $633,127.50 | 12/06/2022 | 2,850 | $103.23 | $294,214.91 | ($338,912.60) |
| | 04/27/2022 | 3,013 | $233.39 | $703,204.07 | 05/03/2022 | 3,013 | $233.04 | $702,149.52 | ($1,054.55) |
| | 04/27/2022 | 2,075 | $233.39 | $484,284.25 | 12/06/2022 | 2,075 | $103.23 | $214,209.10 | ($270,075.15) |
| | 04/27/2022 | 112 | $233.39 | $26,139.68 | 12/13/2022 | 112 | $101.67 | $11,387.39 | ($14,752.29) |
| | 03/29/2022 | 34 | $321.10 | $10,917.40 | 12/13/2022 | 34 | $101.67 | $3,456.89 | ($7,460.51) |
| | 02/16/2022 | 13 | $313.19 | $4,071.47 | 03/18/2022 | 13 | $319.33 | $4,151.29 | $79.82 |
| | 02/16/2022 | 3,639 | $313.19 | $1,139,698.41 | 12/13/2022 | 3,639 | $101.67 | $369,988.41 | ($769,710.00) |
| | 02/16/2022 | 585 | $312.01 | $182,525.85 | 12/13/2022 | 585 | $101.67 | $59,478.76 | ($123,047.09) |
| | 02/16/2022 | 563 | $309.82 | $174,428.66 | 12/13/2022 | 563 | $101.67 | $57,241.96 | ($117,186.70) |
| | 01/26/2022 | 3,013 | $284.88 | $858,343.44 | 12/13/2022 | 3,013 | $101.67 | $306,341.05 | ($552,002.39) |
| | 01/24/2022 | 72 | $266.43 | $19,182.96 | 12/13/2022 | 72 | $101.67 | $7,320.46 | ($11,862.50) |
| | 01/24/2022 | 4,828 | $265.13 | $1,280,047.64 | 12/13/2022 | 4,828 | $101.67 | $490,877.73 | ($789,169.91) |
| | 01/21/2022 | 2,623 | $277.10 | $726,833.30 | 12/13/2022 | 2,623 | $101.67 | $266,688.54 | ($460,144.76) |
| | 01/21/2022 | 3,674 | $277.10 | $1,018,065.40 | held | 3,674 | $102.70 | $377,329.60 | ($640,735.80) |
| | 01/21/2022 | 3,403 | $273.91 | $932,115.73 | held | 3,403 | $102.70 | $349,497.17 | ($582,618.56) |
| | 01/11/2022 | 5,129 | $321.01 | $1,646,460.29 | held | 5,129 | $102.70 | $526,761.98 | ($1,119,698.31) |
| | 01/11/2022 | 2,071 | $320.28 | $663,299.88 | held | 2,071 | $102.70 | $212,697.22 | ($450,602.66) |
| | 12/22/2021 | 10 | $352.11 | $3,521.10 | held | 10 | $102.70 | $1,027.03 | ($2,494.07) |
| | 12/17/2021 | 25 | $357.43 | $8,935.75 | held | 25 | $102.70 | $2,567.57 | ($6,368.18) |
| | 12/17/2021 | 21 | $357.43 | $7,506.03 | held | 21 | $102.70 | $2,156.76 | ($5,349.27) |
| | 10/22/2021 | 39 | $469.79 | $18,321.81 | held | 39 | $102.70 | $4,005.40 | ($14,316.41) |
| | 06/18/2021 | 3 | $386.40 | $1,159.20 | 06/25/2021 | 3 | $396.05 | $1,188.15 | |
| | | **69,719** | | **$16,655,409.87** | | **69,719** | | **$8,640,622.47** | **($8,014,816.35)** |

| **Storebrand USA** | 06/29/2022 | 6,389 | $213.32 | $1,362,901.48 | held | 6,389 | $102.70 | $656,167.34 | ($706,734.14) |
|---|---|---|---|---|---|---|---|---|---|
| | 12/06/2021 | 637 | $366.68 | $233,575.16 | 12/17/2021 | 637 | $357.43 | $227,682.91 | ($5,892.25) |
| | 12/06/2021 | 1,682 | $366.68 | $616,755.76 | 02/25/2022 | 1,682 | $316.56 | $532,453.92 | ($84,301.84) |
| | 12/06/2021 | 588 | $366.68 | $215,607.84 | 02/28/2022 | 588 | $315.47 | $185,496.36 | ($30,111.48) |
| | 12/03/2021 | 457 | $385.56 | $176,200.92 | 02/28/2022 | 457 | $315.47 | $144,169.79 | ($32,031.13) |
| | 12/03/2021 | 1,622 | $385.56 | $625,378.32 | held | 1,622 | $102.70 | $166,583.73 | ($458,794.59) |
| | 12/01/2021 | 1,937 | $403.57 | $781,715.09 | held | 1,937 | $102.70 | $198,935.07 | ($582,780.02) |
| | 11/19/2021 | 728 | $434.25 | $316,134.00 | held | 728 | $102.70 | $74,767.54 | ($241,366.46) |
| | | **14,040** | | **$4,328,268.57** | | **14,040** | | **$2,186,256.65** | **($2,142,011.92)** |
| **Industriens Pensionsforsikring A/S** | 06/17/2022 | 500 | $219.67 | $109,835.00 | 10/19/2022 | 500 | $120.58 | $60,290.00 | ($49,545.00) |
| | 05/20/2022 | 96 | $226.42 | $21,736.32 | 10/19/2022 | 96 | $120.58 | $11,575.68 | ($10,160.64) |
| | 05/20/2022 | 125 | $221.48 | $27,685.00 | 10/19/2022 | 125 | $120.58 | $15,072.50 | ($12,612.50) |
| | 05/20/2022 | 247 | $221.48 | $54,705.56 | 10/19/2022 | 247 | $120.48 | $29,758.56 | ($24,947.00) |
| | 05/19/2022 | 432 | $220.82 | $95,394.24 | 10/19/2022 | 432 | $120.48 | $52,047.36 | ($43,346.88) |
| | 05/09/2022 | 330 | $228.97 | $75,560.10 | 10/19/2022 | 330 | $120.48 | $39,758.40 | ($35,801.70) |
| | 05/09/2022 | 70 | $228.97 | $16,027.90 | 10/19/2022 | 70 | $118.54 | $8,297.80 | ($7,730.10) |
| | 03/28/2022 | 300 | $310.25 | $93,075.00 | 10/19/2022 | 300 | $118.54 | $35,562.00 | ($57,513.00) |
| | 01/28/2022 | 1,276 | $256.49 | $327,281.24 | 10/19/2022 | 1,276 | $118.54 | $151,257.04 | ($176,024.20) |
| | 01/28/2022 | 1,199 | $261.06 | $313,010.94 | 10/19/2022 | 1,199 | $118.54 | $142,129.46 | ($170,881.48) |
| | 01/28/2022 | 625 | $259.87 | $162,418.75 | 10/19/2022 | 625 | $118.54 | $74,087.50 | ($88,331.25) |
| | 12/23/2021 | 300 | $353.48 | $106,044.00 | 10/19/2022 | 300 | $118.54 | $35,562.00 | ($70,482.00) |
| | 09/21/2021 | 300 | $421.83 | $126,549.00 | 10/19/2022 | 300 | $118.54 | $35,562.00 | ($90,987.00) |
| | 06/30/2021 | 200 | $410.59 | $82,118.00 | 10/19/2022 | 200 | $118.54 | $23,708.00 | ($58,410.00) |
| | 06/07/2021 | 1,540 | $329.05 | $506,737.00 | 10/19/2022 | 1,540 | $118.54 | $182,551.60 | ($324,185.40) |
| | 06/07/2021 | 760 | $329.05 | $250,078.00 | 10/19/2022 | 760 | $115.37 | $87,681.20 | ($162,396.80) |
| | 04/29/2021 | 980 | $331.78 | $325,144.40 | 10/19/2022 | 980 | $115.37 | $113,062.60 | ($212,081.80) |
| | 04/29/2021 | 120 | $331.78 | $39,813.60 | 10/19/2022 | 120 | $115.06 | $13,807.20 | ($26,006.40) |
| | 04/29/2021 | 200 | $328.66 | $65,732.00 | 10/19/2022 | 200 | $115.06 | $23,012.00 | ($42,720.00) |
| | | **9,600** | | **$2,798,946.05** | | **9,600** | | **$1,134,782.90** | **($1,664,163.15)** |
| **Storebrand Global Plus** | 04/06/2022 | 7,150 | $300.08 | $2,145,572.00 | held | 7,150 | $102.70 | $734,324.07 | ($1,411,247.93) |
| | | **7,150** | | **$2,145,572.00** | | **7,150** | | **$734,324.07** | **($1,411,247.93)** |
| **Storebrand Global All Countries** | 08/05/2022 | 1,865 | $248.13 | $462,762.45 | held | 1,865 | $102.70 | $191,540.47 | ($271,221.98) |
| | 06/29/2022 | 4,426 | $213.32 | $944,154.32 | held | 4,426 | $102.70 | $454,562.00 | ($489,592.32) |
| | 12/06/2021 | 799 | $366.68 | $292,977.32 | held | 799 | $102.70 | $82,059.43 | ($210,917.89) |
| | | **7,090** | | **$1,699,894.09** | | **7,090** | | **$728,161.91** | **($971,732.18)** |
| **Storebrand USA Plus** | 03/23/2022 | 551 | $317.49 | $174,936.99 | 05/25/2022 | 551 | $231.22 | $127,402.22 | ($47,534.77) |
| | 03/23/2022 | 1,301 | $317.49 | $413,054.49 | 10/19/2022 | 1,301 | $110.30 | $143,500.30 | ($269,554.19) |
| | 03/18/2022 | 885 | $319.33 | $282,607.05 | 10/19/2022 | 885 | $110.30 | $97,615.50 | ($184,991.55) |
| | 03/14/2022 | 646 | $275.94 | $178,257.24 | 10/19/2022 | 646 | $110.30 | $71,253.80 | ($107,003.44) |
| | 03/14/2022 | 443 | $275.94 | $122,241.42 | held | 443 | $102.70 | $45,497.28 | ($76,744.14) |
| | | **3,826** | | **$1,171,097.19** | | **3,826** | | **$485,269.10** | **($685,828.09)** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Storebrand Global Indeks** | 03/16/2022 | 200 | $305.46 | $61,092.00 | 09/28/2022 | 200 | $187.37 | $37,474.00 | ($23,618.00) |
| | 12/29/2021 | 65 | $346.93 | $22,550.45 | 09/28/2022 | 65 | $187.37 | $12,179.05 | ($10,371.40) |
| | 12/27/2021 | 82 | $352.08 | $28,870.56 | 09/28/2022 | 82 | $187.37 | $15,364.34 | ($13,506.22) |
| | 12/27/2021 | 192 | $352.08 | $67,599.36 | 12/08/2022 | 192 | $102.35 | $19,651.20 | ($47,948.16) |
| | 12/15/2021 | 161 | $355.57 | $57,246.77 | 12/08/2022 | 161 | $102.35 | $16,478.35 | ($40,768.42) |
| | 07/09/2021 | 266 | $436.37 | $116,074.42 | 12/08/2022 | 266 | $102.35 | $27,225.10 | ($88,849.32) |
| | | **966** | | **$353,433.56** | | **966** | | **$128,372.04** | **($225,061.52)** |
| **SPP Generation 60-tal** | 06/30/2022 | 1,842 | $210.69 | $388,090.98 | held | 1,842 | $102.70 | $189,178.31 | ($198,912.67) |
| | | **1,842** | | **$388,090.98** | | **1,842** | | **$189,178.31** | **($198,912.67)** |
| **SPP Generation 70-tal** | 06/30/2022 | 1,348 | $210.69 | $284,010.12 | held | 1,348 | $102.70 | $138,443.19 | ($145,566.93) |
| | | **1,348** | | **$284,010.12** | | **1,348** | | **$138,443.19** | **($145,566.93)** |
| **SPP Generation 50-tal** | 06/29/2022 | 773 | $213.32 | $164,896.36 | held | 773 | $102.70 | $79,389.16 | ($85,507.20) |
| | | **773** | | **$164,896.36** | | **773** | | **$79,389.16** | **($85,507.20)** |
| **SPP Generation 80-tal** | 06/30/2022 | 271 | $210.69 | $57,096.99 | held | 271 | $102.70 | $27,832.42 | ($29,264.57) |
| | 01/07/2022 | 179 | $316.55 | $56,662.45 | held | 179 | $102.70 | $18,383.78 | ($38,278.67) |
| | | **450** | | **$113,759.44** | | **450** | | **$46,216.20** | **($67,543.24)** |
| **Storebrand Indeks – Alle Markeder** | 01/03/2022 | 161 | $347.91 | $56,013.51 | held | 161 | $102.70 | $16,535.13 | ($39,478.38) |
| | | **161** | | **$56,013.51** | | **161** | | **$16,535.13** | **($39,478.38)** |
| **SPP Generation 40-tal** | 06/29/2022 | 144 | $213.32 | $30,718.08 | held | 144 | $102.70 | $14,789.18 | ($15,928.90) |
| | | **144** | | **$30,718.08** | | **144** | | **$14,789.18** | **($15,928.90)** |
| **Movants' Total** | | **117,109** | | **$30,190,109.82** | | **117,109** | | **$14,522,340.31** | **($15,667,798.46)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $102.70 as of January 30, 2023 for common stock.

Prices listed are rounded up to two decimal places.