# EXHIBIT B

Equity Research
**Global Industrial Infrastructure | Industrial Technology**



October 19, 2022

# Generac Holdings Inc.

**Brian Drab, CFA** +1 312 364 8280
bdrab@williamblair.com

**Blake Keating** +1 312 364 8673
bkeating@williamblair.com

**Tyler Hutin, CFA** +1 312 364 5129
thutin@williamblair.com

## Order Rates Not Rebounding as Expected; Third Quarter Falls Short; Guidance Reduced

**Summary.** Shares of Generac were down more than 20% in early trading today following the company's preannouncement of third quarter 2022 results and a downward revision of full-year guidance. Continued softness in home-standby generator orders was the primary reason for the shortfall. Management again pointed to channel inventory levels and lack of dealer installation capacity as the root cause, rather than deterioration in underlying demand. In fact, management cited sequential improvement in in-home consultations, close rates, dealer count, and generator activations. Hurricane Ian drove additional demand in the quarter. Our assessment at this point is that management (and we) underestimated how long it will take the dealer base's installation capability to catch up with the increase in Generac's production capacity, which approximately doubled in the last year. Management said this dynamic will likely weigh on home-standby sales through the first half of 2023.

**The Numbers.** Management now expects sales to increase about 15%, to $1.09 billion, in third quarter 2022, below the consensus estimate of $1.34 billion. Adjusted EBITDA are expected to be $184 million (approximately 17% EBITDA margin), below the consensus estimate of $306 million. Adjusted EPS are expected to be $1.75, below the consensus estimate of $3.22. In order to meet previous guidance, we believe home-standby generator sales needed to be in the $700 million to $750 million range. We believe the preliminary report implies home-standby sales totaled $450 million to $500 million in the third quarter. Management said full-year sales growth is expected to be 22%-24% (previously 36%-40%), with net income margin of 9%-10% (previously 13%-14%) and adjusted EBITDA margin of 18%-19% (previously 21.5%-22.5%).

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| Symbol: | | | GNRC (NYSE) |
|---|---|---|---|
| Price: | | | $113.78 (52-Wk.: $137-$524) |
| Market Value (M): | | | $9,430 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $2.38 | $2.09 | - |
| | Q2 | $2.39 | $2.99 | - |
| | Q3 | $2.35 | $1.75 | - |
| | Q4 | $2.51 | $1.78 | - |
| | FY | $9.63 | $8.62 | $8.47 |
| Sales (M) FY | | $3,737.2 | $4,567.5 | $4,478.4 |
| **Valuation** | | | | |
| FY P/E | | 11.8x | 13.2x | 13.4x |
| CY P/E | | 11.8x | 13.2x | 13.4x |
| EV/Sales | | 2.8x | 2.3x | 2.4x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 63.8 |
| Float (M): | 62.9 |
| Avg. Daily Volume (90-day): | 1,234,622 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $37.89 |
| Return on Equity (TTM): | 24.6% |
| Enterprise Value (M): | $10,581 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Generac Holdings is a leading provider of residential, commercial, and industrial generators. The company's residential business offers portable and residential standby generator systems sold through dozens of retailers (including Home Depot and Lowe's) and thousands of contractors. Generac's natural gas, gasoline, and diesel-based generators are also used as a backup electricity source in commercial/industrial applications, including gas stations, restaurants, cellular towers, hospitals, and manufacturing plants. Generac also sells products for the clean energy industry, including battery storage systems and home energy management solutions.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**