# EXHIBIT C

# Generac

## Adjusting Model for Negative 3Q Preannouncement; Cutting PT to $206

GNRC preannounced 3Q results well below expectations and lowered FY22 guidance owing to longer-than-expected installation lead times, leading to elevated channel inventory. The company also announced one-time charges related to the bankruptcy of a material customer for the nascent clean power business. GNRC has been the most polarized stock in our coverage over the past several quarters, based on our conversations with investors, and we believe the negative preannouncement will add fuel to the bearish argument that demand is deteriorating. We are encouraged that metrics such as in-home consultations and dealer count improved sequentially, which we believe are strong indicators of end-customer demand, though we acknowledge the stock will likely be in the penalty box until visibility into clearing the channel improves. We are cutting our estimates. We maintain our Overweight rating as we believe risk-reward remains favorable given the recent pullback. Our YE23 price target goes to $206 (from $421).

- **Negative 3Q preannouncement and reduced FY22 outlook.** GNRC expects 3Q PF EBITDA of ~$184mm on revenue of ~$1.09bn, well below expectations (JPMe prior: $306mm/$1.35bn, Street: $295mm/$1.33bn). C&I revenue aligned with internal expectations, though the residential home standby business was impacted by longer-than-expected installation times, which have been often longer than GNRC's product lead times since 2Q, leading to elevated channel inventory. The company expects channel inventory to remain elevated through 1H23 and reduced FY22 guidance accordingly to an implied PF EBITDA of ~$820-880mm on revenue of ~$4.56-4.63bn (JPMe prior: $1,126mm/$5.16bn, Street: $1,078mm/$5.09bn). GNRC maintains that demand remains strong, and noted that demand metrics such as in-home consultations and dealer count improved sequentially during 3Q. We are lowering our estimates accordingly.

- **Risk-reward remains favorable in our view, though the stock is now in "show me" territory.** We believe some bearish investors view GNRC as a "COVID reversal" and that will return to circa 2019 earning power. Taking the average EBITDA between 2017 and 2019 of ~$398mm, adding ~$50-70mm estimated benefit from M&A since, and assuming an EV/EBITDA multiple aligned with industrial comps, implies a valuation of ~$80 per share, or ~30% below current levels. On the other hand, our model assumes that revenue declines through 1H23 and then the y/y growth rate stabilizes in the low-single digits in 2H23 and beyond. Assuming EBITDA margins decline to the low-20s %, approximately aligned with pre-COVID margins, and a 13x multiple aligning with industrial comps, derives our price target of $206, or ~80% above current levels. We therefore believe that risk-reward remains favorable, though we concede the stock will likely be in the penalty box until visibility into a sustainable level of demand improves.

- **GNRC will report full 3Q results on November 2.**

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**Overweight**

**GNRC, GNRC US**
Price (18 Oct 22):$147.74

▼**Price Target (Dec-23):$206.00**
Prior (Dec-23):$421.00

### Alternative Energy and Services

**Mark Strouse, CFA** [AC]
(1-212) 622-8244
mark.w.strouse@jpmorgan.com
**Bloomberg** JPMA STROUSE <GO>
J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

|  | Prev | Cur |
|---|---|---|
| Adj. EPS - 22E ($) | 11.61 | 8.56 |
| Adj. EPS - 23E ($) | 13.85 | 8.38 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS ($)**

|  | 2021A | 2022E | 2023E |
|---|---|---|---|
| Q1 | 2.38 | 2.09A | 1.69 |
| Q2 | 2.39 | 2.99A | 1.95 |
| Q3 | 2.35 | 1.75 | 2.40 |
| Q4 | 2.51 | 1.73 | 2.35 |
| FY | 9.63 | 8.56 | 8.38 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 68 | 84 | 90 | 78 | 69 |
| Growth | 32 | 23 | 18 | 57 | 31 |
| Momentum | 81 | 68 | 12 | 4 | 31 |
| Quality | 17 | 14 | 9 | 15 | 22 |
| Low Vol | 78 | 68 | 54 | 31 | 52 |
| ESGQ | 88 | 77 | 33 | 17 | 86 |

**See page 5 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.