# EXHIBIT D

20 October 2022
Equity Research
Americas | United States



# Generac Hldg

## Negative Q3 preannounce; Reduce TP to $181

Clean Energy | Decrease Target Price

## GNRC

Target price (12M, US$) **181.00**

Outperform[V]

| | |
|---|---|
| Previous target price (12M, US$) | 395.00 |
| Price (19 Oct 22, US$) | 110.30 |
| 52-week price range | 505.80 - 110.30 |
| Enterprise value (US$ m) | 7,740 |

[V] = Stock Considered Volatile (see Disclosure Appendix)

- **Bottom line:** We reduce our TP to $181, from $395, due to weaker-than-expected home standby generator & clean energy sales and lower long-term growth. We reduce our 2023/24 EBITDA est by 35%/31% vs prior est. We also change our valuation methodology to sum of the parts where we now value core standby generator business at ~11x forward EBITDA, in line with pre-pandemic historical avg, and new clean energy business at 18x 2025 EBITDA, in line with peers SEDG and ENPH. We retain our Outperform rating as valuation looks attractive as stock trades at 10x our 2023 EBITDA giving no value to margin growth and solar/storage growth.

- **3Q22 preannounce**: Adjusted EPS $1.75 below prior CS/cons $2.99/$3.21. Revenues/adjusted EBITDA margin $1,090m/17.0% below CS $1,290m/22.0% and cons $1,332m/23.0% due to lower HSB sales, lower clean energy shipments, while C&I shipment were in line with company est. Clean energy shipment was impacted by Pink Energy bankruptcy (one of the large customers) and related $55m in warranty & bad debt.

- **2022 guidance miss**: Management reduced 2022 revenue growth to 22%-26% y/y (vs prior 36-40%). Adjusted EBITDA margin guidance reduced to 18-19% (vs prior 21.5-22.5%) below prior CS/cons 21.2%/21.7%. Net income margin reduces to 9-10% (vs prior 13-14%). Implied Q4 revenues of $1.1b at guidance midpoint below prior CS/cons $1.3b/$1.4b guidance implies Q4 EBITDA%18%, below prior CS/Cons 24%/25%.

- **2023 slowdown:** Management noted weaker 1H 2023 sales given weaker HSB sales and channel inventory build. We estimate revenue run rate of $1.1b/quarter in 2023, in line with 2H 2022. Sales could be second half weighted given channel inventory buildup.

- **Estimate changes:** We reduce HSB sales to $2.5b/2.1b/2.2b in 2022/23/24, vs prior $3.5b/3.8b/4.0b, assuming normalized HSB penetration. As a result, we reduce 2022/23/24 EPS to $8.23/$8.87/$10.94, from $11.85/$14.19/$16.21. Risks: labor shortage for installations, change in policy, post-merger integration challenges, supply chain disruption, labor input cost inflation, sustained periods without major power disruptions, leading to reduced demand for standby and portable generators.

### Research Analysts

**Maheep Mandloi**
212 325 2345
maheep.mandloi@credit-suisse.com

**Chandni Chellappa**
212 325 2759
chandni.chellappa@credit-suisse.com

### Share price performance



On 19-Oct-2022 the S&P 500 INDEX closed at 3585.62Daily Oct20, 2021 - Oct19, 2022, 10/20/21 = US$458.22

## Financial and valuation metrics

| Year | 12/21A | 12/22E | 12/23E | 12/24E |
|---|---|---|---|---|
| EPS (CS adj.) (US$) | 9.63 | 8.23 | 8.87 | 10.94 |
| Prev. EPS (US$) | - | 11.85 | 14.19 | 16.21 |
| Revenue (US$ m) | 3,737.2 | 4,596.3 | 4,413.3 | 4,891.1 |
| P/OCF (x) | 55.0 | 26.1 | 11.0 | 8.1 |
| EV/EBITDA (current) | 9.2 | 9.5 | 9.1 | 7.5 |
| Net debt (US$ m) | 833 | 700 | 166 | -595 |
| ROIC (%) | 18.69 | 13.74 | 15.17 | 19.92 |
| Number of shares (m) | 63.83 | IC (current, US$ m) | | 3,104.85 |
| Net debt (Next Qtr., US$ m) | 907.5 | Dividend (current, US$) | | - |
| Net debt/tot eq (Next Qtr.,%) | 35.3 | | | |

Source: Company data, Refinitiv, Credit Suisse estimates

| Quarterly EPS | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2021A | 2.38 | 2.39 | 2.35 | 2.51 |
| 2022E | 2.09 | 2.99 | 1.32 | 1.84 |
| 2023E | 1.74 | 2.00 | 2.49 | 2.64 |

**DISCLOSURE APPENDIX AT THE BACK OF THIS REPORT CONTAINS IMPORTANT DISCLOSURES, ANALYST CERTIFICATIONS, LEGAL ENTITY DISCLOSURE AND THE STATUS OF NON-US ANALYSTS.** US Disclosure: Credit Suisse does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

scottr@rgrdlaw.com Scott Roelen 11/30/22 09:29:09 PM Robbins Geller Rudman  Dowd LLP