# EXHIBIT E



# Generac Holdings Inc.

## How to Hard Reset the Generator: Mgmt. Cuts FY22 Guidance and Warns on FY23

Reiterate Rating: NEUTRAL | PO: 122.00 USD | Price: 110.30 USD

## Underlying demand is worse than we thought; reset ests.

GNRC pre-released 3Q22 earnings, which included a series of incrementally negative updates. Despite clear underperformance and sentiment erosion in the last couple months, we suspect this news will likely make the Street to significantly revise expectations downward. Mgmt. reported preliminary revenues of $1.09 bn, which is ~$250 mn below our expectation, citing weak volumes and slowing growth. GNRC also expects $55 mn of one-off write downs related to its clean energy business ($37 mn of product warranty expense and $18 mn of bad debt expense). Ultimately, net income comes in well below our prior expectations of $159 mn vs. $58 mn preliminarily reported. Mgmt. also cut guidance for FY22 net sales growth to 22-24% from 36-40%, which implies $4.4-4.6 bn in total revenues, citing limited dealer installation capacity, extended dealer backlogs, and elevated field inventories. We account for this $600-700 mn revenue cut by sizably reducing our expectations for home standby (HSB) volumes and revenues through the remainder of 2022 and beyond. In our view, this guidance cut indicates markedly weaker HSB demand than our recently lowered expectations. We cut our FY23 HSB revenue expectations to $1.4 bn from $2.0 bn and FY24 to $1.7 bn from $2.2 bn, accounting for weaker volumes and reducing benefits from pricing increases, as promotional activity remains high. We also reduce our expectations for PWRcell and Ecobee growth to account for elevated execution risk. We lack confidence in outstanding FY24 guidance and move our estimates well below Street & below their range across the board.

## Stock in Eye of the Storm? PO to $122/sh, stay Neutral

We maintain our valuation methodology at 75/25 EV/EBITDA / DCF. MtM on EV/EBITDA moves EBITDA multiples to 12x / 11x on 2023 / 2024E (13x / 11x prior) after cleantech multiple compression since our last model update. Maintain our DCF assumptions. After cutting topline and earnings guidance, our confidence in the health of the underlying business erodes. *We reset our expectations again,* moving underlying demand toward estimated pre-COVID levels and risking our assumptions for further growth. Our FY23 and FY24 EBITDA assumptions are each ~$400 mn below consensus (20 Buys/5 Holds/0 Sells as of 10/18), but with GNRC now the *worst performing* S&P 500 equity YTD (-69%), we see the latest update as mostly priced in the stock and now see limited upside potential. Still quite focused on fixed costs given weaker rev outlook, still growing C&I offset, & new outlook (no mention so far). Lower PO to $122/sh from $192/sh

| Estimates (Dec) (US$) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| EPS | 6.47 | 9.63 | 9.28 | 8.81 | 10.34 |
| GAAP EPS | 5.50 | 8.57 | 7.78 | 7.28 | 8.81 |
| EPS Change (YoY) | 27.9% | 48.8% | -3.6% | -5.1% | 17.4% |
| Consensus EPS (Bloomberg) | | | 10.74 | 11.57 | 13.52 |
| DPS | 0 | 0 | 0 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | 17.0x | 11.5x | 11.9x | 12.5x | 10.7x |
| GAAP P/E | 20.1x | 12.9x | 14.2x | 15.2x | 12.5x |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | 12.4x | 8.3x | 7.6x | 7.7x | 6.7x |
| Free Cash Flow Yield* | 6.0% | 4.2% | 5.2% | 1.2% | 5.3% |

\* For full definitions of *iQmethod* SM measures, see page 11.

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 12 to 14. Analyst Certification on page 9. Price Objective Basis/Risk on page 9.**

Timestamp: 20 October 2022 06:29AM EDT

**20 October 2022**

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 192.00 | 122.00 |
| 2022E Rev (m) | 5,166.5 | 4,559.5 |
| 2023E Rev (m) | 4,741.8 | 4,058.9 |
| 2024E Rev (m) | 5,327.4 | 4,669.7 |
| 2022E EPS | 10.58 | 9.28 |
| 2023E EPS | 10.38 | 8.81 |
| 2024E EPS | 11.86 | 10.34 |

**Julien Dumoulin-Smith**
Research Analyst
BofAS
+1 646 855 5855
julien.dumoulin-smith@bofa.com

**Morgan Reid**
Research Analyst
BofAS
+1 646 855 4329
morgan.reid@bofa.com

**Alex Vrabel**
Research Analyst
BofAS
+1 713 247-7751
alexander.vrabel@bofa.com

**Paul Zimbardo**
Research Analyst
BofAS
+1 646 855 1470
paul.zimbardo@bofa.com

### Stock Data

| | |
|---|---|
| Price | 110.30 USD |
| Price Objective | 122.00 USD |
| Date Established | 19-Oct-2022 |
| Investment Opinion | C-2-9 |
| 52-Week Range | 109.05 USD - 524.31 USD |
| Mrkt Val (mn) / Shares Out (mn) | 7,113 USD / 64.5 |
| Average Daily Value (mn) | 199.16 USD |
| BofA Ticker / Exchange | GNRC / NYS |
| Bloomberg / Reuters | GNRC US / GNRC.N |
| ROE (2022E) | 25.1% |
| Net Dbt to Eqty (Dec-2021A) | 36.6% |
| ESGMeter™ | Medium |

**ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of BofA Global Research's equity investment rating, volatility risk rating, income rating, and price objective for that company.** For full details, refer to "BofA ESGMeter Methodology".

Acronyms page 9

CR