# EXHIBIT F

# GUGGENHEIM

**Joseph Osha, CFA**
joseph.osha@guggenheimpartners.com
415 852 6468

**Hilary Cauley, CFA**
hilary.cauley@guggenheimpartners.com
212 378 6201

## GNRC     BUY

**Generac Holdings Inc.**
**Sector: Energy Technology**

## Estimate Changes

| | |
|---|---|
| Share Price | $110.30 |
| Price Target | $209.00 |
| *Prior* | *$246.00* |

**Revenue ($M)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | 807 | 920 | 943 | 1,067 | 3,737 |
| **2022** | 1,136 | 1,291 | 1,093E | 1,073E | 4,593E |
| *Prior* | — | — | *1,275E* | *1,230E* | *4,932E* |
| **2023** | 1,079E | 1,115E | 1,151E | 1,183E | 4,528E |
| *Prior* | *1,149E* | *1,119E* | *1,132E* | *1,163E* | *4,563E* |

**EPS ($)**

| (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2021** | 2.33 | 2.01 | 2.05 | 2.22 | 8.61 |
| **2022** | 1.57 | 2.21 | 0.83E | 1.50E | 6.60E |
| *Prior* | — | — | *2.38E* | *2.23E* | *8.78E* |
| **2023** | 1.45E | 1.60E | 1.77E | 1.94E | 6.84E |
| *Prior* | *1.69E* | — | *1.66E* | *1.80E* | *6.82E* |

## Market Data

| | |
|---|---|
| 52-Week Range | $109.05 - $524.31 |
| Market Cap (M) | $7,041 |
| Enterprise Value (M) | $17,767 |
| Shares Out (M) | 63.8 |
| ADV (3 mo; 000) | 1,309 |

---

# GNRC: The Penny Drops

> **Key Message**: GNRC updated its outlook yesterday, and although the current forecasts are below our estimates, our recently lowered 2023 estimates still appear reasonable in our view. Applying the same 18x target EBITDA multiple to NTM (in this case, trough) earnings indicates a $209 price target, down from $246. We continue to be buyers of the stock, although we think performance is likely to be weak until the company can demonstrate that revenue has bottomed.

- **Generac updates its outlook**. Generac admitted yesterday what was becoming apparent already, which is that the company's home standby power (HSB) business has weakened as result of more modest demand and excess channel inventory. The company also pointed to its misadventures with Pink Energy (not listed), a solar installer with its own history of problems that was using GNRC solar equipment that experienced failures in the field. Pink's recent bankruptcy has also been widely reported, as were the company's previous problems, and we think GNRC's biggest mistake was to have been involved with Pink in the first place. The overall impact of GNRC's updated announcement is to push the 2022 revenue outlook below our own recently revised estimates, although the decline in EBITDA and earnings was about what we would have expected given lower revenue. We had expected revenue to decline more slowly over a period of several quarters per our recent revisions, bottoming in Q1 or next year, whereas our new model shows a bottom in Q4.

- **Lower demand, yes, but the big issue now is channel inventory.** We are not interested in management's complex explanations as to what is happening in its dealer channel, because we think the explanation is simple: Dealers ordered too many HSB units when demand was high and GNRC's lead times were long – as lead times came in and demand softened, dealer inventory rose. We're now in the process of waiting for the dealer channel to normalize, following which we should have a better sense as to what end demand looks like. That may take until late this year or early next. Inventory issues aside, we continue to believe that the pace of market penetration growth should return to its historic average – per the illustration in Image 1.

- **Our 2023 estimates already showed a decline and don't change much.** For our part, we don't think the picture for 2023 has changed much since our earlier note. As the revisions to our model shown in Figure 1 illustrate, our estimates haven't changed much either. Applying the market penetration analysis we show in Image 1 to GNRC results yields the HSB revenue forecasts for the company that we picture in Image 2. Interestingly enough, we note that the revised Q3 forecasts for GNRC roughly annualize to our (mostly unchanged) 2023 estimates. We show HSB revenues declining by 12% next year, better than our earlier estimate of a 17% decline given how revenue has rolled over in the latter part of 2022. Overall, we end up at $6.84 in GAAP earnings for next year, up two pennies from our previous estimate, while our EBITDA estimate declines by ~$20 million to $824 million.

- **Valuation on NTM estimates suggests a $209 price target, but evidence of a bottom in revenue will be important to see.** From a valuation standpoint, we acknowledge the likelihood that GNRC's stock is not likely to perform well until the company can show that its revenue has bottomed out. Considering what the company's revised full-year 2022 financial target implies for Q422, we could be waiting for another quarter. Looking to next year and assuming that our analysis is correct, we are comfortable with our 18x EBITDA target, which we think is compatible with the mid-teens growth rate to which GNRC should return. Applied to our NTM forecasts, which are essentially trough earnings, our analysis yields a $209 PT, down from $246. We emphasize that revisions to our NTM forecasts all occur in 2H22; as we pointed out, our 2023 estimates have not changed much. As is typical for companies at the bottom of a business cycle, we expect the NTM multiple to contract slightly once the company approaches more normalized financial performance.

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 2 of 2     Document 27-6

---