# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, and OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:22-cv-1436 (BHL) |
| | Hon. Brett H. Ludwig |
| Plaintiffs, | CLASS ACTION |
| v. | |
| GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, | |
| Defendants. | |
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:23-cv-0081 (BHL) |
| | Hon. Brett H. Ludwig |
| Plaintiff, | CLASS ACTION |
| v. | |
| GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE INSTITUTIONAL INVESTOR GROUP'S REPLY TO THE COMPETING MOTION FOR LEAD PLAINTIFF APPOINTMENT**

I, David R. Kaplan, declare as follows:

1.      I am an attorney duly licensed to practice before the Eastern District of Wisconsin. I am a Director and an attorney with the law firm of Saxena White P.A., counsel for presumptive Lead Plaintiff the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") and, with Kessler Topaz Meltzer & Check, LLP, proposed Lead Counsel for the class in the above-captioned actions.  I submit this Supplemental Declaration in support of the Institutional Investor Group's motion for consolidation, appointment as Lead Plaintiff, and approval of selection of counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:   A chart calculating the Kujawiak Family's *Dura* losses;

EXHIBIT B:   The motion for lead plaintiff and joint declaration in *Mihaylov v. Tattooed Chef, Inc.*, No. 2:22-cv-09311 (C.D. Cal. Feb. 21, 2023), ECF Nos. 18, 20-4;

EXHIBIT C:   A chart listing cases in which Robbins Geller Rudman & Dowd LLP has filed lead plaintiff motions on behalf of groups of investors from 2018 to present;

EXHIBIT D:   Storebrand's assignments of claims in *In re The Chemours Co. Securities Litigation*, No. 1:19-cv-01911 (D. Del.);

EXHIBIT E:   The assignments of claims in *Faris v. Longtop Financial Technologies Ltd.*, No. 11 Civ. 3658, ECF No. 37-1 (S.D.N.Y. Oct. 15, 2011);

1

EXHIBIT F: Excerpts from the prospectuses for Storebrand Global All Countries, Storebrand Global Plus, Storebrand USA, Storebrand USA Plus, SPP Generation 40-tal, SPP Generation 50-tal, SPP Generation 60-tal, SPP Generation 70-tal, and SPP Generation 80-tal;

EXHIBIT G: The legal opinion of Ake J Fors and Mikael Magnusson of Setterwalls Advokatbyra;

EXHIBIT H: The transcript of the lead plaintiff hearing held before Judge Jesse M. Furman in *Hachem v. General Electric Inc.*, No. 17 Civ. 8457 (S.D.N.Y. May 23, 2018), ECF No. 140;

EXHIBIT I: The order appointing lead plaintiff in *Lu v. Align Technologies, Inc.*, No. 18-CV-06720, (N.D. Cal. Mar. 22, 2019), ECF No. 72; and

EXHIBIT J: The order appointing lead plaintiff in *Felix v. Symantec Corp.*, No. C 18-02902, (N.D. Cal. Aug. 23, 2018), ECF No. 75.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of March 2023, at Solana Beach, California.

*/s/ David R. Kaplan*
David R. Kaplan