# EXHIBIT A

**Andrew Kujawiak**
**Dura-Adjusted LIFO Loss in Generac Holdings Inc.**
Class Period: 4/29/2021 - 11/1/2022
Retained Shares valued at: $102.70

| *Kujawiak Family Dura-Adjusted LIFO Loss* | *$81,289.86* |
|---|---|

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 2,520 | | | Sale | 11/4/2021 | 185 | $458.75 | $84,868.75 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 12/3/2021 | 2,235 | $400.98 | $896,190.30 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 1/4/2022 | 100 | $322.53 | $32,253.00 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 2,520 | | $1,013,312.05 | |
| Purchase | 4/29/2021 | 200 | $330.63 | $66,126.00 | Sale | 11/4/2021 | 200 | $458.75 | $91,750.00 | $25,624.00 |
| Purchase | 6/3/2021 | 100 | $319.40 | $31,939.50 | Sale | 11/4/2021 | 100 | $458.75 | $45,875.00 | $13,935.50 |
| Purchase | 6/15/2021 | 290 | $359.28 | $104,190.04 | Sale | 11/4/2021 | 290 | $458.75 | $133,037.50 | $28,847.46 |
| Purchase | 6/25/2021 | 250 | $397.11 | $99,276.50 | Sale | 11/4/2021 | 250 | $458.75 | $114,687.50 | $15,411.00 |
| Purchase | 9/10/2021 | 250 | $461.98 | $115,495.00 | Sale | 11/4/2021 | 250 | $458.75 | $114,687.50 | ($807.50) |
| Purchase | 9/22/2021 | 50 | $442.20 | $22,109.80 | Sale | 11/4/2021 | 50 | $458.75 | $22,937.50 | $827.70 |
| Purchase | 12/8/2021 | 150 | $365.62 | $54,842.40 | Sale | 1/4/2022 | 150 | $322.53 | $48,379.50 | *Not Recoverable Under Dura* |
| Purchase | 12/15/2021 | 145 | $344.48 | $49,948.88 | Sale | 1/4/2022 | 145 | $322.53 | $46,766.85 | *Not Recoverable Under Dura* |
| Purchase | 12/17/2021 | 400 | $360.54 | $144,216.00 | Sale | 1/4/2022 | 400 | $322.53 | $129,012.00 | *Not Recoverable Under Dura* |
| Purchase | 12/30/2021 | 100 | $353.43 | $35,343.00 | Sale | 1/4/2022 | 100 | $322.53 | $32,253.00 | *Not Recoverable Under Dura* |
| Purchase | 1/6/2022 | 266 | $315.53 | $83,929.92 | Sale | 8/3/2022 | 266 | $262.03 | $69,699.98 | ($14,229.94) |
| Purchase | 1/11/2022 | 111 | $323.56 | $35,915.16 | Sale | 5/11/2022 | 111 | $211.85 | $23,515.68 | *Not Recoverable Under Dura* |
| Purchase | 1/11/2022 | 49 | $323.56 | $15,854.44 | Sale | 8/3/2022 | 49 | $262.03 | $12,839.47 | ($3,014.97) |
| Purchase | 1/24/2022 | 975 | $275.90 | $269,002.50 | Sale | 5/11/2022 | 975 | $211.85 | $206,556.68 | *Not Recoverable Under Dura* |
| Purchase | 1/26/2022 | 825 | $266.60 | $219,945.00 | Sale | 5/11/2022 | 825 | $211.85 | $174,778.73 | *Not Recoverable Under Dura* |
| Purchase | 2/17/2022 | 240 | $309.86 | $74,366.40 | Sale | 5/11/2022 | 240 | $211.85 | $50,844.72 | *Not Recoverable Under Dura* |
| Purchase | 3/15/2022 | 350 | $280.60 | $98,210.00 | Sale | 5/11/2022 | 350 | $211.85 | $74,148.55 | *Not Recoverable Under Dura* |
| Purchase | 5/3/2022 | 40 | $236.33 | $9,453.20 | Sale | 5/11/2022 | 40 | $211.85 | $8,474.12 | *Not Recoverable Under Dura* |
| Purchase | 5/27/2022 | 245 | $249.48 | $61,122.60 | Sale | 8/3/2022 | 245 | $262.03 | $64,197.35 | $3,074.75 |
| Purchase | 6/6/2022 | 240 | $280.13 | $67,230.00 | Sale | 8/3/2022 | 240 | $262.03 | $62,887.20 | ($4,342.80) |
| Purchase | 7/7/2022 | 38 | $228.70 | $8,690.68 | Sale | 8/3/2022 | 38 | $262.03 | $9,957.14 | $1,266.46 |
| Purchase | 7/20/2022 | 200 | $245.05 | $49,010.00 | Sale | 8/3/2022 | 200 | $262.03 | $52,406.00 | $3,396.00 |
| Purchase | 10/21/2022 | 500 | $107.42 | $53,711.00 | Retained Shares | | 500 | $102.70 | $51,351.33 | ($2,359.67) |
| Purchase | 10/25/2022 | 450 | $119.52 | $53,784.00 | Retained Shares | | 450 | $102.70 | $46,216.20 | ($7,567.80) |
| | | 6,464 | | $1,823,712.01 | | | 6,464 | | $1,687,259.50 | |

*Dura-Adjusted LIFO Loss in Generac Holdings Inc.* $60,060.20

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | 1,185 | | | Sale | 11/4/2021 | 195 | $459.71 | $89,643.45 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 12/3/2021 | 220 | $403.63 | $88,798.60 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 12/7/2021 | 300 | $367.13 | $110,139.00 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 1/4/2022 | 170 | $323.77 | $55,040.90 | *Preclass Purchases; Not Recoverable* |
| | | | | | Sale | 5/11/2022 | 300 | $212.13 | $63,639.00 | *Preclass Purchases; Not Recoverable* |
| | | | | | *Sales offsetting opening balance:* | | 1,185 | | $407,260.95 | |
| Purchase | 4/29/2021 | 50 | $332.52 | $16,626.00 | Sale | 11/4/2021 | 50 | $459.71 | $22,985.50 | $6,359.50 |
| Purchase | 6/15/2021 | 160 | $359.23 | $57,476.00 | Sale | 11/4/2021 | 160 | $459.71 | $73,553.60 | $16,077.60 |
| Purchase | 6/25/2021 | 30 | $398.25 | $11,947.50 | Sale | 11/4/2021 | 30 | $459.71 | $13,791.30 | $1,843.80 |
| Purchase | 9/10/2021 | 50 | $461.01 | $23,050.40 | Sale | 11/4/2021 | 50 | $459.71 | $22,985.50 | ($64.90) |
| Purchase | 12/15/2021 | 100 | $344.84 | $34,484.00 | Sale | 1/4/2022 | 100 | $323.77 | $32,377.00 | *Not Recoverable Under Dura* |
| Purchase | 1/24/2022 | 100 | $275.70 | $27,570.00 | Sale | 5/11/2022 | 100 | $212.13 | $21,213.00 | *Not Recoverable Under Dura* |
| Purchase | 2/16/2022 | 200 | $296.97 | $59,394.00 | Sale | 5/11/2022 | 200 | $212.13 | $42,426.00 | *Not Recoverable Under Dura* |
| Purchase | 2/17/2022 | 160 | $311.85 | $49,896.00 | Sale | 5/11/2022 | 160 | $212.13 | $33,940.80 | *Not Recoverable Under Dura* |
| Purchase | 5/2/2022 | 180 | $219.71 | $39,547.80 | Sale | 5/11/2022 | 180 | $212.13 | $38,183.40 | *Not Recoverable Under Dura* |
| Purchase | 5/3/2022 | 300 | $236.59 | $70,977.00 | Sale | 5/11/2022 | 300 | $212.13 | $63,639.00 | *Not Recoverable Under Dura* |
| Purchase | 5/27/2022 | 115 | $248.69 | $28,598.78 | Sale | 8/3/2022 | 115 | $262.01 | $30,131.15 | $1,532.38 |
| Purchase | 6/6/2022 | 270 | $278.75 | $75,261.42 | Sale | 8/3/2022 | 270 | $262.01 | $70,742.70 | ($4,518.72) |
| | | 1,715 | | $494,828.90 | | | 1,715 | | $465,968.95 | |

|  | | | |
|---|---|---|---|
| *Dura-Adjusted LIFO Loss in Generac Holdings Inc.* | | | $21,229.66 |