# EXHIBIT B

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 1 of 12    Document 28-2

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JUAN CARLOS SANCHEZ (301834)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINKO MIHAYLOV, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>TATTOOED CHEF, INC., et al.,<br><br>                     Defendants. | Case No. 2:22-cv-09311-GW-E<br><br>NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE:     Thursday, March 23, 2023<br>TIME:     8:30 a.m.<br>CTRM:   9D<br>JUDGE:  Hon. George H. Wu |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, March 23, 2023, at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable George H. Wu, Courtroom 9D, 350 West 1st Street, Los Angeles, CA, 90012, Viktor Grigorescu, Gyrosol V. Johnston, Dan Kogan, and Kogan Holdings Limited (collectively, the "Tattooed Chef Investor Group") will and hereby do move this Court for an order appointing the Tattooed Chef Investor Group as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, the Tattooed Chef Investor Group submits the accompanying Memorandum of Law, the Declaration of Kenneth P. Dolitsky, and a [Proposed] Order.

DATED:  February 21, 2023

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY


s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

---

[1]   Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Tattooed Chef Investor Group cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on February 21, 2023.  Accordingly, the Tattooed Chef Investor Group's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that the Tattooed Chef Investor Group cannot confer with unknown movants.

- 1 -

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Kenneth P. Dolitsky
KENNETH P. DOLITSKY

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  kdolitsky@rgrdlaw.com

# Mailing Information for a Case 2:22-cv-09311-GW-E Dinko Mihaylov v. Tattooed Chef, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alexander K Mircheff**
  amircheff@gibsondunn.com,mostrye@gibsondunn.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Craig Varnen**
  cvarnen@gibsondunn.com

- **Brian Yang**
  BYang2@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT D

Exhibit D
020

## JOINT DECLARATION OF
## VIKTOR GRIGORESCU, GYROSOL V. JOHNSTON, AND DAN KOGAN

Tattooed Chef, Inc. investors Viktor Grigorescu, Gyrosol V. Johnston, and Dan Kogan declare as follows:

1.      We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff.  We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.      I, Viktor Grigorescu, suffered substantial losses as a result of my transactions in Tattooed Chef securities during the relevant time period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Encinitas, California and I am a global resource manager, having worked in the aerospace supply chain industry for approximately 14 years. I earned a Bachelor of Science degree from The Ohio State University and I have approximately 14 years of experience as an investor.

3.      I, Gyrosol V. Johnston, suffered substantial losses as a result of my transactions in Tattooed Chef securities during the relevant time period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Las Vegas, Nevada and I have worked as a bartender for approximately two decades.  I earned a degree at Whatcom Community College, attended Western Washington University, and have approximately 5 years of experience as an investor.

4.      I, Dan Kogan, suffered substantial losses as a result of transactions in Tattooed Chef securities during the relevant time period made by me and Kogan Holdings Limited, a company that I solely own.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Vancouver, Canada and I am a business owner, running my own company selling products via Amazon and offering coaching classes to aspiring entrepreneurs.  I attended Simon Fraser University and have approximately 14 years of experience as an investor.

4876-7412-8465.v2

Exhibit D
021

5.      In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff.  Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class.  We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class.  In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP, in the prosecution of this action.

8.      Before filing this motion, we spoke together and with counsel regarding this case.  We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___19___ day of February, 2023.

_____
VIKTOR GRIGORESCU

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
GYROSOL V. JOHNSTON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
DAN KOGAN, OWNER
KOGAN HOLDINGS LIMITED

4876-7412-8465.v2

Exhibit D
023

DocuSign Envelope ID: B1E799E5-C7GE-48C9-B8C0-295474B2D479

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
                    VIKTOR GRIGORESCU

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19___ day of February, 2023.

_____
                    GYROSOL V. JOHNSTON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
                    DAN KOGAN, OWNER
                    KOGAN HOLDINGS LIMITED

4876-7412-8465.v2

Exhibit D
024

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
VIKTOR GRIGORESCU

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of February, 2023.

_____
GYROSOL V. JOHNSTON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of February, 2023.

DocuSigned by:

Dan Kogan

5ED1667AD5C3495...

_____
DAN KOGAN, OWNER
KOGAN HOLDINGS LIMITED

4876-7412-8465.v2

Exhibit D
025