# EXHIBIT C

**Cases in Which Tampa's Counsel Has Filed Motions for Appointment of Lead Plaintiff Groups Since 2018**

| # | Filing Date of Motion | Case | Movant Group Members |
|---|---|---|---|
| 1 | 02/21/23 | *Mihaylov v. Tattooed Chef, Inc.* , No. 22-cv-9311 (C.D. Cal.) | Dan Kogan; Gyrosol V. Johnston; Kogan Holdings Limited; and Viktor Grigorescu |
| 2 | 01/13/23 | *Pang v. Core Scientific, Inc.* , No. 22-cv-1191 (W.D. Tex.) | Allen Cotton; Barry L. Bradford; and David A. Michaels |
| 3 | 01/03/23 | *Ryan v. FIGS, Inc.* , No. 22-cv-7939 (C.D. Cal.) | City of Pensacola Police Officers Retirement Plan; City of Warren Police & Fire Retirement System; Kissimmee Utility Authority Employees Retirement Plan; and Pompano Beach Police & Firefighters Retirement System |
| 4 | 12/27/22 | *Buhrke Family Revocable Trust v. U.S. Bancorp* , No. 22-cv-9174 (S.D.N.Y.) | Ohio Carpenters Pension Fund; and Teamsters Local 710 Pension Fund |
| 5 | 11/22/22 | *Collinsville Police Pension Board on Behalf of the Collinsville Police Pension Fund v. Discovery, Inc.* , No. 22-cv-8171 (S.D.N.Y.) | City of Roseville Employees Retirement System; City of Roseville Police and Fire Retirement System; City of Warren General Employees Retirement System; City of Warren Police & Fire Retirement System; and Macomb County Employees Retirement System |
| 6 | 10/31/22 | *Dicker v. TuSimple Holdings Inc.* , No. 22-cv-01300 (S.D. Cal.) | Michelle Poirier; and Robert Miller |
| 7 | 10/25/22 | *Choi v. Coupang, Inc.* , No. 22-cv-7309 (S.D.N.Y.) | New Mexico State Investment Council; and Treasurer of the State of North Carolina on behalf of the North Carolina Retirement System |
| 8 | 10/11/22 | *Lian v. Tuya Inc.* , No. 22-cv-6792 (S.D.N.Y.) | Jiyi Qiu; and Kyle Nelson |
| 9 | 10/03/22 | *In re Carvana Co. Sec. Litig.* , No. 22-cv-02126 (D. Ariz.) | Saskatchewan Healthcare Employees Pension Plan; and United Association National Pension Fund |
| 10 | 08/05/22 | *In re Digital Turbine, Inc. Sec. Litig.* , No. 22-cv-0550 (W.D. Tex.) | City of Pontiac Reestablished General Employees Retirement System; Local 810 Affiliated Pension Plan; and United Wire Metal & Machine Pension Fund |
| 11 | 08/02/22 | *In re Energy Transfer Sec. Litig.* , No. 22-cv-02735 (N.D. Tex.) | New Mexico State Investment Council; and Public Employees Retirement Association of New Mexico |
| 12 | 08/01/22 | *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. Casey Jr. (In re Dentsply)* , No. 22-cv-2371 (S.D. Ohio) | City of Birmingham Retirement and Relief System; El Paso Firemen & Policemens Pension Fund; and Wayne County Employees Retirement System |

| # | Filing Date of Motion | Case | Movant Group Members |
|---|---|---|---|
| 13 | 07/22/22 | *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, No. 22-cv-3023 (N.D. Cal.) | Beaumont Firemens Relief & Retirement Fund; IBEW Local 353 Pension Plan; Oklahoma Police Pension and Retirement System; and Sheet Metal Workers 19 Pension Fund |
| 14 | 07/18/22 | *City of Fort Lauderdale Police & Firefighters Ret. Sys. v. Pegasystems Inc.*, No. 22-cv-11220 (D. Mass.) | Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan; Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987; and Construction Industry Laborers Pension Fund |
| 15 | 06/21/22 | *In re IronNet, Inc. Sec. Litig.*, No. 22-cv-00449 (E.D. Va.) | Roger Caroway; Shirley Guthrie; and Yong Kim |
| 16 | 05/06/22 | *Crews, Jr. v. Rivian Auto., Inc.*, No. 22-cv-01524 (C.D. Cal.) | Connecticut Retirement Plans and Trust Funds; Indiana Public Retirement System; and New Mexico State Investment Council |
| 17 | 05/02/22 | *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, 22-cv-1167 (E.D.N.Y.) | City of North Miami Beach Police Officers and Firefighters Retirement Plan; City of Winter Haven Police Officers Retirement System; Pompano Beach Police & Firefighters Retirement System; Sarasota Firefighters Pension Fund; and Teamsters Local 237 Additional Security Benefit Fund |
| 18 | 04/25/22 | *Bilinsky v. Gatos Silver, Inc.*, No. 22-cv-0453 (D. Colo.) | John D. Dockter; Kaan Yazgan; and Scott Gelb |
| 19 | 04/08/22 | *Firemen's Ret. Sys. of St. Louis v. Telos Corp.*, No. 22-cv-0135 (E.D. Va.) | Alaska Electrical Pension Fund; Firemens Retirement System of St. Louis; and International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario |
| 20 | 03/14/22 | *Allison v. Oak Street Health, Inc.*, No. 22-cv-0149 (N.D. Ill.) | Boston Retirement System; Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan; and Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 |
| 21 | 03/04/22 | *In re Meta Materials Inc. Sec. Litig.*, No. 21-cv-07203 (E.D.N.Y.) | Ernesto S. Escusa III; and Steven B. Barbetti |
| 22 | 12/14/21 | *Shafer v. Lightning eMotors, Inc.*, No. 21-cv-02774 (D. Colo.) | David P. Sarro; Jess Q. Williams; and Kevin L. Tye |
| 23 | 10/15/21 | *Burbige v. ATI Physical Therapy, Inc.*, No. 21-cv-4349 (N.D. Ill.) | Construction Industry Laborers Pension Fund; IBEW Local 353 Pension Plan; Local 295 IBT Employer Group Pension Trust Fund; and Local 295 IBT Employer Group Welfare Fund |

| # | Filing Date of Motion | Case | Movant Group Members |
|---|---|---|---|
| 24 | 10/04/21 | *Klein v. Iterum Therapeutics plc*, No. 21-cv-4181 (N.D. Ill.) | Gert-Paul van t Hoff; Ian Grocher; and Thomas L. Sullivan |
| 25 | 09/27/21 | *Faille Jr. v. AdaptHealth Corp.*, No. 21-cv-3382 (E.D. Pa.) | Bucks County Employees Retirement System; and Delaware County Employees Retirement Fund |
| 26 | 09/24/21 | *In re Oatly Group AB Sec. Litig.*, No. 21-cv-06360 (S.D.N.Y.) | Bruce R. Hipple; and Mark D. Hayden |
| 27 | 05/17/21 | *Rico v. Lordstown Motors Corp.*, No. 21-cv-0616 (N.D. Ohio) | Mohammed Chowdhury; and Simha & Pnina Cohen |
| 28 | 04/06/21 | *Bond v. Clover Health Invs., Corp.*, No. 21-cv-0096 (M.D. Tenn.) | Dr. Mit Desai; and Kenneth Ryan Meadows |
| 29 | 11/20/20 | *In re GoHealth, Inc. Sec. Litig.*, No. 20-cv-05593 (N.D. Ill.) | Benjamin Sandmann; Jeff S. Turnipseed; Jerry Nixon; and Sudhakara R. Murikinati |
| 30 | 11/16/20 | *In re Nano-X Imaging Ltd., Sec. Litig.*, No. 20-cv-4355 (E.D.N.Y.) | Dr. Melvyn M. Okeon; and Dr. Robert E. Clark |
| 31 | 08/17/20 | *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 20-cv-0856 (N.D. Ala.) | Central Laborers Pension Fund; and Plymouth County Retirement System |
| 32 | 07/13/20 | *In re Grand Canyon Educ., Inc. Sec. Litig.*, No. 20-cv-0639 (D. Del.) | Construction Industry Laborers Pension Fund; and Construction Laborers Pension Trust of Greater St. Louis |
| 33 | 04/20/20 | *Linenweber v. Southwest Airlines Co.*, No. 20-cv-0408 (N.D. Tex.) | Canadian Elevator Industry Pension Trust Fund; and Elevator Constructors Union Local No. 1 Annuity & 401(k) Fund |
| 34 | 04/20/20 | *Georgia Firefighters Pension Fund v. Anadarko Petroleum Corp.*, No. 20-cv-0576 (S.D. Tex.) | Building Trades United Pension Trust Fund; Iron Workers Local 580 Joint Funds; and Norfolk Pension Fund |
| 35 | 02/10/20 | *Snyder v. Baozun Inc.*, No. 19-cv-11290 (S.D.N.Y.) | Daniel Giuntini, Jr.; and Joseph Swierczek |
| 36 | 01/21/20 | *In re Aurora Cannabis Inc. Sec. Litig.*, No. 19-cv-20588 (D.N.J.) | Donald S. Parish; Doug Daulton; Francisco Quintana; Matt Golis; and Quang Ma |
| 37 | 01/07/20 | *In re Resideo Techs., Inc. Sec. Litig.*, No. 19-cv-2863 (D. Minn.) | Alaska Electrical Pension Fund; and Oklahoma Firefighters Pension and Retirement System |
| 38 | 01/02/20 | *UA Local 13 & Emps. Grp. Ins. Fund v. Sealed Air Corp.*, No. 19-cv-10161 (S.D.N.Y.) | Plumbers & Steamfitters Local 267 Pension Fund; UA Local 13 & Employers Group Insurance Fund; and UA Local 13 Pension Fund |
| 39 | 12/23/19 | *In re Pareteum Sec. Litig.*, No. 19-cv-9767 (S.D.N.Y.) | Clarence Bassarath; and James A. Lisi |

| # | Filing Date of Motion | Case | Movant Group Members |
|---|---|---|---|
| 40 | 09/27/19 | *In re 3M Co. Sec. Litig.* , No. 20-cv-2488 (D. Minn.) | Employees Retirement System of the State of Rhode Island; Flossbach von Storch Invest S.A.; and Iron Workers Local 580 Joint Funds |
| 41 | 09/23/19 | *City of North Miami Beach Police Officers' & Firefighters' Ret. Plan v. Nat'l Gen. Holdings Corp.* , No. 19-cv-10825 (S.D.N.Y.) | Massachusetts Laborers Pension Fund; and Town of Davie Police Officers Retirement System |
| 42 | 07/22/19 | *Nikolov v. Livent Corp.* , No. 19-cv-2218 (E.D. Pa.) | Central Laborers Pension Fund; and Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund |
| 43 | 07/16/19 | *Williams v. CBL & Assocs. Props., Inc.* , No. 19-cv-0181 (E.D. Tenn.) | Joanna Lienti; John Collins; and Thomas Stoves |
| 44 | 05/03/19 | *In re Weight Watchers Int'l, Inc. Sec. Litig.* , No. 19-cv-2005 (S.D.N.Y.) | El Paso Firemen & Policemens Pension Fund; Inter-Local Pension Fund of The Graphic Communications Conference of the International Brotherhood of Teamsters; and Steamfitters Local 449 Pension & Retirement Security Funds |
| 45 | 04/12/19 | *McMullen v. Hamilton (In re Synergy Pharms. Sec. Litig.)* , No. 19-cv-0825 (E.D.NY.) | Jerry Jennings; Logan J. Reed; and Elise M. Reed |
| 46 | 04/01/19 | *Ford v. ProShares Trust II* , No. 19-cv-0886 (S.D.N.Y.) | Anthony Ludovici; Fei Liu; Lisa Ludovici; Stacy Smith; and Thomas Butler, III |
| 47 | 03/11/19 | *Plumbers & Steamfitters Local 773 Pension Fund v. Danske Bank A/S* , No. 19-cv-0235 (S.D.N.Y.) | Plumbers & Steamfitters Local 773 Pension Fund; and Teamsters Local 237 Additional Security Benefit Fund |
| 48 | 02/12/19 | *Labul v. XPO Logistics, Inc.* , No. 18-cv-2062 (D. Conn.) | Local 272 Labor-Management Pension Fund; Local 817 IBT Pension Fund; Teamsters Local 282 Pension Trust Fund; and Teamsters Local 282 Welfare Trust Fund |
| 49 | 12/18/18 | *Ronge v. Camping World Holdings, Inc.* , No. 18-cv-7030 (N.D. Ill.) | City of Pontiac General Employees Retirement System; and Oklahoma Police Pension and Retirement System |
| 50 | 12/03/18 | *St. Clair Cnty. Emps.' Ret. Sys. v. Acadia Healthcare Co., Inc.* , No. 18-cv-988 (M.D. Tenn.) | Chicago Laborers Pension Fund; and Hotel Trades Council and Hotel Association of New York City, Inc. Pension Fund |
| 51 | 11/05/18 | *Chabot v. Walgreens Boots All., Inc.* , No. 18-cv-2118 (M.D. Pa.) | Corey M. Dayton; Douglas S. Chabot; and Joel M. Kling |

| # | Filing Date of Motion | Case | Movant Group Members |
|---|---|---|---|
| 52 | 11/05/18 | *In re Skechers USA, Inc. Sec. Litig.* , No. 18-cv-8039 (S.D.N.Y.) | Chester County Employees Retirement Fund; Local 272 Labor-Management Pension Fund; and Local 817 IBT Pension Fund |
| 53 | 10/09/18 | *In re Nielsen Holdings PLC Sec. Litig.* , No. 18-cv-7143 (S.D.N.Y.) | Electrical Workers Pension Trust Fund of IBEW Local Union No. 58; Macomb County Employees Retirement System; and Monroe County Employees Retirement System |
| 54 | 04/10/18 | *Sokolow v. LJM Funds Mgmt., Ltd.* , No. 18-cv-1039 (N.D. Ill.) | Dr. Larry and Marilyn Cohen; Joseph N. Wilson; and Justin and Jenny Kaufman |
| 55 | 01/30/18 | *Vaitkuviene v. Syneos Health, Inc.* , No. 18-cv-0029 (E.D.N.C.) | El Paso Firemen & Policemens Pension Fund; and San Antonio Fire & Police Pension Fund |