# EXHIBIT D

# ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS** that SPP Fonder AB ("SPP") hereby assigns, transfers, and sets over to Storebrand Asset Management AS ("Storebrand") for purposes of prosecution and collection, all rights, titles, and interests in the claims, demands, or causes of action against any defendant relating to transactions by SPP's funds (the "Funds")[1] in any security issued by The Chemours Company ("Chemours") (hereinafter the "Chemours Related Claims").[2]

This Assignment of Claims and Power of Attorney is intended to be a complete transfer to Storebrand of any claims SPP has (or had) with respect to the Chemours Related Claims for purposes of prosecution and collection.

A.  SPP hereby appoints Storebrand as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

1.  To do all acts necessary for the purpose of prosecution and collection of SPP's claims, demands, or causes of action, against any defendant relating to the Chemours Related Claims;

2.  To seek appointment as lead plaintiff, serve as a class representative, file, and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Exchange Act of 1934 and/or any other causes of action arising under federal or state law, in the Chemours Actions, or any other related action;

3.  To enter into any discussions or other activities on behalf of SPP in connection with attempting to resolve the Chemours Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in any federal or state court or regulatory proceeding, and/or to organize with other plaintiffs to prosecute said claims; and

4.  To sign, on behalf of SPP, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the Chemours Related Claims. SPP hereby agrees to be bound by any settlement, compromise, or release reached by Storebrand on SPP's behalf and that any document executed in connection with any such settlement, compromise, or release by Storebrand on behalf of SPP shall be binding on SPP.

---

[1]    The "Funds" include: GodFond Sverige & Världen; SPP Aktiefond Global; SPP Aktiefond USA; Global Multifactor Plus; and SPP Global Plus. As the fund company for the Funds (which are not legal entities), SPP represents the Funds in all legal and financial matters.

[2]    This Assignment of Claims and Power of Attorney is intended to permit Storebrand to prosecute claims (as a lead plaintiff or otherwise) in *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Company, et al.*, No. 1:19-cv-01911 (D. Del. filed Oct. 8, 2019), *Saw v. The Chemours Company, et al.*, No. 1:19-cv-02074 (D. Del. filed Oct. 31, 2019), and/or any other actions related thereto (the "Chemours Actions").

1

B. SPP specifically acknowledges and confirms that no person or entity who shall pay to Storebrand (or its assignee) amounts owed to SPP relating in any way to the Chemours Related Claims shall be liable to SPP to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Storebrand by this Assignment of Claims and Power of Attorney has been properly revoked.

C. This Assignment of Claims and Power of Attorney may not be revoked without the written consent of Storebrand.

D. Any actions taken by Storebrand on behalf of SPP prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. SPP agrees to be bound by any decisions made by Storebrand on behalf of SPP with respect to any issues relating to the Chemours Related Claims or prosecution of claims asserted in the Chemours Actions, or any other actions related to Chemours, both before and after the date of this Assignment of Claims and Power of Attorney.

E. SPP hereby agrees to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the Chemours Related Claims being prosecuted by Storebrand.

F. SPP represents and warrants that it has not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G. This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

SPP have caused this Assignment of Claims and Power of Attorney to be executed and delivered by a duly authorized signatory of SPP, to be effective upon execution.

**On Behalf of Storebrand Asset Management AS:**

Name ANNE-KRISTINE BAKTZELSEN
Title HEAD AIF & COMP. APIMIN
Date: December 9, 2019

ERIK KALAND
COO SAM

2

**On Behalf of SPP Fonder AB:**

Name Åsa Wallenberg
Title CEO
Date: December 9, 2019

3

# ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS** that the undersigned funds (the "Funds")[1] hereby assign, transfer, and set over to Storebrand Asset Management AS ("Storebrand") for purposes of prosecution and collection, all rights, titles, and interests of the Funds in the Funds' claims, demands, or causes of action against any defendant relating to transactions by the Funds in any security issued by The Chemours Company ("Chemours") (hereinafter the "Chemours Related Claims").[2]

This Assignment of Claims and Power of Attorney is intended to be a complete transfer to Storebrand of any claims the Funds have (or had) with respect to the Chemours Related Claims for purposes of prosecution and collection.

A.   The Funds hereby appoint Storebrand as their true and lawful attorney-in-fact for the purpose of exercising the following powers:

   1.   To do all acts necessary for the purpose of prosecution and collection of the Funds' claims, demands, or causes of action, against any defendant relating to the Chemours Related Claims;

   2.   To seek appointment as lead plaintiff, serve as a class representative, file, and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Exchange Act of 1934 and/or any other causes of action arising under federal or state law, in the Chemours Actions, or any other related action;

   3.   To enter into any discussions or other activities on behalf of the Funds in connection with attempting to resolve the Chemours Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in the Funds' interest in any federal or state court or regulatory proceeding, and/or to organize with other plaintiffs to prosecute said claims; and

   4.   To sign, on behalf of the Funds, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the Chemours Related Claims. The Funds hereby agree to be bound by any settlement, compromise, or release reached by Storebrand on the Funds' behalf and that any document executed

---

[1]   The "Funds" include: Storebrand Indeks – Alle Markeder; Storebrand Global ESG; Storebrand Global ESG Plus; Storebrand Global Indeks; Storebrand Global Multifaktor; and Storebrand Livsforsikring AS (including its fund SBL Global ESG).

[2]   This Assignment of Claims and Power of Attorney is intended to permit Storebrand to prosecute claims (as a lead plaintiff or otherwise) in *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. The Chemours Company, et al.*, No. 1:19-cv-01911 (D. Del. filed Oct. 8, 2019), *Saw v. The Chemours Company, et al.*, No. 1:19-cv-02074 (D. Del. filed Oct. 31, 2019), and/or any other actions related thereto (the "Chemours Actions").

1

in connection with any such settlement, compromise, or release by Storebrand on behalf of the Funds shall be binding on the Funds.

B. The Funds specifically acknowledge and confirm that no person or entity who shall pay to Storebrand (or its assignee) amounts owed to the Funds relating in any way to the Chemours Related Claims shall be liable to the Funds to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Storebrand by this Assignment of Claims and Power of Attorney has been properly revoked.

C. This Assignment of Claims and Power of Attorney may not be revoked without the written consent of Storebrand.

D. Any actions taken by Storebrand on behalf of the Funds prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. The Funds agree to be bound by any decisions made by Storebrand on behalf of the Funds with respect to any issues relating to the Chemours Related Claims or prosecution of claims asserted in the Chemours Actions, or any other actions related to Chemours, both before and after the date of this Assignment of Claims and Power of Attorney.

E. The Funds hereby agree to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the Chemours Related Claims being prosecuted by Storebrand.

F. The Funds represent and warrant that they have not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G. This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

The Funds have caused this Assignment of Claims and Power of Attorney to be executed and delivered by duly authorized signatories of the Funds, to be effective upon execution.

**On Behalf of Storebrand Asset Management AS:**

Name ANNE-KRISTINE BALTZERSEN ERIK KALAND
Title HEAD OF AIF & COMP ADMIN COO SAM
Date: December 9, 2019

2

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 6 of 8    Document 28-4

**On Behalf of Storebrand Indeks – Alle Markeder:**

Name ANNE-KRISTINE BALTZERSEN ERIK KALAND
Title HEAD OF AIF & COMP ADMIN    COO SAM
Date: December 9, 2019

**On Behalf of Storebrand Global ESG:**

Name ANNE KRISTINE BALTZERSEN ERIK KALAND
Title HEAD OF AIF & COMP ADMIN    COO SAM
Date: December 9, 2019

**On Behalf of Storebrand Global ESG Plus:**

Name ANNE-KRISTINE BALTZERSEN ERIK KALAND
Title HEAD OF AIF & COMP ADMIN    COO SAM
Date: December 9, 2019

**On Behalf of Storebrand Global Indeks:**

Name ANNE-KRISTINE BALTZERSEN ERIK KALAND
Title HEAD AIF & COMP ADMIN    COO SAM
Date: December 9, 2019

3

**On Behalf of Storebrand Global Multifaktor:**

Name ANNE-KRISTINE BALTZERSEN     ERIK KALAND

Title HEAD OF AIF & COMP ADMIN     COO SAM

Date: December 9, 2019


**On Behalf of Storebrand Livsforsikring AS:**

Name ANNE-KRISTINE BALTZERSEN   ERIK KALAND

Title HEAD AIF & COMP. ADMIN     COO SAM

Date: December 9, 2019

4