# EXHIBIT E

## ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS** that the undersigned Funds[1] hereby assign, transfer and set over to the Danske Invest Management A/S ("DANSKE") for purposes of prosecution and collection, all rights, title and interest of the Funds in the Funds' claims, demands or causes of action against any defendant relating to any security issued by Longtop Financial Technologies Limited ("Longtop" or the "Company") (hereinafter the "Longtop Related Claims").[2]

This Assignment and Power of Attorney is intended to be a complete transfer of any claims the Funds have (or had) with respect to the Longtop Related Claims to DANSKE for purposes of prosecution and collection. The Funds and DANSKE believe that all of the acts permitted by this Assignment of Claims and Power of Attorney are already allowed under applicable management agreement(s). This Assignment of Claims and Power of Attorney is intended to clarify the authority given to DANSKE by the Funds.

A. The Funds hereby appoint DANSKE as their true and lawful attorney-in-fact for the purpose of exercising the following powers:

1. To do all acts necessary for the purpose of prosecution and collection of the Funds' claims, demands or causes of action against any defendant relating to the Longtop Related Claims;

2. To seek appointment as lead plaintiff, serve as a class representative, file and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Act of 1933, the Securities Exchange Act of 1934 and/or any other causes of action arising under federal or state law, in the Longtop Actions, or any other related action.

3. To enter into any discussions or other activities on behalf of the Funds (or any class) in connection with attempting to resolve the Longtop Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in the Funds' interest in any federal or state court or regulatory proceeding and/or to organize with other plaintiffs to prosecute said claims; and

4. To sign, on behalf of the Funds, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the Longtop Related Claims. The Funds hereby agree to be bound by any settlement, compromise or release reached by

---

[1]     The "Funds" include: Investeringsforeningen Danske Invest and Den Professsionelle Forening Danske Invest Instititutional.

[2]     This Assignment of Claims and Power of Attorney is intended to permit DANSKE to prosecute claims (as a lead plaintiff or otherwise) in *Mikus v. Longtop Financial Technologies Limited et al.*, No. 11-cv-04402-MMM - FFM (C.D. Cal.), *Kair v. Longtop Financial Technologies Limited et al.*, No. 11-cv-03661-DAB (S.D.N.Y.) and/or any actions related thereto (the "Longtop Actions").

- 1 -

DANSKE on their behalf (either directly or through a class action) and that any document executed in connection with any such settlement, compromise or release by DANSKE on behalf of the Funds or a class of which the Funds are members shall be binding on the Funds.

B. The Funds specifically acknowledge and confirm that no person or entity who shall pay to DANSKE (or its assignee) amounts owed to the Funds relating in any way to the Longtop Related Claims shall be liable to the Funds to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to DANSKE by this Assignment of Claims and Power of Attorney has been properly revoked.

C. This Assignment of Claims and Power of Attorney may not be revoked without the written consent of DANSKE.

D. Any actions taken by DANSKE on behalf of the Funds prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. The Funds agree to be bound by any decisions made by DANSKE on behalf of the Funds with respect to any issues relating to the Longtop Related Claims or prosecution of claims asserted in the Longtop Actions, or any related actions, both before and after the date of this Assignment of Claims and Power of Attorney.

E. The Funds hereby agree to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the Longtop Related Claims being prosecuted by DANSKE.

F. The Funds represent and warrant that they have not made any prior assignments of the rights, title and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G. This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of California.

/

/

/

/

/

/

/

/

- 2 -

28/06 2011 08:38 FAX

IN WITNESS WHEREOF, the Funds have caused this Assignment of Claims and Power of Attorney to be executed and delivered by duly authorized officers of the Funds, to be effective this ___ day of June, 2011.

On Behalf of the Board of Directors for Investeringsforeningen Danske Invest:

Jørgen Ankær Thomsen, Chairman

Agnete Raaschou-Nielsen, Vice Chairman

On Behalf of the Board of Directors for Den Professsionelle Forening Danske Invest Instititutional:

Jørgen Ankær Thomsen, Chairman

Agnete Raaschou-Nielsen, Vice Chairman

Danske Invest Management A/S:

By: _____
Thomas Mitchell, *Managing Director*

By: _____
Finn Kjærgård, Executive *Vice President*

- 3 -