# EXHIBIT F



# Storebrand Global
# All Countries

Prospectus
1 january 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 2 of 19     Document 28-6

company may also be a related company to J.P. Morgan that receives compensation for other products or services related to custody of securities, such as currency exchange or securities lending. If conflicts of interest arise, the depositary must always fulfill its obligations under applicable law and act exclusively in the common interest of the unit holders.

The depositary has delegated the custody of certain securities to companies within J.P. Morgan's network of depositary banks. Updated information on the depositary's identity, a description of its tasks and conflicts of interest that may arise, a description of custody functions delegated by the depositary, the list of contractors and their possible sub-delegation and any conflicts of interest that may arise as a result of such delegation can be obtained.

## The funds legal status

All of the company's funds are mutual funds and registered in Sweden.

## Legal status of a fund

The assets of a mutual fund are invested in securities and are jointly owned by the fund's unit holders, ie those who have made deposits in the fund. All units in a mutual fund are equally large and carry an equal right to the property included in the fund, and the value of a fund unit is determined taking into account the conditions associated with each unit class. Unitholders can redeem and transfer the units in a mutual fund.

A fund is managed by a fund company, which represents the fund unit holders in all legal and financial matters concerning a fund. The assets are stored by the depositary J.P. Morgan SE, Stockholm Bank branch. A fund is not a legal entity, but its own tax subject. This means, among other things, that it cannot acquire rights or assume obligations. Property that is part of a fund cannot be seized. A fund unit is a right to such a large share of the fund that corresponds to its net assets divided by the number of outstanding units.

## Register of unit holders

The fund company keeps a register of all unit holders and their holdings of units.

## Open a fund savings

If you want to save in one of our funds, you can easily open a fund account with us. Log in to storebrandfonder.se with the help of BankID and choose to open a fund account. With BankID, you get easy access to our Internet service and can exchange, buy and sell funds. You also get an overall picture of your savings with us.

If you do not have a BankID, you must fill in the form "Registration of a new customer in Storebrand Fonder", then print and send it by letter to us. If you do not have the opportunity to print, you can contact us and we will mail the form to your home. You can reach us via e-mail: info@storebrandfonder.se or telephone: 08-614 24 50. On the website you will also find fact sheets (Basic facts for investors, KIID) for each fund with information about, among other things, the fund's investment focus and risk. You will also find the fund's sustainability profile, fund regulations and additional information on fund savings.

**Following cut-off times apply:**

| Fund | Cut-off time | Other conditions |
|---|---|---|
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET<br>The banking day before | To receive today's NAV a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the previous banking day. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | To receive today's NAV, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 12:00 on half banking days. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50-tal<br>SPP Generation 40-tal | 15:00 CET | To receive today's exchange rate, the request subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 11:00 on half banking days. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | To receive today's price, the request for subscription or redemption must have been received by the Fund Company no later than 12:00 on the same banking day. |
| Other Funds | 15:00 CET | To receive today's exchange rate, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day. |

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 3 of 19     Document 28-6



# Storebrand Global Plus

Prospectus
1 january 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 4 of 19     Document 28-6

company may also be a related company to J.P. Morgan that receives compensation for other products or services related to custody of securities, such as currency exchange or securities lending. If conflicts of interest arise, the depositary must always fulfill its obligations under applicable law and act exclusively in the common interest of the unit holders.

The depositary has delegated the custody of certain securities to companies within J.P. Morgan's network of depositary banks. Updated information on the depositary's identity, a description of its tasks and conflicts of interest that may arise, a description of custody functions delegated by the depositary, the list of contractors and their possible sub-delegation and any conflicts of interest that may arise as a result of such delegation can be obtained.

## The funds legal status
All of the company's funds are mutual funds and registered in Sweden.

## Legal status of a fund
The assets of a mutual fund are invested in securities and are jointly owned by the fund's unit holders, ie those who have made deposits in the fund. All units in a mutual fund are equally large and carry an equal right to the property included in the fund, and the value of a fund unit is determined taking into account the conditions associated with each unit class. Unitholders can redeem and transfer the units in a mutual fund.

A fund is managed by a fund company, which represents the fund unit holders in all legal and financial matters concerning

a fund. The assets are stored by the depositary J.P. Morgan SE, Stockholm Bank branch. A fund is not a legal entity, but its own tax subject. This means, among other things, that it cannot acquire rights or assume obligations. Property that is part of a fund cannot be seized. A fund unit is a right to such a large share of the fund that corresponds to its net assets divided by the number of outstanding units.

## Register of unit holders
The fund company keeps a register of all unit holders and their holdings of units.

## Open a fund savings
If you want to save in one of our funds, you can easily open a fund account with us. Log in to storebrandfonder.se with the help of BankID and choose to open a fund account. With BankID, you get easy access to our Internet service and can exchange, buy and sell funds. You also get an overall picture of your savings with us.

If you do not have a BankID, you must fill in the form "Registration of a new customer in Storebrand Fonder", then print and send it by letter to us. If you do not have the opportunity to print, you can contact us and we will mail the form to your home. You can reach us via e-mail: info@storebrandfonder.se or telephone: 08-614 24 50. On the website you will also find fact sheets (Basic facts for investors, KIID) for each fund with information about, among other things, the fund's investment focus and risk. You will also find the fund's sustainability profile, fund regulations and additional information on fund savings.

**Following cut-off times apply:**

| Fund | Cut-off time | Other conditions |
|---|---|---|
| Storebrand Emerging Markets Storebrand Japan Storebrand Emerging Markets Plus | 15:00 CET The banking day before | To receive today's NAV a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the previous banking day. |
| Storebrand Sverige Storebrand Sverige Plus Storebrand Sverige Småbolag Plus | 15:00 CET | To receive today's NAV, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 12:00 on half banking days. |
| Storebrand Obligation Storebrand Grön Obligation Storebrand Kortränta Storebrand High Yield Företagsobligation Storebrand FRN Företagsobligation SPP Generation 50-tal SPP Generation 40-tal | 15:00 CET | To receive today's exchange rate, the request subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 11:00 on half banking days. |
| SPP Mix 20 SPP Mix 50 SPP Mix 80 SPP Mix 100 | 12:00 CET | To receive today's price, the request for subscription or redemption must have been received by the Fund Company no later than 12:00 on the same banking day. |
| Other Funds | 15:00 CET | To receive today's exchange rate, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 5 of 19    Document 28-6



# Storebrand USA

Prospectus
1 january 2023

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 6 of 19    Document 28-6

company may also be a related company to J.P. Morgan that receives compensation for other products or services related to custody of securities, such as currency exchange or securities lending. If conflicts of interest arise, the depositary must always fulfill its obligations under applicable law and act exclusively in the common interest of the unit holders.

The depositary has delegated the custody of certain securities to companies within J.P. Morgan's network of depositary banks. Updated information on the depositary's identity, a description of its tasks and conflicts of interest that may arise, a description of custody functions delegated by the depositary, the list of contractors and their possible sub-delegation and any conflicts of interest that may arise as a result of such delegation can be obtained.

## The funds legal status
All of the company's funds are mutual funds and registered in Sweden.

## Legal status of a fund
The assets of a mutual fund are invested in securities and are jointly owned by the fund's unit holders, ie those who have made deposits in the fund. All units in a mutual fund are equally large and carry an equal right to the property included in the fund, and the value of a fund unit is determined taking into account the conditions associated with each unit class. Unit-holders can redeem and transfer the units in a mutual fund.

A fund is managed by a fund company, which represents the fund unit holders in all legal and financial matters concerning a fund. The assets are stored by the depositary J.P. Morgan SE, Stockholm Bank branch. A fund is not a legal entity, but its own tax subject. This means, among other things, that it cannot acquire rights or assume obligations. Property that is part of a fund cannot be seized. A fund unit is a right to such a large share of the fund that corresponds to its net assets divided by the number of outstanding units.

## Register of unit holders
The fund company keeps a register of all unit holders and their holdings of units.

## Open a fund savings
If you want to save in one of our funds, you can easily open a fund account with us. Log in to storebrandfonder.se with the help of BankID and choose to open a fund account. With BankID, you get easy access to our Internet service and can exchange, buy and sell funds. You also get an overall picture of your savings with us.

If you do not have a BankID, you must fill in the form "Registration of a new customer in Storebrand Fonder", then print and send it by letter to us. If you do not have the opportunity to print, you can contact us and we will mail the form to your home. You can reach us via e-mail: info@storebrandfonder.se or telephone: 08-614 24 50. On the website you will also find fact sheets (Basic facts for investors, KIID) for each fund with information about, among other things, the fund's investment focus and risk. You will also find the fund's sustainability profile, fund regulations and additional information on fund savings.

**Following cut-off times apply:**

| Fund | Cut-off time | Other conditions |
| --- | --- | --- |
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET<br>The banking day before | To receive today's NAV a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the previous banking day. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | To receive today's NAV, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 12:00 on half banking days. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50-tal<br>SPP Generation 40-tal | 15:00 CET | To receive today's exchange rate, the request subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 11:00 on half banking days. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | To receive today's price, the request for subscription or redemption must have been received by the Fund Company no later than 12:00 on the same banking day. |
| Other Funds | 15:00 CET | To receive today's exchange rate, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 7 of 19    Document 28-6



# Storebrand USA Plus

Prospectus
1 january 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 8 of 19     Document 28-6

company may also be a related company to J.P. Morgan that receives compensation for other products or services related to custody of securities, such as currency exchange or securities lending. If conflicts of interest arise, the depositary must always fulfill its obligations under applicable law and act exclusively in the common interest of the unit holders.

The depositary has delegated the custody of certain securities to companies within J.P. Morgan's network of depositary banks. Updated information on the depositary's identity, a description of its tasks and conflicts of interest that may arise, a description of custody functions delegated by the depositary, the list of contractors and their possible sub-delegation and any conflicts of interest that may arise as a result of such delegation can be obtained.

## The funds legal status

All of the company's funds are mutual funds and registered in Sweden.

## Legal status of a fund

The assets of a mutual fund are invested in securities and are jointly owned by the fund's unit holders, ie those who have made deposits in the fund. All units in a mutual fund are equally large and carry an equal right to the property included in the fund, and the value of a fund unit is determined taking into account the conditions associated with each unit class. Unitholders can redeem and transfer the units in a mutual fund.

A fund is managed by a fund company, which represents the fund unit holders in all legal and financial matters concerning

a fund. The assets are stored by the depositary J.P. Morgan SE, Stockholm Bank branch. A fund is not a legal entity, but its own tax subject. This means, among other things, that it cannot acquire rights or assume obligations. Property that is part of a fund cannot be seized. A fund unit is a right to such a large share of the fund that corresponds to its net assets divided by the number of outstanding units.

## Register of unit holders

The fund company keeps a register of all unit holders and their holdings of units.

## Open a fund savings

If you want to save in one of our funds, you can easily open a fund account with us. Log in to storebrandfonder.se with the help of BankID and choose to open a fund account. With BankID, you get easy access to our Internet service and can exchange, buy and sell funds. You also get an overall picture of your savings with us.

If you do not have a BankID, you must fill in the form "Registration of a new customer in Storebrand Fonder", then print and send it by letter to us. If you do not have the opportunity to print, you can contact us and we will mail the form to your home. You can reach us via e-mail: info@storebrandfonder.se or telephone: 08-614 24 50. On the website you will also find fact sheets (Basic facts for investors, KIID) for each fund with information about, among other things, the fund's investment focus and risk. You will also find the fund's sustainability profile, fund regulations and additional information on fund savings.

**Following cut-off times apply:**

| Fund | Cut-off time | Other conditions |
|---|---|---|
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET<br>The banking day before | To receive today's NAV a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the previous banking day. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | To receive today's NAV, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 12:00 on half banking days. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50-tal<br>SPP Generation 40-tal | 15:00 CET | To receive today's exchange rate, the request subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day and 11:00 on half banking days. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | To receive today's price, the request for subscription or redemption must have been received by the Fund Company no later than 12:00 on the same banking day. |
| Other Funds | 15:00 CET | To receive today's exchange rate, a request for subscription or redemption must have been received by the Fund Company no later than 15:00 on the same banking day. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 9 of 19    Document 28-6



# SPP Generation 40-tal

Informationsbroschyr
8 februari 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 10 of 19     Document 28-6

papperslån. Om intressekonflikter uppstår ska förvaringsinstitutet alltid uppfylla sina åtaganden enligt gällande lag och agera uteslutande i andelsägarnas gemensamma intresse.

Förvaringsinstitutet har delegerat förvaringen av vissa värdepapper till bolag inom J.P. Morgans nätverk av depåbanker. Uppdaterad information om förvaringsinstitutets identitet, en beskrivning av dess arbetsuppgifter och intressekonflikter som kan uppstå, en beskrivning av förvaringsfunktioner som delegerats av förvaringsinstitutet, listan över uppdragstagare och deras eventuella vidaredelegering och eventuella intressekonflikter som kan uppstå till följd av sådan delegering kan fås på begäran.

### Fonderna och dess rättsliga ställning

Samtliga bolagets fonder är Sverigeregistrerade värdepappersfonder.

En värdepappersfonds förmögenhet placeras i värdepapper och ägs gemensamt av fondens andelsägare, det vill säga de som gjort insättningar i fonden. Alla andelar i en värdepappersfond är lika stora och medför lika stor rätt till den egendom som ingår i fonden. För fonder som består av andelsklasser är andelarna inom respektive andelsklass lika stora och medför lika rätt till den egendom som ingår i fonden, och värdet av en fondandel bestäms med beaktande av de villkor som är förenade med respektive andelsklass. Andelsägare kan lösa in och överlåta andelarna i en värdepappersfond.

En fond förvaltas av ett fondbolag, som företräder fondandelsägarna i alla juridiska och ekonomiska frågor rörande en fond. Tillgångarna förvaras av förvaringsinstitutet J.P. Morgan SE, Stockholm Bankfilial. En fond är inte en juridisk person, men ett eget skattesubjekt. Detta innebär bland annat att den inte kan förvärva rättigheter eller ta på sig skyldigheter. Egendom som ingår i en fond kan inte utmätas. En fondandel är en rätt till så stor andel av fonden som motsvarar dess nettoförmögenhet dividerad med antalet utestående andelar.

### Andelsregister

Fondbolaget för register över alla andelsägare och deras innehav av andelar.

### Öppna ett fondsparande

Om du vill spara i någon av våra fonder kan du enkelt öppna ett fondkonto hos oss. Logga in på storebrandfonder.se med hjälp av BankID och välj att öppna ett fondkonto. Med BankID får du enkelt tillgång till vår Internettjänst och kan byta, köpa och sälja fonder. Du får även en samlad bild över ditt sparande hos oss.

Om du inte har BankID måste du fylla i blanketten "Anmälan av ny kund i Storebrand Fonder", skriv sedan ut och sänd in den brevledes till oss. Saknar du möjlighet till att skriva ut kan du kontakta oss så postar vi blanketten hem till dig. Du når oss via e–post: info@storebrandfonder.se eller telefon: 08–614 24 50. På hemsidan hittar du också faktablad PRIIPs

**Följande bryttider gäller:**

| Fond | Bryttid | Övriga villkor |
|---|---|---|
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET bankdagen innan | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 föregående bankdag. bankdag. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 12:00 halva bankdagar. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50–tal<br>SPP Generation 40–tal | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 11:00 halva bankdagar. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 12:00 samma bankdag. |
| Övriga fonder | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 11 of 19    Document 28-6



# SPP Generation 50-tal

Informationsbroschyr
8 februari 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 12 of 19     Document 28-6

papperslån. Om intressekonflikter uppstår ska förvaringsinstitutet alltid uppfylla sina åtaganden enligt gällande lag och agera uteslutande i andelsägarnas gemensamma intresse.

Förvaringsinstitutet har delegerat förvaringen av vissa värdepapper till bolag inom J.P. Morgans nätverk av depåbanker. Uppdaterad information om förvaringsinstitutets identitet, en beskrivning av dess arbetsuppgifter och intressekonflikter som kan uppstå, en beskrivning av förvaringsfunktioner som delegerats av förvaringsinstitutet, listan över uppdragstagare och deras eventuella vidaredelegering och eventuella intressekonflikter som kan uppstå till följd av sådan delegering kan fås på begäran.

### Fonderna och dess rättsliga ställning

Samtliga bolagets fonder är Sverigeregistrerade värdepappersfonder.

En värdepappersfonds förmögenhet placeras i värdepapper och ägs gemensamt av fondens andelsägare, det vill säga de som gjort insättningar i fonden. Alla andelar i en värdepappersfond är lika stora och medför lika stor rätt till den egendom som ingår i fonden. För fonder som består av andelsklasser är andelarna inom respektive andelsklass lika stora och medför lika rätt till den egendom som ingår i fonden, och värdet av en fondandel bestäms med beaktande av de villkor som är förenade med respektive andelsklass. Andelsägare kan lösa in och överlåta andelarna i en värdepappersfond.

En fond förvaltas av ett fondbolag, som företräder fondandelsägarna i alla juridiska och ekonomiska frågor rörande en fond. Tillgångarna förvaras av förvaringsinstitutet J.P. Morgan SE, Stockholm Bankfilial. En fond är inte en juridisk person, men ett eget skattesubjekt. Detta innebär bland annat att den inte kan förvärva rättigheter eller ta på sig skyldigheter. Egendom som ingår i en fond kan inte utmätas. En fondandel är en rätt till så stor andel av fonden som motsvarar dess nettoförmögenhet dividerad med antalet utestående andelar.

### Andelsregister

Fondbolaget för register över alla andelsägare och deras innehav av andelar.

### Öppna ett fondsparande

Om du vill spara i någon av våra fonder kan du enkelt öppna ett fondkonto hos oss. Logga in på storebrandfonder.se med hjälp av BankID och välj att öppna ett fondkonto. Med BankID får du enkelt tillgång till vår Internettjänst och kan byta, köpa och sälja fonder. Du får även en samlad bild över ditt sparande hos oss.

Om du inte har BankID måste du fylla i blanketten "Anmälan av ny kund i Storebrand Fonder", skriv sedan ut och sänd in den brevledes till oss. Saknar du möjlighet till att skriva ut kan du kontakta oss så postar vi blanketten hem till dig. Du når oss via e–post: info@storebrandfonder.se eller telefon: 08–614 24 50. På hemsidan hittar du också faktablad PRIIPs

**Följande bryttider gäller:**

| Fond | Bryttid | Övriga villkor |
| --- | --- | --- |
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET bankdagen innan | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 föregående bankdag. bankdag. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 12:00 halva bankdagar. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50–tal<br>SPP Generation 40–tal | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 11:00 halva bankdagar. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 12:00 samma bankdag. |
| Övriga fonder | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag. |



# SPP Generation 60-tal

Informationsbroschyr
8 februari 2023

Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 14 of 19     Document 28-6

papperslån. Om intressekonflikter uppstår ska förvaringsinstitutet alltid uppfylla sina åtaganden enligt gällande lag och agera uteslutande i andelsägarnas gemensamma intresse.

Förvaringsinstitutet har delegerat förvaringen av vissa värdepapper till bolag inom J.P. Morgans nätverk av depåbanker. Uppdaterad information om förvaringsinstitutets identitet, en beskrivning av dess arbetsuppgifter och intressekonflikter som kan uppstå, en beskrivning av förvaringsfunktioner som delegerats av förvaringsinstitutet, listan över uppdragstagare och deras eventuella vidaredelegering och eventuella intressekonflikter som kan uppstå till följd av sådan delegering kan fås på begäran.

### Fonderna och dess rättsliga ställning

Samtliga bolagets fonder är Sverigeregistrerade värdepappersfonder.

En värdepappersfonds förmögenhet placeras i värdepapper och ägs gemensamt av fondens andelsägare, det vill säga de som gjort insättningar i fonden. Alla andelar i en värdepappersfond är lika stora och medför lika stor rätt till den egendom som ingår i fonden. För fonder som består av andelsklasser är andelarna inom respektive andelsklass lika stora och medför lika rätt till den egendom som ingår i fonden, och värdet av en fondandel bestäms med beaktande av de villkor som är förenade med respektive andelsklass. Andelsägare kan lösa in och överlåta andelarna i en värdepappersfond.

En fond förvaltas av ett fondbolag, som företräder fondandelsägarna i alla juridiska och ekonomiska frågor rörande en fond. Tillgångarna förvaras av förvaringsinstitutet J.P. Morgan SE, Stockholm Bankfilial. En fond är inte en juridisk person, men ett eget skattesubjekt. Detta innebär bland annat att den inte kan förvärva rättigheter eller ta på sig skyldigheter. Egendom som ingår i en fond kan inte utmätas. En fondandel är en rätt till så stor andel av fonden som motsvarar dess nettoförmögenhet dividerad med antalet utestående andelar.

### Andelsregister

Fondbolaget för register över alla andelsägare och deras innehav av andelar.

### Öppna ett fondsparande

Om du vill spara i någon av våra fonder kan du enkelt öppna ett fondkonto hos oss. Logga in på storebrandfonder.se med hjälp av BankID och välj att öppna ett fondkonto. Med BankID får du enkelt tillgång till vår Internettjänst och kan byta, köpa och sälja fonder. Du får även en samlad bild över ditt sparande hos oss.

Om du inte har BankID måste du fylla i blanketten "Anmälan av ny kund i Storebrand Fonder", skriv sedan ut och sänd in den brevledes till oss. Saknar du möjlighet till att skriva ut kan du kontakta oss så postar vi blanketten hem till dig. Du når oss via e–post: info@storebrandfonder.se eller telefon: 08–614 24 50. På hemsidan hittar du också faktablad PRIIPs

**Följande bryttider gäller:**

| Fond | Bryttid | Övriga villkor |
|---|---|---|
| Storebrand Emerging Markets Storebrand Japan Storebrand Emerging Markets Plus | 15:00 CET bankdagen innan | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 föregående bankdag. bankdag. |
| Storebrand Sverige Storebrand Sverige Plus Storebrand Sverige Småbolag Plus | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 12:00 halva bankdagar. |
| Storebrand Obligation Storebrand Grön Obligation Storebrand Kortränta Storebrand High Yield Företagsobligation Storebrand FRN Företagsobligation SPP Generation 50–tal SPP Generation 40–tal | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 11:00 halva bankdagar. |
| SPP Mix 20 SPP Mix 50 SPP Mix 80 SPP Mix 100 | 12:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 12:00 samma bankdag. |
| Övriga fonder | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 15 of 19    Document 28-6

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 16 of 19    Document 28-6

# SPP Generation 70-tal

Informationsbroschyr
8 februari 2023



papperslån. Om intressekonflikter uppstår ska förvaringsinstitutet alltid uppfylla sina åtaganden enligt gällande lag och agera uteslutande i andelsägarnas gemensamma intresse.

Förvaringsinstitutet har delegerat förvaringen av vissa värdepapper till bolag inom J.P. Morgans nätverk av depåbanker. Uppdaterad information om förvaringsinstitutets identitet, en beskrivning av dess arbetsuppgifter och intressekonflikter som kan uppstå, en beskrivning av förvaringsfunktioner som delegerats av förvaringsinstitutet, listan över uppdragstagare och deras eventuella vidaredelegering och eventuella intressekonflikter som kan uppstå till följd av sådan delegering kan fås på begäran.

### Fonderna och dess rättsliga ställning
Samtliga bolagets fonder är Sverigeregistrerade värdepappersfonder.

En värdepappersfonds förmögenhet placeras i värdepapper och ägs gemensamt av fondens andelsägare, det vill säga de som gjort insättningar i fonden. Alla andelar i en värdepappersfond är lika stora och medför lika stor rätt till den egendom som ingår i fonden. För fonder som består av andelsklasser är andelarna inom respektive andelsklass lika stora och medför lika rätt till den egendom som ingår i fonden, och värdet av en fondandel bestäms med beaktande av de villkor som är förenade med respektive andelsklass. Andelsägare kan lösa in och överlåta andelarna i en värdepappersfond.

En fond förvaltas av ett fondbolag, som företräder fondandelsägarna i alla juridiska och ekonomiska frågor rörande en fond. Tillgångarna förvaras av förvaringsinstitutet J.P. Morgan SE, Stockholm Bankfilial. En fond är inte en juridisk person, men ett eget skattesubjekt. Detta innebär bland annat att den inte kan förvärva rättigheter eller ta på sig skyldigheter. Egendom som ingår i en fond kan inte utmätas. En fondandel är en rätt till så stor andel av fonden som motsvarar dess nettoförmögenhet dividerad med antalet utestående andelar.

### Andelsregister
Fondbolaget för register över alla andelsägare och deras innehav av andelar.

### Öppna ett fondsparande
Om du vill spara i någon av våra fonder kan du enkelt öppna ett fondkonto hos oss. Logga in på storebrandfonder.se med hjälp av BankID och välj att öppna ett fondkonto. Med BankID får du enkelt tillgång till vår Internettjänst och kan byta, köpa och sälja fonder. Du får även en samlad bild över ditt sparande hos oss.

Om du inte har BankID måste du fylla i blanketten "Anmälan av ny kund i Storebrand Fonder", skriv sedan ut och sänd in den brevledes till oss. Saknar du möjlighet till att skriva ut kan du kontakta oss så postar vi blanketten hem till dig. Du når oss via e–post: info@storebrandfonder.se eller telefon: 08–614 24 50. På hemsidan hittar du också faktablad PRIIPs

**Följande bryttider gäller:**

| Fond | Bryttid | Övriga villkor |
| --- | --- | --- |
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET bankdagen innan | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 föregående bankdag. bankdag. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 12:00 halva bankdagar. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50–tal<br>SPP Generation 40–tal | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 11:00 halva bankdagar. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 12:00 samma bankdag. |
| Övriga fonder | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 17 of 19    Document 28-6



# SPP Generation 80-tal

Informationsbroschyr
8 februari 2023



Case 2:22-cv-01436-BHL     Filed 03/07/23     Page 18 of 19     Document 28-6

papperslån. Om intressekonflikter uppstår ska förvaringsinstitutet alltid uppfylla sina åtaganden enligt gällande lag och agera uteslutande i andelsägarnas gemensamma intresse.

Förvaringsinstitutet har delegerat förvaringen av vissa värdepapper till bolag inom J.P. Morgans nätverk av depåbanker. Uppdaterad information om förvaringsinstitutets identitet, en beskrivning av dess arbetsuppgifter och intressekonflikter som kan uppstå, en beskrivning av förvaringsfunktioner som delegerats av förvaringsinstitutet, listan över uppdragstagare och deras eventuella vidaredelegering och eventuella intressekonflikter som kan uppstå till följd av sådan delegering kan fås på begäran.

### Fonderna och dess rättsliga ställning
Samtliga bolagets fonder är Sverigeregistrerade värdepappersfonder.

En värdepappersfonds förmögenhet placeras i värdepapper och ägs gemensamt av fondens andelsägare, det vill säga de som gjort insättningar i fonden. Alla andelar i en värdepappersfond är lika stora och medför lika stor rätt till den egendom som ingår i fonden. För fonder som består av andelsklasser är andelarna inom respektive andelsklass lika stora och medför lika rätt till den egendom som ingår i fonden, och värdet av en fondandel bestäms med beaktande av de villkor som är förenade med respektive andelsklass. Andelsägare kan lösa in och överlåta andelarna i en värdepappersfond.

En fond förvaltas av ett fondbolag, som företräder fondandelsägarna i alla juridiska och ekonomiska frågor rörande en fond. Tillgångarna förvaras av förvaringsinstitutet J.P. Morgan SE, Stockholm Bankfilial. En fond är inte en juridisk person, men ett eget skattesubjekt. Detta innebär bland annat att den inte kan förvärva rättigheter eller ta på sig skyldigheter. Egendom som ingår i en fond kan inte utmätas. En fondandel är en rätt till så stor andel av fonden som motsvarar dess nettoförmögenhet dividerad med antalet utestående andelar.

### Andelsregister
Fondbolaget för register över alla andelsägare och deras innehav av andelar.

### Öppna ett fondsparande
Om du vill spara i någon av våra fonder kan du enkelt öppna ett fondkonto hos oss. Logga in på storebrandfonder.se med hjälp av BankID och välj att öppna ett fondkonto. Med BankID får du enkelt tillgång till vår Internettjänst och kan byta, köpa och sälja fonder. Du får även en samlad bild över ditt sparande hos oss.

Om du inte har BankID måste du fylla i blanketten "Anmälan av ny kund i Storebrand Fonder", skriv sedan ut och sänd in den brevledes till oss. Saknar du möjlighet till att skriva ut kan du kontakta oss så postar vi blanketten hem till dig. Du når oss via e–post: info@storebrandfonder.se eller telefon: 08–614 24 50. På hemsidan hittar du också faktablad PRIIPs

**Följande bryttider gäller:**

| Fond | Bryttid | Övriga villkor |
|---|---|---|
| Storebrand Emerging Markets<br>Storebrand Japan<br>Storebrand Emerging Markets Plus | 15:00 CET bankdagen innan | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 föregående bankdag. bankdag. |
| Storebrand Sverige<br>Storebrand Sverige Plus<br>Storebrand Sverige Småbolag Plus | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 12:00 halva bankdagar. |
| Storebrand Obligation<br>Storebrand Grön Obligation<br>Storebrand Kortränta<br>Storebrand High Yield Företagsobligation<br>Storebrand FRN Företagsobligation<br>SPP Generation 50–tal<br>SPP Generation 40–tal | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag och klockan 11:00 halva bankdagar. |
| SPP Mix 20<br>SPP Mix 50<br>SPP Mix 80<br>SPP Mix 100 | 12:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 12:00 samma bankdag. |
| Övriga fonder | 15:00 CET | För att få dagens kurs måste begäran om köp eller försäljning ha inkommit till Fondbolaget senast klockan 15:00 samma bankdag. |

Case 2:22-cv-01436-BHL    Filed 03/07/23    Page 19 of 19    Document 28-6