**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, and OAKLAND COUNTY
EMPLOYEES' RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

                         Plaintiffs,

       v.

GENERAC HOLDINGS INC., AARON
JAGDFELD, and YORK A. RAGEN,

                         Defendants.

Case No. 2:22-cv-1436 (BHL)

Hon. Brett H. Ludwig

<u>CLASS ACTION</u>

**NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO RULE 7(k) OF THE
CIVIL LOCAL RULES IN FURTHER SUPPORT OF THE MOTION OF THE OFFICE
OF THE TREASURER AS TRUSTEE FOR THE CONNECTICUT RETIREMENT
PLANS AND TRUST FUNDS, INDUSTRIENS PENSIONSFORSIKRING A/S, AND
STOREBRAND ASSET MANAGEMENT AS FOR CONSOLIDATION, APPOINTMENT
<u>AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

Pursuant to Civil Local Rule 7(k), proposed Lead Plaintiff the Office of the Treasurer as Trustee for the Connecticut Retirement Plans and Trust Funds, Industriens Pensionsforsikring A/S, and Storebrand Asset Management AS (collectively, the "Institutional Investor Group") respectfully submits recent authority, *Colwell v. Exicure Inc.*, No. 21-cv-06637, 2023 WL 2572454 (N.D. Ill. Mar. 20, 2023) ("*Exicure*"), in further support of the Institutional Investor Group's motion for appointment as Lead Plaintiff and approval of selection of counsel (ECF No. 7).

The *Exicure* opinion is attached as Exhibit A.

The Institutional Investor Group respectfully directs the Court to pages *2-5 of the *Exicure* opinion, which applies *Dura Pharmaceuticals, Inc v. Broudo*, 544 U.S. 336 (2005), and *Wong v. Accretive Health, Inc*., 773 F.3d 859 (7th Cir. 2014), at the lead plaintiff stage to determine the largest financial interest among lead plaintiff movants.  *See also Exicure*, 2023 WL 2572454, at *4 ("Post-*Wong*, however, courts in this District have trended towards reading *Wong* as requiring the exclusion of losses incurred before corrective disclosures.").  *Exicure*'s analysis is relevant to the Institutional Investor Group's Opposition in Further Support of Its Motion for Appointment as Lead Plaintiff (ECF No. 22 at 3-12) and the Institutional Investor Group's Reply in Further Support of Its Motion for Appointment as Lead Plaintiff (ECF No. 25 at 2-4).

Dated: March 22, 2023

Respectfully submitted,

**SAXENA WHITE P.A.**

By: /s/ *David R. Kaplan*
David R. Kaplan
505 Lomas Santa Fe Drive
Suite 180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com

1

**SAXENA WHITE P.A.**

Steven B. Singer (*admission pending*)
Rachel A. Avan (*admission pending*)
Alec T. Coquin (*admission pending*)
10 Bank Street, Suite 882
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 216-2220
ssinger@saxenawhite.com
ravan@saxenawhite.com
acoquin@saxenawhite.com

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for the Office of the Treasurer as Trustee
for the Connecticut Retirement Plans and Trust
Funds, Industriens Pensionsforsikring A/S, and
Storebrand Asset Management AS, and Proposed
Lead Counsel for the Class*

**CROSS LAW FIRM, S.C.**

MARY C. FLANNER
SBN: 1013095
Nola J. Hitchcock Cross
SBN: 1015817
The Lawyers' Building
845 N. 11th Street
Milwaukee, WI 53233
(414) 224-0000 (phone)
(414) 273-7055 (facsimile)

2

mflanner@crosslawfirm.com
njhcross@crosslawfirm.com

*Proposed Local Counsel for the Class*

3