<u>**Appendix 1**</u>

**The Alleged Misstatements Fail To State A Claim**

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 1 | "*[d]emand for home standby generators remains incredibly robust* due to a variety of factors, including *continued traction with the Home as a Sanctuary mega trend*, as well as significantly higher power outage activity over the past several quarters." | 109(a) | X | X | | X | X |
| 2 | "despite strong prior year comparisons *due to the emergence of the Home as a Sanctuary mega trend* and elevated outage levels*, home consultations or sales leads for home standby generators remained strong during the second quarter and increased approximately 50%* as compared to the second quarter of 2020. . . ." | 109(b) | X | X | | X | X |
| 3 | "start[ed] production of home standby generators at our new manufacturing facility in Trenton, South Carolina," which [Jagdfeld] claimed "*will provide much-needed capacity* to further ramp our daily home standby build rates in an effort to reduce *lead times*, which *remain elevated at approximately 28 weeks*." | 109(c) | X | X | | X | |

[1] For brevity, some statements quoted from the Complaint do not include the entire surrounding paragraph. Emphases are from the Complaint. All capitalized terms are as defined or used in the Complaint.

[2] **"No Falsity"** means that the Complaint fails to plead particularized facts to show the reason that the statement was allegedly false or misleading. *See* Br. at 13-26. **"Forward-looking"** means that the alleged misstatement is a forward-looking statement protected by the PLSRA's safe harbor provision. *See* Br. at 26-28. **"Puffery"** means that the alleged misstatement is an inactionable statement of corporate optimism and/or the statement is too general to be actionable. *See* Br. at 28-30. **"No Scienter"** means that the Complaint fails to plead particularized facts giving rise to a strong inference that the maker of the statement acted with scienter at the time the statement was made. *See* Br. at 33-41. **"No Materiality"** means that the Complaint fails to plead facts sufficient to show that there is a substantial likelihood that the alleged misstatement or omission would have been viewed by the reasonable investor as having significantly altered the total mix of information available. *See* Br. at 41-43.

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 4 | "*Early in the third quarter, these key demand metrics for home standby have continued to trend even higher* relative to prior year levels, *including home consultations increasing at a strong double-digit rate.*" | 109(d) | X | X | | X | |
| 5 | "*home standby generator sales continue to experience robust growth,* which nearly doubled during the second quarter, *as shipments benefitted from much higher production levels for these products as compared to the prior year.*" | 109(e) | X | X | | X | |
| 6 | "the *company continues to make better-than-expected progress in increasing production rates for home standby generators.*" | 109(f) | X | X | | X | |
| 7 | "So when we're giving that update again this quarter and the fact that it hasn't changed, yet we have higher production levels in the future, we've also, as we indicated in the prepared remarks, *we've been experiencing higher incoming order rates.*" | 109(g) | X | X | | | |
| 8 | "[A]t this stage, it's -- *the demand has been incredibly robust.* We said this in the prepared remarks as well. [E]ven here in the third quarter in July, *our IHCs or home consultation sales leads for home standby are up again on very difficult comps compared to last year.* So I mean, it's just -- *it continues to amaze us, the interest level in the category and how that's translating into real demand.*" | 109(h) | X | X | | X | |
| 9 | "[a]s a result of spending more time at home, homeowners are also investing more into home improvement projects and outdoor project activity, *which is leading to increased and broad-based demand for home standby generators.*" | 110(a) | X | X | | X | X |
| 10 | "*[w]e continue to experience a broad-based increase in demand for residential products, specifically home standby generators,* created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home." | 110(b) | X | X | | X | X |
| 11 | "*increased demand has resulted in extended lead times for these products,* and as a result, our net sales during 2021 are expected to be more level-loaded throughout the year relative to historical seasonal patterns." | 110(c) | X | X | X | X | |

2

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 12 | "*our capacity for residential standby is going to be -- is going to go to basically 4x where we exited 2019,* Q1 of 2020 . . . [s]o 4x, effectively 2x from where we exited the second quarter of this year by the second quarter of next year," [Jagdfeld added that] the *HSB "backlog"* was currently "*somewhere around 32 weeks.*" | 112 | X | X | X | | |
| 13 | "with *shipments of home standby generators increasing at a substantial rate* over the prior year," [Jagdfeld] added that "[e]ven with the higher output levels, *demand remained very strong and broad-based leading to higher backlog levels, particularly for home standby generators.*" | 113(a) | X | X | | X | |
| 14 | [Jagdfeld stated that] "*demand for home standby generators continues to outpace our ability to produce them, which has caused lead times to further grow to approximately 30 weeks*" from the prior earnings call and [stated] that "our *home standby backlog [is] projected to be well over $1 billion* entering next year." | 113(b) | X | X | X | X | |
| 15 | [Regarding long lead times] "*there's, call it, an acceptance level . . . I think people are somewhat accepting of the fact that they have to wait.*" | 113(c) | X | X | | X | |
| 16 | "we're going to have a bigger backlog coming into '22 than we originally thought *because demand has been stronger, I mean it's outstripping supply. We're hitting record output levels on HSB.*" | 113(d) | X | X | | X | |
| 17 | [Jagdfeld stated he was ]"less optimistic that we're going to be able to catch the full backlog . . . as we exit the year," claiming that "*[t]he demand has outstripped here over the last in the more recent period here as we ended Q3 and as we have come into Q4,*"and emphasized that "*the demand has been continuing just to be off the charts*" with "*everything from our leading indicators like I[H]Cs to our lagging indicators like activations and then obviously, the incoming orders that are outstripping our kind of record production levels here.*" | 113(e) | X | X | | X | |
| 18 | "[a]s a result of spending more time at home, homeowners are also investing more into home improvement projects and outdoor project activity, *which is leading to increased and broad-based demand for home standby generators.*" | 114 | X | X | | X | X |

3

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 19 | "*[w]e continue to experience a broad-based increase in demand for residential products, specifically home standby generators,* created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home." | 114 | X | X | | X | X |
| 20 | "*increased demand has resulted in extended lead times for these products,* and as a result, our net sales during 2021 are expected to be more level-loaded throughout the year relative to historical seasonal patterns." | 114 | X | X | | X | |
| 21 | [Net sales] "increased 50% to a record $3.75 billion during 2021" [and Jagdfeld stated], "*[w]e continued to experience exceptional demand* during the fourth quarter and *achieved record quarterly shipments and production levels* as we exited 2021," adding, "[w]e enter 2022 with considerable visibility and momentum *given ongoing robust home standby demand,* an expanding Energy Technology solutions portfolio, and strong global demand for our C&I products." | 117 | X | X | | X | |
| 22 | "important megatrends" such as "*Home as a Sanctuary*" had "*continue[d] to drive incredibly strong demand for home standby generators.* As a result, *home consultations or sales leads increased again in the fourth quarter* over the robust prior year comparison." | 118(a) | X | X | | X | X |
| 23 | "*home standby order rates have remained very strong, leading to a further increase in our backlog, which currently is still well over $1 billion*" and [Jagdfeld] emphasized that HSB "demand has remained strong." | 118(b) | X | X | | X | |
| 24 | "*we're going to end the year with a pretty substantial backlog yet of HSB because we anticipate the order rate, which we've seen already so far this year and as we exited 2021 has been really strong, . . . so strong that even though we've taken our production capacity up, we've continued to outstrip that and grow the backlog.*" | 118(c) | X | X | X | X | |
| 25 | "*phenomenally, I mean, for the whole quarter, [IHCs were] up double digits* again for the quarter across the country. So just a *really strong read on IHCs.*" | 118(d) | X | X | | X | |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 26 | "*[w]e continue to experience a broad-based increase in demand for residential products, specifically home standby generators,* created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home." | 119(a) | X | X | | X | X |
| 27 | "*increased demand has resulted in extended lead times for these products* as of December 31, 2021, and as a result, *our net sales during 2022 are expected to experience an increasing trend* on a quarterly basis *as we increase our production capacity.*" | 119(b) | X | X | X | X | |
| 28 | "*a significant decrease in the demand for our products*" [. . .] "*could cause actual results to differ*" from estimates. | 119(c) | X | X | X | X | |
| 29 | [Net sales] "increased 41% to a record $1.14 billion during the first quarter." [Jagdfeld stated] "[w]e continue[] to experience robust and broad-based growth during the first quarter, and *strong execution pushed shipments to new records.*" | 122 | X | X | | | |
| 30 | HSB business "continues to benefit from the convergence of multiple megatrends," [Jagdfeld highlighted] that "*home consultations during the first quarter were nearly 3x higher than the levels seen in the first quarter of 2020, reinforcing our view that demand for the home standby category has once again achieved and held a new and higher baseline level.*" | 123(a) | X | X | | X | |
| 31 | "*output levels are driving an . . . improvement in lead times,* which have been declining," [Jagdfeld] emphasized that "[d]espite the ongoing improvements in build rates and lead times, *home standby backlog remains well above $1 billion.*" | 123(b) | X | X | | | |
| 32 | "*the combination of increased output and then the demand being in line still puts us with an incredible backlog for HSB,* well above kind of where we would have thought we would be at this point. . . . So pretty exciting times for the HSB category." | 123(c) | X | X | | X | |
| 33 | [Jagdfeld stated that] "*demand has been strong*" so the Company had "hesitated to kind of roll out bigger things right now," but [Jagdfeld] noted that the Company could later "*pull[] on promotional levers, which we've, again, largely not done over the last several years*" including | 123(d) | X | X | | X | |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | "*extended warranty promotions,*" which Generac had "*done a lot less of them over the last 2 years. So that would be another lever to pull.*" | | | | | | |
| 34 | "*we're seeing days of inventory be a little at the high end of where they've been historically*" but [Jagdfeld explained] "*[t]hat happens kind of seasonally about now –it's coming out of the winter season* . . . [s]o it's been difficult to get out and install product at the kind of pacing we want to see." | 123(e) | X | X | | | |
| 35 | [Ragen:] "Yes. And we believe *there's buyers for those units that are in the field.* So I think that . . ." <br><br> [Jagdfeld:] "Well, *absolutely. Yes, the IHC.*" <br><br> [Ragen:] "*Based on the IHC volume.*" <br><br> [Jagdfeld:] "*Based on the IHC volume, we think the demand is there to support what we're seeing in the field in terms of inventory.*" <br><br> [Ragen:] "*Going to increase the install bandwidth.*" | 123(f) | X | X | | X | |
| 36 | "I would tell you that *you'd have to take into consideration where our close rate is at. That's a part of that equation.* And recall that IHCs are not our full –that's not everything we do, right? So it's –we think it's representative or proxy for the HSB market, but that just is a portion of what we do." | 123(g) | X | X | | | |
| 37 | "*[w]e continue to experience a broad-based increase in demand for residential products, specifically home standby generators,* created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home." | 124 | X | X | | X | X |
| 38 | "*increased demand has resulted in extended lead times for these products* as of December 31, 2021, and as a result, *our net sales during 2022 are expected to experience an increasing trend* on a quarterly basis *as we increase our production capacity.*" | 124 | X | X | X | X | |
| 39 | "[n]et sales increased 40% to a record \$1.29 billion during the second quarter." [Jagdfeld stated] "*[g]iven the positive underlying demand* | 127 | X | X | | X | |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | *trends and elevated backlog,* we are maintaining our sales growth and adjusted EBITDA margin guidance for the full-year 2022." | | | | | | |
| 40 | "*[p]ositive underlying demand trends led to continued backlog strength* with C&I products and *home standby backlog,* both providing us with considerable visibility for the quarters ahead." | 128(a) | X | X | | X | |
| 41 | "[w]e've been in a backlog situation now for close to 2 years as we've been working to ramp production and tackle these supply chain challenges, which we've been doing. *That backlog is still significant,*" [Jagdfeld added that] "we're still not going to catch that [backlog] by the end of the year. And we'll continue to bring the lead times down, but *the backlog is still significant for home standby.*" | 128(b) | X | X | | X | |
| 42 | "As far as cancellations . . . our policy around orders has always been a pretty, I'll call it, a liberal policy that way. So the ability to cancel or defer an order is –you'll see that in those smaller dealers that are coming up against some of those constraints as you point out.<br><br>I would say *on balance, it's not a material number when you look at the total.* But we work through that and it's kind of dealer by dealer." | 128(c) | X | X | | X | |
| 43 | [Jagdfeld, regarding IHCs:] "I don't have that in front of me but we did not –they were up, yes. Mike's pointing up. So yes, they were up sequentially. *They've [IHCs] been on a tear here in Q2,* specifically to the catalyst that I mentioned. But it's been –*we've been surprised by the robustness of the end market demand, to be very frank.* I mean, it's something that has –I think it speaks to how the category continues to move into more of a mainstream –as more of a mainstream appliance, if you will, for homeowners."<br><br>[Ragen:] "In fact, *they were up very nicely sequentially.*" | 128(d) | X | X | | X | |
| 44 | "*you really have to look at the IHCs to really understand what's going on with the end market demand and having those up nicely year-over-year here in the quarter and up . . . [o]ver 4x pre-pandemic levels. So the underlying demand for the category is still very, very strong.*" | 128(e) | X | X | | X | |
| 45 | "[a]gain, we've talked about *8 to 10 weeks of orders in the backlog and it's sizable. It's a big backlog,*" [Jagdfeld added that] "we expect to still | 128(f) | X | X | | X | |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | have backlog as we exit the year, *even that's in spite of the increased production rate.* So *it's a sizable number.*" | | | | | | |
| 46 | "*increased demand has resulted in extended lead times for these products* as of December 31, 2021, and as a result, *our net sales during 2022 are expected to experience an increasing trend* on a quarterly basis *as we increase our production capacity.*" | 129 | X | X | X | X | |
| 47 | "*[s]hipments of our PWRcell® energy storage systems also grew at a significant rate* as compared to the prior year, and with the considerable momentum we have in the marketplace, we are increasing our outlook for these products for the remainder of the year." | 131 | X | X | | X | X |
| 48 | "*shipments of our PWRcell energy storage systems grew at a significant rate* as compared to the prior year, and demand paced ahead of our expectations during the first quarter." | 132(a) | X | X | | X | X |
| 49 | "*key performance indicators for our clean energy-related initiatives continue to show favorable trends,*" [Jagdfeld added that] "*activations,* which are a proxy for installation and commissioning *also grew at a tremendous rate* during the first quarter as compared to prior year," and that "*orders for clean energy products were very strong* on a sequential basis during the first quarter, and this strength has continued here in April." | 132(b) | X | X | | X | X |
| 50 | "*shipments obviously did grow dramatically . . . [and] orders or demand actually was up sequentially from Q4 to Q1,* actually better than expectations." | 132(c) | X | X | | X | X |
| 51 | "*The capabilities provided by Pika and Neurio have enabled us to bring an efficient and intelligent energy-savings solution to the energy storage and monitoring markets, which enabled us to quickly ramp shipments for these clean energy solutions during 2020,* and which we believe will position Generac as a key participant going forward." | 133(a) | X | X | | X | X |
| 52 | "*increase in product and other liability claims or recalls*" […] "*could affect our actual financial results.*" | 133(b) | X | X | X | X | X |
| 53 | "*Our PWRcell® energy storage systems were also up dramatically compared to the prior year as well as sequentially* as these products | 134 | X | X | | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | continued to gain important traction in the rapidly expanding clean energy market." | | | | | | |
| 54 | "*shipments of PWRcell energy storage systems experienced tremendous growth,* both over the prior year and sequentially as demand for clean energy solutions continues to rise alongside the rapidly expanding solar-plus-storage market." | 135(a) | X | X | | X | X |
| 55 | "*key performance indicators for clean energy continue to show favorable trends,*" [Jagdfeld added that] "*activations,* which are a proxy for installation and commissioning, *grew at a tremendous rate* during the second quarter as compared to prior year and also improved on a sequential basis." | 135(b) | X | X | | X | X |
| 56 | "*[s]hipments of PWRcell energy storage systems also grew at a dramatic rate.*" | 135(c) | X | X | | X | X |
| 57 | "*The capabilities provided by Pika and Neurio have enabled us to bring an efficient and intelligent energy-savings solution to the energy storage and monitoring markets, which enabled us to quickly ramp shipments for these clean energy solutions during 2020,* and which we believe will position Generac as a key participant going forward." | 136 | X | X | | X | X |
| 58 | "*increase in product and other liability claims or recalls*" [. . .] "*could affect our actual financial results.*" | 136 | X | X | X | X | X |
| 59 | "*Generac maintains a robust product safety function that is involved in nearly all aspects of product design and production.* We have a Product Safety Committee that participates in our new product introduction in an effort to ensure that our products meet all applicable safety standards and internal engineering design standards, including those issued by the Consumer Product Safety Commission. *This Committee also regularly reviews any safety concerns associated with products in the field, including potential product recalls.*" | 138(a) | X | X | | X | X |
| 60 | "*Our Quality Management System is certified to ISO 9001, helping to ensure a strong customer focus,* the motivation and involvement of top management to ensure product quality, and an emphasis on a process approach and continuous improvement. Excellence is one of our Corporate Values, and *our product quality team exemplifies this value* | 138(b) | X | X | | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | *through vigorous involvement in both our new product introduction and production processes. We also regularly perform design reviews and testing to maximize the quality and value of our products for our customers.*" | | | | | | |
| 61 | "the increasing penetration of solar installations are also driving *rapid growth for our clean energy product offering*" and [Jagdfeld stated] that "*shipments of our power cell energy storage systems grew significantly* as compared to the prior year and also grew at a double-digit rate sequentially." | 139(a) | X | X | | X | X |
| 62 | "*clean energy products [solar] . . . growth [was] well above the broader U.S. residential solar market,* driven by ongoing increases in storage attachment rates and continued market share gains," [Jagdfeld added that] "*key performance indicators for clean energy products continue to show favorable trends,*" and that "*[s]ystem activations,* which are a proxy for installations and commissioning, *more than doubled in the third quarter* as compared to the prior year and also increased sequentially." | 139(b) | X | X | | X | X |
| 63 | "*[t]he Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the product to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable.*" | 140(a) | X | X | | | X |
| 64 | "*The capabilities provided by Pika and Neurio have enabled us to bring an efficient and intelligent energy-savings solution to the energy storage and monitoring markets, which enabled us to quickly ramp shipments for these clean energy solutions during 2020,* and which we believe will position Generac as a key participant going forward." | 140(b) | X | X | | X | X |
| 65 | "*increase in product and other liability claims or recalls*" [. . .] "*could affect our actual financial results.*" | 140(b) | X | X | X | X | X |
| 66 | "the further build-out of our clean energy market opportunity was a key highlight during the year as *we significantly grew shipments of our PWRcell energy storage systems* through the expansion of our supply | 142(a) | X | X | | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | chain, increased targeted marketing efforts, growth in our distribution network and the introduction of several exciting new products." | | | | | | |
| 67 | "*shipments of our PWRcell energy storage systems grew significantly* in the quarter as compared to the prior year and also grew at a strong double-digit rate sequentially" and [Jagdfeld added] that "[d]espite industry-wide supply chain and logistics challenges impacting our clean energy solutions, *full year 2021 clean energy-related revenue approximately doubled* as end-user demand remains robust for our PWRcell energy storage systems." | 142(b) | X | X | | X | X |
| 68 | "*key performance indicators for clean energy products continue to show favorable trends,*" including that "[h]ome consultation and system *activations* both *increased at a strong rate.*" | 142(c) | X | X | | X | X |
| 69 | *[s]hipments of PWRcell energy storage systems also grew at a significant* rate as compared to the prior year as overall solar market growth, rising storage attachment rates and our expanding distribution continue to drive growth for our clean energy solutions. | 142(d) | X | X | | X | X |
| 70 | [Generac] "*face[s] a risk of exposure to current and future product liability claims alleging to arise from the use of our products and that may purportedly result in injury or other damage.*" | 144(a) | X | X | X | X | X |
| 71 | In the 2021 10-K, Generac reported changes in pre-existing warranty reserves of *approximately $4.4 million* and kept its product warranty obligations disclosure unchanged […] | 144(b) | X | X | | | X |
| 72 | "*[t]he Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the product to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable.*" | 144(b) | X | X | | | X |
| 73 | "*increase in product and other liability claims or recalls*" [. . .] "*could affect our actual financial results.*" | 144(c) | X | X | X | X | X |
| 74 | "*Generac maintains a robust product safety function that is involved in all aspects of product design and production.* We have a Product Safety Committee that participates in our new product development | 146(a) | X | X | | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | process in an effort to ensure that our products meet all applicable internal engineering design and safety standards, including those issued by the Consumer Product Safety Commission. ***This team performed 22 hazard reviews for products under development in 2021, and also regularly reviews any safety concerns associated with products in the field, including potential product recalls.***" | | | | | | |
| 75 | "***Our Quality Management System is certified to ISO 9001, helping to ensure a strong customer focus,*** the motivation and involvement of top management to ensure product quality, and an emphasis on a process approach and continuous improvement. Excellence is one of our Corporate Values, and ***our product quality team exemplifies this value through vigorous involvement in both our new product development and production processes. We also regularly perform design reviews and testing to maximize the quality and value of our products for our customers.***" | 146(b) | X | X | | X | X |
| 76 | "[c]lean [e]nergy products contributed meaningfully to overall growth in the first quarter as ***shipments of our PWRcell energy storage systems grew significantly*** from the prior year period." | 147(a) | X | X | | X | X |
| 77 | "residential sales growth ***was again driven by a substantial increase in shipments of*** both home standby generators and ***PWRcell energy storage systems.***" | 147(b) | X | X | | X | X |
| 78 | "***[s]hipments of PWRcell energy storage systems also grew at a significant rate*** as compared to prior year as the U.S. residential solar plus storage market continues to grow and as we expand our distribution network for our Clean Energy solutions." | 147(c) | X | X | | X | X |
| 79 | The 1Q 2022 10-Q reported changes in pre-existing warranty reserves of approximately ***negative $1.1 million*** and kept its product warranty obligations disclosure unchanged [...] | 148(a) | X | X | | | X |
| 80 | "***[t]he Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the product to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable.***" | 148(a) | X | X | | | X |

12

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 81 | "*increase in product and other liability claims or recalls*" [. . .] "*could affect our actual financial results.*" | 148(b) | X | X | X | X | X |
| 82 | "*[t]he Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the product to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable.*" | 151(a) | X | X | | | X |
| 83 | "*increase in product and other liability claims or recalls*" [. . .] "*could affect our actual financial results.*" | 151(b) | X | X | X | X | X |
| 84 | [Brochure described SnapRS Rapid Shutdown Device] as "***SAFE***" and "*rapid shutdown compliant.*" | 153 | X | X | | | X |
| 85 | [Generac] "*ha[s] had encouraging success further building out our [solar] installer network as we've trained and certified approximately 2,000 dealers as of the end of the quarter.*" | 155(a) | X | X | | | X |
| 86 | [Ragen stated Company was increasing 2021 guidance] *due to "higher demand for our PWRcell energy storage systems as we continue to make further progress in building out distribution partners in the clean energy market.*" | 155(b) | X | X | X | X | X |
| 87 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 156(a) | X | X | | X | X |
| 88 | "[r]esidential products," including solar "*energy storage and monitoring solutions . . . are predominately sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 156(b) | X | X | | | X |
| 89 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 156(c) | X | X | | | X |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 13 of 18    Document 48-1

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 90 | [Company had] "*further built out our [solar] installer network during the quarter, and we ended the first half of the year with approximately 2,200 trained and certified dealers.*" | 157(a) | X | X | | | X |
| 91 | "*[s]hipments of PWRcell energy storage systems also grew at a dramatic rate . . . as we build out our* marketing and *distribution capabilities selling into the clean energy space.*" | 157(b) | X | X | X | | X |
| 92 | "[r]esidential products," including "*energy storage and monitoring solutions . . . are predominately sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 158(a) | X | X | | | X |
| 93 | "*Energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 158(b) | X | X | | X | X |
| 94 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 158(b) | X | X | | | X |
| 95 | "*We further built out our installer network as we entered the third quarter with approximately 2,300 trained and certified dealers.*" | 160 | X | X | | | X |
| 96 | "[r]esidential products," including "*energy storage and monitoring solutions . . . are predominately sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 161(a) | X | X | | | X |
| 97 | "*Energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 161(b) | X | X | | X | X |
| 98 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors* | 161(b) | X | X | | | X |

14

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | *we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | | | | | | |
| 99 | "*we further built out our clean energy installer network as we ended the fourth quarter with nearly 2,500 trained and certified dealers.*" | 163(a) | X | X | | | X |
| 100 | "*[a] key component of future growth for our clean energy offerings is establishing and developing our distribution network,* including partnering with large national solar providers." [Jagdfeld stated that] "*[w]e recently announced an expansion of our partnership with Sunnova* that adds even more of Generac's industry-leading technology to its current suite of offerings." | 163(b) | X | X | | X | X |
| 101 | "[s]hipments of PWRcell energy storage systems also grew at a significant rate as compared to prior year as overall solar market growth, rising storage attachment rates and *our expanding distribution continue to drive growth for our clean energy solutions.*" | 163(c) | X | X | | X | X |
| 102 | "*We distribute our products through a variety of different distribution channels* to increase awareness of our product categories and brands, and to ensure our products reach a broad, global customer base. *This omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers (including certain private label arrangements), solar installers, catalogs, equipment rental companies, and equipment distributors.*" | 164(a) | X | X | | X | X |
| 103 | "*We believe our global distribution network is a competitive advantage that has strengthened over the years as a result of adding, expanding and developing the various distribution channels through which we sell our products.* We offer a broad set of tools, programs, factory support, and sales leads to help our distribution partners be successful. *Our network is well balanced with no single customer providing more than 6% of our sales in 2021.*" | 164(b) | X | X | | X | X |
| 104 | "Since 2020, *we have been leveraging these dealer development practices to assist in growing our base of solar contractors that sell, install and service our PWRcell energy storage systems.* We continue to train and certify solar installers to offer our products, and we have built out our Power Play selling system to also offer energy storage | 164(c) | X | X | | X | X |

15

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
|  | solutions. Leveraging our decades of expertise in partnering with our residential generator dealers, we believe we can continue to expand our solar installer network and increase mind-share for Generac's products, helping us to win in the clean energy market. In addition, *we have been developing distribution relationships with national solar providers to offer our equipment in their portfolio of products and services.*" |  |  |  |  |  |  |
| 105 | "*Impairment of our relationships with our distributors, dealers* or large customers, *loss of a substantial number of these distributors or dealers* or of one or more large customers, or an increase in our distributors' or dealers' sales of our competitors' products to our customers or of our large customers' purchases of our competitors' products *could materially reduce our sales and profits.* Also, *our ability to successfully realize our growth strategy is dependent in part on our ability to identify, attract and retain new distributors at all layers of our distribution platform, including increasing the number of energy storage distributors,* and we cannot be certain that we will be successful in these efforts." | 164(d) | X | X |  | X | X |
| 106 | "[r]esidential products," including "*energy storage systems [and] energy management solutions . . . are predominantly sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 164(e) | X | X |  | X | X |
| 107 | "*Energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 164(f) | X | X |  | X | X |
| 108 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 164(f) | X | X |  |  | X |
| 109 | "[c]lean [e]nergy products contributed meaningfully to overall growth in the first quarter as shipments of our PWRcell energy storage systems grew significantly from the prior year period" [and] "*[s]upporting this rapid growth is the continued build-out of our installer network as we* | 166(a) | X | X |  | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| | *ended the first quarter with more than 2,600 trained and certified dealers.*" | | | | | | |
| 110 | "[s]hipments of PWRcell energy storage systems also grew at a significant rate as compared to the prior year as the U.S. residential solar plus storage market continues to grow and *as we expand our distribution network for our Clean Energy solutions.*" | 166(b) | X | X | | X | X |
| 111 | "[r]esidential products," including "*energy storage systems [and] energy management solutions . . . are predominately sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 167(a) | X | X | | | X |
| 112 | "*Energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 167(b) | X | X | | X | X |
| 113 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 167(b) | X | X | | | X |
| 114 | "[a]s we work to capture this demand, *our residential clean energy installer network continues to grow as we ended the second quarter with approximately 2,800 trained and certified technicians.*" | 169(a) | X | X | | | X |
| 115 | "*[f]or the full year 2022, we expect net sales of these clean energy products and solutions to approximately double from the prior year to more than $500 million* in sales, with strong core and inorganic growth contributions and an even larger opportunity in the years ahead." | 169(b) | X | X | X | | X |
| 116 | "[r]esidential products," including "*energy storage systems [and] energy management devices & solutions . . . are predominately sold through independent residential dealers,* national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers." | 170(a) | X | X | | | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | No Scienter | Forward-looking | Puffery | No Materiality |
|---|---|---|---|---|---|---|---|
| 117 | "*Energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 170(b) | X | X | | X | X |
| 118 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 170(b) | X | X | | | X |