# Appendix 2

## The Complaint Fails To Adequately Plead Loss Causation[1]

| Disclosure No. | Alleged Corrective Disclosure | Complaint ¶¶ | Related alleged misstatements[2] | Both misleading and corrective[3] | Based on previously-disclosed public info | Unsubstantiated third-party accusation | Did not reveal falsity |
|---|---|---|---|---|---|---|---|
| 1 | 11/2/21 3Q 21 Earnings Call | 193-195, 283 | 1-17 | X | | | X |
| 2 | 1/26/22 Northcoast Research Report | 198, 284 | 1-20 | | X | | X |
| 3 | 2/17/22 Roth Capital Partners Report | 199, 285 | 47-69 | | X | | X |
| 4 | 4/28/22 BofA Securities Report | 200-201, 286 | 1-28 | | X | | X |
| 5 | 6/22/22 Spruce Point Report | 203-210, 287 | 1-38, 92-113 | | X | | X |

---

[1] The Complaint must plead facts sufficient to show that each alleged misstatement proximately caused shareholder losses. *See* Br. at 43-45.

[2] The Complaint does not adequately describe the alleged misstatement to which each alleged corrective disclosure supposedly relates. *See* Br. at 12-13. This column therefore reflects Defendants' best approximation as to Plaintiffs' intended allegations. Numbered references are to the statement numbers in the first column of Appendix 1.

[3] **"Both misleading and corrective"** means that the Complaint alleges a misstatement was made simultaneously within a disclosure that also allegedly corrected the misstatement, and therefore renders the disclosure not misleading. *See* Br. at 43-44. **"Based on previously-disclosed public info"** means that the alleged corrective disclosure was based on already-public information and thus did not reveal a previously concealed truth. *See* Br. at 43-44. **"Unsubstantiated third-party accusation"** means that the alleged corrective disclosure was an allegation of unproven misconduct, and therefore cannot constitute a corrective disclosure sufficient to plead loss causation. *See* Br. at 44. **"Did not reveal falsity"** means that the alleged corrective disclosure did not demonstrate that a previous representation was misleading and/or there are other plausible explanations for the accompanying stock price decline. *See* Br. at 44-45.

| Disclosure No. | Alleged Corrective Disclosure | Complaint ¶¶ | Related alleged misstatements[2] | Both misleading and corrective[3] | Based on previously-disclosed public info | Unsubstantiated third-party accusation | Did not reveal falsity |
|---|---|---|---|---|---|---|---|
| 6 | 8/1/22 Pink Energy Lawsuit Filing | 212-213, 288 | 47-81, 84 | | | X | X |
| 7 | 8/3/22 2Q 22 Earnings Call | 215-218, 289 | 1-45 | X | | | X |
| 8 | 9/12/22 Pink Energy Press Release | 223, 290 | 47-84, 169(b) | | | X | X |
| 9 | 9/12/22 BofA Securities Report | 224, 290 | 1-46 | | X | | X |
| 10 | 9/22/22 Media Report re Pink Energy Shutdown | 226, 291 | 47-84, 169(b) | | | X | X |
| 11 | 10/6/22 BofA Securities Report | 228, 292 | 1-46 | | X | | X |
| 12 | 10/19/22 Generac Press Release | 230-231, 293 | 1-118 | | | | X |
| 13 | 11/2/22 3Q 22 Earnings Call | 238-244, 294 | 1-118 | | | | X |