OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION, et al.,

Plaintiffs,

v.

GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,

Defendants.

Case No. 2:22-cv-01436-BHL

(Consolidated with Civil No. 2:23-cv-00081-BHL)

CLASS ACTION

## DECLARATION OF JACQUELINE VALLETTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Jacqueline Vallette, declare as follows:

1. I am an attorney with the law firm Mayer Brown LLP, and counsel for Defendants Generac Holdings Inc. ("Generac"), Aaron Jagdfeld, and York A. Ragen ("Defendants"). I am a member in good standing with the State Bars of Texas and California and admitted to practice in the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Motion to Dismiss The Consolidated Class Action Complaint. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2021, filed with the U.S. Securities and Exchange Commission ("SEC") on February 22, 2022.

3. Attached hereto as Exhibit 2 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 23, 2021.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of Generac's earnings call for the second quarter of fiscal year 2022, dated August 3, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of the transcript of Generac's earnings call for the fourth quarter of fiscal year 2020, dated February 11, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of Generac's earnings call for the first quarter of fiscal year 2022, dated May 4, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of Generac's earnings call for the third quarter of fiscal year 2022, dated November 2, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 22, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of Generac's Form 10-Q for the quarterly period ended June 30, 2021, filed with the SEC on August 3, 2021.

10. Attached hereto as Exhibit 9 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on May 5, 2021.

11. Attached hereto as Exhibit 10 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on June 1, 2021.

12. Attached hereto as Exhibit 11 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on July 2, 2021.

13. Attached hereto as Exhibit 12 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on August 3, 2021.

14. Attached hereto as Exhibit 13 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on September 3, 2021.

2

15. Attached hereto as Exhibit 14 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on October 1, 2021.

16. Attached hereto as Exhibit 15 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on November 2, 2021.

17. Attached hereto as Exhibit 16 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on December 3, 2021.

18. Attached hereto as Exhibit 17 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on January 5, 2022.

19. Attached hereto as Exhibit 18 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on February 3, 2022.

20. Attached hereto as Exhibit 19 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on March 3, 2022.

21. Attached hereto as Exhibit 20 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on April 1, 2022.

22. Attached hereto as Exhibit 21 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on May 2, 2022.

23. Attached hereto as Exhibit 22 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on June 3, 2022.

24. Attached hereto as Exhibit 23 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on July 1, 2022.

25. Attached hereto as Exhibit 24 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on August 3, 2022.

26. Attached hereto as Exhibit 25 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on September 2, 2022.

27. Attached hereto as Exhibit 26 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on October 5, 2022.

28. Attached hereto as Exhibit 27 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on November 3, 2022.

29. Attached hereto as Exhibit 28 is a true and correct copy of Mr. Ragen's Form 4 filed with the SEC on November 12, 2021.

30. Attached hereto as Exhibit 29 is a true and correct copy of Mr. Ragen's Form 4 filed with the SEC on March 3, 2022.

31. Attached hereto as Exhibit 30 is a true and correct copy of the Morningstar Report dated October 20, 2022.

32. Attached hereto as Exhibit 31 is a true and correct copy of the Roth Capital Partners Report dated February 17, 2022.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Spruce Point Capital Management Investment Research Report.

34. Attached hereto as Exhibit 33 is a true and correct copy of Generac's October 19, 2022 press release, available on Generac's website at https://investors.generac.com/node/13816/pdf.

35. Attached hereto as Exhibit 34 is a true and correct copy of the transcript of Generac's earnings call for the first quarter of fiscal year 2021, dated April 29, 2021.

4

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 9th day of October, 2023 in Houston, Texas.

_____
Jacqueline Vallette

5

# EXHIBIT 1

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2021**
**Or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from    to**

**Commission File Number 001-34627**

## GENERAC HOLDINGS INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-5654756** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **S45 W29290 Hwy 59, Waukesha, WI** | **53189** |
| (Address of principal executive offices) | (Zip Code) |

**(262) 544-4811**
(Registrant's telephone number, including area code)

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.01 par value** | **GNRC** | **New York Stock Exchange** |

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting common equity held by non-affiliates of the registrant on June 30, 2021, the last business day of the registrant's most recently completed second fiscal quarter, was $25,196,620,072 based upon the closing price reported for such date on the New York Stock Exchange.

As of February 18, 2022, 63,783,651 shares of the registrant's common stock were outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Annual Report to Stockholders for the year ended December 31, 2021 furnished to the Securities and Exchange Commission are incorporated by reference into Part II of this Form 10-K. Portions of the registrant's Proxy Statement for the 2022 Annual Meeting of Stockholders (the "2022 Proxy Statement"), which will be filed by the registrant on or prior to 120 days following the end of the registrant's fiscal year ended December 31, 2021, are incorporated by reference into Part III of this Form 10-K.

**2021 FORM 10-K ANNUAL REPORT**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 14 |
| Item 1B. | Unresolved Staff Comments | 21 |
| Item 2. | Properties | 21 |
| Item 3. | Legal Proceedings | 22 |
| Item 4. | Mine Safety Disclosures | 22 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 22 |
| Item 6. | [Removed and Reserved] | 23 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 35 |
| Item 8. | Financial Statements and Supplementary Data | 36 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 71 |
| Item 9A. | Controls and Procedures | 71 |
| Item 9B. | Other Information | 72 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 72 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 72 |
| Item 11. | Executive Compensation | 72 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 72 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 72 |
| Item 14. | Principal Accountant Fees and Services | 72 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 72 |
| Item 16. | Form 10-K Summary | 76 |

**Forward-Looking Statements**

This annual report contains forward-looking statements that are subject to risks and uncertainties. Forward-looking statements give our current expectations and projections relating to our financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

The forward-looking statements contained in this annual report are based on assumptions that we have made in light of our industry experience and on our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances. As you read and consider this report, you should understand that these statements are not guarantees of performance or results. They involve risks, uncertainties (some of which are beyond our control) and assumptions. Although we believe that these forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements. The forward-looking statements contained in this annual report include estimates regarding:

- our business, financial and operating results, and future economic performance;
- proposed new product and service offerings; and
- management's goals, expectations and objectives and other similar expressions concerning matters that are not historical facts.

Factors that could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements include:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials, key components from our global supply chain and labor needed in producing our products;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products;
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand; and
- significant legal proceedings, claims, lawsuits or government investigations.

Should one or more of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, our actual results may vary in material respects from those projected in any forward-looking statements. A detailed discussion of these and other factors that may affect future results is contained in Item 1A of this Annual Report on Form 10-K. Stockholders, potential investors and other readers should consider these factors carefully in evaluating the forward-looking statements.

Any forward-looking statement made by us in this report speaks only as of the date on which it is made. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

**PART I**

**Item 1. Business**

**Overview**

Generac is a leading energy technology solutions company that provides backup and prime power generation systems for residential and commercial & industrial (C&I) applications, solar + battery storage solutions, energy management devices and controls, advanced power grid software platforms & services, and engine- & battery-powered tools and equipment. The Company is committed to sustainable, cleaner energy products poised to revolutionize the 21st century electrical grid. As an energy technology solutions company that is "Powering a Smarter World", our corporate purpose is to lead the evolution to more resilient, efficient, and sustainable energy solutions around the world.

We have a long history of providing power generation products across a variety of applications, and we maintain one of the leading market positions in the power equipment markets in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the power generation marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications. In recent years, the Company has been evolving its business model to focus on building out a residential and C&I ecosystem of energy technology products, solutions, and services. As part of this evolution, we have made significant investments into rapidly growing new markets such as residential clean energy storage, solar microinverters, and energy monitoring & management devices, all of which are distributed energy resources (DERs) that can be aggregated into virtual power plants (VPPs) within grid services programs. In addition, a key strategic focus has been leveraging our leading position in the growing market for cleaner burning natural gas fueled generators to expand into applications beyond standby power, allowing us to participate in Energy-as-a-Service and microgrid projects for commercial and industrial applications.

We have also made investments in next-generation platforms and controls for both residential and C&I applications that facilitate the connection of our products to the grid. Expanding these capabilities will enable the increasing utilization of our equipment as DERs as the nascent market for grid services expands over the next several years. Our growing presence in grid services programs will enhance the value of our power generation and storage products that might otherwise sit idle, as they are now able to be dispatched and orchestrated as part of a distributed energy solution, thereby generating additional return-on-investment for the home or business owner while also delivering value to utilities and energy retailers by helping to balance, support and enhance the reliability of the electrical grid. As the traditional centralized utility model evolves over time, we believe that a more decarbonized, digitized, and decentralized grid infrastructure will build-out, and Generac's energy technology solutions are uniquely and strategically positioned to participate in this next-generation grid referred to as "Grid 2.0".

As our traditional power generation markets continue to grow due to multiple mega-trends that are driving increased penetration of our products, we believe we are in an excellent position to execute on this opportunity given our competitive strengths. In addition, our focus on more resilient, efficient and sustainable energy solutions has dramatically increased our served addressable market, and as a result, we believe that Generac is well-positioned for success over the long term.

**Company History**

Generac was founded in 1959 to commercialize a line of affordable portable generators that offered superior performance and features. The Company's success through the years has been built upon engineering expertise, manufacturing excellence and our innovative approaches to the market. This has driven our growth into becoming a leading provider of power equipment for a variety of applications within residential, commercial, and industrial markets.

In 1980, we expanded beyond portable generators into the industrial power generation market with the introduction of our first stationary generators that provided up to 200kW of power output. We introduced our first residential standby generator in 1989 and expanded our industrial product offering and global distribution system in the 1990s, forming a series of alliances that rapidly increased our sales. Our growth accelerated in the 2000's as we expanded our purpose-built line of residential & commercial automatic standby generators and implemented our multilayered, omni-channel distribution philosophy. Throughout the 2000's, a number of high-profile power outage events also helped to increase the awareness and need for back-up power and home standby generators. In 2006, the founder of Generac sold the company to affiliates of CCMP Capital Advisors, LLC, together with certain other investors and members of our management. In February 2010, we completed our initial public offering (IPO) of our common stock.

Soon after going public, we implemented our "Powering Ahead" enterprise strategy. This strategic plan accelerated the Company's transition from primarily a North America focused, emergency backup generator company into a more diversified industrial technology company with the addition of new and adjacent product categories and an expanded global presence, primarily through a series of acquisitions. In 2018, we transitioned into a new enterprise strategy called "Powering Our Future", which drove further share gains in new and existing markets, capitalized on Generac's leadership in natural gas, established our connectivity strategy, and provided the initial foundation for the Company's evolution into an energy technology solutions company, including some key initial acquisitions within the residential clean energy space. This ultimately led to the introduction of our new "Powering A Smarter World" enterprise strategy in 2021. This current strategic plan continues the evolution of Generac's business model that pairs traditional and emerging power generation and storage technologies with new monitoring, management and grid services capabilities to provide solutions for the dynamic challenges presented by today's energy landscape.

2

*Significant Investments in Energy Technology Solutions*

We've been providing power generation and resiliency solutions for homes and businesses for decades. Leveraging that expertise in power generation, Generac has made significant investments in recent years to expand its capabilities into energy technology solutions, beginning with the March 2019 acquisition of Neurio Technology Inc., a leading energy data company focused on metering technology and sophisticated analytics to optimize energy use within a home or business. This was followed by the April 2019 acquisition of Pika Energy Inc., a designer and manufacturer of battery storage technologies that capture and store solar or other power sources for homeowners and businesses. In October 2020, the Company acquired Enbala Power Networks Inc., one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids. In July 2021, Generac added to its residential clean energy portfolio with the acquisition of Chilicon Power LLC, a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. With these acquisitions, Generac has established itself as a credible leader in the rapidly growing residential clean energy market, focused on solar, battery storage and grid services applications.

Generac's efforts in expanding its energy technology solutions also cover C&I and international markets as well. In June 2021, the Company acquired Deep Sea Electronics Limited, a UK-based designer and manufacturer of advanced controls for a range of power generation and micro-grid applications used around the world. In September 2021, Generac acquired Off Grid Energy Ltd., a UK-based designer and manufacturer of industrial-grade mobile energy storage systems serving predominantly European markets. These acquisitions will help lay the ground work to further advance our energy technology strategies across C&I markets around the world.

In December 2021, Generac closed on the purchase of ecobee Inc., a leader in sustainable home technology solutions. In addition to smart home thermostatic controls and other smart home devices, ecobee offers its customers the ability to participate in "Energy Services" programs, which allow homeowners to reduce energy consumption and utility bills via intelligent HVAC controls. The acquisition represents a major step forward in the Company's efforts to provide a broader residential energy ecosystem that includes intelligent monitoring and management solutions, as well as an increasingly sophisticated user interface platform to allow homeowners to take charge of their energy generation, storage, consumption, and management with the ultimate goal of creating a more sustainable energy infrastructure that is more decarbonized, digitized and decentralized.

For a complete summary of recent acquisitions, please see Note 1, "Description of Business," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Products and Solutions**

We design, manufacture, and distribute a broad range of energy technology products and solutions. We design and manufacture stationary, portable and mobile generators with single-engine outputs ranging between 800W and 3,250kW. We have developed a line of turn-key energy storage systems for use in residential solar-plus-storage applications, and in 2021, acquired microinverter capabilities for use in residential solar-only applications. We also have a line of industrial-grade mobile energy storage systems that serve the global rental markets. We have a growing selection of energy monitoring and management devices that serve to build out our residential energy ecosystem product offering. We participate in the market for grid services involving distributed energy optimization and control software. Other power products and solutions that we provide include light towers and a broad line of outdoor power equipment that we refer to as chore products, which includes a variety of property maintenance equipment powered by both engines and batteries. We classify our products into three categories based on similar range of power output geared for varying end customer uses: Residential products, Commercial & Industrial (C&I) products and Other products & services. The following summary outlines our portfolio of products and solutions, including their key attributes and customer applications.

*Residential Products*

Our residential automatic standby generators range in output from 7.5kW to 150kW, which predominantly operate on natural gas and liquid propane, and are permanently installed with an automatic transfer switch, which we also manufacture. Air-cooled engine residential standby generators range in outputs from 7.5kW to 26kW and serve as an emergency backup for small to medium-sized homes. Liquid-cooled engine generators serve as emergency backup for larger homes and small businesses and range in output from 22kW to 150kW.

We believe we have the broadest line of home standby generators in the marketplace and all of them are offered as Smart Grid Ready, which enables customers to connect and enroll their generator as a distributed energy resource in grid services applications. The deployment of our residential generators in grid services applications where available can improve grid resiliency, while also offering a direct financial incentive for homeowners to participate in these grid services programs, which can help to partially offset the purchase cost of the generator over the product's lifespan. This functionality leverages our remote monitoring system for home standby generators called Mobile Link™. This remote monitoring capability is a standard, WiFi-enabled feature on every home standby generator that we offer and allows our customers to check the status of their generator conveniently from their smart phone or tablet, and also provides the capability to similarly receive maintenance and service alerts.

Leveraging the technologies acquired in the 2019 acquisition of Pika Energy, we have developed a line of clean energy products marketed under the Generac brand and using the name PWRcell™. This clean energy storage solution consists of a system of batteries, an inverter, Photovoltaic (PV) optimizers, power electronic controls, and other components. This system captures and stores electricity from solar panels or other power sources and helps reduce home energy costs while also protecting homes from shorter duration power outages. PWRcell can range in size from 9kWh up to 36kWh of storage capacity. Our PWRcell energy storage systems also have Smart Grid Ready capabilities, empowering homeowners to contribute to grid stability and earn an incremental return on investment by connecting to grid services programs, which can help to partially offset the purchase cost of the system over the product's lifespan.

We introduced multiple new Generac-branded clean energy products in 2021 that we expect will come to market during 2022 as we continue to build out an increasingly broad range of residential clean energy solutions, giving our distribution partners access to a more diverse line up of products that can serve a variety of applications. PWRmicro, a grid-interactive microinverter equipped with 2-to-1 panel-to-inverter capability used in residential solar solutions, leverages the technology acquired via the 2021 purchase of Chilicon Power and allows Generac to participate in residential solar installations that do not include an energy storage system. PWRmanager is the second generation of our load management controls, allowing customers to remotely control certain loads in a house and thereby manage battery run times from their smart phones or tablets. PWRgenerator is a one-of-a-kind natural gas generator with DC output that is purpose-built to re-charge PWRcell energy storage systems. This innovative new product is fuel-efficient, quieter, and can enable indefinite grid independence for homeowners.

During 2021 we acquired ecobee, a leader in sustainable smart home solutions such as smart thermostats and a suite of home monitoring products, all designed with a focus on conservation, convenience, peace of mind and comfort. ecobee's smart home energy management devices and complementary sensors intelligently optimize heating and cooling systems, often the largest energy consuming system within a home, to deliver significant energy savings for homeowners. In addition, the ability to combine ecobee's cutting-edge technologies and software development expertise with Generac's power generation, energy storage and energy management devices will allow us to create a clean, efficient, and reliable home energy ecosystem and user interface platform capable of connecting to our grid services distributed energy resource management software (DERMS) called Concerto.

We also entered the smart water heater controller market in 2021 via the acquisition of Apricity Code, an advanced engineering and product design company that has developed certain products which help homeowners reduce energy consumption and utility bills by intelligently managing the timing of a water heater's energy consumption. These ecobee and Apricity grid edge devices expand our suite of products that can be deployed in grid services applications, offering increased energy savings and economic benefits to a larger segment of the population. We also added IoT propane tank monitoring solutions with the 2021 acquisition of Tank Utility to further optimize propane fuel logistics. This addition expands Generac's connectivity functionality and provides incremental value to our dealers and peace of mind to our liquid propane powered home standby generator owners.

We also provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators. In addition, we offer manual transfer switches to supplement our portable generator product offering.

We provide a broad product line of outdoor power equipment referred to as chore products, which are used in property maintenance applications for larger-acreage residences, commercial properties, municipalities, and farms. These products include trimmers, field and brush mowers, log splitters, stump grinders, chipper shredders, lawn and leaf vacuums, pressure washers and water pumps. We also offer commercial-grade, battery-powered turf care products through Mean Green Products, which was acquired in 2020. In addition to Generac's efforts to expand Mean Green's production and distribution capabilities, this acquisition will help to accelerate the electrification of our higher-powered lineup of chore products. Chore products are largely sold in North America through direct-to-consumer online catalogs, retail hardware stores, and outdoor power equipment dealers primarily under the DR® brand name.

Residential products comprised 65.8%, 62.6% and 51.9%, respectively, of total net sales in 2021, 2020 and 2019.

4

***Commercial & Industrial Products***

We offer a full line of C&I generators that are increasingly being fueled by cleaner sources of energy such as natural gas, liquid propane, and Bi-Fuel™, as well as other more traditional fuels such as diesel. We believe we have one of the broadest product offerings in the industry with power outputs ranging from 10kW up to 3,250kW. Through the Deep Sea acquisition in 2021, we have expanded our capabilities in the design and manufacture of advanced controls for a range of energy technology C&I applications, such as microgrids and Energy-as-a-Service. Our natural gas C&I stationary generators have Smart Grid Ready capabilities, enabling our customers to contribute to grid resiliency and generate an incremental return on investment by connecting and enrolling their generator as a distributed energy resource used in grid services applications where available. We believe as more grid services programs roll-out over time, we will be able to sell more equipment given the improved economics and value of our generators as DER's.

Our light-commercial standby generators and related transfer switches include a full range of affordable systems from 22kW to 150kW, providing three-phase power sufficient for most small and mid-sized businesses such as grocery stores, convenience stores, restaurants, gas stations, pharmacies, retail banks, small health care facilities and other small-footprint retail applications. Our light-commercial generators predominantly run on cleaner-burning fuels such as natural gas and liquid propane.

We design and manufacture a broad product line of modelized and configured stationary generators and related transfer switches for various industrial standby, continuous-duty, and prime rated applications. Our single-engine industrial generators range in output from 10kW up to 3,250kW, include stationary and containerized packages, and can include our Modular Power Systems (MPS) technology that extends our product range up to much larger multi-megawatt systems through an integrated paralleling configuration. Over the past several years, we have introduced larger and higher-powered gaseous-fueled generators, with the highest output of 1,000kW for a single-engine set. Our industrial standby generators are primarily used as emergency backup for larger applications in the healthcare, telecom, datacom, commercial office, retail, municipal and manufacturing markets. In recent years, we've had a strategic effort aimed at utilizing our gaseous-fueled generators in "beyond standby" applications including distributed generation and microgrid projects and have developed purpose-built products for these applications that have grid-connected capability. The addition of Smart Grid Ready functionality and the significant expansion of our in-house advanced controls capabilities further enhances the potential utilization of our generators in these applications.

Our MPS technology combines the power of several smaller generators to produce the output of a larger generator, providing our customers with redundancy and scalability in a cost-effective manner. For larger industrial applications, our MPS products offer customers an efficient, affordable way to scale their standby power needs, while offering superior reliability given their built-in redundancy which allows individual units to be taken off-line for routine maintenance while retaining coverage for critical circuits.

We also offer a full line of industrial transfer switches to meet varying needs from light industrial applications all the way up to the most demanding critical installations. Over the last couple of years, we have significantly increased and upgraded our industrial transfer switch product offering, which we believe will help to enhance our attachment rate and related market share for these products. Generac's innovative feature set and flexible platforms offer a variety of switching technologies for customized solutions to meet any project needs.

We also provide a broad product line of light towers, mobile generators, and mobile energy storage systems, which provide temporary lighting and power for various end markets, such as road and commercial construction, energy, mining, military, and special events. These products are typically sold to national and regional rental companies who then rent the equipment to the end user. We believe the addition of mobile energy storage systems obtained through our acquisition of Off Grid Energy in 2021 will enable us to capture share of the rapidly expanding Battery Energy Storage System (or BESS) market in the future. Also in 2021, we unveiled a hybrid mobile solution that pairs an energy storage system with a diesel generator to reduce emissions and noise pollution, as well as a mobile battery-powered light tower, both of which we expect will come to market during 2022. We also manufacture commercial mobile pumps and dust-suppression equipment for a wide variety of applications, as well as various gaseous-engine control systems and accessories, which are sold to gas-engine manufacturers and aftermarket customers.

C&I products comprised 26.7%, 28.3% and 39.5%, respectively, of total net sales in 2021, 2020 and 2019.

5

**Other Products and Services**

Our "Other Products and Services" category primarily consists of aftermarket service parts and product accessories sold to our customers, installation and maintenance services, extended warranty programs, grid services revenue from utilities, remote monitoring subscription revenues, and other service offerings.

Included in this "Other Products and Services" category are revenues from our new Generac Grid Services team, which was formed in September 2021 and builds upon our 2020 Enbala acquisition. The formation of Generac Grid Services formalizes and accelerates our efforts in the market for grid services by creating a focused team that collaborates across the enterprise to sell turn-key hardware and software solutions used by utilities and energy retailers that enable the connection of DERs to help support the operational stability of the world's power grids. DERs include Generac's Smart Grid Ready residential and C&I natural gas generators, PWRcell™ energy storage systems, and other grid edge devices such as smart thermostats and smart water heater controls. These assets, and others like them from a range of OEMs, can be connected to Generac Grid Services' Concerto energy-balancing software platform, which provides a highly flexible approach for creating controllable and dispatchable energy resources from flexible loads, energy storage and renewable energy. The platform gives utilities and energy retailers the flexibility to operate virtual power plants in real-time and to better manage the escalating complexities of increasingly variable energy assets. The Concerto software platform also enables Generac to enter into performance contracts, in which the Company recruits, aggregates, and manages a fleet of DERs with the purpose of selling power to utilities and energy retailers.

The acquisition of ecobee further enhances our efforts in grid services. In addition to smart home energy management product sales, ecobee recognizes services revenue resulting from the value its platform provides in connecting its devices to grid services programs, enabling direct monitoring and control of a significant portion of the home's electrical load. The addition of this capability increases Generac's share of the value provided within grid services markets and meaningfully enhances Generac's software development capabilities. ecobee also offers other on-demand Home Services on a subscription basis.

Other products and services comprised 7.5%, 9.1% and 8.6%, respectively, of total net sales in 2021, 2020 and 2019.

**Mega-Trends, Strategic Growth Themes, and Additional Business Drivers**

During 2021, we unveiled our new "Powering A Smarter World" strategic plan, which serves as the framework for the significant investments we have made and will continue to make to capitalize on the long-term growth prospects of Generac. Our enterprise strategy is based on the combination of several key mega-trends that we believe will drive several significant strategic growth themes for our business.

**Key Mega-Trends:**

- *"Grid 2.0"*: which is the evolution of the traditional electrical utility model, includes the decarbonization, digitization, and decentralization of the grid and a migration toward distributed energy resources that is expected to drive demand for a variety of clean energy and grid services solutions going forward.
- *Attitudes around global warming and climate change are shifting:* which includes the expectation of more volatile and severe weather driving increased power outage activity.
- *Natural gas is expected to be an important fuel of the future:* with the abundance of supply globally leading to increasing demand for natural gas generators and applications beyond standby power.
- *Legacy infrastructure needs a major investment cycle:* to rebuild and upgrade aging networks and systems including transportation, water and power.
- *Telecommunications infrastructure shifting to next generation:* which involves the "5G" architecture that will enable new technologies requiring significant improvement in network uptime through backup power solutions.
- *Home as a Sanctuary:* since the onset of the COVID pandemic in early 2020 millions of people are working, learning, shopping, entertaining, aging in place, and generally spending more time at home. As a result, homeowners are becoming increasingly more sensitive to power outages due to lost productivity and functionality. These trends combined with ongoing elevated power outage activity has led to significantly increased awareness regarding the importance and need for backup power security.

**Strategic Growth Themes:**

*Power quality issues continue to increase.* Power disruptions are an important driver of consumer awareness for back-up power and have historically influenced demand for generators, both in the United States and internationally. Increased frequency and duration of major power outage events, that have a broader impact beyond a localized level, increases product awareness and may drive consumers to accelerate their purchase of a standby or portable generator during the immediate and subsequent period, which we believe may last for six to twelve months following a major outage event for standby generators. Energy storage systems offer similar resiliency advantages to consumers and can benefit from these same awareness drivers, at least for short duration power outages. The optional standby market for C&I power generation is also driven by power quality issues and the related need for back up power. Baseline outage activity in each of the past five years has been above the long-term average as climate change has driven an increase in severe weather activity, while an aging and underinvested electrical grid infrastructure remains highly vulnerable to such activity. Additionally, rapid growth in renewable power sources such as solar and wind is resulting in increased intermittency of supply, further impairing the reliable supply of electricity at a time when demand is starting to increase meaningfully with the electrification of a wide range of consumer and commercial products, including transportation, HVAC systems, and other major appliances. Further, in California, Public Safety Power Shutoff events are taking place whereby public utilities are turning off power supply to their customers under certain circumstances to prevent their transmission equipment from starting wildfires. Taken together, we expect these factors to continue driving increased awareness of the need for backup power and demand for Generac's products within multiple categories.

6

*Home standby penetration opportunity is significant.* Many potential customers are still not aware of the costs and benefits of automatic backup power solutions. With only approximately 5.5% penetration of the addressable market of homes in the United States (which we define as single-family detached, owner-occupied households with a home value of over $125,000, as defined by the U.S. Census Bureau's 2019 American Housing Survey for the United States), we believe there are significant opportunities to further penetrate the residential standby generator market both domestically and internationally. We believe by expanding our distribution network, continuing to develop our product lines, and targeting our marketing efforts, we can continue to build awareness and increase penetration for our home standby generators. Additionally, Smart Grid Ready capabilities have the potential to turn an asset previously utilized only in emergency power outage situations into a source of recurring revenue for the homeowner and a contributor to grid stability for utilities and grid operators, therefore driving incremental interest in the product category.

*Solar, storage, and monitoring markets developing quickly.* During 2019, we entered the rapidly developing energy storage, monitoring and management markets with the introduction of PWRcell™ and PWRview™. In 2021, we expanded our capabilities in the residential solar market with the introduction of the PWRmicro, a grid-interactive microinverter which is expected to be available in 2022. In addition, we believe ecobee's technologies combined with Generac's product offering will allow us to create a clean, efficient, and reliable home energy ecosystem and platform that will save homeowners money and help grid operators meet the challenges of an electrical grid under increasing stress by providing solutions to better balance supply and demand. We believe the electric utility landscape will undergo significant changes in the decade ahead due to rising utility rates, grid instability and power quality issues, environmental concerns, and the continuing performance and cost improvements in renewable energy and batteries. On-site power generation from renewable sources such as solar and wind, and cleaner-burning natural gas generators is projected to become more prevalent as will the need to monitor, manage, and store this power – potentially developing into a significant market opportunity. We expect to further advance our growing capabilities in clean energy by increasing our product development, sourcing, distribution, and marketing efforts, as we leverage our significant competencies in the residential standby generator market to accelerate our market position in the emerging residential solar, storage, monitoring and management markets.

*Grid services and Energy-as-a-Service open new revenue streams.* We expect the evolution of the traditional electrical utility model toward decarbonized, digitized, and decentralized solutions will continue to drive the need for grid operators to access and control distributed energy resources (DERs). This will require highly intelligent software platforms that are able to optimize an increasingly complex supply and demand equation, such as our Concerto software platform. As the grid services market matures, Generac will continue to explore new opportunities beyond the traditional software-as-a-service subscription model, including but not limited to the aggregation and sale of power from a fleet of DERs in performance-based contracts, wholesale power market participation, turn-key solutions that combine hardware and software with services, and other monitoring and management services. Additionally, growing interest in our products across a variety of residential and C&I "beyond standby" applications is driving an increase in demand for subscription-like models for end customers, in which Generac will partner with third parties to deliver peace of mind and resiliency solutions while also enabling contributions to grid stability with minimal upfront capital outlays. The significant advancements made in recent years in the connectivity of our products is core to these newer capabilities, which play a key role in the evolution of Generac into an energy technology solutions company.

*Natural gas generators driving strong growth.* Natural gas will continue to be an important and cleaner transition fuel of the future as the world continues to shift towards lower emission power generation sources. Demand for natural gas generators continues to represent an increasing portion of the overall C&I market, which we believe will continue to grow at a faster rate than traditional diesel fueled generators. We also continue to explore and expand our capabilities within new gaseous generator market opportunities, including continuous-duty, prime rated, distributed generation, demand response, microgrids and overall use as a distributed energy resource in areas where grid stability is needed. Many of these applications are made possible by our natural gas generators having Smart Grid Ready capabilities, which allows for end users to participate in grid services programs, helping to offset the purchase price of the equipment over the product's lifespan. Expanding our natural gas product offering into larger power nodes is also a part of this growth theme in taking advantage of the continuing shift from diesel to natural gas generators.

*Rollout of 5G will require improved network quality.* As the number of "connected" devices continues to rapidly increase and wireless networks are now being considered critical infrastructure in the United States, network reliability and up-time are necessary for our increasingly connected society. This will require highly resilient cell tower sites across the network, and therefore necessitates the need for backup power sources on site at these cell towers. Generac is the leading supplier of backup power to the telecommunications market in the United States, where approximately half of all existing tower sites have yet to be hardened with backup power. As more mission-critical data is transmitted over wireless networks, we believe this penetration rate must increase considerably to maintain a higher level of reliability across the network. Increased adoption of high-speed wireless networks around the globe may lead to similar demand trends internationally as growing cell tower density and the need for onsite backup power expand the market opportunity for our international telecom operations. We have relationships with key Tier 1 carriers and tower companies globally in addition to having the distribution partners to support the global market from a service standpoint. We believe these factors coupled with Generac's ability to customize solutions to each customer's need help us to maintain our strength within the global telecommunications market.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 15 of 650    Document 49

***Other Business Drivers***

*Impact of residential investment cycle.* The market for a number of our residential products is affected by the residential investment cycle and overall consumer confidence and sentiment. When homeowners are confident of their household income, the value of their home and overall net worth, they are more likely to invest in their home. These trends can have an impact on demand for residential generators and energy storage systems. Trends in the new housing market, highlighted by residential housing starts, can also impact demand for these products. Demand for outdoor power equipment is also impacted by several of these factors, as well as weather patterns. Finally, the existence of renewable energy mandates, investment tax credits and other subsidies can also have an impact on the demand for solar and energy storage systems.

*Impact of business capital investment and other economic cycles.* The global market for our commercial and industrial products is affected by different capital investment cycles, which can vary across the numerous regions around the world in which we participate. These cycles include non-residential building construction, durable goods and infrastructure spending, as well as investments in the exploration and production of oil & gas, as businesses or organizations either add new locations or make investments to upgrade existing locations or equipment. These trends and market conditions can have a material impact on demand for these products. The capital investment cycle may differ for the various commercial and industrial end markets that we serve including light commercial, retail, office, telecommunications, industrial, data centers, healthcare, construction, oil & gas and municipal infrastructure, among others. The market for these products is also affected by general economic and geopolitical conditions in the countries where we serve, as well as credit availability in those regions.

**Enterprise Strategy**

The mega-trends and strategic growth themes that we have identified help to inform our new enterprise strategy, "Powering A Smarter World," and our purpose statement, "Leading the evolution to more resilient, efficient, and sustainable energy solutions." As we continue to execute our strategic plan into the future, we are focused on building out residential and C&I ecosystems of connected energy solutions to help address a growing electricity supply/demand imbalance problem by focusing on three key objectives: (i) improve energy resilience and independence, (ii) optimize energy efficiency and consumption, and (iii) protect and build critical infrastructure. These objectives are further explained as follows:

*Improve energy resilience and independence.* Increase power reliability through onsite generation and storage solutions that provide resiliency for homes, businesses and communities.

Homes, businesses, and communities are experiencing a deterioration in the reliable supply of electricity due to a number of factors including: climate change impacts driving more severe and volatile weather leading to increased power outages; a legacy power infrastructure that's still predominantly a one-way system that is capacity constrained given heavy reliance on fossil fuels; the power infrastructure still being impaired by underinvestment making it more susceptible to power outages; and regulatory and legislative actions implementing penalties for carbon intensity coupled with incentives for adoption of more intermittent renewable power sources. Our residential and C&I product offering begins with power generation and storage products including home standby generators, energy storage systems, grid-interactive microinverters, and natural gas C&I generators. These onsite generation and storage solutions provide peace of mind and protection against rising power quality issues by delivering energy resilience and independence for end users and their communities. In fact, our new PWRgenerator that was launched in 2021 is a DC generator that is purpose built to charge our PWRcell energy storage system. With this capability, an end user could conceivably be completely independent from the grid by using sustainable solar energy to power their home, with the PWRgenerator used to recharge the PWRcell should the battery be depleted at certain points of the day. Importantly, many of these onsite solutions come standard as "Smart Grid Ready" capable of participating in grid services programs, which provide additional return on investment opportunities for end users while at the same time helping to support grid reliability, resiliency and sustainability.

8

*Optimize energy efficiency and consumption.* Enable sustainable and more efficient power generation and consumption through monitoring, management and lower-carbon solutions.

Coinciding with electricity supply reliability issues are a number of factors expected to drive increasing demand for electricity over the next several years. The "electrification of everything" broadly encompasses this global trend, including the electrification of transportation, via both electric vehicle adoption and expanding charging infrastructure, the electrification of the home, including HVAC systems and other appliances, and the electrification of commercial and industrial systems. These global electrification trends will require utilities and energy retailers to meaningfully increase their supply and quality of electricity, while at the same time working to achieve carbon-reduction goals, which is expected to contribute to a further supply/demand imbalance and additional power quality issues. As part of our expanding ecosystems of energy technology solutions, we continue to build out our residential monitoring and management capabilities, which improve energy efficiency and optimize consumption by end users. This includes recently adding ecobee's smart home energy management devices, Apricity's water heater controllers, and Tank Utility's propane tank monitoring solutions, along with the introduction of our second-generation load control device called PWRmanager. In the future, we expect to simplify and integrate our residential product offering into a single ecosystem, leveraging our software development capabilities and the substantial resources brought by the ecobee acquisition. This singular system-level platform is intended to serve as the user interface for consumers to monitor and manage all of their DERs, thereby empowering the user to optimize energy efficiency and consumption. Within our global C&I product category, we are developing bi-directional natural gas generators and system-level micro-grid controls that provide the user interface platform for businesses to better optimize their energy efficiency and consumption.

*Protect and build critical infrastructure.* Offering innovative solutions that enable and protect next-generation power, communications, transportation and other critical infrastructure.

The critical power infrastructure around the world is becoming more sensitive to the growing electricity supply/demand imbalance. Generac's suite of solutions can be connected and synchronized within the Concerto distributed energy resource management system, providing utilities and energy retailers the flexibility to access and control these DERs in real-time to better manage the escalating complexities of their electrical grids. When utilized in these applications, our residential and C&I ecosystems of DERs essentially provide backup power to utilities and energy retailers, enabling the adoption of renewable energy sources by helping solve the intermittency challenges presented by renewable power generation. We believe the next generation of critical power infrastructure will be decarbonized, digitized and decentralized, and we view the implementation, aggregation and management of distributed energy resources as an important aspect to creating the future "Grid 2.0". Additionally, the rollout of 5G networks globally and the growing consideration of these wireless networks as critical infrastructure makes our backup power solutions for telecommunications applications essential elements of a wireless network that cannot afford to experience power failure. Finally, our broad offering of global mobile solutions, including mobile power products, mobile energy storage systems and hybrid generators, play a key role in the completion of infrastructure construction projects, such as roads, highways, bridges, and airports.

See "Item 7, Management's Discussion and Analysis of Financial Condition and Results of Operations – Business Drivers and Operational Factors" for additional drivers that influence demand for our products and other factors affecting the markets that we serve.

**Distribution Channels and Customers**

We distribute our products through a variety of different distribution channels to increase awareness of our product categories and brands, and to ensure our products reach a broad, global customer base. This omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers (including certain private label arrangements), solar installers, catalogs, equipment rental companies, and equipment distributors. We also sell direct to certain national and regional account customers, which include utilities, telecommunications providers and original equipment manufacturers, as well as to individual consumers or businesses who are the end users of our products.

We believe our global distribution network is a competitive advantage that has strengthened over the years as a result of adding, expanding and developing the various distribution channels through which we sell our products. We offer a broad set of tools, programs, factory support, and sales leads to help our distribution partners be successful. Our network is well balanced with no single customer providing more than 6% of our sales in 2021.

At over 8,000 strong, we have the industry's largest network of factory direct independent generator dealers in North America. Our residential dealer network is made up of electrical and HVAC contractors across the US and Canada. These dealers sell, install and service our residential and light commercial generators to end users. Over the years, we have made significant investments to grow this dealer network, and we will continue to make those investments in the future given the importance of this channel. We continue to focus on a variety of initiatives to market and sell our home standby products and better align our dealer network with Generac more effectively. These initiatives have helped to improve customer lead quality and develop our dealers, thereby increasing close rates and lowering our cost per lead. In 2021, we implemented the next generation of our "Power Play" guided sales process for residential dealers, making enhancements in several areas targeted to improve the customer experience and overall close rates. Additionally, our remote monitoring platform allows our residential generator dealers to monitor their installed base of customers through a feature that we call "Fleet", enabling them to offer a more proactive experience to service a customer's generator.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 17 of 650    Document 49

Since 2020, we have been leveraging these dealer development practices to assist in growing our base of solar contractors that sell, install and service our PWRcell energy storage systems. We continue to train and certify solar installers to offer our products, and we have built out our Power Play selling system to also offer energy storage solutions. Leveraging our decades of expertise in partnering with our residential generator dealers, we believe we can continue to expand our solar installer network and increase mind-share for Generac's products, helping us to win in the clean energy market. In addition, we have been developing distribution relationships with national solar providers to offer our equipment in their portfolio of products and services.

Our industrial network consists of a combination of primary distributors that cover a particular region, as well as a network of support dealers serving the global market. Over the past five years, we have been expanding our dealer network globally through acquisitions and organic means, in order to expand our international sales opportunities. Additionally, in 2020, we acquired our industrial distributor in northern California to give us direct coverage of the west coast of the United States and accelerate our efforts in this part of the country. The industrial distributors and dealers provide industrial and commercial end users with ongoing sales, installation, service and product support. Our industrial distributors and dealers help maintain the local relationships with commercial electrical contractors, specifying engineers and national account regional buying offices. We also sell to certain Engineering, Procurement and Construction (EPC) companies and other companies that specialize in managing more complex power generation projects, including microgrid projects and Energy-as-a-Service applications.

Our retail distribution channel includes thousands of locations across the globe and includes a variety of regional and national home improvement chains, retailers, clubs, buying groups, hardware stores and farm supply stores. These physical retail locations are supplemented by a growing presence of e-commerce retailers, along with a number of catalog retailers. The retail channel primarily sells our residential standby, portable and light-commercial generators, as well as our outdoor power equipment and ecobee's smart home energy management devices. The placement of our products at retail locations drives significant awareness for our brands and the automatic home standby generator product category.

Our wholesaler network distributes our residential and light-commercial generators, energy storage systems, and smart home energy management devices. The channel consists of selling branches of both national and local distribution houses for electrical, HVAC and solar products on a wholesale basis, which in turn typically sell to electricians and solar installers who are not in our dealer network.

On a selective basis, we have established private label and licensing arrangements with third party partners to provide residential, light-commercial and industrial generators under different brand names. These partners include leading home equipment, electrical equipment and construction machinery companies, each of which provides access to incremental channels of distribution for our products.

The distribution for our C&I mobile products includes international, national, regional and specialty equipment rental companies, equipment distributors and construction companies, which primarily serve non-residential building construction, road construction, energy markets and special events.

We also sell direct to certain customers that are the end users of our products covering a number of end market verticals both domestically within the US and around the world. This includes telecommunication, retail, banking, energy, utilities, healthcare, convenience stores, grocery stores, restaurants, and other commercial applications. Additionally, certain of our residential products are sold direct to individual consumers, who are the end users of the product. In the grid services space, Generac Grid Services sells software, equipment, and power direct to utilities and energy retailers.

**Research and Development**

Our focus on a broad range of energy technology products and solutions drives technological innovation, advanced engineering capabilities, and specialized manufacturing competencies. Research and development (R&D) has been a core competency for Generac since our inception, and today includes a staff of over 1,000 engineers working on numerous projects at various facilities around the world, including our technology centers located in Bedford, Massachusetts, Suzhou, China, and Mexico City, Mexico. These activities are focused on developing new technologies and product enhancements, as well as maintaining product competitiveness by reducing manufacturing costs, improving safety characteristics, reliability and performance while ensuring compliance with regulatory standards. We have significant experience using natural gas engines and have developed specific expertise with fuel systems and emissions technology. In the residential and light commercial markets, we have developed proprietary engines, cooling packages, controls, fuel systems and emissions systems.

We have made several acquisitions over the last few years that significantly enhanced our R&D capabilities. This includes substantial technical resources in energy storage, monitoring and power conversion for residential applications, as well as in the C&I mobile energy storage space. These resources add proficiency in power electronics and battery management software, and we have also added considerable expertise in designing and prototyping energy efficiency products. We have significantly increased our software development capabilities across a variety of applications, including system-level controls, remote monitoring, and distributed energy resource management systems. By combining advanced software development with the expansion of our electrical engineering resources, we expect to accelerate our energy technology efforts.

We also have engineering and product management resources focused on evaluating and developing alternative technologies that are emerging and could become commercially viable over the long term. As we continue to evaluate new technologies that are more decarbonized, digitized, and decentralized, we believe that our expertise in energy technology solutions provides us with the capability to develop new products and services that will allow continued diversification and differentiation in our end markets.

10

**Intellectual Property**

We are committed to research and development, and we rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our patents protect certain features and technologies we have developed for use in our products including fuel systems, air flow, electronics and controls, noise reduction, air-cooled engines, energy management, energy monitoring, energy storage, and load management. We believe the existence of these patents and trademarks, along with our ongoing processes to register additional patents and trademarks, protect our intellectual property rights and enhance our brands and competitive position. We also use proprietary manufacturing processes that require customized equipment. With our continuous focus on research and development, we expect to develop new intellectual property on an ongoing basis.

**Manufacturing**

We operate numerous manufacturing plants, distribution facilities and inventory warehouses located throughout the world. We store finished goods at third-party logistics providers in the United States that accommodate material storage and rapid response requirements of our customers. See "Item 2 – Properties" for additional details regarding the locations and activities of our principal operations.

In recent years, we have added and continue to add manufacturing capacity through investments in automation, improved utilization, and the expansion of our manufacturing footprint through organic means as well as through acquisitions. Key examples of organic expansion include the significant additions to our manufacturing footprint in recent years with new facilities in Trenton, South Carolina for home standby generators, and Hidalgo, Mexico for the production of C&I generators. As demand for our products has increased significantly over the last few years, our ability to increase capacity has been and will be critical to executing our strategic growth priorities. We believe our vertical integration and scale in home standby generators provides a material benefit in our ability to maintain industry-leading output with state-of-the-art manufacturing processes.

**Suppliers of Raw Materials, Components and Equipment**

Our primary raw material inputs are steel, copper and aluminum, all of which are purchased from third parties and, in many cases, as part of machined or manufactured components. In certain instances, we purchase complete equipment or systems from third-party suppliers, including from a variety of contract manufacturers. Given our increasing focus on energy technology solutions, advanced electronic components and micro-processors have become a larger consideration within our supply chain. Within the clean energy market, batteries are a significant supply chain input for our energy storage systems. Over multiple decades, we have developed an extensive network of reliable suppliers in the United States and around the world. We believe our Strategic Global Sourcing function is a competitive strength with deep supplier relationships. We continuously evaluate the quality and cost structure of our purchased components and equipment and assess the capabilities of our supply chain. Components and equipment are sourced accordingly based on this evaluation. Our supplier quality engineers conduct on-site audits of major supply chain partners and help to maintain the reliability of critical sourced components and equipment.

Since the beginning of 2020, we have experienced a number of supply chain challenges resulting from the COVID-19 pandemic that impacted our operations to varying degrees. This includes inbound and outbound logistics delays and increased employee absences at several of our production facilities. Additionally, there continues to be significant raw material and other cost pressures, ongoing logistics challenges, and various supply chain constraints, which are resulting in higher input costs and delays for certain of our products throughout 2021.

See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" for additional information regarding the impact of COVID-19 and rising input costs on our business.

See "Item 1A. Risk Factors" for additional factors that can influence our supply of raw materials, components and equipment.

**Competition**

The market for power generation equipment, energy storage systems, grid services solutions and other engine powered products is competitive. We face competition from a variety of large diversified industrial companies as well as smaller generator manufacturers, along with mobile equipment, engine powered tools, solar inverter, battery storage and grid services providers, both domestic and internationally.

Specifically in the generator market, most of the traditional participants compete on a more focused basis, targeting specific applications within their larger diversified product mix. We are the only significant market participant with a primary focus on power equipment with a key emphasis on standby, portable and mobile generators with broad capabilities across the residential, light-commercial and industrial markets. We believe that our engineering capabilities and core focus on generators provide us with manufacturing flexibility and enables us to maintain a first-mover advantage over our competition for product innovation. We also believe our broad product offering, diverse omni-channel distribution model and strong factory support provide additional advantages as well.

The Company in recent years has been evolving its business model toward more of a focus on clean energy products, solutions and services, which has introduced a new set of competitors.

A summary of the primary competitors across our main product classes is as follows:

***Residential products*** – Kohler, Briggs & Stratton, Cummins, Honda, Champion, Techtronics International, Husqvarna, Ariens, LG Chem, Tesla, Enphase, Solar Edge, Google, and Honeywell, along with a number of smaller domestic and foreign competitors; certain of which also have broad operations in other manufacturing businesses.

***C&I products*** – Caterpillar, Cummins, Kohler, IGSA, Wacker, MultiQuip, Terex, Doosan, Atlas Copco, Himoinsa, FG Wilson, and Co-map; certain of which focus on the market for diesel generators as they are also diesel engine manufacturers. Also, we compete against other regional packagers that serve local markets throughout the world.

***Other products*** – Relative to service parts and extended warranty revenue, all of the above named companies are primary competitors. Relative to grid services optimization software, Autogrid and Energy Hub, along with other grid service solution providers.

In a continuously evolving market, we believe our scale and broad capabilities make us well positioned to remain competitive. We compete primarily on the basis of brand reputation, quality, reliability, pricing, innovative features, breadth of product offering, product availability and factory support.

**Government Incentives and Regulation, including Environmental Matters**

Generac's growing presence in energy technology solutions has increased our exposure to renewable energy mandates, investment tax credits and other demand-creation subsidies from certain existing and potential government incentives. These incentives cover a wide range of products and solutions, including microinverters, solar plus storage systems, grid services, and grid-edge devices, and the availability, size, and outlook for such incentives can impact the markets for these products and solutions.

As a manufacturing company, our operations are subject to a variety of federal, state, local and foreign laws and regulations covering environmental, health and safety matters. Applicable laws and regulations include those governing, among other things, emissions to air, discharges to water, noise and employee safety, as well as the generation, handling, storage, transportation, treatment, and disposal of waste and other materials. In addition, our products are subject to various laws and regulations relating to, among other things, emissions and fuel requirements, as well as labeling, storage, transport, and marketing.

Our products sold in the United States are regulated by the U.S. Environmental Protection Agency (EPA), California Air Resources Board (CARB) and various other state and local air quality management districts. These governing bodies continue to pass regulations that require us to meet more stringent emission standards, and all of our engines and engine-driven products are regulated within the United States and its territories. In addition, certain products in the United States are subject to safety standards as established by various other standards and rule making bodies, or state and local agencies, including the U.S. Consumer Product Safety Commission (CPSC).

Similarly, other countries have varying degrees of regulation for our products, depending upon product application and fuel types.

**Environment, Social, and Governance Program**

In 2021, we published our inaugural Environmental, Social, and Governance (ESG) Report that aligned with leading global sustainability disclosure standards. Additionally, we have established an internal ESG Steering Committee comprised of subject matter experts from across the Company, which receives board-level oversight from our Nominating and Corporate Governance Committee. A copy of the Company's 2021 ESG Report is available from our Investor Relations webpage at Generac.com. The information provided within our 2021 ESG Report is not part of this report, and is therefore not incorporated herein by reference.

**Human Capital**

"Our People" is one of the foundational elements to our "Powering a Smarter World" enterprise strategy and is a corporate value as well. We foster a culture of diversity and engagement to strengthen our company while supporting individual achievement, equity, inclusivity and good corporate citizenship globally. We believe our success is directly tied to our employees' professional growth and personal well-being, combined with strong families and communities.

Some examples of key human capital programs and initiatives that we are focused on include:

*Health, wellness and safety* – Employee health and safety is the Company's top priority. Generac's Healthy & Thriving Total Rewards are based on the four pillars of balance, security, well-being and community. These programs are designed to meet the varied and evolving needs of our diverse workforce. We maintain an employee wellness program, incentivize healthy-living activities, continue to provide emergency paid COVID-19 leave benefits to help employees care for themselves and their families, and we develop and administer company-wide policies to ensure the safety of each employee and compliance with government agency and other standards.

*Diversity and inclusion* – At Generac, people with diverse backgrounds and points of view work together to support our customers around the globe. As an inclusive workplace, our employees embrace diversity in all forms, celebrate differences, and treat others with equality and respect. We have hosted a series of culture-changing listening and learning sessions and, we have expanded our DEI training library for managers. We have launched employee-led Business Employee Resource Groups (BERG) to facilitate networking and connections with peers and leadership, and we partner with community job agencies representing disabled clients and workforce release programs to provide job opportunities to those who face barriers to employment.

*Talent development & employee engagement* – We prioritize and invest in creating opportunities to help employees build careers at Generac. We hold internal career events as well as partner with local educational resources to offer on the job learning, collaborative work experiences and formal learning programs on lean methodology and project management skills to support progressions and advancement of our workforce. Further, we maintain an ongoing global employee engagement initiative with targeted action plans by region, function, and business group. Action plans and their progress are measured by global employee engagement surveys.

As of December 31, 2021, we had 9,540 employees (8,955 full time and 585 part-time and temporary employees). Of those, 5,125 employees were directly involved in manufacturing at our manufacturing facilities.

Domestically, we have had an "open shop" bargaining agreement for the past 50 years. The current agreement, which expires October 16, 2026, covers our Eagle, Wisconsin facility. Additionally, our plants in Mexico, Italy and Spain are operated under various local or national union groups. Our other facilities are not unionized.

**Available Information**

The Company's principal executive offices are located at S45 W29290 Highway 59, Waukesha, Wisconsin, 53189 and the Company's telephone number is (262) 544-4811. The Company's website is www.generac.com. The Company's annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports are available free of charge through the "Investor Relations" portion of the Company's web site, as soon as reasonably practicable after they are filed with the Securities and Exchange Commission (SEC). The information provided on these websites is not part of this report and is therefore not incorporated herein by reference.

**Information About Our Executive Officers**

The following table sets forth information regarding our executive officers:

| Name | Age | Position |
|---|---|---|
| Aaron P. Jagdfeld | 50 | President, Chief Executive Officer and Chairman |
| York A. Ragen | 50 | Chief Financial Officer |
| Russell S. Minick | 61 | Chief Marketing Officer |
| Tom Pettit | 53 | Chief Operations Officer |
| Erik Wilde | 47 | Executive Vice President, Industrial, Americas |
| Patrick Forsythe | 54 | Chief Technical Officer |
| Raj Kanuru | 51 | Executive Vice President, General Counsel and Secretary |
| Kyle Raabe | 47 | President, Consumer Power |

13

**Aaron P. Jagdfeld** has served as our Chief Executive Officer since September 2008, as a director since November 2006 and was named Chairman in February 2016. Prior to becoming Chief Executive Officer, Mr. Jagdfeld worked for Generac for 15 years. He began his career in the finance department in 1994 and became our Chief Financial Officer in 2002. In 2007, he was appointed President and was responsible for sales, marketing, engineering and product development. Prior to joining Generac, Mr. Jagdfeld worked in the audit practice of the Milwaukee, Wisconsin office of Deloitte and Touche. Mr. Jagdfeld holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**York A. Ragen** has served as our Chief Financial Officer since September 2008. Prior to becoming Chief Financial Officer, Mr. Ragen held Director of Finance and Vice President of Finance positions at Generac. Prior to joining Generac in 2005, Mr. Ragen was Vice President, Corporate Controller at APW Ltd., a spin-off from Applied Power Inc., now known as Enerpac Tool Group. Mr. Ragen began his career at Arthur Andersen in the Milwaukee, Wisconsin office audit practice. Mr. Ragen holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**Russell S. Minick** began serving as our Chief Marketing Officer in August 2016. In addition to his CMO responsibilities, Mr. Minick was appointed President of our Energy Technology business in January 2021. Prior to these appointments, he served as our Executive Vice President, Residential Products since October 2011, with this responsibility being expanded in January 2014 to Executive Vice President, North America. Prior to joining Generac, Mr. Minick was President & CEO of Home Care Products for Electrolux from 2006 to 2011, President of The Gunlocke Company at HNI Corporation from 2003 to 2006, Senior Vice President of Sales, Marketing and Product Development at True Temper Sports from 2002 to 2003, and General Manager of Extended Warranty Operations for Ford Motor Company from 1998 to 2002. Mr. Minick is a graduate of the University of Northern Iowa, and holds a degree in marketing. On February 11, 2022, Mr. Minick gave notice of his intention to retire from the Company following an appropriate transition of his responsibilities, and in any event by no later than May 1, 2022.

**Tom Pettit** began serving as our Chief Operations Officer in February 2020. From 2017 until February 2020, Mr. Pettit was Executive Vice President and Chief Integrated Supply Chain Officer of nVent Electric plc, a leading global provider of electrical connection and protection solutions and a former subsidiary of Pentair plc ("Pentair"), a global industrial company. Mr. Pettit previously served as the Operations Vice President of Pentair from 2015 until 2017, and as the Chief Operating Officer for BioScrip, Inc., a provider of infusion and home care management solutions, from 2014 until 2015. Mr. Pettit holds a B.S. in General Engineering from West Point Military Academy and an MBA from the University of Hawaii.

**Erik Wilde** began serving as our Executive Vice President, Industrial, Americas in July 2016. Mr. Wilde was Vice President and General Manager of the Mining Division for Komatsu America Corp., a manufacturer of construction, mining, and compact construction equipment, from 2013 until he joined Generac. Prior to that role, he held leadership positions as Vice President of the ICT Business Division and Product Marketing at Komatsu America Corp. beginning in 2005. Mr. Wilde holds a Bachelor of Business Administration in Management from Boise State University and an M.B.A. from the Keller Graduate School of Management.

**Patrick Forsythe** has served as our Chief Technical Officer since January 2021. He previously served as our Executive Vice President of Global Engineering since July 2015. Prior to re-joining Generac, Mr. Forsythe was Vice President, Global Engineering & Technology of Hayward Industries from 2008 to 2015, Vice President, Global Engineering at Ingersoll Rand Company (and the acquired Doosan Infracore International) from 2004 to 2008, and Director of Engineering at Ingersoll Rand Company from 2002 to 2004. Prior to 2002, Mr. Forsythe worked in various engineering management capacities with Generac from 1995 to 2002. Mr. Forsythe holds a Higher National Diploma (HND) in Mechanical Engineering from the University of Ulster (United Kingdom), a B.S. in Mechanical Engineering, and an M.S. in Manufacturing Management & Technology from The Open University (United Kingdom).

**Raj Kanuru** is our Executive Vice President, General Counsel & Secretary and is the Company's principal legal and compliance officer, roles that he has held since joining Generac in 2013. Prior to joining Generac, Mr. Kanuru served as in-house counsel at Caterpillar Inc. for almost 14 years within various leadership roles, including in the Securities, Regulatory and Tax group, at Caterpillar Financial, and in Caterpillar's Energy & Transportation group. From 2009 to 2013, Mr. Kanuru served as Vice President, General Counsel and Secretary of Progress Rail Services Inc., and its subsidiaries (a Caterpillar company). He began his legal career as a senior associate in the tax consulting practice of Arthur Andersen LLP. Mr. Kanuru holds a Bachelor of Science in Finance degree from Birmingham-Southern College and received his Juris Doctor degree from the University of Alabama.

**Kyle Raabe** has served as our President, Consumer Power since November 2019. Prior to rejoining Generac, Mr. Raabe was Senior Vice President of North American Sales, Demand Planning and Sales Operations from 2018 through 2019 and Vice President of Sales for the Commercial Security and Safety groups from 2015 through 2018 at The Master Lock Corporation, a manufacturer of locks, combination padlocks and other security products. Prior to working at The Master Lock Corporation, Mr. Raabe led multiple groups at Generac Power Systems from 2007 through 2015 as Director of Wholesale and Dealer Distribution, Vice President Wholesale Distribution Sales and Vice President, Industrial Distribution Sales. Before joining Generac, Kyle served at Veolia North America, Environmental Services leading Midwest Regional Service Operations. Mr. Raabe holds a BA, Biological Science from Lawrence University.

**Item 1A. Risk Factors**

You should carefully consider the following risks. These risks could materially affect our business, results of operations or financial condition, cause the trading price of our common stock to decline materially or cause our actual results to differ materially from those expected or those expressed in any forward-looking statements made by us. These risks are not exclusive, and additional risks to which we are subject include, but are not limited to, the factors mentioned under "Forward-Looking Statements" and the risks of our businesses described elsewhere in this Annual Report.

14

**Risk factors related to COVID-19**

*The duration and scope of the impacts of the COVID-19 pandemic are uncertain and may continue to adversely affect our operations, supply chain, distribution, and demand for certain of our products and services.*

The global outbreak of COVID-19 and related variants has created significant uncertainty within the global markets that we serve. We have operations, customers and suppliers in countries significantly impacted by COVID-19. Governmental authorities around the world have taken a variety of measures to slow the spread of COVID-19, including travel bans or restrictions, increased border controls or closures, quarantines, shelter-in-place orders and business shutdowns and such authorities may impose additional restrictions in the future. We have also taken actions to protect our employees and to mitigate the spread of COVID-19 within our business. There can be no assurance that the measures implemented by governmental authorities or our own actions will be effective or achieve their desired results in a timely fashion.

The impact of COVID-19 has resulted in disruptions to our manufacturing operations and supply chain, and may continue to do so, which could negatively impact our ability to meet customer demand. Our forward-looking statements assume that our production facilities, supply chain and distribution partners continue to operate during the pandemic. To date, we have been able to operate the majority of our facilities. If we were to encounter a significant work stoppage, disruption, or outbreak due to COVID-19 at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time.

Furthermore, the impact of COVID-19 on the economy, demand for our products and impacts to our operations, including the measures taken by governmental authorities to address it, may precipitate or exacerbate other risks and/or uncertainties, including specifically many of the risk factors set forth in this Annual Report, including inflationary costs, disruptions due to labor shortages, supply chain disruptions, and risks related to the fair market value of intangible assets that could lead to an impairment, which may have a significant impact on the Company's operating results and financial condition, although we are unable to predict the extent or nature of these impacts at this time.

**Risk factors related to our business and industry**

*Decreases in the availability and quality, or increases in the cost, of raw materials, key components and labor we use to make our products could materially reduce our earnings.*

The principal raw materials that we use to produce our products are steel, copper and aluminum as well as batteries and advanced electronic components. We also source a significant number of component parts from third parties that we utilize to manufacture our products. The prices of those raw materials and components are susceptible to significant fluctuations due to trends in supply and demand, commodity prices, currencies, transportation costs, government regulations and tariffs, price controls, economic conditions and other unforeseen circumstances beyond our control. In fact, we have recently seen such trends significantly impact our business resulting in higher costs and shortages in materials, components and labor, and such impacts may continue for the foreseeable future. We typically do not have long-term supply contracts in place to ensure the raw materials and components we use are available in necessary amounts or at fixed prices. In the short term, we have been unable to fully mitigate raw material or component price increases through product design improvements, price increases to our customers, manufacturing productivity improvements, or hedging transactions, and if our mitigation efforts continue to not be fully effective in the short or long term, our profitability could be adversely affected. We have implemented multiple rounds of price increases in 2021 to combat rising input costs. However, these price increases will be fully realized throughout 2022 as the higher pricing works through backlog. Also, our ability to continue to obtain quality materials and components is subject to the continued reliability and viability of our suppliers, including in some cases, suppliers who are the sole source of certain important components. It has been challenging to consistently obtain adequate, cost efficient or timely deliveries of certain required raw materials and components, or sufficient labor resources while we ramp up production to meet higher levels of demand, and if this trend continues, we may be unable to manufacture sufficient quantities of products on a timely basis. This could cause us to lose additional sales, incur additional costs, delay new product introductions or suffer harm to our reputation.

*Our business could be negatively impacted if we fail to adequately protect our intellectual property rights or if third parties claim that we are in violation of their intellectual property rights.*

We consider our intellectual property rights to be important assets, and seek to protect them through a combination of patent, trademark, copyright and trade secret laws, as well as licensing and confidentiality agreements. These protections may not be adequate to prevent third parties from using our intellectual property without our authorization, breaching any confidentiality agreements with us, copying or reverse engineering our products, or developing and marketing products that are substantially equivalent to or superior to our own. The unauthorized use of our intellectual property by others could reduce our competitive advantage and harm our business. Not only are intellectual property-related proceedings burdensome and costly, but they could span years to resolve and we might not ultimately prevail. We cannot guarantee that any patents, issued or pending, will provide us with any competitive advantage or will not be challenged by third parties. Moreover, the expiration of our patents may lead to increased competition with respect to certain products.

In addition, we cannot be certain that we do not or will not infringe third parties' intellectual property rights. We currently are, and have previously been, subject to such third party infringement claims, and may continue to be in the future. Any such claim, even if it is believed to be without merit, may be expensive and time-consuming to defend, subject us to damages, cause us to cease making, using or selling certain products that incorporate the disputed intellectual property, require us to redesign our products, divert management time and attention, and/or require us to enter into costly royalty or licensing arrangements.

15

*We may incur costs and liabilities as a result of product liability claims.*

We face a risk of exposure to current and future product liability claims alleging to arise from the use of our products and that may purportedly result in injury or other damage. Although we currently maintain product liability insurance coverage, we may not be able to obtain such insurance on acceptable terms in the future, if at all, or obtain insurance that will provide adequate coverage against potential claims. Product liability claims can be expensive to defend and can divert the attention of management and other personnel for long periods of time, regardless of the ultimate outcome. A significant unsuccessful product liability defense could have a material adverse effect on our financial condition and results of operations. In addition, we believe our business depends on the strong brand reputation we have developed. If our reputation is damaged, we may face difficulty in maintaining our market share and pricing with respect to some of our products, which could reduce our sales and profitability.

*Demand for the majority of our products is significantly affected by unpredictable power outage activity that can lead to substantial variations in, and uncertainties regarding, our financial results from period to period.*

Sales of our products are subject to consumer buying patterns, and demand for the majority of our products is affected by power outage events caused by thunderstorms, hurricanes, ice storms, blackouts, public safety power shutoffs, and other power grid reliability issues. The impact of these outage events on our sales can vary depending on the location, frequency and severity of the outages. Sustained periods without major power disruptions can lead, and in the past have led, to reduced consumer awareness of the benefits of standby and portable generator products and can result and have previously resulted in reduced sales growth rates and excess inventory. There are smaller, more localized power outages that occur frequently that drive a baseline level of demand for back-up power solutions. The lack of major power outage events and fluctuations to the baseline levels of power outage activity are part of managing our business, and these fluctuations could have, and previously have had, an adverse effect on our net sales and profits. Despite their unpredictable nature, we believe power disruptions create awareness and accelerate adoption for our home standby products.

*Demand for our products is significantly affected by durable goods spending by consumers and businesses, and other macroeconomic conditions.*

Our business is affected by general economic conditions, and uncertainty or adverse changes, such as the prolonged downturn in U.S. residential investment and the impact of more stringent credit standards, have previously led and could lead again to a decline in demand for our products and pressure to reduce our prices. Our sales of light-commercial and industrial generators are affected by conditions in the non-residential construction sector and by the capital investment trends for small and large businesses and municipalities. If these businesses and municipalities cannot access credit markets or do not utilize discretionary funds to purchase our products as a result of the economy or other factors, our business could suffer and our ability to realize benefits from our strategy of increasing sales in the light-commercial and industrial sectors through, among other things, our focus on innovation and product development, including natural gas engine and modular technology, could be adversely affected. In addition, consumer confidence and home remodeling expenditures have a significant impact on sales of our residential products, and prolonged periods of weakness in consumer durable goods spending has previously had, and could again have a material impact on our business. We currently do not have any material contracts with our customers which call for committed volume, and we cannot guarantee that our current customers will continue to purchase our products at the same level, if at all. If general economic conditions or consumer confidence were to worsen, or if the non-residential construction sector or rate of capital investments were to decline, our net sales and profits would likely be adversely affected. Changes in government monetary or fiscal policies may negatively impact our results, including increases in interest rates which could negatively affect overall growth and impact sales of our products. Additionally, timing of capital spending by our national account customers can vary from quarter-to-quarter based on capital availability and internal capital spending budgets. Also, the availability of renewable energy mandates and investment tax credits and other subsidies can have an impact on the demand for energy storage systems. Our global operations are exposed to political and economic risks, commercial instability and events beyond our control in the countries in which we operate. Such risks or events may disrupt our supply chain and not enable us to produce products to meet customer demand.

*The industry in which we compete is highly competitive, and our failure to compete successfully could adversely affect our results of operations and financial condition.*

We operate in markets that are highly competitive. Some of our competitors have established brands and are larger in size or are divisions of large diversified companies which have substantially greater financial resources than we do. Some of our competitors may be willing to reduce prices and accept lower margins in order to compete with us. In addition, we could face new competition from large international or domestic companies with established brands that enter our end markets. Demand for our products may also be affected by our ability to respond to changes in design and functionality, to respond to downward pricing pressure, and to provide shorter lead times for our products than our competitors. If we are unable to respond successfully to these competitive pressures, we could lose market share, which could have an adverse impact on our results. For further information, see "Item 1—Business—Competition".

*Our industry is subject to technological change, and our failure to continue developing new and improved products and to bring these products rapidly to market could have an adverse impact on our business.*

New products, or refinements and improvements to our existing products, may have technical failures, delayed introductions, higher than expected production costs or may not be well accepted by our customers. If we are not able to anticipate, identify, develop and market high quality products in line with technological advancements that respond to changes in customer preferences, demand for our products could decline and our operating results could be adversely affected.

***We rely on independent dealers and distribution partners, and the loss of these dealers and distribution partners, or of any of our sales arrangements with significant private label, national, retail or equipment rental customers, would adversely affect our business.***

We depend on the services of independent distributors and dealers to sell our products and provide service and aftermarket support to our end customers. We also rely on our distribution channels to drive awareness for our product categories and our brands. In addition, we sell our products to end users through private label arrangements with leading home equipment, electrical equipment and construction machinery companies; arrangements with top retailers and equipment rental companies; and our direct national accounts with telecommunications and industrial customers. Our distribution agreements and any contracts we have with large national, retail and other customers are typically not exclusive, and many of the distributors with whom we do business offer competitors' products and services. Impairment of our relationships with our distributors, dealers or large customers, loss of a substantial number of these distributors or dealers or of one or more large customers, or an increase in our distributors' or dealers' sales of our competitors' products to our customers or of our large customers' purchases of our competitors' products could materially reduce our sales and profits. Also, our ability to successfully realize our growth strategy is dependent in part on our ability to identify, attract and retain new distributors at all layers of our distribution platform, including increasing the number of energy storage distributors, and we cannot be certain that we will be successful in these efforts. For further information, see "Item 1—Business—Distribution Channels and Customers".

***We are unable to determine the specific impact of changes in selling prices or changes in volumes or mix of our products on our net sales.***

Because of the wide range of products that we sell, the level of customization for many of our products, the frequent rollout of new products, the different accounting systems utilized, and the fact that we do not apply pricing changes uniformly across our entire portfolio of products, we are unable to determine with specificity the effect of volume or mix changes or changes in selling prices on our net sales.

***Policy changes affecting international trade could adversely impact the demand for our products and our competitive position.***

Changes in government policies on foreign trade and investment can affect the demand for our products, impact the competitive position of our products or prevent us from being able to sell products in certain countries. Our business benefits from free trade agreements, and efforts to withdraw from, or substantially modify such agreements, in addition to the implementation of more restrictive trade policies, such as more detailed inspections, higher tariffs, import or export licensing requirements, exchange controls or new barriers to entry, could have a material adverse effect on our results of operations, financial condition or cash flows. For example, we are experiencing increased tariffs on certain of our products and product components. However, these tariffs have not ultimately had a material adverse effect on our results due to the implementation of various mitigation efforts in conjunction with our supply chain and end market partners.

**Risk factors related to our operations**

***The loss of any key members of our senior management team or key employees could disrupt our operations and harm our business.***

Our success depends, in part, on the efforts of certain key individuals, including the members of our senior management team, who have significant experience in the energy products and solutions industry. If, for any reason, our senior executives do not continue to be active in management, or if our key employees leave our company, our business, financial condition or results of operations could be adversely affected. Failure to continue to attract these individuals at reasonable compensation levels could have a material adverse effect on our business, liquidity and results of operations. If we needed to replace any of these individuals in the near future, the loss of the services of any of our key employees could disrupt our operations and have a material adverse effect on our business if we do not have effective succession plans in place.

***Disruptions caused by labor disputes or organized labor activities could harm our business.***

We may from time to time experience union organizing activities in our non-union facilities. Disputes with the current labor union or new union organizing activities could lead to work slowdowns or stoppages and make it difficult or impossible for us to meet scheduled delivery times for product shipments to our customers, which could result in loss of business. In addition, union activity could result in higher labor costs, which could harm our financial condition, results of operations and competitive position. A work stoppage or limitations on production at our facilities for any reason could have an adverse effect on our business, results of operations and financial condition. In addition, many of our suppliers have unionized work forces. Strikes or work stoppages experienced by our customers or suppliers could have an adverse effect on our business, results of operations and financial condition.

***We may experience material disruptions to our manufacturing operations.***

While we seek to operate our facilities in compliance with applicable rules and regulations and take measures to minimize the risks of disruption at our facilities, a material disruption at one of our manufacturing facilities could prevent us from meeting customer demand, reduce our sales and/or negatively impact our financial results. Any of our manufacturing facilities, or any of our equipment within an otherwise operational facility, could cease operations unexpectedly due to a number of events, including:

- equipment or information technology infrastructure failure;
- disruptions in the transportation infrastructure including roads, bridges, railroad tracks and container ports;
- fires, floods, tornadoes, earthquakes, disease, pandemics, acts of violence, or other catastrophes; and
- other operational problems.

In addition, a significant portion of our manufacturing and production facilities are located in Wisconsin within a 100-mile radius of each other. We could experience prolonged periods of reduced production due to unforeseen events occurring in or around our manufacturing facilities in Wisconsin. In the event of a business interruption at our facilities, in particular our Wisconsin facilities, we may be unable to shift manufacturing capabilities to alternate locations, accept materials from suppliers or meet customer shipment needs, among other severe consequences. Such an event could have a material and adverse impact on our financial condition and results of our operations.

***We are vulnerable to supply disruptions from single-sourced suppliers.***

We single-source certain types of parts in our product designs. Delays in our suppliers' deliveries have impaired, and may continue to impair, our ability to deliver products to our customers. A wide variety of factors could cause such delays including, but not limited to, lack of capacity, economic downturns, availability of credit, logistical challenges, labor or material shortages, trade restrictions, weather events, political instability, wars, terrorism, civil unrest, disease or natural disasters.

***We may not realize all of the anticipated benefits of our acquisitions or those benefits may take longer to realize than expected. We may also encounter significant unexpected difficulties in integrating acquired businesses.***

Our ability to realize the anticipated benefits of our acquisitions will depend, to a large extent, on our ability to integrate the acquired businesses with our business. The integration of independent businesses is a complex, costly and time-consuming process. Further, integrating and managing businesses with international operations may pose challenges not previously experienced by our management. As a result, we may be required to devote significant management attention and resources to integrating the business practices and operations of any acquired businesses with ours. The integration process may disrupt our business and, if implemented ineffectively, could preclude realization of the full benefits expected by us. Our failure to meet the challenges involved in integrating an acquired business into our existing operations or otherwise to realize the anticipated benefits of the transaction could cause an interruption of, or a loss of momentum in, our activities and could adversely affect our results of operations.

In addition, the overall integration of our acquired businesses may result in material unanticipated problems, expenses, liabilities, competitive responses, loss of customer relationships, and diversion of management's attention, and may cause our stock price to decline. The difficulties of combining the operations of acquired businesses with ours include, among others:

- managing a larger company;
- maintaining employee morale and retaining key management and other employees;
- complying with newly applicable foreign regulations as we enter new product and geographic markets;
- integrating two business cultures, which may prove to be incompatible;
- the possibility of faulty assumptions underlying expectations regarding the integration process;
- retaining existing customers and attracting new customers;
- consolidating corporate and administrative infrastructures and eliminating duplicative operations;
- the diversion of management's attention from ongoing business concerns and performance shortfalls as a result of management's attention to the acquisition;
- unanticipated issues in integrating information technology, communications and other systems;
- complying with changes in applicable or new laws and regulations;
- managing tax costs or inefficiencies associated with integrating the operations of the combined company;
- unforeseen expenses or delays associated with the acquisition;
- difficulty comparing financial reports due to differing financial and/or internal reporting systems; and
- making any necessary modifications to internal financial control standards to comply with the Sarbanes-Oxley Act of 2002 and the rules and regulations promulgated thereunder.

Many of these factors will be outside of our control and any one of them could result in increased costs, decreases in the amount of expected revenues and diversion of management's time and energy, which could materially impact our business, financial condition and results of operations. In addition, even if the operations of our acquired businesses are integrated successfully with our operations, we may not realize the full benefits of the transaction, including the synergies, cost savings or sales or growth opportunities that we expect. These benefits may not be achieved within the anticipated time frame, or at all, and additional unanticipated costs may be incurred in the integration of our businesses. All of these factors could cause dilution to our earnings per share, decrease or delay the expected accretive effect of the acquisition, and cause a decrease in the price of our common stock. As a result, we cannot be assured that the combination of our acquisitions with our business will result in the realization of the full benefits anticipated from the transaction.

18

***A significant portion of our purchased components are sourced in foreign countries, exposing us to additional risks that may not exist in the United States.***

We source a significant portion of our purchased components overseas, primarily in Asia and Europe. Our international sourcing subjects us to a number of potential risks in addition to the risks associated with third-party sourcing generally. Such risks include:

- inflation or changes in political and economic conditions;
- logistical challenges, including extended container port congestion, and higher logistics costs;
- unstable regulatory environments;
  - changes in import and export duties;
  - domestic and foreign customs and tariffs;
  - currency rate fluctuations;
  - trade restrictions;
  - labor or civil unrest;
  - communications challenges; and
  - other restraints and burdensome taxes.

These factors have had in the past and are currently having an adverse effect on our ability to efficiently and cost effectively source our purchased components overseas. In particular, if the U.S. dollar were to depreciate significantly against the currencies in which we purchase raw materials from foreign suppliers, our cost of goods sold could increase materially, which would adversely affect our results of operations. In addition, we are experiencing higher logistics costs due to the current challenging supply chain environment.

**Risk factors related to legal and regulatory matters**

***As a U.S. corporation that conducts business in a variety of foreign countries, we are subject to the Foreign Corrupt Practices Act and a variety of anti-corruption laws worldwide. A determination that we violated any of these laws may affect our business and operations adversely.***

The U.S. Foreign Corrupt Practices Act (FCPA) generally prohibits U.S. companies and their intermediaries from making improper payments to foreign officials for the purpose of obtaining or keeping business. The United Kingdom Bribery Act (UKBA) prohibits domestic and foreign bribery of the private sector as well as public officials. Any determination that we have violated any anti-corruption laws could have a material adverse effect on our financial position, operating results and cash flows.

***Costs associated with lawsuits, investigations or adverse rulings in enforcement or other legal proceedings may have an adverse effect on our results of operations.***

We are subject to a variety of legal proceedings and legal compliance risks. We currently face risk of exposure to various types of claims, lawsuits and government investigations, and may continue to face such risks in the future. We are currently and, may in the future be, involved in various claims and lawsuits related to product design, safety, manufacture and performance liability, contracts, employment issues, environmental matters, intellectual property rights, tax, securities, regulatory compliance, and other legal proceedings that arise in and outside of the ordinary course of our business. The industries in which we operate are also periodically reviewed or investigated by regulators, and we are subject to and may continue to be subject to such investigations and claims, including by the CPSC and EPA, which could lead to enforcement actions, fines and penalties or the assertion of private litigation claims. It is not possible to predict with certainty the outcome of such claims, investigations and lawsuits, and we could in the future incur judgments, fines or penalties or enter into settlements of lawsuits and claims that could have an adverse effect on our reputation, business, results of operations or financial condition in any particular period.

The nature of our operations means that legal and compliance risks will continue to exist and additional legal proceedings and other contingencies, the outcome of which cannot be predicted with certainty, may arise from time to time. In addition, subsequent developments in legal proceedings or investigations may affect our assessment and estimates of loss contingencies recorded as a reserve and require us to make payments in excess of our reserves, which could have an adverse effect on our reputation, business and results of operations or financial condition.

***Our operations are subject to various environmental, health and safety laws and regulations, and non-compliance with or liabilities under such laws and regulations could result in substantial costs, fines, sanctions and claims.***

Our operations are subject to a variety of foreign, federal, state and local environmental, health and safety laws and regulations including those governing, among other things, emissions to air; discharges to water; noise; and the generation, handling, storage, transportation, treatment and disposal of waste and other materials. In addition, under federal and state environmental laws, we could be required to investigate, remediate and/or monitor the effects of the release or disposal of materials both at sites associated with past and present operations and at third-party sites where wastes generated by our operations were disposed. This liability may be imposed retroactively and whether or not we caused, or had any knowledge of, the existence of these materials and may result in our paying more than our fair share of the related costs. Violations of or liabilities under such laws and regulations could result in substantial costs, fines and civil or criminal proceedings or personal injury and workers' compensation claims.

***Our products are subject to substantial government regulation.***

Our products are subject to extensive statutory and regulatory requirements governing, among other things, emissions, noise, labeling, transport, product content, product safety, and data privacy, including standards imposed by the EPA, CARB, CPSC and other regulatory agencies around the world. Also, as we increase our connectivity with our products and customers, we may be required to comply with additional data privacy and cybersecurity regulations. These laws are constantly evolving and many are becoming increasingly stringent. For example, recent CARB regulations that will prohibit future sales in California of certain small off-road engines may negatively affect the long-term sales of certain products we sell today in that state. In addition, some cities or municipalities have imposed, or are considering, limiting natural gas connections to new buildings or imposing additional permitting restrictions which could adversely affect the sales of certain products we sell in such jurisdictions. Changes in applicable laws or regulations, or in the enforcement thereof, could require us to redesign or recall our products and could adversely affect our business or financial condition in the future. Developing and marketing products to meet such new requirements could result in substantial additional costs that may be difficult to recover in some markets. In some cases, we may be required to modify our products or develop new products to comply with new regulations, particularly those relating to air emissions and carbon monoxide. Typically, additional costs associated with significant compliance modifications are passed on to the market. We have also recently been, and continue to be, subject to product recall actions and related applicable regulatory compliance inquiries by regulatory authorities. The failure to comply with existing and future regulatory standards or requirements could adversely affect our position in the markets we serve, our reputation, business, results of operations or financial condition in any particular period.

19

**Risk factors related to cybersecurity**

***Failures or security breaches of our networks or information technology systems could have an adverse effect on our business.***

We rely heavily on information technology (IT) both in our products and services for customers and in our IT systems used to run our business. Further, we collect and store sensitive information in our cloud-based data centers and on our networks. Government agencies and security experts have warned about growing risks of hackers, cyber-criminals, malicious insiders and other actors targeting confidential information and all types of IT systems. These actors may engage in fraudulent activities, theft of confidential or proprietary information and sabotage or ransomware.

Our IT systems, our connected products, and our confidential information may be vulnerable to damage or intrusion from a variety of attacks including computer viruses, worms or other malicious software programs. The risk of such attacks may increase as we integrate newly acquired companies or develop new connected products and related software. These attacks pose a risk to the security of our products, systems and networks and those of our customers, suppliers and third-party service providers, as well as to the confidentiality of our information and the integrity and availability of our data. While we attempt to mitigate these risks through board oversight, controls, due diligence, employee training and communication, third party intrusion testing, system hardening, email and web filters, regular patching, multi-factor authentication, surveillance, encryption, and other measures, we remain vulnerable to information security threats.

We have experienced cyber security threats and vulnerabilities in our systems and those of our third-party providers, and we have experienced viruses and attacks targeting our IT systems and networks. Such prior events, to date, have not had a material impact on our financial condition, results of operations or liquidity. Despite the precautions we take, we have had, and could have again, an intrusion or infection of our systems or connected products. While such intrusions or infections to date have not resulted in the significant disruption of our business, or a loss of proprietary or confidential information, we cannot guarantee the same for future intrusions or infections. Similarly, an attack on our IT systems or connected products could result in theft or disclosure of trade secrets or other intellectual property, a breach of confidential customer or employee information, or product failure or misuse. Any such events could have an adverse impact on sales, harm our reputation and cause us to incur legal liability and increased costs to address such events and related security concerns. As the threats evolve and become more potent, we may incur additional costs to secure the products that we sell, as well as our data and infrastructure of networks and devices.

**Risk factors related to our capital structure**

***We have indebtedness which could adversely affect our cash flow and our ability to make payments on our indebtedness.***

As of December 31, 2021 we had total indebtedness of $980.1 million. Our level of indebtedness increases the possibility that we may be unable to generate cash sufficient to pay, when due, the principal of, interest on or other amounts due in respect of our indebtedness. While we maintain interest rate swaps covering a portion of our outstanding debt, our interest expense could increase if interest rates increase because debt under our credit facilities bears interest at a variable rate based on LIBOR or other base rate. In connection with our term loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR. The Company has worked with its lenders to amend other LIBOR based debt agreements to add a replacement rate. If we do not have sufficient earnings to service our debt, we may be required to refinance all or part of our existing debt, sell assets, borrow more money or sell securities, none of which we can guarantee we will be able to do. Our Term Loan matures on December 13, 2026, and our ABL Facility expires on May 27, 2026.

***The terms of our credit facilities restrict our current and future operations, particularly our ability to respond to changes in our business or to take certain actions.***

Our credit facilities contain, and any future indebtedness of ours or our subsidiaries would likely contain, a number of restrictive covenants that impose operating and financial restrictions on us and our subsidiaries, including limitations on our ability to engage in acts that may be in our best long-term interests. These restrictions set limitations on, among other things, our ability to:

- incur liens;
- incur or assume additional debt or guarantees or issue preferred stock;
- pay dividends, or make redemptions and repurchases, with respect to capital stock;
- prepay, or make redemptions and repurchases of, subordinated debt;
- make loans and investments;
- make capital expenditures;
- engage in mergers, acquisitions, asset sales, sale/leaseback transactions and transactions with affiliates;
- change the business conducted by us or our subsidiaries; and
- amend the terms of subordinated debt.

The operating and financial restrictions in our credit facilities and any future financing agreements may adversely affect our ability to finance future operations or capital needs or to engage in other business activities. A breach of any of the restrictive covenants in our credit facilities would result in a default. If any such default occurs, the lenders under our credit facilities may elect to declare all outstanding borrowings, together with accrued interest and other fees, to be immediately due and payable, or enforce their security interest, any of which would result in an event of default. The lenders will also have the right in these circumstances to terminate any commitments they have to provide further borrowings. Our existing credit facilities do not contain any financial maintenance covenants.

*We may need additional capital to finance our growth strategy or to refinance our existing credit facilities, and we may not be able to obtain it on acceptable terms, or at all, which may limit our ability to grow.*

We may require additional financing to expand our business. Financing may not be available to us or may be available to us only on terms that are not favorable. The terms of our senior secured credit facilities limit our ability to incur additional debt. In addition, economic conditions, including a downturn in the credit markets, could impact our ability to finance our growth on acceptable terms or at all. If we are unable to raise additional funds or obtain capital on acceptable terms, we may have to delay, modify or abandon some or all of our growth strategies. In the future, if we are unable to refinance our credit facilities on acceptable terms, our liquidity could be adversely affected.

*Our total assets include goodwill and other indefinite-lived intangibles. If we determine these have become impaired, our net income could be materially adversely affected.*

Goodwill represents the excess of cost over the fair market value of net assets acquired in business combinations. Indefinite-lived intangibles are comprised of certain tradenames. At December 31, 2021, goodwill and other indefinite-lived intangibles totaled $1,538.0 million. We review goodwill and other intangibles at least annually for impairment and any excess in carrying value over the estimated fair value is charged to the statement of comprehensive income. Future impairment may result from, among other things, deterioration in the performance of an acquired business or product line, adverse market conditions and changes in the competitive landscape, adverse changes in applicable laws or regulations, including changes that restrict the activities of an acquired business or product line, and a variety of other circumstances including any of the risk factors noted above. A reduction in net income resulting from the write-down or impairment of goodwill or indefinite-lived intangibles could have a material adverse effect on our financial statements. Refer to the Critical Accounting Policies in Item 7 of this Annual Report on Form 10-K for further information regarding the Company's process for evaluating its goodwill for impairment.

**Item 1B. Unresolved Staff Comments**

None.

**Item 2. Properties**

We own or lease manufacturing, distribution, R&D, and office facilities globally totaling over five million square feet. We also have inventory warehouses that accommodate material storage and rapid response requirements of our customers. The following table provides information about our principal facilities exceeding 20,000 square feet:

| Location | Owned/ Leased | Activities | Segment |
|---|---|---|---|
| Waukesha, WI | Owned | Corporate headquarters, R&D | Domestic |
| Pewaukee, WI | Owned | Sales, office | Domestic |
| Eagle, WI | Owned | Manufacturing, office, training | Domestic |
| Whitewater, WI | Owned | Manufacturing, office, distribution | Domestic |
| Oshkosh, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Berlin, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Jefferson, WI | Owned | Manufacturing, office, distribution, R&D | Domestic |
| Janesville, WI | Leased | Distribution | Domestic |
| Various WI | Leased | Warehouse | Domestic |
| Trenton, SC | Owned | Manufacturing, office, warehouse, distribution | Domestic |
| Stockton, CA | Leased | Sales, office, warehouse, training | Domestic |
| Corona, CA | Leased | Sales, office, storage | Domestic |
| Hamilton, OH | Leased | Manufacturing, office, warehouse, R&D | Domestic |
| Maquoketa, IA | Owned | Storage, rental property | Domestic |
| South Burlington, VT | Leased | Office, sales, R&D | Domestic |
| South Portland, ME | Leased | Sales, office, R&D | Domestic |
| Mexico City, Mexico | Owned | Storage | International |
| Hidalgo, Mexico | Owned | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Milan, Italy | Leased | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Casole d'Elsa, Italy | Leased | Manufacturing, office, warehouse, R&D | International |
| Balsicas, Spain | Leased | Manufacturing, office, warehouse, R&D | International |
| Foshan, China | Owned | Manufacturing, office, warehouse, R&D | International |
| Saint-Nizier-sous-Charlieu, France | Leased | Sales, office, warehouse | International |
| Ribeirao Preto, Brazil | Leased | Manufacturing, office, warehouse | International |
| Stoke-on-Trent, United Kingdom | Leased | Sales, office, warehouse | International |
| Sydney, Australia | Leased | Sales, office, warehouse | International |
| Fellbach, Germany | Leased | Sales, office, warehouse | International |
| Suzhou, China | Leased | Office, R&D | International |
| Rugby, United Kingdom | Leased | Manufacturing, office, warehouse, R&D | International |
| Celle, Germany | Owned | Manufacturing, office, warehouse, R&D | International |
| Charzyno, Poland | Owned | Manufacturing | International |
| West Bengal, India | Leased | Manufacturing, warehouse | International |
| Hunmanby, United Kingdom | Owned | Manufacturing, warehouse, sales, distribution, office, R&D | International |
| Scarborough, United Kingdom | Owned | Rental property | International |
| Toronto, Canada | Leased | Office, sales, R&D | International |

In addition to the countries represented above, the Company has other operations or sales offices in the United Arab Emirates, Romania, Russia, Bahrain, and Colombia.

As of December 31, 2021, substantially all of our domestically-owned and a portion of our internationally-owned properties are subject to collateral provisions under our senior secured credit facilities.

**Item 3. Legal Proceedings**

See Note 18, "Commitments and Contingencies," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's legal proceedings.

**Item 4. Mine Safety Disclosures**

Not Applicable.

**PART II**

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

Shares of our common stock are traded on the New York Stock Exchange (NYSE) under the symbol "GNRC."

**Purchases of Equity Securities By the Issuer and Affiliated Purchasers**

The following table summarizes the stock repurchase activity for the three months ended December 31, 2021, which consisted of stock repurchases made as authorized under previously announced stock repurchase programs, as well as the withholding of shares upon the vesting of restricted stock awards to pay related withholding taxes on behalf of the recipient:

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs | Approximate Dollar Value Of Shares That May Yet Be Purchased Under The Plans Or Programs |
|---|---|---|---|---|
| 10/01/21 - 10/31/21 | 520 | $ 416.74 | - | $ 250,000,000 |
| 11/01/21 - 11/30/21 | 690 | 448.26 | - | $ 250,000,000 |
| 12/01/21 - 12/31/21 | 350,610 | 359.96 | 350,000 | $ 124,008,306 |
| Total | 351,820 | $ 360.26 | | |

For equity compensation plan information, refer to Note 17, "Share Plans," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K. For information on the Company's stock repurchase plans, refer to Note 13, "Stock Repurchase Programs," to the consolidated financial statements.

22

**Stock Performance Graph**

The line graph below compares the cumulative total stockholder return on our common stock with the cumulative total return of the Standard & Poor's S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index for the five-year period ended December 31, 2021. The graph and table assume that $100 was invested on December 31, 2016 in each of our common stock, the S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index, and that all dividends were reinvested. Cumulative total stockholder returns for our common stock, the S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index are based on our fiscal year.



COMPARISON OF CUMULATIVE TOTAL RETURN

ASSUMES $100 INVESTED ON DEC. 31, 2016
ASSUMES DIVIDEND REINVESTED
FISCAL YEAR ENDING DEC. 31, 2021

| Company / Market / Peer Group | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 |
|---|---|---|---|---|---|---|
| Generac Holdings Inc. | $ 100.00 | $ 121.55 | $ 121.99 | $ 246.91 | $ 558.20 | $ 863.82 |
| S&P 500 Index - Total Returns | 100.00 | 121.83 | 116.49 | 153.17 | 181.35 | 233.41 |
| S&P MidCap 400 Index | 100.00 | 116.24 | 103.36 | 130.44 | 148.26 | 184.97 |
| Russell 2000 Index | 100.00 | 114.65 | 102.02 | 128.06 | 153.62 | 176.39 |

**Holders**

As of February 16, 2022, there were 830 registered holders of record of Generac's common stock. A substantially greater number of holders of Generac common stock are "street name" or beneficial holders, whose shares are held of record by banks, brokers and other financial institutions.

**Dividends**

We do not have plans to pay dividends on our common stock in the foreseeable future. However, in the future, subject to factors such as general economic and business conditions, our financial condition and results of operations, our capital requirements, our future liquidity and capitalization, and other such factors that our Board of Directors may deem relevant, we may change this policy and choose to pay dividends. Our ability to pay dividends on our common stock is currently limited by the terms of our senior secured credit facilities and may be further restricted by any future indebtedness we incur. Dividends from, and cash generated by our subsidiaries will be our principal sources of cash to repay indebtedness, fund operations, repurchase shares of common stock and pay dividends. Accordingly, our ability to pay dividends to our stockholders is dependent on the earnings and distributions of funds from our subsidiaries.

**Securities Authorized for Issuance Under Equity Compensation Plans**

For information on securities authorized for issuance under our equity compensation plans, refer to "Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters," which is incorporated herein by reference.

**Recent Sales of Unregistered Securities**

None.

**Use of Proceeds from Registered Securities**

Not applicable.

**Item 6. [Reserved]**

23

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion and analysis of our financial condition and results of operations should be read together with "Item 1 – Business," the consolidated financial statements and the related notes thereto in Item 8 of this Annual Report on Form 10-K. This discussion contains forward-looking statements, based on current expectations and related to future events and our future financial performance, that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of many factors, including those set forth under "Item 1A. - Risk Factors."

**Overview**

Generac is a leading energy technology solutions company that provides backup and prime power systems for residential and commercial & industrial (C&I) applications, solar + battery storage solutions, energy management devices and controls, advanced power grid software platforms & services and engine- & battery-powered tools and equipment. The Company is committed to sustainable, cleaner energy products poised to revolutionize the 21st century electrical grid.

Further information regarding our business is provided in "Part I, Item 1. Business" of this Annual Report.

**Business Drivers and Operational Factors**

"Part I, Item 1. Business" of this Annual Report contains information regarding business drivers, including key mega-trends and strategic growth themes under the subheading "Mega-Trends, Strategic Growth Themes, and Additional Business Drivers."

*Factors Affecting Results of Operations*

We are subject to various factors that can affect our results of operations, which we attempt to mitigate through factors we can control, including continued product development, expanded distribution, pricing, cost control and hedging. Certain operational and other factors that affect our business include the following:

*Impact of the COVID-19 pandemic.*    As the COVID-19 pandemic continues to evolve, we continue to work to ensure employee safety, monitor customer demand, proactively address supply chain or production challenges, and support our communities during this challenging time. We manufacture and provide essential products and services to a variety of critical infrastructure customers around the globe, and as a result, substantially all of our operations and production activities have been operational during the pandemic. We have implemented changes in our work practices, maintaining a safe working environment for production and office employees at our facilities, while enabling other employees to productively work from home.

The COVID-19 pandemic has influenced various trends we are currently experiencing involving supply chain and operations constraints. While we are deemed an essential, critical infrastructure business and our facilities currently remain operational, this continues to be a fluid process and subject to change. We have experienced and may continue to experience labor shortages and increased employee absences at our production facilities. If we were to encounter a significant work stoppage, disruption, or COVID-19 outbreak at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time. Additionally, the COVID-19 pandemic has disrupted the global supply chain and logistics network, and we are continually monitoring scheduled material receipts to mitigate any delays. To date, we have not experienced significant interruptions to our supply chain as a result of the COVID-19 pandemic, but this could be subject to change if one or more of our suppliers can no longer operate in this environment. We have maintained business continuity by utilizing safety stock inventory levels and executing air freight strategies.  We have experienced inbound and outbound logistics delays and increased costs, resulting in longer lead times and higher prices to our customers.

We continue to experience a broad-based increase in demand for residential products, specifically home standby generators, created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home. Additionally, as economic activity continues to recover across the globe, we are experiencing a return to growth for our domestic and international C&I products.

The further extent of the impact of COVID-19 on our business is dependent on future developments, including the duration of the pandemic, our ability to continue to operate during the pandemic, actions taken by domestic and foreign governments to contain the spread of the virus, and the related length of its impact on the global economy and our customers. Refer to the COVID-19 related risk factor disclosed in "Item 1A. Risk Factors" of this Annual Report on Form 10-K.

*Effect of commodity, currency, component price fluctuations, and resource availability.*    Industry-wide price fluctuations of key commodities, such as steel, copper and aluminum, along with other components we use in our products, as well as changes in labor costs required to produce our products, can have a material impact on our results of operations. Acquisitions in recent years have increased our use of advanced electronics components and battery cells, as well as further expanded our commercial and operational presence outside of the United States. These international acquisitions, along with our existing global supply chain, expose us to fluctuations in foreign currency exchange rates and regulatory tariffs that can also have a material impact on our results of operations. Additionally, specifically in 2021, there continue to be significant raw material and other cost pressures, ongoing logistics challenges, and various supply chain constraints, which are resulting in higher input costs and delays for certain of our products that are reducing our margins. In 2021, we have implemented multiple price increases throughout the year to help mitigate the impact of rising costs. However, the full impact of these price increases will not be realized until 2022 as the higher pricing works through backlog.

We have historically attempted to mitigate the impact of any inflationary pressures through improved product design and sourcing, manufacturing efficiencies, price increases and select hedging transactions. Our results are also influenced by changes in fuel prices in the form of freight rates, which in some cases are accepted by our customers and in other cases are paid by us.

24

*Seasonality.* Although there is demand for our products throughout the year, in each of the past five years, approximately 19% to 22% of our net sales occurred in the first quarter, 22% to 25% in the second quarter, 25% to 28% in the third quarter and 27% to 31% in the fourth quarter, with different seasonality depending primarily on the occurrence, timing and severity of major power outage activity in each year. Major outage activity is unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. The seasonality experienced during a major power outage, and for the subsequent quarters following the event, will vary relative to other periods where no major outage events occurred.

Elevated power outage activity and the emergence of the "Home as a Sanctuary" trend driven by the COVID-19 pandemic led to a significant increase in demand for home standby generators. This increased demand has resulted in extended lead times for these products as of December 31, 2021, and as a result, our net sales during 2022 are expected to experience an increasing trend on a quarterly basis as we increase our production capacity for home standby generators throughout the year.

*Factors influencing interest expense.* Interest expense can be impacted by a variety of factors, including market fluctuations in LIBOR, interest rate election periods, interest rate swap agreements, repayments or borrowings of indebtedness, and amendments to our credit agreements. In connection with our term loan amendment, in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. Additionally, as part of our ABL Facility amendment in May 2021, language was added to the ABL Facility agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. Interest expense slightly decreased during 2021 compared to 2020, primarily due to lower LIBOR rates partially offset by increased borrowings on our ABL Facility. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information.

*Factors influencing provision for income taxes and cash income taxes paid.* On December 22, 2017, the U.S. government enacted the Tax Cuts and Jobs Act, which significantly changed how the U.S. taxes corporations. Since enactment, the U.S. Treasury Department (Treasury) issued several new regulations and other guidance which we have incorporated into our final tax calculations.

As of December 31, 2021, the tax-deductible goodwill and intangible assets amortization from our acquisition by CCMP Capital Advisors, LLC in 2006 were fully amortized. As a result, beginning in 2022, this tax amortization will no longer exist, resulting in a higher cash tax obligation on a go-forward basis.

## Components of Net Sales and Expenses

### Net Sales

Our net sales primarily consist of product sales to our customers. This includes sales of our power generation equipment, energy storage systems, and other power products to the residential, commercial and industrial markets, as well as service parts to our dealer network. Net sales also include shipping and handling charges billed to customers, with the related freight costs included in cost of goods sold. Additionally, we offer other services, including extended warranties, remote monitoring, grid optimization, installation and maintenance services. These services accounted for less than two percent of our net sales for the year ended December 31, 2021. Refer to Note 2, "Summary of Accounting Policies - Revenue Recognition," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on our revenue streams and related revenue recognition accounting policies.

We are not dependent on any one channel or customer for our net sales, with no single customer representing more than 6% of our sales, and our top ten customers representing less than 23% of our net sales for the year ended December 31, 2021.

### Costs of Goods Sold

The principal elements of costs of goods sold are component parts, raw materials, freight, factory overhead and labor. Component parts and raw materials comprised approximately 74% of costs of goods sold for the year ended December 31, 2021. The principal component parts are engines, alternators, batteries, electronic controls, and steel enclosures. We design and manufacture air-cooled engines for certain of our generators up to 26kW, along with certain liquid-cooled, natural gas engines. We source engines for certain of our smaller products and all of our diesel products. For certain natural gas engines, we source the base engine block, and then add a significant amount of value engineering, sub-systems and other content to the point that we are recognized as the original equipment manufacturer (OEM) of those engines. We design and manufacture many of the alternators for our units. We also manufacture other generator components where we believe we have a design and cost advantage. We source component parts from an extensive global network of reliable, high quality suppliers. In some cases, these relationships are proprietary.

The principal raw materials used in the manufacturing process that are sourced are steel, copper and aluminum. We are susceptible to fluctuations in the cost of these commodities, impacting our costs of goods sold. We seek to mitigate the impact of commodity prices on our business through a continued focus on global sourcing, product design improvements, manufacturing efficiencies, price increases and select hedging transactions. We are also impacted by foreign currency fluctuations given our global supply chain. There is typically a lag between raw material price fluctuations and their effect on our costs of goods sold.

In 2021, we have seen a significant increase in commodity costs. We have implemented multiple price increases throughout 2021 to help mitigate the impact of these rising commodity costs. However, the full impact of these price increases will not be realized until 2022 as the higher pricing works through backlog.

Other sources of costs include our manufacturing and warehousing facilities, factory overhead, labor and shipping costs. Factory overhead includes utilities, insurance, support personnel, depreciation, general supplies, and maintenance. Although we attempt to maintain a flexible manufacturing cost structure, our margins can be impacted when we cannot timely adjust labor and manufacturing costs to match fluctuations in net sales.

### Operating Expenses

Our operating expenses consist of costs incurred to support our sales, marketing, distribution, service parts, warranty, engineering, information systems, human resources, accounting, finance, risk management, legal and tax functions, among others. These expenses include personnel costs such as salaries, bonuses, employee benefit costs, payroll taxes, and share-based compensation cost, and are classified into three categories: selling and service, research and development, and general and administrative. Additionally, the amortization expense related to our finite-lived intangible assets is included within operating expenses as well as acquisition related costs.

25

*Selling and service.*    Our selling and service expenses consist primarily of personnel expense, marketing expense, standard assurance warranty expense and other sales expenses. Our personnel expense recorded in selling and services expenses includes the expense of our sales force responsible for our broad customer base and other personnel involved in the marketing, sales and service of our products. Standard warranty expense, which is recorded at the time of sale, is estimated based on historical trends. Our marketing expenses include media advertising, promotional expenses, co-op advertising costs, direct mail costs, printed material costs, product display costs, market research expenses, and trade show expenses. Marketing expenses are generally related to the launch of new product offerings, opportunities to create market awareness for our products, and general brand awareness marketing efforts.

*Research and development.*    Our research and development expenses include mechanical engineering, electronics engineering, and software development costs and they support numerous projects covering all of our product lines. They also support our connectivity, grid services, remote monitoring, and energy management initiatives. We operate engineering facilities with extensive capabilities at many locations globally and employ over 1,000 personnel with focus on new product development, existing product improvement and cost containment. We are committed to research and development, and rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our research and development costs are expensed as incurred.

*General and administrative.*    Our general and administrative expenses include personnel costs for general and administrative employees; accounting, legal and professional services fees; information technology costs; insurance; travel and entertainment expense; and other corporate expenses.

*Acquisition related costs.*    Acquisition related costs are external costs incurred to effect a business combination including legal fees, professional and advisory services, stamp tax, and insurance premiums.

*Amortization of intangibles.*    Our amortization of intangibles expense includes the straight-line amortization of finite-lived tradenames, customer lists, patents and technology, and other intangibles assets.

### Other (Expense) Income

Other (expense) income includes the interest expense on our outstanding borrowings, amortization of debt financing costs and original issue discount, and cash flows related to interest rate swap agreements. Other (expense) income also includes other financial items such as losses on extinguishment of debt, loss on pension settlement, investment income earned on our cash and cash equivalents, and gains/losses on the sale of certain investments.

### Results of Operations

A detailed discussion of the year-over-year changes from the Company's fiscal 2019 to fiscal 2020 can be found in the Management's Discussion and Analysis section of the Company's fiscal 2020 Annual Report on Form 10-K filed February 23, 2021.

### Year ended December 31, 2021 compared to year ended December 31, 2020

The following table sets forth our consolidated statement of operations data for the periods indicated:

| (U.S. Dollars in thousands) | Year Ended December 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2021 | 2020 | | |
| Net sales | $ 3,737,184 | $ 2,485,200 | $ 1,251,984 | 50.4% |
| Cost of goods sold | 2,377,102 | 1,527,546 | 849,556 | 55.6% |
| Gross profit | 1,360,082 | 957,654 | 402,428 | 42.0% |
| Operating expenses: | | | | |
| Selling and service | 319,020 | 246,373 | 72,647 | 29.5% |
| Research and development | 104,303 | 80,251 | 24,052 | 30.0% |
| General and administrative | 144,272 | 118,233 | 26,039 | 22.0% |
| Acquisition related costs | 21,465 | 1,411 | 20,054 | 1421.3% |
| Amortization of intangible assets | 49,886 | 32,280 | 17,606 | 54.5% |
| Total operating expenses | 638,946 | 478,548 | 160,398 | 33.5% |
| Income from operations | 721,136 | 479,106 | 242,030 | 50.5% |
| Total other expense, net | (29,610) | (32,915) | 3,305 | -10.0% |
| Income before provision for income taxes | 691,526 | 446,191 | 245,335 | 55.0% |
| Provision for income taxes | 134,957 | 98,973 | 35,984 | 36.4% |
| Net income | 556,569 | 347,218 | 209,351 | 60.3% |
| Net income attributable to noncontrolling interests | 6,075 | (3,358) | 9,433 | -280.9% |
| Net income attributable to Generac Holdings Inc. | $ 550,494 | $ 350,576 | $ 199,918 | 57.0% |

26

The following sets forth our reportable segment information for the periods indicated:

| | Net Sales by Segment | | | |
| | Year Ended December 31, | | | |
| (U.S. Dollars in thousands) | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Domestic | $ 3,164,050 | $ 2,088,808 | $ 1,075,242 | 51.5% |
| International | 573,134 | 396,392 | 176,742 | 44.6% |
| Total net sales | $ 3,737,184 | $ 2,485,200 | $ 1,251,984 | 50.4% |

| | Adjusted EBITDA by Segment | | | |
| | Year Ended December 31, | | | |
| (U.S. Dollars in thousands) | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Domestic | $ 795,417 | $ 563,394 | $ 232,023 | 41.2% |
| International | 66,008 | 20,379 | 45,629 | 223.9% |
| Total Adjusted EBITDA | $ 861,425 | $ 583,773 | $ 277,652 | 47.6% |

The following table sets forth our net sales by product class for the periods indicated:

| | Net Sales by Product Class | | | |
| | Year Ended December 31, | | | |
| (U.S. Dollars in thousands) | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Residential products | $ 2,456,765 | $ 1,556,501 | $ 900,264 | 57.8% |
| Commercial & industrial products | 998,998 | 701,751 | 297,247 | 42.4% |
| Other | 281,421 | 226,948 | 54,473 | 24.0% |
| Total net sales | $ 3,737,184 | $ 2,485,200 | $ 1,251,984 | 50.4% |

*Net sales.* The increase in Domestic segment sales for the year ended December 31, 2021 was primarily driven by strong growth in shipments of residential products highlighted by home standby generators. In addition, PWRcell™ energy storage systems experienced very robust growth as the Company continues to expand in the clean energy market. This was supplemented by a return to growth for C&I products which was led by a substantial increase in shipments for telecom national account customers and C&I mobile products compared to the prior year.

The increase in International segment sales for the year ended December 31, 2021 was due to a broad-based increase in market activity primarily in the European and Latin American regions that are seeing a sharp increase in demand as end markets recover from the impact of the COVID-19 pandemic. In addition, the impact of acquisitions and foreign currency added $68.5 million of revenue growth.

Total contribution from non-annualized acquisitions for the year ended December 31, 2021 was $94.9 million.

*Gross profit.* Gross profit margin for the year ended December 31, 2021 was 36.4% compared to 38.5% for the year ended December 31, 2020. The gross profit margin decrease was primarily driven by higher input costs due to rising commodity prices, labor, logistics and plant start-up costs, which were partially offset by the early benefits of pricing actions implemented throughout the year and favorable sales mix from higher shipments of home standby generators.

*Operating expenses.* Operating expenses increased $160.4 million, or 33.5%, as compared to the prior year. The increase was primarily driven by additional variable expenses from the significant increase in sales volumes, higher employee and marketing costs, and the impact of acquisitions and related transaction costs.

*Other expense.* The decrease in Other expense, net was driven by a $4.4 million gain recorded on the sale of certain long-term investments.

*Provision for income taxes.* The effective income tax rates for the years ended December 31, 2021 and 2020 were 19.5% and 22.2%, respectively. The decrease in the effective tax rate was primarily due to larger deductions related to net stock compensation and net deductible acquisition transaction expenses partially offset by a discrete tax item created by a legislative tax rate change in a foreign jurisdiction which revalued certain deferred tax liabilities.

*Net income attributable to Generac Holdings Inc.* Net income attributable to Generac Holdings Inc. was $550.5 million as compared to $350.6 million in the prior year period. The increase was primarily driven by increased sales volumes and other items noted above.

*Adjusted EBITDA.* Adjusted EBITDA is defined and reconciled to net income in, "Non-GAAP Measures - Adjusted EBITDA" included below in Item 7 of this Annual Report on Form 10-K. Adjusted EBITDA margins for the Domestic segment for the year ended December 31, 2021 were 25.1% of net sales as compared to 27.0% of net sales for the year ended December 31, 2020. The Adjusted EBITDA margin decrease was driven by higher input costs due to rising commodity prices, labor, logistics, and plant start-up costs in the current year, which were partially offset by favorable sales mix, the early benefits of pricing actions, and improved operating leverage from the substantial revenue growth for the segment.

Adjusted EBITDA margins for the International segment, before deducting for non-controlling interests, for the year ended December 31, 2021 were 11.5% of net sales as compared to 5.1% of net sales for the year ended December 31, 2020. The margin improvement was primarily due to the positive impact of recent acquisitions, favorable sales mix, improved operating leverage, and pricing actions.

*Adjusted net income.* Adjusted Net Income is defined and reconciled to net income in, "Non-GAAP Measures - Adjusted Net Income" included below in Item 7 of this Annual Report on Form 10-K. Adjusted Net Income of $618.9 million for the year ended December 31, 2021 increased 50.2% from $412.2 million for the year ended December 31, 2020, due to the factors outlined above and higher cash income tax expense in the current year period.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 35 of 650     Document 49

**Liquidity and Financial Position**

Our primary cash requirements include payment for our raw materials and components, salaries & benefits, facility and lease costs, operating expenses, interest and principal payments on our debt and capital expenditures. We finance our operations primarily through cash flow generated from operations and, if necessary, borrowings under our ABL credit facility (ABL Facility).

Our credit agreements originally provided for a $1.2 billion term loan B credit facility (Term Loan) and include a $300.0 million uncommitted incremental term loan facility. As of December 31, 2021, there was $780 million outstanding under the Term Loan. The Term Loan matures on December 13, 2026 and bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75%. The Term Loan does not require an Excess Cash Flow payment (as defined in our credit agreement) if our secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2021, our secured leverage ratio was 0.88 to 1.00 times, and we were in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

Our credit agreements also provide for a $500.0 million ABL Facility, which matures on May 27, 2026 and bears interest at rates based upon either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case, based on average availability under the ABL Facility. As of December 31, 2021, there was $100 million outstanding under the ABL Facility, leaving $399.5 million of availability, net of outstanding letters of credit. We were in compliance with all covenants of the ABL Facility as of December 31, 2021.

As of December 31, 2021, we had $546.8 million of available liquidity comprised of $147.3 million of cash and cash equivalents and $399.5 million available under our ABL Facility. We have no maturities on our Term Loan and ABL Facility until 2026. We believe we have a strong liquidity position that allows us to execute our strategic plan and provides the flexibility to continue to invest in future growth opportunities.

In September 2018, our Board of Directors approved a $250.0 million stock repurchase program, which expired in October 2020. In September 2020, the Board of Directors approved another $250 million stock repurchase program, which commenced on October 27, 2020. During the year ended December 31, 2021, the Company repurchased 350,000 shares of its common stock for $126.0 million, all funded with cash on hand. Since the inception of all stock repurchase programs (starting in August 2015), the Company has repurchased 9,026,706 shares of its common stock for $431.5 million (at an average cost per share of $47.81), all funded with cash on hand.

We have an arrangement with a finance company to provide floor plan financing for selected dealers. This arrangement provides liquidity for our dealers by financing dealer purchases of products with credit availability from the finance company. We receive payment from the finance company after shipment of product to the dealer, and our dealers are given a longer period of time to pay the finance company. If our dealers do not pay the finance company, we may be required to repurchase the applicable inventory held by the dealer. We do not indemnify the finance company for any credit losses they may incur.

Total dealer purchases financed under this arrangement accounted for approximately 12% of net sales for the years ended December 31, 2021 and 2020. The amount financed by dealers which remained outstanding was $115.9 million and $55.6 million as of December 31, 2021 and 2020, respectively.

**Long-term Liquidity**

We believe that our cash and cash equivalents, cash flow from operations, and availability under our ABL Facility and other short-term lines of credit will provide us with sufficient capital to continue to grow our business in the future. We may use a portion of our cash flow to pay principal on our outstanding debt, as well as repurchase shares of our common stock, impacting the amount available for working capital, capital expenditures, acquisitions, and other general corporate purposes. As we continue to expand our business, we may require additional capital to fund working capital, capital expenditures or acquisitions.

**Cash Flow**

*Year ended December 31, 2021 compared to year ended December 31, 2020*

The following table summarizes our cash flows by category for the periods presented:

| | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (U.S. Dollars in thousands) | 2021 | 2020 | $ Change | % Change |
| Net cash provided by operating activities | $ 411,156 | $ 486,533 | $ (75,377) | -15.5% |
| Net cash used in investing activities | (817,287) | (124,095) | (693,192) | 558.6% |
| Net cash used in financing activities | (102,970) | (30,428) | (72,542) | 238.4% |

The decrease in net cash provided by operating activities was primarily due to increased working capital investment and higher income taxes paid in the current year, partially offset by higher sales volumes and resulting higher operating earnings in the current year. The higher working capital investment was primarily driven by further elevated inventory levels at the end of the year resulting from extended logistics in-transit times, ongoing supply chain constraints, increasing production rates and continued investments in the ramping of our new manufacturing facility in Trenton, SC.

Net cash used in investing activities for the year ended December 31, 2021 primarily consisted of cash payments of $713.5 million related to the acquisition of businesses and $110.0 million for the purchase of property and equipment, which were partially offset by cash proceeds on sale of an investment of $5.0 million. Net cash used in investing activities for the year ended December 31, 2020 primarily consisted of cash payments of $64.8 million related to the acquisition of businesses and $62.1 million for the purchase of property and equipment.

Net cash used in financing activities for the year ended December 31, 2021 primarily consisted of $347.7 million of debt repayments ($239.1 million of short-term borrowings and $108.6 million of long-term borrowings), $126.0 million of stock repurchases, $58.9 million of taxes paid related to equity awards, $27.2 million as a purchase of additional ownership interest of PR Industrial S.r.l. and its subsidiaries (Pramac), and $3.8 million of contingent consideration for acquired businesses. These payments were partially offset by $272.8 million cash proceeds from short-term borrowings, $150.1 million cash proceeds from long-term borrowings and $38.8 million of proceeds from the exercise of stock options.

Net cash used in financing activities for the year ended December 31, 2020 primarily consisted of $282.5 million of debt repayments ($277.7 million of short-term borrowings and $4.8 million of long-term borrowings), $14.9 million of taxes paid related to equity awards, and $4.0 million of contingent consideration for acquired businesses. These payments were partially offset by $257.9 million of cash proceeds from borrowings ($257.6 million from short-term borrowings and $0.3 million from long-term borrowings) and $13.1 million of proceeds from the exercise of stock options.

**Senior Secured Credit Facilities**

Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 and the "Liquidity and Financial Position" section included in Item 7 of this Annual Report on Form 10-K for information on our senior secured credit facilities.

**Covenant Compliance**

The Term Loan contains restrictions on the Company's ability to pay distributions and dividends. Payments can be made to the Company or other parent companies for certain expenses such as operating expenses in the ordinary course, fees and expenses related to any debt or equity offering and to pay franchise or similar taxes. Dividends can be used to repurchase equity interests, subject to limitations in certain circumstances. The Term Loan restricts the aggregate amount of dividends and distributions that can be paid and, in certain circumstances, requires pro forma compliance with certain fixed charge coverage ratios or gross leverage ratios, as applicable, in order to pay certain dividends and distributions. The Term Loan also contains other affirmative and negative covenants that, among other things, limit the incurrence of additional indebtedness, liens on property, sale and leaseback transactions, investments, loans and advances, mergers or consolidations, asset sales, acquisitions, transactions with affiliates, prepayments of certain other indebtedness and modifications of our organizational documents. The Term Loan does not contain any financial maintenance covenants.

The Term Loan contains customary events of default, including, among others, nonpayment of principal, interest or other amounts, failure to perform covenants, inaccuracy of representations or warranties in any material respect, cross-defaults with other material indebtedness, certain undischarged judgments, the occurrence of certain ERISA, bankruptcy or insolvency events, or the occurrence of a change in control (as defined in the Term Loan). A bankruptcy or insolvency event of default will cause the obligations under the Term Loan to automatically become immediately due and payable.

The ABL Facility also contains covenants and events of default substantially similar to those in the Term Loan, as described above.

**Contractual Obligations**

The following table summarizes our expected payments for significant contractual obligations as of December 31, 2021, using the interest rates in effect as of that date:

| (U.S. Dollars in thousands) | Total | 2022 | 2023 | 2024 | 2025 | 2026 | After 2026 |
|---|---|---|---|---|---|---|---|
| Long-term debt, including current portion (1) | $ 882,060 | $ 1,765 | $ 59 | $ 59 | $ 92 | $ 880,034 | $ 51 |
| Finance lease obligations, including current portion | 39,175 | 4,195 | 3,348 | 3,393 | 3,243 | 3,167 | 21,829 |
| Interest on long-term debt and finance lease obligations | 97,175 | 18,414 | 18,189 | 17,965 | 17,712 | 16,079 | 8,816 |
| Short-term borrowings (2) | 72,035 | 72,035 | - | - | - | - | - |
| Operating leases | 115,164 | 26,615 | 26,220 | 25,062 | 15,751 | 6,469 | 15,047 |
| Total contractual cash obligations | $ 1,205,609 | $ 123,024 | $ 47,816 | $ 46,479 | $ 36,798 | $ 905,749 | $ 45,743 |

(1) The Term Loan matures on December 13, 2026. The ABL Facility provides for a $500.0 million senior secured ABL revolving credit facility, which matures on May 27, 2026. As of December 31, 2021, there was $100 million outstanding under the ABL Facility classified as long-term debt.

(2) Short-term borrowings consist of borrowings by our foreign subsidiaries on local lines of credit.

**Capital Expenditures**

Our operations require capital expenditures for facilities and related improvements, technology, research & development, tooling, equipment, capacity expansion, IT systems & infrastructure and upgrades. Specifically, capital expenditures in 2021 included the addition of the Trenton, South Carolina, manufacturing facility. Capital expenditures were $110.0 million, $62.1 million, and $60.8 million for the years ended December 31, 2021, 2020 and 2019, respectively, and were funded through cash from operations.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 37 of 650     Document 49

**Critical Accounting Policies**

In preparing the financial statements in accordance with U.S. GAAP, management is required to make estimates and assumptions that have an impact on the asset, liability, revenue and expense amounts reported. These estimates can also affect our supplemental information disclosures, including information about contingencies, risk and financial condition. We believe, given current facts and circumstances, that our estimates and assumptions are reasonable, adhere to U.S. GAAP, and are consistently applied. Inherent in the nature of an estimate or assumption is the fact that actual results may differ from estimates and estimates may vary as new facts and circumstances arise. We make routine estimates and judgments in determining net realizable value of accounts receivable, inventories, property and equipment, prepaid expenses, product warranties and other reserves. Management believes our most critical accounting estimates and assumptions are in the following areas: goodwill and other indefinite-lived intangible asset impairment assessment; business combinations and purchase accounting; and income taxes.

*Business Combinations and Purchase Accounting*

We account for business combinations using the acquisition method of accounting, and accordingly, the assets and liabilities of the acquired business are recorded at their respective fair values. The excess of the purchase price over the estimated fair value of assets and liabilities is recorded as goodwill. Assigning fair market values to the assets acquired and liabilities assumed at the date of an acquisition requires knowledge of current market values, the values of assets in use, and often requires the application of judgment regarding estimates and assumptions. While the ultimate responsibility resides with management, for material acquisitions we retain the services of certified valuation specialists to assist with assigning estimated values to certain acquired assets and assumed liabilities, including intangible assets, tangible long-lived assets, and contingent consideration. Acquired intangible assets, excluding goodwill, are valued using certain discounted cash flow methodologies based on future cash flows specific to the type of intangible asset purchased. This methodology incorporates various estimates and assumptions, the most significant being projected revenue growth rates, profit margins, forecasted cash flows, discount rates and terminal growth rates. The initial measurement of contingent consideration and the corresponding liability is evaluated using the Monte Carlo Method. For this valuation method, management develops projections during the earn-out period utilizing various potential pay-out scenarios. Probabilities are applied to each potential scenario and the resulting values are discounted using a rate that considers weighted average cost of capital as well as a specific risk premium associated with the riskiness of the earn-out itself, the related projections, and the overall business. Refer to Note 1, "Description of Business," and Note 3, "Acquisitions," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's business acquisitions.

*Goodwill and Other Indefinite-Lived Intangible Assets*

Refer to Note 2, "Summary of Accounting Policies – Goodwill and Other Indefinite-Lived Intangible Assets," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's policy regarding the accounting for goodwill and other intangible assets. The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2021, 2020 and 2019, and found no impairment.

When preparing a discounted cash flow analysis for purposes of our annual impairment test, we make a number of key estimates and assumptions. We estimate the future cash flows of the business based on historical and forecasted revenues and operating costs. This, in turn, involves further estimates, such as estimates of future growth rates and inflation rates. In addition, we apply a discount rate to the estimated future cash flows for the purpose of the valuation. This discount rate is based on the estimated weighted average cost of capital for the business and may change from year to year. Weighted average cost of capital includes certain assumptions such as market capital structures, market betas, risk-free rate of return and estimated costs of borrowing.

In our October 31, 2021 impairment test calculation, the Latin America reporting unit had an estimated fair value that exceeded its carrying value by approximately 23%.

The carrying value of the Latin America goodwill was $45.7 million. Key financial assumptions utilized to determine the fair value of the reporting unit include revenue growth levels that reflect the impact of increasing Telecom production for the U.S. market, improving profit margins, a 3% terminal growth rate and an 11.4% discount rate. The reporting unit's fair value would approximate its carrying value with a 175 basis point increase in the discount rate or a 150 basis point reduction in the average earnings margin and 100 basis point reduction in the terminal growth rate.

As noted above, a considerable amount of management judgment and assumptions are required in performing the goodwill and indefinite-lived intangible asset impairment tests. While we believe our judgments and assumptions are reasonable, different assumptions could change the estimated fair values. A number of factors, many of which we have no ability to control, could cause actual results to differ from the estimates and assumptions we employed. These factors include:

- continued negative impact from the COVID-19 pandemic;
- a prolonged global or regional economic downturn;
- a significant decrease in the demand for our products;
- the inability to develop new and enhanced products and services in a timely manner;
- a significant adverse change in legal factors or in the business climate;
- an adverse action or assessment by a regulator;
- successful efforts by our competitors to gain market share in our markets;
- disruptions to the Company's business;
- inability to effectively integrate acquired businesses;
- unexpected or unplanned changes in the use of assets or entity structure; and
- business divestitures.

If management's estimates of future operating results change or if there are changes to other assumptions due to these factors, the estimate of the fair values may change significantly. Such change could result in impairment charges in future periods, which could have a significant impact on our operating results and financial condition.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 38 of 650    Document 49

*Income Taxes*

We account for income taxes in accordance with Accounting Standards Codification (ASC) 740, *Income Taxes*. Our estimate of income taxes payable, deferred income taxes and the effective tax rate is based on an analysis of many factors including interpretations of federal, state and international income tax laws; the difference between tax and financial reporting bases of assets and liabilities; estimates of amounts currently due or owed in various jurisdictions; and current accounting standards. We review and update our estimates on a quarterly basis as facts and circumstances change and actual results are known.

In assessing the realizability of the deferred tax assets on our balance sheet, we consider whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. We consider the taxable income in prior carryback years, scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies in making this assessment.

Refer to Note 15, "Income Taxes," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's income taxes and income tax positions.

**New Accounting Standards**

For information with respect to new accounting pronouncements and the impact of these pronouncements on our consolidated financial statements, refer to Note 2, "Summary of Accounting Policies - New Accounting Pronouncements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Non-GAAP Measures**

*Adjusted EBITDA*

The computation of Adjusted EBITDA attributable to Generac Holdings Inc. is based on the definition of EBITDA contained in our credit agreement, as amended. To supplement our consolidated financial statements presented in accordance with U.S. GAAP, we provide the computation of Adjusted EBITDA attributable to the Company, taking into account certain charges and gains that were recognized during the periods presented.

We view Adjusted EBITDA as a key measure of our performance. We present Adjusted EBITDA not only due to its importance for purposes of our credit agreements, but also because it assists us in comparing our performance across reporting periods on a consistent basis as it excludes items that we do not believe are indicative of our core operating performance. Our management uses Adjusted EBITDA:

- for planning purposes, including the preparation of our annual operating budget and developing and refining our internal projections for future periods;
- to allocate resources to enhance the financial performance of our business;
- as a benchmark for the determination of the bonus component of compensation for our senior executives under our management incentive plan, as described further in our Proxy Statement;
- to evaluate the effectiveness of our business strategies and as a supplemental tool in evaluating our performance against our budget for each period; and
- in communications with our Board of Directors and investors concerning our financial performance.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 39 of 650    Document 49

We believe Adjusted EBITDA is used by securities analysts, investors and other interested parties in the evaluation of the Company. Management believes the disclosure of Adjusted EBITDA offers an additional financial metric that, when coupled with results prepared in accordance with U.S. generally accepted accounting principles (U.S. GAAP) and the reconciliation to U.S. GAAP results, provides a more complete understanding of our results of operations and the factors and trends affecting our business. We believe Adjusted EBITDA is useful to investors for the following reasons:

- Adjusted EBITDA and similar non-GAAP measures are widely used by investors to measure a company's operating performance without regard to items that can vary substantially from company to company depending upon financing and accounting methods, book values of assets, tax jurisdictions, capital structures and the methods by which assets were acquired;
- investors can use Adjusted EBITDA as a supplemental measure to evaluate the overall operating performance of our Company, including our ability to service our debt and other cash needs; and
- by comparing our Adjusted EBITDA in different historical periods, our investors can evaluate our operating performance excluding the impact of items described below.

The adjustments included in the reconciliation table listed below are provided for under our Term Loan and ABL Facility, and also are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by our management and Board of Directors. These adjustments eliminate the impact of a number of items that:

- we do not consider indicative of our ongoing operating performance, such as non-cash write-downs and other charges, non-cash gains, write-offs relating to the retirement of debt, severance costs and other restructuring-related business optimization expenses;
- we believe to be akin to, or associated with, interest expense, such as administrative agent fees, revolving credit facility commitment fees and letter of credit fees; or
- are non-cash in nature, such as share-based compensation expense.

We explain in more detail in footnotes (a) through (f) below why we believe these adjustments are useful in calculating Adjusted EBITDA as a measure of our operating performance.

Adjusted EBITDA does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted EBITDA has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted EBITDA does not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;
- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;
- Adjusted EBITDA does not reflect the significant interest expense, or the cash requirements necessary to service interest or principal payments on our debt;
- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and Adjusted EBITDA does not reflect any cash requirements for such replacements;
- several of the adjustments that we use in calculating Adjusted EBITDA, such as non-cash write-downs and other charges, while not involving cash expense, do have a negative impact on the value of our assets as reflected in our consolidated balance sheet prepared in accordance with U.S. GAAP; and
- other companies may calculate Adjusted EBITDA differently than we do, limiting its usefulness as a comparative measure.

Furthermore, as noted above, one of our uses of Adjusted EBITDA is as a benchmark for determining elements of compensation for our senior executives. At the same time, some or all of these senior executives have responsibility for monitoring our financial results, generally including the adjustments in calculating Adjusted EBITDA (subject ultimately to review by our Board of Directors in the context of the Board's review of our financial statements). While many of the adjustments (for example, transaction costs and credit facility fees), involve mathematical application of items reflected in our financial statements, others involve a degree of judgment and discretion. While we believe all of these adjustments are appropriate, and while the calculations are subject to review by our Board of Directors in the context of the Board's review of our financial statements, and certification by our Chief Financial Officer in a compliance certificate provided to the lenders under our Term Loan and ABL Facility, this discretion may be viewed as an additional limitation on the use of Adjusted EBITDA as an analytical tool.

Because of these limitations, Adjusted EBITDA should not be considered as a measure of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our U.S. GAAP results and using Adjusted EBITDA only supplementally.

The following table presents a reconciliation of net income to Adjusted EBITDA attributable to Generac Holdings Inc.:

| | | Year Ended December 31, | |
|---|---|---|---|
| (U.S. Dollars in thousands) | 2021 | 2020 | 2019 |
| Net income attributable to Generac Holdings Inc. | $ 550,494 | $ 350,576 | $ 252,007 |
| Net income attributable to noncontrolling interests | 6,075 | (3,358) | 301 |
| Net income | 556,569 | 347,218 | 252,308 |
| Interest expense | 32,953 | 32,991 | 41,544 |
| Depreciation and amortization | 92,041 | 68,773 | 60,767 |
| Provision for income taxes | 134,957 | 98,973 | 67,299 |
| Non-cash write-down and other adjustments (a) | (3,070) | (327) | 240 |
| Non-cash share-based compensation expense (b) | 23,954 | 20,882 | 16,694 |
| Loss on extinguishment of debt (c) | 831 | - | 926 |
| Loss on pension settlement (d) | - | - | 10,920 |
| Transaction costs and credit facility fees (e) | 22,357 | 2,151 | 2,724 |
| Business optimization and other charges (f) | 33 | 12,158 | 1,572 |
| Other | 800 | 954 | (879) |
| Adjusted EBITDA | 861,425 | 583,773 | 454,115 |
| Adjusted EBITDA attributable to noncontrolling interests | 9,351 | 2,358 | 4,965 |
| Adjusted EBITDA attributable to Generac Holdings Inc. | $ 852,074 | $ 581,415 | $ 449,150 |

(a) Represents the following non-cash adjustments: gains/losses on disposals of assets and gains on certain investments, unrealized mark-to-market adjustments on commodity contracts, and certain foreign currency and purchase accounting related adjustments. We believe that adjusting net income for these non-cash items is useful for the following reasons:

- The gains/losses on disposals of assets and gains on certain investments result from the sale of assets that are no longer useful in our business and therefore represent gains or losses that are not from our core operations;
- The adjustments for unrealized mark-to-market gains and losses on commodity contracts represent non-cash items to reflect changes in the fair value of forward contracts that have not been settled or terminated. We believe it is useful to adjust net income for these items because the charges do not represent a cash outlay in the period in which the charge is incurred, although Adjusted EBITDA must always be used together with our U.S. GAAP statements of comprehensive income and cash flows to capture the full effect of these contracts on our operating performance;
- The purchase accounting adjustments represent non-cash items to reflect fair value at the date of acquisition, and therefore do not reflect our ongoing operations. Purchase accounting adjustments also include adjustments to earn-out obligations related to business acquisitions.

(b) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting period.

(c) Represents the non-cash write-off of original issue discount and deferred financing costs due to voluntary prepayments of Term Loan debt. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the losses on extinguishment of debt.

(d) Represents pre-tax settlement charges related to the termination of the Company's domestic pension plan in the fourth quarter of 2019. Refer to Note 16, "Benefit Plans," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information regarding the Company's pension plans.

(e) Represents transaction costs incurred directly in connection with any investment (including business acquisitions), as defined in our credit agreement, equity issuance, or debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities, such as administrative agent fees and credit facility commitment fees under our Term Loan and ABL Facility, which we believe to be akin to, or associated with, interest expense and whose inclusion in Adjusted EBITDA is therefore similar to the inclusion of interest expense in that calculation.

(f) For the year-ended December 31, 2020, represents severance, non-cash asset write-downs and other charges to address the impact of the COVID-19 pandemic and decline in oil prices on demand for C&I products. These charges represent expenses that are nonrecurring and do not reflect our ongoing operations.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 41 of 650    Document 49

*Adjusted Net Income*

To further supplement our consolidated financial statements in accordance with U.S. GAAP, we provide the computation of Adjusted Net Income attributable to the Company, which is defined as net income before noncontrolling interest and provision for income taxes adjusted for the following items: cash income tax expense, amortization of intangible assets, amortization of deferred financing costs and original issue discount related to our debt, intangible impairment charges, certain transaction costs and other purchase accounting adjustments, losses on extinguishment of debt, business optimization expenses, certain other non-cash gains and losses, and adjusted net income attributable to noncontrolling interests, as set forth in the reconciliation table below.

We believe Adjusted Net Income is used by securities analysts, investors and other interested parties in the evaluation of our company's operations. Management believes the disclosure of Adjusted Net Income offers an additional financial metric that, when used in conjunction with U.S. GAAP results and the reconciliation to U.S. GAAP results, provides a more complete understanding of our ongoing results of operations, and the factors and trends affecting our business.

The adjustments included in the reconciliation table listed below are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by investors and securities analysts. Similar to the Adjusted EBITDA reconciliation, these adjustments eliminate the impact of a number of items we do not consider indicative of our ongoing operating performance or cash flows, such as amortization costs, transaction costs and write-offs relating to the retirement of debt. We also make adjustments to present cash taxes paid as a result of our favorable tax attributes, causing our cash tax rate to be lower than our U.S GAAP tax rate.

Similar to Adjusted EBITDA, Adjusted Net Income does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted Net Income has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted Net Income does not reflect changes in, or cash requirements for, our working capital needs;
- although amortization is a non-cash charge, the assets being amortized may have to be replaced in the future, and Adjusted Net Income does not reflect any cash requirements for such replacements; and
- other companies may calculate Adjusted Net Income differently than we do, limiting its usefulness as a comparative measure.

The following table presents a reconciliation of net income to Adjusted Net Income attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands) | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2021 | | 2020 | | 2019 |
| Net income attributable to Generac Holdings Inc. | $ | 550,494 | $ | 350,576 | $ | 252,007 |
| Net income attributable to noncontrolling interests | | 6,075 | | (3,358) | | 301 |
| Net income | | 556,569 | | 347,218 | | 252,308 |
| Provision for income taxes | | 134,957 | | 98,973 | | 67,299 |
| Income before provision for income taxes | | 691,526 | | 446,191 | | 319,607 |
| Amortization of intangible assets | | 49,886 | | 32,280 | | 28,644 |
| Amortization of deferred finance costs and original issue discount | | 2,589 | | 2,598 | | 4,712 |
| Loss on extinguishment of debt | | 831 | | - | | 926 |
| Loss on pension settlement | | - | | - | | 10,920 |
| Transaction costs and other purchase accounting adjustments (a) | | 19,655 | | (1,328) | | 874 |
| (Gain)/loss attributable to business or asset dispositions (b) | | (4,383) | | - | | - |
| Business optimization and other charges | | 33 | | 12,158 | | 1,572 |
| Adjusted net income before provision for income taxes | | 760,137 | | 491,899 | | 367,255 |
| Cash income tax expense (c) | | (136,231) | | (79,723) | | (47,945) |
| Adjusted net income | | 623,906 | | 412,176 | | 319,310 |
| Adjusted net income attributable to noncontrolling interests | | 4,971 | | (32) | | 1,488 |
| Adjusted net income attributable to Generac Holdings Inc. | $ | 618,935 | $ | 412,208 | $ | 317,822 |

(a) Represents transaction costs incurred directly in connection with any investment (including business acquisitions), as defined in our credit agreement, equity issuance or debt issuance or refinancing, and certain purchase accounting adjustments.

(b) Represents gains on certain investments occurring in other than ordinary course, as defined in our credit agreement.

(c) For the years ended December 31, 2021, 2020, and 2019, the amount is based on a cash income tax rate of 19.7%, 17.9%, and 15.0%, respectively. Cash income tax expense is based on the projected taxable income and corresponding cash taxes payable for the full year after considering the effects of current and deferred income tax items, and is calculated by applying the derived cash tax rate to the period's pretax income. We expect our cash income tax rate to increase after 2021 due to the expiration of the tax shield created by the amortization of tax-deductible goodwill and intangible assets from our acquisition by CCMP Capital Advisors, LLC.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risk from changes in foreign currency exchange rates, commodity prices and interest rates. To reduce the risk from these changes, we use financial instruments from time to time. We do not hold or issue financial instruments for trading purposes.

**Foreign Currency**

We are exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar, as well as operating businesses and supply chains in foreign countries. Periodically, we utilize foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. Realized gains and losses on transactions denominated in foreign currency are recorded as a component of cost of goods sold in the statements of comprehensive income.

The following is a summary of the eleven foreign currency contracts outstanding as of December 31, 2021 (notional amount in thousands):

| Currency Denomination | Trade Dates | Effective Dates | Notional Amount | Expiration Date |
|---|---|---|---|---|
| GBP | 12/15/21 - 12/22/21 | 12/15/21 - 12/22/21 | $ 499 | 1/26/22 - 6/15/22 |
| USD | 12/22/21 | 12/22/21 | $ 500 | 1/26/22 |
| AUD | 12/3/21 - 12/15/21 | 12/3/21 - 12/15/21 | $ 3,100 | 1/12/22 - 1/19/22 |

**Commodity Prices**

We are a purchaser of commodities and components manufactured from commodities including steel, aluminum, copper and others. As a result, we are exposed to fluctuating market prices for those commodities. While such materials are typically available from numerous suppliers, commodity raw materials are subject to price fluctuations. We generally buy these commodities and components based upon market prices that are established with the supplier as part of the purchase process. Depending on the supplier, these market prices may reset on a periodic basis based on negotiated lags and calculations. To the extent that commodity prices increase and we do not have firm pricing from our suppliers, or our suppliers are not able to honor such prices, we may experience a decline in our gross margins to the extent we are not able to increase selling prices of our products or obtain manufacturing efficiencies or supply chain savings to offset increases in commodity costs.

In 2021, we have seen a significant increase in commodity costs. We have implemented multiple price increases throughout 2021 to help mitigate the impact of these rising commodity costs. However, the full impact of these price increases will not be realized until 2022 as the higher pricing works through backlog.

Periodically, we engage in certain commodity risk management activities to mitigate the impact of potential price fluctuations on our financial results. These derivatives typically have maturities of less than eighteen months. As of December 31, 2021, we had no commodity forward contracts outstanding.

**Interest Rates**

As of December 31, 2021, all of the outstanding debt under our Term Loan and ABL Facility was subject to floating interest rate risk. As of December 31, 2021, we had the following interest rate swap contracts outstanding (notional amount in thousands of US dollars):

| Hedged Item | Contract Date | Effective Date | Notional Amount | Fixed LIBOR Rate | Expiration Date |
|---|---|---|---|---|---|
| Interest Rate | June 19, 2017 | July 1, 2021 | 125,000 | 2.2733% | July 1, 2022 |
| Interest Rate | June 19, 2017 | July 1, 2022 | 125,000 | 2.3673% | May 31, 2023 |
| Interest Rate | June 30, 2017 | July 1, 2021 | 125,000 | 2.3717% | July 1, 2022 |
| Interest Rate | June 30, 2017 | July 1, 2022 | 125,000 | 2.5000% | May 31, 2023 |
| Interest Rate | August 9, 2017 | July 1, 2021 | 125,000 | 2.2367% | July 1, 2022 |
| Interest Rate | August 9, 2017 | July 1, 2022 | 125,000 | 2.2948% | May 31, 2023 |
| Interest Rate | August 30, 2017 | July 1, 2021 | 125,000 | 2.1508% | July 1, 2022 |
| Interest Rate | August 30, 2017 | July 1, 2022 | 125,000 | 2.2998% | May 31, 2023 |
| Interest Rate | March 4, 2020 | May 31, 2023 | 200,000 | 0.9565% | December 14, 2026 |
| Interest Rate | March 5, 2020 | May 31, 2023 | 100,000 | 0.9050% | December 14, 2026 |
| Interest Rate | March 6, 2020 | May 31, 2023 | 200,000 | 0.7770% | December 14, 2026 |

In conjunction with the December 2019 amendment to our Term Loan, we also amended the interest swaps to remove the LIBOR floor, which resulted in minor reductions to our future dated swap rates. At December 31, 2021, the fair value of these interest rate swaps was a liability of $2.1 million. Even after giving effect to these swaps, we are exposed to risks due to changes in interest rates with respect to the portion of our Term Loan and ABL Facility that is not covered by the swaps. A hypothetical change in the LIBOR interest rate of 100 basis points would have changed annual cash interest expense by approximately $3.8 million (or, without the swaps in place, $8.8 million) in 2021.

For additional information on the Company's foreign currency and commodity forward contracts and interest rate swaps, including amounts charged to the statements of comprehensive income during 2021, 2020, and 2019, refer to Note 5, "Derivative Instruments and Hedging Activities," and Note 6, "Accumulated Other Comprehensive Loss," to our consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Item 8. Financial Statements and Supplementary Data**

**Report of Independent Registered Public Accounting Firm**

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, WI

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2021 and 2020, the related consolidated statements of comprehensive income, stockholders' equity, and cash flows, for each of the three years in the period ended December 31, 2021, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021 and 2020, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2021, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2021, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 22, 2022, expressed an unqualified opinion on the Company's internal control over financial reporting.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current-period audit of the financial statements that were communicated or required to be communicated to the audit committee and that (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

***Acquisitions - Deep Sea and ecobee - Intangible Assets and Contingent Consideration - Refer to Note 3 to the consolidated financial statements.***

*Critical Audit Matter Description*

During 2021, the Company acquired Deep Sea and ecobee for a purchase price, net of cash acquired, of $420.7 million and $734.6 million, respectively. The Company accounted for the acquisitions under the acquisition method of accounting for business combinations. Accordingly, the Company allocated the purchase price, on a preliminary basis, to the assets acquired and liabilities assumed based on their respective values. As a result of the Deep Sea acquisition, the Company recorded approximately $437.9 million of intangible assets, including $266.4 million of goodwill as of the acquisition date. As a result of the ecobee acquisition, the Company recorded approximately $795.6 million of intangible assets, including $231.2 million of goodwill as of the acquisition date. Additionally, the Company also recorded within other accrued liabilities and operating lease and other long-term liabilities a contingent consideration liability of $89.4 million related to the ecobee acquisition.

For both acquisitions, acquired intangible assets, excluding goodwill, were valued using certain discounted cash flow methodologies based on future cash flows specific to the type of intangible asset purchased. These methodologies incorporated various estimates and assumptions, the most significant being projected revenue growth rates, EBITDA margins, and resulting forecasted cash flows as well as the discount rate. For ecobee the contingent consideration liability was valued using the Monte Carlo Method. Management estimated projections during the earn-out period utilizing various potential pay-out scenarios. Probabilities are applied to each potential scenario and the resulting values were discounted. The principal consideration for our determination that the fair value for the intangible assets for these acquisitions and the contingent consideration for the ecobee acquisition is a critical audit matter is that there is a high degree of auditor effort, judgment and subjectivity involved in designing and performing procedures to evaluate the reasonableness of management's aforementioned estimates and assumptions, and the audit effort involved the use of professionals with specialized skills and knowledge.

36

*How the Critical Audit Matter Was Addressed in the Audit*

Our audit procedures related to the projected revenue growth rates, EBITDA margins, and resulting forecasted cash flows and the selection of the discount rates for the intangible assets and contingent consideration liability included the following, among others:

- Evaluated the design and effectiveness of the controls over management's process to estimate the fair value of the intangible assets and contingent consideration liability, including the controls related to the valuation models and underlying assumptions used to develop such estimates.
- Evaluated the reasonableness of management's forecasts by comparing the forecasts to (1) historical results, (2) internal communications to the Board of Directors, and (3) forecasted information included in industry reports.
- Tested the nature and classification of the contingent consideration liability.
- Obtained the Company's intangible asset valuation and contingent consideration models and evaluated the valuation analyses for mathematical accuracy.
- Utilized fair value specialists to evaluate whether the valuation techniques applied by management were appropriate.
- Assessed management's intent and/or ability to take specific actions included in the projections.
- Evaluated the reasonableness of the discount rates selected, including developing a range of independent estimates and comparing those to the discount rates utilized by management.

***Goodwill - Refer to Note 9 to the consolidated financial statements.***

*Critical Audit Matter Description*

The Company's evaluation of goodwill for impairment involves the comparison of the fair value of each reporting unit to its carrying value. The Company's estimate for each reporting unit is based on the present value of estimated future cash flows attributable to the respective reporting unit. This requires management to make significant estimates and assumptions including estimates of future growth rates, inflation rates and discount rates based on the estimated weighted average cost of capital for the business. Changes in the assumptions could have a significant impact on the fair value, which could result in an impairment charge. The Company performed their annual impairment assessment of its reporting units as of October 31, 2021. In the October 31, 2021 impairment test calculation, the Latin America reporting unit had an estimated fair value that exceeded the carrying value by approximately 23%. Because the estimated fair value exceeded the carrying value, no impairment was recorded. The carrying value of goodwill for the Company's Latin America reporting unit as of the October 31, 2021 impairment assessment was $45.7 million.

Key financial assumptions utilized to determine the fair value of the reporting unit include revenue growth rates, earnings margins, terminal growth rate and discount rate.

The principal consideration for our determination that the evaluation of goodwill is a critical audit matter is that there is a high degree of auditor effort, judgment and subjectivity involved in designing and performing procedures to evaluate the reasonableness of management's key assumptions utilized to determine the fair value of the Latin America reporting unit.

*How the Critical Audit Matter Was Addressed in the Audit*

Our audit procedures related to the forecasts of future revenue growth rates, profit margins, the terminal growth rate and the selection of the discount rate for the Latin America reporting unit included the following, among others:

- Evaluated the design and effectiveness of the controls over management's goodwill impairment evaluation, including those over the determination of the fair value of the reporting unit, such as controls related to management's forecast and the selection of the discount rate.
- Obtained the Company's discounted cash flow model and evaluated the valuation analysis for mathematical accuracy.
- Utilized fair value specialists to evaluate whether the valuation techniques applied by management were appropriate.
- Assessed management's historical ability to accurately forecast the reporting unit results of operations.
- Assessed management's intent and/or ability to take specific actions included in the discounted cash flow model.
- Evaluated the reasonableness of management's forecasts by comparing the forecasts to (1) historical results, (2) internal communications to the Board of Directors, and (3) forecasted information included in industry reports.
- Evaluated the reasonableness of the discount rate selected, including developing a range of independent estimates and comparing it to the discount rate utilized by the Company.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 22, 2022

We have served as the Company's auditor since 2016.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 45 of 650     Document 49

**Report of Independent Registered Public Accounting Firm**

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, Wisconsin

**Opinion on Internal Control over Financial Reporting**

We have audited the internal control over financial reporting of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2021, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2021, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by COSO.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated financial statements as of and for the year ended December 31, 2021, of the Company and our report dated February 22, 2022, expressed an unqualified opinion on those financial statements.

As described in Management's Report on Internal Control over Financial Reporting, management excluded Deep Sea Electronics Limited, which was acquired in June 2021, Chilicon Power, LLC, which was acquired in July 2021, Apricity Code Corporation, which was acquired in September 2021, Off Grid Energy Ltd, which was acquired in September 2021, Tank Utility, Inc., which was acquired in October 2021, and ecobee Inc., which was acquired in December 2021 and whose financial statements constitute 57.8% and 31.0% of net and total assets, respectively, 2.1% of net sales, and 0.7% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2021. Accordingly, our audit did not include the internal control over financial reporting at Deep Sea Electronics Limited, Chilicon Power, LLC, Apricity Code Corporation, Off Grid Energy Ltd, Tank Utility, Inc. and ecobee Inc.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 22, 2022

Generac Holdings Inc.
Consolidated Balance Sheets
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 147,339 | $ 655,128 |
| Accounts receivable, less allowance for credit losses of $12,025 and $12,001 at December 31, 2021 and 2020, respectively | 546,466 | 374,906 |
| Inventories | 1,089,705 | 603,317 |
| Prepaid expenses and other assets | 64,954 | 36,382 |
| Total current assets | 1,848,464 | 1,669,733 |
| | | |
| Property and equipment, net | 440,852 | 343,936 |
| | | |
| Customer lists, net | 238,722 | 49,205 |
| Patents and technology, net | 492,473 | 86,727 |
| Other intangible assets, net | 66,436 | 9,932 |
| Tradenames, net | 243,531 | 146,159 |
| Goodwill | 1,409,674 | 855,228 |
| Deferred income taxes | 15,740 | 1,497 |
| Operating lease and other assets | 121,888 | 73,006 |
| Total assets | $ 4,877,780 | $ 3,235,423 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Short-term borrowings | $ 72,035 | $ 39,282 |
| Accounts payable | 674,208 | 330,247 |
| Accrued wages and employee benefits | 72,060 | 63,036 |
| Other accrued liabilities | 331,674 | 204,812 |
| Current portion of long-term borrowings and finance lease obligations | 5,930 | 4,147 |
| Total current liabilities | 1,155,907 | 641,524 |
| | | |
| Long-term borrowings and finance lease obligations | 902,091 | 841,764 |
| Deferred income taxes | 205,964 | 115,769 |
| Operating lease and other long-term liabilities | 341,681 | 179,955 |
| Total liabilities | 2,605,643 | 1,779,012 |
| | | |
| Redeemable noncontrolling interest | 58,050 | 66,207 |
| | | |
| Stockholders' equity: | | |
| Common stock, par value $0.01, 500,000,000 shares authorized, 72,386,017 and 72,024,329 shares issued at December 31, 2021 and 2020, respectively | 725 | 721 |
| Additional paid-in capital | 952,939 | 525,541 |
| Treasury stock, at cost, 8,667,031 and 9,173,731 shares at December 31, 2021 and 2020, respectively | (448,976) | (332,164) |
| Excess purchase price over predecessor basis | (202,116) | (202,116) |
| Retained earnings | 1,965,957 | 1,432,565 |
| Accumulated other comprehensive loss | (54,755) | (34,254) |
| Stockholders' equity attributable to Generac Holdings Inc. | 2,213,774 | 1,390,293 |
| Noncontrolling interests | 313 | (89) |
| Total stockholders' equity | 2,214,087 | 1,390,204 |
| Total liabilities and stockholders' equity | $ 4,877,780 | $ 3,235,423 |

*See notes to consolidated financial statements.*

39

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 47 of 650    Document 49

Generac Holdings Inc.
Consolidated Statements of Comprehensive Income
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| Net sales | $ | 3,737,184 | $ | 2,485,200 | $ | 2,204,336 |
| Costs of goods sold | | 2,377,102 | | 1,527,546 | | 1,406,584 |
| Gross profit | | 1,360,082 | | 957,654 | | 797,752 |
| | | | | | | |
| Operating expenses: | | | | | | |
| Selling and service | | 319,020 | | 246,373 | | 217,683 |
| Research and development | | 104,303 | | 80,251 | | 68,394 |
| General and administrative | | 144,272 | | 118,233 | | 109,017 |
| Acquisition related costs | | 21,465 | | 1,411 | | 1,851 |
| Amortization of intangibles | | 49,886 | | 32,280 | | 28,644 |
| Total operating expenses | | 638,946 | | 478,548 | | 425,589 |
| Income from operations | | 721,136 | | 479,106 | | 372,163 |
| | | | | | | |
| Other (expense) income: | | | | | | |
| Interest expense | | (32,953) | | (32,991) | | (41,544) |
| Investment income | | 1,415 | | 2,182 | | 2,767 |
| Loss on extinguishment of debt | | (831) | | – | | (926) |
| Loss on pension settlement | | – | | – | | (10,920) |
| Other, net | | 2,759 | | (2,106) | | (1,933) |
| Total other expense, net | | (29,610) | | (32,915) | | (52,556) |
| | | | | | | |
| Income before provision for income taxes | | 691,526 | | 446,191 | | 319,607 |
| Provision for income taxes | | 134,957 | | 98,973 | | 67,299 |
| Net income | | 556,569 | | 347,218 | | 252,308 |
| Net income attributable to noncontrolling interests | | 6,075 | | (3,358) | | 301 |
| Net income attributable to Generac Holdings Inc. | $ | 550,494 | $ | 350,576 | $ | 252,007 |
| | | | | | | |
| Other comprehensive income (loss): | | | | | | |
| Foreign currency translation adjustment | $ | (41,030) | $ | 4,948 | $ | 2,210 |
| Net unrealized gain (loss) on derivatives | | 20,529 | | (14,285) | | (13,855) |
| Pension liability adjustment | | – | | – | | 10,541 |
| Other comprehensive income (loss) | | (20,501) | | (9,337) | | (1,104) |
| Total comprehensive income | | 536,068 | | 337,881 | | 251,204 |
| Comprehensive income (loss) attributable to noncontrolling interests | | 5,496 | | (364) | | (635) |
| Comprehensive income attributable to Generac Holdings Inc. | $ | 530,572 | $ | 338,245 | $ | 251,839 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc. per common share - basic: | $ | 8.51 | $ | 5.61 | $ | 4.09 |
| Weighted average common shares outstanding - basic: | | 62,686,001 | | 62,280,889 | | 61,926,986 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc. per common share - diluted: | $ | 8.30 | $ | 5.48 | $ | 4.03 |
| Weighted average common shares outstanding - diluted: | | 64,253,408 | | 63,737,734 | | 62,865,446 |

*See notes to consolidated financial statements.*

40

Generac Holdings Inc.
Consolidated Statements of Stockholders' Equity
*(U.S. Dollars in Thousands, Except Share Data)*

| | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Treasury Stock Shares | Treasury Stock Amount | Excess Purchase Price Over Predecessor Basis | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2018** | 71,186,418 | $ 712 | $ 476,116 | (9,047,060) | $(321,473) | $ (202,116) | $ 831,123 | $ (23,813) | $ 760,549 | $ 712 | $ 761,261 |
| Change in noncontrolling interest share | – | – | – | – | – | – | – | – | – | (154) | (154) |
| Unrealized loss on interest rate swaps, net of tax of ($4,877) | – | – | – | – | – | – | – | (13,855) | (13,855) | – | (13,855) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 2,210 | 2,210 | (30) | 2,180 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 481,308 | 5 | 6,056 | – | – | – | – | – | 6,061 | – | 6,061 |
| Net share settlement of restricted stock awards | – | – | – | (55,953) | (3,078) | – | – | – | (3,078) | – | (3,078) |
| Cash dividends paid to noncontrolling interest of subsidiary | – | – | – | – | – | – | – | – | – | (285) | (285) |
| Share-based compensation | – | – | 16,694 | – | – | – | – | – | 16,694 | – | 16,694 |
| Pension liability adjustment and settlement, net of tax | – | – | – | – | – | – | – | 10,541 | 10,541 | – | 10,541 |
| Redemption value adjustment | – | – | – | – | – | – | 1,253 | – | 1,253 | – | 1,253 |
| Net income | – | – | – | – | – | – | 252,007 | – | 252,007 | 226 | 252,233 |
| **Balance at December 31, 2019** | 71,667,726 | $ 717 | $ 498,866 | (9,103,013) | $(324,551) | $ (202,116) | $ 1,084,383 | $ (24,917) | $ 1,032,382 | $ 469 | $ 1,032,851 |
| Accounting standard adoption impact | – | – | – | – | – | – | (1,147) | – | (1,147) | – | (1,147) |
| Unrealized loss on interest rate swaps, net of tax of ($4,826) | – | – | – | – | – | – | – | (14,285) | (14,285) | – | (14,285) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 4,948 | 4,948 | (29) | 4,919 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 356,603 | 4 | 5,793 | – | – | – | – | – | 5,797 | – | 5,797 |
| Net share settlement of restricted stock awards | – | – | – | (70,718) | (7,613) | – | – | – | (7,613) | – | (7,613) |
| Share-based compensation | – | – | 20,882 | – | – | – | – | – | 20,882 | – | 20,882 |
| Redemption value adjustment | – | – | – | – | – | – | (1,247) | – | (1,247) | – | (1,247) |
| Net income | – | – | – | – | – | – | 350,576 | – | 350,576 | (529) | 350,047 |
| **Balance at December 31, 2020** | 72,024,329 | $ 721 | $ 525,541 | (9,173,731) | $(332,164) | $ (202,116) | $ 1,432,565 | $ (34,254) | $ 1,390,293 | $ (89) | $ 1,390,204 |
| Change in noncontrolling interest share | – | – | – | – | – | – | – | – | – | (96) | (96) |
| Unrealized gain on interest rate swaps, net of tax of $6,933 | – | – | – | – | – | – | – | 20,529 | 20,529 | – | 20,529 |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (41,030) | (41,030) | (3) | (41,033) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 331,048 | 3 | 7,073 | – | – | – | – | – | 7,076 | – | 7,076 |
| Common stock issued for business combination | 30,640 | 1 | 12,000 | – | – | – | – | – | 12,001 | – | 12,001 |
| Treasury stock issued for business combination | – | – | 384,371 | 937,283 | 36,403 | – | – | – | 420,774 | – | 420,774 |
| Net share settlement of restricted stock awards | – | – | – | (80,583) | (27,223) | – | – | – | (27,223) | – | (27,223) |
| Stock repurchases | – | – | – | (350,000) | (125,992) | – | – | – | (125,992) | – | (125,992) |
| Share-based compensation | – | – | 23,954 | – | – | – | – | – | 23,954 | – | 23,954 |
| Redemption value adjustment | – | – | – | – | – | – | (17,102) | – | (17,102) | – | (17,102) |
| Net income | – | – | – | – | – | – | 550,494 | – | 550,494 | 501 | 550,995 |
| **Balance at December 31, 2021** | 72,386,017 | $ 725 | $ 952,939 | (8,667,031) | $(448,976) | $ (202,116) | $ 1,965,957 | $ (54,755) | $ 2,213,774 | $ 313 | $ 2,214,087 |

*See notes to consolidated financial statements.*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 49 of 650    Document 49

### Generac Holdings Inc.
### Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| **Operating activities** | | | | | | |
| Net income | $ | 556,569 | $ | 347,218 | $ | 252,308 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | | |
| Depreciation | | 42,155 | | 36,493 | | 32,265 |
| Amortization of intangible assets | | 49,886 | | 32,280 | | 28,644 |
| Amortization of original issue discount and deferred financing costs | | 2,589 | | 2,598 | | 4,712 |
| Loss on extinguishment of debt | | 831 | | – | | 926 |
| Loss on pension settlement | | – | | – | | 10,920 |
| Deferred income taxes | | (2,096) | | 21,195 | | 18,733 |
| Share-based compensation expense | | 23,954 | | 20,882 | | 16,694 |
| Loss (gain) on disposal of assets | | (4,393) | | – | | – |
| Other | | 206 | | 7,145 | | 1,086 |
| Net changes in operating assets and liabilities, net of acquisitions: | | | | | | |
| Accounts receivable | | (131,861) | | (55,976) | | 8,231 |
| Inventories | | (470,991) | | (77,983) | | 26,369 |
| Other assets | | (819) | | 12,859 | | (358) |
| Accounts payable | | 297,323 | | 66,040 | | (69,404) |
| Accrued wages and employee benefits | | 5,814 | | 20,157 | | (3,724) |
| Other accrued liabilities | | 73,798 | | 60,593 | | (16,252) |
| Excess tax benefits from equity awards | | (31,809) | | (6,968) | | (2,263) |
| Net cash provided by operating activities | | 411,156 | | 486,533 | | 308,887 |
| | | | | | | |
| **Investing activities** | | | | | | |
| Proceeds from sale of property and equipment | | 259 | | 179 | | 95 |
| Proceeds from sale of investment | | 4,968 | | – | | – |
| Proceeds from beneficial interest in securitization transactions | | 4,609 | | 2,651 | | 2,630 |
| Contribution to equity method investment | | (3,660) | | – | | – |
| Expenditures for property and equipment | | (109,992) | | (62,128) | | (60,802) |
| Acquisition of businesses, net of cash acquired | | (713,471) | | (64,797) | | (112,001) |
| Net cash used in investing activities | | (817,287) | | (124,095) | | (170,078) |
| | | | | | | |
| **Financing activities** | | | | | | |
| Proceeds from short-term borrowings | | 272,818 | | 257,593 | | 73,340 |
| Proceeds from long-term borrowings | | 150,088 | | 277 | | 1,660 |
| Repayments of short-term borrowings | | (239,113) | | (277,719) | | (59,518) |
| Repayments of long-term borrowings and finance lease obligations | | (108,556) | | (4,758) | | (53,049) |
| Stock repurchases | | (125,992) | | – | | – |
| Payment of contingent acquisition consideration | | (3,750) | | (4,000) | | (5,550) |
| Payment of debt issuance costs | | (1,185) | | – | | (1,473) |
| Purchase of additional ownership interest | | (27,164) | | – | | – |
| Cash dividends paid to noncontrolling interest of subsidiary | | – | | – | | (285) |
| Taxes paid related to equity awards | | (58,903) | | (14,910) | | (6,438) |
| Proceeds from the exercise of stock options | | 38,787 | | 13,089 | | 9,395 |
| Net cash used in financing activities | | (102,970) | | (30,428) | | (41,918) |
| | | | | | | |
| Effect of exchange rate changes on cash and cash equivalents | | 1,312 | | 235 | | 1,510 |
| | | | | | | |
| Net (decrease) increase in cash and cash equivalents | | (507,789) | | 332,245 | | 98,401 |
| Cash and cash equivalents at beginning of period | | 655,128 | | 322,883 | | 224,482 |
| Cash and cash equivalents at end of period | $ | 147,339 | $ | 655,128 | $ | 322,883 |
| | | | | | | |
| **Supplemental disclosure of cash flow information** | | | | | | |
| **Cash paid during the period** | | | | | | |
| Interest | $ | 27,842 | $ | 28,765 | $ | 35,465 |
| Income taxes | | 156,728 | | 61,861 | | 61,767 |

*See notes to consolidated financial statements.*

**Generac Holdings Inc.**
**Notes to Consolidated Financial Statements**
**Years Ended December 31, 2021, 2020 and 2019**
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

## 1. Description of Business

Founded in 1959, Generac Holdings Inc. (the Company) is a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, light commercial and industrial markets. Generac's power products and solutions are available globally through a broad network of independent dealers, distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies, as well as sold direct to certain end user customers.

Over the years, the Company has executed a number of acquisitions that support its strategic plan (refer to Item 1 in this Annual Report on Form 10-K for discussion of our "Powering a Smarter World" strategic plan). A summary of acquisitions affecting the reporting periods presented include:

- In February 2019, the Company acquired a majority share of Captiva Energy Solutions Private Limited (Captiva). Captiva, founded in 2010 and headquartered in Kolkata, India, specializes in customized industrial generators for the India market.
- In March 2019, the Company acquired Neurio Technology Inc. (Neurio), founded in 2005 and headquartered in Vancouver, British Columbia. Neurio is a leading energy data company focused on metering technology and sophisticated analytics to optimize energy use within a home or business.
- In April 2019, the Company acquired Pika Energy, Inc. (Pika), founded in 2010 and located in Westbrook, Maine. Pika is a designer and manufacturer of battery storage technologies that capture and store solar or other power sources for homeowners and businesses, and is also a developer of advanced power electronics, software and controls for smart energy storage and management.
- In July 2020, the Company acquired West Coast Energy Systems LLC (Energy Systems), its industrial distributor in northern California. This addition enhances the Company's ability to serve the west coast markets for both commercial & industrial (C&I) and residential products.
- In September 2020, the Company acquired Mean Green Products, LLC (Mean Green), founded in 2009 and located in Ross, Ohio. Mean Green is a designer and manufacturer of commercial grade, battery-powered turf care products that provide quiet, zero emissions and reduced maintenance options as compared to traditional commercial mowers.
- In October 2020, the Company acquired Enbala Power Networks Inc. (Enbala), founded in 2003 and headquartered in Denver, Colorado. Enbala is one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids.
- In June 2021, the Company acquired Deep Sea Electronics Limited (Deep Sea), founded in 1975 and headquartered in Hunmanby, United Kingdom. Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions focused on the global power generation and transfer switch markets.
- In July 2021, the Company acquired Chilicon Power, LLC (Chilicon), a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. Based in Los Angeles, California, Chilicon's power inversion and monitoring system technologies maximize photovoltaic (solar power) system production, lower installer operational cost, and promote end-user satisfaction.
- In September 2021, the Company acquired Apricity Code Corporation (Apricity Code), an advanced engineering and product design company located in Bend, Oregon.
- In September 2021, the Company acquired Off Grid Energy Ltd (Off Grid Energy), a designer and manufacturer of industrial-grade mobile energy storage systems. Headquartered in Rugby, United Kingdom, Off Grid Energy offers a diverse range of energy storage solutions that provide cleaner and more flexible energy for industrial and mobile applications.
- In October 2021, the Company acquired Tank Utility, Inc. (Tank Utility). Headquartered in Boston, Massachusetts, Tank Utility is a provider of IoT propane tank monitoring that enables the optimization of propane fuel logistics.
- In December 2021, the Company acquired ecobee Inc. (ecobee), founded in 2007 and headquartered in Toronto, Canada. ecobee is a leader in sustainable home technology solutions including smart thermostats that deliver significant energy savings, security and peace of mind.

## 2. Summary of Accounting Policies

**Principles of Consolidation**

The consolidated financial statements include the accounts of the Company and its subsidiaries that are consolidated in conformity with U.S. GAAP. All intercompany amounts and transactions have been eliminated in consolidation.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

**Concentration of Credit Risk**

The Company maintains the majority of its domestic cash in a few commercial banks in multiple operating and investment accounts. Balances on deposit are insured by the Federal Deposit Insurance Corporation (FDIC) up to specified limits. Balances in excess of FDIC limits are uninsured.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 51 of 650    Document 49

One customer accounted for approximately 8% and 13% of accounts receivable at December 31, 2021 and 2020, respectively. No one customer accounted for greater than 6%, 6%, and 5%, of net sales during the years ended December 31, 2021, 2020, and 2019, respectively.

**Accounts Receivable and Allowance for Credit Losses**

The Company's trade and other receivables primarily arise from the sale of our products and services to independent residential dealers, industrial distributors and dealers, national and regional retailers, electrical/HVAC/solar wholesalers, e-commerce partners, equipment rental companies, equipment distributors, solar installers, utilities, and certain end users with payment terms generally ranging from 30 to 90 days. The Company evaluates the credit risk of a customer when extending credit based on a combination of various financial and qualitative factors that may affect the customers' ability to pay. These factors include the customer's financial condition, past payment experience, credit bureau information, and regional considerations.

Receivables are recorded at their face value amount less an allowance for credit losses. The Company maintains an allowance for credit losses, which represents an estimate of expected losses over the remaining contractual life of its receivables considering current market conditions and estimates for supportable forecasts when appropriate. The Company measures expected credit losses on its trade receivables on an entity by entity basis. The estimate of expected credit losses considers a historical loss experience rate that is adjusted for delinquency trends, collection experience, and/or economic risk where appropriate based on current market conditions. Additionally, management develops a specific allowance for trade receivables known to have a high risk of expected future credit loss.

The Company has historically experienced immaterial write-offs given the nature of the customers that receive credit. In addition, the Company holds a credit insurance plan that covers the risk of loss up to specified amounts on certain trade receivables. As of December 31, 2021, the Company had gross receivables of $ 558,491 and an allowance for credit losses of $12,025.

The following is a tabular reconciliation of the Company's allowance for credit losses:

|  | Year Ended December 31, 2021 |
| --- | --- |
| Balance at beginning of period | $ 12,001 |
| Established for Acquisitions | 1,458 |
| Provision for credit losses | 206 |
| Charge-offs | (1,198) |
| Currency translation | (442) |
| Balance at end of period | $ 12,025 |

**Inventories**

Inventories are stated at the lower of cost or market, with cost determined using the first-in, first-out method.

**Property and Equipment**

Property and equipment are recorded at cost and are being depreciated using the straight-line method over the estimated useful lives of the assets, which are summarized below (in years). Costs of leasehold improvements are amortized over the lesser of the term of the lease (including renewal option periods) or the estimated useful lives of the improvements. Finance lease right of use assets are included in property and equipment. Refer to Note 10, "Leases," to the consolidated financial statements for the Company's lease disclosure.

| | | | |
| --- | --- | --- | --- |
| Land improvements | 8 | – | 20 |
| Buildings and improvements | 10 | – | 40 |
| Machinery and equipment | 3 | – | 15 |
| Dies and tools | 3 | – | 10 |
| Vehicles | 3 | – | 6 |
| Office equipment and systems | 3 | – | 15 |
| Leasehold improvements | 2 | – | 20 |

Total depreciation expense was $42,155, $36,493, and $32,265 for the years ended December 31, 2021, 2020 and 2019, respectively.

**Goodwill and Other Indefinite-Lived Intangible Assets**

Goodwill represents the excess of the purchase price over fair value of identifiable net assets acquired from business acquisitions. Goodwill is not amortized, but is reviewed for impairment on an annual basis and between annual tests if indicators of impairment are present. The Company evaluates goodwill for impairment annually as of October 31 or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable. The Company has the option to assess goodwill for impairment by performing either a qualitative assessment or quantitative test. The qualitative assessment determines whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If the Company determines that it is not more likely than not that the fair value of a reporting unit is less than its carrying amount, then the quantitative test is not required to be performed. If the Company determines that it is more likely than not that the fair value of a reporting unit is less than its carrying amount, the Company is required to perform the quantitative test. In the quantitative test, the calculated fair value of the reporting unit is compared to its book value including goodwill. If the fair value of the reporting unit is in excess of its book value, the related goodwill is not impaired. If the fair value of the reporting unit is less than its book value, an impairment loss is recognized in an amount equal to that excess, limited to the total amount of goodwill allocated to that reporting unit.

Other indefinite-lived intangible assets consist of certain tradenames. The Company tests the carrying value of these tradenames annually as of October 31, or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable, by comparing the assets' fair value to its carrying value. Fair value is measured using a relief-from-royalty approach, which assumes the fair value of the tradename is the discounted cash flows of the amount that would be paid had the Company not owned the tradename and instead licensed the tradename from another company.

The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2021, 2020 and 2019, and found no impairment.

**Impairment of Long-Lived Assets**

The Company periodically evaluates the carrying value of long-lived assets (excluding goodwill and indefinite-lived tradenames). Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. If the sum of the expected future undiscounted cash flows is less than the carrying amount of an asset, a loss is recognized for the difference between the fair value and carrying value of the asset.

44

**Debt Issuance Costs**

Debt discounts and direct costs incurred in connection with the issuance or amendment of long-term debt are deferred and recorded as a reduction of outstanding debt and amortized to interest expense using the effective interest method over the terms of the related credit agreements. $2,589, $2,598, and $4,712 of deferred financing costs and original issue discount were amortized to interest expense during fiscal years 2021, 2020 and 2019, respectively. Excluding the impact of any future long-term debt issuances or prepayments, estimated amortization to interest expense for the next five years is as follows: 2022 - $2,603; 2023 - $2,652; 2024 - $2,709; 2025 - $2,753; 2026 - $2,499.

**Income Taxes**

The Company is a C Corporation and therefore accounts for income taxes pursuant to the liability method. Accordingly, the current or deferred tax consequences of a transaction are measured by applying the provision of enacted tax laws to determine the amount of taxes payable currently or in future years. Deferred income taxes are provided for temporary differences between the income tax bases of assets and liabilities and their carrying amounts for financial reporting purposes. In assessing the realizability of deferred tax assets, the Company considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. The Company considers taxable income in prior carryback years, the scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies, as appropriate, in making this assessment.

**Revenue Recognition**

The Company's revenues primarily consist of product sales to its customers. The Company considers the purchase orders, which in some cases are governed by master sales agreements, to be the contracts with the customers. For each contract, the Company considers the commitment to transfer products, each of which is distinct, to be the identified performance obligations. Revenue is measured as the amount of consideration the Company expects to be entitled in exchange for the transfer of product, which is generally the price stated in the contract specific for each item sold, adjusted for the value of expected returns, discounts, rebates, or other promotional incentives or allowances offered to our customers. Expected returns for damaged or defective product are estimated using the expected value method based upon historical product return experience. Discounts and rebates offered to customers are typically defined in the master sales agreements with customers and, therefore, are recorded using the most likely amount method based on the terms of the contract. Promotional incentives are defined programs offered for short, specific periods of time and are estimated using the expected value method based upon historical experience. The Company does not expect the transaction price for revenue recognized will be subject to a significant revenue reversal. As the Company's product sale contracts and standard payment terms have a duration of less than one year, it uses the practical expedient applicable to such contracts and does not consider the time value of money. Sales, use, value add and other similar taxes assessed by governmental authorities and collected concurrent with revenue-producing activities are excluded from revenue. The Company has elected to recognize the cost for freight activities when control of the product has transferred to the customer as an expense within cost of goods sold in the consolidated statements of comprehensive income. Product revenues are recognized at the point in time when control of the product is transferred to the customer, which typically occurs upon shipment or delivery to the customer. To determine when control has transferred, the Company considers if there is a present right to payment and if legal title, physical possession, and the significant risks and rewards of ownership of the asset has transferred to the customer. As a substantial portion of the Company's product revenues are recognized at a point in time, the amount of unsatisfied performance obligations at each period end is not material. The Company's contracts have an original expected duration of one year or less. As a result, the Company has elected to use the practical expedient to not disclose its remaining performance obligations.

At the request of certain customers, the Company will warehouse inventory billed to the customer but not delivered. Unless all revenue recognition criteria have been met, the Company does not recognize revenue on these transactions until the customer takes possession of the product.

While the Company's standard payment terms are less than one year, the specific payment terms and conditions in its customer contracts vary. In some cases, customers prepay for their goods; in other cases, after appropriate credit evaluation, an open credit line is granted and payment is due in arrears. Contracts with payment in arrears are recognized in the consolidated balance sheets as accounts receivable upon revenue recognition, while contracts where customers pay in advance are recognized as customer deposits and recorded in other accrued liabilities in the consolidated balance sheets until revenue is recognized. The balance of customer deposits (contract liabilities) was $27,388 and $25,710 at December 31, 2021 and December 31, 2020, respectively. During the year ended December 31, 2021, the Company recognized revenue of $25,184 related to amounts included in the December 31, 2020 customer deposit balance. The Company typically recognizes revenue within one year of the receipt of the customer deposit.

45

The Company offers standard warranty coverage on substantially all products that it sells and accounts for this standard warranty coverage as an assurance warranty. As such, no transaction price is allocated to the standard warranty, and the Company records a liability for product warranty obligations at the time of sale to a customer based upon historical warranty experience. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's standard warranties.

The Company also sells extended warranty coverage for certain products, which it accounts for as service warranties. In most cases, the extended warranty is sold as a separate contract. As such, extended warranty sales are considered a separate performance obligation, and the extended warranty transaction is separate and distinct from the product. The extended warranty transaction price is initially recorded as deferred revenue in the consolidated balance sheets and amortized on a straight-line basis to net sales in the consolidated statements of comprehensive income over the life of the contracts following the standard warranty period. For extended warranty contracts that the Company sells under a third-party marketing agreement, it is required to pay fees to the third-party service provider and classifies these fees as costs to obtain a contract. The contract costs are deferred and recorded as other assets in the consolidated balance sheets. The deferred contract costs are amortized to net sales in the consolidated statements of comprehensive income consistent with how the related deferred revenue is recognized. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's extended warranties.

In addition to extended warranties, the Company offers other services, including remote monitoring, installation, maintenance and grid services to utilities in certain circumstances. Total service revenues accounted for less than two percent of revenue during the year ended December 31, 2021.

Refer to Note 7, "Segment Reporting," to the consolidated financial statements for the Company's disaggregated revenue disclosure. The information discussed above is applicable to each of the Company's product classes.

**Advertising and Co-Op Advertising**

Expenditures for advertising, included in selling and service expenses in the consolidated statements of comprehensive income, are expensed as incurred. Expenditures for advertising production costs are expensed when the related advertisement is first run. Expenditures for Co-Op advertising are expensed when claimed by the customer. Total expenditures for advertising were $66,660, $53,678, and $44,153 for the years ended December 31, 2021, 2020 and 2019, respectively.

**Research and Development**

The Company expenses research and development costs as incurred. Total expenditures incurred for research and development were $104,303, $80,251, and $68,394 for the years ended December 31, 2021, 2020 and 2019, respectively.

**Foreign Currency Translation and Transactions**

Balance sheet amounts for non-U.S. Dollar functional currency subsidiaries are translated into U.S. Dollars at the rates of exchange in effect at the end of the fiscal year. Income and expenses incurred in a foreign currency are translated at the average rates of exchange in effect during the year. The related translation adjustments are made directly to accumulated other comprehensive loss, a component of stockholders' equity, in the consolidated balance sheets. Gains and losses from foreign currency transactions are recognized as incurred in the consolidated statements of comprehensive income.

**Fair Value of Financial Instruments**

ASC 820-10, *Fair Value Measurement,* defines fair value, establishes a consistent framework for measuring fair value, and expands disclosure for each major asset and liability category measured at fair value on either a recurring basis or nonrecurring basis. ASC 820-10 clarifies that fair value is an exit price, representing the amount that would be received in the sale of an asset or paid to transfer a liability in an orderly transaction between market participants. As such, fair value is a market-based measurement that should be determined based on assumptions that market participants would use in pricing an asset or liability. As a basis for considering such assumptions, the pronouncement establishes a three-tier fair value hierarchy, which prioritizes the inputs used in measuring fair value as follows: (Level 1) observable inputs such as quoted prices in active markets; (Level 2) inputs, other than the quoted prices in active markets, that are observable either directly or indirectly; and (Level 3) unobservable inputs in which there is little or no market data, which require the reporting entity to develop its own assumptions.

The Company believes the carrying amount of its financial instruments (cash and cash equivalents, accounts receivable, accounts payable, accrued liabilities, short-term borrowings and ABL facility borrowings), excluding Term Loan borrowings, approximates the fair value of these instruments based upon their short-term nature. The fair value of Term Loan borrowings, which have an aggregate carrying value of $768,119, was approximately $782,925 (Level 2) at December 31, 2021, as calculated based on independent valuations whose inputs and significant value drivers are observable.

For the fair value of the assets and liabilities measured on a recurring basis, refer to the fair value table in Note 5, "Derivative Instruments and Hedging Activities," to the consolidated financial statements. The fair value of all derivative contracts is classified as Level 2. The valuation techniques used to measure the fair value of derivative contracts, all of which have counterparties with high credit ratings, were based on quoted market prices or model driven valuations using significant inputs derived from or corroborated by observable market data. The fair value of derivative contracts considers the Company's credit risk in accordance with ASC 820-10.

### Contingent Consideration

Certain of the Company's business combinations involve potential payment of future consideration that is contingent upon the achievement of certain milestones. As part of purchase accounting, a liability is recorded for the estimated fair value of the contingent consideration on the acquisition date. The fair value of the contingent consideration is remeasured at each reporting period, and the change in fair value is recognized within general and administrative expenses in the Company's consolidated statements of comprehensive income. This fair value measurement of contingent consideration is categorized as a Level 3 liability, as the measurement amount is based primarily on significant inputs that are not observable in the market.

The fair value of contingent consideration as of December 31, 2021 and December 31, 2020 was $146,759 and $ 5,888, respectively. At December 31, 2021, the Company recorded $68,665 in other accrued liabilities and $78,094 in other long-term liabilities in the consolidated balance sheets. At December 31, 2020, the Company recorded $5,888 in other accrued liabilities in the consolidated balance sheets.

The following table provides a reconciliation of the activity for contingent consideration:

| | | |
|---|---:|---:|
| Beginning balance, January 1, 2021 | $ | 5,888 |
| Purchase price contingent consideration (1) | | 149,761 |
| Changes in fair value | | (6,002) |
| Present value interest accretion | | 862 |
| Payments | | (3,750) |
| Ending balance, December 31, 2021 | $ | 146,759 |

(1) The increase in the contingent consideration liability is due to the contingent consideration associated with the acquisitions of Chilicon, Off Grid Energy, and ecobee. Refer to Note 3, "Acquisitions," to the consolidated financial statements for further information.

### Use of Estimates

The preparation of the consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Derivative Instruments and Hedging Activities

The Company records all derivatives in accordance with ASC 815, *Derivatives and Hedging,* which requires derivative instruments to be reported in the consolidated balance sheets at fair value and establishes criteria for designation and effectiveness of hedging relationships. The Company is exposed to market risk such as changes in commodity prices, foreign currencies and interest rates. The Company does not hold or issue derivative financial instruments for trading purposes. Refer to Item 7A of this Annual Report on Form 10-K for further information on the Company's derivatives.

### Share-Based Compensation

Share-based compensation expense, including stock options and restricted stock awards, is generally recognized on a straight-line basis over the vesting period based on the fair value of awards which are expected to vest. The fair value of all share-based awards is estimated on the date of grant. Refer to Note 17, "Share Plans," to the consolidated financial statements for further information on the Company's share-based compensation plans and accounting.

### Acquisition related costs

Acquisition related costs are external costs the Company incurs to effect a business combination including legal fees, professional and advisory services, transaction taxes such as stamp tax, and insurance premiums. The Company accounts for acquisition related costs as expense in the period in which the costs are incurred and the services are received. Total acquisition related costs were $21,465, $1,411, and $1,851 for the years ended December 31, 2021, 2020 and 2019, respectively.

Certain immaterial reclassifications have been made to the Company's historical financial statements as the Company has elected to report acquisition related costs as a separate line item in its Consolidated Statements of Comprehensive Income, within operating expenses. Previously, acquisition related costs were included in the general and administrative line item within operating expenses in the Consolidated Statements of Comprehensive Income. For the years ended December 31, 2020, and 2019, the Company reclassified $1,411 and $1,851, respectively, from general and administrative expenses to acquisition related costs in the Consolidated Statements of Comprehensive Income.

### New Accounting Pronouncements

Changes to GAAP are established by the Financial Accounting Standards Board (FASB) in the form of accounting standard updates ("ASUs") to the FASB Accounting Standards Codification (ASC). ASUs not listed below were assessed and determined to be either not applicable or are not expected to have a material impact on the Company's consolidated financial statements.

### Recently Adopted Accounting Standards

On October 1, 2021, the Company elected to early adopt ASU 2021-08, *Business Combinations – Accounting for Contract Assets and Contract Liabilities from Contracts with Customers*. This guidance was issued to improve the accounting for acquired revenue contracts with customers in a business combination by addressing diversity in practice and inconsistency related to the following: 1) recognition of an acquired contract liability; 2) payment terms and their effect on subsequent revenue recognized by the acquirer. Specifically, this guidance addresses how to determine whether a contract liability is recognized by the acquirer in a business combination as well as provides specific guidance on how to recognize and measure acquired contract assets and contract liabilities from revenue contracts in a business combination. The Company adopted this standard prospectively as of the date of adoption, meaning no prior period balances were impacted by the adoption. The adoption of the standard allows for the Company to apply ASC 606, Revenue from Contracts with Customers, to recognize and measure contract assets and contract liabilities on the acquisition date, which the Company applied to all of its current year acquisitions. Refer to Note 3 "Acquisitions," to the consolidated financial statements, for further information regarding the Company's acquisitions and purchase price allocations.

### 3. Acquisitions

*Fiscal 2021*

**Acquisition of Deep Sea**

On June 1, 2021, the Company acquired Deep Sea for a purchase price, net of cash acquired, of $420,700. Headquartered in Hunmanby, United Kingdom, Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions focused on the global power generation and transfer switch markets. The acquisition purchase price was funded solely through cash on hand.

The Company recorded its preliminary purchase price allocation during the second quarter of 2021, and was updated in the third and fourth quarters of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $437,864 of intangible assets, including $266,427 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Deep Sea from the date of acquisition through December 31, 2021.

**Acquisition of Chilicon**

On July 2, 2021, the Company acquired Chilicon for a purchase price, net of cash acquired, of $61,129. Based in Los Angeles, California, Chilicon is a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. Chilicon's power inversion and monitoring system technologies maximize photovoltaic (solar power) system production, lower installer operational cost, and promote end-user satisfaction. The fair value of the consideration transferred consisted of the following:

| | | |
|---|---|---:|
| Cash | $ | 11,821 |
| Deferred cash payment (1) | | 6,000 |
| Common stock issued | | 12,000 |
| Contingent consideration (2) | | 31,308 |
| Total purchase price | $ | 61,129 |

(1) Payable on the third business day after December 31, 2023.
(2) Payable within 45 calendar days following the conclusion of the earnout period, December 31, 2025. To be paid in the form of common stock issued upon achievement of certain performance targets at the end of the earnout period.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021, and was updated in the fourth quarter of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $69,992 of intangible assets, including $37,492 of goodwill recorded in the Domestic segment, as of the acquisition date. The goodwill ascribed to the Chilicon acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Chilicon from the date of acquisition through December 31, 2021.

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $53,438, net of cash acquired and inclusive of estimated contingent consideration of $29,054 that is to be paid in cash upon achievement of certain performance targets at the end of the earnout period, March 31, 2022. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021, and was updated in the fourth quarter of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $52,565 of intangible assets, including $18,020 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Off Grid Energy from the date of acquisition through December 31, 2021.

**Acquisition of ecobee**

On December 1, 2021, the Company acquired ecobee for a purchase price, net of cash acquired, of $734,638. Headquartered in Toronto, Canada, ecobee is a leader in sustainable home technology solutions including smart thermostats that deliver significant energy savings, security and peace of mind. The fair value of the consideration transferred consisted of the following:

| | | |
|---|---|---:|
| Cash | $ | 224,464 |
| Common stock issued | | 420,774 |
| Contingent consideration (1) | | 89,400 |
| Total purchase price | $ | 734,638 |

(1) To be paid in the form of common stock issued upon achievement of certain performance targets at the end of each of the two earnout periods, ending June 30, 2022, and June 30, 2023.

The Company recorded its preliminary purchase price allocation during the fourth quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $795,613 of intangible assets, including $231,213 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of ecobee from the date of acquisition through December 31, 2021.

**Other Acquisitions**

On September 1, 2021, the Company acquired Apricity Code, an advanced engineering and product design company located in Bend, Oregon.

On October 1, 2021, the Company acquired Tank Utility, a provider of IoT propane tank monitoring that enables the optimization of propane fuel logistics.

The combined purchase price for these acquisitions was $30,086 and was funded solely through cash on hand. The Company recorded its preliminary purchase price allocation for Apricity Code and Tank Utility during the third quarter and fourth quarter of 2021, respectively, based upon its estimates of the fair value of the acquired assets and assumed liabilities. The accompanying consolidated financial statements include the results of these two acquired businesses since the dates of acquisition through December 31, 2021.

48

*Fiscal 2020*

**Acquisition of Enbala**

On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, of $41,982. The acquisition purchase price was funded solely through cash on hand.

The Company finalized its purchase price allocation during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $46,338 of intangible assets, including $27,038 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of Enbala from the date of acquisition through December 31, 2021.

**Other Acquisitions**

On July 1, 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

On September 1, 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

The combined purchase price for these acquisitions was $22,958 and was funded solely through cash on hand. The Company finalized its purchase price allocation for these two acquisitions during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. The accompanying consolidated financial statements include the results of the acquired businesses since the dates of acquisition through December 31, 2021.

*Fiscal 2019*

**Acquisition of Pika**

On April 26, 2019, the Company acquired Pika for a purchase price, net of cash acquired, of $49,068. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Pika purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $58,196 of intangible assets, including $19,896 of goodwill recorded in the Domestic segment, as of the acquisition date. The goodwill ascribed to the acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Pika from the date of acquisition through December 31, 2021.

**Acquisition of Neurio**

On March 12, 2019, the Company acquired Neurio for a purchase price of $59,071, net of cash acquired and inclusive of a deferred payment of $7,922 which was made during the third quarter of 2019. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Neurio purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $58,762 of intangible assets, including $17,862 of goodwill recorded in the Domestic segment, as of the acquisition date. Substantially all of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of Neurio from the date of acquisition through December 31, 2021.

**Other Acquisitions**

In February 2019, the Company acquired a majority share of Captiva, a manufacturer of customized industrial generators in Kolkata, India. The purchase price was immaterial to the Company and was funded solely through cash on hand. The accompanying consolidated financial statements include the results of the acquired business from the date of acquisition through December 31, 2021.

*Summary Purchase Price Allocations*

The fair values assigned to certain assets acquired and liabilities assumed for all acquisitions completed during the reporting period, as of the acquisition dates, are as follows:

| | 2021 Acquisitions | | | | 2020 Acquisitions | 2019 Acquisitions |
| --- | --- | --- | --- | --- | --- | --- |
| | Deep Sea | ecobee | All Other | Total | | |
| Accounts receivable | $ 9,574 | $ 23,337 | $ 13,853 | $ 46,764 | $ 5,094 | $ 4,643 |
| Inventories | 9,970 | 7,258 | 7,034 | 24,262 | 3,575 | 4,313 |
| Prepaid expenses and other assets | 826 | 5,531 | 6,594 | 12,951 | 858 | 304 |
| Property and equipment | 8,838 | 12,838 | 480 | 22,156 | 635 | 384 |
| Intangible assets | 171,437 | 564,400 | 74,394 | 810,231 | 26,235 | 79,200 |
| Goodwill | 266,427 | 231,213 | 82,121 | 579,761 | 40,395 | 41,428 |
| Deferred income taxes | - | 52,329 | 6,547 | 58,876 | - | 3,217 |
| Other assets | 151 | 4,031 | 8,526 | 12,708 | 1,122 | 133 |
| Total assets acquired | 467,223 | 900,937 | 199,549 | 1,567,709 | 77,914 | 133,622 |
| | | | | | | |
| Accounts payable | 8,998 | 29,855 | 7,675 | 46,528 | 4,088 | 4,380 |
| Accrued wages and employee benefits | 2,106 | 1,354 | 862 | 4,322 | 700 | 4,408 |
| Other accrued liabilities | 2,272 | 18,830 | 18,258 | 39,360 | 2,151 | 602 |
| Short-term borrowings | - | - | 800 | 800 | - | |
| Current portion of long-term borrowings and finance lease obligations | - | 1,068 | 233 | 1,301 | - | 937 |
| Deferred income taxes | 33,057 | 81,429 | 18,169 | 132,655 | 3,827 | 9,958 |
| Other long-term liabilities | 90 | 24,097 | 7,275 | 31,462 | 2,208 | 778 |
| Long-term debt | - | 9,666 | 1,624 | 11,290 | - | - |
| Redeemable non-controlling interest | - | - | - | - | - | 3,165 |
| Net assets acquired | $ 420,700 | $ 734,638 | $ 144,653 | $ 1,299,991 | $ 64,940 | $ 109,394 |

The allocations of the purchase price to identifiable assets and liabilities for the 2021 acquisitions are based on the preliminary valuations performed to determine the fair value of the net assets as of their respective acquisition dates. The measurement period for the valuation of net assets acquired ends as soon as information on the facts and circumstances that existed as of the acquisition dates becomes available, but not to exceed 12 months following the acquisition date. As the Company finalizes valuations, adjustments in purchase price allocations may require a change in the amounts allocated to net assets acquired during the periods in which the adjustments are determined.

50

*Pro Forma Information*

The following unaudited pro forma information of the Company gives effect to all acquisitions as though the transactions had occurred on January 1, 2019. Refer to Note 1, "Description of Business," for further information on the acquisitions included in the table.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| Net Sales: | | | | | | |
| As reported | $ | 3,737,184 | $ | 2,485,200 | $ | 2,204,336 |
| Pro forma | | 3,877,995 | | 2,712,813 | | 2,408,671 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc.: | | | | | | |
| As reported | $ | 550,494 | $ | 350,576 | $ | 252,007 |
| Pro forma (1) | | 465,983 | | 276,579 | | 135,778 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc. per common share - diluted | | | | | | |
| As reported | $ | 8.30 | $ | 5.48 | $ | 4.03 |
| Pro forma | | 7.16 | | 4.29 | | 2.15 |

(1) Includes additional pro forma intangible amortization from the effect of all acquisitions as though the transactions had occurred on January 1, 2019 of $63,524, $78,840, and $83,100 for the years ended December 31, 2021, 2020, and 2019, respectively

This unaudited pro forma information is presented for informational purposes only and is not necessarily indicative of the results of operations that actually would have been achieved had the acquisitions been consummated on January 1, 2019.

**4. Redeemable Noncontrolling Interest**

On March 1, 2016, the Company acquired a 65% ownership interest in PR Industrial S.r.l. and its subsidiaries (Pramac). The 35% noncontrolling interest in Pramac had an acquisition date fair value of $34,253, and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had the right to require the Company to redeem its interest in Pramac. In February 2019, the Company amended its agreement with the noncontrolling interest holder of Pramac, extending the agreement by five years, allowing the Company to exercise its call option rights in partial increments at certain times during the five year period, and providing that the noncontrolling interest holder no longer held the right to put its shares to the Company until April 1, 2021. The put and call option price is based on a multiple of earnings, subject to a floor and the terms of the acquisition agreement, as amended. In May 2021, the Company exercised its call option rights and paid a purchase price of $27,164 to purchase an additional 15% ownership interest in Pramac, bringing the Company's total ownership interest to 80%. The Company still holds its call option right to purchase the remaining 20% ownership interest in partial increments over the next three years.

On February 1, 2019, the Company acquired a 51% ownership interest in Captiva Energy Solutions, Ltd (Captiva). The 49% noncontrolling interest in Captiva has an acquisition date fair value of $3,165, and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had the right to require the Company to redeem its interest in Captiva. The noncontrolling interest holder has a put option to sell his interest to the Company any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The put option price is based on a multiple of earnings, subject to the terms of the acquisition. Further, the Company has a call option that it may redeem any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The call option price is based on a multiple of earnings, subject to the terms of the acquisition.

For both transactions, the redeemable noncontrolling interest is recorded at the greater of the initial fair value, increased or decreased for the noncontrolling interests' share of subsequent comprehensive income (loss), or the estimated redemption value, with any adjustments to the redemption value impacting retained earnings, but not net income. However, the redemption value adjustments are reflected in the earnings per share calculation, as detailed in Note 14, "Earnings Per Share," to the consolidated financial statements. The following table presents the changes in the redeemable noncontrolling interest:

| | | | Year Ended December 31, | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| Balance at beginning of period | $ | 66,207 | $ | 61,227 | $ | 61,004 |
| Acquisition of noncontrolling interest in Captiva | | - | | - | | 3,165 |
| Net income | | 5,574 | | (2,829) | | 75 |
| Foreign currency translation | | (3,669) | | 6,562 | | (1,764) |
| Purchase of additional ownership interest | | (27,164) | | - | | - |
| Redemption value adjustment | | 17,102 | | 1,247 | | (1,253) |
| Balance at end of period | $ | 58,050 | $ | 66,207 | $ | 61,227 |

## 5. Derivative Instruments and Hedging Activities

### Commodities

The Company is exposed to price fluctuations in commodities including steel, copper and aluminum; and periodically utilizes commodity derivatives to mitigate the impact of these potential price fluctuations on its financial results. These derivatives typically have maturities of less than eighteen months. At December 31, 2021, the Company had no commodity contracts outstanding. At December 31, 2020, the Company had one commodity contract outstanding.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in cost of goods sold in the Company's consolidated statements of comprehensive income. Net pre-tax gains (losses) recognized were $613, $2,185, and $(174) for the years ended December 31, 2021, 2020 and 2019, respectively.

### Foreign Currencies

The Company is exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar. The Company periodically utilizes foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. As of December 31, 2021 and 2020, the Company had eleven and forty-four foreign currency contracts outstanding, respectively.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in "other, net" in the Company's consolidated statements of comprehensive income. Net pre-tax gains (losses) recognized for the years ended December 31, 2021, 2020 and 2019 were $(416), $355, and $(1,195), respectively.

*Interest Rate Swaps*

In 2017, the Company entered into twenty interest rate swap agreements, eight of which were still outstanding as of December 31, 2021. In December 2019, in conjunction with the amendment to its Term Loan, the Company amended those interest rate swaps to remove the LIBOR floor, which also resulted in minor reductions to the future dated swap fixed rates. In March 2020, the Company entered into three additional interest rate swap agreements, bringing the total outstanding interest rate swaps to eleven as of December 31, 2021. The Company formally documented all relationships between interest rate hedging instruments and the related hedged items, as well as its risk-management objectives and strategies for undertaking these hedge transactions. These interest rate swap agreements qualify as cash flow hedges and therefore, the effective portions of the gains or losses are reported as a component of accumulated other comprehensive loss (AOCL) in the consolidated balance sheets. The amount of after-tax gains (losses) recognized for the years ended December 31, 2021, 2020 and 2019 were $20,529, $(14,285), and $(13,855), respectively. The cash flows of the swaps are recognized as adjustments to interest expense each period. The ineffective portions of the derivatives' changes in fair value, if any, are immediately recognized in earnings.

*Fair Value*

The following table presents the fair value of the Company's derivatives:

|  | December 31, 2021 | | December 31, 2020 |
|---|---|---|---|
| Commodity contract | $ | - | $ | 1,386 |
| Foreign currency contracts |  | (36) |  | (154) |
| Interest rate swaps |  | (2,074) |  | (29,536) |

The fair values of the foreign currency contracts and interest rate swaps are included in other accrued liabilities and other long-term liabilities in the consolidated balance sheet as of December 31, 2021. The fair value of the commodity contract is included in prepaid expenses and other current assets, and the fair values of the foreign currency contracts and interest rate swaps are included in other accrued liabilities and other long-term liabilities in the consolidated balance sheet as of December 31, 2020. Excluding the impact of credit risk, the fair value of the derivative contracts as of December 31, 2021 and 2020 is a liability of $2,148 and $28,667, respectively, which represents the net amount the Company would pay to exit all of the agreements on those dates.

## 6. Accumulated Other Comprehensive Loss

The following presents a tabular disclosure of changes in AOCL during the years ended December 31, 2021 and 2020, net of tax:

|  | Foreign Currency Translation Adjustments | | Unrealized Gain (Loss) on Cash Flow Hedges | | Total | |
|---|---|---|---|---|---|---|
| Beginning Balance – January 1, 2021 | $ | (11,674) | $ | (22,580) | $ | (34,254) |
| Other comprehensive income (loss) before reclassifications |  | (41,030) (1) |  | 20,529 (2) |  | (20,501) |
| Amounts reclassified from AOCL |  | - |  | - |  | - |
| Net current-period other comprehensive income (loss) |  | (41,030) |  | 20,529 |  | (20,501) |
| Ending Balance – December 31, 2021 | $ | (52,704) | $ | (2,051) | $ | (54,755) |

|  | Foreign Currency Translation Adjustments | | Unrealized Gain (Loss) on Cash Flow Hedges | | Total | |
|---|---|---|---|---|---|---|
| Beginning Balance – January 1, 2020 | $ | (16,622) | $ | (8,295) | $ | (24,917) |
| Other comprehensive income (loss) before reclassifications |  | 4,948 |  | (14,285) (3) |  | (9,337) |
| Amounts reclassified from AOCL |  | - |  | - |  | - |
| Net current-period other comprehensive income (loss) |  | 4,948 |  | (14,285) |  | (9,337) |
| Ending Balance – December 31, 2020 | $ | (11,674) | $ | (22,580) | $ | (34,254) |

(1) Represents unfavorable impact from the strengthening of the U.S. dollar against foreign currencies during the year ended December 31, 2021, particularly the Euro and British Pound.

(2) Represents unrealized gains of $27,462 on the interest rate swaps, net of tax effect of $(6,933) for the year ended December 31, 2021.

(3) Represents unrealized losses of $(19,111) on the interest rate swaps, net of tax effect of $4,826 for the year ended December 31, 2020.

53

**7. Segment Reporting**

The Company has

two reportable segments for financial reporting purposes – Domestic and International. The Domestic segment includes the legacy Generac business (excluding its traditional Latin American export operations), and the acquisitions that are based in the U.S. and Canada, all of which have revenues substantially derived from the U.S. and Canada. The International segment includes the legacy Generac business' Latin American export operations, and the Ottomotores, Tower Light, Pramac, Motortech, Selmec, Deep Sea, and Off Grid Energy acquisitions, all of which have revenues substantially derived from outside the U.S and Canada. Both reportable segments design and manufacture a wide range of energy technology solutions and other power products. The Company has multiple operating segments, which it aggregates into the two reportable segments, based on materially similar economic characteristics, products and solutions, production processes, classes of customers, distribution methods and regional considerations.

The Company's product offerings consist primarily of power generation equipment, energy storage systems, grid service solutions, and other power products geared for varying end customer uses. Residential products and C&I products are each a similar class of products based on similar power output and end customer. The breakout of net sales between residential, C&I, and other products by reportable segment is as follows:

| | Net Sales by Segment | | | | | |
| | Year Ended December 31, 2021 | | | | | |
| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 2,366,908 | $ | 89,857 | $ | 2,456,765 |
| Commercial & industrial products | | 556,520 | | 442,478 | | 998,998 |
| Other | | 240,622 | | 40,799 | | 281,421 |
| Total net sales | $ | 3,164,050 | $ | 573,134 | $ | 3,737,184 |

| | Year Ended December 31, 2020 | | | | | |
| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 1,495,383 | $ | 61,118 | $ | 1,556,501 |
| Commercial & industrial products | | 404,867 | | 296,884 | | 701,751 |
| Other | | 188,558 | | 38,390 | | 226,948 |
| Total net sales | $ | 2,088,808 | $ | 396,392 | $ | 2,485,200 |

| | Year Ended December 31, 2019 | | | | | |
| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 1,086,019 | $ | 57,704 | $ | 1,143,723 |
| Commercial & industrial products | | 513,482 | | 358,113 | | 871,595 |
| Other | | 143,397 | | 45,621 | | 189,018 |
| Total net sales | $ | 1,742,898 | $ | 461,438 | $ | 2,204,336 |

54

Residential products consist primarily of automatic home standby generators ranging in output from 7.5kW to 150kW, portable generators, energy storage systems, energy management solutions, and other outdoor power equipment. These products are predominantly sold through independent residential dealers, national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers. The residential products revenue consists of the sale of the product to our distribution partners, which in turn sell or rent the product to the end consumer, including installation and maintenance services. In some cases, residential products are sold direct to the end consumer. Substantially all of the residential products revenues are transferred to the customer at a point in time.

C&I products consist of larger output stationary generators used in C&I applications, with power outputs up to 3,250kW. Also included in C&I products are mobile generators, light towers, mobile energy storage, mobile heaters, mobile pumps, and controllers. These products are sold globally through industrial distributors and dealers, equipment rental companies and equipment distributors. The C&I products revenue consists of the sale of the product to our distribution partners, which in turn sell or rent the product to the end customer, including installation and maintenance services. In some cases, C&I products are sold direct to the end customer. Substantially all of the C&I products revenues are transferred to the customer at a point in time.

Other consists primarily of aftermarket service parts and product accessories sold to our customers, the amortization of extended warranty deferred revenue, remote monitoring and grid services subscription revenue, as well as certain installation and maintenance service revenue. The aftermarket service parts and product accessories are generally transferred to the customer at a point in time, while the extended warranty and subscription revenue are recognized over the life of the contract. Other service revenue is recognized when the service is performed.

Management evaluates the performance of its segments based primarily on Adjusted EBITDA, which is reconciled to Income before provision for income taxes below. The computation of Adjusted EBITDA is based on the definition that is contained in the Company's credit agreements.

| | Adjusted EBITDA | | | | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | | | |
| | **2021** | | **2020** | | **2019** | |
| Domestic | $ | 795,417 | $ | 563,394 | $ | 428,667 |
| International | | 66,008 | | 20,379 | | 25,448 |
| Total adjusted EBITDA | $ | 861,425 | $ | 583,773 | $ | 454,115 |
| | | | | | | |
| Interest expense | | (32,953) | | (32,991) | | (41,544) |
| Depreciation and amortization | | (92,041) | | (68,773) | | (60,767) |
| Non-cash write-down and other adjustments (1) | | 3,070 | | 327 | | (240) |
| Non-cash share-based compensation expense (2) | | (23,954) | | (20,882) | | (16,694) |
| Loss on extinguishment of debt (3) | | (831) | | - | | (926) |
| Loss on pension settlement (4) | | - | | - | | (10,920) |
| Transaction costs and credit facility fees (5) | | (22,357) | | (2,151) | | (2,724) |
| Business optimization and other charges (6) | | (33) | | (12,158) | | (1,572) |
| Other | | (800) | | (954) | | 879 |
| Income before provision for income taxes | $ | 691,526 | $ | 446,191 | $ | 319,607 |

(1) Includes gains/losses on disposals of assets and gains on certain investments, unrealized mark-to-market adjustments on commodity contracts, certain foreign currency related adjustments, and certain purchase accounting adjustments.
(2) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.
(3) Represents the non-cash write-off of original issue discount and deferred financing costs due to a voluntary prepayment of Term Loan debt.
(4) Represents pre-tax settlement charges related to the termination of the Company's domestic pension plan in the fourth quarter of 2019.
(5) Represents transaction costs incurred directly in connection with any investment (including acquisitions), as defined in our credit agreement, equity issuance, debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities.
(6) For the year ended December 31, 2020, represents severance, non-cash asset write-downs, and other charges to address the impact of the COVID-19 pandemic and decline in oil prices.

The following tables summarize additional financial information by reportable segment:

| | | Assets | | | | |
|---|---|---|---|---|---|---|
| | | | Year Ended December 31, | | | |
| | | 2021 | | 2020 | | 2019 |
| Domestic | $ | 3,742,101 | $ | 2,659,597 | $ | 2,123,251 |
| International | | 1,135,679 | | 575,826 | | 542,418 |
| Total | $ | 4,877,780 | $ | 3,235,423 | $ | 2,665,669 |

| | | Depreciation and Amortization | | | | |
|---|---|---|---|---|---|---|
| | | | Year Ended December 31, | | | |
| | | 2021 | | 2020 | | 2019 |
| Domestic | $ | 66,675 | $ | 53,020 | $ | 46,145 |
| International | | 25,366 | | 15,753 | | 14,764 |
| Total | $ | 92,041 | $ | 68,773 | $ | 60,909 |

| | | Capital Expenditures | | | | |
|---|---|---|---|---|---|---|
| | | | Year Ended December 31, | | | |
| | | 2021 | | 2020 | | 2019 |
| Domestic | $ | 100,672 | $ | 51,867 | $ | 36,007 |
| International | | 9,320 | | 10,261 | | 24,795 |
| Total | $ | 109,992 | $ | 62,128 | $ | 60,802 |

The Company's sales in the United States represent approximately 82%, 82%, and 75% of total sales for the years ended December 31, 2021, 2020 and 2019, respectively. Approximately 75% and 81% of the Company's identifiable long-lived assets are located in the United States as of December 31, 2021 and 2020, respectively.

8.  **Balance Sheet Details**

Inventories consist of the following:

| | | December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| Raw material | $ | 727,162 | $ | 375,516 |
| Work-in-process | | 10,756 | | 6,833 |
| Finished goods | | 351,787 | | 220,968 |
| Total | $ | 1,089,705 | $ | 603,317 |

56

As of December 31, 2021 and 2020, inventories totaling $
15,555 and $9,154, respectively, were on consignment at customer locations.

Property and equipment consists of the following:

| | December 31, | |
| | 2021 | 2020 |
| --- | ---: | ---: |
| Land and improvements | $ 26,137 | $ 18,363 |
| Buildings and improvements | 244,273 | 198,908 |
| Machinery and equipment | 186,611 | 153,696 |
| Dies and tools | 31,581 | 24,190 |
| Vehicles | 7,621 | 6,037 |
| Office equipment and systems | 125,048 | 107,923 |
| Leasehold improvements | 5,679 | 5,276 |
| Construction in progress | 47,602 | 30,227 |
| Gross property and equipment | 674,551 | 544,620 |
| Accumulated depreciation | (233,699) | (200,684) |
| Total | $ 440,852 | $ 343,936 |

Total property and equipment included finance leases of $36,776 and $27,269 at December 31, 2021 and 2020, respectively, primarily made up of buildings and improvements. Amortization of finance lease right of use assets is recorded within depreciation expense in the consolidated statements of comprehensive income. The initial measurement of new finance lease right of use assets is accounted for as a non-cash item in the consolidated statement of cash flows. Refer to Note 10, "Leases," for further information regarding the Company's accounting for leases under ASC 842, *Leases.*

9. **Goodwill and Intangible Assets**

The changes in the carrying amount of goodwill by reportable segment for the years ended December 31, 2021 and 2020 are as follows:

| | Domestic | International | Total |
| --- | ---: | ---: | ---: |
| Balance at December 31, 2019 | $ 659,209 | $ 146,075 | $ 805,284 |
| Acquisitions of businesses, net | 42,722 | - | 42,722 |
| Foreign currency translation | 604 | 6,618 | 7,222 |
| Balance at December 31, 2020 | 702,535 | 152,693 | 855,228 |
| Acquisitions of businesses, net | 293,614 | 284,447 | 578,061 |
| Foreign currency translation | (705) | (22,910) | (23,615) |
| Balance at December 31, 2021 | $ 995,444 | $ 414,230 | $ 1,409,674 |

Refer to Note 3, "Acquisitions," to the consolidated financial statements for further information regarding the Company's acquisitions.

The details of the gross goodwill applicable to each reportable segment at December 31, 2021 and 2020 are as follows:

| | Year Ended December 31, 2021 | | | Year Ended December 31, 2020 | | |
| | Gross | Accumulated Impairment | Net | Gross | Accumulated Impairment | Net |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Domestic | $ 1,498,637 | $ (503,193) | $ 995,444 | $ 1,205,728 | $ (503,193) | $ 702,535 |
| International | 418,841 | (4,611) | $ 414,230 | 157,304 | (4,611) | $ 152,693 |
| Total | $ 1,917,478 | $ (507,804) | $ 1,409,674 | $ 1,363,032 | $ (507,804) | $ 855,228 |

57

The following table summarizes intangible assets by major category as of December 31, 2021 and 2020:

| | Weighted Average Amortization Years | December 31, 2021 | | | December 31, 2020 | | |
|---|---|---|---|---|---|---|---|
| | | Gross | Accumulated Amortization | Net Book Value | Gross | Accumulated Amortization | Net Book Value |
| Finite-lived intangible assets: | | | | | | | |
| Tradenames | 14 | $ 162,563 | $ (47,353) | $ 115,210 | $ 58,729 | $ (40,891) | $ 17,838 |
| Customer lists | 11 | 573,910 | (335,188) | 238,722 | 370,736 | (321,531) | 49,205 |
| Patents and technology | 14 | 662,341 | (169,868) | 492,473 | 233,271 | (146,544) | 86,727 |
| Software | - | 1,046 | (1,046) | - | 1,046 | (1,046) | - |
| Non-compete/other | 5 | 79,416 | (12,980) | 66,436 | 16,469 | (6,537) | 9,932 |
| Total finite-lived intangible assets | | $ 1,479,276 | $ (566,435) | $ 912,841 | $ 680,251 | $ (516,549) | $ 163,702 |
| Indefinite-lived tradenames | | 128,321 | - | 128,321 | 128,321 | - | 128,321 |
| Total intangible assets | | $ 1,607,597 | $ (566,435) | $ 1,041,162 | $ 808,572 | $ (516,549) | $ 292,023 |

Amortization expense of intangible assets was $ 49,886, $32,280, and $28,644 in 2021, 2020 and 2019, respectively. Excluding the impact of any future acquisitions, the Company estimates amortization expense for the next five years will be as follows: 2022 - $105,577; 2023 - $101,076; 2024 - $95,444; 2025 - $91,218; 2026 - $84,337.

## 10. Leases

The Company determines if an arrangement is or contains a lease at contract inception. The Company recognizes a right of use ("ROU") asset and lease liability at the lease commencement date based on the present value of the lease payments over the lease term. As the Company's leases generally do not provide an implicit rate, the incremental borrowing rate is used to determine the present value of lease payments. The incremental borrowing rate is a collateralized rate determined based on the lease term, the Company's credit rating, and other market information available at the commencement date. The ROU asset also includes any lease payments made prior to the commencement date and is reduced by any lease incentives. The lease term may include options to extend or terminate the lease when it is reasonably certain that the Company will exercise that option. Lease expense for operating leases is recognized on a straight-line basis over the lease term, while lease expense for finance leases is recognized as depreciation and interest expense using the effective interest method. The Company's variable lease expense generally consists of property tax and insurance payments that are variable in nature, however, these amounts are immaterial to the consolidated financial statements and are therefore not separately reported.

The Company has lease agreements with both lease and nonlease components, which it elected to account for as a single lease component. However, the Company did not elect to apply the recognition exception for short-term leases. The Company is applying these elections to all asset classes.

The Company leases certain manufacturing facilities, distribution centers, office space, warehouses, automobiles, machinery and computer equipment globally under both finance and operating leases. The Company's leases have remaining lease terms of up to 20 years, of which certain leases, primarily within the buildings and improvements asset class, include options to extend the leases for up to 10 additional years. Further, the Company leases certain buildings from a noncontrolling interest holder, which the Company has determined to be arm's length transactions.

The Company is a lessor of certain of its C&I mobile products as part of a rental fleet, as well as two of its buildings that it leases to third parties. The lease income related to these arrangements is not material to the consolidated financial statements.

The Company records its operating lease cost and amortization of finance lease ROU assets within cost of goods sold or operating expenses in the consolidated statements of comprehensive income depending on the cost center of the underlying asset. The Company records its finance lease interest cost within interest expense in the consolidated statements of comprehensive income.

The components of total lease cost consist of the following:

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| | 2021 | | 2020 | 2019 |
| Operating lease cost | $ 22,432 | $ | 18,648 $ | 9,647 |
| Finance lease cost: | | | | |
| Amortization of ROU assets | 3,187 | | 2,587 | 2,531 |
| Interest on lease liabilities | 2,021 | | 2,237 | 2,227 |
| Total lease cost | $ 27,640 | $ | 23,472 $ | 14,405 |

As of January 1, 2019, the date of the adoption of ASU 2016-02, the Company recognized ROU assets and lease liabilities related to operating leases of $42,024 and $42,056, respectively, and there was no cumulative effect adjustment made to retained earnings. Supplemental balance sheet information related to the Company's leases is as follows:

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Operating Leases | | |
| Operating lease ROU assets (1) | $ 101,266 | $ 62,030 |
| | | |
| Operating lease liabilities - current (2) | $ 23,549 | $ 17,192 |
| Operating lease liabilities - noncurrent (3) | 80,370 | 46,558 |
| Total operating lease liabilities | $ 103,919 | $ 63,750 |
| | | |
| Finance Leases | | |
| Finance lease ROU assets, gross | $ 47,119 | $ 34,929 |
| Accumulated depreciation - finance lease ROU assets | (10,343) | (7,660) |
| Finance lease ROU assets, net (4) | $ 36,776 | $ 27,269 |
| | | |
| Finance lease liabilities - current (5) | $ 4,209 | $ 2,311 |
| Finance lease liabilities - noncurrent (6) | 34,966 | 25,060 |
| Total finance lease liabilities | $ 39,175 | $ 27,371 |

(1) Recorded in the operating lease and other assets line within the consolidated balance sheets
(2) Recorded in the other accrued liabilities line within the consolidated balance sheets
(3) Recorded in the operating lease and other long-term liabilities line within the consolidated balance sheets
(4) Recorded in the property and equipment, net line within the consolidated balance sheets
(5) Recorded in the current portion of long-term borrowings and finance lease obligations line within the consolidated balance sheets
(6) Recorded in the long-term borrowings and finance lease obligations line within the consolidated balance sheets

Supplemental cash flow information related to the Company's leases is as follows:

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| | 2021 | | 2020 | 2019 |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows from operating leases | $ 21,250 | $ | 18,412 $ | 10,125 |
| Operating cash flows from finance leases | 1,972 | | 1,871 | 1,864 |
| Financing cash flows from finance leases | 4,679 | | 3,957 | 3,237 |
| | | | | |
| ROU assets obtained in exchange for lease liabilities | | | | |
| Operating leases | 55,057 | | 41,678 | 4,021 |
| Finance leases | 4,026 | | 3,737 | 8,797 |

59

Weighted average remaining lease term and discount rate information related to the Company's leases as of December 31, 2021 and 2020 is as follows:

| | December 31, 2021 | December 31, 2020 |
|---|---|---|
| Weighted average remaining lease term (in years) | | |
| Operating Leases | 5.21 | 4.92 |
| Finance Leases | 11.94 | 12.90 |
| | | |
| Weighted average discount rate | | |
| Operating Leases | 3.58% | 4.48% |
| Finance Leases | 7.43% | 7.66% |

The maturities of the Company's lease liabilities as of December 31, 2021 are as follows:

As of December 31, 2021

| | Finance Leases | Operating Leases |
|---|---|---|
| 2022 | $ 7,085 | $ 26,615 |
| 2023 | 6,014 | 26,220 |
| 2024 | 5,835 | 25,062 |
| 2025 | 5,432 | 15,751 |
| 2026 | 5,091 | 6,469 |
| After 2026 | 30,646 | 15,047 |
| Total minimum lease payments | 60,103 | 115,164 |
| Interest component | (20,928) | (11,245) |
| Present value of minimum lease payments | $ 39,175 | $ 103,919 |

## 11. Product Warranty Obligations

The Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable. The following is a tabular reconciliation of the Company's standard product warranty liability accounted for as an assurance warranty:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Balance at beginning of period | $ 59,218 | $ 49,316 | $ 41,785 |
| Product warranty reserve assumed in acquisition | 3,932 | 124 | 1,062 |
| Payments | (42,682) | (33,496) | (26,096) |
| Provision for warranty issued | 69,280 | 42,093 | 32,060 |
| Changes in estimates for pre-existing warranties | 4,465 | 1,181 | 505 |
| Balance at end of period | $ 94,213 | $ 59,218 | $ 49,316 |

The Company also sells extended warranty coverage for certain products, which it accounts for as a service warranty. The sales of extended warranties are recorded as deferred revenue, and typically have a duration of five to ten years. The deferred revenue related to extended warranty coverage is amortized over the duration of the extended warranty contract period, following the standard warranty period, using the straight-line method. The Company believes the straight-line method is appropriate because the performance obligation is satisfied based on the passage of time. The amortization of deferred revenue is recorded to net sales in the consolidated statements of comprehensive income. The following is a tabular reconciliation of the deferred revenue related to extended warranty coverage:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| Balance at beginning of period | $ 89,788 | $ 78,738 | $ 68,340 |
| Extended warranty contracts issued | 41,560 | 26,968 | 24,483 |
| Amortization of extended warranty contracts | (19,701) | (15,918) | (14,085) |
| Balance at end of period | $ 111,647 | $ 89,788 | $ 78,738 |

The timing of recognition of the Company's deferred revenue balance related to extended warranties at December 31, 2021 is as follows:

| | | |
|---|---|---|
| 2022 | $ | 21,210 |
| 2023 | | 22,051 |
| 2024 | | 19,282 |
| 2025 | | 15,413 |
| After 2025 | | 33,691 |
| Total | $ | 111,647 |

The Company has a post-sale extended warranty marketing program with a third party. In the program's agreement, the Company is required to pay fees to the third-party service provider based on the number of extended warranty contracts that they sell, which it classifies as costs to obtain a contract. These fees are deferred and recorded as other assets in the consolidated balance sheets, and then amortized to net sales in the consolidated statements of comprehensive income over the same period that the underlying deferred revenue is recognized. The balance of deferred contract costs as of December 31, 2021 and 2020 was $ 8,479 and $6,869, respectively. Amortization of deferred contract costs recorded during the years ended December 31, 2021, 2020 and 2019 was $1,739, $1,303 and $869, respectively.

Standard product warranty obligations and extended warranty related deferred revenues are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | **2021** | | **2020** |
| Product warranty liability | | | | |
| Current portion - other accrued liabilities | $ | 59,052 | $ | 37,417 |
| Long-term portion - other long-term liabilities | | 35,161 | | 21,801 |
| Total | $ | 94,213 | $ | 59,218 |
| | | | | |
| Deferred revenue related to extended warranties | | | | |
| Current portion - other accrued liabilities | $ | 20,556 | $ | 18,857 |
| Long-term portion - other long-term liabilities | | 91,091 | | 70,931 |
| Total | $ | 111,647 | $ | 89,788 |

## 12. Credit Agreements

Short-term borrowings are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | **2021** | | **2020** |
| ABL facility | $ | - | $ | - |
| Other lines of credit | | 72,035 | | 39,282 |
| Total | $ | 72,035 | $ | 39,282 |

As of December 31, 2021 and 2020, short-term borrowings consisted of borrowings by the Company's foreign subsidiaries on local lines of credit.

Long-term borrowings are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | **2021** | | **2020** |
| Term loan | $ | 780,000 | $ | 830,000 |
| Original issue discount and deferred financing costs | | (13,214) | | (15,450) |
| ABL facility | | 100,000 | | - |
| Finance lease obligation | | 39,175 | | 27,371 |
| Other | | 2,060 | | 3,990 |
| Total | | 908,020 | | 845,911 |
| Less: current portion of debt | | 1,721 | | 1,836 |
| Less: current portion of finance lease obligation | | 4,209 | | 2,311 |
| Total | $ | 902,091 | $ | 841,764 |

61

Maturities of long-term borrowings outstanding at December 31, 2021, excluding finance lease obligations as their maturities are disclosed in Note 10, "Leases," and before considering original issue discount and deferred financing costs, are as follows:

| | | |
|---|---|---|
| 2022 | $ | 1,765 |
| 2023 | | 59 |
| 2024 | | 59 |
| 2025 | | 92 |
| 2026 | | 880,034 |
| After 2026 | | 51 |
| Total | $ | 882,060 |

The Company's credit agreements originally provided for a $1,200,000 term loan B credit facility (Term Loan) and currently include a $300,000 uncommitted incremental term loan facility. The maturity date of the Term Loan is currently December 13, 2026. The Term Loan is guaranteed by substantially all of the Company's wholly-owned domestic restricted subsidiaries, and is secured by associated collateral agreements which pledge a first priority lien on virtually all of the Company's assets, including fixed assets and intangibles, other than cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, which are secured by a second priority lien. The Term Loan initially bore interest at rates based upon either a base rate plus an applicable margin of 1.75% or adjusted LIBOR rate plus an applicable margin of 2.75%, subject to a LIBOR floor of 0.75%. Currently, the Term Loan bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75% without a LIBOR floor. The Term Loan agreement has been amended a number of times since inception.

In December 2019, the Company amended its Term Loan to extend the maturity date from May 31, 2023 to December 13, 2026, as well as to remove the LIBOR floor of 0.75% from the adjusted LIBOR rate. In connection with this amendment and in accordance with ASC 470-50, the Company capitalized $1,247 of fees paid to creditors as deferred financing costs on long-term borrowings and expensed $432 of transaction fees in the fourth quarter of 2019. Additionally, the Company made a voluntary prepayment of $49,000 on the Term Loan, which resulted in the write-off of $926 of original issue discount and capitalized debt issuance costs as a loss on extinguishment of debt in the consolidated statements of comprehensive income.

In connection with our Term Loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases.

The Term Loan does not require an Excess Cash Flow payment if the Company's net secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2021, the Company's net secured leverage ratio was 0.88 to 1.00 times, and the Company was in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

The Company's credit agreements also provide for a senior secured ABL revolving credit facility (ABL Facility). The maturity date of the ABL Facility is currently May 27, 2026. Borrowings under the ABL Facility are guaranteed by substantially all of the Company's wholly-owned domestic restricted subsidiaries, and are secured by associated collateral agreements which pledge a first priority lien on all cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, and a second priority lien on all other assets, including fixed assets and intangibles of the Company and certain domestic subsidiaries. ABL Facility borrowings initially bore interest at rates based upon either a base rate plus an applicable margin of 1.00% or adjusted LIBOR rate plus an applicable margin of 2.00%, in each case, subject to adjustments based upon average availability under the ABL Facility. Currently, the ABL Facility bears interest at rates based upon either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case subject to adjustments based upon average availability under the ABL Facility.

In May 2021, the Company amended the ABL Facility, increasing it from $300,000 to $500,000, raising its incremental capacity from $100,000 to $200,000, and extending the maturity date from June 12, 2023 to May 27, 2026 (Amended ABL Facility). In addition, the Amended ABL Facility modified the pricing by reducing certain applicable interest rates to either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case, based on average availability under the Amended ABL Facility. In connection with this amendment, the Company capitalized $920 of new debt issuance costs as deferred financing costs on long-term borrowings. At the same time, the Company also amended its Term Loan agreement to reflect the same amendments made to the ABL Facility.

In connection with the ABL Facility amendment in May 2021, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases.

In May 2021, the Company borrowed $50,000 under the Amended ABL Facility, the proceeds of which were used as a voluntary prepayment of the Term Loan. As a result of the prepayment of the Term Loan, the Company wrote-off $831 of original issue discount and capitalized debt issuance costs during the second quarter of 2021 as a loss on extinguishment of debt in the consolidated statements of comprehensive income. As of December 31, 2021, there was $100,000 outstanding under the ABL Facility, leaving $399,480 of availability, net of outstanding letters of credit.

### 13. Stock Repurchase Programs

In September 2018, the Company's Board of Directors approved a $250,000 stock repurchase program, which expired in October 2020. In September 2020, the Company's Board of Directors approved another stock repurchase program, which commenced on October 27, 2020, and allows for the repurchase of up to $250,000 of the Company's common stock over a 24-month period. The Company may repurchase its common stock from time to time, in amounts and at prices the Company deems appropriate, subject to market conditions and other considerations. The repurchases may be executed using open market purchases, privately negotiated agreements or other transactions. The actual timing, number and value of shares repurchased under the program will be determined by management at its discretion and will depend on a number of factors, including the market price of the Company's common stock, general market and economic conditions, applicable legal requirements, and compliance with the terms of the Company's outstanding indebtedness. The repurchases may be funded with cash on hand, available borrowings or proceeds from potential debt or other capital markets sources. The stock repurchase program may be suspended or discontinued at any time without prior notice. During the year ended December 31, 2021, the Company repurchased 350,000 shares of its common stock for $125,992, all funded with cash on hand. During the years ended December 31, 2020 and 2019, the Company did not repurchase any shares of its common stock. Since the inception of all stock repurchase programs (starting in August 2015), the Company has repurchased 9,026,706 shares of its common stock for $431,539 (at an average cost per share of $47.81), all funded with cash on hand.

### 14. Earnings Per Share

Basic earnings per share is calculated by dividing net income attributable to the common shareholders of the Company by the weighted average number of common shares outstanding during the period, exclusive of restricted shares. Except where the result would be anti-dilutive, diluted earnings per share is calculated by assuming the vesting of unvested restricted stock and the exercise of stock options. Refer to Note 4, "Redeemable Noncontrolling Interest," to the consolidated financial statements for further information regarding the accounting for redeemable noncontrolling interests.

The following table reconciles the numerator and the denominator used to calculate basic and diluted earnings per share:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| **Numerator** | | | | | | |
| Net income attributable to Generac Holdings Inc. | $ | 550,494 | $ | 350,576 | $ | 252,007 |
| Redeemable noncontrolling interest redemption value adjustment | | (17,102) | | (1,247) | | 1,253 |
| Net income attributable to common shareholders | $ | 533,392 | $ | 349,329 | $ | 253,260 |
| | | | | | | |
| **Denominator** | | | | | | |
| Weighted average shares, basic | | 62,686,001 | | 62,280,889 | | 61,926,986 |
| Dilutive effect of stock compensation awards (1) | | 1,534,603 | | 1,456,845 | | 938,460 |
| Dilutive effect of contingently issued shares | | 32,804 | | - | | - |
| Diluted shares | | 64,253,408 | | 63,737,734 | | 62,865,446 |
| | | | | | | |
| Net income attributable to common shareholders per share | | | | | | |
| Basic | $ | 8.51 | $ | 5.61 | $ | 4.09 |
| Diluted | $ | 8.30 | $ | 5.48 | $ | 4.03 |

(1) There were no awards with an anti-dilutive impact for the years ended December 31, 2021, 2020 and 2019.

**15. Income Taxes**

The Company's provision for income taxes consists of the following:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2021 | | 2020 | | 2019 |
| Current: | | | | | | |
| Federal | $ | 105,236 | $ | 62,714 | $ | 41,686 |
| State | | 21,295 | | 13,071 | | 4,211 |
| Foreign | | 10,536 | | 1,974 | | 2,660 |
| | | 137,067 | | 77,759 | | 48,557 |
| Deferred: | | | | | | |
| Federal | | 10,518 | | 20,452 | | 19,393 |
| State | | (3,728) | | 1,243 | | 1,390 |
| Foreign | | (7,863) | | (1,197) | | (1,263) |
| | | (1,073) | | 20,498 | | 19,520 |
| Change in valuation allowance | | (1,037) | | 716 | | (778) |
| Provision for income taxes | $ | 134,957 | $ | 98,973 | $ | 67,299 |

The Company files U.S. federal, U.S. state and foreign jurisdiction tax returns which are subject to examination up to the expiration of the statute of limitations. The Company believes the tax positions taken on its returns would be sustained upon an exam, or where a position is uncertain, adequate reserves have been recorded. As of December 31, 2021, the Company is no longer subject to income tax examinations for United States federal income taxes for tax years prior to 2018. Due to the carryforward of net operating losses and research & development credits, the Company's Wisconsin state income tax returns for tax years 2007 through 2020 remain open. In addition, the Company is subject to audit by various foreign taxing jurisdictions for tax years 2009 through 2020.

The Company is regularly under tax return examination by tax authorities in the various jurisdictions in which we operate. The Company is actively managing the examinations and working to address any open matters. While the Company does not believe any material taxes or penalties are due, there is a possibility that the ultimate tax outcome of an examination may result in differences from what was recorded. Such differences may affect the provision for income taxes in the period in which the determination is made, and could impact the Company's financial results.

64

Significant components of deferred tax assets and liabilities are as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| Deferred tax assets: | | | | |
| Accrued expenses | $ | 37,797 | $ | 24,358 |
| Deferred revenue | | 27,003 | | 15,851 |
| Inventories | | 14,907 | | 11,795 |
| Stock-based compensation | | 10,202 | | 8,348 |
| Operating loss and credit carryforwards | | 68,368 | | 31,275 |
| Bad debt | | 1,253 | | 1,633 |
| Other | | 12,203 | | 8,558 |
| Valuation allowance | | (7,874) | | (5,740) |
| Total deferred tax assets | | 163,859 | | 96,078 |
| | | | | |
| Deferred tax liabilities: | | | | |
| Goodwill and intangible assets | | 328,162 | | 171,831 |
| Depreciation | | 21,340 | | 33,716 |
| Debt refinancing costs | | 2,916 | | 3,544 |
| Prepaid expenses | | 1,664 | | 1,259 |
| Total deferred tax liabilities | | 354,082 | | 210,350 |
| | | | | |
| Net deferred tax liabilities | $ | (190,223) | $ | (114,272) |

As of December 31, 2021 and 2020, deferred tax assets of $
15,740 and $1,497, and deferred tax liabilities of $205,964 and $115,769, respectively, were reflected on the consolidated balance sheets.

The Company maintains a valuation allowance against the deferred tax assets when it is uncertain it will generate sufficient taxable income to utilize the asset. During 2021, the valuation allowance increased by $2,134 primarily due to foreign net operating losses which are unlikely to be utilized, partially offset by utilization of loss carryforwards in certain domestic and foreign subsidiaries.

At December 31, 2021, the Company had state manufacturing tax credit carryforwards of approximately $28,270, which expire between 2028 and 2035. The Company believes it will generate sufficient taxable income in these jurisdictions to fully utilize the credits prior to their expiration.

Changes in the Company's gross liability for unrecognized tax benefits, excluding interest and penalties, were as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| Unrecognized tax benefit, beginning of period | $ | 7,613 | $ | 6,720 |
| Increase in unrecognized tax benefit for positions taken in prior period | | 272 | | 332 |
| Increase in unrecognized tax benefit for positions taken in current period | | 990 | | 750 |
| Statute of limitation expirations | | (228) | | (189) |
| Settlements | | - | | - |
| Unrecognized tax benefit, end of period | $ | 8,647 | $ | 7,613 |

The unrecognized tax benefit as of December 31, 2021 and 2020, if recognized, would favorably impact the effective tax rate.

As of December 31, 2021 and 2020, total accrued interest of approximately $127 and $95, respectively, and accrued penalties of approximately $357 and $274, respectively, associated with net unrecognized tax benefits are included in the consolidated balance sheets. Interest and penalties are recorded as a component of income tax expense.

The Company does not expect a significant increase or decrease to the total amounts of unrecognized tax benefits related to continuing operations during the fiscal year ending December 31, 2022.

A reconciliation of the statutory tax rates and the effective tax rates for the years ended December 31, 2021, 2020 and 2019 are as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| U.S. statutory rate | 21.0% | 21.0% | 21.0% |
| State taxes | 4.3 | 4.3 | 4.3 |
| State tax rate differential | 0.0 | 0.0 | (1.0) |
| Research and development credits | (1.0) | (1.1) | (0.8) |
| State credits | (1.1) | (1.5) | (1.0) |
| Share-based compensation | (3.8) | (1.0) | (0.6) |
| Nondeductible U.S. compensation | 1.5 | 0.0 | 0.0 |
| Foreign tax deduction | (1.5) | 0.0 | 0.0 |
| Foreign deferred tax rate change | 1.2 | 0.0 | 0.0 |
| Other | (1.1) | 0.5 | (0.8) |
| Effective tax rate | 19.5% | 22.2% | 21.1% |

## 16. Benefit Plans

### Medical and Dental Plans

The Company maintains medical and dental benefit plans covering its full-time domestic employees and their dependents. These plans are partially or fully self-funded under which participant claims are obligations of the plan. These plans are funded through employer and employee contributions at a level sufficient to pay for the benefits provided by the plan. The Company's contributions to the plans were $
24,189, $24,617, and $18,290 for the years ended December 31, 2021, 2020 and 2019, respectively.

The Company's foreign subsidiaries participate in government sponsored medical benefit plans and other local plans. In certain cases, the Company purchases supplemental medical coverage for certain employees at these foreign locations. The expenses related to these plans are not material to the Company's consolidated financial statements.

### Savings Plan

The Company maintains a defined-contribution 401(k) savings plan for eligible domestic employees. Under the plan, employees may defer receipt of a portion of their eligible compensation. The Company may contribute a matching contribution of 50% of the first 6% of eligible compensation of employees that is deferred. The Company may also contribute a non-elective contribution for eligible employees employed on December 31, 2008 that were impacted by the freezing of the Company's pension plans. The Company's matching contributions are subject to vesting. Forfeitures may be applied against plan expenses and Company contributions. The Company recognized $6,725, $5,332, and $4,791 of expense related to these plans for the years ended December 31, 2021, 2020 and 2019, respectively.

### Pension Plans

Historically, the Company maintained noncontributory salaried and hourly pension plans (Pension Plans) covering certain domestic employees. The Pension Plans were frozen effective December 31, 2008. Effective December 31, 2018, the Pension Plans were merged into the same plan (Pension Plan), resulting in no change to benefits for participants. The benefits under the salaried plan were based upon years of service and the participants' defined final average monthly compensation. The benefits under the hourly plan were based on a unit amount at the date of termination multiplied by the participant's years of credited service.

In 2019, the Company completed the termination of its Pension Plan. In connection with the Company's activities to terminate the plan, lump sum distributions were made in the fourth quarter of 2019 to individuals who elected lump sum distributions, including rolling over their accounts to the Company's 401(k) savings plan. Also in the fourth quarter of 2019, annuity contracts were purchased to settle obligations for the remaining participants. Upon settlement of the pension liability, the Company reclassified related unrecognized pension losses recorded in AOCL to the consolidated statements of comprehensive income. As a result, the Company recorded pre-tax settlement charges of $10,920 in the fourth quarter of the year ended December 31, 2019.

Certain of the Company's foreign subsidiaries participate in local statutory defined benefit or other post-employment benefit plans. These plans provide benefits that are generally based on years of credited service and a percentage of the employee's eligible compensation earned throughout the applicable service period. Liabilities recorded under these plans are included in other long-term liabilities in the Company's consolidated balance sheets and are not material.

66

**17. Share Plans**

The Company adopted an equity incentive plan (the 2010 Plan) on February 10, 2010 in connection with its initial public offering. The 2010 Plan, as amended, allowed for granting of up to
9.1 million share-based awards to executives, directors and employees. Awards available for grant under the 2010 Plan included stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. Awards under the 2010 Plan ceased in June 2019. Total share-based compensation expense related to the 2010 Plan, net of estimated forfeitures, was $6,249, $11,681, and $15,738, for the years ended December 31, 2021, 2020 and 2019, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

On June 13, 2019, the stockholders of Generac Holdings Inc. approved the Company's 2019 Equity Incentive Plan (the 2019 Plan). Following the effectiveness of the 2019 Plan, no new awards may be made under the 2010 Plan. The 2019 Plan allows for granting of up to 2.7 million share-based awards to executives, directors and employees. Awards available for grant under the 2019 Plan include stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. Total share-based compensation expense related to the 2019 Plan, net of estimated forfeitures, was $17,705, $9,201 and $956 for the years ended December 31, 2021, 2020 and 2019, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Stock Options** - Stock options granted in 2021 have an exercise price between $323.66 per share and $438.83 per share; stock options granted in 2020 have an exercise price between $91.00 per share and $158.89 per share; and stock options granted in 2019 have an exercise price of $52.07 per share. Stock options vest in equal installments over four years, subject to the grantee's continued employment or service and expire ten years after the date of grant.

Stock option exercises can be net-share settled such that the Company withholds shares with value equivalent to the exercise price of the stock option awards plus the employees' minimum statutory obligation for the applicable income and other employment taxes. Total shares withheld were 8,608, 24,070, and 32,211 for the years ended December 31, 2021, 2020 and 2019, respectively, and were based on the value of the stock on the exercise dates. The net-share settlement has the effect of share repurchases by the Company as they reduce the number of shares that would have otherwise been issued.

Employees can also utilize a cashless for cash exercise of stock options, such that all exercised shares will be sold in the market immediately. Cash equivalent to the exercise price of the awards plus the employees' minimum statutory tax obligations is remitted to the Company, with the remaining cash being transferred to the employee. Total net proceeds from the cashless for cash exercise of stock options were $38,787, $13,089, and $9,395 for the years ended December 31, 2021, 2020 and 2019, respectively, and are reflected as a financing activity in the consolidated statements of cash flows.

Total payments made by the Company to the taxing authorities for the employees' tax obligations related to stock option exercises were $31,680, $7,297, and $3,360 for the years ended December 31, 2021, 2020 and 2019, respectively, and are reflected as a financing activity in the consolidated statements of cash flows.

The grant-date fair value of each option grant is estimated using the Black-Scholes-Merton option pricing model. The fair value is then amortized on a straight-line basis over the requisite service period of the awards, which is generally the vesting period. Use of a valuation model requires management to make certain assumptions with respect to selected model inputs. Expected volatility is calculated based on an analysis of historic volatility of the Company's stock price. The average expected life is based on the contractual term of the option using the simplified method. The risk-free interest rate is based on U.S. Treasury zero-coupon issues with a remaining term equal to the expected life assumed at the date of grant. The compensation expense recognized is net of estimated forfeitures. Forfeitures are estimated based on actual share option forfeiture history and are trued up upon vesting based on actual forfeiture activity.

The weighted-average assumptions used in the Black-Scholes-Merton option pricing model for 2021, 2020 and 2019 are as follows:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| Weighted average grant date fair value | $ 129.47 | $ 35.79 | $ 19.33 |
| | | | |
| Assumptions: | | | |
| Expected stock price volatility | 37% | 32% | 33% |
| Risk free interest rate | 0.45% | 1.56% | 2.52% |
| Expected annual dividend per share | $ - | $ - | $ - |
| Expected life of options (years) | 6.25 | 6.25 | 6.25 |

A summary of the Company's stock option activity and related information for the years ended December 31, 2021, 2020 and 2019 is as follows:

| | Number of Options | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value ($ in thousands) |
| --- | --- | --- | --- | --- |
| Outstanding as of December 31, 2018 | 1,521,167 | $ 37.70 | 7.0 | $ 19,212 |
| Granted | 369,779 | 52.07 | | |
| Exercised | (263,250) | 30.75 | | |
| Forfeited | (35,010) | 43.79 | | |
| Outstanding as of December 31, 2019 | 1,592,686 | 42.04 | 6.9 | $ 93,242 |
| | | | | |
| Granted | 173,650 | 102.32 | | |
| Exercised | (216,196) | 39.88 | | |
| Forfeited | (21,450) | 50.25 | | |
| Outstanding as of December 31, 2020 | 1,528,690 | 49.08 | 6.3 | $ 272,553 |
| | | | | |
| Granted | 70,392 | 335.70 | | |
| Exercised | (229,921) | 45.95 | | |
| Forfeited | (27,030) | 63.27 | | |
| Outstanding as of December 31, 2021 | 1,342,131 | 64.29 | 5.5 | $ 386,069 |
| | | | | |
| Exercisable as of December 31, 2021 | 896,456 | 42.04 | 4.4 | $ 277,794 |

As of December 31, 2021, there was $12,829 of total unrecognized compensation cost, net of expected forfeitures, related to unvested options. The cost is expected to be recognized over the remaining service period, having a weighted-average period of 2.6 years. Total share-based compensation cost related to the stock options for the years ended December 31, 2021, 2020 and 2019 was $6,462, $5,860, and $5,597, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Restricted Stock** – Restricted stock awards vest in equal installments over three years, subject to the grantee's continued employment or service. Certain restricted stock awards also include performance shares, whereby the number of performance shares that can be earned are contingent upon Company performance measures over a three-year period. Performance measures are based on a weighting of a number of financial metrics, from which grantees may earn from 0% to 200% of their target performance share award. The performance period for the 2019 awards covers the years 2019 through 2021, the performance period for the 2020 awards covers the years 2020 through 2022, and the performance period for the 2021 awards covers the years 2021 through 2023. The Company estimates the number of performance shares that will vest based on projected financial performance. The fair value of restricted awards is determined based on the market value of the Company's shares on the grant date. The fair market value of the restricted awards at the time of the grant is amortized to expense over the period of vesting. The compensation expense recognized for restricted share awards is net of estimated forfeitures and is trued up upon vesting based on actual forfeiture activity.

Restricted stock vesting is net-share settled such that, upon vesting, the Company withholds shares with value equivalent to the employees' minimum statutory tax obligation, and then pays the cash to the taxing authorities on behalf of the employees. In effect, the Company repurchases these shares and classifies them as treasury stock. Total shares withheld were 80,583, 70,718, and 55,953 for the years ended December 31, 2021, 2020 and 2019, respectively, and were based on the value of the stock on the vesting dates. Total payments made by the Company to the taxing authorities for the employees' tax obligations related to restricted stock vesting were $27,223, $7,613, and $3,078 for the years ended December 31, 2021, 2020 and 2019, respectively, and are reflected as a financing activity within the consolidated statements of cash flows.

68

A summary of the Company's restricted stock activity for the years ended December 31, 2021, 2020 and 2019 is as follows:

| | Shares | Weighted-Average Grant-Date Fair Value |
|---|---|---|
| Non-vested as of December 31, 2018 | 425,996 | $ 40.50 |
| Granted | 265,255 | 62.38 |
| Vested | (184,628) | 38.78 |
| Forfeited | (14,986) | 44.23 |
| Non-vested as of December 31, 2019 | 491,637 | 52.84 |
| Granted | 183,868 | 95.14 |
| Vested | (200,390) | 45.10 |
| Forfeited | (18,921) | 56.58 |
| Non-vested as of December 31, 2020 | 456,194 | 68.42 |
| Granted | 126,339 | 223.09 |
| Vested | (202,327) | 58.99 |
| Forfeited | (14,241) | 138.64 |
| Non-vested as of December 31, 2021 | 365,965 | 124.25 |

As of December 31, 2021, there was $35,104 of unrecognized compensation cost, net of expected forfeitures, related to non-vested restricted stock awards. That cost is expected to be recognized over the remaining service period, having a weighted-average period of 2.2 years. Total share-based compensation cost related to the restricted stock for the years ended December 31, 2021, 2020 and 2019, inclusive of performance shares, was $17,492, $15,022, and $11,097, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

During 2021, 2020 and 2019, 4,677, 15,275, and 22,544 shares of stock, respectively, were granted to certain members of the Company's Board of Directors as a component of their compensation for their service on the Board, all of which were fully vested at time of grant. A non-employee director can elect to receive his or her director fees in the form of deferred stock units, which voluntarily defers the issuance of the related shares granted until the director separates from the Company or a triggering event occurs. 3,160, 10,528, and 16,604 of deferred stock units are included in the shares of stock granted to certain members of the Company's Board of Directors for the years 2021, 2020, and 2019, respectively. Total share-based compensation cost for these share grants in 2021, 2020 and 2019 was $1,579, $1,558, and $1,391, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

## 18. Commitments and Contingencies

The Company has an arrangement with a finance company to provide floor plan financing for certain dealers. The Company receives payment from the finance company after shipment of product to the dealer. The Company participates in the cost of dealer financing up to certain limits and has agreed to repurchase products repossessed by the finance company, but does not indemnify the finance company for any credit losses they incur. The amount financed by dealers which remained outstanding under this arrangement at December 31, 2021 and 2020 was approximately $
115,900 and $55,600, respectively.

From time to time, we are involved in legal proceedings primarily involving product liability, regulatory, and employment matters, as well as general commercial disputes arising in the ordinary course of our business. As of December 31, 2021, the Company believes there are no legal proceedings pending that would have a material adverse effect on its results of operations or financial condition.

Federal Securities Law Class Actions

On August 20, 2021 and August 31, 2021, the Company and certain of its officers were named as defendants in two putative federal securities law class actions filed in the U.S. District Court for the Central District of California (the "Federal Securities Law Class Actions"). These actions were filed, respectively, under the captions *Khami v. Generac Holdings Inc., et al.,* Case No. 2:21-cv-06777, and *Procter v. Generac Holdings Inc., et al.,* Case No. 2:21-cv-07009. The Federal Securities Law Class Actions were transferred to the U.S. District Court for the Eastern District of Wisconsin, after which the court consolidated the actions under the caption *In re Generac Holdings Securities Litigation,* Case No. 21-cv-1342, and appointed a lead plaintiff. On February 14, 2022, the lead plaintiff in the consolidated action filed a notice of voluntary dismissal, without prejudice. Should this party, or any other prospective plaintiff, file a new case on the same basis as the actions now dismissed, the Company would resume its vigorous defense against such claims, and, unless new or different claims were presented that the Company has not evaluated, the Company would continue to believe such actions would not have a material adverse effect on our results of operations or financial condition.

**19. Quarterly Financial Information (Unaudited)**

|  | Quarters Ended 2021 | | | |
|  | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Net sales | $ 807,434 | $ 919,981 | $ 942,698 | $ 1,067,071 |
| Gross profit | 321,814 | 339,735 | 335,994 | 362,539 |
| Operating income | 189,124 | 182,952 | 173,579 | 175,481 |
| Net income attributable to Generac Holdings Inc. | 148,993 | 127,036 | 131,570 | 142,895 |
| Net income attributable to common shareholders per common share - basic: | $ 2.39 | $ 2.06 | $ 1.98 | $ 2.09 |
| Net income attributable to common shareholders per common share - diluted: | $ 2.33 | $ 2.01 | $ 1.93 | $ 2.04 |

|  | Quarters Ended 2020 | | | |
|  | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Net sales | $ 475,915 | $ 546,848 | $ 701,355 | $ 761,082 |
| Gross profit | 172,320 | 208,983 | 276,149 | 300,202 |
| Operating income | 62,862 | 89,553 | 155,637 | 171,054 |
| Net income attributable to Generac Holdings Inc. | 44,460 | 66,145 | 114,970 | 125,001 |
| Net income attributable to common shareholders per common share - basic: | $ 0.69 | $ 1.04 | $ 1.86 | $ 2.02 |
| Net income attributable to common shareholders per common share - diluted: | $ 0.68 | $ 1.02 | $ 1.82 | $ 1.96 |

**20. Valuation and Qualifying Accounts**

For the years ended December 31, 2021, 2020 and 2019:

|  | Balance at Beginning of Year | Additions Charged to Earnings | Additions Charged to Retained Earnings (1) | Charges to Reserve, Net (2) | Reserves Established for Acquisitions | Balance at End of Year |
|---|---|---|---|---|---|---|
| **Year ended December 31, 2021** | | | | | | |
| Allowance for credit losses | $ 12,001 | $ 206 | $ - | $ (1,640) | $ 1,458 | $ 12,025 |
| Reserves for inventory | 27,817 | 17,698 | - | (15,749) | 3,771 | 33,537 |
| Valuation of deferred tax assets | 5,740 | 1,404 | - | (2,441) | 3,171 | 7,874 |
|  | | | | | | |
| **Year ended December 31, 2020** | | | | | | |
| Allowance for credit losses | $ 6,968 | $ 4,645 | $ 1,147 | $ (957) | $ 198 | $ 12,001 |
| Reserves for inventory | 24,293 | 11,353 | - | (8,788) | 959 | 27,817 |
| Valuation of deferred tax assets | 5,024 | 716 | - | - | - | 5,740 |
|  | | | | | | |
| **Year ended December 31, 2019** | | | | | | |
| Allowance for credit losses | $ 4,873 | $ 3,086 | $ - | $ (1,033) | $ 42 | $ 6,968 |
| Reserves for inventory | 23,140 | 4,821 | - | (3,867) | 199 | 24,293 |
| Valuation of deferred tax assets | 5,802 | - | - | - | (778) | 5,024 |

(1) Result of adopting ASU 2016-13, *Financial Instruments – Credit Losses (Topic 326)*: *Measurement of Credit Losses on Financial Instruments.*
(2) Deductions from the allowance for doubtful accounts equal accounts receivable written off against the allowance, less recoveries, as well as foreign currency translation adjustments. Deductions from the reserves for inventory excess and obsolete items equal inventory written off against the reserve as items were disposed of, as well as foreign currency translation adjustments.

**21. Subsequent Events**

The Company performed an evaluation of subsequent events through the date these financial statements were issued and no such events were identified.

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

There were no changes in, or disagreements with, accountants reportable herein.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures are controls and other procedures that are designed to ensure that information required to be disclosed by us in reports we file or submit under the Securities Exchange Act of 1934 (Exchange Act), is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow for timely decisions regarding required disclosure.

Our management, with the participation of our Chief Executive Officer and our Chief Financial Officer, has conducted an evaluation of the design and operation of our disclosure controls and procedures as defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by this report on Form 10-K. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective in providing reasonable assurance that the information required to be disclosed in this report on Form 10-K has been recorded, processed, summarized and reported as of the end of the period covered by this report on Form 10-K.

**Management's Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) and 15d-15(f) under the Exchange Act. Our internal control over financial reporting is designed under the supervision of our Chief Executive Officer and Chief Financial Officer to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the consolidated financial statements in accordance with U.S. GAAP.

Internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of the financial statements in accordance with U.S. GAAP, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's financial statements.

There are inherent limitations to the effectiveness of any internal control over financial reporting, including the possibility of human error or the circumvention or overriding of the controls. Accordingly, even an effective internal control over financial reporting can provide only reasonable assurance of achieving its objective. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate, because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Under the supervision and with the participation of our Chief Executive Officer and Chief Financial Officer, our management conducted an assessment of the effectiveness of internal control over financial reporting as of December 31, 2021 based on the criteria established in the 2013 *Internal Control – Integrated Framework*, issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2021. In conducting this assessment, our management excluded Deep Sea Electronics Limited, which was acquired in June 2021, Chilicon Power, LLC, which was acquired in July 2021, Apricity Code Corporation, which was acquired in September 2021, Off Grid Energy Ltd, which was acquired in September 2021, Tank Utility, Inc., which was acquired in October 2021, and ecobee Inc., which was acquired in December 2021 and whose financial statements constitute 57.8% and 31.0% of net and total assets, respectively, 2.1% of net sales, and 0.7% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2021.

Deloitte & Touche LLP (PCAOB ID No. 34), the Company's independent registered public accounting firm, issued an attestation report on the effectiveness of the Company's internal control over financial reporting as of December 31, 2021, which is included herein.

**Changes in Internal Control Over Financial Reporting**

There have been no changes in our internal control over financial reporting that occurred during the three months ended December 31, 2021 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B. Other Information**

None

**Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections**

None

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance**

The information required by Item 10 not already provided herein under "Item 1 – Business – Information About Our Executive Officers", will be included in our 2022 Proxy Statement and is incorporated herein by reference.

**Item 11. Executive Compensation**

The information required by this item will be included in our 2022 Proxy Statement and is incorporated herein by reference.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this item, including under the heading "Securities Authorized for Issuance Under Equity Compensation Plans," will be included in our 2022 Proxy Statement and is incorporated herein by reference.

**Item 13. Certain Relationships and Related Transactions, and Director Independence**

The information required by this item will be included in our 2022 Proxy Statement and is incorporated herein by reference.

**Item 14. Principal Accountant Fees and Services**

The information required by this item will be included in our 2022 Proxy Statement and is incorporated herein by reference.

**PART IV**

**Item 15. Exhibits and Financial Statement Schedules**

**(a)(1) Financial Statements**

Included in Part II of this report:

| | Page |
| --- | --- |
| Reports of Independent Registered Public Accounting Firm | 36 |
| Consolidated balance sheets as of December 31, 2021 and 2020 | 39 |
| Consolidated statements of comprehensive income for years ended December 31, 2021, 2020 and 2019 | 40 |
| Consolidated statements of stockholders' equity for years ended December 31, 2021, 2020 and 2019 | 41 |
| Consolidated statements of cash flows for the years ended December 31, 2021, 2020 and 2019 | 42 |
| Notes to consolidated financial statements | 43 |

**(a)(2) Financial Statement Schedules**

All financial statement schedules have been omitted, since the required information is not applicable or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and notes thereto.

72

**(a)(3) Exhibits**

The below exhibits index is the list of the exhibits being filed or furnished with or incorporated by reference into this Annual Report on Form 10-K:

| Exhibits Number | Description |
|---|---|
| 2.1 | Arrangement Agreement dated as of November 1, 2021 by and among 13462234 Canada Inc., Generac Power Systems, Inc., ecobee Inc., and Shareholder Representative Services LLC (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K filed with the SEC on November 2, 2021). |
| 3.1 | Third Amended and Restated Certificate of Incorporation of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2009). |
| 3.2 | Amended and Restated Bylaws of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Current Report on Form 8-K filed with the SEC on February 16, 2016). |
| 4.1 | Form of Common Stock Certificate (incorporated by reference to Exhibit 4.1 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 4.2 | Description of Securities (incorporated by reference to Exhibit 4.2 of the Annual Report on Form 10-K filed with the SEC on February 25, 2020). |
| 10.1 | Credit Agreement, Dated as of February 9, 2012, As Amended and Restated as of May 30, 2012, As Further Amended and Restated as of May 31, 2013, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agent (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.2 | First Amendment dated as of May 18, 2015, to Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A. as administrative agent and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agents and Deutsche Bank Securities Inc., Morgan Stanley Senior Funding, Inc. and Wells Fargo Bank, N.A. as document agents (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q filed with the SEC on August 7, 2015). |
| 10.3 | Replacement Term Loan Amendment dated as of November 2, 2016, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on November 3, 2016). |
| 10.4 | 2017 Replacement Term Loan Amendment dated as of May 11, 2017, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on May 15, 2017). |
| 10.5 | 2017-2 Replacement Term Loan Amendment dated as of December 8, 2017, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on December 11, 2017). |
| 10.6 | 2018 Replacement Term Loan Amendment, dated as of June 8, 2018, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on June 14, 2018). |
| 10.7 | 2019 Replacement Term Loan Amendment, dated as of December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on December 16, 2019). |
| 10.8 | Second Amendment, dated as of May 27, 2021, amending that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, as amended by the First Amendment, dated as of May 18, 2015, as further amended by the Replacement Term Loan Amendment, dated as of November 2, 2016, as further amended by the 2017 Replacement Term Loan Amendment, dated as of May 11, 2017, as further amended by the 2017-2 Replacement Term Loan Amendment, dated December 8, 2017, as further amended by the 2018 Replacement Term Loan Amendment, dated June 8, 2018, and as further amended by the 2019 Replacement Term Loan Amendment, dated December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the other Loan Parties (as defined therein) party thereto, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and the other agents named therein (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 10.9 | Restatement Agreement, dated as of May 31, 2013, to that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agents (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.10 | Guarantee and Collateral Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.2 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.11 | First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 81 of 650     Document 49

| Exhibits Number | Description |
|---|---|
| 10.12 | Credit Agreement, dated as of May 30, 2012, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.3 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.13 | Amendment No. 1 dated as of May 31, 2013, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.14 | Amendment No. 2 dated as of May 29, 2015, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Company's Current Report on Form 8-K filed with the SEC on June 1, 2015). |
| 10.15 | Second Amended and Restated Credit Agreement, dated as of June 12, 2018, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on June 14, 2018). |
| 10.16 | Third Amended and Restated Credit Agreement, dated as of May 27, 2021, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. as Syndication Agent, and Wells Fargo Bank, National Association as Documentation Agent (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 10.17 | Guarantee and Collateral Agreement, dated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.4 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.18 | First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.19+ | Generac Holdings Inc. Amended and Restated 2010 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 27, 2012) |
| 10.20+ | Generac Holdings Inc. Annual Performance Bonus Plan (incorporated by reference to Exhibit 10.63 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 10.21+ | Amended and Restated Employment Agreement, dated November 5, 2018, between Generac and Aaron Jagdfeld (incorporated by reference to Exhibit 10.1 of the Company's Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.22 | Form of Confidentiality, Non-Competition and Intellectual Property Agreement (incorporated by reference to Exhibit 10.40 of the Registration Statement on Form S-1 filed with the SEC on November 24, 2009). |
| 10.23+ | Form of Nonqualified Stock Option Award Agreement (incorporated by reference to Exhibit 10.45 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |

| Exhibits Number | Description |
|---|---|
| 10.24+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.25+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.4 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.26+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.24 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.27+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.25 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.28 | Form of Director Indemnification Agreement (incorporated by reference to Exhibit 10.51 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.29 | Form of Officer Indemnification Agreement (incorporated by reference to Exhibit 10.52 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.30+ | Amended Form of Performance Share Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.29 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.31+* | Generac Holdings Inc. Non-Employee Director Compensation Policy. |
| 10.32+ | Generac Power Systems, Inc. Executive Change in Control Policy, effective November 5, 2018 (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.33+ | Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 26, 2019). |
| 10.34+ | Form of Restricted Stock Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.1 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.35+ | Form of Nonqualified Stock Option Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.36+ | Form of Performance Share Unit Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 21.1* | List of Subsidiaries of Generac Holdings Inc. |
| 23.1* | Consent of Deloitte & Touche LLP, Independent Registered Public Accounting Firm. |
| 31.1* | Certification of Chief Executive Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 83 of 650    Document 49

| Exhibits Number | Description |
|---|---|
| 32.1** | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101* | The following financial information from the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on February 22, 2022, formatted in Inline eXtensible Business Reporting Language (iXBRL): (i) Consolidated Balance Sheets at December 31, 2021 and December 31, 2020; (ii) Consolidated Statements of Comprehensive Income for the Fiscal Years Ended December 31, 2021, December 31, 2020 and December 31, 2019; (iii) Consolidated Statements of Stockholders' Equity for the Fiscal Years Ended December 31, 2021, December 31, 2020 and December 31, 2019; (iv) Consolidated Statements of Cash Flows for the Fiscal Years Ended December 31, 2021, December 31, 2020 and December 31, 2019; (v) Notes to Consolidated Financial Statements. |
| 104 | Cover Page Interactive Data File (embedded within the inline XBRL document). |

_____
| * | Filed herewith. |
| ** | Furnished herewith. |
| + | Indicates management contract or compensatory plan or arrangement. |

**Item 16. Form 10-K Summary**

None.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

GENERAC HOLDINGS INC.

By:      /s/ AARON JAGDFELD

Aaron Jagdfeld

*Chairman, President and Chief Executive Officer*

Dated: February 22, 2022

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons and on behalf of the Registrant in the capacities and on the dates indicated.

| <u>Signature</u> | <u>Title</u> | <u>Date</u> |
|---|---|---|
| /s/ AARON JAGDFELD<br>Aaron Jagdfeld | Chairman, President and Chief Executive Officer | February 22, 2022 |
| /s/ YORK A. RAGEN<br>York A. Ragen | Chief Financial Officer and<br>Chief Accounting Officer | February 22, 2022 |
| /s/ BENNETT MORGAN<br>Bennett Morgan | Lead Director | February 22, 2022 |
| /s/ MARCIA J. AVEDON<br>Marcia J. Avedon | Director | February 22, 2022 |
| /s/ JOHN D. BOWLIN<br>John D. Bowlin | Director | February 22, 2022 |
| /s/ ROBERT D. DIXON<br>Robert D. Dixon | Director | February 22, 2022 |
| /s/ WILLIAM JENKINS<br>William Jenkins | Director | February 22, 2022 |
| /s/ ANDREW G. LAMPEREUR<br>Andrew G. Lampereur | Director | February 22, 2022 |
| /s/ DAVID A. RAMON<br>David A. Ramon | Director | February 22, 2022 |
| /s/ KATHRYN ROEDEL<br>Kathryn Roedel | Director | February 22, 2022 |
| /s/ DOMINICK ZARCONE<br>Dominick Zarcone | Director | February 22, 2022 |

77

# EXHIBIT 2

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

**(Mark One)**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020**
**Or**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from        to**

**Commission File Number 001-34627**

**GENERAC HOLDINGS INC.**
(Exact name of registrant as specified in its charter)

| **Delaware** | **20-5654756** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

| **S45 W29290 Hwy 59, Waukesha, WI** | **53189** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

**(262) 544-4811**
(Registrant's telephone number, including area code)

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.01 par value** | **GNRC** | **New York Stock Exchange** |

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting common equity held by non-affiliates of the registrant on June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter, was $7,391,323,686 based upon the closing price reported for such date on the New York Stock Exchange.

As of February 19, 2021, 62,861,442 shares of registrant's common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Annual Report to Stockholders for the year ended December 31, 2020 furnished to the Securities and Exchange Commission are incorporated by reference into Part II of this Form 10-K. Portions of the registrant's Proxy Statement for the 2021 Annual Meeting of Stockholders (the "2021 Proxy Statement"), which will be filed by the registrant on or prior to 120 days following the end of the registrant's fiscal year ended

December 31, 2020, are incorporated by reference into Part III of this Form 10-K.

**2020 FORM 10-K ANNUAL REPORT**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 8 |
| Item 1B. | Unresolved Staff Comments | 15 |
| Item 2. | Properties | 15 |
| Item 3. | Legal Proceedings | 16 |
| Item 4. | Mine Safety Disclosures | 16 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 16 |
| Item 6. | [Reserved] | 17 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 32 |
| Item 8. | Financial Statements and Supplementary Data | 33 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 67 |
| Item 9A. | Controls and Procedures | 67 |
| Item 9B. | Other Information | 68 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 68 |
| Item 11. | Executive Compensation | 68 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 68 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 68 |
| Item 14. | Principal Accountant Fees and Services | 68 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 68 |
| Item 16. | Form 10-K Summary | 72 |

**Forward-Looking Statements**

This annual report contains forward-looking statements that are subject to risks and uncertainties. Forward-looking statements give our current expectations and projections relating to our financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

The forward-looking statements contained in this annual report are based on assumptions that we have made in light of our industry experience and on our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances. As you read and consider this report, you should understand that these statements are not guarantees of performance or results. They involve risks, uncertainties (some of which are beyond our control) and assumptions. Although we believe that these forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements. The forward-looking statements contained in this annual report include estimates regarding:

- our business, financial and operating results, and future economic performance;
- proposed new product and service offerings; and
- management's goals, expectations and objectives and other similar expressions concerning matters that are not historical facts.

Factors that could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements include:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials and key components from our global supply chain and labor needed in producing our products;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix and regulatory tariffs;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;

- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products;
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand; and

Should one or more of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, our actual results may vary in material respects from those projected in any forward-looking statements. A detailed discussion of these and other factors that may affect future results is contained in Item 1A of this Annual Report on Form 10-K. Stockholders, potential investors and other readers should consider these factors carefully in evaluating the forward-looking statements.

Any forward-looking statement made by us in this report speaks only as of the date on which it is made. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

Table of Contents

**PART I**

**Item 1. Business**

Founded in 1959, Generac Holdings Inc. (the Company or Generac) is a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, light commercial and industrial markets.

Power generation and storage is a key focus of the Company, which differentiates us from our competitors who also have broad operations outside of the power equipment market. As the only significant market participant with a primary focus on these products, we maintain one of the leading market positions in the power equipment market in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications. A key strategic focus for the Company in recent years has been leveraging our leading position in the growing market for cleaner burning, more cost-effective natural gas fueled generators to expand into applications beyond standby power, allowing us to participate in distributed generation projects. The Company in recent years has been evolving its business model to also focus on clean energy products, solutions, and services. In 2019, we began providing energy storage systems as a clean energy solution for residential use that capture and store electricity from solar panels or other power sources and help reduce home energy costs while also protecting homes from shorter-duration power outages. During 2020, we entered the market for grid services involving distributed energy optimization and control software that helps support the operational stability of the world's power grids. We have also been focused on connecting the equipment we manufacture to the users of that equipment, helping to drive additional value to our customers and our distribution partners over the product lifecycle. The strategic focus on expanding the connectivity of our products will broaden our monitoring capabilities and also enable the increasing utilization of this equipment as distributed energy resources as the nascent market for grid-services expands over the next several years. Overall, as the traditional centralized utility model evolves over time, we believe that a cleaner, more decentralized grid infrastructure will build-out, and Generac's energy technology solutions are strategically positioned to participate in this future "Grid 2.0".

In addition to power generation and storage solutions, other products that we design and manufacture include light towers which provide temporary lighting for various end markets, and a broad and growing product line of outdoor power equipment for residential and commercial use.

We design, manufacture, source and modify engines, alternators, transfer switches and other components necessary for our power generation products, which are increasingly being fueled by cleaner sources of energy such as natural gas, liquid propane, and Bi-Fuel™. We also design, source, modify and integrate batteries, inverters, power electronics, controls, energy monitoring and management devices and other components into our energy storage systems. We also design software that allows utilities and power aggregators to optimize and control distributed energy resources. Our products and solutions are available globally through a broad network of independent dealers, distributors, retailers, ecommerce partners, wholesalers and equipment rental companies under a variety of brand names. We also sell direct to certain national and regional account customers, as well as to individual consumers, that are the end users of our products and solutions.

We have a significant market share in the residential and light commercial markets for automatic standby generators, which we believe remain under-penetrated in the marketplace. We also have a leading market position for portable generators used in residential, light construction and recreational applications. We believe that our leading market positions are largely attributable to our strategy of providing a broad product line of high-quality, innovative and affordable products through our extensive and multi-layered distribution network to whom we offer comprehensive support programs, and leads from the factory. In addition, we are a leading provider of light towers, mobile generators, outdoor power equipment and industrial generators ranging in sizes up to 3,250kW. As we have entered the rapidly developing market for clean energy in recent years, we have significantly increased our market presence for energy storage systems currently ranging in configurations up to 36kWh of storage capacity. We expect to continue to gain market share in clean energy by further advancing our growing capabilities for these systems including product development, sourcing, distribution, and marketing, as well as leveraging our significant competencies developed over the past two decades to grow the residential standby generator market.

Over the past 10 years, we have executed a number of acquisitions that support our strategic plan. A summary of recent acquisitions can be found in Note 1, "Description of Business," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Products and Solutions**

We design and manufacture stationary, portable and mobile generators with single-engine outputs ranging between 800W and 3,250kW. We have the ability to expand the power range for certain stationary generator solutions to much larger multi-megawatt systems through an integrated paralleling configuration called Modular Power Systems (MPS). We have developed a line of turn-key energy storage systems along with a growing selection of energy monitoring and management solutions as we further expand into the clean energy markets. We also recently entered the market for grid services

involving distributed energy optimization and control software. Other power products and solutions that we provide include light towers, as well as a broad line of outdoor power equipment that we refer to as chore products which includes field and brush mowers, pressure washers, water pumps, and battery-powered zero-turn mowers. We classify our products into three categories based on similar range of power output geared for varying end customer uses: Residential products, Commercial & Industrial (C&I) products and Other products & services. The following summary outlines our portfolio of products, including their key attributes and customer applications.

### Residential Products

Our residential automatic standby generators range in output from 7.5kW to 150kW, operate on natural gas, liquid propane or diesel, and are permanently installed with an automatic transfer switch, which we also manufacture. Air-cooled engine residential standby generators range in outputs from 7.5kW to 24kW and serve as an emergency backup for small to medium-sized homes. Liquid-cooled engine generators serve as emergency backup for larger homes and small businesses and range in output from 22kW to 150kW. We also provide a remote monitoring system with various options for home standby generators called *Mobile Link*™. This remote monitoring capability is a standard, WiFi-enabled feature on every home standby generator that we offer, and allows our customers to check the status of their generator conveniently online, and also provides the capability to similarly receive maintenance and service alerts. This capability will also give our customers the ability to connect and enroll their generator as a distributed energy resource used in future grid services applications. Our remote monitoring platform also allows our distribution partners to monitor their installed base of customers through a feature that we call "*Fleet*", enabling them to offer a more proactive experience to service a customer's generator.

2

---

Table of Contents

During 2020, we introduced the industry's largest air-cooled generator - a 24kW machine that adds to our broad product offering and increases our competitive advantage in the marketplace. The new generator is the first to be bundled with the Company's new PWRview™ Automatic Transfer Switch, equipped with the PWRview™ Home Energy Management System (HEMS). PWRview™ gives the homeowner insights into their daily home energy consumption, enabling power-saving decisions that can reduce electricity bills and help to offset the purchase cost of the generator over the product's lifespan.

We provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators. In addition, we offer manual transfer switches to supplement our portable generator product offering.

During 2019 we entered the energy storage and monitoring markets through the acquisitions of Neurio Technology Inc. and Pika Energy, Inc. Following these acquisitions and leveraging their technologies, we introduced a line of clean energy products marketed under the Generac brand and using the names PWRcell™ and PWRview™. This clean energy solution consists of a system of batteries, an inverter, PV optimizers, power electronic controls, energy monitoring and management hardware & software, and other components. These systems capture and store electricity from solar panels or other power sources and help reduce home energy costs while also protecting homes from shorter duration power outages, and range in size from 9kWh up to 36kWh of storage capacity. We introduced several new products during 2020 and we continue to develop an innovative pipeline of additional clean energy products and solutions that we expect will be coming to market over the next year. These new products further enhance our competitive position and differentiation in the energy storage, monitoring and management markets, and focus on whole-house storage solutions with load management capabilities that eventually could contribute to energy independence.

We provide a broad product line of outdoor power equipment referred to as chore products, which are used for the property maintenance needs of larger-acreage residences, commercial properties, municipalities and farms. These products include trimmers, field and brush mowers, log splitters, stump grinders, chipper shredders, lawn and leaf vacuums, pressure washers and water pumps. During 2020, we further expanded our broad lineup of chore products by entering the commercial battery-powered turf care market through the acquisition of Mean Green Products, LLC. This acquisition also supports our goals to integrate and develop new battery-powered solutions by accelerating the electrification of our higher-powered lineup of chore products. Chore products are largely sold in North America through online catalogs, retail hardware stores and outdoor power equipment dealers primarily under the DR® brand name.

Residential products comprised 62.6%, 51.9% and 51.5%, respectively, of total net sales in 2020, 2019 and 2018.

### Commercial & Industrial Products

We offer a full line of C&I generators that are increasingly being fueled by cleaner sources of energy such as natural gas, liquid propane, and Bi-Fuel™, as well as other more traditional fuels such as diesel. We believe we have one of the broadest product offerings in the industry with power outputs ranging from 10kW up to 3,250kW.

Our light-commercial standby generators include a full range of affordable systems from 22kW to 150kW and related transfer switches, providing three-phase power sufficient for most small and mid-sized businesses such as grocery stores, convenience stores, restaurants, gas stations, pharmacies, retail banks, small health care facilities and other small-footprint retail applications. Our light-commercial generators run on a variety of fuels including natural gas, liquid propane and diesel fuel.

We design and manufacture a broad product line of modelized and configured stationary generators and related transfer switches for various industrial standby, continuous-duty and prime rated applications. Our single-engine industrial generators range in output from 10kW up to 3,250kW, include stationary and containerized packages, and include our MPS technology that extends our product range up to much larger multi-megawatt systems through an integrated paralleling configuration. Over the past several years, we have introduced larger and higher-powered gaseous-fueled generators, with the highest output of 750kW for a single-engine set currently to date, with future plans to expand these cleaner-fuel generators into larger applications of 1,000kW and beyond. We offer a variety of fuel options for our industrial generators, including natural gas, liquid propane or Bi-Fuel™. Bi-Fuel™ generators provide our customers the flexibility to operate these generators on multiple fuel sources and extended run times. Our industrial standby generators are primarily used as emergency backup for larger applications in the healthcare, telecom, datacom, commercial office, retail, municipal and manufacturing markets. In recent years, we've had a strategic effort aimed at utilizing our gaseous-fueled generators in "beyond standby" applications including distributed generation and micro-grid projects.

Our MPS technology combines the power of several smaller generators to produce the output of a larger generator, providing our customers with redundancy and scalability in a cost-effective manner. For larger industrial applications, our MPS products offer customers an efficient, affordable way to scale their standby power needs, while offering superior reliability given their built-in redundancy which allows individual units to be taken off-line for routine maintenance while retaining coverage for critical circuits.

We also offer a full line of industrial transfer switches to meet varying needs from light industrial applications all the way to the most demanding critical installations. Generac's industry-leading feature set and flexible platforms offer a variety of switching technologies for customized solutions to meet any project needs. During 2020, we introduced the first of our new TX Series transfer switches, which are an ideal solution for an array of applications with its extensive capabilities and ease of installation. This new generation of transfer switches should help us increase our spec rate, which should ultimately help us win more projects.

We provide a broad product line of light towers and mobile generators, which provide temporary lighting and power for various end markets, such as road and commercial construction, energy, mining, military and special events. We manufacture commercial mobile pumps and dust-suppression equipment for a wide variety of applications. We also manufacture various gaseous-engine control systems and accessories, which are sold to gas-engine manufacturers and aftermarket customers.

C&I products comprised 28.3%, 39.5% and 40.6% respectively, of total net sales in 2020, 2019 and 2018.

Table of Contents

### *Other Products and Services*

Our "Other Products and Services" category primarily consists of aftermarket service parts and product accessories sold to our customers, the amortization of extended warranty deferred revenue, and the service offerings in various parts of our business, including integration, project management, remote monitoring services, and energy monitoring services.

Also included in this "Other" category are revenues from Enbala Power Networks Inc., which was acquired during the fourth quarter of 2020. Enbala accelerates our entrance into the market for grid services involving distributed energy optimization and control software used by utilities and energy retailers that enable the connection of distributed energy resources (known as DERs) to help support the operational stability of the world's power grids. These DER assets, which can include residential and C&I natural gas generators, PWRcell™ energy storage systems, and load management devices, can be connected to Enbala's software platform and aggregated into a decentralized and virtual power network to provide flexible capacity to address peaks in electricity demand, variability in supply due to increasing use of renewables, and where resiliency is needed as a result of power outages.

Other products and services comprised 9.1%, 8.6% and 7.9%, respectively, of total net sales in 2020, 2019 and 2018.

### Distribution Channels and Customers

We distribute our products through a variety of different distribution channels to increase awareness of our product categories and brands, and to ensure our products reach a broad, global customer base. This omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers (including certain private label arrangements), catalogs, equipment rental companies, equipment distributors, and solar installers. We also sell direct to certain national and regional account customers, which include utilities and energy retailers, as well as to individual consumers, who are the end users of our products.

We believe our global distribution network is a competitive advantage that has strengthened over the years as a result of adding, expanding and developing the various distribution channels through which we sell our products. We offer a broad set of tools, programs, factory support, and sales leads to help our distribution partners be successful. Our network is well balanced with no single customer providing more than 6% of our sales in 2020.

At over 7,000 strong, we have the industry's largest network of factory direct independent generator dealers in North America.

Our residential/light commercial dealer network sells, installs and services our residential and light commercial products to end users. We have increased our level of investment in recent years by focusing on a variety of initiatives to more effectively market and sell our home standby products and better align our dealer network with Generac. These initiatives have helped to improve lead quality and develop our dealers, thereby increasing close rates and lowering our cost per lead.

Beginning in 2020, we have been leveraging these practices to assist in growing our base of solar contractors that install our complete energy storage systems. In addition, we have been developing distribution relationships with national solar providers to offer our storage equipment in their portfolio of products and services.

Our industrial network consists of a combination of primary distributors as well as a support network of dealers serving the global market. Over the past several years, we have been expanding our dealer network globally through acquisitions and organic means, in order to expand our international sales opportunities. The industrial distributors and dealers provide industrial and commercial end users with ongoing sales, installation and product support. Our industrial distributors and dealers help maintain the local relationships with commercial electrical contractors, specifying engineers and national account regional buying offices. We also sell to certain Engineering, Procurement and Construction (EPC) companies that manage more complex power generation projects.

Our retail distribution network includes thousands of locations across the globe and includes a variety of regional and national home improvement chains, retailers, clubs, buying groups, hardware stores and farm supply stores. These physical retail locations are supplemented by a growing presence of e-commerce retailers, along with a number of catalog retailers. This network primarily sells our residential standby, portable and light-commercial generators, as well as our other engine powered tools. The placement of our products at retail locations drives significant awareness for our brands and the automatic home standby product category.

Our wholesaler network distributes our residential and light-commercial generators and energy storage systems. The channel consists of selling branches of both national and local distribution houses for electrical, HVAC and solar products on a wholesale basis, which in turn typically sell to

electrical dealers and solar installers who are not in our dealer network.

On a selective basis, we have established private label and licensing arrangements with third party partners to provide residential, light-commercial and industrial generators. These partners include leading home equipment, electrical equipment and construction machinery companies, each of which provides access to incremental channels of distribution for our products.

The distribution for our C&I mobile products includes international, national, regional and specialty equipment rental companies, equipment distributors and construction companies, which primarily serve non-residential building construction, road construction, energy markets and special events. In addition, international acquisitions have provided access to numerous independent distributors in over 150 countries.

We sell direct to certain national and regional account customers that are the end users of our products covering a number of end market verticals, including telecommunication, retail, banking, energy, utilities, healthcare, convenience stores, grocery stores and other light commercial applications. Additionally, our residential products are sold direct to individual consumers, who are the end users of the product. In the grid services space, our Enbala business sells software and power direct to utilities and energy retailers.

4

Table of Contents

**Business Strategy**

We have been executing on our strategic plan called "Power Our Future", which serves as the framework for the significant investments we have made to capitalize on the long-term growth prospects of Generac. Our strategic plan centers around a number of key mega-trends that we believe will drive significant secular growth opportunities for our business. "Grid 2.0," climate change, the abundance of natural gas globally, an aging infrastructure, and 5G telecommunications are all major themes that we believe will drive future long-term growth. The onset of the COVID-19 pandemic in early 2020 has led to a new and emerging trend that we refer to as "Home as a Sanctuary," where millions of people are working, learning, shopping, entertaining, and in general, spending more time at home, which has resulted in a significant increased awareness for backup power security and willingness to invest more in home improvement projects. As we continue to move our strategic plan into the future, we are focused on a number of initiatives that are driven by the following four key objectives:

***Growing the residential power solutions market.*** This encompasses the still underpenetrated market for home standby generators along with the emerging market for energy storage, monitoring and management systems. As the leader in the home standby generator market, it is incumbent upon us to continue to drive growth and increase the penetration rate of these products in households across the world. Central to this strategy is to increase the awareness, availability and affordability of home standby generators. Ongoing power outage activity due to more severe weather and an aging electrical grid, combined with expanding and developing our residential/light commercial dealer base and overall distribution in affected regions, are key drivers in elevating the awareness of home standby generators over the long term. We intend to continue to supplement these key growth drivers by focusing on a variety of strategic initiatives targeted toward generating increased sales leads, improving close rates and reducing the total overall cost of a home standby system. In addition, we intend to continue to focus on innovation in this growing product category and introduce new products and solutions into the marketplace. With only approximately 5.0% penetration of the addressable market of homes in the United States (which we define as single-family detached, owner-occupied households with a home value of over $125,000, as defined by the U.S. Census Bureau's 2019 American Housing Survey for the United States), we believe there are significant opportunities to further penetrate the residential standby generator market both domestically and internationally.

In early 2020, we launched our PWRcell™ energy storage system into the market and began to significantly ramp up our shipment volumes for these products. We expect the market for clean energy products to grow significantly as the energy landscape continues to change and favor on-site renewable power, and homeowners increasingly appreciate the improved payback and resiliency provided by these systems. We expect to further advance our growing capabilities for energy storage systems including product development, sourcing, distribution, and marketing, as well as leveraging our significant competencies developed over the past two decades to grow the residential standby generator market to accelerate our market position in the emerging residential energy storage, monitoring and management markets.

***Gaining market share and entering new markets***. We continue to sharpen our focus on improving our share of the power equipment markets in which we participate around the world by emphasizing our innovation and continually expanding our product lines and services. We design and build a wide range of products from stationary, portable, and mobile generators, light towers, field and brush mowers and trimmers, pressure washers, pumps, and other engine powered equipment. We have many advantages over our competitors with strengths in our engineering, sourcing and operations capabilities as well as a global distribution network that we believe can be leveraged further for continued market share gains. We are also focused on expanding our addressable market opportunities by entering new markets, be it with new products or new geographies around the world.

***Lead with natural gas power generation products.*** We will attempt to gain incremental market share within commercial and industrial markets through our leading position in the growing market for cleaner burning, more cost effective natural gas fueled standby power solutions. Demand for these products continues to represent an increasing portion of the overall C&I market, which we believe will continue to increase at a faster rate than traditional diesel fueled generators as a result of their lower capital investment and operating costs. Given the abundance of natural gas as a global source for base-load power, we also intend to explore new gaseous generator related market opportunities, including increasing our product capabilities for applications beyond standby generation including continuous-duty, prime rated, distributed generation, demand response, micro grids and overall use as a distributed energy resource in areas where grid stability or capacity is needed. We plan to do this by leveraging our deep technical capabilities for gaseous-fueled products, leading position for natural gas standby generators and growing market acceptance for these products. As part of this strategy, we plan to continue to expand our natural gas product offering into larger power nodes to take advantage of the continuing shift from diesel to natural gas generators.

***Connect to monitor and manage energy technology products.*** We will work to continue to diversify our business model from primarily "equipment centric" to a systems and services provider through connectivity solutions and subscription based applications deployed enterprise wide. This includes an important emphasis on improving the end-user experience, helping customers to lower utility costs and to help offset the purchase cost of our equipment over the product's lifespan. A critical focus continues to be increasing the connection with our products to unlock opportunities and revenue streams. We have developed and acquired tools and programs that add value to dealers, utilities, energy retailers and end-users that will result in recurring revenue from subscriptions and parts. We leverage data obtained from connected devices by developing predictive analytics that result in continuously improving product quality, sales processes and tools, energy optimization, aftermarket penetration, customer experience and alignment with dealers. Finally, we will continue to build or acquire energy management capabilities to monetize an ecosystem of devices that relate to energy use, storage, generation, control and optimization, including capitalizing on the future ability of these devices to be used as distributed energy resources in

grid services applications around the world to help support the operational stability of electrical grids.

Expansion globally is a core element to the success of each of our strategic objectives. The acquisitions completed over the past several years that now comprise our International segment have significantly increased our global presence by adding product, manufacturing and distribution capabilities that serve local markets around the world, and have resulted in us becoming a leading global player for backup power and mobile power equipment. As we look forward, we intend to leverage our increased international footprint attained from these acquisitions to serve the significant global markets for power generation, energy storage, monitoring and management, and grid services outside the U.S. and Canada.

Table of Contents

See "Item 7, Management's Discussion and Analysis of Financial Condition and Results of Operations – Business Drivers and Trends" for additional drivers that influence demand for our products and other trends affecting the markets that we serve.

**Manufacturing**

We operate numerous manufacturing plants, distribution facilities and inventory warehouses located throughout the world. We store finished goods at third-party logistics providers in the United States that accommodate material storage and rapid response requirements of our customers. See "Item 2 – Properties" for additional details regarding the locations and activities of our principal operations.

In recent years, we have added and continue to add manufacturing capacity through investments in automation, improved utilization and the expansion of our manufacturing footprint through organic means as well as through acquisitions. We believe we will have sufficient capacity to achieve our business goals for the near-to-intermediate term.

**Research and Development**

Our focus on power generation equipment, energy storage systems, grid services solutions and other power products drives technological innovation, specialized engineering and manufacturing competencies. Research and development (R&D) is a core competency and includes a staff of over 500 engineers working on numerous projects at various facilities worldwide. These activities are focused on developing new technologies and product enhancements, as well as maintaining product competitiveness by reducing manufacturing costs, improving safety characteristics, reliability and performance while ensuring compliance with regulatory standards. We have over 35 years of experience using natural gas engines and have developed specific expertise with fuel systems and emissions technology. In the residential and light commercial markets, we have developed proprietary engines, cooling packages, controls, fuel systems and emissions systems. The Pika Energy and Neurio Technologies acquisitions have provided significant resources and expertise in the energy storage and energy monitoring markets, which has been leveraged to further advance the competencies in these areas as well as an increased focus on energy management. This includes advanced capabilities with power electronics and battery management software, along with proprietary inverter technologies and hardware and software for energy monitoring and management. We also have engineering and product management resources focused on evaluating and developing alternative technologies that could become commercially viable options for de-carbonized power generation over the long term. We believe that our expertise in energy technology solutions provides us with the capability to develop new products and services that will allow continued diversification in our end markets.

**Intellectual Property**

We are committed to research and development, and we rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our patents protect certain features and technologies we have developed for use in our products including fuel systems, air flow, electronics and controls, noise reduction, air-cooled engines, and load management. We believe the existence of these patents and trademarks, along with our ongoing processes to register additional patents and trademarks, protect our intellectual property rights and enhance our brands and competitive position. We also use proprietary manufacturing processes that require customized equipment. With our continuous focus on research and development, we expect to develop new intellectual property on an ongoing basis.

**Suppliers of Raw Materials, Components and Equipment**

Our primary raw material inputs are steel, copper and aluminum, all of which are purchased from third parties and, in many cases, as part of machined or manufactured components. In certain instances, we purchase from third-party suppliers complete equipment and systems. Within the clean energy market, we expect batteries to be a significant supply chain input for our energy storage systems. We have developed an extensive network of reliable suppliers in the United States and around the world. We believe our Strategic Global Sourcing function is a competitive strength and continuously evaluates the quality and cost structure of our purchased components and equipment and assesses the capabilities of our supply chain. Components and equipment are sourced accordingly based on this evaluation. Our supplier quality engineers conduct on-site audits of major supply chain partners and help to maintain the reliability of critical sourced components and equipment.

**Competition**

The market for power generation equipment, energy storage systems, grid services solutions and other engine powered products is competitive. We face competition from a variety of large diversified industrial companies as well as smaller generator manufacturers, along with mobile equipment, engine powered tools, solar inverter, battery storage and grid services providers, both domestic and internationally.

Specifically in the generator market, most of the traditional participants compete on a more focused basis, targeting specific applications within their larger diversified product mix. We are the only significant market participant with a primary focus on power equipment with a key emphasis on standby, portable and mobile generators with broad capabilities across the residential, light-commercial and industrial markets. We believe that our engineering capabilities and core focus on generators provide us with manufacturing flexibility and enables us to maintain a first-mover advantage over our competition for product innovation. We also believe our broad product offering, diverse omni-channel distribution model and strong factory support provide additional advantages as well.

The Company in recent years has been evolving its business model toward more of a focus on clean energy products, solutions and services, which has introduced a new set of competitors.

A summary of the primary competitors across our main product classes is as follows:

*Residential products* – Kohler, Briggs & Stratton, Cummins, Honda, Champion, Techtronics International, Husqvarna, Ariens, LG Chem, Tesla, Enphase, and Solar Edge, along with a number of smaller domestic and foreign competitors; certain of which also have broad operations in other manufacturing businesses.

*C&I products* – Caterpillar, Cummins, Kohler, IGSA, Wacker, MultiQuip, Terex, Doosan, Briggs & Stratton (Allmand), Atlas Copco, Himoinsa, and FG Wilson; certain of which focus on the market for diesel generators as they are also diesel engine manufacturers. Also, we compete against other regional packagers that serve local markets throughout the world.

*Other products* – Relative to service parts and extended warranty revenue, all of the above named companies are primary competitors. Relative to grid services optimization software, Autogrid, Energy Hub, along with other grid service solution providers.

In a continuously evolving market, we believe our scale and broad capabilities make us well positioned to remain competitive. We compete primarily on the basis of brand reputation, quality, reliability, pricing, innovative features, breadth of product offering, product availability and factory support.

**Human Capital**

"Our People" is one of the foundational elements to our "Powering Our Future" strategy and is a corporate value as well. We foster a culture of diversity and engagement to strengthen our company while supporting individual achievement, inclusivity and good corporate citizenship globally. We believe our success is directly tied to our employees' personal and professional growth. We care about the safety and well-being of our employees, their families, and our communities.

Some examples of key human capital programs and initiatives that we are focused on include:

*Health, wellness and safety* – Employee health and safety is the Company's top priority. Generac's Healthy & Thriving Total Rewards are based on the four pillars of balance, security, well-being and community. These programs are designed to meet the varied and evolving needs of our diverse workforce. We maintain an employee wellness program, incentivize healthy-living activities, provide emergency paid COVID-19 leave benefits to help employees care for themselves and their families, and we develop and administer company-wide policies to ensure the safety of each employee and compliance with government agency and other standards.

*Diversity and inclusion* – At Generac, people with diverse backgrounds and points of view work together to support our customers around the globe. As an inclusive workplace, our employees embrace diversity in all forms, celebrate differences, and treat others with equity and respect. We have hosted a series of culture-changing listening and learning sessions, championed Unconscious Bias training for our employees, launched employee-led Business Employee Resource Groups (BERG) to facilitate networking and connections with peers and leadership, and partner with community job agencies representing disabled clients and workforce release programs to provide job opportunities to those who face barriers to employment.

*Talent development & employee engagement* – We prioritize and invest in creating opportunities to help employees build careers at Generac. We hold internal career events as well as partner with local educational resources to offer on the job learning, collaborative work experiences and formal learning programs on continuous improvement and project management skills to support progressions and advancement of our workforce. Further, we maintain an ongoing global employee engagement initiative with targeted action plans by region, function, and business group. Action plans and their progress are measured by global employee engagement surveys.

As of December 31, 2020, we had 6,797 employees (6,452 full time and 345 part-time and temporary employees). Of those, 3,705 employees were directly involved in manufacturing at our manufacturing facilities.

Domestically, we have had an "open shop" bargaining agreement for the past 50 years. The current agreement, which expires October 17, 2021, covers our Eagle, Wisconsin facility. Additionally, our plants in Mexico, Italy and Spain are operated under various local or national union groups. Our other facilities are not unionized.

**Regulation, including Environmental Matters**

As a manufacturing company, our operations are subject to a variety of federal, state, local and foreign laws and regulations covering environmental, health and safety matters. Applicable laws and regulations include those governing, among other things, emissions to air, discharges to water, noise and employee safety, as well as the generation, handling, storage, transportation, treatment, and disposal of waste and other materials. In addition, our products are subject to various laws and regulations relating to, among other things, emissions and fuel requirements, as well as labeling, storage, transport, and marketing.

Our products sold in the United States are regulated by the U.S. Environmental Protection Agency (EPA), California Air Resources Board (CARB) and various other state and local air quality management districts. These governing bodies continue to pass regulations that require us to meet more stringent emission standards, and all of our engines and engine-driven products are regulated within the United States and its territories. In addition, certain products in the United States are subject to safety standards as established by various other standards and rule making bodies, or state and local agencies, including the U.S. Consumer Product Safety Commission (CPSC).

Similarly, other countries have varying degrees of regulation for our products, depending upon product application and fuel types.

**Available Information**

The Company's principal executive offices are located at S45 W29290 Highway 59, Waukesha, Wisconsin, 53189 and the Company's telephone number is (262) 544-4811. The Company's website is www.generac.com. The Company's annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports are available free of charge through the "Investor Relations" portion of the Company's web site, as soon as reasonably practicable after they are filed with the Securities and Exchange Commission (SEC). The information provided on these websites is not part of this report and is therefore not incorporated herein by reference.

**Information About Our Executive Officers**

The following table sets forth information regarding our executive officers:

| Name | Age | Position |
| --- | --- | --- |
| Aaron P. Jagdfeld | 49 | President, Chief Executive Officer and Chairman |
| York A. Ragen | 49 | Chief Financial Officer |
| Russell S. Minick | 60 | Chief Marketing Officer |
| Tom Pettit | 52 | Chief Operations Officer |
| Erik Wilde | 46 | Executive Vice President, Industrial, Americas |
| Patrick Forsythe | 53 | Chief Technical Officer |
| Raj Kanuru | 50 | Executive Vice President, General Counsel and Secretary |

Table of Contents

**Aaron P. Jagdfeld** has served as our Chief Executive Officer since September 2008, as a director since November 2006 and was named Chairman in February 2016. Prior to becoming Chief Executive Officer, Mr. Jagdfeld worked for Generac for 15 years. He began his career in the finance department in 1994 and became our Chief Financial Officer in 2002. In 2007, he was appointed President and was responsible for sales, marketing, engineering and product development. Prior to joining Generac, Mr. Jagdfeld worked in the audit practice of the Milwaukee, Wisconsin office of Deloitte and Touche. Mr. Jagdfeld holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**York A. Ragen** has served as our Chief Financial Officer since September 2008. Prior to becoming Chief Financial Officer, Mr. Ragen held Director of Finance and Vice President of Finance positions at Generac. Prior to joining Generac in 2005, Mr. Ragen was Vice President, Corporate Controller at APW Ltd., a spin-off from Applied Power Inc., now known as Enerpac Tool Group. Mr. Ragen began his career at Arthur Andersen in the Milwaukee, Wisconsin office audit practice. Mr. Ragen holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**Russell S. Minick** began serving as our Chief Marketing Officer in August 2016. In addition to his CMO responsibilities, Mr. Minick was appointed President of our Energy Technology business in January 2021. Prior to these appointments, he served as our Executive Vice President, Residential Products since October 2011, with this responsibility being expanded in January 2014 to Executive Vice President, North America. Prior to joining Generac, Mr. Minick was President & CEO of Home Care Products for Electrolux from 2006 to 2011, President of The Gunlocke Company at HNI Corporation from 2003 to 2006, Senior Vice President of Sales, Marketing and Product Development at True Temper Sports from 2002 to 2003, and General Manager of Extended Warranty Operations for Ford Motor Company from 1998 to 2002. Mr. Minick is a graduate of the University of Northern Iowa, and holds a degree in marketing.

**Tom Pettit** began serving as our Chief Operations Officer in February 2020. From 2017 until February 2020, Mr. Pettit was Executive Vice President and Chief Integrated Supply Chain Officer of nVent Electric plc, a leading global provider of electrical connection and protection solutions and a former subsidiary of Pentair plc ("Pentair"), a global industrial company. Mr. Pettit previously served as the Operations Vice President of Pentair from 2015 until 2017, and as the Chief Operating Officer for BioScrip, Inc., a provider of infusion and home care management solutions, from 2014 until 2015. Mr. Pettit holds a B.S. in General Engineering from West Point Military Academy and an MBA from the University of Hawaii.

**Erik Wilde** began serving as our Executive Vice President, Industrial, Americas in July 2016. Mr. Wilde was Vice President and General Manager of the Mining Division for Komatsu America Corp., a manufacturer of construction, mining, and compact construction equipment, from 2013 until he joined Generac. Prior to that role, he held leadership positions as Vice President of the ICT Business Division and Product Marketing at Komatsu America Corp. beginning in 2005. Mr. Wilde holds a Bachelor of Business Administration in Management from Boise State University and an M.B.A. from the Keller Graduate School of Management.

**Patrick Forsythe** has served as our Chief Technical Officer since January 2021. He previously served as our Executive Vice President of Global Engineering since July 2015. Prior to re-joining Generac, Mr. Forsythe was Vice President, Global Engineering & Technology of Hayward Industries from 2008 to 2015, Vice President, Global Engineering at Ingersoll Rand Company (and the acquired Doosan Infracore International) from 2004 to 2008, and Director of Engineering at Ingersoll Rand Company from 2002 to 2004. Prior to 2002, Mr. Forsythe worked in various engineering management capacities with Generac from 1995 to 2002. Mr. Forsythe holds a Higher National Diploma (HND) in Mechanical Engineering from the University of Ulster (United Kingdom), a B.S. in Mechanical Engineering, and an M.S. in Manufacturing Management & Technology from The Open University (United Kingdom).

**Raj Kanuru** is our Executive Vice President, General Counsel & Secretary and is the Company's principal legal and compliance officer, roles that he has held since joining Generac in 2013. Prior to joining Generac, Mr. Kanuru served as in-house counsel at Caterpillar Inc. for almost 14 years within various leadership roles, including in the Securities, Regulatory and Tax group, at Caterpillar Financial, and in Caterpillar's Energy & Transportation group. From 2009 to 2013, Mr. Kanuru served as Vice President, General Counsel and Secretary of Progress Rail Services Inc., and its subsidiaries (a Caterpillar company). He began his legal career as a senior associate in the tax consulting practice of Arthur Andersen LLP. Mr. Kanuru holds a Bachelor of Science in Finance degree from Birmingham-Southern College and received his Juris Doctor degree from the University of Alabama.

**Item 1A. Risk Factors**

You should carefully consider the following risks. These risks could materially affect our business, results of operations or financial condition, cause the trading price of our common stock to decline materially or cause our actual results to differ materially from those expected or those expressed in any forward-looking statements made by us. These risks are not exclusive, and additional risks to which we are subject include, but are not limited to, the factors mentioned under "Forward-Looking Statements" and the risks of our businesses described elsewhere in this Annual Report.

Table of Contents

**Risk factors related to COVID-19**

*The duration and scope of the impacts of the COVID-19 pandemic are uncertain and may continue to adversely affect our operations, supply chain, distribution, and demand for certain of our products and services.*

The global outbreak of COVID-19 has created significant uncertainty within the global markets that we serve. We have operations, customers and suppliers in countries significantly impacted by COVID-19. Governmental authorities around the world have taken a variety of measures to slow the spread of COVID-19, including travel bans or restrictions, increased border controls or closures, quarantines, shelter-in-place orders and business shutdowns and such authorities may impose additional restrictions in the future. We have also taken actions to protect our employees and to mitigate the spread of COVID-19 within our business. There can be no assurance that the measures implemented by governmental authorities or our own actions will be effective or achieve their desired results in a timely fashion.

The impact of COVID-19 on the global economy and our customers, as well as recent volatility in oil prices, has negatively impacted demand for certain of our products and is expected to continue to do so in the future. Its effects could also result in disruptions to our manufacturing operations and supply chain, which could negatively impact our ability to meet customer demand. Our forward-looking statements assume that our production facilities, supply chain and distribution partners continue to operate during the pandemic. To date, we have been able to operate the majority of our facilities given our status as an essential operation. If we were to encounter a significant work stoppage, disruption, or outbreak due to COVID-19 at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time.

Furthermore, the impact of COVID-19 on the economy, demand for our products and impacts to our operations, including the measures taken by governmental authorities to address it, may precipitate or exacerbate other risks and/or uncertainties, including specifically many of the risk factors set forth in this Annual Report, including risks related to the fair market value of intangible assets that could lead to an impairment, which may have a significant impact on the Company's operating results and financial condition, although we are unable to predict the extent or nature of these impacts at this time.

**Risk factors related to our business and industry**

***Demand for the majority of our products is significantly affected by unpredictable power outage activity that can lead to substantial variations in, and uncertainties regarding, our financial results from period to period.***

Sales of our products are subject to consumer buying patterns, and demand for the majority of our products is affected by power outage events caused by thunderstorms, hurricanes, ice storms, blackouts, public safety power shutoffs, and other power grid reliability issues. The impact of these outage events on our sales can vary depending on the location, frequency and severity of the outages. Sustained periods without major power disruptions can lead to reduced consumer awareness of the benefits of standby and portable generator products and can result in reduced sales growth rates and excess inventory. There are smaller, more localized power outages that occur frequently that drive a baseline level of demand for back-up power solutions. The lack of major power outage events and fluctuations to the baseline levels of power outage activity are part of managing our business, and these fluctuations could have an adverse effect on our net sales and profits. Despite their unpredictable nature, we believe power disruptions create awareness and accelerate adoption for our home standby products.

***Demand for our products is significantly affected by durable goods spending by consumers and businesses, and other macroeconomic conditions.***

Our business is affected by general economic conditions, and uncertainty or adverse changes such as the prolonged downturn in U.S. residential investment and the impact of more stringent credit standards could lead to a decline in demand for our products and pressure to reduce our prices. Our sales of light-commercial and industrial generators are affected by conditions in the non-residential construction sector and by the capital investment trends for small and large businesses and municipalities. If these businesses and municipalities cannot access credit markets or do not utilize discretionary funds to purchase our products as a result of the economy or other factors, our business could suffer and our ability to realize benefits from our strategy of increasing sales in the light-commercial and industrial sectors through, among other things, our focus on innovation and product development, including natural gas engine and modular technology, could be adversely affected. In addition, consumer confidence and home remodeling expenditures have a significant impact on sales of our residential products, and prolonged periods of weakness in consumer durable goods spending could have a material impact on our business. Typically, we do not have contracts with our customers which call for committed volume, and we cannot guarantee that our current customers will continue to purchase our products at the same level, if at all. If general economic conditions or consumer confidence were to worsen, or if the non-residential construction sector or rate of capital investments were to decline, our net sales and profits would likely be adversely affected. Additionally, timing of capital spending by our national account customers can vary from quarter-to-quarter based on capital availability and internal capital spending budgets. Also, the availability of renewable energy mandates and investment tax credits and other subsidies can have an impact on the demand for energy storage systems.

***Decreases in the availability and quality, or increases in the cost, of raw materials, key components and labor we use to make our products could materially reduce our earnings.***

The principal raw materials that we use to produce our products are steel, copper and aluminum. We also source a significant number of component parts from third parties that we utilize to manufacture our products. The prices of those raw materials and components are susceptible to significant fluctuations due to trends in supply and demand, commodity prices, currencies, transportation costs, government regulations and tariffs, price controls, economic conditions and other unforeseen circumstances beyond our control. We do not have long-term supply contracts in place to ensure the raw materials and components we use are available in necessary amounts or at fixed prices. If we are unable to mitigate raw material or component price increases through product design improvements, price increases to our customers, manufacturing productivity improvements, or hedging transactions, our profitability could be adversely affected. Also, our ability to continue to obtain quality materials and components is subject to the continued reliability and viability of our suppliers, including in some cases, suppliers who are the sole source of certain important components. If we are unable to obtain adequate, cost efficient or timely deliveries of required raw materials and components, or sufficient labor resources while we ramp up production to meet higher levels of demand, we may be unable to manufacture sufficient quantities of products on a timely basis. This could cause us to lose sales, incur additional costs, delay new product introductions or suffer harm to our reputation.

9

Table of Contents

***The industry in which we compete is highly competitive, and our failure to compete successfully could adversely affect our results of operations and financial condition.***

We operate in markets that are highly competitive. Some of our competitors have established brands and are larger in size or are divisions of large diversified companies which have substantially greater financial resources than we do. Some of our competitors may be willing to reduce prices and accept lower margins in order to compete with us. In addition, we could face new competition from large international or domestic companies with

established industrial brands that enter our end markets. Demand for our products may also be affected by our ability to respond to changes in design and functionality, to respond to downward pricing pressure, and to provide shorter lead times for our products than our competitors. If we are unable to respond successfully to these competitive pressures, we could lose market share, which could have an adverse impact on our results. For further information, see "Item 1—Business—Competition".

***Our industry is subject to technological change, and our failure to continue developing new and improved products and to bring these products rapidly to market could have an adverse impact on our business.***

New products, or refinements and improvements to our existing products, may have technical failures, delayed introductions, higher than expected production costs or may not be well accepted by our customers. If we are not able to anticipate, identify, develop and market high quality products in line with technological advancements that respond to changes in customer preferences, demand for our products could decline and our operating results could be adversely affected.

***We rely on independent dealers and distribution partners, and the loss of these dealers and distribution partners, or of any of our sales arrangements with significant private label, national, retail or equipment rental customers, would adversely affect our business.***

In addition to our direct sales force and manufacturer sales representatives, we depend on the services of independent distributors and dealers to sell our products and provide service and aftermarket support to our end customers. We also rely upon our distribution channels to drive awareness for our product categories and our brands. In addition, we sell our products to end users through private label arrangements with leading home equipment, electrical equipment and construction machinery companies; arrangements with top retailers and equipment rental companies; and our direct national accounts with telecommunications and industrial customers. Our distribution agreements and any contracts we have with large national, retail and other customers are typically not exclusive, and many of the distributors with whom we do business offer competitors' products and services. Impairment of our relationships with our distributors, dealers or large customers, loss of a substantial number of these distributors or dealers or of one or more large customers, or an increase in our distributors' or dealers' sales of our competitors' products to our customers or of our large customers' purchases of our competitors' products could materially reduce our sales and profits. Also, our ability to successfully realize our growth strategy is dependent in part on our ability to identify, attract and retain new distributors at all layers of our distribution platform, including increasing the number of energy storage distributors, and we cannot be certain that we will be successful in these efforts. For further information, see "Item 1—Business—Distribution Channels and Customers".

***Our business could be negatively impacted if we fail to adequately protect our intellectual property rights or if third parties claim that we are in violation of their intellectual property rights.***

We consider our intellectual property rights to be important assets, and seek to protect them through a combination of patent, trademark, copyright and trade secret laws, as well as licensing and confidentiality agreements. These protections may not be adequate to prevent third parties from using our intellectual property without our authorization, breaching any confidentiality agreements with us, copying or reverse engineering our products, or developing and marketing products that are substantially equivalent to or superior to our own. The unauthorized use of our intellectual property by others could reduce our competitive advantage and harm our business. Not only are intellectual property-related proceedings burdensome and costly, but they could span years to resolve and we might not ultimately prevail. We cannot guarantee that any patents, issued or pending, will provide us with any competitive advantage or will not be challenged by third parties. Moreover, the expiration of our patents may lead to increased competition with respect to certain products.

In addition, we cannot be certain that we do not or will not infringe third parties' intellectual property rights. Any such claim, even if it is without merit, may be expensive and time-consuming to defend, subject us to damages, cause us to cease making, using or selling certain products that incorporate the disputed intellectual property, require us to redesign our products, divert management time and attention, and/or require us to enter into costly royalty or licensing arrangements.

***We may incur costs and liabilities as a result of product liability claims.***

We face a risk of exposure to product liability claims in the event that the use of our products is alleged to have resulted in injury or other damage. Although we currently maintain product liability insurance coverage, we may not be able to obtain such insurance on acceptable terms in the future, if at all, or obtain insurance that will provide adequate coverage against potential claims. Product liability claims can be expensive to defend and can divert the attention of management and other personnel for long periods of time, regardless of the ultimate outcome. A significant unsuccessful product liability defense could have a material adverse effect on our financial condition and results of operations. In addition, we believe our business depends on the strong brand reputation we have developed. If our reputation is damaged, we may face difficulty in maintaining our market share and pricing with respect to some of our products, which could reduce our sales and profitability.

Table of Contents

***We are unable to determine the specific impact of changes in selling prices or changes in volumes or mix of our products on our net sales.***

Because of the wide range of products that we sell, the level of customization for many of our products, the frequent rollout of new products, the different accounting systems utilized, and the fact that we do not apply pricing changes uniformly across our entire portfolio of products, we are unable to determine with specificity the effect of volume or mix changes or changes in selling prices on our net sales.

***Policy changes affecting international trade could adversely impact the demand for our products and our competitive position.***

Changes in government policies on foreign trade and investment can affect the demand for our products, impact the competitive position of our products or prevent us from being able to sell products in certain countries. Our business benefits from free trade agreements, and efforts to withdraw from, or substantially modify such agreements, in addition to the implementation of more restrictive trade policies, such as more detailed inspections, higher tariffs, import or export licensing requirements, exchange controls or new barriers to entry, could have a material adverse effect on our results of operations, financial condition or cash flows. For example, starting in 2018 and continuing, we are experiencing increased tariffs on many of our products and product components, although these tariffs did not ultimately have a material adverse effect on our results due to the implementation of various mitigation efforts and temporary exclusions in conjunction with our supply chain and end market partners.

Additionally, the United Kingdom's exit from European Union (EU) membership has caused and may continue to cause significant volatility in global stock markets, currency exchange rate fluctuations and global economic uncertainty. Although it is unknown what the terms of the United Kingdom's future relationship with the EU will be, it is possible that there will be greater restrictions on imports and exports between the United Kingdom and EU and increased regulatory complexities. Any of these factors could adversely impact customer demand, our relationships with customers and suppliers and our results of operations.

**Risk factors related to our operations**

***The loss of any key members of our senior management team or key employees could disrupt our operations and harm our business.***

Our success depends, in part, on the efforts of certain key individuals, including the members of our senior management team, who have significant experience in the power products industry. If, for any reason, our senior executives do not continue to be active in management, or if our key employees leave our company, our business, financial condition or results of operations could be adversely affected. Failure to continue to attract these individuals at reasonable compensation levels could have a material adverse effect on our business, liquidity and results of operations. Although we do not anticipate that we will have to replace any of these individuals in the near future, the loss of the services of any of our key employees could disrupt our operations and have a material adverse effect on our business.

***Disruptions caused by labor disputes or organized labor activities could harm our business.***

We may from time to time experience union organizing activities in our non-union facilities. Disputes with the current labor union or new union organizing activities could lead to work slowdowns or stoppages and make it difficult or impossible for us to meet scheduled delivery times for product shipments to our customers, which could result in loss of business. In addition, union activity could result in higher labor costs, which could harm our financial condition, results of operations and competitive position. A work stoppage or limitations on production at our facilities for any reason could have an adverse effect on our business, results of operations and financial condition. In addition, many of our suppliers have unionized work forces. Strikes or work stoppages experienced by our customers or suppliers could have an adverse effect on our business, results of operations and financial condition.

11

Table of Contents

***We may experience material disruptions to our manufacturing operations.***

While we seek to operate our facilities in compliance with applicable rules and regulations and take measures to minimize the risks of disruption at our facilities, a material disruption at one of our manufacturing facilities could prevent us from meeting customer demand, reduce our sales and/or negatively impact our financial results. Any of our manufacturing facilities, or any of our equipment within an otherwise operational facility, could cease operations unexpectedly due to a number of events, including:

- equipment or information technology infrastructure failure;
- disruptions in the transportation infrastructure including roads, bridges, railroad tracks and container ports;
- fires, floods, tornadoes, earthquakes, disease, pandemics, acts of violence, or other catastrophes; and
- other operational problems.

In addition, a significant portion of our manufacturing and production facilities are located in Wisconsin within a 100-mile radius of each other. We could experience prolonged periods of reduced production due to unforeseen events occurring in or around our manufacturing facilities in Wisconsin. In the event of a business interruption at our facilities, in particular our Wisconsin facilities, we may be unable to shift manufacturing capabilities to alternate locations, accept materials from suppliers or meet customer shipment needs, among other severe consequences. Such an event could have a material and adverse impact on our financial condition and results of our operations.

***We are vulnerable to supply disruptions from single-sourced suppliers.***

We single-source certain types of parts in our product designs. Any delay in our suppliers' deliveries may impair our ability to deliver products to our customers. A wide variety of factors could cause such delays including, but not limited to, lack of capacity, economic downturns, availability of credit, logistical challenges, trade restrictions, weather events, disease or natural disasters.

***We may not realize all of the anticipated benefits of our acquisitions or those benefits may take longer to realize than expected. We may also encounter significant unexpected difficulties in integrating acquired businesses.***

Our ability to realize the anticipated benefits of our acquisitions will depend, to a large extent, on our ability to integrate the acquired businesses with our business. The integration of independent businesses is a complex, costly and time-consuming process. Further, integrating and managing businesses with international operations may pose challenges not previously experienced by our management. As a result, we may be required to devote significant management attention and resources to integrating the business practices and operations of any acquired businesses with ours. The integration process may disrupt our business and, if implemented ineffectively, could preclude realization of the full benefits expected by us. Our failure to meet the challenges involved in integrating an acquired business into our existing operations or otherwise to realize the anticipated benefits of the transaction could cause an interruption of, or a loss of momentum in, our activities and could adversely affect our results of operations.

In addition, the overall integration of our acquired businesses may result in material unanticipated problems, expenses, liabilities, competitive responses, loss of customer relationships, and diversion of management's attention, and may cause our stock price to decline. The difficulties of combining the operations of acquired businesses with ours include, among others:

- managing a larger company;
- maintaining employee morale and retaining key management and other employees;
- complying with newly applicable foreign regulations;
- integrating two business cultures, which may prove to be incompatible;
- the possibility of faulty assumptions underlying expectations regarding the integration process;
- retaining existing customers and attracting new customers;
- consolidating corporate and administrative infrastructures and eliminating duplicative operations;

- the diversion of management's attention from ongoing business concerns and performance shortfalls as a result of the diversion of management's attention to the acquisition;
- unanticipated issues in integrating information technology, communications and other systems;
- unanticipated changes in applicable laws and regulations;
- managing tax costs or inefficiencies associated with integrating the operations of the combined company;
- unforeseen expenses or delays associated with the acquisition;
- difficulty comparing financial reports due to differing financial and/or internal reporting systems; and
- making any necessary modifications to internal financial control standards to comply with the Sarbanes-Oxley Act of 2002 and the rules and regulations promulgated thereunder.

Many of these factors will be outside of our control and any one of them could result in increased costs, decreases in the amount of expected revenues and diversion of management's time and energy, which could materially impact our business, financial condition and results of operations. In addition, even if the operations of our acquired businesses are integrated successfully with our operations, we may not realize the full benefits of the transaction, including the synergies, cost savings or sales or growth opportunities that we expect. These benefits may not be achieved within the anticipated time frame, or at all. Or, additional unanticipated costs may be incurred in the integration of our businesses. All of these factors could cause dilution to our earnings per share, decrease or delay the expected accretive effect of the acquisition, and cause a decrease in the price of our common stock. As a result, we cannot assure you that the combination of our acquisitions with our business will result in the realization of the full benefits anticipated from the transaction.

Table of Contents

***A significant portion of our purchased components are sourced in foreign countries, exposing us to additional risks that may not exist in the United States.***

We source a significant portion of our purchased components overseas, primarily in Asia and Europe. Our international sourcing subjects us to a number of potential risks in addition to the risks associated with third-party sourcing generally. Such risks include:

- inflation or changes in political and economic conditions;
- unstable regulatory environments;
- changes in import and export duties;
- domestic and foreign customs and tariffs;
- currency rate fluctuations;
- trade restrictions;
- labor unrest;
- logistical challenges, including extended container port congestion, and higher logistics costs;
- communications challenges; and
- other restraints and burdensome taxes.

These factors may have an adverse effect on our ability to efficiently and cost effectively source our purchased components overseas. In particular, if the U.S. dollar were to depreciate significantly against the currencies in which we purchase raw materials from foreign suppliers, our cost of goods sold could increase materially, which would adversely affect our results of operations.

**Risk factors related to legal and regulatory matters**

***As a U.S. corporation that conducts business in a variety of foreign countries, we are subject to the Foreign Corrupt Practices Act and a variety of anti-corruption laws worldwide. A determination that we violated any of these laws may affect our business and operations adversely.***

The U.S. Foreign Corrupt Practices Act (FCPA) generally prohibits U.S. companies and their intermediaries from making improper payments to foreign officials for the purpose of obtaining or keeping business. The United Kingdom Bribery Act (UKBA) prohibits domestic and foreign bribery of the private sector as well as public officials. Any determination that we have violated any anti-corruption laws could have a material adverse effect on our financial position, operating results and cash flows.

***Our operations are subject to various environmental, health and safety laws and regulations, and non-compliance with or liabilities under such laws and regulations could result in substantial costs, fines, sanctions and claims.***

Our operations are subject to a variety of foreign, federal, state and local environmental, health and safety laws and regulations including those governing, among other things, emissions to air; discharges to water; noise; and the generation, handling, storage, transportation, treatment and disposal of waste and other materials. In addition, under federal and state environmental laws, we could be required to investigate, remediate and/or monitor the effects of the release or disposal of materials both at sites associated with past and present operations and at third-party sites where wastes generated by our operations were disposed. This liability may be imposed retroactively and whether or not we caused, or had any knowledge of, the existence of these materials and may result in our paying more than our fair share of the related costs. We could also be subject to a recall action by regulatory authorities. Violations of or liabilities under such laws and regulations could result in substantial costs, fines and civil or criminal proceedings or personal injury and workers' compensation claims.

***Our products are subject to substantial government regulation.***

Our products are subject to extensive statutory and regulatory requirements governing, among other things, emissions, noise, labeling, transport, product content, and data privacy, including standards imposed by the EPA, CARB and other regulatory agencies around the world. Also, as we increase our connectivity with our products and customers, we may be required to comply with additional data privacy and cybersecurity regulations. These laws are constantly evolving and many are becoming increasingly stringent. Changes in applicable laws or regulations, or in the enforcement thereof, could require us to redesign our products and could adversely affect our business or financial condition in the future. Developing and marketing products to meet such new requirements could result in substantial additional costs that may be difficult to recover in some markets. In some cases, we may be required to modify our products or develop new products to comply with new regulations, particularly those relating to air emissions and carbon monoxide. Typically, additional costs associated with significant compliance modifications are passed on to the market. While we have been able to meet previous deadlines and requirements, failure to comply with other existing and future regulatory standards could adversely affect our

position in the markets we serve.

Table of Contents

**Risk factors related to cybersecurity**

***Failures or security breaches of our networks or information technology systems could have an adverse effect on our business.***

We rely heavily on information technology (IT) both in our products and services for customers and in our IT systems used to run our business. Further, we collect and store sensitive information in our data centers and on our networks. Government agencies and security experts have warned about growing risks of hackers, cyber-criminals, malicious insiders and other actors targeting confidential information and all types of IT systems. These actors may engage in fraudulent activities, theft of confidential or proprietary information and sabotage or ransomware.

Our IT systems, our connected products, and our confidential information may be vulnerable to damage or intrusion from a variety of attacks including computer viruses, worms or other malicious software programs. The risk of such attacks may increase as we integrate newly acquired companies or develop new connected products and related software. These attacks pose a risk to the security of our products, systems and networks and those of our customers, suppliers and third-party service providers, as well as to the confidentiality of our information and the integrity and availability of our data. While we attempt to mitigate these risks through board oversight, controls, due diligence, employee training and communication, third party intrusion testing, system hardening, email and web filters, regular patching, surveillance, encryption, and other measures, we remain vulnerable to information security threats.

Despite the precautions we take, an intrusion or infection of our systems or connected products could result in the disruption of our business, or a loss of proprietary or confidential information. Similarly, an attack on our IT systems or connected products could result in theft or disclosure of trade secrets or other intellectual property, a breach of confidential customer or employee information, or product failure or misuse. Any such events could have an adverse impact on sales, harm our reputation and cause us to incur legal liability and increased costs to address such events and related security concerns. As the threats evolve and become more potent, we may incur additional costs to secure the products that we sell, as well as our data and infrastructure of networks and devices.

**Risk factors related to our capital structure**

***We have indebtedness which could adversely affect our cash flow and our ability to make payments on our indebtedness.***

As of December 31, 2020 we had total indebtedness of $885.2 million. Our level of indebtedness increases the possibility that we may be unable to generate cash sufficient to pay, when due, the principal of, interest on or other amounts due in respect of our indebtedness. While we maintain interest rate swaps covering a portion of our outstanding debt, our interest expense could increase if interest rates increase because debt under our credit facilities bears interest at a variable rate based on LIBOR or other base rate. In connection with our term loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. The Company plans to work with its lenders in the near future to amend other LIBOR based debt agreements to add a replacement rate should the use of LIBOR cease. If we do not have sufficient earnings to service our debt, we may be required to refinance all or part of our existing debt, sell assets, borrow more money or sell securities, none of which we can guarantee we will be able to do.

***The terms of our credit facilities restrict our current and future operations, particularly our ability to respond to changes in our business or to take certain actions.***

Our credit facilities contain, and any future indebtedness of ours or our subsidiaries would likely contain, a number of restrictive covenants that impose operating and financial restrictions on us and our subsidiaries, including limitations on our ability to engage in acts that may be in our best long-term interests. These restrictions set limitations on, among other things, our ability to:

- incur liens;
- incur or assume additional debt or guarantees or issue preferred stock;
- pay dividends, or make redemptions and repurchases, with respect to capital stock;
- prepay, or make redemptions and repurchases of, subordinated debt;
- make loans and investments;
- make capital expenditures;
- engage in mergers, acquisitions, asset sales, sale/leaseback transactions and transactions with affiliates;
- change the business conducted by us or our subsidiaries; and
- amend the terms of subordinated debt.

The operating and financial restrictions in our credit facilities and any future financing agreements may adversely affect our ability to finance future operations or capital needs or to engage in other business activities. A breach of any of the restrictive covenants in our credit facilities would result in a default. If any such default occurs, the lenders under our credit facilities may elect to declare all outstanding borrowings, together with accrued interest and other fees, to be immediately due and payable, or enforce their security interest, any of which would result in an event of default. The lenders will also have the right in these circumstances to terminate any commitments they have to provide further borrowings. Our existing credit facilities do not contain any financial maintenance covenants.

Table of Contents

***We may need additional capital to finance our growth strategy or to refinance our existing credit facilities, and we may not be able to obtain it on acceptable terms, or at all, which may limit our ability to grow.***

We may require additional financing to expand our business. Financing may not be available to us or may be available to us only on terms that are not favorable. The terms of our senior secured credit facilities limit our ability to incur additional debt. In addition, economic conditions, including a

downturn in the credit markets, could impact our ability to finance our growth on acceptable terms or at all. If we are unable to raise additional funds or obtain capital on acceptable terms, we may have to delay, modify or abandon some or all of our growth strategies. In the future, if we are unable to refinance our credit facilities on acceptable terms, our liquidity could be adversely affected.

***Our total assets include goodwill and other indefinite-lived intangibles. If we determine these have become impaired, our net income could be materially adversely affected.***

Goodwill represents the excess of cost over the fair market value of net assets acquired in business combinations. Indefinite-lived intangibles are comprised of certain tradenames. At December 31, 2020, goodwill and other indefinite-lived intangibles totaled $983.6 million. We review goodwill and other intangibles at least annually for impairment and any excess in carrying value over the estimated fair value is charged to the statement of comprehensive income. Future impairment may result from, among other things, deterioration in the performance of an acquired business or product line, adverse market conditions and changes in the competitive landscape, adverse changes in applicable laws or regulations, including changes that restrict the activities of an acquired business or product line, and a variety of other circumstances including any of the risk factors noted above. A reduction in net income resulting from the write-down or impairment of goodwill or indefinite-lived intangibles could have a material adverse effect on our financial statements. Refer to the Critical Accounting Policies in Item 7 of this Annual Report on Form 10-K for further information regarding the Company's process for evaluating its goodwill for impairment.

**Item 1B. Unresolved Staff Comments**

None.

**Item 2. Properties**

We own or lease manufacturing, distribution, R&D, and office facilities globally totaling over five million square feet. We also have inventory warehouses that accommodate material storage and rapid response requirements of our customers. The following table provides information about our principal facilities exceeding 20,000 square feet:

| Location | Owned/ Leased | Activities | Segment |
| --- | --- | --- | --- |
| Waukesha, WI | Owned | Corporate headquarters, R&D | Domestic |
| Eagle, WI | Owned | Manufacturing, office, training | Domestic |
| Whitewater, WI | Owned | Manufacturing, office, distribution | Domestic |
| Oshkosh, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Berlin, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Jefferson, WI | Owned | Manufacturing, office, distribution, R&D | Domestic |
| Janesville, WI | Leased | Distribution | Domestic |
| Various WI | Leased | Warehouse | Domestic |
| Stockton, CA | Leased | Sales, office, warehouse | Domestic |
| Hamilton, OH | Leased | Manufacturing, office, warehouse, R&D | Domestic |
| Maquoketa, IA | Owned | Storage, rental property | Domestic |
| South Burlington, VT | Leased | Office | Domestic |
| Mexico City, Mexico | Owned | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Hidalgo, Mexico | Owned | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Milan, Italy | Leased | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Casole d'Elsa, Italy | Leased | Manufacturing, office, warehouse, R&D | International |
| Balsicas, Spain | Leased | Manufacturing, office, warehouse, R&D | International |
| Foshan, China | Owned | Manufacturing, office, warehouse, R&D | International |
| Saint-Nizier-sous-Charlieu, France | Leased | Sales, office, warehouse | International |
| Ribeirao Preto, Brazil | Leased | Manufacturing, office, warehouse | International |
| Stoke-on-Trent, United Kingdom | Leased | Sales, office, warehouse | International |
| Sydney, Australia | Leased | Sales, office, warehouse | International |
| Fellbach, Germany | Leased | Sales, office, warehouse | International |
| Celle, Germany | Owned | Manufacturing, office, warehouse, R&D | International |
| Charzyno, Poland | Owned | Manufacturing | International |
| West Bengal, India | Leased | Manufacturing, warehouse | International |

In addition to the countries represented above, the Company has other operations or sales offices in the United Arab Emirates, Romania, Russia, Canada, Colombia and the Dominican Republic.

As of December 31, 2020, substantially all of our domestically-owned and a portion of our internationally-owned properties are subject to collateral provisions under our senior secured credit facilities.

Table of Contents

**Item 3. Legal Proceedings**

From time to time, we are involved in legal proceedings primarily involving product liability, employment matters and general commercial disputes arising in the ordinary course of our business. As of December 31, 2020, we believe that there is no litigation pending that would have a material effect on our results of operations or financial condition.

**Item 4. Mine Safety Disclosures**

Not Applicable.

**PART II**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 102 of 650    Document 49

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

Shares of our common stock are traded on the New York Stock Exchange (NYSE) under the symbol "GNRC."

**Purchases of Equity Securities By the Issuer and Affiliated Purchasers**

The following table summarizes the stock repurchase activity for the three months ended December 31, 2020, which consisted of the withholding of shares upon the vesting of restricted stock awards to pay related withholding taxes on behalf of the recipient:

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs | Approximate Dollar Value Of Shares That May Yet Be Purchased Under The Plans Or Programs |
|---|---|---|---|---|
| 10/01/20 - 10/31/20 | - | - | - | $ 250,000,000 |
| 11/01/20 - 11/30/20 | 2,212 | $ 217.12 | - | $ 250,000,000 |
| 12/01/20 - 12/31/20 | 785 | 217.29 | - | $ 250,000,000 |
| Total | 2,997 | $ 217.17 | | |

For equity compensation plan information, refer to Note 17, "Share Plans," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K. For information on the Company's stock repurchase plans, refer to Note 13, "Stock Repurchase Programs," to the consolidated financial statements.

16

Table of Contents

**Stock Performance Graph**

The line graph below compares the cumulative total stockholder return on our common stock with the cumulative total return of the Standard & Poor's S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index for the five-year period ended December 31, 2020. The graph and table assume that $100 was invested on December 31, 2015 in each of our common stock, the S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index, and that all dividends were reinvested. Cumulative total stockholder returns for our common stock, the S&P 500 Index, the S&P MidCap 400 Index and the Russell 2000 Index are based on our fiscal year.



COMPARISON OF CUMULATIVE TOTAL RETURN

ASSUMES $100 INVESTED ON DEC. 31, 2015
ASSUMES DIVIDEND REINVESTED
FISCAL YEAR ENDING DEC. 31, 2020

| Company / Market / Peer Group | 12/31/2015 | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 |
|---|---|---|---|---|---|---|
| Generac Holdings Inc. | $ 100.00 | $ 136.85 | $ 166.34 | $ 166.95 | $ 337.89 | $ 763.89 |
| S&P 500 Index - Total Returns | 100.00 | 111.96 | 136.40 | 130.42 | 171.49 | 203.04 |
| S&P MidCap 400 Index | 100.00 | 120.74 | 140.35 | 124.80 | 157.49 | 179.00 |
| Russell 2000 Index | 100.00 | 121.31 | 139.08 | 123.76 | 155.35 | 186.36 |

**Holders**

As of February 17, 2021, there were 206 registered holders of record of Generac's common stock. A substantially greater number of holders of Generac common stock are "street name" or beneficial holders, whose shares are held of record by banks, brokers and other financial institutions.

**Dividends**

We do not have plans to pay dividends on our common stock in the foreseeable future. However, in the future, subject to factors such as general economic and business conditions, our financial condition and results of operations, our capital requirements, our future liquidity and capitalization, and other such factors that our Board of Directors may deem relevant, we may change this policy and choose to pay dividends. Our ability to pay dividends on our common stock is currently limited by the terms of our senior secured credit facilities and may be further restricted by any future indebtedness we incur. Dividends from, and cash generated by our subsidiaries will be our principal sources of cash to repay indebtedness, fund operations, repurchase shares of common stock and pay dividends. Accordingly, our ability to pay dividends to our stockholders is dependent on the earnings and distributions of funds from our subsidiaries.

**Securities Authorized for Issuance Under Equity Compensation Plans**

For information on securities authorized for issuance under our equity compensation plans, refer to "Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters," which is incorporated herein by reference.

**Recent Sales of Unregistered Securities**

None.

**Use of Proceeds from Registered Securities**

Not applicable.

**Item 6. [Reserved]**

Table of Contents

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion and analysis of our financial condition and results of operations should be read together with "Item 1 – Business," the consolidated financial statements and the related notes thereto in Item 8 of this Annual Report on Form 10-K. This discussion contains forward-looking statements, based on current expectations and related to future events and our future financial performance, that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of many factors, including those set forth under "Item 1A - Risk Factors."

**Overview**

We are a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid services solutions, and other power products serving the residential, light commercial and industrial markets.

Power generation and storage is a key focus of the Company, which differentiates us from our competitors who also have broad operations outside of the power equipment market. As the only significant market participant with a primary focus on these products, we maintain one of the leading market positions in the power equipment market in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications. A key strategic focus for the Company in recent years has been leveraging our leading position in the growing market for cleaner burning, more cost-effective natural gas fueled generators to expand into applications beyond standby power, allowing us to participate in distributed generation projects. The Company in recent years has been evolving its business model to also focus on clean energy products, solutions, and services. In 2019, we began providing energy storage systems as a clean energy solution for residential use that capture and store electricity from solar panels or other power sources and help reduce home energy costs while also protecting homes from shorter-duration power outages. During 2020, we entered the market for grid services involving distributed energy optimization and control software that helps support the operational stability of the world's power grids. We have also been focused on connecting the equipment we manufacture to the users of that equipment, helping to drive additional value to our customers and our distribution partners over the product lifecycle. The strategic focus on expanding the connectivity of our products will broaden our monitoring capabilities and also enable the increasing utilization of this equipment as distributed energy resources as the nascent market for grid-services expands over the next several years. Overall, as the traditional centralized utility model evolves over time, we believe that a cleaner, more decentralized grid infrastructure will build-out, and Generac's energy technology solutions are strategically positioned to participate in this future "Grid 2.0".

In addition to power generation and storage solutions, other products that we design and manufacture include light towers which provide temporary lighting for various end markets, and a broad and growing product line of outdoor power equipment for residential and commercial use.

Table of Contents

**Impact of COVID-19 on Our Business**

The global outbreak of COVID-19 was declared a pandemic by the World Health Organization in March 2020 and has negatively affected the global economy, disrupted global supply chains and created significant market volatility and uncertainty. Our management team has been very proactive in addressing the impact of COVID-19 on our business. The situation continues to evolve, and we are working to ensure employee safety, monitor customer demand, proactively address supply chain or production challenges, and support our communities during this challenging time. We manufacture and provide essential products and services to a variety of critical infrastructure customers around the globe, and as a result, substantially all of our operations and production activities have, to-date, been operational. We have implemented changes in our work practices, maintaining a safe working environment for production and office employees at our facilities, while enabling other employees to productively work from home.

The further extent of the impact of COVID-19 on our business is dependent on future developments, including the duration of the pandemic, our ability to operate during the pandemic, actions taken by domestic and foreign governments to contain the spread of the virus, and the related length of its impact on the global economy and our customers.

*Demand*

The COVID-19 pandemic has created significant uncertainty within various global markets that we serve. Several areas of our business have been and may continue to be negatively impacted, in particular our Commercial and Industrial (C&I) products around the world. The decline in oil prices has impacted our C&I mobile products demand significantly as national rental customers are deferring their capital spending. C&I stationary product shipments through our North American distributor channel and our Telecom customers have slowed during 2020 due to declines in quoting activity. Additionally, the COVID-19 pandemic has caused a broad-based sharp drop in global demand for our C&I products in our International segment, which magnified the slower economic growth and geopolitical headwinds that were already being experienced by our international business. Given the magnitude of the downturn in demand for C&I products, we initiated a number of meaningful cost-cutting actions for this part of our business during the second quarter of 2020 to better align our cost structure with customer demand. We are continuing to monitor these negative impacts on our C&I product demand closely and may implement additional measures in response.

With regard to our Residential products, historical experience and our current year results have shown that demand for Residential products can decouple from broader economic trends as these products are largely driven by power outages. The aging and underinvested electrical grid in the U.S. continues to be more vulnerable to elevated power outages across the country. As the vast majority of U.S. citizens are spending much more time at home due to the pandemic, it is becoming more essential to have a backup power strategy, especially as homeowners are doing more critical activities like working and learning from home. In addition, with California emerging as a major market for back-up power and our entrance into clean energy, these incremental growth drivers have helped to more than offset the impact of lower consumer spending due to COVID-19.

*Supply Chain and Operations*

As a result of the COVID-19 pandemic, governmental authorities have implemented and are continuing to implement numerous and constantly evolving measures to try to contain the virus, such as travel bans and restrictions, limits on gatherings, quarantines, and business shutdowns. While we are deemed an essential, critical infrastructure business and our facilities currently remain operational, this continues to be a fluid process and subject to change. We have experienced and may continue to experience increased employee absences at several of our production facilities. If we were to encounter a significant work stoppage, disruption, or COVID-19 outbreak at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time.

The COVID-19 pandemic has disrupted the global supply chain and we are continually monitoring scheduled material receipts to mitigate any delays. To date, we have not experienced significant impacts or interruptions to our supply chain as a result of the COVID-19 pandemic, but this could be subject to change if one or more of our suppliers can no longer operate in this environment. We have maintained business continuity by utilizing safety stock inventory levels and executing air freight strategies. The COVID-19 pandemic has also impacted the global logistics network. Although we have experienced inbound and outbound logistics delays and increased costs in moving shipments across several regions, the impact to our business thus far has not been significant. This could change if freight carriers are delayed or not able to operate.

*Liquidity*

Although the COVID-19 outbreak has created uncertain market conditions, we believe our business model, current cash balance, projected cash flow generation, and availability under our ABL credit facility provide us with a strong balance sheet and liquidity position. This financial strength allows us, notwithstanding unforeseen impacts of the current COVID-19 pandemic, to remain focused on our strategic plan and provides the flexibility to continue to invest in future growth opportunities.

Table of Contents

**Business Drivers and Operational Factors**

In operating our business and monitoring its performance, we pay attention to a number of business drivers and trends as well as operational factors. The statements in this section are based on our current expectations.

*Business Drivers and Trends*

Our performance is affected by the demand for reliable power generation products, energy storage systems, grid services solutions, and other power products by our customer base. This demand is influenced by several important drivers and trends affecting our industry, including the following:

*Key Mega-trends:* There are some important mega-trends that we believe represent major themes that will drive significant secular growth opportunities across our business over the long term. "Grid 2.0", which is the evolution of the traditional electrical utility model, includes the decentralization and de-carbonization of the grid and a migration toward distributed energy resources that is expected to drive demand for a variety of clean energy and grid services solutions going forward. Attitudes around global warming and climate change are shifting, which includes the expectation of more severe weather driving increased power outage activity. Natural gas is expected to be a key fuel of the future with the abundance of supply globally leading to increasing demand for natural gas generators in applications beyond standby power. The legacy infrastructure is in need of a major investment cycle to rebuild and upgrade aging networks and systems including transportation, water and power. The wireless telecommunications infrastructure is shifting to the next generation "5G" architecture, which will enable new technologies requiring significant improvement in network uptime through backup power solutions.

The onset of the COVID-19 pandemic in early 2020 has led to a new and emerging mega-trend that we refer to as "Home as a Sanctuary," where millions of people are working, learning, shopping, entertaining, and in general, spending more time at home. As working adults spend much more time working from home and school-age children learning from home, they become more sensitive to power outages due to lost productivity. These trends combined with ongoing elevated power outage activity has led to a significant increased awareness, importance and need for backup power security. As a result of spending more time at home, homeowners are also investing more into home improvement projects and outdoor project activity, which is leading to increased and broad-based demand for home standby generators as well as chore products used in a variety of property maintenance

applications.

*Increasing penetration opportunity.* Many potential customers are still not aware of the costs and benefits of automatic backup power solutions. We estimate that penetration rates for home standby generators are still only approximately 5.0% of the addressable market of homes in the United States. The decision to purchase backup power for many light-commercial buildings such as convenience stores, restaurants and gas stations is more return-on-investment driven and, as a result, these applications have relatively lower penetration rates as compared to buildings used in code-driven or mission critical applications such as hospitals, wastewater treatment facilities, 911 call centers, data centers and certain industrial locations. The emergence of lower cost, cleaner burning natural gas fueled generators has helped to increase the penetration of standby generators over the past decade in the light-commercial market. In addition, the installed base of backup power for telecommunications infrastructure is still increasing due to a variety of factors, including the impending rollout of next-generation 5G wireless networks enabling new technologies and the growing importance for critical communications being transmitted over wireless networks. We believe by expanding our distribution network, continuing to develop our product lines, and targeting our marketing efforts, we can continue to build awareness and increase penetration for our standby generators for residential, commercial and industrial purposes.

*Effect of large scale and baseline power disruptions.* Power disruptions are an important driver of customer awareness for back-up power and have historically influenced demand for generators, both in the United States and internationally. Increased frequency and duration of major power outage events, that have a broader impact beyond a localized level, increases product awareness and may drive consumers to accelerate their purchase of a standby or portable generator during the immediate and subsequent period, which we believe may last for six to twelve months following a major power outage event for standby generators. For example, there have been a number of major outage events that occurred over the past decade that drove strong demand for portable and home standby generators, and the increased awareness of these products contributed to strong revenue growth in both the year they occurred along with the following subsequent year. Major power disruptions are unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. In addition, there are smaller, more localized power outages that occur frequently across the United States that drive the baseline level of demand for back-up power solutions. The level of baseline power outage activity occurring across the United States can also fluctuate, and may cause our financial results to fluctuate from year to year.

*Energy storage and monitoring markets developing quickly.* During 2019, we entered the rapidly developing energy storage, monitoring and management markets with the acquisitions of Pika Energy and Neurio Technologies, along with the subsequent introduction of complete energy storage systems - marketed under the names PWRcell™ and PWRview™. We believe the electric utility landscape will undergo significant changes in the decade ahead as a result of rising utility rates, grid instability and power quality issues, environmental concerns, and the continuing performance and cost improvements in renewable energy and batteries. On-site power generation from solar, wind, geothermal, and natural gas generators is projected to become more prevalent as will the need to monitor, manage, and store this power – potentially developing into a significant market opportunity. The capabilities provided by Pika and Neurio have enabled us to bring an efficient and intelligent energy-savings solution to the energy storage and monitoring markets, which enabled us to quickly ramp shipments for these clean energy solutions during 2020, and we believe will position Generac as a key participant going forward. Although different from the emergency backup power space, we believe this market will develop similarly as the home standby generator market has over the past two decades given both products can provide power resiliency to homeowners. We expect to further advance our growing capabilities for energy storage systems including product development, sourcing, distribution, and marketing, as we leverage our significant competencies in the residential standby generator market to accelerate our market position in the emerging residential energy storage, monitoring and management markets.

*California market for backup power increasing.* Over the past two years, utilities in the state of California have executed a number of Public Safety Power Shutoff (PSPS) events in large portions of their service areas. These events were pro-active measures to prevent their equipment from potentially causing catastrophic wildfires during the dry and windy season of the year. The occurrence of these events, along with the utilities warning these actions could continue in the future as they upgrade their transmission and distribution infrastructure, have resulted in significant awareness and increased demand for our generators in California, where penetration rates of home standby generators still stand at only approximately 1%. We have a significant focus on expanding distribution in California and are working together with local regulators, inspectors, and gas utilities to increase their bandwidth and sense of urgency around approving and providing the infrastructure necessary for home standby and other backup power products. Our efforts in this part of the country will also be helpful in developing the market for energy storage and monitoring where the installed base of solar and other renewable sources of electricity are some of the highest in the U.S., and the regulatory environment is increasingly mandating renewable energy on new construction applications.

Table of Contents

*Impact of residential investment cycle.* The market for residential generators and energy storage systems is also affected by the residential investment cycle and overall consumer confidence and sentiment. When homeowners are confident of their household income, the value of their home and overall net worth, they are more likely to invest in their home. These trends can have an impact on demand for residential generators and energy storage systems. Trends in the new housing market, highlighted by residential housing starts, can also impact demand for these products. Demand for outdoor power equipment is also impacted by several of these factors, as well as weather precipitation patterns. Finally, the existence of renewable energy mandates and investment tax credits and other subsidies can also have an impact on the demand for energy storage systems.

*Impact of business capital investment and other economic cycles.* The global market for our commercial and industrial products is affected by different capital investment cycles, which can vary across the numerous regions around the world in which we participate. These markets include non-residential building construction, durable goods and infrastructure spending, as well as investments in the exploration and production of oil & gas, as businesses or organizations either add new locations or make investments to upgrade existing locations or equipment. These trends can have a material impact on demand for these products. The capital investment cycle may differ for the various commercial and industrial end markets that we serve including light commercial, retail, office, telecommunications, industrial, data centers, healthcare, construction, oil & gas and municipal infrastructure, among others. The market for these products is also affected by general economic and geopolitical conditions as well as credit availability in the geographic regions that we serve.

**Factors Affecting Results of Operations**

We are subject to various factors that can affect our results of operations, which we attempt to mitigate through factors we can control, including continued product development, expanded distribution, pricing, cost control and hedging. Certain operational and other factors that affect our business include the following:

*Effect of commodity, currency and component price fluctuations.* Industry-wide price fluctuations of key commodities, such as steel, copper and

aluminum, along with other components we use in our products, as well as changes in labor costs required to produce our products, can have a material impact on our results of operations. Acquisitions in recent years have further expanded our commercial and operational presence outside of the United States. These international acquisitions, along with our existing global supply chain, expose us to fluctuations in foreign currency exchange rates and regulatory tariffs that can also have a material impact on our results of operations.

We have historically attempted to mitigate the impact of any inflationary pressures through improved product design and sourcing, manufacturing efficiencies, price increases and select hedging transactions. Our results are also influenced by changes in fuel prices in the form of freight rates, which in some cases are accepted by our customers and in other cases are paid by us.

*Seasonality.*    Although there is demand for our products throughout the year, in each of the past five years, approximately 19% to 21% of our net sales occurred in the first quarter, 22% to 25% in the second quarter, 26% to 28% in the third quarter and 27% to 31% in the fourth quarter, with different seasonality depending primarily on the occurrence, timing and severity of major power outage activity in each year. Major outage activity is unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. The seasonality experienced during a major power outage, and for the subsequent quarters following the event, will vary relative to other periods where no major outage events occurred.

During 2020, elevated power outage activity and the emergence of the "Home as a Sanctuary" trend driven by the COVID-19 pandemic led to a significant increase in demand for home standby generators.  This increased demand has resulted in extended lead times for these products as of December 31, 2020, and as a result, our net sales during 2021 are expected to be more level-loaded throughout the year relative to historical seasonal patterns.

*Factors influencing interest expense.*    Interest expense can be impacted by a variety of factors, including market fluctuations in LIBOR, interest rate election periods, interest rate swap agreements, repayments or borrowings of indebtedness, and amendments to our credit agreements. In connection with our term loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. We plan to work with our lenders in the future to amend other LIBOR based debt agreements to add a replacement rate should the use of LIBOR cease. Interest expense decreased during 2020 compared to 2019, primarily due to lower LIBOR rates and lower outstanding borrowings. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information.

*Factors influencing provision for income taxes and cash income taxes paid.*    On December 22, 2017, the U.S. government enacted the Tax Cuts and Jobs Act, which significantly changed how the U.S. taxes corporations. Since enactment, the U.S. Treasury Department (Treasury) issued several new regulations and other guidance which we have incorporated into our final tax calculations.

Table of Contents

As of December 31, 2020, we had approximately $102 million of tax-deductible goodwill and intangible asset amortization remaining from our acquisition by CCMP Capital Advisors, LLC in 2006. This remaining balance will fully amortize in our 2021 tax return, resulting in approximately $26 million of cash tax savings during 2021. Beginning in 2022, this tax amortization will no longer exist, resulting in a higher cash tax obligation on a go-forward basis.

**Components of Net Sales and Expenses**

*Net Sales*

Our net sales primarily consist of product sales to our customers. This includes sales of our power generation equipment, energy storage systems, and other power products to the residential, light commercial and industrial markets, as well as service parts to our dealer network. Net sales also include shipping and handling charges billed to customers, with the related freight costs included in cost of goods sold. Additionally, we offer other services, including extended warranties, remote monitoring, grid optimization, installation and maintenance services. However, these services accounted for less than two percent of our net sales for the year ended December 31, 2020. Refer to Note 2, "Summary of Accounting Policies - Revenue Recognition," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on our revenue streams and related revenue recognition accounting policies.

We are not dependent on any one channel or customer for our net sales, with no single customer representing more than 6% of our sales, and our top ten customers representing less than 24% of our net sales for the year ended December 31, 2020.

*Costs of Goods Sold*

The principal elements of costs of goods sold are component parts, raw materials, freight, factory overhead and labor. Component parts and raw materials comprised approximately 75% of costs of goods sold for the year ended December 31, 2020. The principal component parts are engines, alternators, and batteries. We design and manufacture air-cooled engines for certain of our generators up to 24kW, along with certain liquid-cooled, natural gas engines. We source engines for certain of our smaller products and all of our diesel products. For certain natural gas engines, we source the base engine block, and then add a significant amount of value engineering, sub-systems and other content to the point that we are recognized as the original equipment manufacturer (OEM) of those engines. We design and manufacture many of the alternators for our units. We also manufacture other generator components where we believe we have a design and cost advantage. We source component parts from an extensive global network of reliable, high quality suppliers. In some cases, these relationships are proprietary.

The principal raw materials used in the manufacturing process that are sourced are steel, copper and aluminum. We are susceptible to fluctuations in the cost of these commodities, impacting our costs of goods sold. We seek to mitigate the impact of commodity prices on our business through a continued focus on global sourcing, product design improvements, manufacturing efficiencies, price increases and select hedging transactions. We are also impacted by foreign currency fluctuations given our global supply chain. There is typically a lag between raw material price fluctuations and their effect on our costs of goods sold.

Other sources of costs include our manufacturing and warehousing facilities, factory overhead, labor and shipping costs. Factory overhead includes utilities, insurance, support personnel, depreciation, general supplies, support and maintenance. Although we attempt to maintain a flexible manufacturing cost structure, our margins can be impacted when we cannot timely adjust labor and manufacturing costs to match fluctuations in net sales.

***Operating Expenses***

Our operating expenses consist of costs incurred to support our sales, marketing, distribution, service parts, engineering, information systems, human resources, accounting, finance, risk management, legal and tax functions, among others. These expenses include personnel costs such as salaries, bonuses, employee benefit costs, taxes, and share-based compensation cost, and are classified into three categories: selling and service, research and development, and general and administrative. Additionally, the amortization expense related to our finite-lived intangible assets is included within operating expenses.

Table of Contents

*Selling and service.* Our selling and service expenses consist primarily of personnel expense, marketing expense, standard assurance warranty expense and other sales expenses. Our personnel expense recorded in selling and services expenses includes the expense of our sales force responsible for our broad customer base and other personnel involved in the marketing, sales and service of our products. Standard warranty expense, which is recorded at the time of sale, is estimated based on historical trends. Our marketing expenses include direct mail costs, printed material costs, product display costs, market research expenses, trade show expenses, media advertising, promotional expenses and co-op advertising costs. Marketing expenses are generally related to the launch of new product offerings, participation in trade shows and other events, opportunities to create market awareness for our products, and general brand awareness marketing efforts.

*Research and development.* Our research and development expenses support numerous projects covering all of our product lines. They also support our connectivity, remote monitoring, and energy monitoring initiatives. We operate engineering facilities with extensive capabilities at many locations globally and employ over 500 personnel with focus on new product development, existing product improvement and cost containment. We are committed to research and development, and rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our research and development costs are expensed as incurred.

*General and administrative.* Our general and administrative expenses include personnel costs for general and administrative employees; accounting, legal and professional services fees; information technology costs; insurance; travel and entertainment expense; and other corporate expenses.

*Amortization of intangibles.* Our amortization of intangibles expense includes the straight-line amortization of finite-lived tradenames, customer lists, patents and technology, and other intangibles assets.

***Other (Expense) Income***

Other (expense) income includes the interest expense on our outstanding borrowings, amortization of debt financing costs and original issue discount, and cash flows related to interest rate swap agreements. Other (expense) income also includes other financial items such as losses on extinguishment of debt, loss on pension settlement, and investment income earned on our cash and cash equivalents.

**Results of Operations**

A detailed discussion of the year-over-year changes from the Company's fiscal 2018 to fiscal 2019 can be found in the Management's Discussion and Analysis section of the Company's fiscal 2019 Annual Report on Form 10-K filed February 25, 2020.

***Year ended December 31, 2020 compared to year ended December 31, 2019***

The following table sets forth our consolidated statement of operations data for the periods indicated:

| (U.S. Dollars in thousands) | Year Ended December 31, 2020 | | 2019 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Net sales | $ | 2,485,200 | $ | 2,204,336 | $ | 280,864 | 12.7% |
| Cost of goods sold | | 1,527,546 | | 1,406,584 | | 120,962 | 8.6% |
| Gross profit | | 957,654 | | 797,752 | | 159,902 | 20.0% |
| Operating expenses: | | | | | | | |
| Selling and service | | 246,373 | | 217,683 | | 28,690 | 13.2% |
| Research and development | | 80,251 | | 68,394 | | 11,857 | 17.3% |
| General and administrative | | 119,644 | | 110,868 | | 8,776 | 7.9% |
| Amortization of intangible assets | | 32,280 | | 28,644 | | 3,636 | 12.7% |
| Total operating expenses | | 478,548 | | 425,589 | | 52,959 | 12.4% |
| Income from operations | | 479,106 | | 372,163 | | 106,943 | 28.7% |
| Total other expense, net | | (32,915) | | (52,556) | | 19,641 | -37.4% |
| Income before provision for income taxes | | 446,191 | | 319,607 | | 126,584 | 39.6% |
| Provision for income taxes | | 98,973 | | 67,299 | | 31,674 | 47.1% |
| Net income | | 347,218 | | 252,308 | | 94,910 | 37.6% |
| Net income attributable to noncontrolling interests | | (3,358) | | 301 | | (3,659) | -1215.6% |
| Net income attributable to Generac Holdings Inc. | $ | 350,576 | $ | 252,007 | $ | 98,569 | 39.1% |

Table of Contents

The following sets forth our reportable segment information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales by Segment Year Ended December 31, 2020 | | 2019 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Domestic | $ | 2,088,808 | $ | 1,742,898 | $ | 345,910 | 19.8% |

| | 2020 | | 2019 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| International | | 396,392 | | 461,438 | | (65,046) | -14.1% |
| Total net sales | $ | 2,485,200 | $ | 2,204,336 | $ | 280,864 | 12.7% |

| | Adjusted EBITDA by Segment | | | | | | |
| | Year Ended December 31, | | | | | | |
| | 2020 | | 2019 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Domestic | $ | 563,394 | $ | 428,667 | $ | 134,727 | 31.4% |
| International | | 20,379 | | 25,448 | | (5,069) | -19.9% |
| Total Adjusted EBITDA | $ | 583,773 | $ | 454,115 | $ | 129,658 | 28.6% |

The following table sets forth our product class information for the periods indicated:

| | Net Sales by Product Class | | | | | | |
| | Year Ended December 31, | | | | | | |
| (U.S. Dollars in thousands) | 2020 | | 2019 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Residential products | $ | 1,556,501 | $ | 1,143,723 | $ | 412,778 | 36.1% |
| Commercial & industrial products | | 701,751 | | 871,595 | | (169,844) | -19.5% |
| Other | | 226,948 | | 189,018 | | 37,930 | 20.1% |
| Total net sales | $ | 2,485,200 | $ | 2,204,336 | $ | 280,864 | 12.7% |

*Net sales.* The increase in Domestic segment sales for the year ended December 31, 2020 was primarily due to strong growth in shipments of home standby generators and portable generators as elevated outage activity and nationwide stay-at-home orders heightened consumer awareness of power reliability concerns. Chore products sold directly to consumers were also strong during the current year as homeowners increased outdoor project activity. In addition, shipments of the PWRcell™ energy storage system had a strong impact on growth as we expanded our presence in the rapidly developing solar-plus-storage market. This broad-based residential products growth was partially offset by continued weakness in sales of C&I mobile products due to the ongoing impacts from the COVID-19 pandemic, as well as lower shipments of C&I products to national telecom customers as compared to a strong prior year comparison.

The decrease in International segment sales for the year ended December 31, 2020 was primarily driven by a broad-based sharp drop in global demand caused by the COVID-19 pandemic and its impact on the C&I power generation market in certain key regions of the world, which magnified the slower economic growth and geopolitical headwinds already being experienced prior to the pandemic. However, the year-over-year decline in the fourth quarter was at a notably lesser rate relative to recent quarters as certain regions are beginning to show signs of recovery.

Total contribution from non-annualized recent acquisitions for the year ended December 31, 2020 was $32.4 million.

*Net income attributable to Generac Holdings Inc.* Net income attributable to Generac Holdings Inc. was $350.6 million as compared to $252.0 million in the prior year period. The current year net income includes $11.5 million of pre-tax charges taken in the second quarter of 2020 relating to business optimization, restructuring, and other costs to address the impact of the COVID-19 pandemic and the decline in oil prices on end markets for our products. The cost reduction actions taken include certain headcount reductions, non-cash asset write-downs, and other charges. The charges, which primarily relate to C&I products, consist of $6.3 million classified within costs of goods sold and $5.2 million classified within operating expenses.

*Gross profit.* Gross profit margin for the year ended December 31, 2020 was 38.5% compared to 36.2% for the year ended December 31, 2019. The overall increase in gross profit margin reflected a favorable sales mix towards significantly higher shipments of residential products, along with a lower mix of C&I products. The current year period includes the impact of the aforementioned $6.3 million of charges classified within costs of goods sold.

*Operating expenses.* Operating expenses increased $53.0 million, or 12.4%, as compared to the prior year. The current year period includes the impact of the aforementioned $5.2 million of charges classified within operating expenses. In addition, the increase in operating expenses was primarily driven by higher variable expenses from the significant increase in sales volume, incremental spend related to clean energy products and the impact of acquisitions, higher employee costs, and additional intangible amortization. These increases were partially offset by a reduction in operating expenses as a result of the restructuring actions initiated in the second quarter of 2020 and an overall reduction in controllable operating expenses.

*Other expense.* The decrease in other expense, net was driven by a reduction in interest expense due to lower LIBOR rates and lower outstanding borrowings in the current year, as well as a $10.9 million pre-tax settlement charge related to the termination of the Company's domestic pension plan in the fourth quarter of 2019.

*Provision for income taxes.* The effective income tax rates for the years ended December 31, 2020 and 2019 were 22.2% and 21.1%, respectively. The increase in the effective tax rate is primarily due to a reduction in the prior year U.S. state income tax expense, which did not repeat in the current year, as well as higher earnings in the current year, which dilute the impact of discrete tax benefits.

*Adjusted EBITDA.* Adjusted EBITDA is defined in, and there is a reconciliation of net income to Adjusted EBITDA attributable to the Company in, "Non-GAAP Measures - Adjusted EBITDA" included below in Item 7 of this Annual Report on Form 10-K. Adjusted EBITDA margins for the Domestic segment for the year ended December 31, 2020 were 27.0% of net sales as compared to 24.6% of net sales for the year ended December 31, 2019. Adjusted EBITDA margin in the current year benefited from favorable sales mix and higher operating leverage from the significant revenue growth, partially offset by the aforementioned higher operating expense investments.

Adjusted EBITDA margins for the International segment, before deducting for non-controlling interests, for the year ended December 31, 2020 were 5.1% of net sales as compared to 5.5% of net sales for the year ended December 31, 2019. Decreased operating leverage on lower sales volumes was the primary contributor to the margin decline, partially offset by lower operating expenses as a result of the restructuring activities initiated in the second quarter of 2020.

*Adjusted net income.* Adjusted Net Income is defined in, and there is a reconciliation of net income to Adjusted Net Income attributable to the Company in, "Non-GAAP Measures - Adjusted Net Income" included below in Item 7 of this Annual Report on Form 10-K. Adjusted Net Income of $412.2 million for the year ended December 31, 2020 increased 29.7% from $317.8 million for the year ended December 31, 2019, due to the factors outlined above together with an increase in the cash income tax rate from 15.0% in 2019 to 17.9% in 2020.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 109 of 650    Document 49

Table of Contents

**Liquidity and Financial Position**

Our primary cash requirements include payment for our raw material and component supplies, salaries & benefits, facility and lease costs, operating expenses, interest and principal payments on our debt and capital expenditures. We finance our operations primarily through cash flow generated from operations and, if necessary, borrowings under our ABL credit facility (ABL Facility).

Our credit agreements originally provided for a $1.2 billion term loan B credit facility (Term Loan) and include a $300.0 million uncommitted incremental term loan facility. The Term Loan currently matures on December 13, 2026 and bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75%. The Term Loan does not require an Excess Cash Flow payment if our secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2020, our secured leverage ratio was 1.12 to 1.00 times, and we were in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

Our credit agreements also provide for the $300.0 million ABL Facility, which matures on June 12, 2023. As of December 31, 2020, there was no outstanding balance under the ABL Facility, leaving $299.6 million of availability, net of outstanding letters of credit. We were in compliance with all covenants of the ABL Facility as of December 31, 2020.

As of December 31, 2020, we had $954.7 million of liquidity comprised of $655.1 million of cash and cash equivalents and $299.6 million available under our ABL Facility. Additionally, we have no maturities on our Term Loan until December 2026. We believe we have a strong liquidity position that allows us, notwithstanding unforeseen impacts of the current COVID-19 pandemic, to execute our strategic plan and provides the flexibility to continue to invest in future growth opportunities.

In September 2018, our Board of Directors approved a $250.0 million stock repurchase program, which expired in October 2020. In September 2020, the Board of Directors approved another stock repurchase program, which commenced on October 27, 2020, and under which we may repurchase $250.0 million of common stock over 24 months from time to time, in amounts and at prices we deem appropriate, subject to market conditions and other considerations. During the year ended December 31, 2020, no repurchases were made. Since the inception of all stock repurchase programs starting in August 2015, we have repurchased 8,676,706 shares of our common stock for $305.5 million (an average repurchase price of $35.21 per share), all funded with cash on hand.

**Long-term Liquidity**

We believe that our cash and cash equivalents, cash flow from operations, and availability under our ABL Facility and other short-term lines of credit provide us with sufficient capital to continue to grow our business in the future. We may use a portion of our cash flow to pay interest and principal on our outstanding debt, as well as repurchase shares of our common stock, impacting the amount available for working capital, capital expenditures and other general corporate purposes. As we continue to expand our business, we may require additional capital to fund working capital, capital expenditures or acquisitions.

**Cash Flow**

***Year ended December 31, 2020 compared to year ended December 31, 2019***

The following table summarizes our cash flows by category for the periods presented:

| | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- |
| (U.S. Dollars in thousands) | 2020 | 2019 | $ Change | % Change |
| Net cash provided by operating activities | $ 486,533 | $ 308,887 | $ 177,646 | 57.5% |
| Net cash used in investing activities | (124,095) | (170,078) | 45,983 | -27.0% |
| Net cash used in financing activities | (30,428) | (41,918) | 11,490 | -27.4% |

The increase in net cash provided by operating activities was primarily driven by higher sales volumes and resulting higher operating earnings in the current year, as well as a significant working capital investment that was made in the prior year which did not repeat in the current year.

Net cash used in investing activities for the year ended December 31, 2020 primarily represented cash payments of $64.8 million related to the acquisition of businesses and $62.1 million for the purchase of property and equipment. Net cash used in investing activities for the year ended December 31, 2019 primarily consisted of cash payments of $112.0 million related to the acquisition of businesses and $60.8 million for the purchase of property and equipment.

Net cash used in financing activities for the year ended December 31, 2020 primarily consisted of $282.5 million of debt repayments ($277.7 million of short-term borrowings and $4.8 million of long-term borrowings), $14.9 million of taxes paid related to equity awards, and $4.0 million of contingent consideration for acquired businesses. These payments were partially offset by $257.9 million cash proceeds from borrowings ($257.6 million for short-term borrowings and $0.3 million for long-term borrowings) and $13.1 million of proceeds from the exercise of stock options.

Net cash used in financing activities for the year ended December 31, 2019 primarily consisted of $112.6 million of debt repayments ($53.1 million of long-term borrowings and $59.5 million of short-term borrowings), $6.4 million of taxes paid related to equity awards, and $5.5 million of contingent consideration for acquired businesses. These payments were partially offset by $75.0 million of cash proceeds from borrowings ($73.3 million for short-term borrowings and $1.7 million for long-term borrowings) and $9.4 million of proceeds from the exercise of stock options.

Table of Contents

**Senior Secured Credit Facilities**

Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 and the "Liquidity and Financial Position" section included in Item 7 of this Annual Report on Form 10-K for information on the senior secured credit facilities.

**Covenant Compliance**

The Term Loan contains restrictions on the Company's ability to pay distributions and dividends. Payments can be made to the Company or other parent companies for certain expenses such as operating expenses in the ordinary course, fees and expenses related to any debt or equity offering and to pay franchise or similar taxes. Dividends can be used to repurchase equity interests, subject to limitations in certain circumstances. Additionally, the Term Loan restricts the aggregate amount of dividends and distributions that can be paid and, in certain circumstances, requires pro forma compliance with certain fixed charge coverage ratios or gross leverage ratios, as applicable, in order to pay certain dividends and distributions. The Term Loan also contains other affirmative and negative covenants that, among other things, limit the incurrence of additional indebtedness, liens on property, sale and leaseback transactions, investments, loans and advances, mergers or consolidations, asset sales, acquisitions, transactions with affiliates, prepayments of certain other indebtedness and modifications of our organizational documents. The Term Loan does not contain any financial maintenance covenants.

The Term Loan contains customary events of default, including, among others, nonpayment of principal, interest or other amounts, failure to perform covenants, inaccuracy of representations or warranties in any material respect, cross-defaults with other material indebtedness, certain undischarged judgments, the occurrence of certain ERISA, bankruptcy or insolvency events, or the occurrence of a change in control (as defined in the Term Loan). A bankruptcy or insolvency event of default will cause the obligations under the Term Loan to automatically become immediately due and payable.

The ABL Facility also contains covenants and events of default substantially similar to those in the Term Loan, as described above.

**Contractual Obligations**

The following table summarizes our expected payments for significant contractual obligations as of December 31, 2020, using the interest rates in effect as of that date:

| (U.S. Dollars in thousands) | Total | | Less than 1 Year | | 2 - 3 Years | | 4 - 5 Years | | After 5 Years |
|---|---|---|---|---|---|---|---|---|---|
| Long-term debt, including current portion (1) | $ | 833,990 | $ | 1,836 | $ | 1,951 | $ | 142 | $ | 830,061 |
| Finance lease obligations, including current portion | | 27,371 | | 2,312 | | 3,939 | | 2,517 | | 18,603 |
| Interest on long-term debt and finance lease obligations | | 111,035 | | 16,553 | | 34,903 | | 34,641 | | 24,938 |
| Operating leases | | 71,706 | | 19,530 | | 27,654 | | 12,811 | | 11,711 |
| Total contractual cash obligations | $ | 1,044,102 | $ | 40,231 | $ | 68,447 | $ | 50,111 | $ | 885,313 |

(1) The Term Loan matures on December 13, 2026. The ABL Facility provides for a $300.0 million senior secured ABL revolving credit facility, which matures on June 12, 2023. There was no outstanding balance on the ABL Facility as of December 31, 2020.

**Capital Expenditures**

Our operations require capital expenditures for facilities and related improvements, technology, research & development, tooling, equipment, capacity expansion, IT systems & infrastructure and upgrades. Capital expenditures were $62.1 million, $60.8 million, and $47.6 million for the years ended December 31, 2020, 2019 and 2018, respectively, and were funded through cash from operations.

As a result of increased demand for our products and in order to expand manufacturing and distribution capacity, we have entered into an agreement to purchase an approximate 420,000 square foot building in Trenton, South Carolina. The transaction funded in February 2021.

**Off-Balance Sheet Arrangements**

We have an arrangement with a finance company to provide floor plan financing for selected dealers. This arrangement provides liquidity for our dealers by financing dealer purchases of products with credit availability from the finance company. We receive payment from the finance company after shipment of product to the dealer, and our dealers are given a longer period of time to pay the finance company. If our dealers do not pay the finance company, we may be required to repurchase the applicable inventory held by the dealer. We do not indemnify the finance company for any credit losses they may incur.

Total dealer purchases financed under this arrangement accounted for approximately 12% and 11% of net sales for the years ended December 31, 2020 and 2019, respectively. The amount financed by dealers which remained outstanding was $55.6 million and $49.6 million as of December 31, 2020 and 2019, respectively.

Table of Contents

**Critical Accounting Policies**

In preparing the financial statements in accordance with U.S. GAAP, management is required to make estimates and assumptions that have an impact on the asset, liability, revenue and expense amounts reported. These estimates can also affect our supplemental information disclosures, including information about contingencies, risk and financial condition. We believe, given current facts and circumstances, that our estimates and assumptions are reasonable, adhere to U.S. GAAP, and are consistently applied. Inherent in the nature of an estimate or assumption is the fact that actual results may differ from estimates and estimates may vary as new facts and circumstances arise. We make routine estimates and judgments in determining net realizable value of accounts receivable, inventories, property and equipment, prepaid expenses, product warranties and other reserves. Management believes our most critical accounting estimates and assumptions are in the following areas: goodwill and other indefinite-lived intangible asset impairment assessment; business combinations and purchase accounting; and income taxes.

***Goodwill and Other Indefinite-Lived Intangible Assets***

Refer to Note 2, "Summary of Accounting Policies – Goodwill and Other Indefinite-Lived Intangible Assets," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's policy regarding the accounting for goodwill and other intangible assets. The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2020, 2019 and 2018, and found no impairment.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 111 of 650    Document 49

When preparing a discounted cash flow analysis for purposes of our annual impairment test, we make a number of key estimates and assumptions. We estimate the future cash flows of the business based on historical and forecasted revenues and operating costs. This, in turn, involves further estimates, such as estimates of future growth rates and inflation rates. In addition, we apply a discount rate to the estimated future cash flows for the purpose of the valuation. This discount rate is based on the estimated weighted average cost of capital for the business and may change from year to year. Weighted average cost of capital includes certain assumptions such as market capital structures, market betas, risk-free rate of return and estimated costs of borrowing.

In our October 31, 2020 impairment test calculation, the Latin America reporting unit and the Generac Mobile Products reporting unit each had an estimated fair value that exceeded its carrying value by approximately 10%.

The carrying value of the Latin America goodwill was $43.6 million. Key financial assumptions utilized to determine the fair value of the reporting unit include revenue growth levels that reflect the impact of the COVID-19 pandemic with an eventual return to normalized revenue growth patterns and profitability from recovering end markets, improving profit margins, a 3% terminal growth rate and an 11.7% discount rate. The reporting unit's fair value would approximate its carrying value with a 70 basis point increase in the discount rate or a 75 basis point reduction in the sales continuous annual growth rate and terminal growth rate.

The carrying value of the Generac Mobile Products goodwill was $48.6 million. Key financial assumptions utilized to determine the fair value of the reporting unit include revenue growth levels that reflect the impact of the COVID-19 pandemic as well as the impact of a decline in oil prices on end markets with an eventual return to normalized revenue growth levels from recovering end markets, improving profit margins, a 3% terminal growth rate and a 14.6% discount rate. The reporting unit's fair value would approximate its carrying value with a 100 basis point increase in the discount rate or a 100 basis point reduction in the sales continuous annual growth rate and terminal growth rate.

As noted above, a considerable amount of management judgment and assumptions are required in performing the goodwill and indefinite-lived intangible asset impairment tests. While we believe our judgments and assumptions are reasonable, different assumptions could change the estimated fair values. A number of factors, many of which we have no ability to control, could cause actual results to differ from the estimates and assumptions we employed. These factors include:

- continued negative impact from the COVID-19 pandemic;
- a prolonged global or regional economic downturn;
- a significant decrease in the demand for our products;
- the inability to develop new and enhanced products and services in a timely manner;
- a significant adverse change in legal factors or in the business climate;
- an adverse action or assessment by a regulator;
- successful efforts by our competitors to gain market share in our markets;
- disruptions to the Company's business;
- inability to effectively integrate acquired businesses;
- unexpected or unplanned changes in the use of assets or entity structure; and
- business divestitures.

If management's estimates of future operating results change or if there are changes to other assumptions due to these factors, the estimate of the fair values may change significantly. Such change could result in impairment charges in future periods, which could have a significant impact on our operating results and financial condition.

Table of Contents

### Business Combinations and Purchase Accounting

We account for business combinations using the acquisition method of accounting, and accordingly, the assets and liabilities of the acquired business are recorded at their respective fair values. The excess of the purchase price over the estimated fair value of assets and liabilities is recorded as goodwill. Assigning fair market values to the assets acquired and liabilities assumed at the date of an acquisition requires knowledge of current market values, the values of assets in use, and often requires the application of judgment regarding estimates and assumptions. While the ultimate responsibility resides with management, for material acquisitions we retain the services of certified valuation specialists to assist with assigning estimated values to certain acquired assets and assumed liabilities, including intangible assets and tangible long-lived assets. Acquired intangible assets, excluding goodwill, are valued using certain discounted cash flow methodologies based on future cash flows specific to the type of intangible asset purchased. This methodology incorporates various estimates and assumptions, the most significant being projected revenue growth rates, profit margins, forecasted cash flows, discount rates and terminal growth rates. Refer to Note 1, "Description of Business," and Note 3, "Acquisitions," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's business acquisitions.

### Income Taxes

We account for income taxes in accordance with Accounting Standards Codification (ASC) 740, *Income Taxes*. Our estimate of income taxes payable, deferred income taxes and the effective tax rate is based on an analysis of many factors including interpretations of federal, state and international income tax laws; the difference between tax and financial reporting bases of assets and liabilities; estimates of amounts currently due or owed in various jurisdictions; and current accounting standards. We review and update our estimates on a quarterly basis as facts and circumstances change and actual results are known.

In assessing the realizability of the deferred tax assets on our balance sheet, we consider whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. We consider the taxable income in prior carryback years, scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies in making this assessment.

Refer to Note 15, "Income Taxes," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's income taxes.

**New Accounting Standards**

For information with respect to new accounting pronouncements and the impact of these pronouncements on our consolidated financial statements, refer to Note 2, "Summary of Accounting Policies - New Accounting Pronouncements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Non-GAAP Measures**

*Adjusted EBITDA*

The computation of Adjusted EBITDA attributable to Generac Holdings Inc. is based on the definition of EBITDA contained in our credit agreement, as amended. To supplement our consolidated financial statements presented in accordance with U.S. GAAP, we provide the computation of Adjusted EBITDA attributable to the Company, taking into account certain charges and gains that were recognized during the periods presented.

We view Adjusted EBITDA as a key measure of our performance. We present Adjusted EBITDA not only due to its importance for purposes of our credit agreements, but also because it assists us in comparing our performance across reporting periods on a consistent basis as it excludes items that we do not believe are indicative of our core operating performance. Our management uses Adjusted EBITDA:

- for planning purposes, including the preparation of our annual operating budget and developing and refining our internal projections for future periods;
- to allocate resources to enhance the financial performance of our business;
- as a benchmark for the determination of the bonus component of compensation for our senior executives under our management incentive plan, as described further in our Proxy Statement;
- to evaluate the effectiveness of our business strategies and as a supplemental tool in evaluating our performance against our budget for each period; and
- in communications with our Board of Directors and investors concerning our financial performance.

Table of Contents

We believe Adjusted EBITDA is used by securities analysts, investors and other interested parties in the evaluation of the Company. Management believes the disclosure of Adjusted EBITDA offers an additional financial metric that, when coupled with results prepared in accordance with U.S. generally accepted accounting principles (U.S. GAAP) and the reconciliation to U.S. GAAP results, provides a more complete understanding of our results of operations and the factors and trends affecting our business. We believe Adjusted EBITDA is useful to investors for the following reasons:

- Adjusted EBITDA and similar non-GAAP measures are widely used by investors to measure a company's operating performance without regard to items that can vary substantially from company to company depending upon financing and accounting methods, book values of assets, tax jurisdictions, capital structures and the methods by which assets were acquired;
- investors can use Adjusted EBITDA as a supplemental measure to evaluate the overall operating performance of our Company, including our ability to service our debt and other cash needs; and
- by comparing our Adjusted EBITDA in different historical periods, our investors can evaluate our operating performance excluding the impact of items described below.

The adjustments included in the reconciliation table listed below are provided for under our Term Loan and ABL Facility, and also are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by our management and Board of Directors. These adjustments eliminate the impact of a number of items that:

- we do not consider indicative of our ongoing operating performance, such as non-cash write-downs and other charges, non-cash gains, write-offs relating to the retirement of debt, severance costs and other restructuring-related business optimization expenses;
- we believe to be akin to, or associated with, interest expense, such as administrative agent fees, revolving credit facility commitment fees and letter of credit fees; or
- are non-cash in nature, such as share-based compensation expense.

We explain in more detail in footnotes (a) through (g) below why we believe these adjustments are useful in calculating Adjusted EBITDA as a measure of our operating performance.

Adjusted EBITDA does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted EBITDA has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted EBITDA does not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;
- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;
- Adjusted EBITDA does not reflect the significant interest expense, or the cash requirements necessary to service interest or principal payments on our debt;
- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and Adjusted EBITDA does not reflect any cash requirements for such replacements;
- several of the adjustments that we use in calculating Adjusted EBITDA, such as non-cash write-downs and other charges, while not involving cash expense, do have a negative impact on the value of our assets as reflected in our consolidated balance sheet prepared in accordance with U.S. GAAP; and
- other companies may calculate Adjusted EBITDA differently than we do, limiting its usefulness as a comparative measure.

Table of Contents

Furthermore, as noted above, one of our uses of Adjusted EBITDA is as a benchmark for determining elements of compensation for our senior

executives. At the same time, some or all of these senior executives have responsibility for monitoring our financial results, generally including the adjustments in calculating Adjusted EBITDA (subject ultimately to review by our Board of Directors in the context of the Board's review of our financial statements). While many of the adjustments (for example, transaction costs and credit facility fees), involve mathematical application of items reflected in our financial statements, others involve a degree of judgment and discretion. While we believe all of these adjustments are appropriate, and while the calculations are subject to review by our Board of Directors in the context of the Board's review of our financial statements, and certification by our Chief Financial Officer in a compliance certificate provided to the lenders under our Term Loan and ABL Facility, this discretion may be viewed as an additional limitation on the use of Adjusted EBITDA as an analytical tool.

Because of these limitations, Adjusted EBITDA should not be considered as a measure of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our U.S. GAAP results and using Adjusted EBITDA only supplementally.

The following table presents a reconciliation of net income to Adjusted EBITDA attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Net income attributable to Generac Holdings Inc. | $ 350,576 | $ 252,007 | $ 238,257 |
| Net income attributable to noncontrolling interests (a) | (3,358) | 301 | 2,963 |
| Net income | 347,218 | 252,308 | 241,220 |
| Interest expense | 32,991 | 41,544 | 40,956 |
| Depreciation and amortization | 68,773 | 60,767 | 47,408 |
| Provision for income taxes | 98,973 | 67,299 | 69,856 |
| Non-cash write-down and other adjustments (b) | (327) | 240 | 3,532 |
| Non-cash share-based compensation expense (c) | 20,882 | 16,694 | 14,563 |
| Loss on extinguishment of debt (d) | - | 926 | 1,332 |
| Loss on pension settlement (e) | - | 10,920 | - |
| Transaction costs and credit facility fees (f) | 2,151 | 2,724 | 3,883 |
| Business optimization and other charges (g) | 12,158 | 1,572 | 952 |
| Other | 954 | (879) | 850 |
| Adjusted EBITDA | 583,773 | 454,115 | 424,552 |
| Adjusted EBITDA attributable to noncontrolling interests | 2,358 | 4,965 | 7,759 |
| Adjusted EBITDA attributable to Generac Holdings Inc. | $ 581,415 | $ 449,150 | $ 416,793 |

(a) Includes the noncontrolling interests' share of expenses related to Pramac purchase accounting, including intangible amortization of $4.3 million, $4.2 million, and $4.6 million for the years ended December 31, 2020, 2019, and 2018, respectively.

(b) Represents the following non-cash adjustments: gains/losses on disposal of assets, unrealized mark-to-market adjustments on commodity contracts, transactional foreign currency gains/losses and certain purchase accounting related adjustments. We believe that adjusting net income for these non-cash items is useful for the following reasons:

- The gains/losses on disposals of assets result from the sale of assets that are no longer useful in our business and therefore represent gains or losses that are not from our core operations;
- The adjustments for unrealized mark-to-market gains and losses on commodity contracts represent non-cash items to reflect changes in the fair value of forward contracts that have not been settled or terminated. We believe it is useful to adjust net income for these items because the charges do not represent a cash outlay in the period in which the charge is incurred, although Adjusted EBITDA must always be used together with our U.S. GAAP statements of comprehensive income and cash flows to capture the full effect of these contracts on our operating performance;
- The purchase accounting adjustments represent non-cash items to reflect fair value at the date of acquisition, and therefore do not reflect our ongoing operations

(c) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting period.

(d) Represents the non-cash write-off of original issue discount and deferred financing costs due to voluntary prepayments of Term Loan debt. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the losses on extinguishment of debt.

(e) Represents pre-tax settlement charges related to the termination of the Company's domestic pension plan in the fourth quarter of 2019. Refer to Note 16, "Benefit Plans," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information regarding the Company's pension plans.

(f) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance, or debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities, such as administrative agent fees and credit facility commitment fees under our Term Loan and ABL Facility, which we believe to be akin to, or associated with, interest expense and whose inclusion in Adjusted EBITDA is therefore similar to the inclusion of interest expense in that calculation.

(g) Typically, represents severance and non-recurring plant consolidation costs. For the year-ended December 31, 2020, represents severance, non-cash asset write-downs and other charges to address the impact of the COVID-19 pandemic and decline in oil prices on demand for C&I products. These charges represent expenses that are nonrecurring and do not reflect our ongoing operations.

Table of Contents

*Adjusted Net Income*

To further supplement our consolidated financial statements in accordance with U.S. GAAP, we provide the computation of Adjusted Net Income attributable to the Company, which is defined as net income before noncontrolling interest and provision for income taxes adjusted for the following

items: cash income tax expense, amortization of intangible assets, amortization of deferred financing costs and original issue discount related to our debt, intangible impairment charges, certain transaction costs and other purchase accounting adjustments, losses on extinguishment of debt, business optimization expenses, certain other non-cash gains and losses, and adjusted net income attributable to noncontrolling interests, as set forth in the reconciliation table below.

We believe Adjusted Net Income is used by securities analysts, investors and other interested parties in the evaluation of our company's operations. Management believes the disclosure of Adjusted Net Income offers an additional financial metric that, when used in conjunction with U.S. GAAP results and the reconciliation to U.S. GAAP results, provides a more complete understanding of our ongoing results of operations, and the factors and trends affecting our business.

The adjustments included in the reconciliation table listed below are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by investors and securities analysts. Similar to the Adjusted EBITDA reconciliation, these adjustments eliminate the impact of a number of items we do not consider indicative of our ongoing operating performance or cash flows, such as amortization costs, transaction costs and write-offs relating to the retirement of debt. We also make adjustments to present cash taxes paid as a result of our favorable tax attributes, causing our cash tax rate to be lower than our U.S GAAP tax rate.

Similar to Adjusted EBITDA, Adjusted Net Income does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted Net Income has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted Net Income does not reflect changes in, or cash requirements for, our working capital needs;
- although amortization is a non-cash charge, the assets being amortized may have to be replaced in the future, and Adjusted Net Income does not reflect any cash requirements for such replacements; and
- other companies may calculate Adjusted Net Income differently than we do, limiting its usefulness as a comparative measure.

The following table presents a reconciliation of net income to Adjusted Net Income attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Net income attributable to Generac Holdings Inc. | $ | 350,576 | $ | 252,007 | $ | 238,257 |
| Net income attributable to noncontrolling interests | | (3,358) | | 301 | | 2,963 |
| Net income | | 347,218 | | 252,308 | | 241,220 |
| Provision for income taxes | | 98,973 | | 67,299 | | 69,856 |
| Income before provision for income taxes | | 446,191 | | 319,607 | | 311,076 |
| Amortization of intangible assets | | 32,280 | | 28,644 | | 22,112 |
| Amortization of deferred finance costs and original issue discount | | 2,598 | | 4,712 | | 4,749 |
| Loss on extinguishment of debt | | - | | 926 | | 1,332 |
| Loss on pension settlement | | - | | 10,920 | | - |
| Transaction costs and other purchase accounting adjustments (a) | | (1,328) | | 874 | | 2,578 |
| Business optimization and other charges | | 12,158 | | 1,572 | | 952 |
| Adjusted net income before provision for income taxes | | 491,899 | | 367,255 | | 342,799 |
| Cash income tax expense (b) | | (79,723) | | (47,945) | | (47,064) |
| Adjusted net income | | 412,176 | | 319,310 | | 295,735 |
| Adjusted net income attributable to noncontrolling interests | | (32) | | 1,488 | | 3,522 |
| Adjusted net income attributable to Generac Holdings Inc. | $ | 412,208 | $ | 317,822 | $ | 292,213 |

(a) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, and certain purchase accounting adjustments.

(b) For the years ended December 31, 2020, 2019, and 2018, the amount is based on a cash income tax rate of 17.9%, 15.0%, and 15.1%, respectively. Cash income tax expense is based on the projected taxable income and corresponding cash taxes payable for the full year after considering the effects of current and deferred income tax items, and is calculated by applying the derived cash tax rate to the period's pretax income.

Table of Contents

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risk from changes in foreign currency exchange rates, commodity prices and interest rates. To reduce the risk from these changes, we use financial instruments from time to time. We do not hold or issue financial instruments for trading purposes.

**Foreign Currency**

We are exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar, as well as operating businesses in foreign countries. Periodically, we utilize foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. Realized gains and losses on transactions denominated in foreign currency are recorded as a component of cost of goods sold in the statements of comprehensive income.

The following is a summary of the forty-four foreign currency contracts outstanding as of December 31, 2020 (notional amount in thousands):

| Currency Denomination | Trade Dates | Effective Dates | Notional Amount | | Expiration Date |
|---|---|---|---|---|---|
| GBP | 10/2/20 - 12/22/20 | 10/2/20 - 12/22/20 | $ | 9,666 | 1/13/21 - 6/28/21 |
| USD | 11/3/20 - 12/14/20 | 11/3/20 - 12/14/20 | | 4,260 | 1/8/21 - 3/12/21 |
| AUD | 11/24/20 - 12/14/20 | 11/24/20 - 12/14/20 | | 3,400 | 1/13/21 - 2/10/21 |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 115 of 650    Document 49

**Commodity Prices**

We are a purchaser of commodities and components manufactured from commodities including steel, aluminum, copper and others. As a result, we are exposed to fluctuating market prices for those commodities. While such materials are typically available from numerous suppliers, commodity raw materials are subject to price fluctuations. We generally buy these commodities and components based upon market prices that are established with the supplier as part of the purchase process. Depending on the supplier, these market prices may reset on a periodic basis based on negotiated lags and calculations. To the extent that commodity prices increase and we do not have firm pricing from our suppliers, or our suppliers are not able to honor such prices, we may experience a decline in our gross margins to the extent we are not able to increase selling prices of our products or obtain manufacturing efficiencies or supply chain savings to offset increases in commodity costs.

Periodically, we engage in certain commodity risk management activities to mitigate the impact of potential price fluctuations on our financial results. These derivatives typically have maturities of less than eighteen months. As of December 31, 2020, we had the following commodity forward contract outstanding (notional amount in thousands):

| Hedged Item | Contract Date | Effective Date | Notional Amount | Fixed Price | Expiration Date |
|---|---|---|---|---|---|
| Copper | May 18, 2020 | January 1, 2021 | $ 661 | $2.215 per LB | June 30, 2021 |

**Interest Rates**

As of December 31, 2020, all of the outstanding debt under our Term Loan and ABL Facility was subject to floating interest rate risk. As of December 31, 2020, we had the following interest rate swap contracts outstanding (notional amount in thousands of US dollars):

| Hedged Item | Contract Date | Effective Date | Notional Amount | Fixed LIBOR Rate | Expiration Date |
|---|---|---|---|---|---|
| Interest Rate | June 19, 2017 | July 1, 2020 | 125,000 | 2.1263% | July 1, 2021 |
| Interest Rate | June 19, 2017 | July 1, 2021 | 125,000 | 2.2733% | July 1, 2022 |
| Interest Rate | June 19, 2017 | July 1, 2022 | 125,000 | 2.3673% | May 31, 2023 |
| Interest Rate | June 30, 2017 | July 1, 2020 | 125,000 | 2.2062% | July 1, 2021 |
| Interest Rate | June 30, 2017 | July 1, 2021 | 125,000 | 2.3717% | July 1, 2022 |
| Interest Rate | June 30, 2017 | July 1, 2022 | 125,000 | 2.5000% | May 31, 2023 |
| Interest Rate | August 9, 2017 | July 1, 2020 | 125,000 | 2.0740% | July 1, 2021 |
| Interest Rate | August 9, 2017 | July 1, 2021 | 125,000 | 2.2367% | July 1, 2022 |
| Interest Rate | August 9, 2017 | July 1, 2022 | 125,000 | 2.2948% | May 31, 2023 |
| Interest Rate | August 30, 2017 | July 1, 2020 | 125,000 | 1.9737% | July 1, 2021 |
| Interest Rate | August 30, 2017 | July 1, 2021 | 125,000 | 2.1508% | July 1, 2022 |
| Interest Rate | August 30, 2017 | July 1, 2022 | 125,000 | 2.2998% | May 31, 2023 |
| Interest Rate | March 4, 2020 | May 31, 2023 | 200,000 | 0.9565% | December 14, 2026 |
| Interest Rate | March 5, 2020 | May 31, 2023 | 100,000 | 0.9050% | December 14, 2026 |
| Interest Rate | March 6, 2020 | May 31, 2023 | 200,000 | 0.7770% | December 14, 2026 |

In conjunction with the December 2019 amendment to our Term Loan, we also amended the interest swaps to remove the LIBOR floor, which resulted in minor reductions to our future dated swap rates. At December 31, 2020, the fair value of these interest rate swaps was a liability of $29.9 million. Even after giving effect to these swaps, we are exposed to risks due to changes in interest rates with respect to the portion of our Term Loan and ABL Facility that is not covered by the swaps. A hypothetical change in the LIBOR interest rate of 100 basis points would have changed annual cash interest expense by approximately $3.3 million (or, without the swaps in place, $8.3 million) in 2020.

For additional information on the Company's foreign currency and commodity forward contracts and interest rate swaps, including amounts charged to the statement of comprehensive income during 2020, 2019, and 2018, refer to Note 5, "Derivative Instruments and Hedging Activities," and Note 6, "Accumulated Other Comprehensive Loss," to our consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

Table of Contents

**Item 8. Financial Statements and Supplementary Data**

<b>Report of Independent Registered Public Accounting Firm</b>

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, WI

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2020 and 2019, the related consolidated statements of  comprehensive income, stockholders' equity, and cash flows, for each of the three years in the period ended December 31, 2020, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2020, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 23, 2021, expressed an unqualified opinion on the Company's internal control over financial reporting.

**Change in Accounting Principle**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 116 of 650    Document 49

As discussed in Note 10 to the financial statements, effective January 1, 2019, the Company adopted FASB Accounting Standards Update 2016-02, *Leases* (Topic 842), using the modified retrospective approach.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current-period audit of the financial statements that was communicated or required to be communicated to the audit committee and that (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

***Goodwill – Refer to Note 9 to the financial statements***.

*Critical Audit Matter Description*

The Company's evaluation of goodwill for impairment involves the comparison of the fair value of each reporting unit to its carrying value. The Company's estimate for each reporting unit is based on the present value of estimated future cash flows attributable to the respective reporting unit. This requires management to make significant estimates and assumptions including estimates of future growth rates, inflation rates and discount rates based on the estimated weighted average cost of capital for the business. Changes in the assumptions could have a significant impact on the fair value, which could result in an impairment charge. The Company performed their annual impairment assessment of its reporting units as of October 31, 2020. In the October 31, 2020 impairment test calculation, the Latin America and Generac Mobile reporting units each had an estimated fair value that exceeded their carrying value by approximately 10%. Because the estimated fair value exceeded the carrying value for each, no impairment was recorded. The carrying value of goodwill for the Company's Latin America and Generac Mobile reporting units as of the October 31, 2020 impairment assessment was $43.6 million and $48.6 million, respectively.

Table of Contents

Key financial assumptions utilized to determine the fair value of the Latin America reporting unit include revenue growth levels that reflect the impact of the COVID-19 pandemic with an eventual return to normalized revenue growth patterns and profitability from recovering end markets, improving profit margins, a 3% terminal growth rate and a 11.7% discount rate. Key financial assumptions utilized to determine the fair value of the Generac Mobile reporting unit include revenue growth levels that reflect the impact of the COVID-19 pandemic as well as the impact of a decline in oil prices on end markets with an eventual return to normalized revenue growth levels from recovering end markets, improving profit margins, a 3% terminal growth rate and a 14.6% discount rate.

The principle consideration for our determination that the evaluation of goodwill is a critical audit matter is that there is a high degree of auditor effort, judgment and subjectivity involved in designing and performing procedures to evaluate the reasonableness of management's key financial assumptions utilized to determine the fair value of the Latin America and Generac Mobile reporting units.

*How the Critical Audit Matter Was Addressed in the Audit*

Our audit procedures related to the forecasts of future revenue growth rates, improving profit margins, the terminal growth rate and the selection of the discount rate for the Latin America and Generac Mobile reporting units included the following, among others:

- Evaluated the design and effectiveness of the controls over management's goodwill impairment evaluation, including those over the determination of the fair value of the reporting unit, such as controls related to management's forecast and the selection of the discount rate.
- Obtained the Company's discounted cash flow model and evaluated the valuation analysis for mathematical accuracy.
- Utilized fair value specialists to evaluate whether the valuation techniques applied by management were appropriate.
- Assessed management's historical ability to accurately forecast the Company's results of operations.
- Assessed management's intent and/or ability to take specific actions included in the discounted cash flow model.
- Evaluated the reasonableness of management's forecasts by comparing the forecasts to (1) historical results, (2) internal communications to the Board of Directors, and (3) forecasted information included in industry reports.
- Independently calculated a discount rate and compared it to the rate utilized by the Company.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 23, 2021

We have served as the Company's auditor since 2016.

Table of Contents

## Report of Independent Registered Public Accounting Firm

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, Wisconsin

**Opinion on Internal Control over Financial Reporting**

We have audited the internal control over financial reporting of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2020, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by COSO.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated financial statements as of and for the year ended December 31, 2020, of the Company and our report dated February 23, 2021, expressed an unqualified opinion on those financial statements.

As described in Management's Report on Internal Control over Financial Reporting, management excluded West Coast Energy Systems LLC, which was acquired in July 2020, Mean Green Products, LLC, which was acquired in September 2020, and Enbala Power Networks Inc., which was acquired in October 2020, and whose financial statements constitute 4.7% and 2.6% of net and total assets, respectively, 0.6% of net sales, and (0.3)% of net income of the consolidated financial statements of the Company as of and for the year ended December 31, 2020. Accordingly, our audit did not include the internal control over financial reporting at West Coast Energy Systems LLC, Mean Green Products, LLC and Enbala Power Networks Inc.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 23, 2021

Table of Contents

Generac Holdings Inc.
Consolidated Balance Sheets
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | December 31, | |
| --- | --- | --- |
| | **2020** | **2019** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 655,128 | $ 322,883 |
| Accounts receivable, less allowance for credit losses of $12,001 and $6,968 at December 31, 2020 and 2019, respectively | 374,906 | 319,538 |
| Inventories | 603,317 | 522,024 |

| | | 2020 | | 2019 |
|---|---|---|---|---|
| Prepaid expenses and other assets | | 36,382 | | 31,384 |
| Total current assets | | 1,669,733 | | 1,195,829 |
| | | | | |
| Property and equipment, net | | 343,936 | | 316,976 |
| | | | | |
| Customer lists, net | | 49,205 | | 55,552 |
| Patents and technology, net | | 86,727 | | 85,546 |
| Other intangible assets, net | | 9,932 | | 8,259 |
| Tradenames, net | | 146,159 | | 148,377 |
| Goodwill | | 855,228 | | 805,284 |
| Deferred income taxes | | 1,497 | | 2,933 |
| Operating lease and other assets | | 73,006 | | 46,913 |
| Total assets | $ | 3,235,423 | $ | 2,665,669 |
| | | | | |
| **Liabilities and stockholders' equity** | | | | |
| Current liabilities: | | | | |
| Short-term borrowings | $ | 39,282 | $ | 58,714 |
| Accounts payable | | 330,247 | | 261,977 |
| Accrued wages and employee benefits | | 63,036 | | 41,361 |
| Other accrued liabilities | | 204,812 | | 132,629 |
| Current portion of long-term borrowings and finance lease obligations | | 4,147 | | 2,383 |
| Total current liabilities | | 641,524 | | 497,064 |
| | | | | |
| Long-term borrowings and finance lease obligations | | 841,764 | | 837,767 |
| Deferred income taxes | | 115,769 | | 96,328 |
| Operating lease and other long-term liabilities | | 179,955 | | 140,432 |
| Total liabilities | | 1,779,012 | | 1,571,591 |
| | | | | |
| Redeemable noncontrolling interest | | 66,207 | | 61,227 |
| | | | | |
| Stockholders' equity: | | | | |
| Common stock, par value $0.01, 500,000,000 shares authorized, 72,024,329 and 71,667,726 shares issued at December 31, 2020 and 2019, respectively | | 721 | | 717 |
| Additional paid-in capital | | 525,541 | | 498,866 |
| Treasury stock, at cost, 9,173,731 and 9,103,013 shares at December 31, 2020 and 2019, respectively | | (332,164) | | (324,551) |
| Excess purchase price over predecessor basis | | (202,116) | | (202,116) |
| Retained earnings | | 1,432,565 | | 1,084,383 |
| Accumulated other comprehensive loss | | (34,254) | | (24,917) |
| Stockholders' equity attributable to Generac Holdings Inc. | | 1,390,293 | | 1,032,382 |
| Noncontrolling interests | | (89) | | 469 |
| Total stockholders' equity | | 1,390,204 | | 1,032,851 |
| Total liabilities and stockholders' equity | $ | 3,235,423 | $ | 2,665,669 |

*See notes to consolidated financial statements.*

Table of Contents

Generac Holdings Inc.
Consolidated Statements of Comprehensive Income
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | | **Year Ended December 31,** | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| Net sales | $ | 2,485,200 | $ | 2,204,336 | $ | 2,023,464 |
| Costs of goods sold | | 1,527,546 | | 1,406,584 | | 1,298,424 |
| Gross profit | | 957,654 | | 797,752 | | 725,040 |
| | | | | | | |
| Operating expenses: | | | | | | |
| Selling and service | | 246,373 | | 217,683 | | 191,887 |
| Research and development | | 80,251 | | 68,394 | | 50,019 |
| General and administrative | | 119,644 | | 110,868 | | 103,841 |
| Amortization of intangibles | | 32,280 | | 28,644 | | 22,112 |
| Total operating expenses | | 478,548 | | 425,589 | | 367,859 |
| Income from operations | | 479,106 | | 372,163 | | 357,181 |
| | | | | | | |
| Other (expense) income: | | | | | | |
| Interest expense | | (32,991) | | (41,544) | | (40,956) |
| Investment income | | 2,182 | | 2,767 | | 1,893 |
| Loss on extinguishment of debt | | – | | (926) | | (1,332) |
| Loss on pension settlement | | – | | (10,920) | | – |
| Other, net | | (2,106) | | (1,933) | | (5,710) |

| | | | |
|---|---|---|---|
| Total other expense, net | (32,915) | (52,556) | (46,105) |
| | | | |
| Income before provision for income taxes | 446,191 | 319,607 | 311,076 |
| Provision for income taxes | 98,973 | 67,299 | 69,856 |
| Net income | 347,218 | 252,308 | 241,220 |
| Net income attributable to noncontrolling interests | (3,358) | 301 | 2,963 |
| Net income attributable to Generac Holdings Inc. | $ 350,576 | $ 252,007 | $ 238,257 |
| | | | |
| Other comprehensive income (loss): | | | |
| Foreign currency translation adjustment | $ 4,948 | $ 2,210 | $ (5,976) |
| Net unrealized gain (loss) on derivatives | (14,285) | (13,855) | 2,924 |
| Pension liability adjustment | – | 10,541 | 437 |
| Other comprehensive income (loss) | (9,337) | (1,104) | (2,615) |
| Total comprehensive income | 337,881 | 251,204 | 238,605 |
| Comprehensive income (loss) attributable to noncontrolling interests | (364) | (635) | 1,647 |
| Comprehensive income attributable to Generac Holdings Inc. | $ 338,245 | $ 251,839 | $ 236,958 |
| | | | |
| Net income attributable to Generac Holdings Inc. per common share - basic: | $ 5.61 | $ 4.09 | $ 3.57 |
| Weighted average common shares outstanding - basic: | 62,280,889 | 61,926,986 | 61,662,031 |
| | | | |
| Net income attributable to Generac Holdings Inc. per common share - diluted: | $ 5.48 | $ 4.03 | $ 3.54 |
| Weighted average common shares outstanding - diluted: | 63,737,734 | 62,865,446 | 62,233,225 |

*See notes to consolidated financial statements.*

Table of Contents

Generac Holdings Inc.
Consolidated Statements of Stockholders' Equity
*(U.S. Dollars in Thousands, Except Share Data)*

| | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Excess Purchase Price Over Predecessor Basis | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount | | | | | | |
| Balance at December 31, 2017 | 70,820,173 | $ 708 | $ 459,816 | (8,448,874) | $(294,005) | $ (202,116) | $ 610,836 | $ (21,198) | $ 554,041 | $ 279 | $ 554,320 |
| Unrealized gain on interest rate swaps, net of tax of $1,027 | – | – | – | – | – | – | – | 2,924 | 2,924 | – | 2,924 |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (5,976) | (5,976) | (2) | (5,978) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 366,245 | 4 | 1,737 | – | – | – | – | – | 1,741 | – | 1,741 |
| Net share settlement of restricted stock awards | – | – | – | (38,186) | (1,812) | – | – | – | (1,812) | – | (1,812) |
| Stock repurchases | – | – | – | (560,000) | (25,656) | – | – | – | (25,656) | – | (25,656) |
| Cash dividends paid to noncontrolling interest of subsidiary | – | – | – | – | – | – | – | – | – | (314) | (314) |
| Share-based compensation | – | – | 14,563 | – | – | – | – | – | 14,563 | – | 14,563 |
| Pension liability adjustment, net of tax of $154 | – | – | – | – | – | – | – | 437 | 437 | – | 437 |
| Redemption value adjustment | – | – | – | – | – | – | (17,970) | – | (17,970) | – | (17,970) |
| Net income | – | – | – | – | – | – | 238,257 | – | 238,257 | 749 | 239,006 |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 120 of 650    Document 49

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2018** | 71,186,418 $ | 712 $ | 476,116 | (9,047,060) | $(321,473) $ | (202,116) $ | 831,123 $ | (23,813) $ | 760,549 $ | 712 $ | 761,261 |
| Change in noncontrolling interest share | – | – | – | – | – | – | – | – | – | (154) | (154) |
| Unrealized loss on interest rate swaps, net of tax of ($4,877) | – | – | – | – | – | – | – | (13,855) | (13,855) | – | (13,855) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 2,210 | 2,210 | (30) | 2,180 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 481,308 | 5 | 6,056 | – | – | – | – | – | 6,061 | – | 6,061 |
| Net share settlement of restricted stock awards | – | – | – | (55,953) | (3,078) | – | – | – | (3,078) | – | (3,078) |
| Cash dividends paid to noncontrolling interest of subsidiary | – | – | – | – | – | – | – | – | – | (285) | (285) |
| Share-based compensation | – | – | 16,694 | – | – | – | – | – | 16,694 | – | 16,694 |
| Pension liability adjustment and settlement, net of tax | – | – | – | – | – | – | – | 10,541 | 10,541 | – | 10,541 |
| Redemption value adjustment | – | – | – | – | – | – | 1,253 | – | 1,253 | – | 1,253 |
| Net income | – | – | – | – | – | – | 252,007 | – | 252,007 | 226 | 252,233 |
| **Balance at December 31, 2019** | 71,667,726 $ | 717 $ | 498,866 | (9,103,013) | $(324,551) $ | (202,116) | $1,084,383 $ | (24,917) $ | 1,032,382 $ | 469 | $1,032,851 |
| Accounting standard adoption impact | – | – | – | – | – | – | (1,147) | – | (1,147) | – | (1,147) |
| Unrealized loss on interest rate swaps, net of tax of ($4,826) | – | – | – | – | – | – | – | (14,285) | (14,285) | – | (14,285) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 4,948 | 4,948 | (29) | 4,919 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 356,603 | 4 | 5,793 | – | – | – | – | – | 5,797 | – | 5,797 |
| Net share settlement of restricted stock awards | – | – | – | (70,718) | (7,613) | – | – | – | (7,613) | – | (7,613) |
| Share-based compensation | – | – | 20,882 | – | – | – | – | – | 20,882 | – | 20,882 |
| Redemption value adjustment | – | – | – | – | – | – | (1,247) | – | (1,247) | – | (1,247) |
| Net income | – | – | – | – | – | – | 350,576 | – | 350,576 | (529) | 350,047 |
| **Balance at December 31, 2020** | 72,024,329 $ | 721 $ | 525,541 | (9,173,731) | $(332,164) $ | (202,116) | $1,432,565 $ | (34,254) $ | 1,390,293 $ | (89) | $1,390,204 |

*See notes to consolidated financial statements.*

Table of Contents

Generac Holdings Inc.
Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 121 of 650    Document 49

|  | Year Ended December 31, | | |
|  | 2020 | 2019 | 2018 |
|---|---:|---:|---:|
| **Operating activities** | | | |
| Net income | $ 347,218 | $ 252,308 | $ 241,220 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation | 36,493 | 32,265 | 25,296 |
| Amortization of intangible assets | 32,280 | 28,644 | 22,112 |
| Amortization of original issue discount and deferred financing costs | 2,598 | 4,712 | 4,749 |
| Loss on extinguishment of debt | – | 926 | 1,332 |
| Loss on pension settlement | – | 10,920 | – |
| Deferred income taxes | 21,195 | 18,733 | 23,600 |
| Share-based compensation expense | 20,882 | 16,694 | 14,563 |
| Other | 7,145 | 1,086 | 2,474 |
| Net changes in operating assets and liabilities, net of acquisitions: | | | |
| Accounts receivable | (55,976) | 8,231 | (43,243) |
| Inventories | (77,983) | 26,369 | (152,594) |
| Other assets | 12,859 | (358) | (6,362) |
| Accounts payable | 66,040 | (69,404) | 86,359 |
| Accrued wages and employee benefits | 20,157 | (3,724) | 12,626 |
| Other accrued liabilities | 60,593 | (16,252) | 16,972 |
| Excess tax benefits from equity awards | (6,968) | (2,263) | (1,877) |
| Net cash provided by operating activities | 486,533 | 308,887 | 247,227 |
|  | | | |
| **Investing activities** | | | |
| Proceeds from sale of property and equipment | 179 | 95 | 214 |
| Proceeds from beneficial interest in securitization transactions | 2,651 | 2,630 | 3,933 |
| Expenditures for property and equipment | (62,128) | (60,802) | (47,601) |
| Acquisition of business, net of cash acquired | (64,797) | (112,001) | (65,440) |
| Net cash used in investing activities | (124,095) | (170,078) | (108,894) |
|  | | | |
| **Financing activities** | | | |
| Proceeds from short-term borrowings | 257,593 | 73,340 | 53,965 |
| Proceeds from long-term borrowings | 277 | 1,660 | 51,425 |
| Repayments of short-term borrowings | (277,719) | (59,518) | (27,880) |
| Repayments of long-term borrowings and finance lease obligations | (4,758) | (53,049) | (101,827) |
| Stock repurchases | – | – | (25,656) |
| Payment of contingent acquisition consideration | (4,000) | (5,550) | – |
| Payment of debt issuance costs | – | (1,473) | (1,702) |
| Cash dividends paid to noncontrolling interest of subsidiary | – | (285) | (314) |
| Taxes paid related to equity awards | (14,910) | (6,438) | (5,659) |
| Proceeds from the exercise of stock options | 13,089 | 9,395 | 5,614 |
| Net cash used in financing activities | (30,428) | (41,918) | (52,034) |
|  | | | |
| Effect of exchange rate changes on cash and cash equivalents | 235 | 1,510 | (289) |
|  | | | |
| Net increase in cash and cash equivalents | 332,245 | 98,401 | 86,010 |
| Cash and cash equivalents at beginning of period | 322,883 | 224,482 | 138,472 |
| Cash and cash equivalents at end of period | $ 655,128 | $ 322,883 | $ 224,482 |
|  | | | |
| **Supplemental disclosure of cash flow information** | | | |
| **Cash paid during the period** | | | |
| Interest | $ 28,765 | $ 35,465 | $ 41,007 |
| Income taxes | 61,861 | 61,767 | 41,044 |

*See notes to consolidated financial statements.*

Table of Contents

**Generac Holdings Inc.**
**Notes to Consolidated Financial Statements**
**Years Ended December 31, 2020, 2019 and 2018**
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

1.  **Description of Business**

Founded in 1959, Generac Holdings Inc. (the Company) is a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, light commercial and industrial markets. Generac's power products and solutions are available globally through a broad network of independent dealers, distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies, as well as sold direct to certain end user customers.

Over the years, the Company has executed a number of acquisitions that support its strategic plan (refer to Item 1 in this Annual Report on Form 10-K for discussion of our "Powering Our Future" strategic plan). A summary of acquisitions affecting the reporting periods presented include:

- In June 2018, the Company acquired Selmec Equipos Industriales, S.A. de C.V. (Selmec), headquartered in Mexico City, Mexico. Selmec is a designer and manufacturer of industrial generators ranging from 10kW to 2,750kW. Selmec offers a market-leading service platform and specialized engineering capabilities, together with robust integration, project management and remote monitoring services.
- In February 2019, the Company acquired a majority share of Captiva Energy Solutions Private Limited (Captiva). Captiva, founded in 2010 and headquartered in Kolkata, India, specializes in customized industrial generators for the India market.
- In March 2019, the Company acquired Neurio Technology Inc. (Neurio), founded in 2005 and headquartered in Vancouver, British Columbia. Neurio is a leading energy data company focused on metering technology and sophisticated analytics to optimize energy use within a home or business.
- In April 2019, the Company acquired Pika Energy, Inc. (Pika), founded in 2010 and located in Westbrook, Maine. Pika is a designer and manufacturer of battery storage technologies that capture and store solar or other power sources for homeowners and businesses, and is also a developer of advanced power electronics, software and controls for smart energy storage and management.
- In July 2020, the Company acquired West Coast Energy Systems LLC (Energy Systems), its industrial distributor in northern California. This addition enhances the Company's ability to serve the west coast markets for both commercial & industrial (C&I) and residential products.
- In September 2020, the Company acquired Mean Green Products, LLC (Mean Green), founded in 2009 and located in Ross, Ohio. Mean Green is a designer and manufacturer of commercial grade, battery-powered turf care products that provide quiet, zero emissions and reduced maintenance options as compared to traditional commercial mowers.
- In October 2020, the Company acquired Enbala Power Networks Inc. (Enbala), founded in 2003 and headquartered in Denver, Colorado. Enbala is one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids.

**2. Summary of Accounting Policies**

**Principles of Consolidation**

The consolidated financial statements include the accounts of the Company and its subsidiaries that are consolidated in conformity with U.S. GAAP. All intercompany amounts and transactions have been eliminated in consolidation.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

**Concentration of Credit Risk**

The Company maintains the majority of its domestic cash in a few commercial banks in multiple operating and investment accounts. Balances on deposit are insured by the Federal Deposit Insurance Corporation (FDIC) up to specified limits. Balances in excess of FDIC limits are uninsured.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 123 of 650    Document 49

One customer accounted for approximately 13% and 9% of accounts receivable at December 31, 2020 and 2019, respectively. No one customer accounted for greater than 6%, 5%, and 6%, of net sales during the years ended December 31, 2020, 2019, or 2018, respectively.

**Accounts Receivable and Allowance for Credit Losses**

The Company's trade and other receivables primarily arise from the sale of our products to independent residential dealers, industrial distributors and dealers, national and regional retailers, electrical/HVAC/solar wholesalers, e-commerce partners, equipment rental companies, equipment distributors, solar installers, utilities, and certain end users with payment terms generally ranging from 30 to 90 days. The Company evaluates the credit risk of a customer when extending credit based on a combination of various financial and qualitative factors that may affect the customers' ability to pay. These factors include the customer's financial condition, past payment experience, credit bureau information, and regional considerations.

Receivables are recorded at their face value amount less an allowance for credit losses. The Company maintains an allowance for credit losses, which represents an estimate of expected losses over the remaining contractual life of its receivables considering current market conditions and estimates for supportable forecasts when appropriate. The Company measures expected credit losses on its trade receivables on an entity by entity basis. The estimate of expected credit losses considers a historical loss experience rate that is adjusted for delinquency trends, collection experience, and/or economic risk where appropriate based on current market conditions. Additionally, management develops a specific allowance for trade receivables known to have a high risk of expected future credit loss.

The Company has historically experienced immaterial write-offs given the nature of the customers that receive credit. In addition, the Company holds a credit insurance plan that covers the risk of loss up to specified amounts on certain trade receivables. As of December 31, 2020, the Company had gross receivables of $
386,907 and an allowance for credit losses of $12,001.

The following is a tabular reconciliation of the Company's allowance for credit losses:

|  | Year Ended December 31, 2020 |
| --- | --- |
| Balance at beginning of period | $ 6,968 |
| Adoption of ASU 2016-13 | 1,147 |
| Established for Acquisitions | 198 |
| Provision for credit losses | 4,645 |
| Charge-offs | (1,448) |
| Currency translation | 491 |
| Balance at end of period | $ 12,001 |

**Inventories**

Inventories are stated at the lower of cost or market, with cost determined generally using the first-in, first-out method.

**Property and Equipment**

Property and equipment are recorded at cost and are being depreciated using the straight-line method over the estimated useful lives of the assets, which are summarized below (in years). Costs of leasehold improvements are amortized over the lesser of the term of the lease (including renewal option periods) or the estimated useful lives of the improvements. Finance lease right of use assets are included in property and equipment. Refer to Note 10, "Leases," to the consolidated financial statements for the Company's lease disclosure.

| | | |
| --- | --- | --- |
| Land improvements | 8 – | 20 |
| Buildings and improvements | 10 – | 40 |
| Machinery and equipment | 3 – | 15 |
| Dies and tools | 3 – | 10 |
| Vehicles | 3 – | 6 |
| Office equipment and systems | 3 – | 15 |
| Leasehold improvements | 2 – | 20 |

Total depreciation expense was $36,493, $32,265, and $25,296 for the years ended December 31, 2020, 2019 and 2018, respectively.

**Goodwill and Other Indefinite-Lived Intangible Assets**

Goodwill represents the excess of the purchase price over fair value of identifiable net assets acquired from business acquisitions. Goodwill is not amortized, but is reviewed for impairment on an annual basis and between annual tests if indicators of impairment are present. The Company evaluates goodwill for impairment annually as of October 31 or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable. The Company has the option to assess goodwill for impairment by performing either a qualitative assessment or quantitative test. The qualitative assessment determines whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If the Company determines that it is not more likely than not that the fair value of a reporting unit is less than its carrying amount, then the quantitative test is not required to be performed. If the Company determines that it is more likely than not that the fair value of a reporting unit is less than its carrying amount, the Company is required to perform the quantitative test. In the quantitative test, the calculated fair value of the reporting unit is compared to its book value including goodwill. If the fair value of the reporting unit is in excess of its book value, the related goodwill is not impaired. If the fair value of the reporting unit is less than its book value, an impairment loss is recognized in an amount equal to that excess, limited to the total amount of goodwill allocated to that reporting unit.

Other indefinite-lived intangible assets consist of certain tradenames. The Company tests the carrying value of these tradenames annually as of October 31, or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable, by comparing the assets' fair value to its carrying value. Fair value is measured using a relief-from-royalty approach, which assumes the fair value of the tradename is

the discounted cash flows of the amount that would be paid had the Company not owned the tradename and instead licensed the tradename from another company.

The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2020, 2019 and 2018, and found no impairment.

**Impairment of Long-Lived Assets**

The Company periodically evaluates the carrying value of long-lived assets (excluding goodwill and indefinite-lived tradenames). Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. If the sum of the expected future undiscounted cash flows is less than the carrying amount of an asset, a loss is recognized for the difference between the fair value and carrying value of the asset.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 125 of 650    Document 49

**Debt Issuance Costs**

Debt discounts and direct costs incurred in connection with the issuance or amendment of long-term debt are deferred and recorded as a reduction of outstanding debt and amortized to interest expense using the effective interest method over the terms of the related credit agreements. $2,598, $4,712, and $4,749 of deferred financing costs and original issue discount were amortized to interest expense during fiscal years 2020, 2019 and 2018, respectively. Excluding the impact of any future long-term debt issuances or prepayments, estimated amortization to interest expense for the next five years is as follows: 2021 - $2,640; 2022 - $2,689; 2023 - $2,579; 2024 - $2,508; 2025 - $2,555.

**Income Taxes**

The Company is a C Corporation and therefore accounts for income taxes pursuant to the liability method. Accordingly, the current or deferred tax consequences of a transaction are measured by applying the provision of enacted tax laws to determine the amount of taxes payable currently or in future years. Deferred income taxes are provided for temporary differences between the income tax bases of assets and liabilities and their carrying amounts for financial reporting purposes. In assessing the realizability of deferred tax assets, the Company considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. The Company considers taxable income in prior carryback years, the scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies, as appropriate, in making this assessment.

**Revenue Recognition**

The Company's revenues primarily consist of product sales to its customers. The Company considers the purchase orders, which in some cases are governed by master sales agreements, to be the contracts with the customers. For each contract, the Company considers the commitment to transfer products, each of which is distinct, to be the identified performance obligations. Revenue is measured as the amount of consideration the Company expects to be entitled in exchange for the transfer of product, which is generally the price stated in the contract specific for each item sold, adjusted for the value of expected returns, discounts, rebates, or other promotional incentives or allowances offered to our customers. Expected returns for damaged or defective product are estimated using the expected value method based upon historical product return experience. Discounts and rebates offered to customers are typically defined in the master sales agreements with customers and, therefore, are recorded using the most likely amount method based on the terms of the contract. Promotional incentives are defined programs offered for short, specific periods of time and are estimated using the expected value method based upon historical experience. The Company does not expect the transaction price for revenue recognized will be subject to a significant revenue reversal. As the Company's product sale contracts and standard payment terms have a duration of less than one year, it uses the practical expedient applicable to such contracts and does not consider the time value of money. Sales, use, value add and other similar taxes assessed by governmental authorities and collected concurrent with revenue-producing activities are excluded from revenue. The Company has elected to recognize the cost for freight activities when control of the product has transferred to the customer as an expense within cost of goods sold in the consolidated statements of comprehensive income. Product revenues are recognized at the point in time when control of the product is transferred to the customer, which typically occurs upon shipment or delivery to the customer. To determine when control has transferred, the Company considers if there is a present right to payment and if legal title, physical possession, and the significant risks and rewards of ownership of the asset has transferred to the customer. As substantially all of the Company's product revenues are recognized at a point in time, the amount of unsatisfied performance obligations at each period end is not material. The Company's contracts have an original expected duration of one year or less. As a result, the Company has elected to use the practical expedient to not disclose its remaining performance obligations.

At the request of certain customers, the Company will warehouse inventory billed to the customer but not delivered. Unless all revenue recognition criteria have been met, the Company does not recognize revenue on these transactions until the customer takes possession of the product.

While the Company's standard payment terms are less than one year, the specific payment terms and conditions in its customer contracts vary. In some cases, customers prepay for their goods; in other cases, after appropriate credit evaluation, an open credit line is granted and payment is due in arrears. Contracts with payment in arrears are recognized in the consolidated balance sheets as accounts receivable upon revenue recognition, while contracts where customers pay in advance are recognized as customer deposits and recorded in other accrued liabilities in the consolidated balance sheets until revenue is recognized. The balance of customer deposits (contract liabilities) was $25,710 and $9,952 at December 31, 2020 and December 31, 2019, respectively. During the year ended December 31, 2020, the Company recognized revenue of $8,703 related to amounts included in the December 31, 2019 customer deposit balance. The Company typically recognizes revenue within one year of the receipt of the customer deposit.

42

The Company offers standard warranty coverage on substantially all products that it sells and accounts for this standard warranty coverage as an assurance warranty. As such, no transaction price is allocated to the standard warranty, and the Company records a liability for product warranty obligations at the time of sale to a customer based upon historical warranty experience. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's standard warranties.

The Company also sells extended warranty coverage for certain products, which it accounts for as service warranties. In most cases, the extended warranty is sold as a separate contract. As such, extended warranty sales are considered a separate performance obligation, and the extended warranty transaction is separate and distinct from the product. The extended warranty transaction price is initially recorded as deferred revenue in the consolidated balance sheets and amortized on a straight-line basis to net sales in the consolidated statements of comprehensive income over the life of the contracts following the standard warranty period. For extended warranty contracts that the Company sells under a third-party marketing agreement, it is required to pay fees to the third-party service provider and classifies these fees as costs to obtain a contract. The contract costs are deferred and recorded as other assets in the consolidated balance sheets. The deferred contract costs are amortized to net sales in the consolidated statements of comprehensive income consistent with how the related deferred revenue is recognized. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's extended warranties.

In addition to extended warranties, the Company offers other services, including remote monitoring, installation, maintenance and grid services in certain circumstances. Total service revenues accounted for less than two percent of revenue during the year ended December 31, 2020.

Refer to Note 7, "Segment Reporting," to the consolidated financial statements for the Company's disaggregated revenue disclosure. The information discussed above is applicable to each of the Company's product classes.

**Advertising and Co-Op Advertising**

Expenditures for advertising, included in selling and service expenses in the consolidated statements of comprehensive income, are expensed as incurred. Expenditures for advertising production costs are expensed when the related advertisement is first run. Expenditures for Co-Op advertising are expensed when claimed by the customer. Total expenditures for advertising were $53,678, $44,153, and $34,792 for the years ended December 31, 2020, 2019 and 2018, respectively.

**Research and Development**

The Company expenses research and development costs as incurred. Total expenditures incurred for research and development were $80,251, $68,394, and $50,019 for the years ended December 31, 2020, 2019 and 2018, respectively.

**Foreign Currency Translation and Transactions**

Balance sheet amounts for non-U.S. Dollar functional currency businesses are translated into U.S. Dollars at the rates of exchange in effect at the end of the fiscal year. Income and expenses incurred in a foreign currency are translated at the average rates of exchange in effect during the year. The related translation adjustments are made directly to accumulated other comprehensive loss, a component of stockholders' equity, in the consolidated balance sheets. Gains and losses from foreign currency transactions are recognized as incurred in the consolidated statements of comprehensive income.

**Fair Value of Financial Instruments**

ASC 820-10, *Fair Value Measurement,* defines fair value, establishes a consistent framework for measuring fair value, and expands disclosure for each major asset and liability category measured at fair value on either a recurring basis or nonrecurring basis. ASC 820-10 clarifies that fair value is an exit price, representing the amount that would be received in the sale of an asset or paid to transfer a liability in an orderly transaction between market participants. As such, fair value is a market-based measurement that should be determined based on assumptions that market participants would use in pricing an asset or liability. As a basis for considering such assumptions, the pronouncement establishes a three-tier fair value hierarchy, which prioritizes the inputs used in measuring fair value as follows: (Level 1) observable inputs such as quoted prices in active markets; (Level 2) inputs, other than the quoted prices in active markets, that are observable either directly or indirectly; and (Level 3) unobservable inputs in which there is little or no market data, which require the reporting entity to develop its own assumptions.

The Company believes the carrying amount of its financial instruments (cash and cash equivalents, accounts receivable, accounts payable, accrued liabilities, short-term borrowings and ABL facility borrowings), excluding Term Loan borrowings, approximates the fair value of these instruments based upon their short-term nature. The fair value of Term Loan borrowings, which have an aggregate carrying value of $815,260, was approximately $831,038 (Level 2) at December 31, 2020, as calculated based on independent valuations whose inputs and significant value drivers are observable.

43

For the fair value of the assets and liabilities measured on a recurring basis, refer to the fair value table in Note 5, "Derivative Instruments and Hedging Activities," to the consolidated financial statements. The fair value of all derivative contracts is classified as Level 2. The valuation techniques used to measure the fair value of derivative contracts, all of which have counterparties with high credit ratings, were based on quoted market prices or model driven valuations using significant inputs derived from or corroborated by observable market data. The fair value of derivative contracts considers the Company's credit risk in accordance with ASC 820-10.

**Use of Estimates**

The preparation of the consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Derivative Instruments and Hedging Activities**

The Company records all derivatives in accordance with ASC 815, *Derivatives and Hedging,* which requires derivative instruments to be reported in the consolidated balance sheets at fair value and establishes criteria for designation and effectiveness of hedging relationships. The Company is exposed to market risk such as changes in commodity prices, foreign currencies and interest rates. The Company does not hold or issue derivative financial instruments for trading purposes. Refer to Item 7A of this Annual Report on Form 10-K for further information on the Company's derivatives.

**Share-Based Compensation**

Share-based compensation expense, including stock options and restricted stock awards, is generally recognized on a straight-line basis over the vesting period based on the fair value of awards which are expected to vest. The fair value of all share-based awards is estimated on the date of grant. Refer to Note 17, "Share Plans," to the consolidated financial statements for further information on the Company's share-based compensation plans and accounting.

**New Accounting Pronouncements**

Changes to GAAP are established by the Financial Accounting Standards Board (FASB) in the form of accounting standard updates ("ASUs") to the FASB Accounting Standards Codification (ASC). ASUs not listed below were assessed and determined to be either not applicable or are not expected to have a material impact on the Company's consolidated financial statements.

***Recently Adopted Accounting Standards***

On January 1, 2020, the Company adopted ASU 2016-13, *Financial Instruments – Credit Losses (Topic 326)*: *Measurement of Credit Losses on Financial Instruments*. This guidance was issued to provide financial statement users with more useful information about the expected credit losses on financial instruments and other commitments to extend credit held by a reporting entity at each reporting date. Specifically, this guidance requires entities to utilize a new "expected loss" model as it relates to trade and other receivables. The Company adopted this standard using the modified retrospective approach as of the date of adoption, meaning no prior period balances were impacted by the adoption. The adoption of the standard impacts the way the Company estimates the allowance for doubtful accounts on its trade and other receivables, and the Company recorded a decrease to retained earnings of $1,147 as a result of adopting ASU 2016-13. Results for reporting periods beginning after January 1, 2020 are presented under ASC 326 while prior period amounts continue to be reported in accordance with previously applicable GAAP. Refer to Note 2 to the consolidated financial statements, "Summary of Accounting Policies - Accounts Receivable and Allowance for Credit Losses," for further information regarding the Company's allowance for expected credit losses.

On January 1, 2020, the Company elected to apply the optional expedients discussed in ASU 2020-04, *Reference Rate Reform.* This guidance was issued to address challenges likely to arise in accounting for contract modifications and hedge accounting because of reference rate reform. The update provides optional expedients and exceptions for applying GAAP to contracts, hedging relationships, and other transactions that reference LIBOR or another reference rate expected to be discontinued if certain criteria are met. The adoption of the optional expedients in this standard permits the Company to account for the change to a reference rate on its LIBOR based term loan as a continuation of the existing contract rather than having to account for the change in rate as a modification or extinguishment. Additionally, the election of the optional expedients permits the Company to continue with its hedge accounting treatment for its interest rate swaps despite expected changes due to reference rate reform.

**3. Acquisitions**

*Fiscal 2020*

**Acquisition of Enbala**

On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, of $41,982. The acquisition purchase price was funded solely through cash on hand.

The Company recorded a preliminary purchase price allocation during the fourth quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. As a result, the Company recorded $46,645 of intangible assets, including $27,545 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of Enbala from the date of acquisition through December 31, 2020.

**Other Acquisitions**

In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

The combined purchase price for these acquisitions was $22,815 and was funded solely through cash on hand. The accompanying consolidated financial statements include the results of the acquired businesses since the dates of acquisition through December 31, 2020.

*Fiscal 2019*

**Acquisition of Pika**

On April 26, 2019, the Company acquired Pika for a purchase price, net of cash acquired, of $49,068. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Pika purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. As a result, the Company recorded $58,196 of intangible assets, including $19,896 of goodwill recorded in the Domestic segment, as of the acquisition date. The goodwill ascribed to the acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Pika from the date of acquisition through December 31, 2020.

**Acquisition of Neurio**

On March 12, 2019, the Company acquired Neurio for a purchase price of $59,071, net of cash acquired and inclusive of a deferred payment of $7,922 which was made during the third quarter of 2019. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Neurio purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. As a result, the Company recorded $58,762 of intangible assets, including $17,862 of goodwill recorded in the Domestic segment, as of the acquisition date. Substantially all of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of Neurio from the date of acquisition through December 31, 2020.

**Other Acquisitions**

In February 2019, the Company acquired a majority share of Captiva, a manufacturer of customized industrial generators in Kolkata, India. The purchase price was immaterial to the Company and was funded solely through cash on hand. The accompanying consolidated financial statements include the results of the acquired business from the date of acquisition through December 31, 2020.

*Fiscal 2018*

**Acquisition of Selmec**

On June 1, 2018, the Company acquired Selmec for a purchase price of $79,972, net of cash acquired and inclusive of earnout payments of $14,902. Changes in the fair value of the earnout liability during 2020 and 2019 of $(2,241) and $(977), respectively, were recognized as a component of operating income in the Company's consolidated statements of comprehensive income. Changes in the fair value of the earnout liability during 2020 and 2019 included interest accretion of $536 and $2,740, respectively, and other fair value remeasurement adjustments of $(2,777) and $(3,717), respectively. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Selmec purchase price allocation during the second quarter of 2019 based upon its estimates of the fair value of the acquired assets and assumed liabilities. As a result, the Company recorded $79,827 of intangible assets, including $46,196 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to the acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Selmec from the date of acquisition through December 31, 2020.

*Summary Purchase Price Allocations*

The fair values assigned to certain assets acquired and liabilities assumed, as of the acquisition dates, for the years ended December 31 are as follows:

| | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2020 | | 2019 | | 2018 |
| Accounts receivable | $ | 5,151 | $ | 4,643 | $ | 14,302 |
| Inventories | | 3,711 | | 4,313 | | 8,000 |
| Prepaid expenses and other assets | | 897 | | 304 | | 4,323 |
| Property and equipment | | 635 | | 384 | | 5,572 |
| Intangible assets | | 26,057 | | 79,200 | | 33,631 |
| Goodwill | | 42,698 | | 41,428 | | 46,196 |
| Deferred income taxes | | - | | 3,217 | | 3,252 |
| Other assets | | 1,122 | | 133 | | 597 |
| Total assets acquired | | 80,271 | | 133,622 | | 115,873 |
| | | | | | | |
| Accounts payable | | 4,088 | | 4,380 | | 7,216 |
| Accrued wages and employee benefits | | 700 | | 4,408 | | 397 |
| Other accrued liabilities | | 2,151 | | 602 | | 13,671 |
| Current portion of long-term debt | | - | | 937 | | - |
| Deferred income taxes | | 4,134 | | 9,958 | | 10,974 |
| Other long-term liabilities | | 4,401 | | 778 | | 3,643 |
| Redeemable non-controlling interest | | - | | 3,165 | | - |
| Net assets acquired | $ | 64,797 | $ | 109,394 | $ | 79,972 |

46

*Pro Forma Information*

The following unaudited pro forma information of the Company gives effect to all acquisitions as though the transactions had occurred on January 1, 2018. Refer to Note 1, "Description of Business," for further information on the acquisitions included in the table.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2020** | | **2019** | | **2018** |
| Net Sales: | | | | | | |
| As reported | $ | 2,485,200 | $ | 2,204,336 | $ | 2,023,464 |
| Pro forma | | 2,512,017 | | 2,242,710 | | 2,093,112 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc.: | | | | | | |
| As reported | $ | 350,576 | $ | 252,007 | $ | 238,257 |
| Pro forma | | 339,317 | | 239,925 | | 220,555 |
| | | | | | | |
| Net income attributable to Generac Holdings Inc. per common share - diluted | | | | | | |
| As reported | $ | 5.48 | $ | 4.03 | $ | 3.54 |
| Pro forma | | 5.34 | | 3.84 | | 3.26 |

This unaudited pro forma information is presented for informational purposes only and is not necessarily indicative of the results of operations that actually would have been achieved had the acquisitions been consummated on January 1, 2018.

**4.  Redeemable Noncontrolling Interest**

On March 1, 2016, the Company acquired a 65% ownership interest in PR Industrial S.r.l. and its subsidiaries (Pramac). The 35% noncontrolling interest in Pramac had an acquisition date fair value of $34,253, and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had within its control the right to require the Company to redeem its interest in Pramac. In February 2019, the Company amended its agreement with the noncontrolling interest holder of Pramac, extending the agreement by five years, allowing the Company to exercise its call option rights in partial increments at certain times during the five year period, and providing that the noncontrolling interest holder no longer holds the right to put its shares to the Company until April 1, 2021. The put and call option price is based on a multiple of earnings, subject to a floor and the terms of the acquisition agreement, as amended.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 131 of 650    Document 49

On February 1, 2019, the Company acquired a 51% ownership interest in Captiva Energy Solutions, Ltd (Captiva). The 49% noncontrolling interest in Captiva has an acquisition date fair value of $3,165, and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had within its control the right to require the Company to redeem its interest in Captiva. The noncontrolling interest holder has a put option to sell his interest to the Company any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The put option price is based on a multiple of earnings, subject to the terms of the acquisition. Further, the Company has a call option that it may redeem any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The call option price is based on a multiple of earnings, subject to the terms of the acquisition.

For both transactions, the redeemable noncontrolling interest is recorded at the greater of the initial fair value, increased or decreased for the noncontrolling interests' share of comprehensive income (loss), or the estimated redemption value, with any adjustments to the redemption value impacting retained earnings, but not net income. However, the redemption value adjustments are reflected in the earnings per share calculation, as detailed in Note 14, "Earnings Per Share," to the consolidated financial statements. The following table presents the changes in the redeemable noncontrolling interest:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Balance at beginning of period | $ | 61,227 | $ | 61,004 | $ | 43,929 |
| Noncontrolling interest | | - | | 3,165 (1) | | - |
| Net income | | (2,829) | | 75 | | 2,214 |
| Foreign currency translation | | 6,562 | | (1,764) | | (3,109) |
| Redemption value adjustment | | 1,247 | | (1,253) | | 17,970 |
| Balance at end of period | $ | 66,207 | $ | 61,227 | $ | 61,004 |

(1) Represents the noncontrolling interest of Captiva calculated at the date of acquisition, February 1, 2019.

## 5. Derivative Instruments and Hedging Activities

### *Commodities*

The Company is exposed to price fluctuations in commodities including steel, copper and aluminum; and periodically utilizes commodity derivatives to mitigate the impact of these potential price fluctuations on its financial results. These derivatives typically have maturities of less than eighteen months. At December 31, 2020 and 2019, the Company had one and no commodity contracts outstanding, respectively.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in cost of goods sold in the Company's consolidated statements of comprehensive income. Net pre-tax gains (losses) recognized were $2,185, $(174), and $(874) for the years ended December 31, 2020, 2019 and 2018, respectively.

### *Foreign Currencies*

The Company is exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar. The Company periodically utilizes foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. As of December 31, 2020 and 2019, the Company had forty-four and forty-three foreign currency contracts outstanding, respectively.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in "other, net" in the Company's consolidated statements of comprehensive income. Net pre-tax gains (losses) recognized for the years ended December 31, 2020, 2019 and 2018 were $ 355, $(1,195), and $(653), respectively.

*Interest Rate Swaps*

In 2017, the Company entered into twenty interest rate swap agreements, twelve of which were still outstanding as of December 31, 2020. In December 2019, in conjunction with the amendment to its Term Loan, the Company amended those interest rate swaps to remove the LIBOR floor, which also resulted in minor reductions to the future dated swap fixed rates. In March 2020, the Company entered into three additional interest rate swap agreements, bringing the total outstanding interest rate swaps to fifteen as of December 31, 2020. The Company formally documented all relationships between interest rate hedging instruments and the related hedged items, as well as its risk-management objectives and strategies for undertaking these hedge transactions. These interest rate swap agreements qualify as cash flow hedges and therefore, the effective portions of the gains or losses are reported as a component of accumulated other comprehensive loss (AOCL) in the consolidated balance sheets. The amount of after-tax gains (losses) recognized for the years ended December 31, 2020, 2019 and 2018 were $(14,285), $(13,855), and $2,924, respectively. The cash flows of the swaps are recognized as adjustments to interest expense each period. The ineffective portions of the derivatives' changes in fair value, if any, are immediately recognized in earnings.

*Fair Value*

The following table presents the fair value of the Company's derivatives:

|  | December 31, 2020 | December 31, 2019 |
|---|---|---|
| Commodity contracts | $ 1,386 | $ 6 |
| Foreign currency contracts | (154) | 31 |
| Interest rate swaps | (29,536) | (10,425) |

The fair value of the commodity contract is included in prepaid expenses and other current assets, and the fair values of the foreign currency contracts and interest rate swaps are included in other accrued liabilities and other long-term liabilities in the consolidated balance sheet as of December 31, 2020. The fair value of the commodity and foreign currency contracts are included in prepaid expenses and other current assets, and the fair value of the interest rate swaps are included in other accrued liabilities and other long-term liabilities in the consolidated balance sheet as of December 31, 2019. Excluding the impact of credit risk, the fair value of the derivative contracts as of December 31, 2020 and 2019 is a liability of $28,667 and $10,588, respectively, which represents the net amount the Company would pay to exit all of the agreements on those dates.

## 6.   Accumulated Other Comprehensive Loss

The following presents a tabular disclosure of changes in AOCL during the years ended December 31, 2020 and 2019, net of tax:

|  | Foreign Currency Translation Adjustments | Defined Benefit Pension Plan | Unrealized Loss on Cash Flow Hedges | Total |
|---|---|---|---|---|
| Beginning Balance – January 1, 2020 | $ (16,622) | $ - | $ (8,295) | $ (24,917) |
| Other comprehensive income (loss) before reclassifications | 4,948 | - | (14,285) (1) | (9,337) |
| Amounts reclassified from AOCL | - | - | - | - |
| Net current-period other comprehensive income (loss) | 4,948 | - | (14,285) | (9,337) |
| Ending Balance – December 31, 2020 | $ (11,674) | $ - | $ (22,580) | $ (34,254) |

|  | Foreign Currency Translation Adjustments | Defined Benefit Pension Plan | Unrealized Gain (Loss) on Cash Flow Hedges | Total |
|---|---|---|---|---|
| Beginning Balance – January 1, 2019 | $ (18,832) | $ (10,541) | $ 5,560 | $ (23,813) |
| Other comprehensive income (loss) before reclassifications | 2,210 | 1,474 (2) | (13,855) (3) | (10,171) |
| Amounts reclassified from AOCL | - | 9,067 (4) | - | 9,067 |
| Net current-period other comprehensive income (loss) | 2,210 | 10,541 | (13,855) | (1,104) |
| Ending Balance – December 31, 2019 | $ (16,622) | $ - | $ (8,295) | $ (24,917) |

(1)   Represents unrealized losses of $(19,111), net of tax effect of $4,826 for the year ended December 31, 2020.
(2)   Represents unrecognized actuarial gains of $1,992 net of tax effect of $(518), included in the computation of net periodic pension cost for the year ended December 31, 2019. Refer to Note 16, "Benefit Plans," to the consolidated financial statements for additional information.
(3)   Represents unrealized losses of $(18,732), net of tax effect of $4,877 for the year ended December 31, 2019.

49

(4)   Details of reclassifications from AOCL during 2019 are as follows:

|  | Amounts reclassified from AOCL |
|---|---|
| Loss on pension settlement | $ 10,920 |
| Amortization of net loss | 843 |
| Total before tax | 11,763 |
| Income tax impact | (2,696) |
| Amounts reclassified from AOCL during 2019 | $ 9,067 |

**7.   Segment Reporting**

The Company has two reportable segments for financial reporting purposes – Domestic and International. The Domestic segment includes the legacy Generac business (excluding its traditional Latin American export operations), and the acquisitions that are based in the U.S. and Canada, all of which have revenues substantially derived from the U.S. and Canada. The International segment includes the legacy Generac business Latin American export operations, and the Ottomotores, Tower Light, Pramac, Motortech and Selmec acquisitions, all of which have revenues substantially derived from outside the U.S and Canada. Both reportable segments design and manufacture a wide range of energy technology solutions and other power products. The Company has multiple operating segments, which it aggregates into the two reportable segments, based on materially similar economic characteristics, products, production processes, classes of customers, distribution methods and regional considerations.

The Company's product offerings consist primarily of power generation equipment, energy storage systems, and other power products geared for varying end customer uses. Residential products and C&I products are each a similar class of products based on similar power output and end customer. The breakout of net sales between residential, C&I, and other products by reportable segment is as follows:

| | Net Sales by Segment | | |
|---|---|---|---|
| | Year Ended December 31, 2020 | | |
| **Product Classes** | **Domestic** | **International** | **Total** |
| Residential products | $ 1,495,383 | $ 61,118 | $ 1,556,501 |
| Commercial & industrial products | 404,867 | 296,884 | 701,751 |
| Other | 188,558 | 38,390 | 226,948 |
| Total net sales | $ 2,088,808 | $ 396,392 | $ 2,485,200 |

| | Year Ended December 31, 2019 | | |
|---|---|---|---|
| **Product Classes** | **Domestic** | **International** | **Total** |
| Residential products | $ 1,086,019 | $ 57,704 | $ 1,143,723 |
| Commercial & industrial products | 513,482 | 358,113 | 871,595 |
| Other | 143,397 | 45,621 | 189,018 |
| Total net sales | $ 1,742,898 | $ 461,438 | $ 2,204,336 |

| | Year Ended December 31, 2018 | | |
|---|---|---|---|
| **Product Classes** | **Domestic** | **International** | **Total** |
| Residential products | $ 980,707 | $ 62,032 | $ 1,042,739 |
| Commercial & industrial products | 461,415 | 358,855 | 820,270 |
| Other | 124,398 | 36,057 | 160,455 |
| Total net sales | $ 1,566,520 | $ 456,944 | $ 2,023,464 |

50

Residential products consist primarily of automatic home standby generators ranging in output from 7.5kW to 150kW, portable generators, energy storage and monitoring solutions, and other outdoor power equipment. These products are sold through independent residential dealers, national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers. The residential products revenue consists of the sale of the product to our distribution partners, which in turn sell or rent the product to the end consumer, including installation and maintenance services. In some cases, residential products are sold direct to the end consumer. Substantially all of the residential products revenues are transferred to the customer at a point in time.

C&I products consist of larger output stationary generators used in C&I applications and fueled by diesel, natural gas, liquid propane and bi-fuel, with power outputs ranging from 10kW up to 3,250kW. Also included in C&I products are mobile generators, light towers, mobile heaters and mobile pumps. These products are sold through industrial distributors and dealers, equipment rental companies and equipment distributors. The C&I products revenue consists of the sale of the product to our distribution partners, which in turn sell or rent the product to the end customer, including installation and maintenance services. In some cases, C&I products are sold direct to the end customer. Substantially all of the C&I products revenues are transferred to the customer at a point in time.

Other consists primarily of aftermarket service parts and product accessories sold to our dealers, the amortization of extended warranty deferred revenue, remote monitoring subscription revenue, grid services, installation and maintenance service revenue. The aftermarket service parts and product accessories are generally transferred to the customer at a point in time, while the extended warranty and subscription revenue are recognized over the life of the contract. Other service revenue is recognized when the service is performed.

Management evaluates the performance of its segments based primarily on Adjusted EBITDA, which is reconciled to Income before provision for income taxes below. The computation of Adjusted EBITDA is based on the definition that is contained in the Company's credit agreements.

| | Adjusted EBITDA | | |
| | Year Ended December 31, | | |
| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Domestic | $ 563,394 | $ 428,667 | $ 388,495 |
| International | 20,379 | 25,448 | 36,057 |
| Total adjusted EBITDA | $ 583,773 | $ 454,115 | $ 424,552 |
| | | | |
| Interest expense | (32,991) | (41,544) | (40,956) |
| Depreciation and amortization | (68,773) | (60,767) | (47,408) |
| Non-cash write-down and other adjustments (1) | 327 | (240) | (3,532) |
| Non-cash share-based compensation expense (2) | (20,882) | (16,694) | (14,563) |
| Loss on extinguishment of debt (3) | - | (926) | (1,332) |
| Loss on pension settlement (4) | - | (10,920) | - |
| Transaction costs and credit facility fees (5) | (2,151) | (2,724) | (3,883) |
| Business optimization and other charges (6) | (12,158) | (1,572) | (952) |
| Other | (954) | 879 | (850) |
| Income before provision for income taxes | $ 446,191 | $ 319,607 | $ 311,076 |

(1) Includes certain foreign currency and purchase accounting related adjustments, gains/losses on disposal of assets and unrealized mark-to-market adjustments on commodity contracts.
(2) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.
(3) Represents the non-cash write-off of original issue discount and deferred financing costs due to a voluntary prepayment of Term Loan debt.
(4) Represents pre-tax settlement charges related to the termination of the Company's domestic pension plan in the fourth quarter of 2019.
(5) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance, debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities.
(6) For the year ended December 31, 2020, represents severance, non-cash asset write-downs, and other charges to address the impact of the COVID-19 pandemic and decline in oil prices. For the year ended December 31, 2019, represents severance and other charges related to the consolidation of certain of our facilities.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 135 of 650    Document 49

The following tables summarize additional financial information by reportable segment:

| | Assets | | | | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | | | |
| | **2020** | | **2019** | | **2018** | |
| Domestic | $ | 2,659,597 | $ | 2,123,251 | $ | 1,868,554 |
| International | | 575,826 | | 542,418 | | 557,760 |
| Total | $ | 3,235,423 | $ | 2,665,669 | $ | 2,426,314 |

| | Depreciation and Amortization | | | | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | | | |
| | **2020** | | **2019** | | **2018** | |
| Domestic | $ | 53,020 | $ | 46,145 | $ | 35,586 |
| International | | 15,753 | | 14,764 | | 11,822 |
| Total | $ | 68,773 | $ | 60,909 | $ | 47,408 |

| | Capital Expenditures | | | | | |
|---|---|---|---|---|---|---|
| | Year Ended December 31, | | | | | |
| | **2020** | | **2019** | | **2018** | |
| Domestic | $ | 51,867 | $ | 36,007 | $ | 38,242 |
| International | | 10,261 | | 24,795 | | 9,359 |
| Total | $ | 62,128 | $ | 60,802 | $ | 47,601 |

The Company's sales in the United States represent approximately 82%, 75%, and 74% of total sales for the years ended December 31, 2020, 2019 and 2018, respectively. Approximately 81% and 80% of the Company's identifiable long-lived assets are located in the United States as of December 31, 2020 and 2019, respectively.

## 8. Balance Sheet Details

Inventories consist of the following:

| | December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| Raw material | $ | 375,516 | $ | 328,021 |
| Work-in-process | | 6,833 | | 10,387 |
| Finished goods | | 220,968 | | 183,616 |
| Total | $ | 603,317 | $ | 522,024 |

52

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 136 of 650    Document 49

As of December 31, 2020 and 2019, inventories totaling $ 9,154 and $18,684, respectively, were on consignment at customer locations.

Property and equipment consists of the following:

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Land and improvements | $ 18,363 | $ 18,252 |
| Buildings and improvements | 198,908 | 177,079 |
| Machinery and equipment | 153,696 | 117,114 |
| Dies and tools | 24,190 | 22,040 |
| Vehicles | 6,037 | 3,955 |
| Office equipment and systems | 107,923 | 99,124 |
| Leasehold improvements | 5,276 | 4,293 |
| Construction in progress | 30,227 | 36,299 |
| Gross property and equipment | 544,620 | 478,156 |
| Accumulated depreciation | (200,684) | (161,180) |
| Total | $ 343,936 | $ 316,976 |

Total property and equipment included finance leases of $27,269 and $26,063 at December 31, 2020 and 2019, respectively, primarily made up of buildings and improvements. Amortization of finance lease right of use assets is recorded within depreciation expense in the consolidated statements of comprehensive income. The initial measurement of new finance lease right of use assets is accounted for as a non-cash item in the consolidated statement of cash flows. Refer to Note 10, "Leases," for further information regarding the Company's accounting for leases under ASC 842, *Leases.*

9.  **Goodwill and Intangible Assets**

The changes in the carrying amount of goodwill by reportable segment for the years ended December 31, 2020 and 2019 are as follows:

| | Domestic | International | Total |
| --- | --- | --- | --- |
| Balance at December 31, 2018 | $ 621,451 | $ 143,204 | $ 764,655 |
| Acquisitions of businesses, net | 37,758 | 3,078 | 40,836 |
| Foreign currency translation | - | (207) | (207) |
| Balance at December 31, 2019 | 659,209 | 146,075 | 805,284 |
| Acquisitions of businesses, net | 42,722 | - | 42,722 |
| Foreign currency translation | 604 | 6,618 | 7,222 |
| Balance at December 31, 2020 | $ 702,535 | $ 152,693 | $ 855,228 |

Refer to Note 3, "Acquisitions," to the consolidated financial statements for further information regarding the Company's acquisitions.

The details of the gross goodwill applicable to each reportable segment at December 31, 2020 and 2019 are as follows:

| | December 31, 2020 | | | December 31, 2019 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Gross | Accumulated Impairment | Net | Gross | Accumulated Impairment | Net |
| Domestic | $ 1,205,728 | $ (503,193) | $ 702,535 | $ 1,162,402 | $ (503,193) | $ 659,209 |
| International | 157,304 | (4,611) | 152,693 | 150,686 | (4,611) | 146,075 |
| Total | $ 1,363,032 | $ (507,804) | $ 855,228 | $ 1,313,088 | $ (507,804) | $ 805,284 |

53

The following table summarizes intangible assets by major category as of December 31, 2020 and 2019:

| | Weighted Average Amortization Years | December 31, 2020 | | | December 31, 2019 | | |
|---|---|---|---|---|---|---|---|
| | | Gross | Accumulated Amortization | Net Book Value | Gross | Accumulated Amortization | Net Book Value |
| Finite-lived intangible assets: | | | | | | | |
| Tradenames | 9 | $ 58,729 | $ (40,891) | $ 17,838 | $ 56,669 | $ (36,613) | $ 20,056 |
| Customer lists | 12 | 370,736 | (321,531) | 49,205 | 369,932 | (314,380) | 55,552 |
| Patents and technology | 10 | 233,271 | (146,544) | 86,727 | 213,972 | (128,426) | 85,546 |
| Software | - | 1,046 | (1,046) | - | 1,046 | (1,046) | - |
| Non-compete/other | 4 | 16,469 | (6,537) | 9,932 | 12,063 | (3,804) | 8,259 |
| Total finite-lived intangible assets | | $ 680,251 | $ (516,549) | $ 163,702 | $ 653,682 | $ (484,269) | $ 169,413 |
| Indefinite-lived tradenames | | 128,321 | - | 128,321 | 128,321 | - | 128,321 |
| Total intangible assets | | $ 808,572 | $ (516,549) | $ 292,023 | $ 782,003 | $ (484,269) | $ 297,734 |

Amortization of intangible assets was $ 32,280, $28,644 and $22,112 in 2020, 2019 and 2018, respectively. Excluding the impact of any future acquisitions, the Company estimates amortization expense for the next five years will be as follows: 2021 - $33,906; 2022 - $26,649; 2023 - $22,129; 2024 - $18,581; 2025 - $16,808.

## 10. Leases

The Company determines if an arrangement is or contains a lease at contract inception. The Company recognizes a right of use ("ROU") asset and lease liability at the lease commencement date based on the present value of the lease payments over the lease term. As the Company's leases generally do not provide an implicit rate, the incremental borrowing rate is used to determine the present value of lease payments. The incremental borrowing rate is a collateralized rate determined based on the lease term, the Company's credit rating, and other market information available at the commencement date. The ROU asset also includes any lease payments made prior to the commencement date and is reduced by any lease incentives. The lease term may include options to extend or terminate the lease when it is reasonably certain that the Company will exercise that option. Lease expense for operating leases is recognized on a straight-line basis over the lease term, while lease expense for finance leases is recognized as depreciation and interest expense using the effective interest method. The Company's variable lease expense generally consists of property tax and insurance payments that are variable in nature, however, these amounts are immaterial to the consolidated financial statements and are therefore not separately reported.

The Company has lease agreements with both lease and nonlease components, which it elected to account for as a single lease component. However, the Company did not elect to apply the recognition exception for short-term leases. The Company is applying these elections to all asset classes.

The Company leases certain manufacturing facilities, distribution centers, office space, warehouses, automobiles, machinery and computer equipment globally under both finance and operating leases. The Company's leases have remaining lease terms of up to 20 years, of which certain leases, primarily within the buildings and improvements asset class, include options to extend the leases for up to 10 additional years. Further, the Company leases certain buildings from a noncontrolling interest holder, which the Company has determined to be arms' length transactions.

The Company is a lessor of one building that it leases to a third party. The lease income related to this arrangement is not material to the consolidated financial statements.

The Company records its operating lease cost and amortization of finance lease ROU assets within cost of goods sold or operating expenses in the consolidated statements of comprehensive income depending on the cost center of the underlying asset. The Company records its finance lease interest cost within interest expense in the consolidated statements of comprehensive income.

The components of total lease cost consist of the following:

| | Year Ended December 31, 2020 | Year Ended December 31, 2019 |
|---|---|---|
| Operating lease cost | $ 18,648 | $ 9,647 |
| Finance lease cost: | | |
| Amortization of ROU assets | 2,587 | 2,531 |
| Interest on lease liabilities | 2,237 | 2,227 |
| Total lease cost | $ 23,472 | $ 14,405 |

Prior to the adoption of ASU 2016-02 in 2019, lease expense consisted of payments on operating leases. Total rent expense related to operating leases for the year ended December 31, 2018 was approximately $ 10,739.

As of January 1, 2019, the date of the adoption of ASU 2016-02, the Company recognized ROU assets and lease liabilities related to operating leases of $42,024 and $42,056, respectively, and there was no cumulative effect adjustment made to retained earnings. Supplemental balance sheet information related to the Company's leases is as follows:

| | December 31, 2020 | December 31, 2019 |
|---|---|---|
| Operating Leases | | |
| Operating lease ROU assets (1) | $ 62,030 | $ 35,950 |
| | | |
| Operating lease liabilities - current (2) | $ 17,192 | $ 7,231 |
| Operating lease liabilities - noncurrent (3) | 46,558 | 29,778 |
| Total operating lease liabilities | $ 63,750 | $ 37,009 |
| | | |
| Finance Leases | | |
| Finance lease ROU assets, gross | $ 34,929 | $ 29,142 |
| Accumulated depreciation - finance lease ROU assets | (7,660) | (3,079) |
| Finance lease ROU assets, net (4) | $ 27,269 | $ 26,063 |
| | | |
| Finance lease liabilities - current (5) | $ 2,311 | $ 1,830 |
| Finance lease liabilities - noncurrent (6) | 25,060 | 24,132 |
| Total finance lease liabilities | $ 27,371 | $ 25,962 |

(1)  Recorded in the operating lease and other assets line within the consolidated balance sheets
(2)  Recorded in the other accrued liabilities line within the consolidated balance sheets
(3)  Recorded in the operating lease and other long-term liabilities line within the consolidated balance sheets
(4)  Recorded in the property and equipment, net line within the consolidated balance sheets
(5)  Recorded in the current portion of long-term borrowings and finance lease obligations line within the consolidated balance sheets
(6)  Recorded in the long-term borrowings and finance lease obligations line within the consolidated balance sheets

Supplemental cash flow information related to the Company's leases is as follows:

| | Year Ended December 31, 2020 | Year Ended December 31, 2019 |
|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Operating cash flows from operating leases | $ 18,412 | $ 10,125 |
| Operating cash flows from finance leases | 1,871 | 1,864 |
| Financing cash flows from finance leases | 3,957 | 3,237 |
| | | |
| ROU assets obtained in exchange for lease liabilities | | |
| Operating leases | 41,678 | 4,021 |
| Finance leases | 3,737 | 8,797 |

55

Weighted average remaining lease term and discount rate information related to the Company's leases as of December 31, 2020 is as follows:

| | |
|---|---|
| Weighted average remaining lease term (in years) | |
| Operating Leases | 4.92 |
| Finance Leases | 12.90 |
| | |
| Weighted average discount rate | |
| Operating Leases | 4.48% |
| Finance Leases | 7.66% |

The maturities of the Company's lease liabilities as of December 31, 2020 are as follows:

| | Finance Leases | | Operating Leases | |
|---|---|---|---|---|
| 2021 | $ | 4,146 | $ | 19,530 |
| 2022 | | 4,292 | | 18,135 |
| 2023 | | 3,112 | | 9,519 |
| 2024 | | 2,999 | | 7,452 |
| 2025 | | 2,678 | | 5,359 |
| After 2025 | | 28,596 | | 11,711 |
| Total minimum lease payments | | 45,823 | | 71,706 |
| Interest component | | (18,452) | | (7,956) |
| Present value of minimum lease payments | $ | 27,371 | $ | 63,750 |

## 11. Product Warranty Obligations

The Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable. The following is a tabular reconciliation of the Company's standard product warranty liability accounted for as an assurance warranty:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | | 2019 | | 2018 | |
| Balance at beginning of period | $ | 49,316 | $ | 41,785 | $ | 35,422 |
| Product warranty reserve assumed in acquisition | | 124 | | 1,062 | | - |
| Payments | | (33,496) | | (26,096) | | (20,029) |
| Provision for warranty issued | | 42,093 | | 32,060 | | 26,910 |
| Changes in estimates for pre-existing warranties | | 1,181 | | 505 | | (518) |
| Balance at end of period | $ | 59,218 | $ | 49,316 | $ | 41,785 |

The Company also sells extended warranty coverage for certain products, which it accounts for as a service warranty. The sales of extended warranties are recorded as deferred revenue, and typically have a duration of five to ten years. The deferred revenue related to extended warranty coverage is amortized over the duration of the extended warranty contract period, following the standard warranty period, using the straight-line method. The Company believes the straight-line method is appropriate because the performance obligation is satisfied based on the passage of time. The amortization of deferred revenue is recorded to net sales in the consolidated statements of comprehensive income. The following is a tabular reconciliation of the deferred revenue related to extended warranty coverage:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | | 2019 | | 2018 | |
| Balance at beginning of period | $ | 78,738 | $ | 68,340 | $ | 57,854 |
| Deferred revenue contracts issued | | 26,968 | | 24,483 | | 21,440 |
| Amortization of deferred revenue contracts | | (15,918) | | (14,085) | | (10,954) |
| Balance at end of period | $ | 89,788 | $ | 78,738 | $ | 68,340 |

56

The timing of recognition of the Company's deferred revenue balance related to extended warranties at December 31, 2020 is as follows:

| | | |
|---|---|---:|
| 2021 | $ | 18,754 |
| 2022 | | 18,819 |
| 2023 | | 16,464 |
| 2024 | | 11,849 |
| After 2024 | | 23,902 |
| Total | $ | 89,788 |

The Company has a post-sale extended warranty marketing program with a third party. In the program's agreement, the Company is required to pay fees to the third-party service provider based on the number of extended warranty contracts that they sell, which it classifies as costs to obtain a contract. The contract costs are deferred and recorded as other assets in the consolidated balance sheets. The deferred contract costs are amortized to net sales in the consolidated statements of comprehensive income over the same period that the underlying deferred revenue is recognized. The balance of deferred contract costs as of December 31, 2020 and 2019 was $ 6,869 and $6,190, respectively. Amortization of deferred contract costs recorded during the years ended December 31, 2020, 2019 and 2018 was $1,303, $869 and $615, respectively.

Standard product warranty obligations and extended warranty related deferred revenues are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---:|---|---:|
| | | **2020** | | **2019** |
| Product warranty liability | | | | |
| Current portion - other accrued liabilities | $ | 37,417 | $ | 27,885 |
| Long-term portion - other long-term liabilities | | 21,801 | | 21,431 |
| Total | $ | 59,218 | $ | 49,316 |
| | | | | |
| Deferred revenue related to extended warranties | | | | |
| Current portion - other accrued liabilities | $ | 18,857 | $ | 15,519 |
| Long-term portion - other long-term liabilities | | 70,931 | | 63,219 |
| Total | $ | 89,788 | $ | 78,738 |

## 12. Credit Agreements

Short-term borrowings are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---:|---|---:|
| | | **2020** | | **2019** |
| ABL facility | $ | - | $ | 30,961 |
| Other lines of credit | | 39,282 | | 27,753 |
| Total | $ | 39,282 | $ | 58,714 |

Long-term borrowings are included in the consolidated balance sheets as follows:

| | | December 31, | | |
|---|---|---:|---|---:|
| | | **2020** | | **2019** |
| Term loan | $ | 830,000 | $ | 830,000 |
| Original issue discount and deferred financing costs | | (15,450) | | (18,048) |
| ABL facility | | - | | - |
| Finance lease obligation | | 27,371 | | 25,962 |
| Other | | 3,990 | | 2,236 |
| Total | | 845,911 | | 840,150 |
| Less: current portion of debt | | 1,836 | | 553 |
| Less: current portion of finance lease obligation | | 2,311 | | 1,830 |
| Total | $ | 841,764 | $ | 837,767 |

Maturities of long-term borrowings outstanding at December 31, 2020, excluding finance lease obligations as their maturities are disclosed in Note 10, "Leases," and before considering original issue discount and deferred financing costs, are as follows:

| | | |
|---|---|---:|
| 2021 | $ | 1,836 |
| 2022 | | 1,905 |
| 2023 | | 46 |
| 2024 | | 115 |
| After 2024 | | 830,088 |
| Total | $ | 833,990 |

The Company's credit agreements originally provided for a $1,200,000 term loan B credit facility (Term Loan) and currently include a $300,000 uncommitted incremental term loan facility. The maturity date of the Term Loan is currently December 13, 2026. The Term Loan is guaranteed by all of the Company's wholly-owned domestic restricted subsidiaries, and is secured by associated collateral agreements which pledge a first priority lien on virtually all of the Company's assets, including fixed assets and intangibles, other than cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, which are secured by a second priority lien. The Term Loan initially bore interest at rates based upon either a base rate plus an applicable margin of 1.75% or adjusted LIBOR rate plus an applicable margin of 2.75%, subject to a LIBOR floor of 0.75%. Currently, the Term Loan bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75%.

In June 2018, the Company amended the Term Loan, which further reduced the applicable margin rates to base rate plus a fixed applicable margin of 0.75% or adjusted LIBOR rate plus a fixed applicable margin of 1.75%. In connection with this amendment and in accordance with ASC 470-50, the Company capitalized $829 of fees paid to creditors as deferred financing costs on long-term borrowings and expensed $118 of transaction fees in the second quarter of 2018.

In December 2019, the Company amended its Term Loan to extend the maturity date from May 31, 2023 to December 13, 2026, as well as to remove the LIBOR floor of 0.75% from the adjusted LIBOR rate. In connection with this amendment and in accordance with ASC 470-50, the Company capitalized $1,247 of fees paid to creditors as deferred financing costs on long-term borrowings and expensed $432 of transaction fees in the fourth quarter of 2019. Additionally, the Company made a voluntary prepayment of $49,000 on the Term Loan, which resulted in the write-off of $926 of original issue discount and capitalized debt issuance costs as a loss on extinguishment of debt in the consolidated statements of comprehensive income.

In connection with our Term Loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. The Company plans to work with its lenders in the future to amend other LIBOR based debt agreements to add a replacement rate should the use of LIBOR cease.

The Term Loan does not require an Excess Cash Flow payment if the Company's net secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2020, the Company's net secured leverage ratio was 1.12 to 1.00 times, and the Company was in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

The Company's credit agreements also provide for a senior secured ABL revolving credit facility (ABL Facility). The maturity date of the ABL Facility is currently June 12, 2023. Borrowings under the ABL Facility are guaranteed by all of the Company's wholly-owned domestic restricted subsidiaries, and are secured by associated collateral agreements which pledge a first priority lien on all cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, and a second priority lien on all other assets, including fixed assets and intangibles of the Company and certain domestic subsidiaries. ABL Facility borrowings initially bore interest at rates based upon either a base rate plus an applicable margin of 1.00% or adjusted LIBOR rate plus an applicable margin of 2.00%, in each case, subject to adjustments based upon average availability under the ABL Facility. Currently, the ABL Facility bears interest at rates based upon either a base rate plus an applicable margin of 0.125% or an adjusted LIBOR rate plus an applicable margin of 1.125%, in each case subject to adjustments based upon average availability under the ABL Facility.

In June 2018, the Company amended the ABL Facility; increasing it from $250,000 to $300,000 and extending the maturity date to June 12, 2023. In addition, the ABL Facility amendment modified the pricing by reducing certain applicable interest rates to either a base rate plus an applicable margin of 0.375% or an adjusted LIBOR rate plus an applicable margin of 1.375%. In connection with this amendment and in accordance with ASC 470-50, the Company capitalized $755 of new debt issuance costs as deferred financing costs on long-term borrowings and wrote-off $34 of capitalized debt issuance costs as a loss on extinguishment of debt in the second quarter of 2018.

In June 2018, the Company borrowed $50,000 under the ABL Facility, the proceeds of which were used as a voluntary prepayment of the Term Loan. As a result of the prepayment of the Term Loan, the Company wrote-off $1,298 of original issue discount and capitalized debt issuance costs during the second quarter of 2018 as a loss on extinguishment of debt in the consolidated statements of comprehensive income. In October 2018, the Company repaid the $50,000 outstanding ABL Facility balance with cash on hand.

As of December 31, 2020, there was no outstanding balance under the ABL Facility, leaving $299,621 of availability, net of outstanding letters of credit.

As of December 31, 2020 and December 31, 2019, short-term borrowings consisted of borrowings by the Company's foreign subsidiaries on local lines of credit and the ABL Facility, which totaled $39,282 and $58,714, respectively.

## 13. Stock Repurchase Programs

In September 2018, the Company's Board of Directors approved a $250,000 stock repurchase program, which expired in October 2020. In September 2020, the Company's Board of Directors approved another stock repurchase program, which commenced on October 27, 2020, and allows for the repurchase of up to $
250,000 of the Company's common stock over a 24-month period. The Company may repurchase its common stock from time to time, in amounts and at prices the Company deems appropriate, subject to market conditions and other considerations. The repurchases may be executed using open market purchases, privately negotiated agreements or other transactions. The actual timing, number and value of shares repurchased under the program will be determined by management at its discretion and will depend on a number of factors, including the market price of the Company's common stock and general market and economic conditions, applicable legal requirements, and compliance with the terms of the Company's outstanding indebtedness. The repurchases may be funded with cash on hand, available borrowings or proceeds from potential debt or other capital markets sources. The stock repurchase program may be suspended or discontinued at any time without prior notice. During the years ended December 31, 2020 and 2019, the Company did not repurchase any shares of its common stock. During the year ended December 31, 2018, the Company repurchased 560,000 shares of its common stock for $25,656, all funded with cash on hand. Since the inception of all programs starting in August 2015, the Company has repurchased 8,676,706 shares of its common stock for $305,547 (at an average cost per share of $35.21), all funded with cash on hand.

## 14. Earnings Per Share

Basic earnings per share is calculated by dividing net income attributable to the common shareholders of the Company by the weighted average number of common shares outstanding during the period, exclusive of restricted shares. Except where the result would be anti-dilutive, diluted earnings per share is calculated by assuming the vesting of unvested restricted stock and the exercise of stock options. Refer to Note 4, "Redeemable Noncontrolling Interest," to the consolidated financial statements for further information regarding the accounting for redeemable noncontrolling interests.

The following table reconciles the numerator and the denominator used to calculate basic and diluted earnings per share:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| **Numerator** | | | | | | |
| Net income attributable to Generac Holdings Inc. | $ | 350,576 | $ | 252,007 | $ | 238,257 |
| Redeemable noncontrolling interest redemption value adjustment | | (1,247) | | 1,253 | | (17,970) |
| Net income attributable to common shareholders | $ | 349,329 | $ | 253,260 | $ | 220,287 |
| | | | | | | |
| **Denominator** | | | | | | |
| Weighted average shares, basic | | 62,280,889 | | 61,926,986 | | 61,662,031 |
| Dilutive effect of stock compensation awards (1) | | 1,456,845 | | 938,460 | | 571,194 |
| Diluted shares | | 63,737,734 | | 62,865,446 | | 62,233,225 |
| | | | | | | |
| Net income attributable to common shareholders per share | | | | | | |
| Basic | $ | 5.61 | $ | 4.09 | $ | 3.57 |
| Diluted | $ | 5.48 | $ | 4.03 | $ | 3.54 |

(1) Excludes approximately 26,100 stock options for the year ended December 31, 2018, as the impact of such awards was anti-dilutive. There were no awards with an anti-dilutive impact for the years ended December 31, 2020 and 2019.

### 15. Income Taxes

The Company's provision for income taxes consists of the following:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2020 | | 2019 | | 2018 |
| Current: | | | | | | |
| Federal | $ | 62,714 | $ | 41,686 | $ | 32,072 |
| State | | 13,071 | | 4,211 | | 9,639 |
| Foreign | | 1,974 | | 2,660 | | 4,546 |
| Total | | 77,759 | | 48,557 | | 46,257 |
| Deferred: | | | | | | |
| Federal | | 20,452 | | 19,393 | | 22,225 |
| State | | 1,243 | | 1,390 | | 1,910 |
| Foreign | | (1,197) | | (1,263) | | 479 |
| Total | | 20,498 | | 19,520 | | 24,614 |
| Change in valuation allowance | | 716 | | (778) | | (1,015) |
| Provision for income taxes | $ | 98,973 | $ | 67,299 | $ | 69,856 |

The Company files U.S. federal, U.S. state and foreign jurisdiction tax returns which are subject to examination up to the expiration of the statute of limitations. The Company believes the tax positions taken on its returns would be sustained upon an exam, or where a position is uncertain, adequate reserves have been recorded. As of December 31, 2020, the Company is no longer subject to income tax examinations for United States federal income taxes for tax years prior to 2017. Due to the carryforward of net operating losses and research & development credits, the Company's Wisconsin state income tax returns for tax years 2009 through 2019 remain open. In addition, the Company is subject to audit by various foreign taxing jurisdictions for tax years 2015 through 2019.

The Company is regularly under tax return examination by tax authorities in the various jurisdictions in which we operate. The Company is actively managing the examinations and working to address any open matters. While the Company does not believe any material taxes or penalties are due, there is a possibility that the ultimate tax outcome of an examination may result in differences from what was recorded. Such differences may affect the provision for income taxes in the period in which the determination is made, and could impact the Company's financial results.

60

Significant components of deferred tax assets and liabilities are as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | 2020 | | 2019 |
| Deferred tax assets: | | | | |
| Accrued expenses | $ | 24,358 | $ | 21,053 |
| Deferred revenue | | 15,851 | | 14,697 |
| Inventories | | 11,795 | | 9,879 |
| Stock-based compensation | | 8,348 | | 7,490 |
| Operating loss and credit carryforwards | | 31,275 | | 28,356 |
| Bad debt | | 1,633 | | 1,094 |
| Other | | 8,558 | | 4,275 |
| Valuation allowance | | (5,740) | | (5,024) |
| Total deferred tax assets | | 96,078 | | 81,820 |
| | | | | |
| Deferred tax liabilities: | | | | |
| Goodwill and intangible assets | | 171,831 | | 142,159 |
| Depreciation | | 33,716 | | 27,864 |
| Debt refinancing costs | | 3,544 | | 4,119 |
| Prepaid expenses | | 1,259 | | 1,073 |
| Total deferred tax liabilities | | 210,350 | | 175,215 |
| Net deferred tax liabilities | $ | (114,272) | $ | (93,395) |

As of December 31, 2020 and 2019, deferred tax assets of $
1,497 and $2,933, and deferred tax liabilities of $115,769 and $96,328, respectively, were reflected on the consolidated balance sheets.

The Company maintains a valuation allowance against the deferred tax assets when it is uncertain it will generate sufficient taxable income to utilize the asset. During 2020, the valuation allowance increased by $716 primarily due to state net operating losses which are unlikely to be utilized, partially offset by utilization of loss carryforwards in certain foreign subsidiaries.

At December 31, 2020, the Company had various state research & development and state manufacturing tax credit carryforwards of approximately $4,513 and $19,303, respectively, which expire between 2024 and 2035. The Company believes it will generate sufficient taxable income in these jurisdictions to fully utilize the credits prior to their expiration.

Changes in the Company's gross liability for unrecognized tax benefits, excluding interest and penalties, were as follows:

| | | December 31, | | |
|---|---|---|---|---|
| | | 2020 | | 2019 |
| Unrecognized tax benefit, beginning of period | $ | 6,720 | $ | 5,635 |
| Increase in unrecognized tax benefit for positions taken in prior period | | 332 | | 633 |
| Increase in unrecognized tax benefit for positions taken in current period | | 750 | | 495 |
| Statute of limitation expirations | | (189) | | (43) |
| Settlements | | - | | - |
| Unrecognized tax benefit, end of period | $ | 7,613 | $ | 6,720 |

The unrecognized tax benefit as of December 31, 2020 and 2019, if recognized, would favorably impact the effective tax rate.

As of December 31, 2020 and 2019, total accrued interest of approximately $95 and $71, respectively, and accrued penalties of approximately $274 and $195, respectively, associated with net unrecognized tax benefits are included in the consolidated balance sheets. Interest and penalties are recorded as a component of income tax expense.

The Company does not expect a significant increase or decrease to the total amounts of unrecognized tax benefits related to continuing operations during the fiscal year ending December 31, 2021.

A reconciliation of the statutory tax rates and the effective tax rates for the years ended December 31, 2020, 2019 and 2018 are as follows:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| U.S. statutory rate | 21.0% | 21.0% | 21.0% |
| State taxes | 4.3 | 4.3 | 4.7 |
| State tax rate differential | 0.0 | (1.0) | - |
| Research and development credits | (1.1) | (0.8) | (1.3) |
| State credits | (1.5) | (1.0) | (1.0) |
| Share-based compensation (1) | (1.0) | (0.6) | (0.5) |
| Tax Act impact | 0.0 | - | (0.2) |
| Other | 0.5 | (0.8) | (0.2) |
| Effective tax rate | 22.2% | 21.1% | 22.5% |

    (1)  With the adoption of ASU 2016-09 in 2017, excess tax benefits from equity awards are reflected within the provision for income taxes rather than within the consolidated balance sheet.

## 16. Benefit Plans

### Medical and Dental Plans

The Company maintains medical and dental benefit plans covering its full-time domestic employees and their dependents. These plans are partially or fully self-funded under which participant claims are obligations of the plan. These plans are funded through employer and employee contributions at a level sufficient to pay for the benefits provided by the plan. The Company's contributions to the plans were $ 24,617, $18,290, and $14,660 for the years ended December 31, 2020, 2019 and 2018, respectively.

The Company's foreign subsidiaries participate in government sponsored medical benefit plans. In certain cases, the Company purchases supplemental medical coverage for certain employees at these foreign locations. The expenses related to these plans are not material to the Company's consolidated financial statements.

### Savings Plan

The Company maintains a defined-contribution 401(k) savings plan for eligible domestic employees. Under the plan, employees may defer receipt of a portion of their eligible compensation. The Company may contribute a matching contribution of 50% of the first 6% of eligible compensation of employees that is deferred. The Company may also contribute a non-elective contribution for eligible employees employed on December 31, 2008 that were impacted by the freezing of the Company's pension plans. The Company's matching contributions are subject to vesting. Forfeitures may be applied against plan expenses and Company contributions. The Company recognized $5,332, $4,791 and $4,193 of expense related to these plans for the years ended December 31, 2020, 2019 and 2018, respectively.

### Pension Plans

Historically, the Company maintained noncontributory salaried and hourly pension plans (Pension Plans) covering certain domestic employees. The Pension Plans were frozen effective December 31, 2008. Effective December 31, 2018, the Pension Plans were merged into the same plan (Pension Plan), resulting in no change to benefits for participants. The benefits under the salaried plan were based upon years of service and the participants' defined final average monthly compensation. The benefits under the hourly plan were based on a unit amount at the date of termination multiplied by the participant's years of credited service.

In 2019, the Company completed the termination of its Pension Plan. In connection with the Company's activities to terminate the plan, lump sum distributions were made in the fourth quarter of 2019 to individuals who elected lump sum distributions, including rolling over their accounts to the Company's 401(k) savings plan. Also in the fourth quarter of 2019, annuity contracts were purchased to settle obligations for the remaining participants. Upon settlement of the pension liability, the Company reclassified related unrecognized pension losses recorded in AOCL to the consolidated statements of comprehensive income. As a result, the Company recorded pre-tax settlement charges of $10,920 in the fourth quarter of the year ended December 31, 2019.

Certain of the Company's foreign subsidiaries participate in local statutory defined benefit or other post-employment benefit plans. These plans provide benefits that are generally based on years of credited service and a percentage of the employee's eligible compensation earned throughout the applicable service period. Liabilities recorded under these plans are included in other long-term liabilities in the Company's consolidated balance sheets and are not material.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 146 of 650    Document 49

**17. Share Plans**

The Company adopted an equity incentive plan (the 2010 Plan) on February 10, 2010 in connection with its initial public offering. The 2010 Plan, as amended, allowed for granting of up to
9.1 million share-based awards to executives, directors and employees. Awards available for grant under the 2010 Plan included stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. Awards under the 2010 Plan ceased in June 2019. Total share-based compensation expense related to the Plan, net of estimated forfeitures, was $11,681, $15,738, and $14,563 for the years ended December 31, 2020, 2019 and 2018, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

On June 13, 2019, the stockholders of Generac Holdings Inc. approved the Company's 2019 Equity Incentive Plan (the 2019 Plan). Following the effectiveness of the 2019 Plan, no new awards may be made under the Plan. The 2019 Plan allows for granting of up to 2.7 million share-based awards to executives, directors and employees. Awards available for grant under the 2019 Plan include stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. Total share-based compensation expense related to the 2019 Plan, net of estimated forfeitures, was $9,201 and $956 for the years ended December 31, 2020 and 2019, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Stock Options** - Stock options granted in 2020 have an exercise price between $91.00 per share and $158.89 per share; stock options granted in 2019 have an exercise price of $52.07 per share; and stock options granted in 2018 have an exercise price between $43.88 per share and $45.29 per share. Stock options vest in equal installments over four years, subject to the grantee's continued employment or service and expire ten years after the date of grant.

Stock option exercises can be net-share settled such that the Company withholds shares with value equivalent to the exercise price of the stock option awards plus the employees' minimum statutory obligation for the applicable income and other employment taxes. Total shares withheld were 24,070, 32,211 and 63,817 for the years ended December 31, 2020, 2019 and 2018, respectively, and were based on the value of the stock on the exercise dates. The net-share settlement has the effect of share repurchases by the Company as they reduce the number of shares that would have otherwise been issued.

Employees can also utilize a cashless for cash exercise of stock options, such that all exercised shares will be sold in the market immediately. Cash equivalent to the exercise price of the awards plus the employees' minimum statutory tax obligations is remitted to the Company, with the remaining cash being transferred to the employee. Total net proceeds from the cashless for cash exercise of stock options were $13,089, $9,395 and $5,614 for the years ended December 31, 2020, 2019 and 2018, respectively, and are reflected as a financing activity in the consolidated statement of cash flows.

Total payments made by the Company to the taxing authorities for the employees' tax obligations related to stock option exercises were $7,297, $3,360 and $3,846 for the years ended December 31, 2020, 2019 and 2018, respectively, and are reflected as a financing activity in the consolidated statements of cash flows.

The grant-date fair value of each option grant is estimated using the Black-Scholes-Merton option pricing model. The fair value is then amortized on a straight-line basis over the requisite service period of the awards, which is generally the vesting period. Use of a valuation model requires management to make certain assumptions with respect to selected model inputs. Expected volatility is calculated based on an analysis of historic volatility of the Company's stock price. The average expected life is based on the contractual term of the option using the simplified method. The risk-free interest rate is based on U.S. Treasury zero-coupon issues with a remaining term equal to the expected life assumed at the date of grant. The compensation expense recognized is net of estimated forfeitures. Forfeitures are estimated based on actual share option forfeiture history.

63

The weighted-average assumptions used in the Black-Scholes-Merton option pricing model for 2020, 2019 and 2018 are as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Weighted average grant date fair value | $ 35.79 | $ 19.33 | $ 17.86 |
| | | | |
| Assumptions: | | | |
| Expected stock price volatility | 32% | 33% | 37% |
| Risk free interest rate | 1.56% | 2.52% | 2.60% |
| Expected annual dividend per share | $ - | $ - | $ - |
| Expected life of options (years) | 6.25 | 6.25 | 6.25 |

A summary of the Company's stock option activity and related information for the years ended December 31, 2020, 2019 and 2018 is as follows:

| | Number of Options | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value ($ in thousands) |
|---|---|---|---|---|
| Outstanding as of December 31, 2017 | 1,472,130 | $ 33.11 | 7.3 | $ 25,281 |
| Granted | 366,231 | 43.88 | | |
| Exercised | (267,909) | 19.90 | | |
| Forfeited | (49,285) | 43.34 | | |
| Outstanding as of December 31, 2018 | 1,521,167 | 37.70 | 7.0 | $ 19,212 |
| | | | | |
| Granted | 369,779 | 52.07 | | |
| Exercised | (263,250) | 30.75 | | |
| Forfeited | (35,010) | 43.79 | | |
| Outstanding as of December 31, 2019 | 1,592,686 | 42.04 | 6.9 | $ 93,242 |
| | | | | |
| Granted | 173,650 | 102.32 | | |
| Exercised | (216,196) | 39.88 | | |
| Forfeited | (21,450) | 50.25 | | |
| Outstanding as of December 31, 2020 | 1,528,690 | 49.08 | 6.3 | $ 272,553 |
| | | | | |
| Exercisable as of December 31, 2020 | 845,365 | 39.15 | 4.9 | $ 159,145 |

As of December 31, 2020, there was $10,673 of total unrecognized compensation cost, net of expected forfeitures, related to unvested options. The cost is expected to be recognized over the remaining service period, having a weighted-average period of 2.4 years. Total share-based compensation cost related to the stock options for the years ended December 31, 2020, 2019 and 2018 was $5,860, $5,597 and $4,998, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Restricted Stock** – Restricted stock awards vest in equal installments over three years, subject to the grantee's continued employment or service. Certain restricted stock awards also include performance shares, whereby the number of performance shares that can be earned are contingent upon Company performance measures over a three-year period. Performance measures are based on a weighting of a number of financial metrics, from which grantees may earn from 0% to 200% of their target performance share award. The performance period for the 2018 awards covers the years 2018 through 2020, the performance period for the 2019 awards covers the years 2019 through 2021, and the performance period for the 2020 awards covers the years 2020 through 2022. The Company estimates the number of performance shares that will vest based on projected financial performance. The fair value of restricted awards is determined based on the market value of the Company's shares on the grant date. The fair market value of the restricted awards at the time of the grant is amortized to expense over the period of vesting. The compensation expense recognized for restricted share awards is net of estimated forfeitures.

Restricted stock vesting is net-share settled such that, upon vesting, the Company withholds shares with value equivalent to the employees' minimum statutory tax obligation, and then pays the cash to the taxing authorities on behalf of the employees. In effect, the Company repurchases these shares and classifies them as treasury stock. Total shares withheld were 70,718, 55,953 and 38,186 for the years ended December 31, 2020, 2019 and 2018, respectively, and were based on the value of the stock on the vesting dates. Total payments made by the Company to the taxing authorities for the employees' tax obligations related to restricted stock vesting were $7,613, $3,078 and $1,812 for the years ended December 31, 2020, 2019 and 2018, respectively, and are reflected as a financing activity within the consolidated statements of cash flows.

64

A summary of the Company's restricted stock activity for the years ended December 31, 2020, 2019 and 2018 is as follows:

| | Shares | Weighted-Average Grant-Date Fair Value |
|---|---|---|
| Non-vested as of December 31, 2017 | 392,276 | $ 37.77 |
| Granted | 208,803 | 44.49 |
| Vested | (128,433) | 39.03 |
| Forfeited | (46,650) | 39.43 |
| Non-vested as of December 31, 2018 | 425,996 | 40.50 |
| Granted | 265,255 | 62.38 |
| Vested | (184,628) | 38.78 |
| Forfeited | (14,986) | 44.23 |
| Non-vested as of December 31, 2019 | 491,637 | 52.84 |
| Granted | 183,868 | 95.14 |
| Vested | (200,390) | 45.10 |
| Forfeited | (18,921) | 56.58 |
| Non-vested as of December 31, 2020 | 456,194 | 68.42 |

As of December 31, 2020, there was $20,608 of unrecognized compensation cost, net of expected forfeitures, related to non-vested restricted stock awards. That cost is expected to be recognized over the remaining service period, having a weighted-average period of 1.9 years. Total share-based compensation cost related to the restricted stock for the years ended December 31, 2020, 2019 and 2018, inclusive of performance shares, was $15,022, $11,097 and $9,565, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

During 2020, 2019 and 2018, 15,275, 22,544 and 33,419 shares of stock, respectively, were granted to certain members of the Company's Board of Directors as a component of their compensation for their service on the Board, all of which were fully vested at time of grant. A non-employee director can elect to receive his or her director fees in the form of deferred stock units, which voluntarily defers the issuance of the related shares granted until the director separates from the Company or a triggering event occurs. 10,528, 16,604 and 22,675 of deferred stock units are included in the shares of stock granted to certain members of the Company's Board of Directors for the years 2020, 2019, and 2018, respectively. Total share-based compensation cost for these share grants in 2020, 2019 and 2018 was $1,558, $1,391 and $1,718, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

## 18. Commitments and Contingencies

The Company has an arrangement with a finance company to provide floor plan financing for certain dealers. The Company receives payment from the finance company after shipment of product to the dealer. The Company participates in the cost of dealer financing up to certain limits and has agreed to repurchase products repossessed by the finance company, but does not indemnify the finance company for any credit losses they incur. The amount financed by dealers which remained outstanding under this arrangement at December 31, 2020 and 2019 was approximately $ 55,600 and $49,600, respectively.

In the normal course of business, the Company is named as a defendant in various lawsuits in which claims are asserted against the Company. In the opinion of management, the liabilities, if any, which may result from such lawsuits are not expected to have a material adverse effect on the financial position, results of operations, or cash flows of the Company.

**19. Quarterly Financial Information (Unaudited)**

| | Quarters in the Year Ended December 31, 2020 | | | | | | | |
| | Q1 | | Q2 | | Q3 | | Q4 | |
|---|---|---|---|---|---|---|---|---|
| Net sales | $ | 475,915 | $ | 546,848 | $ | 701,355 | $ | 761,082 |
| Gross profit | | 172,320 | | 208,983 | | 276,149 | | 300,202 |
| Operating income | | 62,862 | | 89,553 | | 155,637 | | 171,054 |
| Net income attributable to Generac Holdings Inc. | | 44,460 | | 66,145 | | 114,970 | | 125,001 |
| Net income attributable to common shareholders per common share - basic: | $ | 0.69 | $ | 1.04 | $ | 1.86 | $ | 2.02 |
| Net income attributable to common shareholders per common share - diluted: | $ | 0.68 | $ | 1.02 | $ | 1.82 | $ | 1.97 |

| | Quarters in the Year Ended December 31, 2019 | | | | | | | |
| | Q1 | | Q2 | | Q3 | | Q4 | |
|---|---|---|---|---|---|---|---|---|
| Net sales | $ | 470,353 | $ | 541,916 | $ | 601,135 | $ | 590,932 |
| Gross profit | | 162,175 | | 195,838 | | 217,517 | | 222,222 |
| Operating income | | 71,173 | | 90,926 | | 105,556 | | 104,508 |
| Net income attributable to Generac Holdings Inc. | | 44,861 | | 61,958 | | 75,574 | | 69,614 |
| Net income attributable to common shareholders per common share - basic: | $ | 0.77 | $ | 0.99 | $ | 1.20 | $ | 1.14 |
| Net income attributable to common shareholders per common share - diluted: | $ | 0.76 | $ | 0.98 | $ | 1.18 | $ | 1.12 |

**20. Valuation and Qualifying Accounts**

For the years ended December 31, 2020, 2019 and 2018:

| | Balance at Beginning of Year | | Additions Charged to Earnings | | Additions Charged to Retained Earnings (1) | | Charges to Reserve, Net (2) | | Reserves Established for Acquisitions | | Balance at End of Year | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year ended December 31, 2020 | | | | | | | | | | | | |
| Allowance for credit losses | $ | 6,968 | $ | 4,645 | $ | 1,147 | $ | (957) | $ | 198 | $ | 12,001 |
| Reserves for inventory | | 24,293 | | 11,353 | | - | | (8,788) | | 959 | | 27,817 |
| Valuation of deferred tax assets | | 5,024 | | 716 | | - | | - | | - | | 5,740 |
| | | | | | | | | | | | | |
| Year ended December 31, 2019 | | | | | | | | | | | | |
| Allowance for credit losses | $ | 4,873 | $ | 3,086 | $ | - | $ | (1,033) | $ | 42 | $ | 6,968 |
| Reserves for inventory | | 23,140 | | 4,821 | | - | | (3,867) | | 199 | | 24,293 |
| Valuation of deferred tax assets | | 5,802 | | - | | - | | - | | (778) | | 5,024 |
| | | | | | | | | | | | | |
| Year ended December 31, 2018 | | | | | | | | | | | | |
| Allowance for credit losses | $ | 4,805 | $ | 1,941 | $ | - | $ | (2,123) | $ | 250 | $ | 4,873 |
| Reserves for inventory | | 15,987 | | 10,004 | | - | | (3,720) | | 869 | | 23,140 |
| Valuation of deferred tax assets | | 6,817 | | 478 | | - | | - | | (1,493) | | 5,802 |

(1) Result of adopting ASU 2016-13, *Financial Instruments – Credit Losses (Topic 326)*: *Measurement of Credit Losses on Financial Instruments.*

(2) Deductions from the allowance for doubtful accounts equal accounts receivable written off against the allowance, less recoveries, as well as foreign currency translation adjustments. Deductions from the reserves for inventory excess and obsolete items equal inventory written off against the reserve as items were disposed of, as well as foreign currency translation adjustments.

**21. Subsequent Events**

The Company performed an evaluation of subsequent events through the date these financial statements were issued and no such events were identified.

66

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 150 of 650    Document 49

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

There were no changes in, or disagreements with, accountants reportable herein.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures are controls and other procedures that are designed to ensure that information required to be disclosed by us in reports we file or submit under the Securities Exchange Act of 1934 (Exchange Act), is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow for timely decisions regarding required disclosure.

Our management, with the participation of our Chief Executive Officer and our Chief Financial Officer, has conducted an evaluation of the design and operation of our disclosure controls and procedures as defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by this report on Form 10-K. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective in providing reasonable assurance that the information required to be disclosed in this report on Form 10-K has been recorded, processed, summarized and reported as of the end of the period covered by this report on Form 10-K.

**Management's Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) and 15d-15(f) under the Exchange Act. Our internal control over financial reporting is designed under the supervision of our Chief Executive Officer and Chief Financial Officer to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the consolidated financial statements in accordance with U.S. GAAP.

Internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of the financial statements in accordance with U.S. GAAP, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's financial statements.

There are inherent limitations to the effectiveness of any internal control over financial reporting, including the possibility of human error or the circumvention or overriding of the controls. Accordingly, even an effective internal control over financial reporting can provide only reasonable assurance of achieving its objective. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate, because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Under the supervision and with the participation of our Chief Executive Officer and Chief Financial Officer, our management conducted an assessment of the effectiveness of internal control over financial reporting as of December 31, 2020 based on the criteria established in the 2013 *Internal Control – Integrated Framework*, issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2020. In conducting this assessment, our management excluded West Coast Energy Systems LLC, which was acquired in July 2020, Mean Green Products, LLC, which was acquired in September 2020, and Enbala Power Networks Inc., which was acquired in October 2020, and whose financial statements constitute 4.7% and 2.6% of net and total assets, respectively, 0.6% of net sales, and (0.3)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2020.

Deloitte & Touche LLP, the Company's independent registered public accounting firm, issued an attestation report on the effectiveness of the Company's internal control over financial reporting as of December 31, 2020, which is included herein.

**Changes in Internal Control Over Financial Reporting**

There have been no changes in our internal control over financial reporting that occurred during the three months ended December 31, 2020 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B. Other Information**

On February 18, 2021, the Compensation Committee of the Board of Directors approved certain incremental equity awards to be granted to Mr. Minick effective March 1, 2021. The equity awards include: (i) an award of restricted stock valued at $1 million that vests on the third anniversary of the date of grant, and (ii) an award of performance shares valued at $1 million, at target achievement level, with a performance period ending December 31, 2023. Such awards are intended to retain and align Mr. Minick's interests with certain objectives related to the Company's Energy Technology initiatives over the next three years.

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance**

The information required by Item 10 not already provided herein under "Item 1 – Business – Information About Our Executive Officers", will be

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 151 of 650     Document 49

included in our 2021 Proxy Statement and is incorporated herein by reference.

**Item 11. Executive Compensation**

The information required by this item will be included in our 2021 Proxy Statement and is incorporated herein by reference.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this item, including under the heading "Securities Authorized for Issuance Under Equity Compensation Plans," will be included in our 2021 Proxy Statement and is incorporated herein by reference.

**Item 13. Certain Relationships and Related Transactions, and Director Independence**

The information required by this item will be included in our 2021 Proxy Statement and is incorporated herein by reference.

**Item 14. Principal Accountant Fees and Services**

The information required by this item will be included in our 2021 Proxy Statement and is incorporated herein by reference.

<strong>PART IV</strong>

**Item 15. Exhibits and Financial Statement Schedules**

**(a)(1) Financial Statements**

Included in Part II of this report:

| | Page |
|---|---|
| Reports of Independent Registered Public Accounting Firm | 33 |
| Consolidated balance sheets as of December 31, 2020 and 2019 | 36 |
| Consolidated statements of comprehensive income for years ended December 31, 2020, 2019 and 2018 | 37 |
| Consolidated statements of stockholders' equity for years ended December 31, 2020, 2019 and 2018 | 38 |
| Consolidated statements of cash flows for the years ended December 31, 2020, 2019 and 2018 | 39 |
| Notes to consolidated financial statements | 40 |

**(a)(2) Financial Statement Schedules**

All financial statement schedules have been omitted, since the required information is not applicable or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and notes thereto.

68

Table of Contents

**(a)(3) Exhibits**

The below exhibits index is the list of the exhibits being filed or furnished with or incorporated by reference into this Annual Report on Form 10-K:

| Exhibits Number | Description |
|---|---|
| 3.1 | Third Amended and Restated Certificate of Incorporation of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2009). |
| 3.2 | Amended and Restated Bylaws of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Current Report on Form 8-K filed with the SEC on February 16, 2016). |
| 4.1 | Form of Common Stock Certificate (incorporated by reference to Exhibit 4.1 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 4.2 | Description of Securities (incorporated by reference to Exhibit 4.2 of the Annual Report on Form 10-K filed with the SEC on February 25, 2020). |
| 10.1 | Credit Agreement, Dated as of February 9, 2012, As Amended and Restated as of May 30, 2012, As Further Amended and Restated as of May 31, 2013, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agent (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013), as amended by the First Amendment dated as of May 18, 2015. |
| 10.2 | Replacement Term Loan Amendment dated as of November 2, 2016, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on November 3, 2016). |
| 10.3 | 2017 Replacement Term Loan Amendment dated as of May 11, 2017, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on May 15, 2017). |
| 10.4 | 2017-2 Replacement Term Loan Amendment dated as of December 8, 2017, among Generac Power Systems, Inc., Generac Acquisition |

Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on December 11, 2017).

10.5    2018 Replacement Term Loan Amendment, dated as of June 8, 2018, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on June 14, 2018).

10.6    2019 Replacement Term Loan Amendment, dated as of December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on December 16, 2019).

10.7    Restatement Agreement, dated as of May 31, 2013, to that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agents (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013).

10.8    Guarantee and Collateral Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.2 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012).

10.9    First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013).

Table of Contents

| Exhibits Number | Description |
| --- | --- |
| 10.10 | Credit Agreement, dated as of May 30, 2012, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.3 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.11 | Amendment No. 1 dated as of May 31, 2013, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.12 | Amendment No. 2 dated as of May 29, 2015, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Company's Current Report on Form 8-K filed with the SEC on June 1, 2015). |
| 10.13 | Second Amended and Restated Credit Agreement, dated as of June 12, 2018, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on June 14, 2018). |
| 10.14 | Guarantee and Collateral Agreement, dated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.4 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.15 | First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.16+ | Generac Holdings Inc. Amended and Restated 2010 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 27, 2012) |
| 10.17+ | Generac Holdings Inc. Annual Performance Bonus Plan (incorporated by reference to Exhibit 10.63 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 10.18+ | Amended and Restated Employment Agreement, dated November 5, 2018, between Generac and Aaron Jagdfeld (incorporated by reference to Exhibit 10.1 of the Company's Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.19 | Form of Confidentiality, Non-Competition and Intellectual Property Agreement (incorporated by reference to Exhibit 10.40 of the Registration Statement on Form S-1 filed with the SEC on November 24, 2009). |
| 10.20+ | Form of Nonqualified Stock Option Award Agreement (incorporated by reference to Exhibit 10.45 of the Registration Statement on |

Form S-1 filed with the SEC on January 25, 2010).

Table of Contents

| Exhibits Number | Description |
|---|---|
| 10.21+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.22+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.4 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.23+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.24 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.24+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.25 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.25 | Form of Director Indemnification Agreement (incorporated by reference to Exhibit 10.51 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.26 | Form of Officer Indemnification Agreement (incorporated by reference to Exhibit 10.52 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.27+ | Amended Form of Performance Share Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.29 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.28+ | Generac Holdings Inc. Non-Employee Director Compensation Policy (incorporated by reference to Exhibit 10.31 of the Annual Report on Form 10-K filed with the SEC on February 25, 2020). |
| 10.29+ | Generac Power Systems, Inc. Executive Change in Control Policy, effective November 5, 2018 (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.30+ | Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 26, 2019). |
| 10.31+ | Form of Restricted Stock Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.1 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.32+ | Form of Nonqualified Stock Option Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.33+ | Form of Performance Share Unit Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 21.1* | List of Subsidiaries of Generac Holdings Inc. |
| 23.1* | Consent of Deloitte & Touche LLP, Independent Registered Public Accounting Firm. |
| 31.1* | Certification of Chief Executive Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |

Table of Contents

| Exhibits Number | Description |
|---|---|
| 32.1** | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101* | The following financial information from the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on February 23, 2021, formatted in Inline eXtensible Business Reporting Language (iXBRL): (i) Consolidated Balance Sheets at December 31, 2020 and December 31, 2019; (ii) Consolidated Statements of Comprehensive Income for the Fiscal Years Ended December 31, 2020, December 31, 2019 and December 31, 2018; (iii) Consolidated Statements of Stockholders' Equity for the Fiscal Years Ended December 31, 2020, December 31, 2019 and December 31, 2018; (iv) Consolidated Statements of Cash Flows for the Fiscal Years Ended December 31, 2020, December 31, 2019 and December 31, 2018; (v) Notes to Consolidated Financial Statements. |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 154 of 650    Document 49

| 104 | | Cover Page Interactive Data File (embedded within the inline XBRL document). |

_____

| * | Filed herewith. |
| ** | Furnished herewith. |
| + | Indicates management contract or compensatory plan or arrangement. |

**Item 16. Form 10-K Summary**

None.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

GENERAC HOLDINGS INC.

By:       /s/ AARON JAGDFELD

Aaron Jagdfeld

*Chairman, President and Chief Executive Officer*

Dated: February 23, 2021

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons and on behalf of the Registrant in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ AARON JAGDFELD<br>Aaron Jagdfeld | Chairman, President and Chief Executive Officer | February 23, 2021 |
| /s/ YORK A. RAGEN<br>York A. Ragen | Chief Financial Officer and Chief Accounting Officer | February 23, 2021 |
| /s/ BENNETT MORGAN<br>Bennett Morgan | Lead Director | February 23, 2021 |
| /s/ MARCIA J. AVEDON<br>Marcia J. Avedon | Director | February 23, 2021 |
| /s/ JOHN D. BOWLIN<br>John D. Bowlin | Director | February 23, 2021 |
| /s/ ROBERT D. DIXON<br>Robert D. Dixon | Director | February 23, 2021 |
| /s/ WILLIAM JENKINS<br>William Jenkins | Director | February 23, 2021 |
| /s/ ANDREW G. LAMPEREUR<br>Andrew G. Lampereur | Director | February 23, 2021 |
| /s/ DAVID A. RAMON<br>David A. Ramon | Director | February 23, 2021 |
| /s/ KATHRYN ROEDEL<br>Kathryn Roedel | Director | February 23, 2021 |
| /s/ DOMINICK ZARCONE<br>Dominick Zarcone | Director | February 23, 2021 |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 155 of 650     Document 49

**Exhibit 21.1**
### LISTING OF SUBSIDIARIES OF GENERAC HOLDINGS INC.

| Subsidiaries of the Registrant | State or Other Jurisdiction of Incorporation |
| --- | --- |
| Generac Power Systems, Inc. | Wisconsin, U.S |
| Generac Mobile Products, LLC | Wisconsin, U.S |
| Warehouse Development Group LLC | Wisconsin, U.S. |
| Generac Acquisition Corp. | Delaware, U.S |
| MAC, Inc. | Delaware, U.S |
| CHP Holdings, Inc. | Delaware, U.S. |
| Country Home Products, Inc. | Delaware, U.S. |
| Powermate, LLC | Delaware, U.S |
| MAC Holdings, LLC | North Dakota, U.S |
| Route 22A & 1 Main LLC | Vermont, U.S. |
| PR-NA Industries Inc. | Georgia, U.S. |
| Motortech Americas LLC | Louisiana, U.S. |
| Generac Holdings UK Ltd | United Kingdom |
| Generac Global UK Limited | United Kingdom |
| Ottomotores Nominees Ltd. | United Kingdom |
| Generac Mobile Products UK Ltd. | United Kingdom |
| Pramac UK Limited | United Kingdom |
| Pramac Racing Limited | United Kingdom |
| Ottomotores S.A de C.V. | Mexico |
| Generac Mexico, S.A. de C.V. | Mexico |
| Selmec Equipos Industriales, S.A. de C.V. | Mexico |
| Operadora Selmec, S.A. de C.V. | Mexico |
| Servicios Administrativos Selmec, S.A. de C.V. | Mexico |
| Generac Hidalgo, S.A. de C.V. | Mexico |
| GMH 2020, S. de R.L. de C.V. | Mexico |
| Generac do Brasil Ltda | Brazil |
| GPR Brasil Equipamentos Ltda | Brazil |
| Generac Mobile Products S.r.l | Italy |
| Generac Holdings Italy S.r.l. | Italy |
| PR Industrial S.r.l. | Italy |
| Pramac Europe SAS | France |
| Services & Gestion France Sarl | France |
| Pramac GmbH | Germany |
| Motortech GmbH | Germany |
| Pramac Iberica S.A.U. | Spain |
| Pramac Sp. Z.o.o. | Poland |
| Motortech Polska Sp. Z.o.o. | Poland |
| Pramac Caribe Srl | Dominican Republic |
| Pramac Asia PTE Ltd | Singapore |
| Pramac Fu Lee Foshan Power Equipment Ltd | China |
| Motortech Shanghai Co., Ltd. | China |
| Suzhou Generac Power Systems Co., Ltd | China |
| SC Pramac Generators S.r.l. | Romania |
| Pramac RUS Ltd | Russia |
| PR Middle East Fze | UAE |
| PR Middle East WLL | Bahrain |
| PR Australia PTY Ltd | Australia |
| Captiva Energy Solutions Private Limited | India |
| Neurio Technology ULC | Canada |
| Pika Energy, Inc. | Delaware, U.S. |
| Generac Colombia S.A.S. | Colombia |
| West Coast Energy Systems LLC | California, U.S. |
| Power Management Holdings (U.S.), Inc. | Delaware, U.S. |
| Enbala U.S. Power Inc. | Delaware, U.S. |
| Enbala Power Networks (USA) LLC | Delaware, U.S. |
| Enbala Power Networks ULC | Canada |
| Enbala Power Networks B.C. ULC | Canada |

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in Registration Statement Nos. 333-164851, 333-183109, 333-197944, and 333-233050 on Form S-8 of our reports dated February 23, 2021, relating to the financial statements of Generac Holdings Inc. and the effectiveness of Generac Holdings Inc.'s internal control over financial reporting appearing in this Annual Report on Form 10-K of Generac Holdings Inc. for the year ended December 31, 2020.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin

February 23, 2021

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER PURSUANT TO
SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Aaron Jagdfeld, certify that:

1. I have reviewed this annual report on Form 10-K of Generac Holdings Inc.;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
   a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
   b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
   c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
   d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):
   a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
   b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 23, 2021

/s/ Aaron Jagdfeld

Name: Aaron Jagdfeld
Title: *Chairman, President and Chief Executive Officer*

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER PURSUANT TO**
**SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED**
**PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, York A. Ragen, certify that:

1. I have reviewed this annual report on Form 10-K of Generac Holdings Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):

   a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 23, 2021                                  /s/ York A. Ragen

                                                         Name:      York A. Ragen
                                                         Title:     *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED
BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Executive Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to his knowledge:

1. the Company's annual report on Form 10-K for the fiscal year ended December 31, 2020 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2. the information contained in the Company's annual report on Form 10-K for the fiscal year ended December 31, 2020 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 23, 2021                    /s/ Aaron Jagdfeld

                                            Name:        Aaron Jagdfeld
                                            Title:        *Chairman, President and Chief Executive Officer*

**Exhibit 32.2**

**CERTIFICATION OF THE CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED**
**BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Financial Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to his knowledge:

1. the Company's annual report on Form 10-K for the fiscal year ended December 31, 2020 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2. the information contained in the Company's annual report on Form 10-K for the fiscal year ended December 31, 2020 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 23, 2021 /s/ York A. Ragen

Name: York A. Ragen
Title: *Chief Financial Officer*

# EXHIBIT 3

# REFINITIV STREETEVENTS
# EDITED TRANSCRIPT
GNRC.N - Q2 2022 Generac Holdings Inc Earnings Call

EVENT DATE/TIME: AUGUST 03, 2022 / 2:00PM GMT

**OVERVIEW:**

Co. reported 2Q22 net sales of $1.29b, consolidated GAAP net income of $156m, or $2.21 per diluted share. Expects 2022 YoverY net sales growth on as-reported basis to be 36-40%.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Aaron P. Jagdfeld** *Generac Holdings Inc. - Chairman, President & CEO*

**Michael W. Harris** *Generac Holdings Inc. - VP of Corporate Development & IR*

**York A. Ragen** *Generac Holdings Inc. - CFO & CAO*

## CONFERENCE CALL PARTICIPANTS

**Brian Paul Drab** *William Blair & Company L.L.C., Research Division - Partner & Analyst*

**Donovan Due Schafer** *Northland Capital Markets, Research Division - MD and Senior Research Analyst*

**Jeffrey David Hammond** *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

**Jerry David Revich** *Goldman Sachs Group, Inc., Research Division - VP*

**Julien Patrick Dumoulin-Smith** *BofA Securities, Research Division - Director and Head of the US Power, Utilities & Alternative Energy Equity Research*

**Kasope Oladipo Harrison** *Piper Sandler & Co., Research Division - Research Analyst*

**Maheep Mandloi** *Crédit Suisse AG, Research Division - Associate*

**Mark Wesley Strouse** *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

**Michael Patrick Halloran** *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

**Philip Shen** *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

**Praneeth Satish** *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

**William Spencer Grippin** *UBS Investment Bank, Research Division - Director & Equity Research Associate of Utilities*

## PRESENTATION

**Operator**

Good day, and thank you for standing by. Welcome to the Second Quarter 2022 Generac Holdings Earnings Call. (Operator Instructions) Please be advised that today's conference is being recorded.

I would now like to turn the call over to Mike Harris, Senior VP, Corporate Development and Investor Relations. Please go ahead.

---

**Michael W. Harris** *- Generac Holdings Inc. - VP of Corporate Development & IR*

Good morning, and welcome to our second quarter 2022 earnings call. I'd like to thank everyone for joining us this morning. With me today is Aaron Jagdfeld, President and Chief Executive Officer; and York Ragen, Chief Financial Officer.

We will begin our call today by commenting on forward-looking statements. Certain statements made during this presentation as well as other information provided from time to time by Generac or its employees may contain forward-looking statements and involve risks and uncertainties that could cause actual results to differ materially from those in these forward-looking statements. Please see our earnings release or SEC filings for a list of words or expressions that identify such statements and the associated risk factors.

In addition, we will make reference to certain non-GAAP measures during today's call. Additional information regarding these measures, including reconciliation to comparable U.S. GAAP measures, is available in our earnings release and SEC filings. I will now turn the call over to Aaron.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

Thanks, Mike. Good morning, everyone, and thank you for joining us today. Our second quarter results were very strong with robust revenue growth, significant sequential margin expansion and all-time records in net sales, adjusted EBITDA and adjusted EPS. Shipments of home standby generators and global C&I products outperformed our previous expectations, primarily driven by continued progress on our capacity expansion and our team's ability to effectively manage the challenging supply chain environment.

Growth in adjusted EBITDA margins were also ahead of our expectations in the quarter, reinforcing our prior forecast of margins bottoming in the first quarter. Gross margins benefited from favorable product mix, largely driven by home standby generators. These dynamics drove adjusted EBITDA margin outperformance and sequential margin expansion, combined with impressive top line growth, resulted in an all-time quarterly record for adjusted EBITDA dollars.

Positive underlying demand trends led to continued backlog strength with C&I products and home standby backlog, both providing us with considerable visibility for the quarters ahead. Year-over-year, overall net sales increased 40% to $1.29 billion and grew sequentially from the first quarter of 2022, which was the previous all-time record. Strong momentum in core sales, which excludes the impact of acquisitions and foreign currency, continued in the quarter with 33% growth over the prior year.

Overall, residential sales growth was again very robust, driven by a substantial increase in shipments of home standby generators as well as the impact from recent acquisitions. The C&I sales increase was broad-based, led by growth across all channels domestically, all regions internationally and the contribution from recent acquisitions. Adjusted EBITDA margins expanded sequentially from 17.3% in the first quarter to 21% due to improved price realization and the moderation of input costs.

Importantly, we expect growing realization of previously announced price increases in the second half of the year, further execution on cost reduction projects and continued easing of input cost headwinds resulting in sequentially improving margins over the remainder of the year.

Now discussing our second quarter results in more detail. Shipments of home standby generators grew at an exceptionally strong rate over the prior year. Growth also accelerated sequentially from the first quarter as we continued to expand production and power outage activity in the U.S. as measured on a rolling 4-quarter basis at the end of the second quarter remained above the long-term baseline average. In addition to elevated baseline outage activity in the U.S., severe storms left more than 1 million utility customers without power in Ontario and Quebec in May, which resulted in robust leading indicators of demand in Canada as well.

Power grid stresses are expected to persist, with forecasts for the upcoming hurricane season pointing to another year of above-average activity and multiple grid operators warning of potential outages as a result of excessive demand coinciding with supply challenges. Home consultations or sales leads continue to point to strong underlying demand for home standby generators, growing at a mid-teens rate despite a prior -- a strong prior year comparable period driven by the Texas winter storm event in February of 2021. This demand was broad-based, with 4 or 5 regions experiencing year-over-year growth in home consultations in the quarter.

To frame just how much home standby baseline demand has grown over the last several years, second quarter home consultations were more than 4x greater than pre-COVID levels seen in the second quarter of 2019. Importantly, strength in this leading market indicator has continued here in the month of July. In addition, activations, which are a proxy for installs, continued to grow at a solid rate in the second quarter compared to the prior year, led by the South Central and Midwest regions as we further added to our residential dealer base as we ended the quarter with approximately 8,200 dealer partners.

We continue to make excellent progress increasing our production levels for home standby generators, with daily build rates dramatically higher as compared to prior year levels and ramping sequentially as our Trenton, South Carolina facility continues to expand capacity. As we have increased build rates, lead times have continued to improve, and we are getting product in the hands of our customers and channel partners in a more consistent and a more timely basis.

As a result of this progress, close rates on our sales leads have begun to improve, supporting our belief that reducing our lead times will improve our ability to capture more of the new and higher baseline of home consultations or sales leads within our sales pipeline. Our build rates and supply

3

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

chain challenges have been the main growth constraint for the home standby category over the last few years. We have now ramped production capacity to the point that our lead times for the product category have materially improved.

However, the constraint has now shifted to the installation capacity of our dealer base, driven primarily by contractor labor availability, permitting and utility-related delays and shortages in certain materials needed to complete an installation. As a result, project lead times for homeowners, as measured by the time between the signed contract and the installation date, have not come down in proportion with our production lead times.

We have a number of initiatives focused on increasing installation bandwidth in the market, including aggressive campaigns to add new dealers to our network, cultivate and train non-dealer contractors on home standby installations and decrease the overall time associated with the project. Additionally, as housing construction activity begins to slow, we believe we have a greater ability to focus installing contractors on improving the pace of home standby installations.

I'd now like to discuss our increasingly diverse suite of clean energy products and solutions. With the closing and integration of the ecobee acquisition, and given the growing commercial sales synergies and cross-functional initiatives between residential energy storage and microinverters, monitoring and management devices and grid services solutions, we now have one of the broadest portfolios of clean energy products and solutions in the industry.

Net sales from these combined clean energy products grew well over 50% on an as-reported basis in the second quarter over the prior year. Macroeconomic uncertainty, input cost pressures, industry-wide supply chain and logistics challenges and lack of clarity around regulatory policy have impacted residential clean energy markets as of late. But rising prices for traditional energy sources and a growing focus on energy independence and security have the potential to more than offset these concerns and continue to drive adoption of alternative and emerging solutions over time.

Additionally, we're very encouraged by last week's announcement of the Inflation Reduction Act as a potential positive catalyst for demand, although it's still not fully through the legislative process. As we work to capture this demand, our residential clean energy installer network continues to grow as we ended the second quarter with approximately 2,800 trained and certified technicians, with approximately 1,150 registered dealers on our PowerPlay sales platform.

We remain excited about the new and innovative products we're bringing to market in 2022, including the recent product launch of PWRmanager and the pending launches of our PWRgenerator, which is the industry's only engine-driven battery charger, an AC coupling solution for our PWRcell storage product for use in retrofit applications and our new PV microinverter product called the PWRmicro. As expected, we began shipping PWRmicros for beta testing in June and are now working to expand beta testing with full commercial launch expected in the fourth quarter.

I'd now like to provide a quick update on ecobee. Integration is proceeding as planned, and we continue to make good progress in developing cross-selling opportunities for ecobee's hardware solutions through Generac's distribution partners. The ecobee team successfully launched 2 new thermostats with industry-leading features during the quarter. And high temperatures and rising energy costs across North America are driving increased interest in the smart thermostat category. Early reception on these new products has been encouraging, reinforcing ecobee's differentiated competitive position, focused on intelligent, intuitive, feature-rich devices that maintain comfort while unlocking significant value creation and energy conservation for homeowners and grid operators.

This differentiation also drives significant market opportunity for ecobee's energy services offering, which has been further enhanced by synergies with Generac's grid services efforts. ecobee's installed base of more than 2 million connected homes is particularly valuable to grid operators seeking load flexibility and resilience. Consumer awareness of elevated energy market volatility is also driving potential growth for recurring services revenue as ecobee enables consumers to take advantage of variable rate pricing structures.

Additionally, we are beginning to leverage the amazing talent within the ecobee team to help accelerate the development of our residential energy ecosystem, a key element of our connected devices strategy.

4

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 166 of 650    Document 49



Now expanding a bit more on Generac Grid Services, the team continues to drive momentum in its increasingly impressive and diverse sales pipeline, building on the recent success across software-as-a-service, turnkey and performance contracts as well as experiencing an increasing mix of hardware sales, which are proving to be a competitive differentiator for our Grid Services business.

From distributed generation and storage to load flexibility assets, our grid services suite of solutions is unmatched in the market. We announced a number of recent contract wins since our first quarter call that highlighted our expanding capabilities, including EV charging, monitoring and optimization, a turnkey program for low- and moderate-income households utilizing PWRcell energy storage systems and a unique solution for the German power market.

Utilities and grid operators continue to warn of potentially significant disruptions to the power grid as a result of supply/demand imbalances, underscoring the need for new technologies to decentralize and digitize the power grid through the development of virtual power plants or VPPs. As an example, this need was on full display during the recent heatwave in Texas, as a number of home standby generators enrolled in the VPP program were autonomously controlled by our Concerto software platform to take demand off the grid and help keep critical community resources online.

The market opportunity for residential energy storage and microinverters, monitoring and management devices and grid services solutions remains extremely compelling and we believe will prove to be a key long-term future growth driver for Generac. For the full year 2022, we expect net sales of these clean energy products and solutions to approximately double from the prior year to more than $500 million in sales, with strong core and inorganic growth contributions and an even larger opportunity in the years ahead.

Now let me make some comments on our C&I products, which also grew at a strong rate in the second quarter across nearly all end markets and geographies. Specifically, global C&I net sales increased 22% on an as-reported basis and 16% on a core basis as compared to the prior year. Strong growth in net sales for domestic C&I products in the second quarter was led by national rental equipment and telecom customers as well as our North American distributor channel.

We saw continued strength in demand during the quarter, which contributed to a further increase in our backlog for C&I products and supports our expectations for solid growth to continue in the category. Shipments of C&I stationary generators through our North American distributor channel also grew significantly in the second quarter, and improving close rates helped drive growth in orders and backlog in this channel. Strong momentum in quoting activity has continued as of late, highlighting the sustainability of demand trends for backup power for C&I applications.

Shipments to national telecom customers increased again during the second quarter as compared to the prior year as several of our larger telecom customers further invest in hardening their existing LTE sites and begin to build out their fifth generation or 5G networks. Telecom infrastructure upgrades remain one of the key megatrends we expect to drive growth for our business in the coming years.

We also experienced substantial growth with our national and independent rental equipment customers during the quarter. These customers have been investing heavily in equipment to refresh and expand their fleets, to serve increased commercial construction activity as well as other infrastructure projects, supporting a resilient demand environment for mobile products and the megatrend of the critical need for infrastructure improvements.

We also continue to see material traction in orders for Off Grid Energy's mobile energy storage systems from our key North American rental channel partners as they work to reduce the carbon footprint of their equipment fleets. Momentum remains strong across our domestic C&I channels and is being supplemented by emerging capabilities that support the long-term growth profile of the category. Specifically, we're establishing a strong reputation and applications beyond traditional emergency standby projects, driven by our ability to deliver customized turnkey solutions to serve this market.

Our unique hardware and software portfolio in this vertical is highlighted by expanding smart grid-ready features that allow connection to grid services programs. Large C&I generators can provide enhanced resiliency and stability for grid operators while simultaneously providing a tangible and meaningfully improved return on investment for the asset owners, which is driving demand for these solutions across a diverse range of customers.

5

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

Strong momentum also continued in our international segment, with total sales increasing 43% year-over-year during the second quarter, with 34% core sales growth when excluding the benefit of the Deep Sea and Off Grid Energy acquisitions and the unfavorable impact of foreign currency. The core sales growth was driven by strength across all regions, most notably in Europe and Latin America. The European region has seen strong demand across product lines as the heightened focus on energy independence and security that emerged following Russia's invasion of Ukraine has continued. But longer-term implications are uncertain as geopolitical and macroeconomic conditions in the region remain volatile.

International energy security concerns are not unique to Europe, and we are evaluating additional opportunities for home standby generators across multiple regions as a result. External sales in the Latin American region continued to grow at a solid rate, while intersegment sales grew substantially as our Generac Mexico operations continue to ramp production of telecom products for the North American market.

In addition to strong core growth, our recent international acquisitions, Deep Sea Electronics and Off Grid Energy reported impressive results in the second quarter. Demand for Off Grid Energy's mobile storage systems continues to grow across our global distribution footprint as we integrate the product offering through our commercial sales branches and channels. In addition, we have several product development projects underway within the C&I energy storage category, including expansion of the power capacity range of the mobile product lineup as well as potential stationary applications.

Concerns around power security and energy prices in key international markets underpin the opportunity for an increasingly broad storage product portfolio for C&I applications. Deep Sea also benefited from healthy global demand for advanced generator controls during the quarter. And we remain very excited about the additional engineering capabilities Deep Sea brings as we leverage the team's electronics controls expertise to advance product road maps across our enterprise.

Our international segment has also experienced much stronger profitability despite inflationary headwinds and supply chain challenges. Second quarter adjusted EBITDA margins expanded to 14.5% from 9.7% in the prior year period due to the accretive margin profiles of the Deep Sea and Off Grid acquisitions, improved overhead absorption and better operating leverage on significantly higher volumes.

In closing this morning, I'm extremely proud of our team's continued ability to deliver record results and maintain our 2022 outlook despite the developing uncertain economic environment. Our strong sequential margin improvement reinforces our expectation that margins bottomed in the first quarter of 2022 and will continue to improve throughout this year. Additionally, our recent refinancing has provided further liquidity to accelerate our evolution into an energy technology solutions company.

We remain focused on executing against our Powering a Smarter World enterprise strategy, and the megatrends supporting this strategy are as compelling as ever, many of which have the potential to decouple from the broader macroeconomic environment. Structural supply-demand imbalances facing the grid are not impacted by inflation, and increasingly severe and volatile weather cannot be slowed by higher interest rates.

The energy ecosystems that we are building for the future will give our end customers the ability to take control of their power security, lower their energy bills and reduce energy consumption while also helping utilities and grid operators to balance supply and demand. With our broad portfolio of products and solutions, combined with our services, our distribution, our brand and importantly, our expertise, Generac is uniquely positioned to lead the evolution to a more resilient, efficient and sustainable energy future.

I now want to turn the call over to York to provide further details on our second quarter 2022 results and our outlook for the year. York?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Thanks, Aaron. Looking at second quarter 2022 results in more detail, net sales increased 40% to $1.29 billion during the second quarter of 2022, another all-time record, as compared to $920 million in the prior year's second quarter. The combination of contributions from acquisitions and the unfavorable impact from foreign currency had an approximate 7% impact on revenue growth during the quarter.

Briefly looking at consolidated net sales for the second quarter by product class, residential product sales grew to $896 million as compared to $600 million in the prior year, representing a 49% increase despite a strong prior year comparable. Contributions from our clean energy acquisitions

6

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 168 of 650    Document 49

and the unfavorable impact of foreign currency contributed approximately 7% of revenue growth for the quarter. Home standby generator sales made up the vast majority of the residential product core sales growth, increasing by more than 50% over the prior year as we continue to expand production capacity for these products.

Commercial and industrial product net sales for the second quarter of 2022 increased 22% to $309 million as compared to $254 million in the prior-year quarter. Contributions from the Deep Sea and Off Grid acquisitions and the unfavorable impact of foreign currency had a net impact of approximately 6% on net sales growth during the quarter. The strong core revenue growth was broad-based, driven by growth across all regions globally and all channels domestically.

Net sales for other products and services increased 31% to $86 million as compared to $66 million in the second quarter of 2021. Contributions from acquisitions and the impact of foreign currency contributed approximately 13% of this revenue growth during the quarter. Strength in aftermarket service parts continues to be a key driver of the core sales growth in this category due to a larger and growing installed base of our products in the field, which is also leading to higher levels of extended warranty revenue. Also contributing to the increase was continued growth in our services offering in certain parts of our business.

Gross profit margin was 35.4% compared to 36.9% in the prior-year second quarter as the challenging supply chain and overall inflationary environment drove higher input costs during the quarter. Specifically, the lagging impact of elevated commodity prices and other surcharges, higher inbound logistics and expediting costs, increased labor rates, and continued plant ramp-up costs all pressured margins relative to the prior-year quarter.

The increasing realization of multiple pricing actions previously implemented and favorable sales mix partially offset these higher input costs. We're very encouraged that gross margins expanded 360 basis points on a sequential basis as pricing benefits increased and input costs began to ease during the second quarter, reinforcing our expectation that margins have bottomed in the first quarter.

Operating expenses increased $83 million or 53% as compared to the second quarter of 2021. This increase was primarily driven by higher recurring operating expenses from recent acquisitions and an increase in intangible amortization expense. Higher employee costs and additional variable expenses from the significant increase in sales volumes also contributed to the increase. Operating expenses, excluding intangible amortization as a percentage of revenue, increased approximately 75 basis points as compared to the prior year period due to the impact of recent acquisitions that have a higher operating expense load relative to sales as those businesses scale for future growth.

Adjusted EBITDA before deducting for noncontrolling interest as defined in our earnings release was an all-time record $271 million or 21% of net sales in the second quarter as compared to $218 million or 23.7% of net sales in the prior year. The decline in EBITDA margin versus prior year was driven by the previously discussed decline in gross margins and higher operating expenses. But again, we're very pleased with the 370 basis point sequential improvement in EBITDA margins relative to Q1 2022.

I will now briefly discuss financial results for our 2 reporting segments. Domestic segment total sales, including intersegment sales, increased 42% to $1.13 billion in the quarter as compared to $793 million in the prior year, with the impact of acquisitions contributing approximately 6% of the revenue growth for the quarter. Adjusted EBITDA for the segment was $242 million, representing a 21.5% margin as compared to $204 million in the prior year or 25.7% of net sales. The lower domestic EBITDA margin in the quarter was primarily due to higher input costs and the impact of acquisitions, partially offset by the increasing realization of previously implemented pricing actions and favorable sales mix.

International segment total sales, including intersegment sales, increased 43% to $203 million in the quarter as compared to $142 million in the prior-year quarter. Core sales, which excludes the impact of acquisitions and currency, increased approximately 34% compared to the prior year. Adjusted EBITDA for the segment before deducting for non-controlling interests was $29.5 million or 14.5% of net sales as compared to $13.7 million or 9.7% of net sales in the prior year. The significant expansion in international EBITDA margins was primarily due to strong margin contributions from the Deep Sea and Off Grid Energy acquisitions and improved overhead absorption and operating leverage on significantly higher sales volumes.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 169 of 650    Document 49

Now switching back to our financial performance for the second quarter of 2022 on a consolidated basis. As disclosed in our earnings release, GAAP net income for the company in the quarter was $156 million as compared to $127 million for the second quarter of 2021. GAAP income taxes during the current year quarter were $45.8 million or an effective tax rate of 22.5% as compared to $46.4 million or an effective tax rate of 26.6% for the prior year. The decrease in effective tax rate was primarily due to a discrete tax item in the prior-year quarter, resulting from a legislative tax rate change in a foreign jurisdiction that unfavorably revalue deferred tax liabilities by $7 million, which had an approximate 4% tax rate impact to the prior-year quarter.

Diluted net income per share for the company on a GAAP basis was $2.21 in the second quarter of 2022 compared to $2.01 in the prior year. Adjusted net income for the company, as defined in our earnings release, was $194 million in the current year quarter or $2.99 per share. This compares to adjusted net income of $153 million in the prior year or $2.39 per share. Recall from last quarter, and as disclosed in our reconciliation schedules in our earnings release, our adjusted net income and EPS for the current year no longer adjust for cash taxes due to the expiration of our significant tax shield that originated from our LBO transaction in 2006.

Cash flow from operations was $24 million as compared to $123 million in the prior-year second quarter. And free cash flow, as defined in our earnings release, was $6 million as compared to $96 million in the same quarter last year. The decline in free cash flow was primarily due to a much higher working capital investment in the current year quarter, partially offset by higher operating earnings. Inventory levels stabilized in the second quarter, so the higher working capital investment during the current year quarter was primarily driven by an increase in accounts receivable, given sequential sales growth and a reduction in accounts payable as we optimize inventory levels and purchasing patterns. We expect free cash flow conversion to return to the historical long-term average in the second half of 2022, resulting in approximately 90% conversion of adjusted net income to free cash flow.

We significantly enhanced our liquidity profile in the second quarter with the amendment of our existing credit facilities. This included establishing a new term loan facility in an aggregate principal amount of $750 million and a new revolving credit facility in an aggregate principal amount of $1.25 billion, which was unfunded at closing. Proceeds from the $750 million new term loan were used to prepay $250 million of the existing term loan B facility and to fully pay off the existing ABL revolving credit facility, which had $285 million outstanding at closing, with the remaining funds added to the balance sheet to be used for general corporate purposes.

Our new term loan A and revolving credit facility mature in June 2027. These new debt facilities will initially bear interest at SOFR plus 150 basis points through the end of 2022. And beginning on January 1, 2023, the applicable spread will range from 125 to 175 basis points, based on the company's total leverage ratio. Additionally, our existing term loan B does not mature until December 2026. We do not have any required principal payments on this facility until the maturity date, and it has a low cost of SOFR plus 175 basis points.

We also maintained our interest rate swap arrangements that fix our interest rate exposure on approximately $500 million of this debt through the maturity date of December 2026. As of June 30, 2022, we had approximately $1.72 billion of liquidity, comprised of $467 million of cash on hand and $1.25 billion of availability on our revolving credit facility. Also, total debt outstanding at the end of the quarter was $1.37 billion, resulting in a gross debt leverage ratio at the end of the second quarter of only 1.5x on an as-reported basis.

Before discussing outlook, I want to highlight that we've been repurchasing our shares opportunistically thus far in the third quarter. In fact, we have exhausted the remaining $124 million of share repurchase authorization that existed as of the end of the second quarter. As a result, on July 29, 2022, the company's Board of Directors approved a new stock repurchase program that allows for the repurchase of up to $500 million of our common stock over a 24-month period.

With that, I will now provide further comments on our outlook for 2022. As Aaron previously discussed, we are maintaining our sales growth and adjusted EBITDA margin guidance for the full year 2022. We continue to expect net sales to increase between 36% to 40% as compared to the prior year on an as-reported basis, which includes an approximate 4% to 7% net impact from acquisitions and foreign currency. This revenue outlook still assumes shipments of residential products increase at a mid- to high 40% rate during 2022. And revenue for C&I products is still expected to grow at a high teens rate compared to the prior year.

8

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 170 of 650    Document 49

Looking at seasonality for the second half of the year. Revenue is expected to increase sequentially in both the third and fourth quarters, continuing the strong double-digit year-over-year growth trends, with fourth quarter sales levels up more modestly above the third quarter. Looking at our gross margin profile. As discussed, we expect that margins have bottomed in the first quarter. We continue to expect fourth quarter gross margins to recover back to first quarter 2021 levels in the 40% range, driven by increasing price realization, continued easing of inflationary pressures through the remainder of the year and further materialization of cost reduction benefits. This would result in gross margin percent for the full year 2022, to be approximately in line with 2021 levels, which is consistent with our previous expectations.

Operating expenses as a percent of sales, excluding amortization expense, for the full year 2022 are still expected to increase approximately 100 basis points compared to full year 2021, primarily due to the impact of recent acquisitions that have a higher operating expense load relative to sales as they continue to invest for future growth.

Adjusted EBITDA margins before deducting for non-controlling interests are still expected to be approximately 21.5% to 22.5% for the full year. From a seasonality perspective, adjusted EBITDA margins are projected to improve sequentially in the second half, primarily driven by improving gross margins as previously discussed, with fourth quarter 2022 adjusted EBITDA margins approaching 26%.

Several additional guidance -- themes that we provide to assist with modeling adjusted earnings per share and free cash flow require updating for the full year 2022. Our GAAP effective tax rate is now expected to be approximately 24% for the remaining quarters of the year, resulting in a full year 2022 GAAP effective tax rate of approximately 23%.

For full year 2022, we now expect interest expense to be approximately $52 million to $54 million, an increase from the previous guidance of $42 million to $44 million, reflecting our updated capital structure due to the refinancing of our credit facilities in June 2022. In addition, we have updated our interest rate assumptions to reflect the latest market expectations for SOFR in the second half of 2022. This assumes no additional changes in outstanding debt for the remainder of the year.

Depreciation expense is still expected to be approximately $54 million to $56 million in 2022, given our assumed CapEx guidance. GAAP intangible amortization expense in 2022 is now expected to be approximately $100 million to $105 million as compared to our previous guidance of the high end of the $95 million to $100 million range. Stock comp expense is still expected to be between $32 million to $34 million for the year.

Our full-year weighted average diluted share count is now expected to be in the low -- at the low end of the previous guidance range of approximately 65 million to 65.5 million shares, given our share repurchase activity in July 2022. Our capital expenditures are still projected to be approximately 2.5% to 3% of our forecasted net sales for the year. And as previously mentioned, free cash flow conversion is expected to return to historical norms of approximately 90% in the second half of the year. Finally, this 2022 outlook does not reflect potential additional acquisitions or share repurchases that could drive incremental shareholder value.

This concludes our prepared remarks. At this time, we'd like to open up the call for questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And your first question comes from Michael Halloran of Baird.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So there's a lot of great content in there. Could you just help me triangulate with something? You're talking about backlogs that are starting to be filled, lead times coming down, at the same time, really good IHC consultations and you feel pretty good about the underlying demand environment. So could you maybe give some context to what that backlog bleed has looked like or what the inventory lead times look like? And maybe put that in context for the visibility that you have, how far out that tracks relative to a typical time line?

9

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, Mike, this is Aaron. Yes, the lead times have come down now, on average, we're talking home standby category here, 8 to 10 weeks, which, again, is, I think, directly the result of our actions in increasing production and was always part of the plan, as we've talked.

What we're really encouraged by and what continues to pace ahead of kind of expectations here is the front-end kind of lead generation, the end market. I think there are a couple of catalysts there that we can point to that, I think, are probably at work.

The first would be the summer season here has come with it a number of high-profile kind of warnings, if you will, from utilities and grid operators about the potential for outages on shortfalls in supply, I mean, just raw supply not being enough to meet demand. So that's kind of 1 catalyst that's new this year.

A second one, obviously, we got a very aggressive forecast again here for hurricane season. It's been quiet so far but the season forecast was well above average. And then the third thing I would point to as a catalyst for why we think the end market is still very active in the category is really around this outage that happened in Canada. We don't talk about Canada as much as we probably should. It's a great market for us. It always has been. We have over 500 dealers up there.

It's actually -- it's a great market because from a demographic standpoint, fits quite well with the buyers of the category. But they suffered a pretty high-profile outage of 1 million utility customers in Ontario and Quebec about 1.5 months ago, it was. And that really has -- jumps off the page when you look at it in our statistics when we track by region.

We actually track some -- just a lot of data really down to the zip code level in areas. But it's interesting to see how much of an impact that had for us in that part of the world. So I would point to those things, again, end market demand very strong, but we continue to ramp production to bring that -- the lead times on the category down.

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

The backlog part of that question then, Aaron? Where is the backlog rough and tough? And then maybe some thoughts on how far that visibility stretches out for you at this point?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. We've always said home standby visibility, usually, it's not very good, right, because we typically don't have a backlog. We've been in a backlog situation now for close to 2 years as we've been working to ramp production and tackle these supply chain challenges, which we've been doing. That backlog is still significant.

And in fact, we -- as we have said previously, we still expect to have a backlog by the time we exit this year. So even though we've got our ramp ongoing in production output, we're still not going to catch that by the end of the year. And we'll continue to bring the lead times down, but the backlog is still significant for home standby.

**Operator**

And your next question is from Julien Dumoulin-Smith, Bank of America.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 172 of 650    Document 49

**Julien Patrick Dumoulin-Smith** - *BofA Securities, Research Division - Director and Head of the US Power, Utilities & Alternative Energy Equity Research*

So let me just come back to the gross margin question. Obviously, you guys reaffirming here the outlook and troughing off 1Q. Can you comment a little bit about some of the input cost reductions flowing through? How much latitude should that provide you as you look forward going into your longer-term outlook, '23-'24, et cetera? How much is that going to cascade? And also, can you speak a little bit more about repricing the backlog, the success and perhaps pricing trajectory given some of the moderation in the cost input here?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, Julien, this is York. So we posted 35.4% gross margins in the second quarter. Very pleased with the sequential improvement off of Q1. And we are starting to see pricing read through. You mentioned repricing of the backlog. We did announce a price increase in April that repriced the backlog as of June 1. We still have some additional pricing that launched late last year that will flow through backlog into Q3.

But as our prepared comments said, if -- we posted 35.4% gross margin in Q2. Expect then to get closer to 40% by the end of the year. As we ramp that, what is that, 4% to 5% increase, about half of that sequential increase will be about -- half of that will be pricing, price realization continuing to come through, the other half being moderation of input costs.

When you look at commodities starting to roll over, we'll start -- we'll see the lagging impact of that. There's always a lag in our realization. As commodities move, there's always a lag. We'll start seeing some of that here in the latter part of the year. We're seeing inbound freight costs come down. Some of our expediting costs are coming down. Just getting our plants' absorption improve. We do have a number of just cost-out projects. We're working on our build and material of our products that will materialize in the second half. So all that supports and gets us comfortable with that progression of sequential margin improvement to the point where when we exit 2022 here, we'll feel very comfortable with our margin profiles, again back to where they were early part of 2021 before all this inflationary pressures happened.

**Julien Patrick Dumoulin-Smith** - *BofA Securities, Research Division - Director and Head of the US Power, Utilities & Alternative Energy Equity Research*

Got it, yes. It sounds like maybe there's even more latitude there as you continue to compound with some of these benefits. But maybe just if I can pivot quickly, I know you said high teens for C&I. Just with respect to that business and obviously, there's a litany of reasons why you should continue to see some of that input. How is that trajectory going today? And how much is that helping some of the backlog commentary here to just continue to keep that at a robust level? I know that, obviously, the backlog here is normalizing for some of the factors from last year. But can you comment a little bit on C&I here and how that could complement the backlog?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Julien, this is Aaron. The C&I business is -- we don't spend enough time talking about that business. It's a really great solid business that has been growing quite nicely and is really the benefactor of many of these megatrends we've been talking about. C&I products in particular, in a couple of areas, and I'll point them out.

Telecom, the telecom market for us, we are a significant share player in that telecom market. We supply all the major Tier 1 carriers here in the U.S. and many of the secondary and tertiary players as well. We have a diverse offering of product. We engineer and design specific solutions for specific network applications. So a lot of these gen-sets, you would think they're standard products and they are, but they're specific to a particular customer's network. So we'll customize around the needs of each network, which are different.

So that's 1 trend. And obviously, as the telecom companies are spending a lot of CapEx to harden their networks and build out the fifth generation networks, that -- we're benefiting from that trend and we think that, that will continue for the next several years at the very least.

11

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The other 1 is in the rental space, the rental channel partners that we have, they're all re-fleeting. So they kind of went through a process after -- through the COVID cycle down where they reduced their purchases, obviously, with the uncertainty on what might happen. And then as the economy began to really come to life, as a result of a lot of the stimulus spending, they found themselves with fleets that were aged or undersized for the market requirements.

So we're a leader in -- when it comes to power generation, temporary lighting, temporary dewatering, heating, those types of applications. We've got a great product assortment that we sell to, again, all the major rental accounts. And that has been a -- that's proven to be a really great business.

And then just 1 other point I'll make, the International side of C&I. Most of our International business is C&I. We do have a nice growing residential business in there and we don't talk a lot about that, but we're seeing home standby activations around the globe, which is, I think, an indication of some of the power security issues that exist not only here in the U.S. but certainly everywhere.

But internationally, that business has done just incredibly well, and they've been doing well for several quarters now. And that's on the back of some of the energy security issues in Europe. But just, again, power security in general, whether you're talking about the conflict, the Russia-Ukraine conflict or whether you're talking about challenges in other parts of the world, we need power. We need a continuous source of power, and backup generation is going to be in demand for a long time. So that C&I business is great. Book-to-bill was positive in the quarter and backlog grew again.

---

**Operator**

And your next question is from Philip Shen of ROTH Capital Partners.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

So some of our checks suggest that lead flow has dropped in -- certainly in some regions. I think some regions have a healthy lead flow but others are a little bit down, some of the lead flow might be down 25%, 40% from maybe 4 or 5 months ago. Can you talk about how that might serve as a leading indicator at all? I know you were talking about healthy IHCs, but lead flow at some level is -- precede that.

And then if you can touch on lead flow for the solar business as well. To what extent are -- when you kick -- when you started the solar business or when you're early into it, generating lead flow was a key point of differentiation. Where does that stand with your ability to create value for your dealers and so forth?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Thanks, Phil. I'll unpack that here with a lot of it around -- or all of it around leads. Let's talk a little bit about home standby leads. Four out of 5 regions, they were up quarter-over-quarter and up big in some regions. The only region we saw a pullback was in the South Central region and that's Texas. Texas is the -- you take that February 2021 winter event out there.

And that's where if you are doing channel checks, you may find in Texas, I mean, they were so high a year ago. In fact, I would just point out that when we look at all of our states, just individual states, Texas was still the top state on just an absolute basis for us in the quarter. So even though the South Central region was off as a region and Texas off big within that region, actually, on an absolute basis, the number of leads we generated in Texas was the highest of any of the 50 states.

So I would think that if you're doing channel checks, that's the only region, at least based on our data. I think as we said before, we're really pleased to see the kind of the lead activity because it's just -- it's such a great barometer of the market activity that is to come. We've proven this out. We've been tracking sales leads for almost 10 years now, and it's a pretty solid, reliable predictor of volumes in the future. So it's a great leading indicator.

Specifically to the clean energy business with leads, yes, as you indicated, that is and has been a differentiator for us vis-à-vis others in the marketplace. And it's really been helpful for us to help court new channel partners and new dealers. Giving those leads to customers in a market like the solar

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 174 of 650    Document 49



market, as a for instance, they historically has had very high customer acquisition costs, I think, is -- I think, again, it's an area that we excel at based on our experiences with it, and our channel partners are coming to find the real value in that.

That said, I think there's even more that we can do there as we dial in kind of how we go to market with our messaging. And that's everything from the type of media that we buy to the regions and particular markets that we target. But we've enjoyed some pretty good success out of that early on here in terms of the clean energy business.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Great. As it relates to backlog, we've talked about it a bit already, but some of our conversations with dealers suggest the 22- and 24-kilowatt are basically caught up. Basically, it's like a 1- to 2-week lead time. And so you can kind of get it when you need it. It seems like the long lead time generators are the liquid-cooled ones. And so I was wondering if that's true.

And then also in your backlog, to what degree have you received cancellations in your backlog? Were there -- because some of the people we've talked to, they are full in terms of inventory and they just don't need as much, given the situation. So just wondering if you're seeing any of that.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. On the backlog -- on the lead time question, I'll hit that here first. The category, it's about 8 to 10 weeks and that's air-cooled and liquid-cooled products. That's obviously average for the weighting of each of those products within there. We have certain SKUs where we're obviously -- we're performing better than that average and certain SKUs where we're longer. It depends on sometimes component supply challenges.

We have, as an example, we're launching the 26-kilowatt product here this month. And so that's been sitting in backlog. So those lead times look particularly long. And we have some other products within the air-cooled family, where either we have component shortages or other constraints that have manifested. And in the liquid-cooled side, that demand has been incredibly robust with liquid-cooled. And our ability to increase production output there has been a bit hampered by supply chain. So working to bring all of those lead times down.

And again, we've been speaking -- when we talk about lead times, we've been talking about the averages, and that's the average number of weeks of orders in backlog. And I think that's an important distinction, because when you talk to dealers, you're going to find different dealers are in different places, right? Some dealers are -- they can't get enough product, right? They'll take more product if we can get it to them. They either have the space or the financial capacity to do that.

You have other dealers, maybe don't, right? In particular, as you get into smaller dealerships. They don't typically have a warehouse so they run out of space more quickly. They don't typically have the financial capacity, right? A lot of times, they're paying with a credit card even in some cases.

And in the prepared remarks, I spoke to the fact that installation bandwidth, in particular, when you look at the smaller end of the dealer spectrum, they're struggling to find labor. They're struggling with some components that they need, things like propane tanks and other things. They're struggling with permitting delays or getting a utility to come out, to pull a meter or upgrade a meter. Those things are all starting to manifest themselves.

As we've kind of brought our output levels up to a significantly higher level year-over-year, now you're starting to see the constraints kind of move kind of downstream, if you will. And that's exactly what -- we're working with the channel partners to alleviate that, whether it's talking to individual AHJs about permitting issues or delays there or it's looking to -- we've even stood up. We've got HR efforts here to help hire contractors for our dealers or noncontractor labor for our dealers, depending on what their needs are. So kind of we're recruiting for our dealers.

And of course, we're bringing new dealers in all the time. We added another 100 dealers here this past quarter. We're now at 8,200 and we need more. That's something that we're working hard on. As far as cancellations, of course, we have -- our policy around orders has always been a pretty,

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 175 of 650    Document 49

I'll call it, a liberal policy that way. So the ability to cancel or defer an order is -- you'll see that in those smaller dealers that are coming up against some of those constraints as you point out.

I would say on balance, it's not a material number when you look at the total. But we work through that and it's kind of dealer by dealer. It's really kind of hand-to-hand combat down in the trenches in terms of working with the dealers on -- and again, this is where other programs are really, really helpful with -- our Wells Fargo program is a great program for dealers to stock product.

And so we encourage dealers if they're not already signed up on that platform, to get on that platform. That's a great way for them to be ready for the season. The last thing we want dealers to do is to not be ready for the season. And so that's the messaging that's going out in the field.

---

**Operator**

And your next question is from Jeff Hammond of KeyBanc Capital Markets.

---

**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

Okay. If we could just get into battery storage. I think you said there's some noise and I know there's a lot of supply chain issues. So just talk about what's going on in that business and what kind of your growth expectation or updated growth expectation is on that.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. That's great. Thanks, Jeff. Appreciate it. Yes, on storage particularly, yes, supply chain challenges have been numerous. In fact, I would say we hit our most challenging quarter with that here in Q2. And it was not really about cell supply. It was actually challenges in all the electronics components that go into this gear from microprocessors to FETs to everything that we use in the inverter, in the storage cabinet and the storage devices themselves. So that was challenging in the quarter and we're hoping here for the second half to be better in supply of those components.

Demand has remained strong. Again, when you look at IHCs, again, sales leads, we're seeing good strength in lead volume in clean energy. So -- and obviously, there's been a lot of noise around the regulatory environment. Are we going to have "Build Back Better?" Are we not? Now you've got the Inflation Reduction Act, which still has hurdles to clear legislatively, but that could be, obviously, a catalyst for additional demand, as we said in our prepared remarks.

Our position in storage, we still feel very good about our position there. But the supply chain has been a burden here in Q2. And so more to come on that. We've got, I think, a nice forecast here for the balance of the year. Our guidance -- I think when you think about just -- we've talked about this in the past.

We have -- we've gone away from like trying to talk about discrete numbers of megawatts and everything else. I mean, that business is so much more diverse for us in terms of clean energy and all the things that kind of work together there from the energy monitoring and management to the grid services elements to -- we've got our power generators. We've got our power managers, our load management controls. There's just a lot of stuff there. So we didn't feel it was appropriate to just talk about a single metric.

So what we've said here and what our prepared remarks said is that we're anticipating that entire kind of complex of products and services that we refer to as clean energy, smart thermostats, everything and go into that now, to be in excess of $500 million for the full year, which is basically double what it was last year. So feeling really good about that business and where it's going in the future.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 176 of 650    Document 49

**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

Okay, great. And then a lot of my companies have kind of built a lot of working capital into the first half. And with all the supply chain and demand, et cetera, just -- I don't know if you updated the free cash flow guide and how you think working capital is -- how big of a source it can be in the back half?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, Jeff. This is York. We did say that looking at -- basically, our performance to date, where we're coming into the second half from a working capital standpoint, we like that. We saw inventories stabilize in the second quarter. With that, we should get back to a more normalized free cash flow conversion in the entirety of the second half of the year.

Recall, normal cash flow conversion for this business is around 90%. So it'll probably be more weighted towards into Q4. But when you look at the second half in totality, free cash flow conversion should improve and return back to normal free cash flow levels for this business.

**Operator**

And your next question is from Brian Drab of William Blair.

**Brian Paul Drab** - *William Blair & Company L.L.C., Research Division - Partner & Analyst*

On home standby, field rates, you mentioned are up significantly year-over-year, obviously. Can you quantify how much we're up year-over-year for second quarter build rates? And where is your capacity now relative to what you feel you need in that business?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Well, we did mention shipments were up over 50% for home standby, which is indicative of our build rates for this category.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Of our build rates. Yes, being free there. That's a good proxy for that.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, I think our theoretical capacity, as we get Trenton up and running, and particularly another set of machine tooling here in the second quarter, that should -- basically, that gets us to what our projected capacity increases were expected to be. So it would -- and that actually even gives us room here from where we're at today to even surge, should we get a major event. So there's -- we're good from a capacity standpoint in terms of our expectations now.

**Brian Paul Drab** - *William Blair & Company L.L.C., Research Division - Partner & Analyst*

Okay. And is there anything you can tell us about the capacity expansion plans for the medium term? Are you -- I mean, are there -- is there another phase to capacity expansion coming over the next couple of years? Do you feel like you're going to need that?

15

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

Well, there could be, Brian. We took the action last year of getting an additional machine, filling an order, even though we don't even have an address to deliver it to at this point. We'll kind of watch how the season plays out here. And if we do get the aggressive hurricane forecast that's been projected, none of that's in our guidance, obviously. So if that comes to fruition, we probably would need to find a home for that tooling.

Now it could be an expansion of our Trenton facility, which is expandable. We've talked about that. It could be another greenfield site. But we're kind of -- it's a little bit of a wait-and-see approach here to the market. But at some point, our belief in the category continuing to grow, there will be capacity adds that are needed at some point in the future.

---

**Brian Paul Drab** *- William Blair & Company L.L.C., Research Division - Partner & Analyst*

Okay. And then just lastly, you mentioned -- I mean, there's a lot of discussion on IHCs, obviously. Did you say specifically whether IHCs were up sequentially from first quarter to second quarter?

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

I don't have that in front of me but we did not -- they were up, yes. Mike's pointing up. So yes, they were up sequentially. They've been on a tear here in Q2, specifically to the catalyst that I mentioned. But it's been -- we've been surprised by the robustness of the end market demand, to be very frank. I mean, it's something that has -- I think it speaks to how the category continues to move into more of a mainstream -- as more of a mainstream appliance, if you will, for homeowners.

---

**York A. Ragen** *- Generac Holdings Inc. - CFO & CAO*

In fact, they were up very nicely sequentially.

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

Sequentially, yes.

---

**York A. Ragen** *- Generac Holdings Inc. - CFO & CAO*

Very nice.

---

**Operator**

And our next question is from Mark Strouse of JPMorgan.

---

**Mark Wesley Strouse** *- JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

I might be splitting hairs here a little bit, but I wanted to come back to the installation constraints with -- you mentioned dealer labor and permitting and other components. Is it a function of the -- those conditions deteriorating since your last call? Or is it more so they're just not keeping up with your increased manufacturing output?

---

16

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 178 of 650    Document 49

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

No, they are increasing. We said that activations increased actually year-over-year, so we are seeing installs increase. They're just not increasing at the same pace. So it's not a deterioration. It's more of a -- it's the pace is not increasing at the same rate proportionate to our output.

---

**Mark Wesley Strouse** - *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

Okay, okay. That helps. And then just curious, within the home standby business for new construction, new homes, just curious what you're hearing from your partners within that channel.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Well, new home construction is slowing, but again, our IHCs are up. So we've always been only marginally exposed to new construction. That's -- I think it was something 10% to 15% of our total volume goes into that. So it's not a huge thing. It never really has been. In fact, we've always said that could be a nice opportunity area if we could get it to grow. And it has grown from kind of that 10% range to more like 15% now.

But it's still -- it's kind of relative. I think it's mainly a retrofit category, kind of always has been. There's just a lot of housing stock out there in a lot of areas of the country that are struggling with power quality. So we don't really see -- and we're not hearing anything directly from channel partners about that. The only thing we do hear from them is that more home-builders want to offer the product as a feature, the potential -- not necessarily a standard feature but certainly as a feature to the people who are looking to build a home.

---

**Operator**

And your next question is from Jerry Revich of Goldman Sachs.

---

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Aaron, I wonder if we could just put a finer point around the order trends in standby. It sounds like based on your backlog comments, that net orders were about $200 million in the quarter compared to $500 million last quarter. Can you just comment on that? Because I know you look at it on a forward production basis when you quote lead times. And just put that into context for us because, obviously, a sharp pickup in-home consultations year-over-year. So would just love to get your thoughts on that disconnect if those numbers are right.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Jerry, this is York. We haven't necessarily talked orders historically. We are running up against tough comps on the order standpoint, just given the Texas outage last year. So comparing that and as well as some of the installed bandwidth comments that Aaron talked about. But I mean, you really have to look at the IHCs to really understand what's going on with the end market demand and having those up nicely year-over-year here in the quarter and up, what we said, what, 4x from...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Over 4x, yes.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Over 4x pre-pandemic levels. So the underlying demand for the category is still very, very strong. But comparing that order rate is -- versus priority is probably not the right metric.

17

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 179 of 650    Document 49

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Okay. And what we've seen is higher baseline post major outages. We've seen generally a 30% peak-to-trough decline as the second adopters, if you will, wind up installing gensets a year after the peak installation rate. Can you just talk about, based on your IHCs, how you feel like that might play out this year? I know we touched on it on the last quarter's call, but I'm wondering if you could expand on that, given we've got 1 more quarter of information across the board here.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, Jerry, this is Aaron. Again, I think when you think of the category, I don't know the historical context if the right place to look. I mean, the category has changed dramatically over the last several years. And I think all of the major kind of trends that underlie the demand in the category and the strength that we're seeing, in particular in IHCs, we believe, are going to remain intact here for the foreseeable future.

So I think that -- frankly, I just think the world's changed, so to speak, whether it's work-from-home or whether it's -- so that's our Home as a Sanctuary trend or whether it's the power quality trends that continue to be front and center for homeowners. I mean, you have homeowners who -- they're buying the category today or at least shopping the category today because they're worried about a potential outage. The category used to be all about outages happening.

And it's still largely -- that's an important demand catalyst, but all the rhetoric and dialogue around utility companies struggling with raw supply, as we work to electrify everything, as we're decarbonizing the grid, all of this kind of rapid shift in how we produce energy and consume energy is exposing the -- just massive vulnerabilities in supply and demand balancing. And that is something that is, obviously, a catalyst for not just home standby generators but also C&I products, our clean energy products, our grid services products.

Those are all directly in line to benefit from just the sheer chaos that the grid has become. It's a patchwork quilt, to begin with, but now it's a quilt with a lot of holes in it. And you're talking about massive concerns by people about just keeping their lights on, keeping their families safe, their home, their properties safe, their business, their livelihood safe, all of these things operating. So I think it's just -- I don't know that you can compare it to kind of what has happened historically in any of those categories.

**Operator**

And your next question is from William Grippin of UBS.

**William Spencer Grippin** - *UBS Investment Bank, Research Division - Director & Equity Research Associate of Utilities*

Just a simple 1 here, but wondering if you could talk about some of the puts and takes on the sequential margin improvement in the Domestic segment. And specifically, to what extent any product discounting initiatives may have been an offset to that?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

No. That -- I mean, pricing -- price realization is actually going up. There's, if anything, very limited promotion going on. I mean, there's always some just general underlying -- undercurrent of some minor promotions.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

We have planned promotions that are there but...

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 180 of 650    Document 49

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

But I mean, normally when we're not in a backlog situation, there's an ordinary course of promotions. But even when you're in backlog, you have some minor promotions going on. So sequentially, there's nothing going on there. And in fact, we've, obviously, raised price, repriced the backlog June 1. And I think partly maybe where you're going with that is did that price increase stick in the marketplace? And it did.

---

**William Spencer Grippin** - *UBS Investment Bank, Research Division - Director & Equity Research Associate of Utilities*

Got it. And just curious if you could quantify what the 8 to 10 weeks of backlog translates to in terms of value. I didn't hear you mention that on the call.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, we don't disclose that. That's why you didn't hear it.

---

**Operator**

And your next question is from Maheep Mandloi of Crédit Suisse.

---

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

So Chris, yes, I think we'd probably go the next question.

---

**Operator**

And that question is from Kashy Harrison of Piper Sandler.

---

**Kasope Oladipo Harrison** - *Piper Sandler & Co., Research Division - Research Analyst*

Aaron, just wanted to revisit lead times just 1 more time. You mentioned that now you're in the high singles versus 20 weeks last update. I know you had mentioned last time that because capacity is increasing, the relative dollar per week of lead times is different from what it was last time. So I was wondering if you could just give us maybe a sense of how to think about that rate of change dollar per week this time versus last time, even if it's just, like, a general percentage number.

And then maybe part and parcel of that, maybe just some thoughts around the length of time before these bottlenecks between the dealers and installs begin to clear along with the risks if the bottlenecks persist.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, those are great questions. I think it's also a good point that the -- and we've said this in the past, that as we increase our production rate, that the backlog, as we stated, weeks of orders is -- that grows, right, as the output grows per week.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

We want to catch it.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 181 of 650    Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

And we want to catch it. I mean, yes, we think that -- as we said in our prepared remarks, 1 thing we are seeing is we're seeing improved close rates off of IHCs because we are bringing down lead times. So that's part of our overall strategy here is if you're a customer and you're shopping the category and even if you hear 8 to 10 weeks on a product, you might be -- you might kind of sit on the sidelines and see what happens, right?

And even worse, kind of getting to the second part of your question is if a channel partner or a dealer is quoting something longer because their bandwidth to install has got them kind of at a fixed rate that keeps the lead time longer. So that gap, as we pointed out, kind of grew in the second quarter because of the increase in our production output. And they increased activations or installs but not to the same level. So we're working with them to bring that inside. We're going to need more dealers. We're going to need more installing contractors.

We have a lot of initiatives around trying to make installations easier and less time-consuming. Today, an installation, a typical installation still takes 2 individuals, about 8 hours a piece, so about 16 hours of labor in the installation. So if we could get that down, that obviously frees up some additional bandwidth.

So that's where our focus has been. And again, it's dealer by dealer so it's not widespread, but we are seeing dealers struggle with that. In particular, dealers that are in markets where either housing has been really hot in certain markets. That's where they're really struggling with labor for construction labor, contractor labor. So as, again, part of our prepared remarks, as the housing market cools, we actually think that will help us refocus installing contractors' attention towards the category and will hopefully improve lead times to the end market.

---

**Kasope Oladipo Harrison** - *Piper Sandler & Co., Research Division - Research Analyst*

And just a quick follow-up there. So the high singles, would that be 50% more than last time on a per week basis? 75%? Double? Just any rough sense of how to think about it on a relative basis would be great.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

No. I mean, again, it's -- we have to do the math. I don't have it in front of me.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

We don't have a ratio.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

I don't have a ratio like that put together. But I think lead times, we quoted last time were in the 20-week range. They're roughly half of that now, 8 to 10. But again, that 8 to 10 represents a greater amount. So in terms of our production output, so it's not half of what it was before. So to your point, I think that's the point you're trying to get to, I just don't have the math in front of me on that.

---

**Operator**

And your next question is from Praneeth Satish of Wells Fargo.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 182 of 650    Document 49

**Praneeth Satish** - *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

I'm just trying to understand here with the constraints on the installer side. I mean, if there was some kind of major weather event in the second half of this year, what would be -- would you be in a position to benefit from that? Or would that be basically kind of adding to the '23 sales at this point?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. I mean, as we've said before, if we -- today, the plan is we're going to probably exit the year with some backlog remaining. So that -- because of that, there's not a lot of room for upside for the storm. There hasn't been all year for HSB. We've got some room on portable generators. We're in a good inventory position there, ready to serve the market if there is an active storm season.

But on HSBs, and this is, again, why we're working with the channel to increase their installed capacity because we've got to get that to a higher level longer term. We've got to -- we have seen opportunities for that to expand. But the backdrop right now, what we're hearing from these contractors that are struggling is primarily labor, some components and then some permitting and utility-related delays.

So we're attacking all of those things. We've got a broad slate of initiatives to get after those things and have been here for the balance of this year because we kind of -- we could see this coming. We needed to see the installation rate pick up. And while it has increased, it just hasn't increased enough at this point.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And you'd have to ramp your supply chain up further as well.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

That's a good point.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

This challenging environment could limit that but definitely would help out 2023.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

It's a good point.

**Praneeth Satish** - *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

Got it. And then just switching gears, can you give us an update on the Grid Services business? How many deals did you win in Q2? And are you seeing an acceleration in that side of the business with utility rates going up and utilities kind of looking for any way to lower their costs?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. That has been a really active space for us. Really pleased with the sales pipeline that's building there. The challenge, of course, in that business, and as we've said before, is just the time it takes to get these programs through, not only the utilities themselves in terms of developing the programs, but also then the regulators for approval.

21

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 183 of 650   Document 49

So we have a couple of really nice wins that we will -- you'll see some announcements here in the weeks ahead on that are, I think, really are a good example, both of the wins that you'll see are really good examples of the power of the hardware plus software approach that we've taken here. And I think that, as I mentioned in the prepared remarks, we're definitely beginning to see that there's a differentiator for us as a company, because we bring so much more to these potential programs by offering solutions that span everything from a smart thermostat program to a generator program to a battery program to a C&I generator program.

I mean, there's big chunks of load that come from C&I generators. And we can bring all of that hardware to bear alongside this really advanced software platform called Concerto that our team has developed. It's just -- it's a really interesting space going forward.

And to the point about utilities, we have seen a change in their attitudes over the last several months, several quarters really, in terms of the sense of urgency in which -- and they're asking questions and engaging with us. We were down in DISTRIBUTECH, which is kind of the utility markets trade show, if you will, down in Dallas a while ago, a couple of months ago. And I was struck by just the quality of the conversations, the quantity of the conversations we had with utilities and grid operators.

And they just feel like their back is against the wall. They can't solve their problems with traditional means, right? Like a traditional mean being if demand is going up because of more EV adoption in a particular market, a grid operator utility would simply have outlined a plan to add a gas peaker plant to cover those points in the curve where they need additional supply.

And so that's something that they can't do anymore. The regulators are saying, "Look, we're not going to allow you to add another thermal asset to your fleet for supply." And so they're finding themselves in the uncomfortable situation of having to -- it's kind of like a dual mandate. They have to decarbonize their grids because of that mandate, but the other mandate is they have to continue to provide resiliency. And so they're really struggling with ways to do that. So they have to have new tools in the toolkit.

And they see these virtual power plants and these distributed energy resources, like generators and batteries and load management and thermostats as ways to -- as really valuable ways to help them build out the additional supply or the reduction in demand that they need to provide the resiliency that they're charged with providing.

---

**Operator**

And your next question is from Donovan Schafer, Northland Capital Markets.

---

**Donovan Due Schafer** - *Northland Capital Markets, Research Division - MD and Senior Research Analyst*

This is Donovan Schafer. So it seems like there has been so much changing all over the world in the last few months. So I'm just wondering if we can step back and talk about some of this in terms of what it means for the megatrends you guys like to talk about.

So first, there's grid instability. But I do -- it does seem, on some, level, that in the United States, there are at least some bonafide grid investments with the Infrastructure Bill that was passed last year, plans to make it easier to permit transmission lines. It does seem like there's a bit of traction there. So on that front, I'm wondering if there are any risks or if there is any chance we could get kind of a reduced trend in outages, not near term but maybe say, 3 to 5 years out. I know MISO has been just recently approved, 18 high-voltage transmission lines to handle 53 gigawatts of capacity or something.

And then I also want to talk on the Russian situation. That does make the diesel to natural gas megatrends, certainly in Europe, to some people, look like a bad idea. I know you also sell diesel generators, so maybe you can kind of be agnostic there. But historically, the megatrend you've talked about has been the shift to natural gas.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 184 of 650    Document 49



And then kind of on the flip side, you've got growth in the LNG markets. Maybe that allows more HSB and natural gas generation elsewhere, increasing energy security concerns generally. I mean, nations like Japan, Taiwan, the Philippines really struggle with electricity generation, limited resources, having to import everything and they probably don't feel great about China right now. So those could be positive drivers.

So just I'm curious kind of, again, stepping back and looking at megatrends from these kind of big movements globally, we've been saying. Which ones are you watching? Which ones do you think -- which things do you think could really be material over a couple of years? Yes, any clarification on that would be very helpful.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Donovan, from a megatrend standpoint, the grid's a mess. And I don't -- there's nothing in the next 3 to 5 years. I mean, you can talk to any utility company, any utility executive or -- and while they'll get some transmission lines approved and a couple of other things going in the right direction, maybe that will light a fire under regulators.

But there's so much deferred -- if you just -- if you didn't have the Electrify Everything trend, if you just took that away for a second, and you dealt with the more severe climate experiences that we're having and just the decarbonization of the grid in general and that kind of generating fleet, those sources being -- they're moving to a more intermittent nature, and because the technologies have not kept up, like battery technology is just not there yet commercially to be a viable storage technique.

And that's really what we need. We need storage if we're going to move to 100% of our power being generated from renewable sources. You've got to have the ability to store that power at times when those renewables are not able to perform. This is a massive challenge that grid operators and utility executives are trying to solve for. There's no silver bullet there. There's no easy way to do it. There's no technologies that have -- that are presented that allow for that in a commercial way, in a cost-effective way, certainly. And there's nothing in the next 3 to 5 years.

And they would tell you that even if they had an approved plan, all the resources necessary to execute that approved plan, it would be decades just to execute against it. The buildout of the transmission lines, the upgrade of all the equipment that needs to happen to modernize the grid. It's -- there's trillions and trillions of dollars behind in deferred spending and just the raw effort to do that is decades in the making. So we don't see anything on that front.

On your question on natural gas versus diesel, I mean, our -- almost 100% of our business C&I-wise outside of the U.S. is diesel. There's a little bit of natural gas, as we've said. And we think that, that's a trend longer term that'll improve. Where the gas to debt -- the diesel and natural gas trends have been more -- much more prevalent is here in the U.S. and where we have a lot of gas available and that's not an issue.

And I do think even in Europe, they need gas. So whether it comes from Russia or whether it gets imported from other areas, they're not going to move away from pipelines. That -- they've got the infrastructure. They're going to get gas.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Still be an important part of...

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

They're not going to change how they heat. They're not going to change how they use gas for process. I mean, they need gas. So they'll get it from somewhere. It's probably going to be imported LNG coming into the countries. They need it.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 185 of 650    Document 49



**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And they may name natural gas as a clean...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

And natural gas will be redesignated in Europe as a clean -- as a clean fuel, which is great. So I think longer term, we feel really confident in those trends. Maybe shorter term, there'll be some noise around that. But again, that business today is mostly diesel. So it's really not a today impact.

And then you're right, you've got other countries where there's opportunities for us. You mentioned a couple of countries in Asia that have -- they're islands, right? So they import, whether it's Japan or whether it's Taiwan, those are all areas where they import. And we do see LNG becoming an important fuel. And this is where I think the United States is in a really good spot here to be able to provide a path for countries that need that important fuel source, whether it's baseload power generation or process or for energy security. That's going to be something that I think is going to be a -- that's a trend that's going to continue long into the future. Natural gas is a fantastic energy resource. It's going to be part of our baseload power structure here as a global populous for a long time to come.

---

**Operator**

And our final question is from Maheep Mandloi of Crédit Suisse.

---

**Maheep Mandloi** - *Crédit Suisse AG, Research Division - Associate*

I hope you guys can year me?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes.

---

**Maheep Mandloi** - *Crédit Suisse AG, Research Division - Associate*

So that -- 2 or 3 answers. Just 2 quick ones. One, just on the backlog. It said more than $1 billion the last quarter. Is it somewhere in line with that range or different? And I had a separate follow-up.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Again, we've talked about 8 to 10 weeks of orders in the backlog and it's sizable. It's a big backlog. And we expect to still have backlog as we exit the year, even that's in spite of the increased production rate. So it's a sizable number. And we want to get that down because that's how -- we think that serving the market with shorter back -- with shorter lead times is really important to winning in the market, in particular, on those sales leads that we've talked about.

So that's a really important focus for us, Maheep, and we're going to continue to lean into that. And again, working on that installation bandwidth as well. But that 8 to 10 weeks is really how we would speak to the backlog.

---

**Operator**

And I would now like to turn the call back over to Mike Harris for any closing remarks.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 186 of 650    Document 49

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

We want to thank everyone for joining us this morning. We look forward to discussing our third quarter 2022 earnings results with you in early November. Thank you again, and goodbye.

**Operator**

And this concludes today's conference call. Thank you for participating. You may now disconnect.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# EXHIBIT 4

# REFINITIV STREETEVENTS
# EDITED TRANSCRIPT
GNRC.N - Q4 2020 Generac Holdings Inc Earnings Call

EVENT DATE/TIME: FEBRUARY 11, 2021 / 3:00PM GMT

**OVERVIEW:**

Co. reported 2020 net sales of approx. $2.5b. 4Q20 net sales of $761.1m, GAAP net income attributable to Co. of $125m and GAAP diluted net income per share of $1.97. Expects 2021 YoverY net sales growth to be 25-30%.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Aaron P. Jagdfeld** *Generac Holdings Inc. - President, CEO & Chairman*

**Michael W. Harris** *Generac Holdings Inc. - VP of Corporate Development & IR*

**York A. Ragen** *Generac Holdings Inc. - CFO & CAO*

## CONFERENCE CALL PARTICIPANTS

**Christopher D. Glynn** *Oppenheimer & Co. Inc., Research Division - MD & Senior Analyst*

**Jerry David Revich** *Goldman Sachs Group, Inc., Research Division - VP*

**Jonathan Edward Dorsheimer** *Canaccord Genuity Corp., Research Division - MD & Analyst*

**Michael Patrick Halloran** *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

**Philip Shen** *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

**Ross Paul Gilardi** *BofA Securities, Research Division - Director*

**Thomas Allen Moll** *Stephens Inc., Research Division - MD & Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Fourth Quarter and Full Year 2020 Earnings Call. (Operator Instructions) I'm also pleased to be advised that today's conference is being recorded. (Operator Instructions)

I would now like to hand the conference over to Mike Harris, Vice President in Corporate Development and Investor Relations. Thank you. Please go ahead, sir.

---

**Michael W. Harris** *- Generac Holdings Inc. - VP of Corporate Development & IR*

Good morning, and welcome to our fourth quarter and full Year 2020 earnings call. I'd like to thank everyone for joining us this morning. With me today is Aaron Jagdfeld, President and Chief Executive Officer; and York Ragen, Chief Financial Officer. We will begin our call today by commenting on forward-looking statements. Certain statements made during this presentation as well as other information provided from time to time by Generac or its employees may contain forward-looking statements and involve risks and uncertainties that could cause actual results to differ materially from those in these forward-looking statements.

Please see our earnings release or SEC filings for a list of words or expressions that identify such statements and the associated risk factors. In addition, we will make reference to certain non-GAAP measures during today's call. Additional information regarding these measures, including reconciliation to comparable U.S. GAAP measures, is available in our earnings release and SEC filings.

I will now turn the call over to Aaron.

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - President, CEO & Chairman*

Thanks, Mike. Good morning, everyone, and thank you for joining us today. The fourth quarter was a tremendous finish to 2020 for Generac, with all-time record performance for both the quarter and full year net sales, adjusted EBITDA, adjusted EPS and free cash flow. Fourth quarter shipments, margins and profitability were all well ahead of our previous expectations. The revenue outperformance was primarily due to higher shipments of home standby generators from better-than-expected production output. We're also pleased that shipments of PWRcell energy storage systems

2

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



met our aggressive expectations during the quarter. The ongoing elevated level of power outages, combined with the emerging Home as a Sanctuary trend, continue to drive unprecedented levels of demand for home standby generators across the entire U.S. We continue to aggressively ramp production levels for home standby throughout the fourth quarter to all-time record daily build rates.

Despite this expanding production, the ongoing robust demand created substantial backlog for these products at the end of the year, far exceeding anything previously experienced in the history of the product category. Year-over-year, overall net sales increased approximately 28% on a core growth basis as compared to the prior year quarter. This growth was primarily driven by the dramatic increase in sales of home standby generators followed by the continued ramp of PWRcell energy storage systems. In addition, the higher power outage activity also drove elevated shipments of portable generators and aftermarket service parts and Chore products also improved at a strong rate as compared to the prior year. Partially offsetting this significant strength was a decline in shipments of C&I products, given the ongoing impacts of the COVID-19 pandemic.

Gross margin expanded 180 basis points compared to the prior year. And adjusted EBITDA margin increased 380 basis points over the prior year to an impressive 25.7%, which was the highest margin reported since the fourth quarter of 2013.

Before discussing fourth quarter results in more detail, I wanted to provide some full year 2020 financial highlights as well as share some key accomplishments that we achieved during the year. First and foremost, I want to highlight the company's response to the COVID-19 pandemic, as I'm extremely proud of our team's efforts in responding to the crisis as we focused on maintaining our operations to the fullest extent possible. This was particularly important considering that our products and services are both essential and critical to help keep a variety of networks and infrastructure up and running, including hospitals, health care clinics, 911 call centers and wireless networks. Equally as important, we accomplished this while at the same time, implementing a wide range of preventative measures to address the health, safety and well-being of our employees, customers, suppliers and the communities across the world where we operate and do business. Through the tireless execution of our nearly 7,000 employees globally during 2020, Generac achieved another year of record financial results across the board as several metrics far exceeded the previous record levels seen for the full year 2019.

Revenue grew 13% for the full year, with adjusted EBITDA coming in at $584 million, an expansion of 290 basis points to 23.5%, and we generated $427 million of free cash flow during the year. Our ability to execute on the step function increase in demand for residential products that has emerged from the new Home as a Sanctuary megatrend, was an important accomplishment during 2020.

In addition, the building out of our clean energy market opportunity with the significant ramp in shipments of PWRcell energy storage systems was a key highlight. We also expanded our product and services portfolio with the acquisitions of Energy Systems, our industrial distributor located in Northern California; and Mean Green, a leading manufacturer of an innovative line of battery-powered turf care products.

We also made the very strategic acquisition of Enbala Power Networks, which enables our entrance into the developing market for grid services. We launched important new products during the year with the introduction of the 24-kilowatt home standby generator, the market's most powerful air-cooled unit with built-in energy monitoring. We also introduced the industry's largest rich-burn industrial natural gas generator set at 1 megawatt of output, allowing us to target new market opportunities. All of these key accomplishments as well as our execution on a number of other strategic initiatives, enabled us to make important progress on our continuing evolution to an energy technology solutions company.

Our prior year accomplishments provide us with tremendous momentum as we head into 2021. The guidance we are initiating this morning calls for significant revenue growth of between 25% to 30%, highlighted by unprecedented home standby demand, continuing expansion of the clean energy markets and recovering C&I markets.

Adjusted EBITDA margin is expected to expand to 24% to 25% for the full year 2021 despite near-term supply chain concerns related to capacity constraints, increasing cost pressures and logistics delays across the business as we enter the new year. York will provide more details on our 2021 guidance and the outlook portion of our prepared remarks today.

Now let me provide a few more details on our accomplishments across the business for the fourth quarter and for full year 2020. Several key metrics that we monitor closely for home standby demand continue to be exceptionally strong during the fourth quarter. The combination of in-home and virtual consultations once again increased dramatically compared to the prior year. Broad-based strength was experienced across the U.S.

3

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 191 of 650    Document 49

during the fourth quarter, similar to the trends seen in recent quarters, with the vast majority of states showing triple-digit growth, which we believe provides further validation for the emerging Home as a Sanctuary trend.

Activations also grew at a strong rate compared to the prior year, led by significant increases in the South Central, Southeast and Northeast regions. The power outage severity environment also continued to be quite favorable and trended well above the long-term baseline average, benefiting from a record Atlantic hurricane season, early winter storms and continued power shutoffs in California. We also ended the fourth quarter with approximately 7,300 residential dealers, an increase of approximately 800 dealers over the last 12 months. This includes the addition of a significant number of new dealers in California during the year as we ended 2020 with approximately 550 dealers in the state.

Importantly, thus far, in the first quarter, these key demand metrics for home standby have continued to trend much higher relative to prior year levels. Home consultations are tracking at approximately double the prior year levels through early February. We believe this increase can be attributed to several factors that are leading to the product category becoming more mainstream as homeowners have an increasing awareness of the need for power security as they continue to work from home, learn from home, entertain from home and shop from home.

With demand for home standby generators at all-time highs, we've continued to aggressively ramp our supply chain and production output, and we achieved progressively higher record daily build rates throughout the fourth quarter. We expect to further expand capacity for these products with our announcement yesterday of plans to open a new manufacturing, assembly and distribution operation in Trenton, South Carolina. The facility will support increased demand for home standby generators and certain other energy technology products and serve as a distribution center to customers in the southeastern part of the country, creating approximately 450 new jobs over the next 2 years.

The facility is expected to be operational by midyear and, once fully ramped, is projected to increase home standby capacity by approximately 75% relative to our previous normal levels as we entered 2020, with the ability to further expand the facility well beyond its current size in the future.

Our operations teams did an amazing job during 2020, ramping production output of home standby generators to record daily build rates by the end of the year. But despite the significant increase in output, lead times for home standby generators continue to expand from the approximately 18 weeks at the end of 2020 to approximately 20 weeks today.

As a result, the substantial backlog for these products continues to grow so far here in the first quarter, despite our normal seasonal low point for residential products as home consultations and orders remain very robust.

Now I want to provide an update this morning on our rapidly expanding energy storage systems effort and recent entrance into the grid services market. We made tremendous progress during 2020 with our continuing transformation into an energy technology solutions company, as we significantly ramped deliveries of our PWRcell energy storage system and with our entry into the market for grid services through the Enbala acquisition last October.

The secular growth opportunity within the U.S. market for renewables, energy storage, energy monitoring and energy management systems remains very compelling and has considerable momentum as we head into 2021. As previously mentioned, shipments of our PWRcell energy storage systems met our aggressive expectations during the fourth quarter, as revenue for these products continued to ramp as they increased approximately 75% on a sequential basis and were a key contributor to the company's year-over-year growth.

Overall, for 2020, shipments of PWRcell energy storage systems increased significantly during the first year of commercial launch, particularly during the second half, and we're in line with our previous guidance of approximately $115 million for the full year. The tremendous growth in energy storage from essentially a start-up business was due to the important advances we have made in growing our capabilities around marketing, distribution, product development and sourcing of these products.

We further developed and refined our targeted marketing and home consultation processes and have been very encouraged by the trends with sales leads for PWRcell systems as they continue to be strong during the fourth quarter and have increased further here in the early parts of the first quarter.

4

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



System activations, which are a proxy for installations and commissioning, also continued to ramp notably during the fourth quarter, with this strength continuing so far through the early part of 2021. An important element of expanding our sales and marketing efforts for clean energy is the progress we continue to make building out the distribution network for these products as we trained approximately 4,200 energy storage consultants or contractors in 2020.

We continue to receive positive feedback from our growing dealer base regarding the ease of installation, the whole home power and capacity of the PWRcell systems and the qualified sales leads being generated for them. We have continued -- also continued to advance our supply chain capabilities through increased volume and reduced system costs and achieved our first full quarter of profitability during Q4.

We also had several important new product introductions last year, and we have a very strong pipeline of innovative new clean energy-related products that will be coming to market over the next several quarters. This includes deep integration with our legacy generator products and includes the launch later this year of a purpose-built generator solution that can be combined with a solar and storage system to allow an end user to operate independently of the power grid.

Additionally, we will be launching the ability to more easily and cost effectively add a PWRcell storage system to an existing solar installation. And later in 2021, we expect to launch a new load management system that will be paired with our existing PWRview energy monitoring platform to allow a homeowner to more fully control their power generation and consumption. We believe this system will be an industry -- will be industry-leading in terms of the technology and cost and will enable far greater control at the circuit level than is available today. When added as part of a solar and storage installation, a homeowner could effectively tailor their system to optimize for lowest cost or longest duration or some combination depending on their preferences or certain other factors. An example would be to allow the system to react to a power outage by prioritizing those loads deemed critical by a homeowner to extend the duration of their available energy storage.

We believe these product launches will further enhance our competitive position and differentiation in the energy storage, monitoring and management markets as we focus on whole house storage solutions with load management capabilities that provide the energy independence and flexibility we believe consumers really want in these systems. The solar plus storage market continues to expand rapidly. And we expect to see significant year-over-year growth during 2021 as shipments of PWRcell energy storage systems are anticipated to increase substantially as we're expecting them to grow approximately 50% to 75% as compared to 2020 levels.

Recall early in the fourth quarter that we closed on the acquisition of Enbala Power Networks, a leading distributed energy resources technology company based in Denver, Colorado. Enbala's best-in-class software platform called Concerto gives utilities, grid operators and energy retailers the ability to connect and utilize distributed energy resources, also known as DERs, to help support the operational stability of the power grid, thereby enabling us to participate in the nascent and growing market opportunity for grid services.

DER assets, which include our legacy residential and C&I generators, PWRcell energy storage systems and load management devices, can be connected to the Concerto platform and can be aggregated into a decentralized and virtual power plant network, or VPP.

VPP provides flexible capacity to address peaks in electricity demand, variability in supply due to increasing use of renewables and when resiliency is needed as a result of power outages. While still very early in the integration process, we have made progress in developing a road map for integrating Enbala's software into our existing generator products and energy storage systems as part of an overall plan to provide a full suite of solutions for utilities, energy retailers, grid operators and end users.

As the market for grid services continues to develop, we believe the integration of Enbala's technology will enable us to not only improve our value proposition to end users with our legacy products, but will also allow us to participate and develop new revenue streams in the years ahead. The solutions will be built around our products that generate, store and manage power and that can be aggregated and controlled, resulting in the potential for revenue from sales of software platforms, turnkey operation services and ultimately, performance services that can deliver megawatts of power.

All of these efforts are targeted at enabling the equipment we provide to be connected more seamlessly as DERs in grid services applications. And in turn, improve the value proposition of these assets, which we believe will lead to increased demand for our products.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 193 of 650     Document 49

Now shifting gears, let me provide an update on C&I. As expected, the COVID-19 pandemic continued to have an adverse impact on the overall market for global C&I power generation and related equipment given major declines in GDP growth rates around the world. While uncertainty remains around the pandemic, we are encouraged that the year-over-year revenue decline moderated as certain end markets began to show signs of recovery. As expected, shipments of mobile products to national rental account customers continued to decline significantly during the fourth quarter, primarily due to the impact of the pandemic.

As we dealt with the challenging demand environment for mobile products throughout 2020, we focused our efforts on cost reductions and other restructuring actions, which we began implementing during the second quarter of last year. As we enter 2021, we expect shipments to improve from prior year levels as national account rental customers increase their spending on fleet equipment. We remain optimistic about the long-term opportunity for mobile products as an expected fleet replacement cycle begins and the compelling megatrend that remains intact around the critical need for infrastructure improvements, which could potentially benefit from economic stimulus.

Shipments to national telecom customers increased at a significant rate during the quarter as compared to the prior year, with the magnitude of the increase pacing ahead of our prior expectations. We continue to see indications from several of our large telecom customers of an improving outlook, and we expect that to translate into very strong growth in shipments during 2021. Recall that demand trends for these customers can vary from quarter-to-quarter based on the timing of their capital spending and their project planning cycles. Historically, however, demand for telecom backup power tends to increase after periods of elevated power outage activity, similar to what was experienced with the outage environment during the second half of 2020.

In addition, revenue growth during the current year is expected to benefit from the power security mandate in California, which requires a minimum of 72 hours of backup power at all cell tower locations. We estimate that this new requirement in the state, which went into effect at the beginning of this year, could lead to purchases of between $100 million to $200 million in new equipment from wireless operators over the next 3 years. Also shipments to other national account customers are expected to show a considerable ramp in 2021 as we gain traction with our lead gas initiatives through increasing quote activity and improving project close rates for our natural gas generators, which are used in applications beyond traditional emergency standby power generation, including their use as distributed generation assets.

Lastly, net sales of C&I stationary generators through our North American distributor channel were lower in the quarter as expected due to the timing of shipments in the fourth quarter of 2019, which created a difficult prior year comparison. As mentioned on our last call, project quoting activity has largely recovered since the onset of the pandemic during the second quarter, contributing to a higher backlog and improved overall order outlook for this channel. And as a result, we're expecting growth to resume during 2021. We're also expecting growth from the Energy Systems business, our industrial distributor located in Northern California that we acquired on July 1 last year as our investments in integration activities begin to produce results in this large and rapidly growing power generation market.

Internationally, the ongoing global pandemic continues to have a negative impact on C&I product demand during the fourth quarter as well. As GDP growth rate slowed materially around the world in 2020, revenues for our international segment in the fourth quarter declined approximately 6% on a core basis when compared to the prior year. This decline was driven by continued weakness in a number of key regions around the world. But overall international revenue during the fourth quarter was largely in line with our expectations.

Similar to our domestic C&I products business, the international year-over-year decline in the fourth quarter was at a notably lesser rate relative to recent quarters as signs of recovery began to appear in certain regions. While COVID-19 impacts are still being felt, larger project quoting and order activity is increasing, and we expect the international segment to return to solid growth during 2021.

Also, it's important to reiterate that our international teams remain focused on several critical global initiatives around increasing the penetration of natural gas generators for residential and C&I applications, expanding our share in the wireless telecom backup power segment globally and entering the emerging energy storage market for both residential and C&I applications.

In closing this morning, in recent years, we have continued to make important progress on evolving our business model from a focus on clean energy products -- with a focus on clean energy products, solutions and services, aligned with the changing legacy electric utility model.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 194 of 650    Document 49

In 2019, we began providing energy storage, monitoring and management systems as clean energy solutions for residential use. And last year, we entered the market for grid services involving distributed energy optimization and control software that will help support the operational stability of the power grid. We've also been focused over the last several years on connecting the legacy standby generators we manufacture, including building out a digital platform that creates tremendous value for our customers and our distribution partners over the product life cycle. As the leader in backup power solutions, we believe we are in the unique position to enable the potential utilization of these products as distributed energy resources on a very large scale, thereby providing us with a distinct advantage as the nascent market for grid services expands over the next several years.

Going forward, we intend to further build out our capabilities as an energy technology solutions provider through organic investment and continued acquisitions. We expect to expand our energy storage capabilities beyond residential applications into C&I markets and eventually globally and further expand our capabilities with energy monitoring and management devices and grid services. These are incredibly exciting times at Generac as we've now built an incredible foundation for growth, and we have the financial flexibility to be a major player in developing the energy grid of the future.

I'd now like to turn the call over to York to provide further details on the fourth quarter results and some outlook details for 2021. York?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Thanks, Aaron. Looking at fourth quarter and full year 2020 results in more detail. Net sales increased 28.8% to $761.1 million during the fourth quarter of 2020, an all-time record as compared to $590.9 million in the prior year fourth quarter. The combination of contributions from the Energy Systems, Mean Green and Enbala acquisitions and the favorable impact from foreign currency had an approximate 1% impact on revenue growth during the quarter. Net sales for the full year 2020 increased 12.7% to approximately $2.5 billion, also an all-time record for the company.

Briefly looking at consolidated net sales for the fourth quarter by product class, residential product sales during the fourth quarter increased 54.6% to $498.7 million, as compared to $322.5 million in the prior year. As Aaron already discussed in detail, home standby generator sales continued to experience robust year-over-year growth, which accelerated to over 40% during the fourth quarter as we made further progress increasing production levels for these products. In addition to this strength, shipments of PWRcell energy storage systems continue to significantly ramp during the quarter as the solar plus storage market expands at a rapid pace in the U.S., and we continue to build out our capabilities selling into this -- into the clean energy space. Also contributing to the growth were a large increase in shipments of portable generators during the quarter which benefited from the much higher power outage activity as compared to the prior year.

Lastly, shipments of Chore products were also much higher during the quarter as the Home as a Sanctuary trend positively impacted demand for outdoor power equipment.

Commercial and industrial product net sales for the fourth quarter of 2020 declined 8.5% to $198.6 million as compared to $217.1 million in the prior year quarter. The weakness in shipments of C&I products was experienced both domestically and internationally in the following areas. Domestically, the negative impact of the COVID-19 pandemic continues to result in our national rental account customers to defer capital spending for our mobile products. And shipments to our industrial distributors also declined against a particularly strong prior year comparison.

Partially offsetting these declines was a significant increase in shipments to national telecom account customers due to the capital spending outlook improving for these customers. Internationally, C&I products declined due to the continued weakness in demand across the majority of regions around the world as a result of the pandemic. As mentioned, while still experiencing a year-over-year sales decline during the fourth quarter, the rate of decline for C&I products continued to moderate as certain end markets begin to recover.

Net sales for the other products and services category, primarily made up of aftermarket service parts, product accessories, extended warranty revenue, remote monitoring subscription revenue and other service offerings, increased 24.4% to $63.8 million as compared to $51.3 million in the fourth quarter of 2019. There was an approximate 7% benefit to net sales during the quarter from the impacts of the Energy Systems and Enbala acquisitions and favorable foreign currency.

7

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 195 of 650   Document 49

In addition, we experienced very strong growth in aftermarket service parts as a result of the higher level of power outage activity during the second half of the year. A larger and growing installed base of our products also contributed to the increase versus the prior year.

Gross profit margin improved 180 basis points to 39.4% compared to 37.6% in the prior year fourth quarter. Operating expenses increased $11.4 million or 9.7% as compared to the fourth quarter of 2019, but declined 270 basis points as a percentage of revenue, excluding intangible amortization. As a result, adjusted EBITDA before deducting for noncontrolling interest as defined in our earnings release, was $195.8 million or a very strong 25.7% of net sales as compared to $129.1 million or 21.9% of net sales in the prior year. This 380 basis point improvement in EBITDA margin was driven by the significant gross margin expansion during the quarter, primarily due to the favorable sales mix, coupled with improved leverage of fixed operating expenses on the much higher sales volumes and tight cost control.

For the full year 2020, adjusted EBITDA before deducting for noncontrolling interests came in at an all-time record of $584 million, resulting in an attractive 23.5% margin or a 290 basis point increase compared to the prior year.

I will now briefly discuss financial results for our 2 reporting segments. Domestic segment sales increased 37.2% to $645.1 million as compared to $470.1 million in the prior year quarter. Adjusted EBITDA for the segment during the quarter was $188 million or 29.1% of net sales as compared to $122.9 million in the prior year or 26.1% of net sales.

For the full year 2020, domestic segment sales increased 19.8% over the prior year to $2.1 billion. Adjusted EBITDA margins for the segment were 27%, representing a 240 basis point increase compared to the prior year.

International segment sales, which consists primarily of C&I products, declined 4.1% to $116 million as compared to $120.9 million in the prior year quarter. Foreign currency had a net favorable impact of approximately 140 basis points on revenue growth during the quarter. Adjusted EBITDA for the segment during the quarter before deducting for noncontrolling interest was $7.8 million or 6.8% of net sales as compared to $6.2 million or 5.2% of net sales in the prior year.

For the full year 2020, International segment sales declined 14.1% over the prior year to $396 million. Adjusted EBITDA margins for the segment before deducting for noncontrolling interests were 5.1% of net sales during 2020 compared to 5.5% of net sales in the prior year.

Now switching back to our financial performance for the fourth quarter of 2020 on a consolidated basis. As disclosed in our earnings release, GAAP net income attributable to the company in the quarter was $125 million as compared to $69.6 million for the fourth quarter of 2019. GAAP income taxes during the current year fourth quarter were $39 million, or an effective tax rate of 23.8% as compared to $13.4 million or an effective tax rate of 16.1% for the prior year. The increase in effective tax rate was primarily due to the significant increase in pretax income in the current year, while the prior year quarter was impacted by more favorable discrete tax items, including a year-end revaluation adjustment related to a reduction in the blended state income tax rate.

For the full year, the effective tax rate for 2020 was 22.2% compared to 21.1% in the prior year. Diluted net income per share for the company on a GAAP basis was $1.97 in the fourth quarter of 2020 compared to $1.12 in the prior year. Adjusted net income for the company, as defined in our earnings release, was $135.7 million in the current year quarter or $2.12 per share, which was also an all-time record. This compares to adjusted net income of $96.5 million in the prior year or $1.53 per share. Cash income taxes for the fourth quarter of 2020 were $34.9 million as compared to $8.2 million in the prior year quarter. The current year now reflects a cash income tax rate of 17.9% for the full year 2020, which is an increase from the approximately 16% rate previously expected for 2020. This also compares to the prior year rate of 15%.

The increase in the current year cash tax rate versus prior year was primarily due to higher pretax income, which is taxed at the higher domestic statutory rate. Cash flow from operations was robust at $218.2 million as compared to $175.1 million in the prior year fourth quarter. And free cash flow, as defined in our earnings release, was $190.7 million as compared to $160.3 million in the same quarter last year. The increase was primarily due to higher net income in the current year quarter, partially offset by the lower monetization of working capital and higher capital expenditures relative to the prior year.

8

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 196 of 650    Document 49



Before discussing our guidance initiation for 2021, I want to make a few comments regarding our healthy balance sheet and liquidity position at the end of the fourth quarter of 2020, which allows us to confidently operate our business and accelerate our strategy. As of December 31, 2020, we had nearly $1 billion of liquidity, comprised of $655 million of cash on hand and $300 million of availability on our ABL revolving credit facility, which matures in June 2023.

Also, total debt outstanding at the end of the fourth quarter was $885 million, net of unamortized original issue discount and deferred financing costs. Our gross debt leverage ratio at the end of the fourth quarter was only 1.5x on an as-reported basis. In addition, our term loan doesn't mature until December 2026. We do not have any required principal payments on this facility until the maturity date, and it has a low cost of debt of LIBOR plus 175 basis points. We also have interest rate swap arrangements that fix our interest rate exposure on approximately $500 million of this debt through the maturity date of December 2026.

Further enhancing our overall liquidity is our strong cash flow profile, and for the full year 2020, free cash flow was easily an all-time record of $427 million as compared to $251 million in 2019, which was our previous record. Uses of cash during 2020 included $69 million for acquisitions, $62 million for capital expenditures and $25 million for the net repayment of debt.

Lastly, given our strong balance sheet and free cash flow generation, we have significant resources to drive further shareholder value as we execute on our long-term strategic priorities.

With that, I will now provide further comments on our new outlook for 2021. Key demand metrics for home standby generators, including home consultations and orders, continue to trend much higher during the fourth quarter relative to prior year levels, and this strength has continued thus far in the first quarter. Due to this ongoing unprecedented demand, which has extended lead times for these products, there was a substantial backlog awards for home standby generators at the end of 2020, which has further increased thus far in the first quarter. As we expand manufacturing capacity during 2021 with a new facility coming online, we expect to further ramp production levels for home standby generators, helping to alleviate this backlog.

In addition, the solar plus storage market is expected to experience significant year-over-year growth during 2021 as storage attachment rates continue to climb, leading to the expectation of substantial growth in shipments of PWRcell energy storage systems as we continue to build out our presence in this market. Although demand for C&I products during 2020 was negatively impacted by the onset of the COVID-19 pandemic, the year-over-year revenue declines continue to moderate, and shipments for these products are expected to return to growth during 2021 across a number of key end markets and geographies.

As a result of this positive top line outlook, we are initiating guidance for 2021 that anticipate significant revenue growth as compared to the prior year. Net sales are expected to increase between 25% to 30% as compared to the prior year on an as-reported basis, which includes only approximately 2% of favorable impact from acquisitions and foreign currency. This revenue outlook assumes shipments of residential products increase at a very robust rate during 2021, a rate that is similar to the year-over-year growth rate experienced in 2020. Revenue for C&I products is expected to rebound at a strong rate as compared to the softer prior year comparisons, a rate approximately in the mid-teens range.

Importantly, this guidance assumes a level of power outages during the year in line with the long-term baseline average. However, consistent with our historical approach, this outlook does not assume the benefit of a major power outage event during the year such as the category 3 or higher landed hurricane. Given current capacity constraints for home standby, the upside of a major power outage event would be more limited to incremental portable generator shipments during 2021, meaning any extra lift for home standby generators from a major power outage event would most likely spill over into 2022. Due to the significant home standby backlog at the end of 2020, we're expecting the quarterly seasonality in 2021 to be more level loaded relative to normal historical patterns, with sales in the first half being approximately 48% weighted and sales in the second half being approximately 52% weighted.

As a result, total year-over-year growth is forecasted to be approximately 50% for each of the first and second quarters of the year. Looking at margin profile as we enter 2021, there are near-term cost pressures, ongoing logistics delays and various capacity constraints in several areas across the supply chain, which are resulting in higher input costs, including rising commodities, foreign currency headwinds, increased logistics costs, additional tariffs and higher wages. We expect these inflationary cost pressures, together with new facility start-up costs, to be largely offset by

9

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 197 of 650    Document 49

favorable sales mix, pricing and cost reduction initiatives across the organization through our profit enhancement program. As a result, we expect gross margins for full year 2021 to be similar to the second half of 2020 run rate.

In addition, we continue to make operating expense investments to scale the business, support innovation and drive future revenue growth into new and existing markets. As a result of these factors, adjusted EBITDA margins before deducting for noncontrolling interests are expected to be approximately 24% to 25%, which is an increase from the 23.5% reported for the full year 2020. We expect adjusted EBITDA margins during the first half of the year to be moderately lower between 50 to 100 basis points relative to the second half of 2021, given the full realization benefit from pricing and cost reduction issues in the back half of the year.

As is our normal practice, we are providing additional guidance details to assist with modeling adjusted earnings per share and free cash flow for 2021. For 2021, our GAAP effective tax rate is expected to increase to between 23.5% to 24.5% as compared to the 22.2% full year rate for 2020. This increase is driven by higher pretax income and a higher mix of domestic pretax income relative to the prior year. Based on our guidance provided for 2021, our cash income tax expense for the year is expected to be approximately $135 million to $140 million, which translates into an anticipated full year 2021 cash income tax rate of between 20.5% to 21.5%, as compared to the 17.9% rate for the full year 2020.

As a reminder, our approximate $30 million per year tax shield that originated from the LBO transaction in 2006 fully expires at the end of this year. As a result, 2021 is the last year that adjusted earnings will benefit from a notably lower cash income tax rate relative to our GAAP income tax rate.

Beginning in 2022, the cash tax rate is expected to be more in line with the GAAP tax rate in the 25% to 27% range. In 2021, we expect interest expense to be approximately $34 million assuming no additional principal payments during the year and flat LIBOR rates throughout 2021. Our capital expenditures for 2021 reflect continued investments in expanding capacity, and are projected to be between 2.5% to 3% of our forecasted net sales for the year. This CapEx guidance includes the new Trenton, South Carolina facility and related equipment that we expect to bring online during the second half of 2021. Depreciation expense is forecast to be approximately $40 million in 2021, given our assumed capital spending guidance.

GAAP intangible amortization expenses in 2021 is expected to be approximately $34 million to $35 million during the year. Stock compensation expense is expected to be between $20 million to $24 million for the year. For our full year 2021, operating and free cash flow generation is once again expected to be strong and follow historical seasonality, benefiting from the solid conversion of adjusted net income to free cash flow, expected to be approximately 90% for the year.

Finally, our full year diluted share count is expected to increase and be approximately 64 million to 64.5 million shares. This compares to 63.7 million shares in 2020. This 2021 outlook does not reflect potential business acquisitions or stock buybacks.

This concludes our prepared remarks. At this time, I'd like to open up the call for questions.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) First question Philip Shen from ROTH Capital.

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Congrats on the strong results. It just seems like you guys are just running flat out, running at, call it, 24 hours, 7 days a week, 3 shifts and with your strong guidance. And I think, York, you alluded to this. If there's an outage or some kind of event, there might be limited upside and it might be limited to portables, just because it seems like your maxed out. When do you guys think you can catch up and kind of get ahead of the curve here? The facility announcement is definitely a great start. And it seems like you might be able to get 2x the -- you talked about 75% more capacity. But

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 198 of 650    Document 49

we looked at the facility. It looks like maybe you can get to 2x that number. And at one point, Aaron, I think you were talking about being able to get the ability to expand 5x. That's 75%. So I was wondering if this location gives you that potential.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. It's -- I mean, obviously, capacity right now, Phil, is -- we're -- as you say, we're flat out. And we're starting to see actually capacity pressures even in our C&I business, which, thankfully, we have a brand-new plant down in Mexico that we brought online last year. We haven't talked a ton about it, but it's a beautiful facility. It's primarily there to serve the Latin American market, consolidation of our previous operations down in Mexico City. But we can use that facility as well for other things, and we'll probably end up doing some products for the U.S. and Canada down there simply just because we're going to be up against some capacity things here, too, especially in the smaller C&I ranges for telecom. The telecom business is looking like it's -- the lineup there is pretty strong relative to demand.

But on the -- back on the home standby side, yes, the new facility in Trenton is going to be a big boost. You're right. The 75% improvement that we say or increase that we've been indicating in capacity was off of the previous capacity limitations as we entered 2020. So we did raise those numbers over the course of 2020. So in effect, with that new facility coming online, we can get more capacity. And then that site is actually expandable about 2, 2.5x its existing size today if we choose to go that route. So to answer your question, when do we see catching this? We're going to be working hard all year-long to do that.

Remember, recall that we do have some temporary production that we stood up in one of our other facilities here in Wisconsin. The initial plan was to take that down as we ramped up the Trenton facility over the summer. We could choose to leave -- if demand remains strong and every indication right now is that, that will be the case, we could leave that temporary capacity add online, which gives us kind of an incremental bump above where kind of we would be if it was just Whitewater and Trenton. So -- but the way we've sized the equipment and everything in the Trenton facility, we think we'll be ramping throughout the full year and we'll kind of hit the ground running here midyear and hopefully be at kind of max rates by the end of the year. That would be the goal.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Okay. And then embedded in your guidance...

---

**Operator**

Next question, Tommy Moll from Stephens.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Apologies to Phil. We'll follow up.

---

**Thomas Allen Moll** - *Stephens Inc., Research Division - MD & Analyst*

Happened to me last quarter. So I guess just where we are these days. Lots of interest in the call. Well, anyway, I'll get to the questions here. So I wanted to talk about some of the demand dynamics you've seen around the Home as a Sanctuary theme. Have you discerned anything different in terms of the demographics or anything you pick up on the types of customers whose leads you're qualifying or maybe through channel conversations? You've commented that it's a much broader swell of demand geographically, so many more states, for example. So that -- so it's clear that that's changed. I just wonder, for years and years, you've had a pretty good insight into the types of folks who are interested in your products demographic-wise. And I just wonder if you're seeing any shifts there as a part of this trend.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 199 of 650    Document 49

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. It's a great question, Tommy. The -- we do a ton of work around the demographics of the customer bases that buy those products over the years. It's just as the leader in that category and as building it out, we had to develop the market. So understanding who the buyer was and where the opportunities were. And frankly, one of the things we learned in that is understanding who the buyer wasn't, right? So who wasn't buying the products and why? Who went through the sale process and didn't buy and why didn't they buy? Those are all important considerations. And to answer your question, though, demographically -- typically, the product category historically is skewed older, right? So something on the order of 70% of the customers have been over age 50 historically. And that's really because homeownership kind of follows those trends.

We have seen indications early in the pandemic what we saw and it's a little bit dicey when we talk about this because you have to talk about that expansion in the geography. As an example, Florida was such a hot market last year for us and it's just typically demographically is an older market. So we actually saw our demo shift older. But when you strip out Florida, actually, the demo for other states was shifting younger, which is really fascinating. And I think what it speaks to, Florida was an interesting dynamic because you had a lot of people who went down over the winter last year. The pandemic started to take hold February and March. They chose to kind of shelter in place and stay in Florida.

If they didn't own a generator, they came to the conclusion very quickly, they needed 1, because they were going to be basically stuck in Florida, and they would start to get worried about something that if you're not living there, you don't worry about over the summer, which is the hurricane season. So we saw marked interest in Florida by that market, and that led to kind of a skew towards older. But everywhere else, it was younger. And so what we're seeing is younger families, in particular, people who are moving out of cities, metro areas and into homes. And again, they're working from home now, in particular. They're not driving back into the city to go into an office. They're staying in their home.

And so they start to connect the dots, and maybe they experience their first or their first outage in their new home, and they figure out very quickly just how vulnerable they are. And so you hear us use this term power security we started introducing in the terminology here. And it's not an unfamiliar term for those around the industry. But this idea of making sure that you've got a continuous source of power to protect your home, your family, your livelihood is -- I think is really resonating across -- certainly across geographies as we talked. But demographically, I think it's resonating, in particular, with people who are shifting to that work from home model and learn from home model.

---

**Thomas Allen Moll** - *Stephens Inc., Research Division - MD & Analyst*

That's very helpful context and much appreciated. I want to ask a follow-up on a different theme here around the potential to go build out some virtual power plants now that you've got Enbala under the -- in the portfolio. And specifically, you made some comments around the potential to enroll natural gas generators whether they be on the resi or the C&I side into that kind of platform. What does the potential ramp there look like here in North America? Maybe because you have such great market share on the resi side, not many others have talked about that concept, but it sounds like you have some product innovation in the pipeline that may enable it. And so I'm curious what the opportunity set looks like.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. It's something that as part of the thesis behind the acquisition of Enbala was that, obviously, we make a lot of products that could be used as distributed energy resources, right? So we have 2 million home standby generators on the ground. We have literally hundreds of megawatts of C&I product that we put in the market every year. It's actually -- if you step back and you think of the potential and it's -- I called it out in the prepared remarks. We think we're in this incredibly unique position, given the scale that we can bring to this with the assets that we already -- not only that we already have on the ground, but certainly that we put into the market on a year in and year out basis. And those assets, combined now with the technology, which is Enbala, I can share the platform is the enablement of those assets to be used in a much more fulsome way, right, to the benefit of the end users, grid operators, utility companies, ourselves, right, Generac. I mean there's an opportunity for us to participate in that.

We haven't given really clear kind of longer-range guidance on this yet, because we're trying to get our arms around just what are the different business models that are out there and available to us, and there are a lot of them. I talked about a few of them in the script here today. But there's a lot of different ways we could play this. I think the opportunity doesn't begin, though, until we get the products to be connected to the Enbala network. And that's what our effort is here in the early innings. So we just closed on this acquisition in really the beginning of Q4 in October. So

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 200 of 650    Document 49



we've been diligently working on our road maps to make sure we can take our existing residential generators, our existing C&I generators, our existing PWRcell storage devices and then some of our newer load management products that I talked about on the call today.

We're going to make all of those what we refer to as Enbala ready. And by doing that, in effect, we have an asset that can be much more strongly positioned with a much higher value proposition for an end user beyond -- well beyond just emergency standby in the case of our legacy products. And so again, I'm not answering your question directly, only because we're still kind of working through how do we want to speak to this? What is the potential? How easy or hard will it be to monetize that potential, right? And then what does that monetization look like for us specifically.

So I think in the end, one thing we are convinced about is we're going to be able to sell more assets, right? I mean the assets we sell today, we're selling a lot of assets today, primarily on the premise of emergency backup. If now those assets could be deployed as part of a virtual power plant or distributed grid and they have much more utility and value, suddenly, you take an asset like a home standby that doesn't have a payback for a homeowner. That's not why a homeowner buys it. And you turn it into something that could provide a payback for that homeowner if the generator were to be switched on by the Enbala network by a grid operator or an energy retailer several times a year, several hours a year, for the benefit of reducing the premium they pay on the open market when there are supply-demand imbalances on the grid. So it is a super exciting area for us and more to come, more to come from us on that and really looking forward to, again, our unique position with grid services.

---

**Operator**

Next question, Philip Shen from ROTH Capital.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Don't know what happened there. Yes. So I'll just ask 1 more and pass it on. But as it relates to the guidance, and I think you guys -- in terms of clean energy, last year, you did $115 million in revenue for clean energy. And I think you said that you expect that to be 50% to 75% higher in '21. So I just want to make sure that roughly $185 million, $90 million of revenue at a midpoint for clean energy in '21. And then as a kind of another topic there. I'll maybe finish that up, and then I'll come back on follow-up on clean energy.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, that -- I mean yes, but basically, you confirmed what we said in our prepared remarks, saw a large ramp in Q4, up 75% from Q3. And that momentum is going to continue into this year. And with the positive things we're seeing, we're showing -- we're talking 50% to 75% increase in '21 versus 2020.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Great. And we've heard some logistical issues on the storage side as you guys are ramping up and growing this business. Some of it has to do with ports and congestion and maybe certain installers when they're getting their goods. I mean maybe they get the battery, but they don't get the optimizer. They don't get the SnapRS or something. So can you talk about when you expect to resolve that friction, if you will, and if that may be limiting some of the growth. And in fact, once you solve that, do you think the growth could perhaps even accelerate?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. Phil, we think that those are largely behind us. We had some constraints, as you mentioned, logistics mainly. For a while there we're flying pieces and parts over-the-top of boats on the West Coast ports. We got a full inventory position now and everything we need. And we think that that's going to be -- going to give us a good start here to 2021. And it's certainly an important part of getting to that 50% to 75% growth rate that we're quoting for our expectations next year. So -- but supply chain is a constraint. It's a concern, a challenge, I would imagine, for most companies right now, like ours. It's -- every day is a new battle with something, right? I mean it's just -- it's hand-to-hand combat right now down in the trenches

13

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 201 of 650    Document 49

on trying to get pieces and parts from the supply chain all the way through into our warehouses and in the hands of our customers. So -- but particular things you're mentioning there, we've got behind us.

**Operator**

Next question Ross Gilardi from Bank of America.

**Ross Paul Gilardi** - *BofA Securities, Research Division - Director*

We're running out of superlatives for Generac on your performance. Congratulations. Can you speak at all to the size of the backlog for us? Or if you don't want to say the absolute number, just some sense of like how it compares to when you were exiting 2012 on the back of Sandy? And I'm just trying to get a better sense of the production versus the retail trends in home standby as they unfolded in 2020. It's hard to believe that as strong as the category it has been with you guys running above capacity that you've actually underproduced demand so materially. But just trying to understand those dynamics a little better.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. You're -- I'm right alongside you on that one, Ross. We have been making some major investments in our Whitewater facility, where -- which has been the primary center of gravity for manufacturing of those products. And those are investments, multiyear -- multi tens of millions of dollars that we've been putting in that facility to ramp production there. And honestly, we came into this year. We put a bunch of automation in that facility early in the year, even well before the pandemic hit. So we thought we were in pretty good shape. And then the demand curve has just been -- you talk about the loss of words and superlatives. Mike's running out of things in the stores here to -- every time we write these prepared remarks trying to figure out how else to describe what we're seeing because it's really something.

And I guess while we're not quoting a distinct number, I'll just get to the heart of it. At the end of the year, I think we said -- in Q3 call, we said our lead times on home standby generators were between 16 to 20 weeks. So pick the midpoint on that. So about 18 weeks is kind of where we exited the year at, if you ordered one. It was 18 weeks out. Today, we stand at about 20 weeks. So it's actually gone the wrong way on us. And that's -- again, we're at all-time daily records we're hitting every day at our facility there. That Trenton facility can't come online fast enough. It's -- I wish we had a better answer for people. Our customers are really patient.

I think the 1 thing that -- the 1 saving grace, if there is 1 here is this is a home improvement project. So people are somewhat acclimated to home improvement projects generally taking a long time. There's permitting involved. There's inspections involved. It's not just a kind of a one-and-done deal where you have something you order and then it gets shipped to your house. This is -- there's contractors involved and other authorities and jurisdictional authorities and things like that. So I think -- I'm not trying to say we have some cover for the longer lead times, but they get accepted to a degree. Lead times are long, but we don't see a ton of cancellations. It's a very sticky backlog.

To answer your question about as compared to when we exited 2012 into 2013 after Sandy, it's orders of magnitude higher, hundreds of millions. And it's a huge number. You can do some of the back of the envelope math. If you look at our HSB kind of pacing in Q4 and you kind of think about our normal lead times of 1 to 2 weeks and being out 18 at the end of the year and then that growing another 2 weeks. You can kind of model that out and probably arrive at some -- a range there of some thoughts around what the backlog might look like, but it's not an English word, but ginormous is one of the words we can use to describe it.

**Ross Paul Gilardi** - *BofA Securities, Research Division - Director*

All right. Good enough. And then can you talk a little bit more about the profitability in your clean energy business and with PWRcell? I mean you mentioned that you were profitable. I think that was an EBITDA comment, but I want to clarify that. And can you talk at all about the gross margins

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 202 of 650    Document 49



for your clean energy business? Where roughly will they be by the end of 2021 in comparison to your overall gross margin? And just how should we think of it more on like a 2 to 3-year basis as you continue to ramp?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. Ross, it's York. So yes, making very good progress on gross margin optimization, a lot of focus on the bill of material, a lot of focus on supply chain. And you're right. Leaving the year here in 2020, in Q4, we were profitable. That was a nice landmark or a milestone for the start-up business being profitable in Q4. But throughout 2021, yes, we do expect to ramp up our gross margins to somewhere in the mid-30% range. So that's relative what we do, almost 40%, I guess, high 30s here, gross margin for 2020. So close to the company average by the end of 2020 is the plan. And then obviously, we're going to be ramping up our operating expenses to really go fast after this market. So expecting EBITDA margins to grow throughout the year as well, along with gross margins, maybe hitting double digits there by the end of the year for EBITDA margins.

**Operator**

Next question from Mike Halloran from Baird.

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So just let's stay on the clean energy side. Maybe just an update on how distributor penetration is going on? I know, Aaron, you made some in the prepared -- comments on the prepared remarks. But more importantly, just some thoughts on the competitive dynamics. How you think the receptivity of your product in the marketplace is comparing to others? Obviously, very strong demand holistically. So more curious on the relative side for you and how you think that's tracking versus what your hopes were.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes, Mike. So making really good progress on the distribution front, if that's your question. I think in the prepared remarks, we said like, we trained over 4,200 energy, we call them, contractors. We sell kind of in a multiple of ways there into the channels, 2-step through electrical wholesalers, clean energy electrical wholesalers, and we also sell in some cases direct to large national partners like Sunnova, who's one of our partners -- a great partner of ours. And then we serve a number of other kind of larger, independent kind of long tail energy -- clean energy companies directly. So really made good progress, though. And it's been a -- I think it's -- 1 thing we learned with the home standby business is you really got to have a lot of points of light, especially in something that's growing, that's not as penetrated, right? And certainly, storage, it's a lot like the parallels there between home standby in terms of the early days of home standby 20 years ago and what storage looks like today are early similar.

Super low penetration rate, super low awareness, pretty expensive, kind of lacked kind of availability in terms of where you could access the product, market access. So we knew the road map we had to take to change that. So we've been really focused heavily on that here. And I think our sales and marketing efforts -- the efforts to put together sales processes for these channel partners and pass leads to them, right? I mean 1 of their barriers to growth has always been customer acquisition costs. And here we are giving our channel partners leads for free. We're paying. I mean they're not free. Of course, we're spending millions and millions on advertising to drive the leads into our hands, but we're giving them to our channel partners so that they can see -- they can have success because if they have success, we have success. It's a symbiotic relationship. So again, I don't know if I'm getting to the heart of your question, but really focused on building out that distribution network.

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So more I think on along the lines of when you think about what you're doing in the market, everyone is growing. Do you think you're getting your fair share, more than your fair share? And how do you think the competitive offering stacks up?

15

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. So I think the 1 thing that we've done is we're basically going to market from a differentiated standpoint. The way we differentiate is we focus on whole home backup, whole home power capability, right? So we have the largest inverter in the industry, which allows for more to be connected to the system at any 1 point in time, right? So people we compete with have smaller inverters, and therefore, the capacity constraints that are -- that manifest as a result of that mean that you can't take everything in your home and try and run it at the same time. There's just serious limitations to that if you have a smaller inverter. So one of the reasons we really like the Pika Energy system is it had a very high capacity inverter. And also the battery cabinets and the battery capacity -- we believe we have one of the largest capacity availabilities in the industry.

So you get longer duration. Then if the outage lasts more than 4 hours, 8 hours, you start to run into trouble, but we definitely can do quite a bit with the current size of the system. So that's our -- that's how we differentiate. Are we getting our fair share? I think so. I mean, we're growing very quickly. You can look at growth rates from others who are in this industry, how they describe their own growth in Q4 in clean energy and in particular around storage, right, if we just want to focus on that. And I would say our 75% growth rate is best-in-class, at least for those companies that have talked about it openly. So we feel like we're making good headway. We feel like we're building the brand in the space there, adding the distribution. And as I said on the prepared remarks, we've got a huge pipeline of really cool new stuff coming that I think is going to only continue to separate us from the pack here as the market grows.

**Operator**

Next question Christopher Glynn from Oppenheimer.

**Christopher D. Glynn** - *Oppenheimer & Co. Inc., Research Division - MD & Senior Analyst*

A lot of the stuff has been asked. Just wanted to kind of go into the splits, first half, second half, 48-52. How should we think about the residential and the C&I relative to that 48-52? Do they both kind of track that? And part of the impetus for the question is you've talked about Trenton hitting kind of max capacity later in the year in the second half. It sounded like you were talking about actual utilization, not just its ability to be online.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, I think the first part of your question, I would say that both resi, C&I would probably follow similar trends in that 48-52. And I don't know if your second question was around that -- the 75% increase in capacity, right? That's a capacity number. It doesn't necessarily mean that's where we'll be at in the building by the end of the year. But we haven't given that number out.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

We hope to have the capability to be at full utilization by the end of the year, should we need it. I think that's the answer to the question.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

That's a good point.

**Operator**

Next question Jed Dorsheimer from Canaccord Genuity.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 204 of 650    Document 49



**Jonathan Edward Dorsheimer** - *Canaccord Genuity Corp., Research Division - MD & Analyst*

Yes. Great job all the way around. So Aaron, just if I think about resiliency and efficiency, I think, most people and investors tend to think, well, both are positives, but many don't realize that you're diametrically opposed between resiliency and efficiency. So as you think about the business and kind of climbing that efficiency, but also where there's freely available resilient -- that parabolic curve, if you will. If we think about Home as a Sanctuary, it seems like we're sort of in that first order, which is I've got a rolling blackout and so -- or I've got a storm or a fire that hit. And so I don't want that to happen again. So I want to make my home more resilient. But when you think broader sort of away from the coast, and you look at the policy that's being pushed out right now in terms of the -- for decarbonization, it seems like there's a much bigger play here in terms of that discussion along resiliency and efficiency where even these great results are kind of first inning type stuff. I'm just curious how you're thinking about that.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes, absolutely, Jed. I mean we -- when you look at -- I would take our -- start with our legacy business, right, which we've been focused on for over 60 years. And it's about emergency backup. And an emergency backup system is -- frankly, it's about cost, right? It's about first piece cost and what that system is capable of in terms of output, right? And so efficiency rarely, if ever, comes into the consideration, right, for a homeowner or even a business owner for that matter. It's -- what's the cost of the system? What is my potential loss during an outage and how long could I run if I needed to, right? And so the efficiency was never really a consideration. Of course, we're concerned about things like that. In fact, I might point out. One of the reasons we've been able to successively go larger with like our air-cooled solution, as an example, we introduced the 24 kW air-cooled unit, is because we did focus on efficiency, right?

We looked at the internal workings of the machine itself, both at the engine and at the alternator and made some design changes that allowed us to get a more efficient connected output to convert the mechanical energy to electrical. So that was an example where it's allowed us to position with the industry's leading product line. Now thinking forward, you're right. As you think about a distributed energy network or you think of the Grid 2.0 or 3.0, depending on your viewpoints on what you want to call it, I think that the new grid, this changing energy landscape, it's about a focus on decarbonizing, digitizing, right, and decentralizing, right, the 3Ds of that transition and that transformation that's underway. And so efficiency does play an important role there.

But that being said, I think that the ability, though, to take an asset, which was primarily viewed only in the context of resiliency and for an emergency duty and to use it more frequently for peak times, right? If you want to think about peak times, there is a significant benefit to that when you think about that machine's usefulness over its life, right? So as it sits there today, a machine delivered for emergency backup only, will run a very limited amount of time in its life. That machine is fully capable of running much more. But unless it's called upon, it doesn't. And so -- but with the Enbala platform and with the idea of expanding grid services, it could be put into that type of mode. And that's an exciting advancement as we talked on the prepared remarks and then on some of this Q&A.

And I think we are very early in the innings in this transformation. And as I said before, I think one of the really interesting things as we look across what's going on in our business today. All the demand for home standby is about resiliency, primarily, right? And so most of those customers who are buying a home standby today are clamoring for 1 really aren't even thinking about that, that could be used in a different way. We're going to be educating people that it could. And I think that's going to open up even more opportunity and potential with the category, those existing categories, the legacy products. And that's what makes it so exciting, I think, because again, we just -- we think that the added value prop, the improved value prop of those products is going to help us sell a lot more of them.

So I think that's why when you think about where this is going and our unique position as the asset manufacturer coming at this, right? I think a lot of others in this industry that we're competing against have come at it from maybe the software aspect or maybe the clean energy aspect. We're coming at it from an asset production aspect. And we're saying, let's enable those assets to do a lot more because we know they can. And by the way, the majority of those assets, they're natural gas fired. So they're very clean in terms of the overall carbon footprint. So it's just -- we think it's just a really good setup.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 205 of 650    Document 49

**Operator**

Last question Jerry Revich from Goldman Sachs.

---

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Aaron, I'm wondering if you could talk about the backwards compatible nature of the WiFi connected assets that you have in the field now. So going forward into this future vision of the grid that you folks laid out, will you be able to take the gensets that are being installed today that are WiFi connected and connect them to the Enbala network? Can you talk about that? And separately, I'm wondering if you can talk about the momentum that you have in sign-ups of new points of light, if you will, for your PWRcell distribution. Can you just quantify what that pipeline looks like for you? How many points of light do you think you're adding per month at this point?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. So we talk about power partners. And again, because we're selling, in some cases, 2 step, right? So we're selling the contractors there. So on the clean energy part of your question, Jerry, that really is -- it's about -- I think we're up to 700. We've got a bunch of them in the pipeline as well.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

They're using our CE lead gen systems.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Correct. Correct. And then the first part of your question on the connectability. So we've got 2 million home standbys in the field. I'll just focus on residential because I think it's a little bit easier to get our arms around the answer of the question. And frankly, the numbers are just big. 2 million machines that we put out in the field over the last, call it, 20, 25 years. Starting with the products in 2008, those versions of products, those are connectable through our WiFi solutions. Starting in, I think it was 2018, they began coming out of the box as standard with WiFi connectability. But the 10 years of product -- the generation of product previous to that, you can buy a device from us, an accessory device to make those connectable. That represents about 1.5 million of the 2 million going from 2008 forward. So think about -- in terms of ease of connectability, you can still connect the previous generation products, the 500,000 are out there.

It's just a little bit harder. The software and the hardware is a little more complicated. Those machines are older and that it's quite -- obviously, they've been out in the market for some time, anything pre 2008. These machines have a life cycle of 15 to 20 years. So now just taking this 1 step further, what we have on our WiFi and cellular platforms today is about 0.25 million machines that are actively talking to us every day. So I think that's pretty exciting. I mean you just look at the scale of that, 0.25 million since really, 2018, the number of machines that are out there. That's pretty meaningful. We haven't really talked about that. So that's kind of an important data point that we haven't given before.

But -- and it's rapidly growing. And we have -- there's obviously subscription revenues to some of the services. We do it. Some of them are sold through our channel partners. We call them fleet subscriptions. Some of them are just consumer subscriptions. It's actually a pretty cool business. And it's growing quite nicely. But what's really important about that is those machines -- those, call it, earlier machines for the most part, you're just talking about a software update, right? And all of those machines today, by the way, everything that's been coming out standard since 2018, you can do over-the-air updates with the firmware and software, which is awesome. So any new features like the Enbala platform, we can send it across the airwaves as an update to that equipment. So that's pretty powerful stuff.

It's not unlike what you're hearing from others out there in different industries. We have that capability. We thought that, that was going to be really important for us to make sure that was in the technology road map here and the technology stack, and it is. So anyway, kind of, bringing it to closure, though. There's a -- this is actively ramping. There's a lot of machines out there that we're getting data from and that we can enroll in those platforms. And then going forward, the road map we want to make Enbala standard, much the same as we made WiFi connectable technology

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 206 of 650    Document 49



standard in 2018. We believe that every machine by the end of this year, every home standby shipping we'll have, it will be Enbala ready, if you will.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And storage devices as well.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. And our storage devices as well.

---

**Operator**

There are no further questions. Mike Harris, do you have any closing comments?

---

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

We want to thank everyone for joining us this morning. We look forward to discussing our first quarter 2021 earnings results with you in late April. Thank you again, and goodbye.

---

**Operator**

Ladies and gentlemen, this concludes today's conference call. Thank you all for participating. You may now disconnect. Have a good day.

---

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# EXHIBIT 5

# REFINITIV STREETEVENTS
## EDITED TRANSCRIPT
### GNRC.N - Q1 2022 Generac Holdings Inc Earnings Call

EVENT DATE/TIME: MAY 04, 2022 / 2:00PM GMT

**OVERVIEW:**

GNRC reported 1Q22 net sales of $1.14b, GAAP net income for Co. of $114m or $1.57 per diluted share, adjusted net income for Co. of $135m or $2.09 per share. Expects 2022 YoverY reported net sales growth to be 36-40%.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 209 of 650    Document 49

## CORPORATE PARTICIPANTS

**Aaron P. Jagdfeld** *Generac Holdings Inc. - Chairman, President & CEO*

**Michael W. Harris** *Generac Holdings Inc. - VP of Corporate Development & IR*

**York A. Ragen** *Generac Holdings Inc. - CFO & CAO*

## CONFERENCE CALL PARTICIPANTS

**Blake Stuart Keating** *William Blair & Company L.L.C., Research Division - Research Analyst*

**Jeffrey David Hammond** *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

**Jerry David Revich** *Goldman Sachs Group, Inc., Research Division - VP*

**Kasope Oladipo Harrison** *Piper Sandler & Co., Research Division - Research Analyst*

**Maheep Mandloi** *Crédit Suisse AG, Research Division - Associate*

**Mark Wesley Strouse** *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

**Michael Patrick Halloran** *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

**Philip Shen** *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

**Ross Paul Gilardi** *BofA Securities, Research Division - MD in Equity Research*

**Thomas Allen Moll** *Stephens Inc., Research Division - MD & Analyst*

## PRESENTATION

**Operator**

Good day, and thank you for standing by. Welcome to the First Quarter 2022 Generac Holdings Inc., Earnings Conference Call. (Operator Instructions) Now it is my pleasure to hand the conference over to your first speaker today, Mike Harris, Vice President, Corporate Development and Investor Relations. Thank you. Please go ahead.

---

**Michael W. Harris** *- Generac Holdings Inc. - VP of Corporate Development & IR*

Good morning, and welcome to our first quarter 2022 earnings call. I'd like to thank everyone for joining us this morning. With me today is Aaron Jagdfeld, President and Chief Executive Officer; and York Ragen, Chief Financial Officer.

We will begin our call today by commenting on forward-looking statements. Certain statements made during this presentation and other information provided from time to time by Generac or its employees may contain forward-looking statements and involve risks and uncertainties that could cause actual results to differ materially from those in these forward-looking statements. Please see our earnings release or SEC filings for a list of words or expressions that identify such statements and the associated risk factors.

In addition, we will make reference to certain non-GAAP measures during today's call. Additional information regarding these measures, including reconciliation to comparable U.S. GAAP measures, is available in our earnings release and SEC filings. I will now turn the call over to Aaron.

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

Thanks, Mike. Good morning, everyone, and thank you for joining us today. We experienced another all-time record in shipments during the first quarter as net sales, adjusted EBITDA and adjusted EPS were all ahead of our previous expectations.

2

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 210 of 650    Document 49



The revenue outperformance was primarily driven by continued progress on our capacity expansion plans and effective management of a challenging supply chain environment. This led to higher-than-expected shipments of home standby generators, PWRcell energy storage systems and C&I products globally.

The higher revenues drove adjusted EBITDA dollars, which were also ahead of our prior expectations, despite elevated input costs resulting in lower-than-expected margins in the quarter. Demand for our products also exceeded our expectations for the quarter, resulting in an increase in overall backlog from the end of 2021, with the home standby backlog remaining significant and providing us with considerable visibility in the quarters ahead.

Year-over-year, overall net sales increased 41% to $1.14 billion and also grew sequentially from the fourth quarter of 2021, which was the previous all-time record. We continue to experience robust and broad-based growth across the business with each of our residential and C&I product classes and Domestic and International reporting segments, all growing at incredibly strong double-digit rates as compared to the prior year on an as-reported basis.

Strong momentum in core sales, which excludes the impact of acquisitions and foreign currency, continued in the quarter with 33% growth over the prior year, led by our residential product category. Overall, residential sales growth was again driven by a substantial increase in shipments of both home standby generators and PWRcell energy storage systems as well as the impact from recent acquisitions.

The C&I sales increase was led by our mobile and telecom channels domestically, growth across all regions internationally and the contribution from recent acquisitions. Adjusted EBITDA margins of 17.3% were lower year-over-year, primarily due to the impact of higher input costs, driven by ongoing supply chain challenges and the overall inflationary environment. Partially offsetting those cost headwinds were the increasing impact of multiple pricing actions implemented over the past year, favorable sales mix and the early impact of product cost reduction initiatives.

Importantly, we expect growing realization of the previously announced price increases as 2022 progresses as well as incremental favorable margin impacts from additional pricing actions, which were enacted during the second quarter, further execution on cost reduction projects and easing input cost headwinds, resulting in sequentially improving margins throughout the year.

Now discussing our first quarter results in more detail. Shipments of home standby generators in the first quarter grew at an exceptionally strong rate over the prior year and continues to benefit from the convergence of multiple megatrends that have significantly increased consumer awareness for the category. Power outage activity, as measured on a rolling 4-quarter basis, at the end of the first quarter was approximately in line with the long-term baseline average. And early forecast for the upcoming hurricane season are pointing to another year of above-average activity.

As discussed previously, home consultations faced a challenging comparison with the prior year due to the high-profile Texas winter storm event and several significant outages in other states in the first quarter of last year, but were in line with our expectations for the quarter. For some perspective, home consultations during the first quarter were nearly 3x higher than the levels seen in the first quarter of 2020, reinforcing our view that demand for the home standby category has once again achieved and held a new and higher baseline level.

Activations, which are a proxy for installs, continued to grow at a solid rate compared to the prior year, led by the South Central and Midwest regions. We ended the quarter with over 8,100 residential dealers, an increase of more than 400 dealers over the past 12 months.

We made better-than-expected progress increasing production levels for home standby generators as daily build rates at our Wisconsin facilities further increased over prior year levels, and build rates continue to aggressively ramp sequentially at our new Trenton, South Carolina facility.

Higher output levels are driving an important -- an improvement in lead times, which have been declining, to approximately 20 weeks from the approximately 27 weeks at the end of 2021. Despite the ongoing improvements in build rates and lead times, home standby backlog remains well above $1 billion. While build rates are projected to further increase throughout the year, we still expect to carry a meaningful portion of this backlog into 2023 even without the benefit of a major outage event in our forecast.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 211 of 650    Document 49**

In response to higher inflationary pressures, we're also taking additional pricing actions in the home standby category in the second quarter, and we expect to realize the benefit of these additional increases primarily during the second half of 2022. New orders now reflect this higher pricing, and orders in backlog will also see a price increase effective June 1. In addition to the several pricing actions we've taken, significant cost reduction initiatives and moderating input costs are expected to further benefit margins for the product category moving forward.

Our Clean Energy products contributed meaningfully to overall growth in the first quarter as shipments of our PWRcell energy storage systems grew significantly from the prior year period, as our team successfully navigated industry-wide supply chain and logistic challenge.

Supporting this rapid growth is the continued build-out of our installer network as we ended the first quarter with more than 2,600 trained and certified dealers with approximately 1,100 registered on our PowerPlay sales platform. In response to rising input and expedited logistics costs, we've also recently implemented additional price increases for our Clean Energy products.

In spite of policy-related uncertainty in the near term, we believe the megatrends and secular growth drivers underpinning consumer demand for residential Clean Energy solutions is as compelling as ever. We remain very optimistic about the new and innovative product offerings we're bringing to market in 2022, including our new PV microinverter product offering called the PWRmicro, which has continued to receive significant prelaunch interest from our channel partners.

In addition, our recently launched PowerManager load control device has garnered positive feedback in the market. And we expect this industry-leading innovative product to further strengthen our position within the residential energy storage market. We are still expecting Clean Energy revenue growth well above 50% for the full year, with continued strength in PWRcell energy storage systems along with contributions from the initial rollout of new products.

I'd now like to provide a quick update on ecobee. We're seeing good progress in developing cross-selling opportunities for ecobee's hardware solutions with Generac's retail and wholesale partners. Longer term, we're pursuing opportunities with residential and Clean Energy dealers as well as working to leverage ecobee's existing HVAC dealer base to sell Generac products. In the smart thermostat product category, the ecobee brand resonates well with consumers, and we have exciting new product introductions coming here in the second quarter.

Additionally, ecobee's dedicated energy services team has seen a number of wins with several utilities and grid operators, including a recently announced demand response program with a local utility provider in Colorado. This is a simple but important example of a program that can be replicated across the country, which allows for the adjustment of ecobee smart thermostats during periods of high demand, resulting in energy conservation, financial benefits for homeowners and improved grid stability.

We're also seeing promising commercial developments between ecobee and Generac Grid Services, with utilities having an increasing interest in ecobee's product offerings. The Generac Grid Services and ecobee sales teams are jointly bidding on projects. And this collaboration offers significant growth potential in a large and rapidly expanding market by leveraging ecobee's growing installed base of more than 2 million connected homes.

Our ability to increase our share of the value stack of a Grid Services program is also improving the economics and payback for homeowners, which has the potential to improve demand for ecobee hardware as well as participation in Grid Services programs.

Expanding a bit more on Generac Grid Services. The team is executing on its strategic vision and has an increasingly impressive and diverse sales pipeline that includes expanding the cross-selling of Generac equipment, along with other opportunities beyond Software-as-a-Service contracts, driven by our unique hardware plus software plus services value proposition. Generac Grid Services also experienced strong growth during the quarter in key metrics such as connected assets under management. And we signed and closed a number of important Software-as-a-Service, turnkey and performance contracts.

In addition, a growing proportion of hardware orders, including home standby generators and PWRcell energy storage systems, along with other contracts in the final stages of negotiation, have improved our line of sight for a significant ramp in this business during 2022.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 212 of 650    Document 49



Importantly, the Generac Grid Services team is making great progress integrating Generac's products on to the Concerto software platform to create complete solutions for utilities and grid operators. We are excited about the economic and societal value of these opportunities as we work to facilitate the decentralization, the digitization and the decarbonization of the power grid.

Now let me make some comments on our C&I products, which also grew rapidly in the first quarter, with strength across multiple end markets and geographies. Specifically, global C&I net sales increased 38% on an as-reported basis and 24% on a core basis as compared to the prior year. Strong growth in net sales for domestic C&I products in the first quarter was led by national telecom and rental equipment customers as well as growing demand for our natural gas generators used in applications beyond traditional emergency standby projects.

We also have a substantial backlog for C&I products, which increased further during the first quarter, supporting our expectations for solid growth to continue in the category. Shipments of C&I stationary generators through our North American distributor channel grew again in the first quarter, and improving close rates helped drive growth in orders and backlog in this channel.

Shipments to national telecom customers increased significantly during the first quarter as compared to the prior year, benefiting from elevated levels of capital spending by several of our larger telecom customers. The catalyst for the investment in backup power in this important vertical continues to be driven by the elevated power outage environment over the last several years, the power security mandate in California and the growing number of connected wireless devices alongside the build-out of high-powered and increasingly critical 5G communications infrastructure.

We also experienced very strong growth with our national and independent rental customers this quarter. These customers are investing heavily in fleet equipment. And we remain optimistic about the long-term demand outlook for mobile products, given the megatrend of the critical need for infrastructure improvements and recently passed legislation supporting infrastructure spending.

We're also very excited about the opportunity to bring our mobile energy storage solutions, which we recently added through the Off Grid Energy acquisition in the U.K. to the North American market in 2022. And we have already seen meaningful order activity from key domestic channel partners for these products.

Additionally, we're experiencing significant momentum in project wins for our natural gas generators used in applications beyond traditional standby power generation such as their use in Energy-as-a-Service, microgrid solutions and other distributed generation projects. A diverse range of customers from national and regional commercial accounts to municipalities and beyond are showing substantial interest in these solutions.

We believe this demand is being driven by the need for enhanced resiliency and grid stability that these larger blocks of power offer for grid operators while simultaneously providing a tangible and meaningfully improved return on investment for the asset owners.

Strong momentum also continued in our International segment as well, with shipments increasing 49% year-over-year on an as-reported basis during the first quarter, with 27% core net sales growth when excluding the benefit of the Deep Sea and Off Grid Energy acquisitions and the unfavorable impact of foreign currency. The core sales growth was driven by strength across all regions, most notably in Europe and Latin America. Overall demand remains very strong across our International segment, with backlog further increasing since our fourth quarter earnings call.

The European region is seeing particularly strong demand for portable generators, mobile products and C&I generators, due in part to the Russian invasion of Ukraine. In the near term, a heightened focus on energy independence and security has emerged in the region. But longer-term implications of the conflict remain uncertain, given the troubling and very fluid nature of the situation.

In addition to strong core growth, our recent international energy technology acquisitions, Deep Sea Electronics and Off Grid Energy, reported impressive results in the first quarter. Numerous sales synergies are developing for Off Grid Energy's mobile storage systems through Generac's global distribution footprint, resulting in incremental demand in new geographies and driving significant backlog for these products. We have also begun additional product development projects within the mobile storage category to significantly expand the power capacity range of the product lineup.

5

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 213 of 650    Document 49

Global demand for Deep Sea's controls and automation products at are at all-time highs. And order intake has surpassed our previous expectations. With respect to synergies, we are further embedding Deep Sea controls and technology into our legacy C&I products globally. Additionally, Deep Sea provides important capabilities that are core to the growth of our portfolio of our portfolio grid-connected Energy-as-a-Service and microgrid solutions.

Our International segment has also experienced much stronger profitability despite inflationary headwinds and supply chain challenges. First quarter adjusted EBITDA margins expanded to 15.2% from 6.2% in the prior year period due to the accretive margin profiles of the Deep Sea and Off Grid acquisitions, improved overhead absorption and better operating leverage on significantly higher volumes.

In closing today, I'm extremely proud of Generac team's efforts in delivering record sales -- record net sales results and navigating the difficult operating environment to deliver overall results that exceeded our previous expectations. We'll be discussing in detail our 2022 forecast update during the outlook portion of our prepared comments this morning. But in short, we're raising our net sales guidance for full year 2022 and maintaining our overall guidance for adjusted EBITDA dollars, which reflects the visibility provided from our increased backlog and confidence in our ability to execute.

Supply chain challenges and the overall inflationary environment have persisted, but we believe we've also taken appropriate measures to offset these ongoing headwinds. While we are tactically executing on our near-term initiatives, we remain focused on the longer-term megatrends for our business and their alignment with the strategic pillars of our Powering a Smarter World enterprise strategy.

As we execute on our strategic plan, we're building out an ecosystem of connected energy technology solutions for both the residential and C&I markets to address the challenges faced by the aging electrical grid and the serious supply and demand imbalances that are developing. We remain confident and squarely focused on building out the solutions portfolio as the modernization of the power grid is expected to significantly expand our addressable markets and ultimately lead to further growth opportunities for our business in the years ahead.

I now want to turn the call over to York to provide further details on our first quarter 2022 results and our updated outlook for 2022. York?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Thanks, Aaron. Looking at first quarter 2022 results in more detail. Net sales increased 41% to $1.14 billion during the first quarter of 2022, another all-time record, as compared to $807 million in the prior year first quarter. The combination of contributions from acquisitions and the unfavorable impact from foreign currency had an approximate plus 7% impact on revenue growth during the quarter.

Briefly looking at consolidated net sales for the first quarter by product class. Residential product sales grew to $777 million as compared to $542 million in the prior year, representing a 43% increase despite a strong prior year comparable. Contributions from the ecobee and Chilicon acquisitions and the impact of foreign currency contributed approximately 5% of revenue growth for the quarter.

Home standby generator sales made up the majority of the residential product core sales growth, increasing by approximately 50% over the prior year as we continue to expand production capacity for these products. Shipments of PWRcell energy storage systems also grew at a significant rate as compared to the prior year as the U.S. residential solar plus storage market continues to grow and as we expand our distribution network for our Clean Energy solutions.

Partially offsetting this strength, portable generators faced a tough prior year comparison due to the significant outages caused from the severe winter storm impacting several states in the first quarter of 2021, including the high-profile Texas winter storm event.

Commercial and industrial product net sales for the first quarter of 2022 increased 38% to $279 million as compared to $202 million in the prior year quarter. Contributions from the Deep Sea and Off Grid acquisitions and the unfavorable impact of foreign currency had a net positive impact of approximately 13% on net sales growth during the quarter.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The very strong core revenue growth was broad-based, driven by growth across all regions, highlighted by robust telecom and rental volumes. Net sales for the other products and services category increased 28% to $80 million as compared to $63 million in the first quarter of 2021. Contributions from acquisitions and the impact of foreign currency contributed approximately 8% of revenue growth during the quarter.

Strength in aftermarket service parts continues to be a key driver of the core sales growth in this category due to the heightened power outage activity in recent years and a larger and growing install base of our products in the field, which is also leading to higher levels of extended warranty revenue. Also contributing to the increase were continued growth in our services offering in certain parts of our business and higher Grid Services subscription revenue.

Gross profit margin was 31.8% compared to 39.9% in the prior year first quarter as the challenging supply chain and overall inflationary environment drove higher input costs during the quarter. Specifically, the lagging impact of elevated commodity prices and other component surcharges, higher inbound logistics and expediting costs, increased labor rates and continued plant ramp-up costs all pressured margins in the current year quarter. The increasing realization of multiple price actions previously implemented and favorable sales mix partially offset these margin headwinds.

Operating expenses increased $73 million or 55% as compared to the first quarter of 2021. This increase was primarily driven by the impact of recurring operating expenses from recent acquisitions together with the increase in intangible amortization expense. In addition, higher employee costs and additional variable expenses from the significant increase in sales volumes also contributed to the increase.

Operating expenses as a percentage of revenue, excluding intangible amortization, increased approximately 50 basis points as compared to the prior year period due to the impact of recent acquisitions that have a higher operating expense load relative to sales, given their start-up nature.

Adjusted EBITDA, before deducting for noncontrolling interest, as defined in our earnings release, was $196 million or 17.3% of net sales in the first quarter as compared to $214 million or 26.5% of net sales in the prior year. The decline in EBITDA margin was driven by the previously discussed decline in gross margins.

I will now briefly discuss financial results for our 2 reporting segments. Domestic segment sales increased 39% to $965 million in the quarter as compared to $693 million in the prior year, with the impact of acquisitions contributing approximately 5% of the revenue growth for the quarter. Adjusted EBITDA for the segment was $170 million, representing a 17.7% margin as compared to $207 million in the prior year or 29.9% of net sales.

The lower Domestic EBITDA margin in the quarter was primarily due to significantly higher input costs and the impact of acquisitions, partially offset by the increasing realization of previously implemented pricing actions and favorable sales mix.

International segment sales increased 49% to $171 million in the quarter as compared to $115 million in the prior year quarter. Core sales, which excludes the impact of acquisitions and currency, increased approximately 27% compared to the prior year. Adjusted EBITDA for the segment, before deducting for noncontrolling interest, was $26 million or 15.2% of net sales as compared to $7.1 million or 6.2% of net sales in the prior year.

The significant expansion in International EBITDA margins was primarily due to strong margin contributions from the Deep Sea and Off Grid Energy acquisitions and improved overhead absorption and operating leverage on the significantly higher sales volumes.

Now switching back to our financial performance for the first quarter of 2022 on a consolidated basis. As disclosed in our earnings release, GAAP net income for the company in the quarter was $114 million as compared to $149 million for the first quarter of 2021. GAAP income taxes during the current year first quarter were $28.6 million or an effective tax rate of 19.7% as compared to $35.4 million or an effective tax rate of 19.1% in the prior year.

The year-over-year increase in effective tax rate was primarily due to a lower discrete benefit from equity compensation in the current year quarter as compared to the prior year. The effective tax rate in the first quarter is seasonally below our full year 2022 guidance, due primarily to the timing of vesting of certain equity awards and the related benefit recognized for tax purposes.

7

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**

Diluted net income per share for the company on a GAAP basis was $1.57 in the first quarter of 2022 compared to $2.33 in the prior year. Adjusted net income for the company, as defined in our earnings release, was $135 million in the current year quarter or $2.09 per share. This compares to adjusted net income of $153 million in the prior year or $2.38 per share. As disclosed in our reconciliation schedules in our earnings release, our adjusted net income and EPS for the current year no longer adjusts for cash taxes due to the expiration of our significant tax shield that originated from our LBO transaction in 2006.

Cash flow from operations was negative $10 million as compared to positive $153 million in the prior year first quarter. And free cash flow, as defined in our earnings release, was negative $37 million as compared to positive $126 million in the same quarter last year. The decline in free cash flow was primarily due to a much higher working capital investment in the current year quarter.

The higher working capital investment was primarily driven by seasonal inventory build for certain product categories, increasing production rates and further increases in inventory levels due to the challenging supply chain environment and extended logistics in-transit times.

As of March 31, 2022, we had approximately $500 million of liquidity, comprised of $206 million of cash on hand and $290 million of availability on our ABL revolving credit facility, which matures in May 2026. Also, total debt outstanding at the end of the quarter was $1.09 billion, resulting in a gross debt leverage ratio at the end of the first quarter of only 1.3x on an as-reported basis.

In addition, recall our term loan doesn't mature until December 2026. We do not have any required principal payments on this facility until the maturity date, and it has a low cost of LIBOR plus 175 basis points. We also have interest rate swap arrangements that fix our interest rate exposure on approximately $500 million of this debt through the maturity date of December 2026.

With that, I will now provide further comments on our updated outlook for 2022. As Aaron previously discussed, our strong execution and ability to maneuver through this challenging supply chain environment allowed us to exceed shipment expectations during the first quarter of 2022. In addition, the higher-than-expected inflationary environment that has manifested over the last couple of months has required us to implement another round of price increases here in the second quarter of 2022.

As a result of these factors, we are raising our top line guidance for full year 2022 as net sales are now expected to increase between 36% to 40% as compared to the prior year on an as-reported basis, which includes an approximate 5% to 7% net impact from acquisitions and foreign currency. This is an increase from the previous guidance of net sales growth between 32% to 36%.

This revenue outlook now assumes shipments of residential products increase at a mid- to high 40% rate during 2022, up from prior expectation for a low 40% rate. And revenue for C&I products is still expected to grow at a high-teens rate compared to the prior year despite larger-than-expected FX headwinds.

Importantly, this guidance still assumes a level of power outage activity during the year in line with the longer-term baseline average. As a result, consistent with our historical approach, this outlook does not assume the benefit of a major power outage event during the year. Given we still expect to be producing at full capacity for home standby generators throughout the year, the upside of a major power outage would be more limited to incremental portable generator shipments during 2022, meaning any extra lift for home standby generators from a major power outage would most likely result in incremental revenue in 2023.

As we ramp capacity and our supply chain for home standby and Clean Energy products and as incremental price realization kicks in over the remainder of the year, we're expecting quarterly revenue to increase sequentially over the next couple of quarters, with net sales in the first half approaching 47% weighted as a percent of full year sales.

Looking at our gross margin profile. As we have discussed at length, cost pressures have continued to impact our profitability thus far in 2022. We expect first quarter 2022 to be the peak of this year-over-year price/cost headwind. As price realization has a more meaningful positive impact on our gross margins, certain inflationary pressures progressively ease for the remainder of the year and as the benefits of our focused cost reduction initiatives further materialize.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 216 of 650    Document 49

As a result of these factors, we expect quarterly gross margin percent to increase sequentially throughout 2022, with fourth quarter gross margins expected to recover back to first quarter 2021 levels in the 40% range. This would result in gross margin percent for the full year 2022 to be approximately in line with 2021 levels.

Looking at operating expenses as a percent of sales. Excluding amortization expense, we expect full year 2022 OpEx percent to increase approximately 100 basis points compared to full year 2021, primarily due to the impact of recent acquisitions that have a higher operating expense load relative to sales given their start-up nature.

Adjusted EBITDA margins for the full year 2022 before deducting for noncontrolling interests are now expected to be approximately 21.5% to 22.5% compared to the previously expected range of approximately 22% to 23%. The additional price increases required to offset the higher-than-expected inflationary pressures are resulting in this modest EBITDA percent dilution from previous expectation. Importantly, the midpoint of this guidance range would result in adjusted EBITDA dollars in line with our previous guidance.

From a seasonality perspective, adjusted EBITDA margins are projected to improve significantly as we move through the year, primarily driven by improving gross margins as previously discussed. We expect that the first quarter marked the low point for adjusted EBITDA margins for the year, with the progression of sequential improvement approximately level-loaded by a quarter, resulting in fourth quarter 2022 adjusted EBITDA margins returning to the 26% range, similar to Q1 2021 levels.

Several additional guidance items that we provide to assist with modeling adjusted earnings per share and free cash flow also require updating for the full year 2022. Our GAAP effective tax rate is now expected to be between 23% to 24% for the remaining quarters of the year, resulting in a full year 2022 GAAP effective tax rate of approximately 23%. This compares to our previous full year 2022 guidance of 24% to 25%. This decrease is driven primarily by the higher-than-expected equity compensation deduction in the first quarter as well as lower state income taxes expected during the full year 2022.

For full year 2022, we now expect interest expense to be approximately $42 million to $44 million, an increase from the previous guidance of $41 million to $43 million, reflecting higher than previously expected levels of LIBOR rates throughout 2022, while still assuming no additional term loan principal payments during the year.

Depreciation expense is now forecast to be approximately $54 million to $56 million in 2022, given our assumed CapEx guidance, as compared to $56 million to $58 million previously expected. GAAP intangible amortization expense in 2022 is now expected to be at the high end of the previously expected range of $95 million to $100 million. Stock compensation expense is expected to be between $32 million to $34 million for the year.

As a result of these updated guidance items in our first quarter performance, net income as a percent of sales is expected to be similar to our prior guidance. Our full year weighted average diluted share count is expected to be approximately 65.0 million to 65.5 million shares. Our capital expenditures are still projected to be approximately 2.5% to 3% of our forecasted net sales for the year.

For full year 2022, operating and free cash flow generation is still expected to follow historical seasonality and be disproportionately weighted toward the second half of the year. Given the very strong organic sales growth expected during 2022, we still expect the conversion of adjusted net income to free cash flow to be approximately 70% to 80% for the full year as a portion of cash flows will be invested in working capital to support this growth.

Finally, this updated 2022 outlook does not reflect potential additional acquisitions or share repurchases that could drive incremental shareholder value. This concludes our prepared remarks. At this time, we'd like to open up the call for questions.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 217 of 650    Document 49

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Your first question comes from the line of Mike Halloran with Baird.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So can we just dig into the home standby side a little bit? Obviously, you seem pretty comfortable with the in-home consultations and the consultations in general being in line with your expectations. But backlog came down. How much of that is a comment on demand coming in a little bit versus your capacity ramping to cover some of that incremental backlog? And maybe just what you're seeing in the channel in general from a customer demand perspective at this point, book-to-bill or anything like that?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Mike, I think I'd point to a couple of things that we talked about in the prepared remarks, and I'll give you a little bit more color around it beyond that. So the HSB backlog did come down as projected. Our demand was in line with our expectations. So IHCs, I think in our prepared remarks, we said they were 3x the 2020 Q1 levels.

So they're significantly elevated when you look past the Texas event last year, which is just -- was a very unique set of circumstances. And none of our guidance contemplated that reoccurring nor does any of our guidance contemplate any major events happening this year. So if something does happen, we're going to obviously end the year with even greater demand than we project at this point.

On the execution side of things, we did execute better than we thought we would in Q1. So our output levels for home standby were better. We were able to navigate a couple of supply chain challenges that we're facing and continue to face. Our Wisconsin factories, as a matter of fact, just continue to outpace our projections here. We're getting a lot of output out of the factories here. And then obviously, in Trenton, South Carolina, we've been aggressively ramping that factory. And that output grows every week that goes by, so continue to lift that up.

So the combination of increased output and then the demand being in line still puts us with an incredible backlog for HSB, well above kind of where we would have thought we would be at this point. Especially if you go back to our Investor Day remarks in September, we really weren't planning on kind of being where we're at today. So pretty exciting times for the HSB category.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So a question on pricing then as a follow-up. Maybe a sense for the cumulative amount of pricing you guys have put in over the last arbitrarily 12 months or so. But did I hear you right, Aaron, in the prepared remarks that you suggested that the backlog was repriced for the current marketplace?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

It will be on June 1, correct.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

Okay. And cumulative pricing?

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 218 of 650    Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Cumulative pricing, I think high teens is kind of what we would call over the last close now to like 15 months, 18 months maybe.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Including this latest round...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Including this latest round here in April, which is the repricing of the backlog on June 1 effective date.

---

**Operator**

Your next question is from the line of Tommy Moll with Stephens.

---

**Thomas Allen Moll** - *Stephens Inc., Research Division - MD & Analyst*

Aaron, I wanted to stick with the theme of pricing here. What insight do you have on how elastic demand is for home standby? And any insight into what portion of the underlying unit volumes are financed versus purchased outright by the homeowner?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. No, those are great questions, Tommy. I'll probably let York maybe tackle the finance piece. I don't know if we've given that.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

I mean it's still a relatively small piece.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. But it's growing. I mean it's been growing pretty rapidly, the finance piece.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Historically, it wasn't a financed purchase, but it's growing dramatically.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Right. I think as the category expands...

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. Maybe if it's 10% of volume, but it's growing.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 219 of 650    Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

It's been growing quite a bit. In terms of elasticity around pricing, Tommy, I think what we would tell you is we have a ton of data and metrics that we watch very closely. So everything from inbound consultation request to, obviously, the proposal costs that go out on average -- recall that the high-teens number that I just quoted for pricing impact on the HSB is just the product itself. And the product itself is maybe half of the total cost of the project.

So you have other inputs there around labor and other materials that have also increased, of course. But when we look at those project costs, we're able to then look at the close rates that we're seeing, and that helps us kind of gauge the impact of each round of pricing. To date, we're not seeing any significant impact on pricing. It's an expensive product to begin with, right? So we used to say it was all in kind of a $9,000, $10,000 project for a home standby generator.

Today, it's maybe an $11,000 project to $11,500 when you look at the average proposal costs. That extra $1,500 -- $1,000 to $1,500 doesn't seem to be dampening the enthusiasm for demand for the category. And I think that really speaks to the underlying megatrends that are driving the need for resiliency and backlog.

And I would point to, again, in our prepared remarks, we talked about IHCs being up 3x over this point last -- in 2020. So just up dramatically over that environment. And the pricing would be that kind of mid-teens, maybe 20% overall increase in product category price.

So we feel pretty good that -- and I would say this, just my last comment on this. Having been around this business as long as I've been around it, we've had to do pricing over the years, in the past. And the category is incredibly durable with respect to the demand and with respect to the impact from pricing. That durability -- I'd point you back to the 2008, 2009 recession.

Our overall consumer or residential business was up even in the depths of that. And I think if anybody would have said that, that category would be up, kind of a large ticket kind of arguably discretionary product tied to residential investment, I think most people would have said, you're kind of nuts. But we actually did outperform. And I think it speaks to the potential durability of the category.

And just one last comment. I know I said that was my last comment. One last comment. You also have to think of the category because really it's a home improvement project. Think of it as the impact of the price of that product in relation to the home's value. A lot of home values are way up. So when you think about it in the context of as a percentage of the home's value, it's not up significantly at all. In fact, I might argue that home values have risen faster than the price of the project itself. So anyway, I'll leave it at that. But thanks for the question, Tommy.

**Thomas Allen Moll** - *Stephens Inc., Research Division - MD & Analyst*

Yes. And I appreciate the context. Aaron, sticking on the home standby theme. As we think about some of the factors into next year, you mentioned that you've achieved and held a higher level of underlying demand versus the pre-pandemic baseline. And so once we get through most or all of your backlog and assuming away any kind of major outage event next year, what are some of the things that you can do to drive that awareness higher or to drive that underlying demand higher?

I mean I'm thinking largely around customer acquisition spend. But there's a lot of focus on units next year once it's a "normal environment." We'll see if we ever get there. But what is within your control to drive that demand?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. No, it's a great question and something that we're constantly focused on. I would tell you, we test a lot of things. We have hesitated to kind of roll out bigger things right now because obviously, demand has been strong. The backlog is as big as it is. So adding to that, we're kind of up against do we frustrate customers with the lead times versus adding incremental demand.

12

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 220 of 650    Document 49



So I would tell you this, what we've been -- here's an example of a program we're testing. We have accumulated hundreds and hundreds and hundreds of thousands of unclosed leads over the last several years. Just as the category awareness has grown, all of those leads came in based on prior spend.

We know that when we reengage unclosed leads, in particular after maybe a localized outage or maybe on the back of a promotion regionally or nationally or just the phone call, just to reengage them and maybe discuss ahead of the hurricane season, the upcoming hurricane season if they're located in those regions or ahead of the upcoming winter season if they're in those regions, we found that we can move the needle on close rate.

So we've stood up internally a group, a team that is outbound calling to those unclosed leads. That is something that as we watch the return on that, and we're very pleased so far with the early returns on that pilot program, that's one area that could be scaled, could be scaled quickly. It could be scaled with outsourced resources. Or we could internalize it. We have a lot of capability when it comes to call centers and the ability to do those types of outbound campaigns. So that's one area.

Another area is pulling on promotional levers, which we've, again, largely not done over the last several years. I think there's a tremendous opportunity there just because we've been lying low. And you do have consumers who want to wait on those promotions. They find whether there are extended warranty promotions or if we're talking about free first year monitoring type promotions or whatever the promotion may be, we've done those promotions in the past to great effect. We have done a lot less of them over the last 2 years. So that would be another lever to pull.

So there's -- I think we have a lot of things at our disposal. Look, a lot of people, I think, are wondering if you listen to this call or you're watching the company, what's going to happen to demand for home standby in 2023. I mean if you've learned nothing about following this company over the last decade, it's that we're not sitting around waiting for some exogenous event to happen. We're very active, very proactive, and we're constantly pushing the category forward. We always have been. We always will be. That's one of the reasons we have such a massive share of the category. We are the category.

And when you got the leader like that we are, it's incumbent on us to continue to move the needle. And we have definitely moved the needle to a new place. You mentioned it a new baseline level. We've seen this happen time and time and time again with this category. It's expanding. It continues to expand. And I'm confident that in the future, it will continue to expand.

And that's just -- I think being around it as long as we have and understanding the drivers, the purchasing drivers and seeing what we're seeing in terms of the demand markers out there, we're really encouraged that the category is going to continue to grow.

---

**Operator**

Your next question is from Ross Gilardi with Bank of America.

---

**Ross Paul Gilardi** - *BofA Securities, Research Division - MD in Equity Research*

Maybe we could just expand on your last comment there, Aaron. So if you take your new guide, you're at $5.1 billion to $5.2 billion in revenue in 2022. And your 3-year target from your Investor Day, I think it's $5.5 billion or $5.6 billion. So how are you thinking about that now? I mean is it realistic to think you'll raise the $5.5 billion sometime soon?

And within the $5.5 billion, is the home standby business a larger or smaller business -- larger or smaller business than where it will finish in '22? And if we see the HSB come off its highs in the next 1 to 2 years, do you have enough other growth levers to comfortably get to the $5.5 billion?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 221 of 650   Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. I think when we laid out the guidance in the Investor Day, Ross, we never said we were going to grow in a straight line. The company continues to -- we grow. We're a grower and a dynamic grower at that. But we know that there are things that happen in the category sometimes that are outside of our control, things like what happened in Texas. And you don't know if you're going to get a strong hurricane season.

Recall that none of our -- I think in our Investor Day, we really only had one major event assumed in the 3-year period. So to that effect, we've got a number of things that weren't in the guidance back in the Investor Day, things like ecobee. We don't have additional M&A in the guide. We're seeing some tremendous potential out of our Grid Services teams.

We've got the entire Clean Energy story that is -- we're just tapping into a whole new market opportunity. It's pretty interesting. I mean we go through -- so we do strategic planning like every company, I'm sure. And we go through a pretty rigorous exercise around kind of our -- kind of TAM and SAM evaluations in each of the categories and channels that we participate in.

The total addressable market that we have available to us today is so much greater than what it was even a couple of years ago. That based on not only where we've acquired companies and gotten into new spaces, but where we've continued to grow organically, where some of the spaces we were in before are growing organically. It's just -- it's actually pretty stunning.

And think I it's -- to me, when I think about why is the company growing the way it's growing -- it grew 50% last year. Our guide here this morning is to grow between 36% and 40% again this year. There aren't a lot of companies doing that. So why is that? I would tell you, I think it's just we are taking advantage of the opportunities in front of us. We're taking advantage of what we've built, and we're leveraging it. We're leveraging it for better effects. We're leveraging it into these bigger addressable markets. And I think that, that is a big reason why we're experiencing the growth we're experiencing.

Will that continue in the future at these rates? I mean I don't know. We're not here to update guidance this morning from a long-term basis. But I do know that all the signs that we have and all the success that we've experienced point to much bigger market opportunities based, in particular, on the megatrends that we're tapped into strategically here. I think we're just in the right place at the right time with the right products. And I think we're going to continue to build on that not only the remainder of this year, but in the years going forward.

---

**Ross Paul Gilardi** - *BofA Securities, Research Division - MD in Equity Research*

And just HSB dealer inventories, are they normalized yet? And then just when you talk about production, you seem to be saying more so that you're getting -- you're squeezing more out of Wisconsin. Is trend naturally hitting the production targets that you had laid out at the Investor Day? Or is Wisconsin having to overcompensate for that, maybe ramping slower than you thought?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. It's a great question. Trenton is actually on pace with where we thought they would be. Really, the outperformance in Q1 came out of the additional output out of the Wisconsin facilities. We continue to dial in. We've added a lot of automation to all of those facilities with the kinds of production rates we're talking about here with HSB. To be honest, I mean, being around the category as long as I've been around, they're mind-blowing in terms of the daily rates that we're producing. It's -- but to see our Wisconsin facilities continuing...

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Continuing through supply...

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 222 of 650   Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

And then supply chain challenges, getting around some of that stuff.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

We've baked some of that in.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

We had. We had maybe hedged a little bit in Q1 for that. So that's the answer to that question. On the dealer inventories, we're seeing days of inventory be a little at the high end of where they've been historically. That happens kind of seasonally about now, it's -- coming out of the winter season. It's been -- and the spring weather has been, I don't know about many of the people on the call here, but if you live anywhere in the upper Midwest, it's a wonderful winter we're having this spring.

I think I actually saw snowflakes again yesterday, so May 3. So it's been difficult to get out and install product at the kind of pacing we want to see. And we're also starting to see some of the limitations of the expansion of the category in terms of permitting in some areas, especially some newer areas like California, just really struggling with getting permits issued there. So that's been a hurdle. We called it out a couple of times. It just continues to befuddle me how difficult that is permitting in that particular region.

But we need to increase the install pace because output is increasing. So that is a massive area of focus for us. And we're working hard with our existing dealers, but also with new dealers in terms of increasing their ability to install products more quickly. And they're struggling also, by the way, with labor. That's another struggle point for the channel out there. So it is something we're watching closely. But we are seeing install rates move up. We just need to see it move up even faster.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. And we believe there's buyers for those units that are in the field. So I think that...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Well, absolutely. Yes, the IHC.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Based on the IHC volume.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Based on the IHC volume, we think the demand is there to support what we're seeing in the field in terms of inventory.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Going to increase the install bandwidth.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 223 of 650    Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Right.

---

**Operator**

Your next question is from Philip Shen with ROTH Capital Partners.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

First one is on a follow-up on the price increase. My sense is it was around 6%, that's effective June 1. Can you talk through if that's right? And then also, what is the chance that we could see more price increases in Q3 and 4? Is that a much -- is that a meaningfully low probability? Or is that actually on the radar because of the inflation you see ahead?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. It's a great question, Phil. I would tell you that you're pretty close on the price increase. It depends on which SKU and which model, but kind of mid-single digits, 5%, 6%, somewhere in that range with the last round of pricing. And that was across a number of products, in the home standby category for sure. And then even a little more aggressive in some of the Clean Energy products. You may have maybe in your channel checks.

In terms of where we'll go with pricing Q3, Q4, I mean, I would tell you right now the guidance contemplates that additional pricing because we're taking the somewhat extraordinary step of repricing the backlog as of June 1, that's going to read through a lot quicker than previous price increases.

So today, we feel like our guidance -- if you just look at kind of the margin progression here, Q1 is going to be the bottom. Q4, we're going to return kind of somewhere like back to where we were kind of in the beginning of 2021. And so that's a pretty big step, right, to get from today to there.

And a lot of that is because of that 5% to 6% kind of reading through the back -- through the balance of the year here, alongside some additional cost reductions, plus previous pricing actions that we've done also reading through to get the full impact of all the pricing. So we feel pretty good.

That said, obviously, sitting here like on the last call, it was prior to the Russian-Ukrainian conflict. We were actually starting to see some pullback in some of the basic commodities. We're big users of steel, copper and aluminum. We're actually seeing some moderation in those commodity costs. And then that conflict happened. And we saw kind of a reengagement of those inflationary trends on those basic commodities as well as just continued and persisting high logistics costs, which have been really somewhat amazing to watch.

We were very optimistic around the last call that those costs, commodities and logistics, would start to moderate through the balance of the year. I'm not as optimistic as I sit here today that they will. And that's reflective of this kind of most recent round of pricing and why we did that.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

We're -- in our latest guide, we've got steel prices at their higher levels here. And copper, now copper has actually moderated since then, but...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

It has actually pulled back.

---

16

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 224 of 650    Document 49



**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. And we are starting to see the beginnings of some of the logistics costs moderate, so that will be helpful. But yes, if costs continue to rise from like, let's say, today's levels, then it's something we would have to evaluate. But I think the team was able to react very quickly to these higher inflationary pressures that we're seeing today.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

And given the elasticity comments I made prior, it doesn't worry us if we have to do that. The thing that we probably could have done to help ourselves earlier is to reprice the backlog more fully earlier on. And that's an extraordinary step. We try to avoid doing that because we know that our distribution partners, oftentimes, they've already bid out a job. They already have a contracted arrangement with end customers.

So repricing the backlog is effectively just reducing their economics on a project. Or they have to go back to their end customer and also increase price, which different channel partners approach that differently. But that's a pretty painful step. And we understand that. But that's something that we -- it doesn't worry us. If we have to do that, we will do that again.

---

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Okay. In terms of capacity, Aaron, you just talked through hitting your Q2 '22 double-double. And you talked through the strong demand, the new baseline level. What else do you need to see before you become -- well, what else do you need to see for the next capacity expansion to become official? Like where are you in that process? We've talked through over the past few quarters here. And you've been waiting for something. What is that something? And how close are we? And if we are looking at another leg of expansion, where is it? And to what degree can you sketch it up?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Yes. Thanks, Phil. And we've been in the process for evaluating either an expansion in our existing facility in Trenton or perhaps another facility for home standby production in particular. We haven't announced a location yet or what our plans are there. We did take the extraordinary step of ordering some of the additional tooling we'll need to take another leg-up in capacity -- to increase capacity further there because we know the lead times are long. That tooling right now would hit sometime in the first quarter of next year in 2023. Where we deliver that tooling to and where we take that production capacity to is the question.

In terms of what do we need to see, I think we've already seen it. We've seen a new and higher baseline for the category. We know that we want to have, for ourselves, we need to build in some upside here in terms of the expansion capacity, if you will. We need some excess capacity there to handle where demand surges happen. We call it surge capacity.

Today, we think we have -- we've been in pretty good shape, not knowing what's going to happen in the back half of the year for the demand curve. Again, all of our guidance here does not assume, even though contrary to what the latest hurricane forecasts are, does not assume that we get a major event. So if we do see an active hurricane season, obviously, we'll want to move faster, not slower on those capacity expansion plans.

But in the meantime, we're going to have to figure out where we deliver this tooling. And we're going to have to figure out what that kind of longer-term capacity for HSB looks like. We do have some similar challenges on the C&I side of our business, which has been growing at a very similar clip. We know that we need to add capacity there and are also in the current evaluation phase of do we add another facility? Do we expand existing facilities? What do we do to address that as that category builds out?

We've been, in the meantime, filling up our facility south of the border outside of Mexico City. We have a brand new beautiful facility down there that we built a couple of years ago, mainly for the Latin American markets. And it was going to give us really nice long-term growth capacity down there. We've just filled it up very quickly with our capacity each year in the U.S. and Canada. So we're starting to get really tight on capacity in C&I. So that's another area.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 225 of 650    Document 49



And then Clean Energy is another area where we have to evaluate capacity needs for the longer term. So that is a very active process across the entire business. When you grow 50% one year and 36% to 40% the next year, figuring out what that footprint is going to be to accommodate that growth and growth in the future, it's almost an everyday discussion.

**Operator**

Your next question is from Jeff Hammond with KeyBanc.

**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

So I know you covered some on kind of price/cost. But I just want to kind of level set on your confidence in the second half kind of margin ramp. And just as it relates to kind of the start-up freight and component surcharges, if you need some reprieve there to kind of hit that margin ramp.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. Jeff, this is York. I mean looking at our commentary, gross margins are expected to go up, let's say, roughly 8% from Q1 to Q4. I would say about half of that will just be the realization of the pricing that we've just been talking about at length here over the call. The other half is the cost inputs that you just mentioned. If you think about like where steel was at its peak, it is actually off from its peak.

So relative to what we're experiencing in Q1, which was the peak, and as that progresses through the year, steel should come off a bit. We are starting to see the beginnings of lower inbound freight costs. We don't believe we'll need to expedite as much as we do feel like we've brought in a good amount of safety stock here over the last couple of quarters. So we just believe that inbound logistics cost should moderate a bit. As we ramp, we'll start absorbing in particularly our Trenton plant better. And then we do have line of sight on focused bill of material cost reductions on home standby telecom product, et cetera.

So we feel like we have got good line of sight on some of the easing input cost to execute on that gross margin improvement. As I mentioned before, the guidance does assume steel costs at these higher levels that ramped up after the Russian-Ukraine invasion there. And so we feel like from a future commodity standpoint, we think we've embedded the current environment into the guide. So good line of sight to all the pieces to give that 8% increase in gross margin.

**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

Okay. Great. And then I don't know if I missed it, can you give us the updated lead time on home standby? And then just any updates on kind of just the net metering noise and kind of this trade circumvention kind of having any impact on your Clean Energy businesses?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. No, it's a great question there, Jeff. About 20 weeks on HSB today on inbound orders, so still pretty extended, pretty long. Backlog is still well north of $1 billion on HSB. But it's -- we're continuing to make progress there as we ramp production.

In terms of -- on the Clean Energy business, the impacts to the net metering discussions that have been going on kind of coast-to-coast, right, from California to Florida, we've seen the Florida thing play out. The Governor there vetoed the potential rule changes around net metering, the curtailment of net metering. California is reevaluating the proposed draft rule making there by the PUC.

We don't see -- actually, when you think about it, let's just take California as an example. We don't have a dramatic penetration in the state of California. So really probably kind of a nonevent for us. In fact, I would say probably that kind of a situation, net metering kind of being curtailed

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



-- and by the way, that's kind of the inevitable situation around net metering. As you get more homes that have solar and are producing their own power on-site, selling that back to utilities at retail rates is untenable economically. I mean it doesn't work longer term.

So -- but there needs to be a gradual kind of glide path. We've talked about this. We've engaged regulators on this. You can't have this abrupt kind of pulling the punch bowl away kind of situation. I think that's detrimental to the industry. But in what's being proposed in California, that would -- if they did pull the punch bowl away and net metering was curtailed dramatically there as being as proposed, storage is the answer.

So we've actually seen marked increase and interest in storage systems as a result. And I think inevitably, that is what is going to drive storage attachment rates even higher. We're kind of in that 20% to 25% range right now on storage attachment rates.

And then the trade circumvention discussion, really that -- we're talking to our channel partners. They're not concerned about it in terms of impacting resi solar, maybe more on the utility scale solar projects, those bigger projects. Some of the suppliers of panels to those types of projects are maybe going to be the ones that are caught up first in this evaluation or this investigation.

On the residential side, frankly, there are other panel providers that might push panel prices up a bit. But again, looking at the total cost of these projects, not dramatically so in terms of the impact to the projects. They just don't think there'll be any real demand disruption on the back of that at the residential level. So no major concerns there, at least today, based on our discussions with channel partners.

---

**Operator**

Your next question is from Brian Drab with William Blair.

---

**Blake Stuart Keating** - *William Blair & Company L.L.C., Research Division - Research Analyst*

This is Blake Keating on for Brian. I'll just ask a quick one here since it's after the hour. Have the 2 lockdowns in China affected any of your suppliers there or your supply chain network overall? And do you see that as a potential risk moving forward that they continue to be under lockdown?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, it's a great question, Blake. It's not helpful. Just broadly, we have supply chain there in that part of the world. And the lockdowns have created just another -- yet another kind of struggle or challenge for our operational teams. So we're working around it. I do think that York may have made this comment before relative to our current working capital situation. We're feeling like -- we've got a lot of inventory sitting here that we're preparing for season.

So you can kind of think of it as like a little extra safety stock right now, which is helping us buffer the impact of that. But we do have some instances where we're having to expedite logistics again. We're having to fly some products over-the-top of things to get here faster because of the lockdowns where we can't load a ship or we can't get something here on a timely basis. So if those lockdowns extend, could that impact us? I think, like anything, probably would have some kind of an impact.

I do think that we've done a really nice job over the last couple of years broadening our supply chain, meaning we have fewer single sources of supply now than we've ever had for some of our critical categories like home standby. So we do have other options. We're not as concentrated on supply. So that, I think, just derisks the category a bit and makes any one disruption that much less impactful. So I feel like we're in a better shape to weather that.

---

**Operator**

Your next question is from Mark Strouse with JPMorgan.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 227 of 650    Document 49



**Mark Wesley Strouse** - *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

Most of them have been answered. I did want to talk about the new Chilicon product, though. I'm sorry if I missed that. But are the new micros, are they still on track introduction later this quarter?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

They are. Yes, we're going to be shipping our first beta sites here late in Q2. And we expect to ramp full production and full shipment volumes here in the second half. I mean we still had a pretty modest part of our Clean Energy guide for the year that was associated with PWRmicro. That hasn't changed at all. We know that, that's going to be a slower ramp than probably what our storage ramp was originally.

But I'll say this, every time we engage with a channel partner in the kind of the renewable space, the solar space, they're very excited to have us there as a potential supplier. We know that we've got -- we've got to prove ourselves there, but we like where the opportunities could take us. That could be one of the more meaningful things, one of the more meaningful product launches here not only for Clean Energy, but maybe for this company in the years ahead. If we look forward, we feel really bullish about where that category is going.

**Operator**

Your next question is from Jerry Revich with Goldman Sachs.

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Aaron, I'm wondering if you can just talk about, given the initiatives that you spoke about earlier on the call in terms of growing database and just improvement in conversion rates today versus 5 years ago, 10 years ago, how do you feel about the peak-to-trough move in residential standby demand in this cycle compared to what feels like a 30% magic number we've seen post Katrina and Rita and Sandy, et cetera? How are you thinking about that within the context of the way you're positioned today?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, Jerry, that's a really interesting question and one that we continue to ponder here as well. I would tell you that when you think about Sandy and even Rita and some of the back -- kind of go back -- it's more than a decade ago, right? I mean that's -- the category was in a very different place in terms of awareness, in terms of distribution, in terms of our brand recognition, maybe even in terms of kind of consumers' view on the need for backup power, right?

Just given everything that's transpired in the last decade, outages are more frequent. Outages are lasting longer. People are spending more time in their homes. The grid is in a different spot. I think we're that much more dependent on a continuous source of power in our homes and everything that we do. So I don't know if I'm ready to make a comment that it'll be -- in terms of, numerically, how it will differ. But I think the category, there's no question, the category is in a completely different place. Awareness levels around the products are much, much higher today than they've ever been.

So I feel like that it's not -- back 10 years ago, this was a category that was dependent on the episodic nature of things outside of our control. I do not feel that, that's the case today. I feel like we have a lot more levers to pull, we have a lot more buttons to push, and we have a lot more ways to stimulate demand. And there's a lot more need in the marketplace for that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 228 of 650    Document 49



**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Well, just think about Grid Services and just having an ROI to the generator where in the past it didn't.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

It's a whole another angle to this. We're starting to see interest in home standby generators as part of these Grid Services bids. And that would be something we wouldn't have had back then, for sure. I mean it's a great example, York.

---

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

And I'm wondering, can you just expand on that last point? How close are we to seeing these contracts moving forward as part of Grid Services you had in California in alignment with PWRcell and utilities? I'm wondering if we're close to anything similar for the home standby category and utilities.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, that's an area we're watching very closely as well. Grid Services, in our prepared remarks, we said we've gotten -- we've won a number of deals. I mean in Q1, our Grid Services team, I think it was 8 or 9 really kind of important deals for us that -- some small, some large. But we don't press release every one of them. I know others in our market do because I think they have nothing else to talk about. So you talk about that which is the only thing you can talk about.

But for us, it's just one more thing. We're marching forward here, building that out. It's given us a lot of confidence about the future opportunities there, not only just kind of how we think about the balance of this year, but how we exit this year and going forward with Grid Services.

And it's a mix of products. It's not just home standby. It's everything from PWRcells to thermostats. We talked about ecobee in some of the prepared remarks, but lot of interest in thermostats. And there's a reason for that. Because utilities understand that the cost of a home standby, the cost of a PWRcell, those are pretty expensive products. They're impactful, of course, on the grid. But thermostats are more affordable.

And when you talk about low- and moderate-income households in particular, utilities have to solve for all of their rate payers. They have to solve this problem across their entire rate-paying base. And so not every one of those rate payers is going to be able to put in a battery, a storage system or a home standby generator. So in order to really address all of the ratepayers, thermostats are a great way to do that. And so I've been actually pleasantly surprised by the number of high-quality conversations.

I was down in Houston last week talking to a couple of larger utility partners down there. And just the enthusiasm they have for the full suite of products that we offer, but also around thermostats in particular, I think it's just been -- I think it's one of the many areas of traction that we're seeing, but one that I think longer term, this makes a lot of sense because you can deliver a lot of value across the entire rate-paying base for not a lot of investment. And I think that really is exciting for many of those grid operators and utility companies.

---

**Operator**

Your next question is from Maheep Mandloi with Crédit Suisse.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 229 of 650    Document 49



**Maheep Mandloi** - *Crédit Suisse AG, Research Division - Associate*

Most of my questions have been answered. Maybe just like on the HSB backlog, if you could help us understand how much is coming from California and Texas. And just maybe thinking about the growth in those markets beyond 2022, should we expect like a similar run rate you see in your core backup generator markets? Or how -- what are you seeing in the last year in that market?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. No, great questions, Maheep. Thanks. Yes, we don't break out backlog traditionally by region or by state. But obviously, demand curve, we did call out last year and the last quarters last year that we were seeing obviously tremendous interest from those 2 markets, specifically that you mentioned, California and Texas. We've seen a lot of distribution growth in those markets, which would lead to additional growth opportunities in the future.

I would just point to one thing that I did mention -- I think I answered it kind of indirectly in another question about kind of the field inventories. But California, in particular the permitting process there, has continued to kind of be challenging. It slowed the growth of that market, in my opinion, in terms of what we can install, the rate at which we can install.

Interest level in the category remains very high, though. When we look at IHCs, our in-home consultations, kind of -- and we look at them historically vis-à-vis kind of the 2020 level, that's something that we still see elevated levels in Texas and California, for sure, in terms of interest in the category. And again, I just mentioned on the last question, Q&A question I took, that we were down in Houston last week.

We talked to a number of the participants down there in the market, and they continue to see very strong demand around the product. I think there are a lot of homeowners who maybe were disenfranchised when they tried to get a quote a year ago in the height of the demand surge coming off of the Texas winter event. They were a little bit disenfranchised by either the lead times or just even the time to get an in-home consultation done.

And so they're coming back around this year, and they're starting to think about, okay, I want to be ready for next winter, meaning the winter of 2022. And so they're actually starting to see and talk to customers who were not in the funnel. They just kind of self-selected out because it was just too long to wait. And so they're coming back in and revisiting it. So I feel like those markets are going to be -- continue to be growth markets in the future and an important part of the overall story for home standby growth as we see the penetration rate deepen.

**Operator**

Your final question is from Kash Harrison with Piper Sandler.

**Kasope Oladipo Harrison** - *Piper Sandler & Co., Research Division - Research Analyst*

So circling back to the commentary around home consultations being 3x above 2020 levels. This might be perhaps a simplistic way to think about things, but -- I mean should we effectively just think about the "normalized" baseline level, excess backlog is more or less being 3x your U.S. residential revenues from back in Q1 2020, since presumably PWRcell and ecobee weren't really contributing that much to revenues back then?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

That's an interesting thought. I mean it's an interesting question. I would tell you that you'd have to take into consideration where our close rate is at. That's a part of that equation. And recall that IHCs are not our full -- that's not everything we do, right? So it's -- we think it's representative or proxy for the HSB market, but that just is a portion of what we do. So there are other channel partners there. We've also seen growth outside the U.S. markets where we're more established with IHCs.

22

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



We didn't talk dramatically about that this time. But we continue to see interest in the product category growing outside of North America. But it's a -- I would have to run the numbers. I have to unpack kind of the HSB growth as we've seen it in kind of the backlog there and where we're at if we took that away. I'm not sure that I could say with 100% certainty that the go-forward rate -- baseline rate is 3x. I'd have to think more about that. It's an interesting question, though.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

You have to forecast future close rates and then what is the storm season this year. And like there's a lot of...

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

But if you're thinking about baseline, which I think is his question, I think it's an interesting question, but there's a lot that goes into that. But it's certainly going to be higher. That's what we always talk about this new and higher baseline level that gets created after these kinds of events or cycles. And we've seen them historically over the last nearly 30 years. We kind of grow. We infill with new distribution. We infill with new levels of awareness and then the brand recognition and everything that goes into that. And invariably, it holds those higher baseline levels. It's really quite something to see.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And then you've got our Clean Energy business growing. Then you've got our global C&I business that is doing very well on top of all that.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Right. So those would be accretive to that.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Put all the pieces together, yes.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Accretive. Yes.

**Kasope Oladipo Harrison** - *Piper Sandler & Co., Research Division - Research Analyst*

That's helpful. And then just as my follow-up, I'm trying -- I was wondering if you could just maybe circle back to the relationship between the HSB lead times and backlog. You mentioned lead times are now around 20 weeks from 27 to 30 at year-end. But you still have over $1 billion in backlog and you expect to carry some of that into 2023. And so I was wondering if you could just maybe remind us what you consider "normal" lead times to be?

And then are there like seasonal market dynamics that would stop the reduction in lead times from being linear, meaning that at the time of the next call, you wouldn't just shave up another 7 to 10 weeks and then another 7 to 10 weeks after that? I'm just trying to better understand how to think about the relationship of how the lead times might evolve over the next few quarters and then how the backlog might evolve with those lead times.

23

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 231 of 650   Document 49

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. That's a great question, Kashy, and maybe a good place to end the call today. Obviously, the HSB backlog, I think the thing that, for us, we're going to have a meaningful backlog in HSB when we exit this year. That has become clear to us, given the demand has remained robust, in line with our expectations in Q1, but was elevated off from Q4 where we thought it was going to be coming into this year.

That pushed kind of the original assumption when we said at our Investor Day was that we would be back down to our historical lead times, which are 0 to 2 weeks. That was part of your question, what are historical lead times, 0 to 2 weeks. It's almost like we -- inventory for the product. We want to have product available so that when there are demand surges, we can handle it. We don't foresee ourselves getting back to that level by the end of this year.

In fact, we'll be quite a bit -- lead times will remain fairly elevated. They won't be at 20 weeks, but they won't be back at 0 to 2 weeks. And remember that because also we're ramping production here, each week of backlog we're talking about is a bigger number, right, because we're producing a lot more per week. So we're accelerating. And so that week -- each week of backlog is actually a bigger number.

So the quantum is growing as we grow our output here. So -- and that's without. By the way, our assumption does not include a major event. So it includes no major events. So a muted hurricane season, which is not -- that's not what's projected. So we are, I guess, maybe being a bit conservative there. I don't know. We've always guided without storms. Whether that's right or wrong, we could debate that for another hour on this call.

But it's -- that's the way we guide. And so there's like a free option embedded in the stock that way, if you want to think of it that way, is that if you do get a storm season that's in line with what experts are saying, we're going to see more demand. I don't know that we'll be able to satisfy much more of that demand this year because it will be a 2023 story more so than anything.

We do have portable gens and other things. We're in pretty good shape there. From an inventory standpoint, we'll be able to capitalize on that if there were outages that were major outages this year. But we're going to have a sizable backlog going in next year. And that's the big -- I think that's where we'd probably leave it at here for this call. So -- but great question.

---

**Operator**

And that concludes the question-and-answer session. Now I'll hand the conference back to Mr. Harris for final comments.

---

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

We want to thank everyone for joining us this morning. We look forward to discussing our second quarter 2022 earnings results with you in early August. Thank you again, and goodbye.

---

**Operator**

Ladies and gentlemen, this concludes today's conference call. Thank you for joining. You may now disconnect. Have a good day.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 232 of 650    Document 49

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.




# EXHIBIT 6

# REFINITIV STREETEVENTS
# EDITED TRANSCRIPT
GNRC.N - Q3 2022 Generac Holdings Inc Earnings Call

EVENT DATE/TIME: NOVEMBER 02, 2022 / 2:00PM GMT

## OVERVIEW:

Co. reported 3Q22 net sales of $1.09b and consolidated GAAP net income of $58m or $0.83 per diluted share. Expects 2022 YoverY net sales growth on as-reported basis to be 22-24%.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Aaron P. Jagdfeld** *Generac Holdings Inc. - Chairman, President & CEO*

**Michael W. Harris** *Generac Holdings Inc. - VP of Corporate Development & IR*

**York A. Ragen** *Generac Holdings Inc. - CFO & CAO*

## CONFERENCE CALL PARTICIPANTS

**Brian Paul Drab** *William Blair & Company L.L.C., Research Division - Partner & Analyst*

**Donovan Due Schafer** *Northland Capital Markets, Research Division - MD and Senior Research Analyst*

**Jeffrey David Hammond** *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

**Jerry David Revich** *Goldman Sachs Group, Inc., Research Division - VP*

**Joseph Amil Osha** *Guggenheim Securities, LLC, Research Division - MD & Senior Energy and Industrial Technology Analyst*

**Kasope Oladipo Harrison** *Piper Sandler & Co., Research Division - Research Analyst*

**Maheep Mandloi** *Crédit Suisse AG, Research Division - Associate*

**Mark Wesley Strouse** *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

**Michael Patrick Halloran** *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

**Praneeth Satish** *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

**Saree Emily Boroditsky** *Jefferies LLC, Research Division - Equity Analyst*

## PRESENTATION

**Operator**

Good day, and thank you for standing by. Welcome to the Generac Third Quarter 2022 Earnings Results Conference Call. (Operator Instructions) Please be advised that today's conference is being recorded. I would now like to hand the conference over to your speaker today, Mr. Mike Harris, Senior Vice President, Corporate Development and Investor Relations. Please go ahead.

---

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

Good morning, and welcome to our third quarter 2022 earnings call. I'd like to thank everyone for joining us this morning. With me today is Aaron Jagdfeld, President and Chief Executive Officer; and York Ragen, Chief Financial Officer.

We will begin our call today by commenting on forward-looking statements. Certain statements made during this presentation, as well as other information provided from time to time by Generac or its employees, may contain forward-looking statements and involve risks and uncertainties that could cause actual results to differ materially from these forward-looking statements. Please see our earnings release or SEC filings for a list of words or expressions that identify such statements and the associated risk factors.

In addition, we will make reference to certain non-GAAP measures during today's call. Additional information regarding these measures, including reconciliation to comparable U.S. GAAP measures, is available in our earnings release and SEC filings.

I will now turn the call over to Aaron.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 236 of 650    Document 49



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Thanks, Mike. Good morning, everyone, and thank you for joining us today. Our third quarter was in line with the preliminary results we announced on October 19. Momentum in the commercial and industrial product category remains strong, but residential product sales, while still growing compared with the prior year, were weaker than expected in the quarter, driven by lower shipments of home standby generators and clean energy products relative to our prior expectations.

Year-over-year, overall net sales increased 15% to $1.09 billion, primarily driven by core sales growth of 10%, which exclude the impact of acquisitions and foreign currency. Overall, residential product sales grew 9% during the quarter, led by sales of home standby generators and the impact from recent acquisitions, partially offset by lower shipments of PWRcell energy storage systems.

C&I product sales increased 20%, led by growth across all channels domestically, strength in the European region and the contribution from recent acquisitions.

Now discussing our third quarter results in more detail. Home standby generator sales grew at a mid-teens rate over the prior year. Baseline power outage activity in the U.S. during the quarter remained above the long-term baseline average and Hurricane Ian, which occurred in the last week of the quarter, drove total power outage activity well above the long-term average.

Home consultations or sales leads were lower in the quarter when compared to the prior year, which included Hurricane Ida. However, the third quarter of 2022 was tied for the second highest total for any given quarter since we began tracking the metric in 2013. And we experienced a return to year-over-year growth in the month of October resulting from Hurricane Ian.

We continue to focus on expanding our distribution network as we experienced sequential growth in our residential dealer base and ended the quarter with nearly 8,500 dealer partners, a net increase of approximately 300 dealers sequentially.

Activations, which are a proxy for installs, continued to grow in the third quarter compared to the prior year. However, as we mentioned in our preliminary announcement, installation capacity for home standby generators lagged our production output. The ability of installing contractors to fully service the demand for backup power from homeowners continues to be constrained by labor availability, permitting and utility-related delays and shortages in certain materials needed to complete an installation.

Furthermore, growth in our dealer base was constrained in prior quarters by our extended production lead times. All of this resulted in elevated levels of field inventory and lower-than-expected orders from our channel partners despite the continued strength in end customer demand.

Importantly, to address these activation challenges, we're working on a number of specific initiatives to increase home standby installation bandwidth, such as providing resources to help existing dealers expand their labor forces and additional installation training locally for non-dealer contractors. We are working to streamline home standby projects by creating universal permitting packages and replicating past successes and simplifying approval processes from certain local utilities.

Other efficiency-related initiatives include dealer scheduling and quotation refinement to enhance the top of the sales funnel and optimize the allocation of sales leads within the dealer channel to favor those dealers that have capacity to install more generators. Importantly, we have also intensified efforts to further expand our overall dealer count, and we expect another strong quarter of sequential growth in the fourth quarter.

Our dealer count growth initiatives have recently benefited from our shorter production lead times, which have now mostly returned to normal levels as we ramped our production output of home standby generators in prior quarters.

Although installation capacity constraints have resulted in lower orders from our channel partners, it is important to reiterate that underlying demand and market fundamentals of the home standby category remains strong as supported by meaningfully sequential improvements in a number of key dealer-related metrics during the third quarter. In-home consultations grew, close rates continue to rebound, and while still elevated, the time between contract signing and installation declined meaningfully as compared to the second quarter.

3

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Dealer productivity, as measured by activations per day per dealer, improved to an all-time high during the third quarter. In addition, our dealer survey data suggests approximately half of all the field inventory is allocated to an active customer contract, highlighting the need to further increase the pace of installs to close the gap between strong end customer demand and installation capacity.

While the previously mentioned sequential improvements provide evidence that our channel partners are beginning to make progress in working through their elevated backlogs and field inventory, we expect home standby order headwinds to persist through the first half of 2023 as field inventory levels normalize. Even when assuming no major outage events, in the second half of 2023, we expect significant sequential sales growth from the first half of the year and only a modest decline in sales on a year-over-year basis as we maintain a new and higher baseline level of demand.

Over the last 30 years, the home standby category has grown in a step function pattern as penetration rates have expanded rapidly for several years at a time, driven by notable major power outage events, followed by periods of flatter growth as demand normalizes. With each successive growth period comes increased awareness around home standby generators and increased distribution for these products, both of which have been critical in helping the category reach new and higher levels of baseline demand.

The latest growth step that the product category has experienced was underpinned by an increase in power outage activity over the past several years, with 4 of the top 10 major outage events since 2010 having occurred in just the last 2 years alone. This growth can be evidenced through a number of key market metrics in comparing the first 3 quarters of 2022 to the comparable period of 2019 as activations per day more than doubled, home consultations more than tripled and our dealer count increased by nearly 40% from 6,200 to 8,500.

The approximate mid-teens compounded annual growth rate in the category over the past several decades can be tied to the increase in power outages over that time as the nation's electrical grid has struggled to reliably supply power to homeowners and businesses. The aging and under-invested grid infrastructure has become more vulnerable to the increasing severity of high-impact weather-related events, such as hurricanes, heat waves, tornadoes, ice storms and polar vortexes.

Additionally, new mega trends have emerged that we believe will drive the next step of growth in the category. Grid resiliency concerns have been increasing as decarbonization trends accelerate, causing a widening gap between supply and demand, leaving many utilities and grid operators scrambling to avoid rolling blackouts over the past several years. And we believe little has been done to rectify this situation.

We also believe the home as a sanctuary megatrend will persist as the shift to remote or hybrid work remains intact. The electrification of homes continues to grow and demographic trends are driving increased levels of aging in place. With the nationwide penetration rate still in the mid-single-digit range, and these megatrends firmly intact, we are confident that the long-term growth trajectory for the home standby category remains significant.

I'd now like to discuss our residential clean energy products as shipments of PWRcell energy storage systems in the third quarter were negatively impacted by the significant liquidity challenges of a large customer that ceased operations and subsequently filed for bankruptcy. Additionally, during the quarter, we continued to address certain warranty-related matters for the upgrade of a component within our PWRcell energy storage system. As part of this effort, we have engaged a number of third-party service companies to assist with the completion of these upgrades, and these efforts are well underway.

As a result of these items, we recorded a $55 million charge in the quarter, comprised of an $18 million bad debt reserve and a $37 million warranty charge. The challenges we experienced in our clean energy business in the third quarter were very disappointing, but we believe that the solar-plus energy storage market continues to represent an important strategic opportunity for Generac longer term.

However, this quarter's results have demonstrated the need for us to further expand our distribution by focusing our efforts on partnering with high-quality, reputable sales and installation companies for these products. Importantly, we are committed to supporting the dealers that are participating in our warranty coverage upgrade program as they play a vital role in restoring our competitive position in the residential clean energy space.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 238 of 650   Document 49



In addition, we continue to broaden our product offering and bring new innovations to this market as we announced an update to the PWRcell energy storage system during the quarter that enables AC-coupled battery storage, as well as AC generator integration.

Work also continues on our PV microinverter product called the PWRmicro, as our beta testing began late in the second quarter and will continue through the balance of this year. We anticipate a phased commercial rollout beginning in the first half of 2023 and a full commercial launch targeted for the second half of the year.

I'd now like to provide a quick update on our ecobee acquisition, which we completed last December. During the initial period of our ownership, we have been focused on developing cross-selling opportunities for ecobee's hardware solutions through Generac's distribution partners, and have seen positive indications of demand for smart thermostats alongside other clean energy products.

Synergies between ecobee and Generac's grid services teams continues to be validated, and we are identifying higher potential value creation for ecobee devices and demand response programs amid ongoing concerns around grid stability and rising energy prices.

We have also begun leveraging the talented ecobee team to help accelerate our connected devices strategy, which is core to the development of our residential energy ecosystem that will ultimately be accessed and controlled by a single pane glass user interface.

I also want to provide some additional color on the efforts of our grid services team as they continue to execute on a growing and diversified sales pipeline. We have further expanded our efforts to extract synergies across our commercial teams as they work to offer an increasing mix of Generac hardware alongside our Concerto grid services software platform. Our comprehensive suite of solutions aimed at distributed energy resource management-related programs is unmatched and is proving to be a competitive differentiator for our grid services team as the number of devices and megawatts of capacity connected to the Concerto platform continues to grow.

We announced a number of program wins since our second quarter call, including Software-as-a-Service contracts with Dominion Energy and U.K.-based Pearlstone Energy, as well as a performance contract with Arizona Public Service, which demonstrates Generac's unique ability to deliver end-to-end solutions in grid services programs.

The long-term market opportunities for residential energy storage, microinverters, monitoring and management devices and grid services solutions remains highly attractive and core to our strategic vision. However, the loss of a major customer during the quarter, along with the specific warranty-related issue, has impacted near-term demand and our outlook for the full year 2022. We now expect the combination of clean energy technology products and services to deliver sales between $300 million to $330 million for the full year 2022 as compared to our previous guidance of approximately $500 million.

Our continued investment in the people and processes involved in the development of these products remains a key focal area for the company, as we work to further broaden our product offering, while also improving the quality and performance of the technologies we've acquired and developed over the last 3 years. With that in mind, we're building a talented and focused clean energy technology management team, beginning with the addition of Norm Taffe in August as our new President of this organization, along with the new Chief Technology Officer, Senior Vice President of Finance and a Senior Vice President of Policy. Norm and his team bring decades of industry leadership experience, as well as robust technical expertise that will help drive Generac's integrated clean energy technology solutions forward.

Additionally, the policy backdrop for this market has never been more favorable with the Inflation Reduction Act providing the necessary visibility for long-term value-creating investments. We will continue to build out our energy technology leadership team and our suite of products and solutions as we expect to play an important role in the transition to a cleaner, more sustainable and more reliable electric grid.

As a result of these investments and the strong outlook for this market, we expect clean energy technology sales to return to strong growth for the full year 2023, with sequentially improving results throughout the year.

5

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Our C&I products continue to perform exceptionally well in the quarter, as global C&I net sales increased 20% on an as-reported basis and 23% on a core sales basis, which excludes the impact from acquisitions and foreign currency as compared to the prior year. Both in-shipments for domestic C&I products in the third quarter was led by strength across national rental equipment, telecom and industrial distributor customers.

We experienced continued strength in demand during the quarter as backlog for our C&I products remained at record levels, and expanded further in the month of October, giving us excellent visibility that solid growth will continue in the category well into 2023.

Shipments of C&I stationary generators through our North American distributor channel grew significantly again in the third quarter, and order trends indicate this momentum will continue in the quarters ahead as backlog in the channel increased on a sequential basis. Quoting activity and close rates remain elevated compared to prior year levels, highlighting our market share gains, as well as the durability of demand trends for backup power for C&I applications.

Shipments to national telecom customers also increased again during the third quarter as compared to the prior year, as several of our larger national customers continue to invest in hardening their existing sites and the build-out of their fifth generation or 5G networks. These networks are increasingly considered as part of the nation's critical infrastructure, and require backup power for resiliency. Upgrades to telecom infrastructure remain one of the key megatrends that we expect to drive growth for our business in the coming years as global tower and network hub counts continue to expand.

We also experienced another quarter of substantial growth with our national and independent rental equipment customers as they continue to invest in equipment to refresh and expand their fleets. We anticipate the demand environment for mobile products will remain robust in the quarters ahead as the mega trend around the critical need for infrastructure improvements continues to play out.

Strong customer interest for our natural gas generators used in applications beyond traditional emergency standby projects also continued in the quarter, with sales of these products growing at an exceptional rate. We believe we are in the very early innings of growth for this exciting new market opportunity, as grid stability concerns and volatile energy markets are expected to further drive demand for these innovative solutions.

We also took a significant step forward in our C&I generator connectivity efforts shortly after quarter end with the acquisition of Blue Pillar, an industrial Internet of Things platform developer that enables distributed energy generation monitoring and control. Blue Pillar's connectivity solutions can make previously stranded C&I backup generators available for using grid services programs by connection to the Concerto software platform, and will provide a foundation for our longer-term vision of creating a single user interface for a suite of connected C&I assets.

Our International segment continued to experience very strong momentum, as total sales increased 14% year-over-year during the third quarter, with 22% core total sales growth when excluding the benefit of acquisitions and the unfavorable impact of foreign currency. Core total sales growth was driven by strength across all regions, most notably in Europe and Latin America, with intersegment sales also growing substantially in the quarter as our Generac Mexico facility further ramps production of telecom products for the North American market.

The European region has seen remarkably strong demand across product lines, most notably in C&I and portable generators due to a heightened focus on energy independence and security.

Concerns over power security amid the conflict in Ukraine have continued to rise, and we are providing backup generators to the region through our European sales branches. Longer-term demand trends are less certain, however, as geopolitical and macroeconomic conditions in the region remain volatile, but end market awareness of the need for resiliency has increased across the continent in recent quarters. The subsequent effect of the war on Europe's energy complex has highlighted the dependence on continuous power sources for homes and businesses around the globe.

Looking into 2023 for our global C&I products, given the strong demand fundamentals and existing backlog, our preliminary view anticipates continued strong year-over-year growth throughout the entire year.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 240 of 650    Document 49



In closing, this morning, we were disappointed that our third quarter results were below our prior expectations. But we believe we have action plans in place to address the underlying challenges in the business. New clean energy technology leadership has brought an increased emphasis on quality and innovation, and we remain confident in the long-term growth opportunity for this strategic area of our business.

Important initiatives to help ease home standby installation bottlenecks are well underway. And as the home standby market normalizes, we are confident that the new and higher baseline of end demand for the product category will become clearer. Hurricane Ian is the latest example of increasingly severe and more volatile weather patterns, and we believe the power grid's growing supply and demand imbalance is far from resolved, as we add intermittent renewable generation sources, while simultaneously pursuing the electrification of our homes, our businesses and our transportation.

The secular growth themes and megatrends supporting the company's Powering a Smarter World enterprise strategy remain firmly intact, and as reliance on electricity around the world grows further, we will continue to invest in innovative products and solutions to lead the evolution to the next generation grid.

I now want to turn the call over to York to provide further details on our third quarter 2022 results, our outlook for the year and our preliminary views on 2023. York?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Thanks, Aaron. Looking at third quarter 2022 results in more detail, net sales increased 15% to $1.09 billion during the third quarter of 2022 as compared to $943 million in the prior year third quarter. The combination of contributions from acquisitions and the unfavorable impact from foreign currency had an approximate 5% net impact on revenue growth during the quarter.

Briefly looking at consolidated net sales for the third quarter by product class. Residential product sales grew to $664 million as compared to $609 million in the prior year, representing a 9% increase over a strong prior year comparable. Contributions from the ecobee acquisition and the slight unfavorable impact of foreign currency contributed approximately 5% of revenue growth for the quarter.

Home standby generator sales made up the majority of the residential product core sales growth, increasing at a solid mid-teens rate over the prior year. This was partially offset by weakness in shipments of PWRcell energy storage systems.

Commercial and industrial product sales for the third quarter of 2022 increased 20% to $311 million as compared to $258 million in the prior year quarter. Contributions from acquisitions and the unfavorable impact of foreign currency provided a net headwind of more than 2% to net sales growth during the quarter.

The strong core net sales growth was broad-based across most regions, internationally and across all channels domestically with particular strength in national rental equipment, telecom, industrial distributor and energy management channels.

Net sales for the other products and services category increased 49% to $113 million as compared to $76 million in the third quarter of 2021. Core sales growth for the category was 17% due to strength in aftermarket service parts and extended warranty revenue recognition, along with strong growth in our services offerings in certain parts of our business, both domestically and internationally.

Gross profit margin was 33.2% compared to 35.6% in the prior year third quarter as we continue to experience modest price cost headwinds during the quarter from a margin percent standpoint. In addition, recent acquisitions and a less favorable sales mix, primarily driven by a lower proportion of home standby product sales, also negatively impacted margins in the current year quarter.

Operating expenses increased $111 million or 68% as compared to the third quarter of 2021. This increase includes $55.3 million of pretax charges comprised of $17.9 million of bad debt expense related to a clean energy product customer that is filed for bankruptcy and a $37.3 million charge for clean energy product warranty-related matters. The remaining increase was primarily driven by higher recurring operating expenses from

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 241 of 650    Document 49

recent acquisitions and an increase in intangible amortization expense. To a lesser extent, higher employee costs and higher marketing spend also contributed to the increase.

Adjusted EBITDA, before deducting for noncontrolling interest, as defined in our earnings release, was $184 million or 16.9% of net sales in the third quarter as compared to $209 million or 22.2% of net sales in the prior year.

I will now briefly discuss financial results for our 2 reporting segments. Domestic segment total sales, including intersegment sales, increased 18% to $947 million in the quarter, as compared to $802 million in the prior year with the impact of acquisitions contributing approximately 8% of the revenue growth for the quarter. Adjusted EBITDA for the segment was $160 million, representing a 16.9% margin as compared to $188 million in the prior year or 23.4% of net sales. The lower domestic EBITDA margin in the quarter was primarily due to continued price cost headwinds.

In addition, continued operating expense investments for future growth and the impact of acquisitions had an unfavorable effect on margins during the quarter, as operating expenses as a percentage of sales came in higher than expected on the lower shipment volumes relative to expectations.

International segment total sales, including intersegment sales, increased 14% to $183 million in the quarter as compared to $160 million in the prior year quarter. Core total sales, which excludes the impact of acquisitions and currency, increased approximately 22% compared to the prior year.

Adjusted EBITDA for the segment before deducting for noncontrolling interests was $24 million or 13.2% of net sales as compared to $21.5 million or 13.4% of net sales in the prior year. This margin performance was impacted by a higher mix of lower-margin intersegment sales, which was mostly offset by favorable operating leverage on significantly higher volumes.

Now switching back to our financial performance for the third quarter of 2022 on a consolidated basis. As disclosed in our earnings release, GAAP net income for the company in the quarter was $58 million as compared to $132 million for the third quarter of 2021. The current year net income includes the pretax charges totaling $55.3 million related to the clean energy bad debt and warranty-related matters.

GAAP income taxes during the quarter -- GAAP income taxes during the current year third quarter was $11.6 million or an effective tax rate of 16.1% as compared to $32.6 million or an effective tax rate of 19.7% for the prior year. The reduction was due to multiple discrete tax items that drove the tax rate down versus prior year on a net basis.

Diluted net income per share for the company on a GAAP basis was $0.83 in the third quarter of 2022 compared to $1.93 in the prior year. Adjusted net income for the company, as defined in our earnings release, was $112 million in the current year quarter or $1.75 per share. This compares to adjusted net income of $151 million in the prior year or $2.35 per share.

Cash flow from operations was negative $56 million as compared to positive $74 million in the prior year third quarter. And free cash flow, as defined in our earnings release was negative $73 million as compared to positive $42 million in the same quarter last year. The decline in free cash flow versus the prior year was primarily due to lower operating earnings, increased tax payments and higher working capital levels in the current year quarter, partially offset by lower capital expenditures.

As of September 30, 2022, we have approximately $1.48 billion of liquidity, comprised of approximately $230 million of cash on hand and $1.25 billion of availability on our revolving credit facility. Also, total debt outstanding at the end of the quarter was $1.36 billion, resulting in a gross debt leverage ratio at the end of the third quarter of 1.6x on an as-reported basis.

Additionally, during the third quarter, we repurchased 536,600 shares of our common stock for $123.9 million, which exhausted our previously existing stock repurchase program. In July 2022, our Board of Directors approved a new stock repurchase program that allows for the repurchase of up to 500 million of our common stock over a 24-month period.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 242 of 650    Document 49

With that, I will now provide further comments on our updated outlook. As previously disclosed 2 weeks ago within our pre-release, we updated our net sales growth and adjusted EBITDA margin guidance for the full year 2022. In line with the pre-release, we still expect net sales in 2022 to increase between 22% to 24% as compared to the prior year on an as-reported basis, which includes an approximate 5% to 7% net impact from acquisitions and foreign currency. This revenue outlook assumes sales of residential and C&I products both increased at a similar rate in the low to mid-20% range during 2022 over the prior year.

Also in line with our pre-release, adjusted EBITDA margins before deducting for noncontrolling interests are still expected to be approximately 18% to 19%. This EBITDA margin expectation reflects a modest sequential improvement in gross margins in the fourth quarter compared to the third quarter levels, with higher operating expenses as a percentage of sales, partially offsetting the sequential gross margin improvement.

Now I'd like to provide some further comments regarding our initial framework for net sales growth in 2023. Summarizing Aaron's earlier remarks, our preliminary view for 2023 anticipates that the first half of the year will experience year-over-year weakness on a consolidated basis. We expect to return to solid growth in the second half of the year, resulting in overall net sales to only decline modestly for the full year 2023 as compared to 2022.

Again, as Aaron previously discussed, home standby generator sales growth is expected to face significant headwinds in the first half of 2023. But as field inventories normalize, we anticipate strong sequential sales growth and a much more modest decline in sales growth over the prior year in the second half of 2023.

Clean energy technology is expected to experience robust sales growth for the full year as we continue to expand our presence, build out our distribution and launch new products into this market, resulting in sequentially improving results during 2023. Our preliminary view for 2023 C&I product sales growth anticipates continued strong growth throughout the year. This preliminary guidance assumes power outage activity that is in line with the long-term baseline average, and does not assume a prolonged recessionary environment that meaningfully impacts consumer spending during 2023.

Additionally, this is a preliminary early look into our 2023 forecast, and we will provide a more detailed update when we report fourth quarter results in mid-February of next year.

Shifting back to 2022, we will now provide additional guidance details to assist with modeling adjusted earnings per share and free cash flow for the full year 2022. Our GAAP effective tax rate is now expected to be approximately 24.5% for the fourth quarter of the year, resulting in a full year 2022 GAAP effective tax rate of approximately 21.5%. For full year 2022, we now expect interest expense to be approximately $53 million to $55 million, an increase from the previous guidance of $52 million to $54 million, reflecting higher than previously expected benchmark interest rates. This assumes no additional changes in outstanding debt for the remainder of the year.

Depreciation expense is still expected to be approximately $54 million to $56 million in 2022. GAAP intangible amortization expense in '22 is still expected to be approximately $100 million to $105 million. Stock compensation expense is still expected to be between $32 million and $34 million for the year.

Our full year weighted average diluted share count is now expected to be approximately 64.5 million shares compared to the previous guidance of 65 million to 65.5 million shares. Our capital expenditures are now projected to be approximately 2% to 2.5% of our forecasted net sales for the year compared to prior guidance of approximately 2.5% to 3% of net sales.

Free cash flow conversion is expected to be closer to 100% of adjusted net income in the fourth quarter as the investment in working capital begins to level off. Finally, this updated 2022 outlook does not reflect potential additional acquisitions or share repurchases that could drive incremental shareholder value.

This concludes our prepared remarks. At this time, we'd like to open up the call for questions.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 243 of 650    Document 49

REFINITIV

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from Michael Halloran with Baird.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

So just kind of want to talk through what happened between second quarter to today is the first question. Obviously, in the second quarter, you talked about installation challenges potentially being a headwind. But I think the magnitude caught a lot of people by surprise, and how quickly that changed. And so could you maybe talk about the dynamic that got you misaligned with what was happening in the channel, is the first question?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, Mike, this is Aaron. Yes, it's a great question and one that obviously not only caught us by surprise, but even our channel partners. I think we hit kind of our peak output levels with home standby. We've been working very hard over the last couple of years to -- we've quadrupled the output. And we really -- we hit our stride as we predicted we would kind of as we exited the second quarter and began the third quarter.

And so we are producing at a really high rate. And we thought that was really important because we wanted to bring our lead times down, because we knew that, that was having a negative impact on close rates, it's having a negative impact on our ability to sign new channel partners. So we really -- we're working hard to do that. And so we kind of open the floodgates on shipping to get all that product out in the market.

And what we started to see at the end of the second quarter, and we mentioned it, as you said on the call, was that our installation, our activation rate, which is our proxy for installations, it was up year-over-year, but it wasn't increasing at the same rate commensurate with our output increase. And so we could see field inventory building. And we had been talking to our channel partners for several quarters about this coming. And we were trying to get them prepared for that, helping them hire people. We had a number of programs actually in place to get ahead of this.

But in the end, it's just -- that we have 8,500 channel partners, dealers and then obviously, a lot of non-dealer contractors who install these products. And it's a ton of one-off conversations, and we just weren't able to change that inflection point on the installation rate to the degree we thought we could.

So the flaw in the model, the simple answer is, the flaw in the model here was that we modeled unconstrained installation bandwidth, and that actually was not how it played out. We had never had that happen before, by the way. I've seen probably 6 of these cycles in the past, and successively as we kind of hit our peak rate with new output levels, we had never seen the installation bandwidth be a barrier.

So that was the problem. And it, unfortunately, stacked up really quick when you're shipping at those rates and only installing at kind of marginally higher rates. So the field inventory started to stack up, and they physically started to run out of room, run out of credit. And so what we saw is we saw cancellations and deferrals on orders from those home standby dealers and other channel partners during the quarter, and that accelerated through the quarter here in Q3. And it became very clear very quickly. And again, that's why we did the prerelease because as soon as we put all this together, we can see what happened a couple of weeks ago. It's like, okay, this is information we want to get to folks so they understand it. And we've redoubled our efforts, tripled our efforts on what we can do to increase installation bandwidth.

So anyway, that's kind of answering your first question. That's the issue in a nutshell, if you will, for home standby.

---

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

That's super helpful. And related, if I think about the time it's going to take to sync the channel up, I guess I'm having a hard time thinking of the idea that the underlying pieces are still pretty healthy, and you gave a lot of good metrics in the prepared remarks and in the press release around

10

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



what's happening on the consultation side, the closures, et cetera, with how long it's going to take to rightsize the inventory. And maybe it's just a bandwidth conversation with where the installers are at. But I'd love to have a sense for how I can kind of take that time frame and sink it with what you're calling still pretty healthy underlying demand.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. I think probably the best way to maybe get your head around that is we believe that currently today, field inventory levels are about double where they should be. And so that's the bad news, right? That's the additional output that we put into the market ahead of the installation capacity increasing to the right levels. We do -- we are modeling that installation capacity is going to increase next year. The challenge, of course, is that just seasonally, we're coming into -- as we turn the page here and get into Q1 and Q2, we normally run into a seasonally low period of installations because parts of the country like the Midwest and the Northeast, where installations are much harder to do because of the cold weather because of winter.

So unfortunately, even though we're targeting the installations are going to improve year-over-year, we have this seasonal challenge we've got to deal with. It's just nature. We can't really -- that's a hard one to fix. And so it won't increase necessarily as quickly as we needed to in the first half.

Now the good news is, when we pull our dealers, half of that field inventory that's out there today is spoken for, meaning it's got a customer contract against it, a customer has got a deposit on it. And again, it's indicative of the installation challenge because we're now back to what we said in the prepared remarks is mostly normal lead times.

We still have backlog. We have a couple of models, we're still out there, some liquid cool products, things like that. So that's supportive of where we're going here in Q4. But what ends up happening is that we have these mostly normal lead times for us to our channel partner, but if you are a homeowner and you call and you try and get a product, you still are being quoted longer lead times because of these constraints, whether they be people constraints or permitting constraints or component constraints, gas meter upgrades, we've -- there are localized issues all over the country where some of our channel partners are bumping up against just delays. And so they're working through that. And as those ease, that will help. But we think that it's likely going to take the first half of next year to get through this, and that's going to put pressure on the incoming order rate for home standby through the first half of next year.

And so that's really the challenge. We think that, again, in our prepared remarks, we said by the second half of the year, we're back to growing again in the category and really only down modestly for the year in total for the category. So anyway, so that's -- it's -- I think when you put it all together, we feel pretty good about longer term that the end market is supportive.

**Michael Patrick Halloran** - *Robert W. Baird & Co. Incorporated, Research Division - Associate Director of Research & Senior Research Analyst*

That makes sense. So basically, what you're saying is relatively normal sequentials on the home standby category for the next few quarters from a couple of quarters from the run rate you're talking about in the back half of this year before there's a potential inflection as things start catching up and normalizing a little bit.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Right. Return to normal seasonality, return to growth in the second half. And then again, just the first half is going to be down considerably, second half will grow. Still down kind of moderately for the category, only modestly for the company overall. That's kind of our overall guide for next year, but just to clarify that.

**Operator**

And our next question comes from Jeff Hammond with Key.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 245 of 650    Document 49



**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

Just on kind of the -- as you're thinking about the guide, I just want to kind of understand how you're thinking about like comping the backlog drawdown that you're seeing this year, and then what that would imply for kind of underlying demand for the category.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. I mean, again, that's a big part of the headwind for the first half of next year, there is the comp. Because we're -- obviously, we were bringing that backlog down heavily in the first 2 quarters of this year. And so we'll be comping against that without having the benefit of that backlog kind of as we get into next year. So that's a big part of it.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And then Aaron's point about the home standby category being down moderately in the second half, that's because you are trying to comp like some of that backlog headwind that we're bringing down here in the back...

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Moderately in total. Returning to growth in the second half, but yes, for '23.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, for the standby.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

For standby. We're talking just standby.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, yes. We're just talking standby. But that -- we've got the headwind on the backlog that's driving that.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

That's what's driving that, exactly.

**Jeffrey David Hammond** - *KeyBanc Capital Markets Inc., Research Division - MD & Equity Research Analyst*

And then just what are you guys doing with your production levels as you get this reset? And just how should we think about destock of your own inventory? Looks like your own inventories are a bit elevated as well.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, they are. And you saw that read through just the working capital increase in the third quarter, driving free cash flow negative for the quarter. We see that coming back around in Q4. So we basically slowed the factories down, still have some material coming at us, but that's starting to slow as well.

We should basically get into a better position in Q4 and then really working hard through the first half of next year to bring down those inventory levels, both raw materials and finished goods, as it relates to the home standby category in particular. It's actually kind of a dichotomy, because in our industrial business, we're constrained still in certain components and our inventory levels are low, and we're struggling to kind of feed our factories with materials there on our industrial side. And we would be able to, in fact, go even higher, faster with our industrial business if we could get more engines and breakers and other things that are in shorter supply.

But on the home standby side, we're definitely seeing a lot of material hitting our distribution centers as we slow production down.

---

**Operator**

And our next question comes from Brian Drab with William Blair.

---

**Brian Paul Drab** - *William Blair & Company L.L.C., Research Division - Partner & Analyst*

Just shifting to clean energy for a minute. So I think that the energy storage business in '21 was around $220 million, $225 million. It looks like the guidance that you're giving us now for $300 million to $330 million implies that that's down something like 30% or so this year. Is that about right? And what is the overall market growing and can you clarify...

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, market is still growing, although there's some mixed comments out there about the market growth. But yes, the loss of that major customer of ours in the second half of the year here, they really ceased operations in July. So we've got to do the hard work that, honestly, we should have been doing all along of continuing to expand our channel to more channel partners, but that hurts us definitely in the year, Brian.

So yes, unfortunately, that's going to be down this year. Looking for that to return to growth next year, but as we kind of fill in with new customers, and we kind of reset, so '22 is going to end up being a reset year for us here on energy storage, which is disappointing, but I think -- and a rather painful learning lesson for us on just some of the trials and tribulations of that market, some of the customers and the dealer partners there, you're having to pick your partners carefully. Again, a lot of learning cycles we're going through there.

---

**Brian Paul Drab** - *William Blair & Company L.L.C., Research Division - Partner & Analyst*

Okay. And then for my second question, can you just clarify exactly what you're saying about 2023 one more time in terms of -- I think that you said total company in the prepared remarks, it's all about total company, and that you'd be down modestly for the full year, up sequentially first half to second half. But I'm just wondering, is home standby expected to be up year-over-year in the second half?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, this is York. So yes, so total company, to clarify, we said weakness in the first half, total company, mainly driven by the home standby discussion we just had, maybe a little bit of clean energy as we build growth there. But second half, I think important to note, total company returned to solid growth for total company in the second half. You put that all together then for full year, that would only be a modest decline for full year 2023. That's total company.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 247 of 650    Document 49

So then home standby specifically, again, weakness first half, sequential growth from first half to second half and then a much more modest decline in sales growth over the prior year in the second half of the year. So maybe down a little bit, but it's much more modest decline relative to the first half for home standby.

---

**Operator**

Our next question comes from Mark Strouse with JPMorgan.

---

**Mark Wesley Strouse** - *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

York, curious if you can just talk about margins through the first half of next year. Just kind of the lower factory absorption with HSB, the lower mix of HSB and then kind of offsetting that somewhat easing of some of the supply chain issues that you've had. Is that how we should think about margins going forward?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, I think Aaron mentioned a return to seasonality for the home standby business, meaning Q1 is usually the lowest point in the curve once you catch backlog, then you return to normal seasonality, Q1 is the lowest point. So you would expect, just from a mix standpoint, that sequentially from Q4 2022 to Q1 2023, that gross margin should decline because -- mainly because of that mix element. But, I mean, recall we were facing some pretty heavy inflationary pressures in Q1 of 2022, so I would expect just from a price cost standpoint, we're going to see some nice price cost benefit there.

But yes, we're still putting our models together on how that's going to look, but I would expect just sequentially that given the mix, the mix changes going into the first half of next year, you'd see maybe a slight decline in gross margins relative to the run rate.

---

**Mark Wesley Strouse** - *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

Okay. And then just to clarify on the Clean Power business, is most of the reduction in the revenue outlook driven by needing to backfill for the customer that has gone bankrupt? Or is there a broader issue with the actual product itself that there's some actual reconfiguring of the solution?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, the majority of the market is related to the loss of the customer. It was a really important customer for us. And the diversification of our customer base is going to be the primary focus here going forward. And obviously, we've got to restore trust, too, right, in the market to some degree. There's probably a spillover effect there to a bit.

But I will say this, and like I said, we've got a lot to learn in this market. It's a painful learning lesson. But in speaking with a lot of the kind of national companies that are well established, the national solar sales and installation companies, almost every OEM has had challenges over the course of the solar kind of markets existence and storage being the new component here.

So again, I'm not trying to indicate that people should expect that, but it's a pretty new market. I mean, penetration rates are very low on these products. The environment, being rooftop mounted, electronics is a severe environment. The warranty periods are very long, 25-year warranty periods for the rooftop mountain components, 10 years on the batteries. So you've got a pretty -- there's a pretty high bar there quality-wise. And a lot of companies have unfortunately struggled with that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Now I think we feel like we -- well, a couple of things. One, we're very committed to this. We think it's the future. We think it's an important part of our strategy going forward. I think it represents some great opportunities for Generac in terms of what can fit with our brand, our distribution and our expertise in some of these areas.

So we're committed to it. We've got a great balance sheet to be able to finance this. The investment needed, obviously, is going to be greater than we had originally thought. You can't just take a start-up technology and try to scale it. That's clear based on our experiences here. So we're going to have to do a lot more work around that. We're going to have to put more talent in the teams. We've started to do that. We mentioned that in some of our prepared remarks this morning, and we're going to continue to do that. We think that this is, again, it's an important part of the future. We're committed to it, and we are going to be a major player in it longer term. We're going to take our lumps here and the humility that comes with that.

But in the end, I believe that we will have a lot of great success in this longer term.

---

**Operator**

And our next question comes from Joseph Osha with Guggenheim Partners.

---

**Joseph Amil Osha** - *Guggenheim Securities, LLC, Research Division - MD & Senior Energy and Industrial Technology Analyst*

I wanted to spend a bit more time on the clean energy business. We've talked a lot about storage, which is great. Ecobee is a good-sized business. So I'm wondering as you look into the next year; obviously, you don't want to get too detailed, but maybe if you could give us a little bit of a sense as to the -- roughly what the breakdown of that business might look like.

And on a related note, now that you've got the safety couple of products, we talked about this before, given some of the challenges that you've talked about with some of the other stuff, could we see you perhaps pivot more to selling that AC couple product alongside other people's inverters? So those are my 2 questions.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Joe, great questions. Just let me touch on the ecobee piece first, and then I'll get to the AC coupled solution. So on ecobee, there -- it's a great company, really well run. They've really struggled this year with component availability in the first half of the year. So they've under-delivered a bit to our expectations and their own expectations just around that.

But things have really picked up here as they exited the third quarter. They're looking at fourth quarter being their highest quarter ever as a company and looking at big things. I think a lot of that, you can probably tie back to higher energy prices, right? Homeowners, I think, are looking for solutions to mitigate those higher energy prices, and smart thermostat is kind of a really cost-effective way to go after that. The paybacks are really strong, and you buy one of these products, inside of a year, you can pay that back. And that's even -- not even assuming the opportunity to connect that thermostat to a grid services type of program, like a demand response program, which can enhance the payback even more.

So really excited about that business. I think when we announced it, it's something like $125 million. It's grown nicely this year, and will continue to grow. And we're not going to break down the pieces because we don't want to get into doing that every quarter here going forward. But it's a great business, well run and a lot of upside there.

And I think one of the bigger opportunities within that is just the team that they have, the expertise they have is going to be central to this single pane of glass initiative that we see as sitting at the heart of the smart home energy system that we've talked about, connecting whether it be generators or PV microinverter or storage devices or smart thermostats or water heater disconnect switches, load management, ultimately EV charging, things like that. We think all of that...

15

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Joseph Amil Osha** - *Guggenheim Securities, LLC, Research Division - MD & Senior Energy and Industrial Technology Analyst*

I did just hear you say $125 million for this year, right?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

No, that was what we said when we announced the deal back in December. That was their run rate.

---

**Joseph Amil Osha** - *Guggenheim Securities, LLC, Research Division - MD & Senior Energy and Industrial Technology Analyst*

Okay. All right.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

They've grown nicely.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, they've grown nicely since then. And then on the AC coupled -- the AC coupling that is definitely a focal area. And one of the things that we've been pushing to get into the market, the microinverter -- or excuse me, the PV, the PWRcell with a firmware update can accept power from third-party AC -- our third-party inverters now. So we feel really good about that, and that's going to be a focus area for our commercial teams as we go forward.

So looking forward to that getting some traction in the marketplace, and we think that we'll see success of that.

---

**Operator**

Our next question comes from Jerry Revich with Goldman Sachs.

---

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Aaron, I wonder if you could talk about the production rate for the standby business. In the fourth quarter, normal seasonality. I think installs tend to be up low double digits. Can you just comment on -- a normalized run rate where that business can be up sequentially in your term based on the visibility you have as of today?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Well, production rates won't be. Because we're bringing those down because of the field inventory issue, and we've got plenty of inventory as well. So that -- if the question is around production rates, we won't be up in the fourth quarter. We'll be lower. So we expect that, and that's built into our guide today.

But again, installation capacity, that normally, seasonally does peak in the fourth quarter. And we continue to see -- again, we added 300 new dealers in the quarter alone, which is helpful for that. We are pacing well, again, to add more dealers here in the fourth quarter, and we need to be hitting our peak rates for installation by the end of the year, but that's all contemplated in the guidance. I don't know if I'm answering your question, Jerry or not, but...

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 250 of 650    Document 49

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Yes. And earlier, you mentioned production would be down as normal seasonality in the first quarter as well. And so I'm just trying to understand, right, after every major outage event, there is a new and higher baseline, but that baseline is obviously down from the peak. And I'm just wondering, are we going to be running at that baseline based on the order rates that you see today without making any assumptions on installation capacity as we head into, call it, $400 million standby revenue quarter in the first quarter? Does that match the incoming order rate? Or is there a risk of additional step down?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

No, no, no. So what we've said is that the order rate is going to continue to -- we're going to have headwinds there as they work their field inventory down. So they've got -- again, field inventory, which is about double where we should be at this time of the year, and "normal" in terms of days of field inventory is about double. But about half of that -- so really the problem, right, the doubling is already sold. So they just have to get it installed.

So because of that, we're not -- the order rate is going to be artificially depressed until we get through that.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

I guess, the hurricane just increased the backlog of our dealers, basically that will...

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes, effectively. Right. Exactly. And could accelerate some of the drawdown of field inventory in the Florida regions, in particular, where Ian impacted. But no, we think that the order rates that we're seeing today, that we'll continue to see through the end of this year and in the first half of next year are artificially low as we rightsize that field inventory.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

And remember, we have some backlog in the fourth quarter here that were satisfying as well.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Exactly. That's a good point.

**Operator**

Our next question comes from Maheep Mandloi with Credit Suisse.

**Maheep Mandloi** - *Crédit Suisse AG, Research Division - Associate*

Any enough guidance on gross margins for the C&I -- for the HSB projects in Q4 in the first half. But maybe if you could just opine on OpEx in Q4 and the first half given all the data points you're seeing on channel inventory and in-house consolidations, should we expect any changes over there? And I just have a follow-up on -- that should go.

17

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 251 of 650    Document 49

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

This is York. OpEx, I think, I alluded to it, OpEx may tweak up a little bit here in the fourth quarter as a percentage of sales relative to Q3. There's actually just some seasonality on some spend in Q4, some accrual reversals in Q3 that won't repeat. So just a modest increase in OpEx sequentially, both dollars and as a percentage of sales, we're modeling in our guidance.

---

**Maheep Mandloi** - *Crédit Suisse AG, Research Division - Associate*

And any guidance on how should we think about it in 2023?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

No. I mean, we're still -- we're just -- we gave the framework for the top line. We're still working on the framework for gross margins and OpEx. So I think we're going to hold off on discussions on the margin side for next year until next quarter.

---

**Operator**

Our next question comes from Kashy Harrison with Piper Sandler.

---

**Kasope Oladipo Harrison** - *Piper Sandler & Co., Research Division - Research Analyst*

So just the first one for me. So the C&I and other segments, both quite strong. Can you maybe just dig into some detail on the strength in both of those segments in Q3? And then maybe speak to the specific indicators you're seeing right now that give you confidence of a continuation of strong growth entering calendar '23 so early? And I have a follow-up.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. Kashy, really, the C&I business has been ripping along here for a number of quarters and really hitting its stride. We're taking share in the market. We're seeing in our industrial distribution channel. Everything was up basically in C&I. So our telecom vertical, that is a really important vertical for the company was up. Our mobile business was up as the national rental accounts continue to refleet and top off their fleets; our business internationally, which is mostly C&I, was also up very nicely.

Again, just a lot of the same opportunities there. Probably 1 area that I would call out that was up even more so than in past and I think we categorized it in the prepared remarks as early inning, was this kind of -- we refer to it as beyond standby applications. So mainly natural gas generators, large C&I natural gas generators that would otherwise have normally been sold into emergency backup-type of applications are being sold into applications where they're still used as emergency backup power, but they can also be called upon to support the grid during times of significant stress. So heat waves, outages, things like that.

So think micro grids or kind of energy-as-a-service types of programs, demand programs where the generator can be switched on remotely by a grid operator or a utility, oftentimes connected through our grid services software platform, Concerto, and we're seeing that market was up really large in the quarter for us. Now it's still pretty small in totality, but it's growing very quickly. And the quality conversations we're having with people on projects, potential projects in the future, the pipeline here for that business looks really good.

So much so that we're oriented around adding capacity in our C&I factories to accommodate that growth. And so additional test capacity, additional manufacturing capacity, additional sheet metal fabrication capacity, we're making investments there so that we can be ready for that business as it grows because we think it's a fundamental part of the mega trend that we've identified of kind of the grid instability issues that are coming from the rapid decarbonization of utility-scale sources and the -- on the demand side, the electrification of everything, inclusive of transportation.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 252 of 650    Document 49

This supply-demand imbalance, many utilities and grid operators have really struggled here and had to scramble over the summer in particular. Now they were able to avoid any major outages, which was pretty remarkable. But in the end, the reserve margins, that's really kind of what it gets down to is the reserve margins is the excess capacity or sources that they have over demand. And those reserve margins have gotten compressed dramatically in certain markets out West, even here in the Midwest, where the reserve margins are down to kind of critical levels, where if you get a spike in demand or you get some kind of interruption in supply, a major plant goes offline or there's some other disruption, can cause significant challenges.

And this is really at the heart of what happened in February of last year in Texas. The cold snap that happened there has exacerbated the supply-demand challenges that were underlying what was going on in the ERCOT region or the ERCOT market. And so the opportunity to use generators, fossil fuel generators, but natural gas generators, which burn much cleaner, obviously, than diesel generators, has really come into focus as a potential opportunity to use these assets for the purposes of grid support.

So that was kind of what happened in C&I in a nutshell. As you mentioned, the other category was also up nicely. That encompasses some of our monitoring businesses, encompasses some other areas of the business that have been growing very nicely as well. So between those 2 segments, or not segments, but product classifications, those we saw really nice growth in the third quarter.

---

**Kasope Oladipo Harrison** *- Piper Sandler & Co., Research Division - Research Analyst*

And just the indicators you're seeing that give you the confidence for '23 so early on?

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - Chairman, President & CEO*

Yes. So the C&I business is a backlog business. I mean, that always has been a backlog business. So we look at that, you've got lead times on products there that, in some cases, go out 26, 36 weeks depending on the size of the product. It's custom built, and it always has been this way. This is not the new kernel in the story over the last 2 years is the fact that home standby, which has never been a backlog business, became a backlog business. But the C&I business has always been backlog, provides great visibility for us. So we feel very good about that.

You're also seeing kind of some of the public statements, like if you look at the national rental account customers that we sell to, they're indicating that they believe their CapEx budgets and CapEx spends are going to continue to grow into 2023 as, again, some of these mega trends around the infrastructure investments that need to be made around the country. We had the investment, the Infrastructure Act that did get passed earlier this year. There's a lot of spending that's going to come through for that, for roads and bridges and airports and ports and all those types of massive infrastructure areas, our rental customers are going to serve that.

The telecom business continues to -- our telecom customers continue to tell us that their midstream and the build-out of their -- not only hardening their existing networks, but the build-out of their fifth generation or 5G networks. So that feels really good. And then, again, the quality of the pipeline, as I said, around some of these newer things like the beyond standby opportunities, the microgrid opportunities in C&I, we think that there's -- those have a lot of legs yet going into 2023.

---

**York A. Ragen** *- Generac Holdings Inc. - CFO & CAO*

Yes, the fact that book-to-bill remains strong is promising for next year.

---

**Operator**

And our next question comes from Praneeth Satish from Wells Fargo.

---

19

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

 

**Praneeth Satish** - *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

I guess if we could just focus only on the second half of '23 for a second. You mentioned that HSB could be down, but I would have thought by then that the field inventory and the installation issues would have been resolved or normalized. So I'm just wondering what's kind of driving that view for HSB in the second half of '23, given that demand is so strong? And is there a scenario where it could be up?

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. No, I think we alluded to it before that. I mean, there is some backlog that were satisfying here in the second half of 2022 that won't repeat. So there's a little bit of a, I guess, year-over-year headwind when you're looking at '23 versus '22.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

The guide also doesn't contemplate any major outages.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, that would be upside. So if you're looking for upside, where could we grow...

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

We did have some outages this year.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes, things happen. Mother nature happens. So that would definitely be a scenario where things could grow. But that's an inherent -- the backlog situation here -- resolving that backlog here in the second half of '22 is an inherent headwind for the second half of '23. But I think sequentially, as we get through these field inventory challenges here in the first half, you definitely would see growth sequentially from first half to second half, at least in terms of how we're seeing it in our framework here for 2023.

**Praneeth Satish** - *Wells Fargo Securities, LLC, Research Division - Senior Equity Analyst*

Got it. That's helpful. And then just switching gears on PWRcell. You mentioned that a certain component needed to be upgraded, and so you're enlisting kind of third-party installers for repairs. Can you elaborate on what that component is? And then how is that component been fixed in new batteries that are being produced?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. We have an upgrade path on that component. It's a rooftop mounted shutoff device, and that device is -- the previous generation of that device, has a higher failure rate than what we'd like to see. So we're proactively replacing those devices for customers, so they don't see an interruption of the production of their systems. But everything is -- we've got path forward and have had a path forward here for some time. We just have to get the upgrades complete.

And so to speed that up, we brought in a bunch of third-party service companies that are going to help us do that. We were relying on some of our channel partners, but with the loss of that largest channel partner became obvious that we needed to enlist the help of others, and that's why the third-party folks are going to be in there. And that upgrade, the total effort there is what's reflected in that additional warranty reserve charge that we took here in the quarter.

20

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 254 of 650    Document 49



**Operator**

Our next question comes from Donovan Schafer from Northland Capital Markets.

**Donovan Due Schafer** - *Northland Capital Markets, Research Division - MD and Senior Research Analyst*

So on the home standby side, I was just curious, is there any kind of a pattern in the lower orders from the channel partners in terms of -- is it more concentrated on the side of big-box retailers like Home Depot and Lowe's? Or maybe regional installers or even potentially kind of the longer tail smaller installers? I think the smaller installers tend to be limited, maybe more on warehouse space and access or willingness to use credit. So I'm just curious if it kind of is disproportionately in any one of those areas. And then I have a follow-up.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Not dramatically so, Donovan. I mean, it's pretty much fits the historical -- in terms of just the channel, the mix, if you will, the channel mix within home standby hasn't changed dramatically. I mean, we do have some of this "stocking channels" right? Like if you look at a retailer or you look at a wholesaler for us, those are traditionally stocking channels where a nondealer contractor comes in or a homeowner comes in and buys one of the products out of stock. Whereas our dealers, they generally only buy from us when they have a contract signed by a homeowner because they -- and that's nothing's changed with that. That's kind of the way the business has pace.

So I think to answer your question, there's nothing dramatically different about the mix channel-to-channel going on there.

**Donovan Due Schafer** - *Northland Capital Markets, Research Division - MD and Senior Research Analyst*

Okay. And then as my next -- my follow-up question is just focusing on what's going on in Europe, because you guys -- in commercial and industrial, you really are kind of a global business and you've got a lot in Europe and India, other parts of Southeast Asia, there's kind of just so much. But when I look at what's going on in Europe, it feels like there are a lot of puts and takes that could be kind of both tailwinds and headwinds because you've got the energy crisis and although there is instability around there, but then simultaneously, you're also going to have people saying, this is why we shouldn't be using natural gas. And so there might be resistance against natural gas infrastructure and installing more generator sets to rely on that, maybe even if there's any diesel that might be seen as much more of like a short-term thing, and so they don't want to invest the CapEx for a longer-term back up.

So it just seems like there's a lot of potential puts and takes there and the sort of differences of Eastern Europe versus Western Europe. So could you just go under a little bit more detail on like what exactly you're seeing specifically in Europe and how that's kind of unfolding for your businesses?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Yes. It's a good question. I mean, Europe has and has always been a mostly diesel C&I generator market. So that's just to level set. We have seen growth in natural gas gen sets in not only the European market, but also India. Here, recently coming off a base of almost nothing. There's there's nothing there. And I think on the margins, maybe on the edges, I should say, not to confuse with gross margins or anything like that, on the edges of the discussion, yes, there are some pipeline. People want to limit gas connections. Natural gas isn't going away. That is about the most foolish thing for people to think is the right answer for anything here.

Natural gas is needed for heating, for cooking. It's plentifully available, it burns cleanly. We would do well as a society to continue to focus on further improvements in cleaning up the emissions that come from natural gas, whether it be the extraction emissions or it's the consumption emissions. But because I think it's a fuel that can really help us shift as a populous here, as a global populous, further away from more carbon-intense forms of energy generation like coal and other fuels. So again, it's not -- it might be on the edges, you're going to see some natural gas limitation just like

21

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 255 of 650    Document 49



we are seeing here in the U.S. in places like California, Berkeley, other places like that, where they've taken the -- they've taken it on themselves to close off new natural gas connections.

The reality of it is you can get a propane tank anyway. So I mean, it's kind of a fruitless effort, the generators are off of propane as well. So you don't actually need pipeline. It's helpful, but you don't need pipeline gas. So again, I think there's -- our view is there's going to be plenty of growth in the C&I generator world, even the home standby generator world outside of North America and natural gas gens are going to be part of that natural gas and propane gens.

---

**Operator**

And our final question comes from Saree Boroditsky with Jefferies.

---

**Saree Emily Boroditsky** - *Jefferies LLC, Research Division - Equity Analyst*

So just going back to the home standby commentary, you talked about only a modest decline in the second half of the year. Could you just help frame how you're thinking about the magnitude of the decline in the first half of the year?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

No, we didn't necessarily frame that out. I think what we're looking at is more -- when you look at the total company, returning to solid growth in the second half resulting in only a modest decline for the total company for the full year. Saree, you can sort of get the magnitude of -- what that means for the first half on a total basis. You know that based on our comments that C&I is going to continue to be strong in the first half, so you'll see growth there. We'll be sequentially improving our clean energy business throughout the year in 2023. And so that basically leaves you sort of -- gives you some framework for how to put all the pieces together.

---

**Saree Emily Boroditsky** - *Jefferies LLC, Research Division - Equity Analyst*

Okay. And then it seems like sales grew faster at home standby than anticipated when you kind of gave out that 2024 guidance. Could you provide us with an estimate on where that puts you from a penetration rate at the end of this year? And then any thoughts on where we could go from there?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - Chairman, President & CEO*

Well, pen rate this year, we're around 6% is where we anticipate ending. So it doesn't -- it didn't change that dramatically. And we're going to have to update our guidance on the long-range guidance. Again, I would point out, we did say at our Investor Day, that growth was not going to happen in a straight line. I know we have people who haven't been around the company that long and are learning kind of how the cycles work here, but we have, in particular with home standby, we have the dramatic increase cycles where you have these step functions up, then growth kind of levels off, comes off of the peak actually, comes down off of a peak and normalizes to a baseline level, a new baseline level that's materially higher than the previous baseline level.

And then you kind of -- as you increase awareness and distribution, then you're ready for the next step up in growth. So it's more of a step function grower. We'll have to review the long-term targets. We're not prepared to update them this morning, but we are going to have -- we'll have another Investor Day next year for sure, if not before then, in terms of updating the long-range guidance.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 256 of 650    Document 49



**Operator**

Thank you. I would now like to turn the conference back over to Mike Harris for any closing remarks.

---

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

We want to thank everyone for joining us this morning. We look forward to discussing our fourth quarter and (inaudible) in mid-February. Thank you again, and goodbye.

---

**Operator**

Thank you. This concludes today's conference call. Thank you for participating. You may now disconnect.

---

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 257 of 650     Document 49

# EXHIBIT 7

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

**(Mark One)**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2022**
**Or**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from          to**

**Commission File Number 001-34627**

**GENERAC HOLDINGS INC.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-5654756** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **S45 W29290 Hwy 59, Waukesha, WI** | **53189** |
| (Address of principal executive offices) | (Zip Code) |

**(262) 544-4811**
(Registrant's telephone number, including area code)

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.01 par value** | **GNRC** | **New York Stock Exchange** |

SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting common equity held by non-affiliates of the registrant on June 30, 2022, the last business day of the registrant's most recently completed second fiscal quarter, was $13,014,830,988 based on the closing price reported for such date on the New York Stock Exchange.

As of February 17, 2023, 61,887,460 shares of the registrant's common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Annual Report to Stockholders for the year ended December 31, 2022 furnished to the Securities and Exchange Commission are incorporated by reference into Part II of this Form 10-K. Portions of the registrant's Proxy Statement for the 2023 Annual Meeting of Stockholders (the "2023 Proxy Statement"), which will be filed by the registrant on or prior to 120 days following the end of the registrant's fiscal year ended December 31, 2022, are incorporated by reference into Part III of this Form 10-K.

**2022 FORM 10-K ANNUAL REPORT**
**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 14 |
| Item 1B. | Unresolved Staff Comments | 21 |
| Item 2. | Properties | 21 |
| Item 3. | Legal Proceedings | 22 |
| Item 4. | Mine Safety Disclosures | 22 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 22 |
| Item 6. | [Removed and Reserved] | 23 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 35 |
| Item 8. | Financial Statements and Supplementary Data | 36 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 71 |
| Item 9A. | Controls and Procedures | 71 |
| Item 9B. | Other Information | 72 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 72 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 72 |
| Item 11. | Executive Compensation | 72 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 72 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 72 |
| Item 14. | Principal Accountant Fees and Services | 72 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 72 |
| Item 16. | Form 10-K Summary | 76 |

**Forward-Looking Statements**

This annual report contains forward-looking statements that are subject to risks and uncertainties. Forward-looking statements give our current expectations and projections relating to our financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

The forward-looking statements contained in this annual report are based on assumptions that we have made in light of our industry experience and on our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances. As you read and consider this report, you should understand that these statements are not guarantees of performance or results. They involve risks, uncertainties (some of which are beyond our control) and assumptions. Although we believe that these forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements. The forward-looking statements contained in this annual report include estimates regarding:

- our business, financial and operating results, and future economic performance;

- proposed new product and service offerings; and

- management's goals, expectations and objectives and other similar expressions concerning matters that are not historical facts.

Factors that could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements include:

- frequency and duration of power outages impacting demand for our products;

- fluctuations in cost and quality of raw materials required to manufacture our products;
- availability of both labor and key components from our global supply chain, including single-sourced components, needed in producing our products;

- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;

- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;

- our dependence on our distribution network;

- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;

- loss of our key management and employees;
- increase in product and other liability claims or recalls;

- failures or security breaches of our networks, information technology systems, or connected products;

- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand; and

- significant legal proceedings, claims, lawsuits or government investigations.

Should one or more of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, our actual results may vary in material respects from those projected in any forward-looking statements. A detailed discussion of these and other factors that may affect future results is contained in Item 1A of this Annual Report on Form 10-K. Stockholders, potential investors and other readers should consider these factors carefully in evaluating the forward-looking statements.

Any forward-looking statement made by us in this report speaks only as of the date on which it is made. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

**PART I**

**Item 1. Business**

**Overview**

Generac is a leading energy technology solutions company that provides backup and prime power generation systems for residential and commercial & industrial (C&I) applications, solar + battery storage solutions, smart home energy management devices and energy services, advanced power grid software platforms, and engine- & battery-powered tools and equipment. As an energy technology solutions company that is "Powering a Smarter World", our corporate purpose is to lead the evolution to more resilient, efficient, and sustainable energy solutions around the world.

We have a long history of providing power generation products across a variety of applications, and we maintain one of the leading market positions in the power equipment markets in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the power generation marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications. In recent years, the Company has been evolving its business model to focus on building out an ecosystem of energy technology products, solutions, and services for home and business purposes. As part of this evolution, we have made significant investments into rapidly growing markets such as residential clean energy storage, solar module-level power electronics (MLPE), and energy monitoring & management devices, all of which are distributed energy resources (DERs) that can be aggregated into virtual power plants (VPPs) within grid services programs. In addition, we have been leveraging our leading position in the growing market for natural gas fueled generators, which we believe represents a cleaner transition fuel to more renewable and energy storage sources compared to diesel, to expand into applications beyond standby power, allowing us to participate in Energy-as-a-Service and microgrid projects for C&I customers.

We have also made investments in next-generation platforms and controls for both residential and C&I applications that facilitate the connection of our products to the grid. Expanding these capabilities will enable the increasing utilization of our equipment as DERs as the nascent market for grid services expands over the next several years. Our growing presence in grid services programs will enhance the value of our power generation and storage products that might otherwise sit idle, as they are now able to be dispatched and orchestrated as part of a distributed energy solution, thereby generating additional return-on-investment for the home or business owner while also delivering value to utilities and grid operators by helping to balance, support and enhance the reliability of the electrical grid. As the traditional centralized utility model evolves over time, we believe that a more decarbonized, digitized, and decentralized grid infrastructure will build-out, and Generac's energy technology solutions are uniquely and strategically positioned to participate in this next-generation grid referred to as "Grid 2.0".

As our traditional power generation markets continue to grow due to multiple mega-trends that are driving increased penetration of our products, we believe we are in an excellent position to execute on this opportunity given our competitive strengths. In addition, our focus on more resilient, efficient and sustainable energy solutions has dramatically increased our served addressable market, and as a result, we believe that Generac is well-positioned for success over the long term.

**Company History**

Generac was founded in 1959 to commercialize a line of affordable portable generators that offered superior performance and features. The Company's success through the years has been built upon engineering expertise, manufacturing excellence and our innovative approaches to the market. This has driven our growth into becoming a leading provider of power equipment for a variety of applications within residential, commercial, and industrial markets.

In 1980, we expanded beyond portable generators into the industrial power generation market with the introduction of our first stationary generators that provided up to 200kW of power output. We introduced our first residential standby generator in 1989 and expanded our industrial product offering and global distribution system in the 1990s, forming a series of alliances that rapidly increased our sales. Our growth accelerated in the 2000's as we expanded our purpose-built line of residential & commercial automatic standby generators and implemented our multi-layered, omni-channel distribution philosophy. Throughout the 2000's, a number of high-profile power outage events also helped to increase the awareness and need for back-up power and home standby generators. In 2006, the founder of Generac sold the company to affiliates of CCMP Capital Advisors, LLC, together with certain other investors and members of our management. In February 2010, we completed our initial public offering (IPO) of our common stock. Since then, we have scaled our sales & marketing capabilities and systems, while also building the Generac brand into one of the leading names in back-up power around the nation.

Soon after going public, we implemented our "Powering Ahead" enterprise strategy. This strategic plan accelerated the Company's transition from primarily a North America focused, emergency backup generator company into a more diversified industrial technology company with the addition of new and adjacent product categories and an expanded global presence, primarily through a series of acquisitions. In 2018, we transitioned into a new enterprise strategy called "Powering Our Future", which drove further share gains in new and existing markets, capitalized on Generac's leadership in natural gas gensets, established our connectivity strategy, and provided the initial foundation for the Company's evolution into an energy technology solutions company, including key initial acquisitions within the residential clean energy space. This ultimately led to the introduction of our "Powering A Smarter World" enterprise strategy in 2021. This current strategic plan continues the evolution of Generac's business model that pairs traditional and emerging power generation and storage technologies with new monitoring, management and grid services capabilities to provide solutions for the dynamic challenges presented by today's energy landscape.

2

***Significant Investments in Energy Technology Solutions***

We've been providing power generation and resiliency solutions for homes and businesses for decades. Leveraging that expertise in power generation, Generac has made significant investments in recent years to expand its capabilities into energy technology solutions, beginning with the March 2019 acquisition of Neurio Technology Inc., a leading energy data company focused on monitoring technology and sophisticated analytics to optimize energy use within a home or business. This was followed by the April 2019 acquisition of Pika Energy Inc., a designer and manufacturer of battery storage technologies that capture and store solar or other power sources for homeowners and businesses. In October 2020, the Company acquired Enbala Power Networks Inc., one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids. In July 2021, Generac added to its residential clean energy portfolio with the acquisition of Chilicon Power LLC, a designer and provider of grid-interactive rooftop power inversion devices and monitoring solutions for the solar market. With these acquisitions, Generac has established an important presence in the rapidly growing residential clean energy market, focused on solar, battery storage and grid services applications.

In December 2021, Generac acquired ecobee Inc., a leader in sustainable home technology solutions. In addition to smart home thermostatic controls and other smart home devices, ecobee offers its customers the ability to participate in "Energy Services" programs, which allow homeowners to reduce energy consumption and utility bills via intelligent HVAC controls. The acquisition represents a major step forward in the Company's efforts to provide a broader residential energy ecosystem that includes a sophisticated user interface platform to allow homeowners to take charge of their energy generation, storage, consumption, and management through a "single pane of glass" with the ultimate goal of creating a more sustainable energy infrastructure that is increasingly decarbonized, digitized and decentralized.

As we look to the future, we expect to make continued investment in the people, processes and capabilities involved in the development of these residential clean energy technologies, as we work to further broaden our product offering and distribution network. In 2022, we built out our energy technology management team that brings decades of industry leadership experience as well as robust technical expertise. Under this new leadership team, we expect to fully integrate our energy technology investments under a common strategy that we believe will help accelerate growth in the future. Additionally, the policy backdrop for these growing markets, underscored by the Inflation Reduction Act and other state regulations, provides the necessary potential for long-term, value-creating investments. With this opportunity in front of us, we plan to build out our residential energy technology capabilities and our suite of products & solutions as we expect to play an important role in the transition to a cleaner, more sustainable, and more reliable electric grid.

Generac's efforts in expanding its energy technology solutions also cover C&I and international markets as well. In June 2021, the Company acquired Deep Sea Electronics Limited, a UK-based designer and manufacturer of advanced controls for a range of power generation and micro-grid applications used around the world. In September 2021, Generac acquired Off Grid Energy Ltd., a UK-based designer and manufacturer of industrial-grade mobile energy storage systems serving predominantly European markets. The Company advanced its C&I connectivity strategy with the October 2022 acquisition of Blue Pillar, an industrial internet of things (IoT) platform developer that designs, deploys, and manages industrial IoT solutions. Blue Pillar provides a foundation to build out a connectivity solution for our C&I products to further enable their use in grid services programs. Finally, in February 2023, Generac acquired REFU Storage Systems GmbH, a developer and supplier of battery storage hardware products, advanced software and platform services for the commercial and industrial market. REFU's energy storage systems will complement and enhance our current global product offerings and will further accelerate our development of new technologies as we continue to provide our commercial and industrial consumers with leading solutions for their adoption of renewable energy. These acquisitions will collectively help lay the groundwork to further advance our energy technology strategies across C&I markets around the world.

For a complete summary of recent acquisitions, please see Note 1, "Description of Business," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Products and Solutions**

We design, manufacture, and distribute a broad range of energy technology products and solutions. We design and manufacture stationary, portable and mobile power generators with single-engine outputs ranging between 800W and 3,250kW. We have developed a line of turn-key energy storage systems for use in residential solar-plus-storage applications. We also have a line of industrial-grade mobile energy storage systems that serve the global rental equipment markets. We have a growing selection of energy monitoring and management devices that serve to build out our residential energy ecosystem product offering. We participate in the market for grid services by providing distributed energy optimization and control software to utilities and other grid operators. Other power products that we design and manufacture include light towers and a broad line of outdoor power equipment that we refer to as "chore products", which includes a variety of property maintenance equipment powered by both engines and batteries. We classify our products into three categories based on similar range of power output geared for varying end customer uses: Residential products, Commercial & Industrial (C&I) products and Other products & services. The following summary outlines our portfolio of products and solutions, including their key attributes and customer applications.

***Residential Products***

Our residential automatic standby generators range in output from 7.5kW to 150kW, which predominantly operate on natural gas and liquid propane, and are permanently installed with an automatic transfer switch, which we also manufacture. Air-cooled engine residential standby generators range in outputs from 7.5kW to 26kW and serve as an emergency backup for small to medium-sized homes. Liquid-cooled engine generators serve as emergency backup for larger homes and small businesses and range in output from 22kW to 150kW.

As the product category leader, we believe we have the broadest line of home standby generators in the marketplace and all of them are offered as Smart Grid Ready, which enables customers to connect and enroll their generator as a distributed energy resource in available grid services applications. The deployment of our residential generators in grid services applications where available can improve grid resiliency, while also offering a direct financial incentive for homeowners to participate in these grid services programs, which can help to partially offset the purchase cost of the generator over the product's lifespan. This functionality leverages our remote monitoring system for home standby generators called Mobile Link™. This remote monitoring capability is a standard, WiFi-enabled feature on every home standby generator that we offer and allows our customers to check the status of their generator conveniently from their smart phone or tablet, and also provides the capability to similarly receive maintenance and service alerts. The data that is provided by this remote monitoring functionality allows us to better understand our installed base of products, while optimizing both product quality and customer satisfaction.

Leveraging the technologies acquired in the 2019 acquisition of Pika Energy, we have developed a line of clean energy products marketed under the Generac brand and using the name PWRcell™. This residential storage solution consists of a system of batteries, an inverter, photovoltaic (PV) optimizers, power electronic controls, and other components. This system captures and stores electricity from solar panels or other power sources and helps reduce home energy costs while also protecting homes from shorter duration power outages. PWRcell can range in size from 9kWh up to 36kWh of storage capacity. Our PWRcell energy storage systems also have Smart Grid Ready capabilities, empowering homeowners to contribute to grid stability and earn an incremental return on investment by connecting to grid services programs, which can help to partially offset the purchase cost of the system over the product's lifespan.

In 2021, we acquired ecobee, a leader in sustainable smart home solutions such as smart thermostats and a suite of home monitoring products, all designed with a focus on conservation, convenience, peace of mind and comfort. ecobee's smart home energy management devices and complementary sensors intelligently optimize heating and cooling systems, often the largest energy consuming system within a home, to deliver significant energy savings for homeowners. In addition, we are leveraging ecobee's cutting-edge technologies and software development expertise to create a user interface platform, or "single pane of glass" to allow homeowners to monitor and control Generac's entire suite of products using one common interface. These capabilities will help allow the creation of a clean, efficient, and reliable smart home energy ecosystem capable of connecting to our grid services distributed energy resource management software (DERMS) called Concerto.

In 2022, we launched PWRmanager, the second generation of our load management controls, allowing customers to program and remotely control certain loads in a house and thereby manage battery run times from their smart phones or tablets. We also entered the smart water heater controller market in 2021 via the acquisition of Apricity Code, an advanced engineering and product design company that has developed certain products which help homeowners reduce energy consumption and utility bills by intelligently managing the timing of a water heater's energy consumption. Through ecobee, PWRmanager and Apricity, we are expanding our suite of grid edge devices that can be deployed in grid services applications, offering increased energy savings and economic benefits to a larger segment of the population. We also added IoT propane tank monitoring solutions with the 2021 acquisition of Tank Utility to further optimize propane fuel logistics. This addition expands Generac's connectivity functionality and provides incremental value to our dealers and peace of mind to our home standby generator owners that use propane as a fuel source. The capabilities acquired via ecobee, Apricity Code, and Tank Utility, paired with our existing remote monitoring system, provide the foundation for Generac's residential connectivity strategy, which will be integral in the continued development of our smart home energy ecosystem.

We are developing additional new Generac-branded clean energy products that we expect to bring to market as we continue to build out a broader range of residential clean energy solutions, giving our distributors access to a more diverse line up of products that can serve a variety of applications. We are developing a rooftop MLPE solution to be used in residential solar solutions that will allow Generac to participate in residential solar installations that do not include an energy storage system. Additionally, we currently anticipate launching PWRgenerator during 2023, a one-of-a-kind natural gas generator with DC output that is purpose-built to re-charge PWRcell energy storage systems. This innovative new product is more fuel-efficient and quieter than our traditional home standby generators and can enable grid independence for homeowners.

We also provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW, and in 2022, we introduced multiple portable battery solutions that provide clean, emission-free power at the push of a button. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators. In addition, we offer manual transfer switches to supplement our portable generator product offering.

We provide a broad product line of outdoor power equipment referred to as chore products, which are used in property maintenance applications for larger-acreage residences, commercial properties, municipalities, and farms. These products include trimmers, field and brush mowers, log splitters, stump grinders, chipper shredders, lawn and leaf vacuums, pressure washers and water pumps. We also offer commercial-grade, battery-powered turf care products through Mean Green Products, which was acquired in 2020. In addition to Generac's efforts to expand Mean Green's production capacity and distribution capabilities, this acquisition will help to accelerate the electrification of our higher-powered lineup of chore products. Chore products are largely sold in North America through direct-to-consumer online catalogs, retail hardware stores, and outdoor power equipment dealers primarily under the DR® brand name.

Residential products comprised 63.8%, 65.8% and 62.6%, respectively, of total net sales in 2022, 2021 and 2020.

4

***Commercial & Industrial Products***

We offer a full line of C&I generators that are sold around the world. We are a leader in cleaner-burning natural gas fueled generators, and also have a full offering of C&I generators that are fueled by diesel and Bi-Fuel™. We believe we have one of the broadest product offerings in the industry with power outputs ranging from 10kW up to 3,250kW. Through the Deep Sea acquisition in 2021, we have expanded our capabilities in the design and manufacture of advanced controls for a range of C&I power generation applications, such as microgrids and Energy-as-a-Service. Our natural gas C&I stationary generators have Smart Grid Ready capabilities, enabling our customers to contribute to grid resiliency and generate an incremental return on investment by connecting and enrolling their generator as a distributed energy resource used in grid services applications where available.

Our light-commercial standby generators and related transfer switches include a full range of affordable systems from 22kW to 150kW, providing three-phase power sufficient for most small and mid-sized businesses such as grocery stores, convenience stores, restaurants, gas stations, pharmacies, retail banks, small health care facilities and other small-footprint retail applications. Our light-commercial generators predominantly run on natural gas and liquid propane.

We design and manufacture a broad product line of modelized and configured stationary generators and related transfer switches for various industrial standby, continuous-duty, and prime rated applications. Our single-engine industrial generators range in output from 10kW up to 3,250kW, include stationary and containerized packages, and can include our Modular Power Systems (MPS) technology that extends our product range up to much larger multi-megawatt systems through an integrated paralleling configuration. Over the past several years, we have introduced larger and higher-powered gaseous-fueled generators, with the highest output of 1,000kW for a single-engine set. Our industrial standby generators are primarily used as emergency backup for larger applications in the healthcare, telecom, datacom, commercial office, retail, municipal and manufacturing markets. In recent years, we've focused our efforts to utilize our gaseous-fueled generators in "beyond standby" applications including distributed generation and microgrid projects and have developed purpose-built products for these applications that have grid-connected capability. The addition of Smart Grid Ready functionality and the significant expansion of our in-house advanced controls capabilities further enhances the potential utilization of our generators in these applications.

Our MPS technology combines the power of several smaller generators to produce the output of a larger generator, providing our customers with redundancy and scalability in a cost-effective manner. For larger industrial applications, our MPS products offer customers an efficient, affordable way to scale their standby power needs, while offering superior reliability given their built-in redundancy which allows individual units to be taken off-line for routine maintenance while retaining coverage for critical circuits.

We also offer a full line of industrial transfer switches to meet varying needs from light industrial applications all the way up to the most demanding critical installations. Over the last couple of years, we have significantly increased and upgraded our industrial transfer switch product offering, which we believe will help to enhance our attachment rate and related market share for these products. Generac's innovative feature set and flexible platforms offer a variety of switching technologies for customized solutions to meet any project needs.

We also provide a broad product line of C&I mobile products such as light towers, mobile generators, and mobile energy storage systems, which provide temporary lighting and power for various end markets, such as road and commercial construction, energy, mining, military, and special events. We also manufacture commercial mobile pumps and dust-suppression equipment for a wide variety of applications. These mobile products are typically sold to national and regional rental companies who then rent the equipment to the end user.

As we advance further into energy technology for C&I applications, we believe the acquisitions of Off Grid Energy in 2021 and REFU Storage Systems in February 2023 will enable us to capture share of the rapidly expanding Battery Energy Storage System (or BESS) market in the future. We will also continue to develop other energy technology products, such as hybrid mobile solutions that pair an energy storage system with a diesel generator to reduce emissions and noise pollution, as well as mobile battery-powered light towers. We will also continue to sell various gaseous-engine control systems and accessories, which are sold to gas-engine manufacturers and aftermarket customers.

C&I products comprised 27.6%, 26.7% and 28.3%, respectively, of total net sales in 2022, 2021 and 2020.

***Other Products and Services***

Our "Other Products and Services" category primarily consists of aftermarket service parts and product accessories sold to our customers, installation and maintenance services, extended warranty revenue, grid services revenue paid by utilities, remote monitoring subscription revenue, and other service offerings provided by our owned industrial distributors.

Included in this "Other Products and Services" category are revenues from Generac Grid Services (GGS), which was formed in September 2021 and builds upon our 2020 Enbala acquisition. The formation of GGS formalized our efforts in the market for grid services by creating a focused team that collaborates across the enterprise to sell turn-key hardware and software solutions used by utilities and grid operators that enable the connection of DERs to help support the operational stability of the world's power grids. Generac's Concerto energy-balancing software platform provides a highly flexible approach for creating controllable and dispatchable energy resources from flexible loads, energy storage and renewable energy and gives utilities and grid operators the flexibility to operate virtual power plants in real-time to better manage the escalating complexities of increasingly variable energy assets. The Concerto software platform also enables Generac to enter into performance contracts, in which the Company recruits, aggregates, and manages a fleet of DERs with the purpose of efficiently managing and monetizing power capacity to utilities and grid operators.

The acquisition of ecobee further enhanced our efforts in grid services. In addition to smart home energy management product sales, ecobee recognizes service revenue resulting from the value its platform provides in connecting its devices to grid services programs, enabling direct monitoring and control of a significant portion of the home's electrical load. The addition of this capability increases Generac's share of the grid services market and meaningfully enhances Generac's software development capabilities.

The 2022 acquisition of Blue Pillar expanded our C&I connectivity capabilities and enhanced our grid services offerings for C&I customers by providing a standard protocol for all of our C&I products to be connected to our Concerto platform. In addition to connectivity device sales, Blue Pillar recognizes software and support revenue resulting from the monitoring and management capabilities its platform provides customers. Our Mobile Link subscription service provides this same service for our residential home standby customers, whereby we collect subscription revenue for this remote monitoring service.

Other products and services comprised 8.6%, 7.5% and 9.1%, respectively, of total net sales in 2022, 2021 and 2020.

**Mega-Trends, Strategic Growth Themes, and Additional Business Drivers**

In 2021, we unveiled our "Powering A Smarter World" strategic plan, which serves as the framework for the significant investments we have made and will continue to make to capitalize on the long-term growth prospects of Generac. Our enterprise strategy is based on the combination of several key mega-trends that we believe will drive several significant strategic growth themes for our business.

***Key Mega-Trends:***

- *"Grid 2.0"*: which is the evolution of the traditional electrical utility model as supply/demand imbalances are created due to the accelerating adoption of renewable energy generation and the "electrification of everything" in society's energy consumption. It includes the decarbonization, digitization, and decentralization of the grid and a migration toward distributed energy resources that is expected to drive demand for a variety of clean energy and grid services solutions going forward.

- *Impact of climate change:* which includes the expectation of more volatile and severe weather driving increased power outage activity, and more global regulation accelerating renewable investments.

- *Natural gas as an important transition fuel to the future:* as natural gas will remain in demand as a source of cleaner, reliable power generation for backup power and beyond standby applications, compared to diesel fuel.

- *Legacy infrastructure needs a major investment cycle:* to rebuild and upgrade aging networks and systems including transportation, water and power.

- *Telecommunications infrastructure shifting to next generation:* which involves the "5G" architecture that will enable new technologies requiring significant improvement in network uptime through backup power solutions.

- *Home as a Sanctuary:* in recent years, there has been a trend of more people working, shopping, entertaining, aging in place, and generally spending more time at home. As a result of this and the "electrification of everything" trend, homeowners are becoming increasingly sensitive to power outages due to lost productivity and functionality. These trends combined with ongoing elevated power outage activity has led to significantly increased awareness regarding the importance and need for backup power security.

***Strategic Growth Themes:***

*Power quality issues continue to increase.* Power disruptions are an important driver of consumer awareness for back-up power and have historically influenced demand for generators, both in the United States and internationally. Increased frequency and duration of major power outage events, that have a broader impact beyond a localized level, increases product awareness and may drive consumers to accelerate their purchase of a standby or portable generator during the immediate and subsequent period, which we believe may last for six to twelve months following a major outage event. Energy storage systems offer similar resiliency advantages to consumers and can benefit from these same awareness drivers, at least for short duration power outages. The optional standby market for C&I power generation is also driven by power quality issues and the related need for backup power. Attitudes around climate change have shifted and undergone increased global focus, and an aging and underinvested electrical grid infrastructure remains highly vulnerable to the expectation of more volatile and severe weather. Additionally, rapid growth in renewable power sources such as solar and wind is resulting in increased intermittency of supply, further impairing the reliable supply of electricity at a time when demand is starting to increase meaningfully with the electrification of a wide range of consumer and commercial products, including transportation, HVAC systems, and other major appliances. These developments are causing a growing supply/demand imbalance for grid operators across North America, which has led to recent high-profile examples of rolling blackouts necessary to maintain grid integrity. In fact, the North American Electric Reliability Corporation has labeled significant portions of the continent as being at high risk of resource adequacy shortfalls during normal seasonal peak conditions in the 2023-2027 period due in part to these supply/demand dynamics. Further, in California, Public Safety Power Shutoff events have occurred whereby public utilities are turning off power supply to their customers under certain circumstances to prevent their transmission equipment from starting wildfires, which we anticipate may continue in the future. Taken together, we expect these factors to continue driving increased awareness of the need for backup power and demand for Generac's products within multiple categories.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 266 of 650    Document 49

*Home standby penetration opportunity is significant.* Many potential customers are still not aware of the costs and benefits of automatic backup power solutions. With only approximately 5.75% penetration of the addressable market of homes in the United States (which we define as single-family detached, owner-occupied households with a home value of over $150,000, as defined by the U.S. Census Bureau's 2021 American Housing Survey for the United States), we believe there are significant opportunities to further penetrate the residential standby generator market both domestically and internationally. We believe by expanding our distribution network, continuing to develop our product lines, and targeting our marketing efforts, we can continue to build awareness and increase penetration for our home standby generators. Additionally, Smart Grid Ready capabilities have the potential to turn an asset previously utilized only in emergency power outage situations into a source of recurring revenue for the homeowner and a contributor to grid stability for utilities and grid operators, therefore driving incremental interest in the product category.

*Solar, storage, and energy management markets developing quickly.* We believe the electric utility landscape will undergo significant changes in the decade ahead due to rising utility rates, grid instability and power quality issues, environmental concerns, and the continuing performance and cost improvements in renewable energy and batteries. On-site power generation from renewable sources such as solar and wind, and cleaner-burning natural gas generators is projected to become more prevalent as will the need to monitor, manage, and store this power – potentially developing into a significant market opportunity. We expect to further advance our capabilities in clean energy by increasing our product development, sourcing, distribution, and marketing efforts, as we leverage our significant competencies in the residential standby generator market to augment our market position in the emerging residential solar, storage, monitoring and management markets. Additionally, these markets are receiving an increasing level of regulatory and legislative support, most notably from the Inflation Reduction Act that was passed in 2022. This legislation includes significant subsidies and investment tax credits for consumers and business over the coming decade and provides necessary opportunity for long-term, value-creating investments for market participants.

*Grid services and Energy-as-a-Service open new revenue streams.* We expect the evolution of the traditional electrical utility model toward decarbonized, digitized, and decentralized solutions will continue to drive the need for grid operators to access and control DERs. This will require highly intelligent software platforms that are able to optimize an increasingly complex supply and demand equation, such as our Concerto software platform. As the grid services market matures, Generac will continue to explore opportunities beyond the traditional software-as-a-service subscription model, including but not limited to the aggregation and sale of power from a fleet of DERs in performance-based contracts, wholesale power market participation, turn-key solutions that combine hardware and software with services, and other monitoring and management services. Additionally, growing interest in our C&I products across a variety of "beyond standby" applications is driving an increase in demand for subscription-like models for end customers, in which Generac will partner with third parties to deliver peace of mind and resiliency solutions while also enabling contributions to grid stability with minimal upfront capital outlays. The significant advancements made in recent years in the connectivity of our products is core to these newer capabilities, which play a key role in the evolution of Generac into an energy technology solutions company.

*Natural gas generators driving strong growth.* We believe natural gas will continue to be an important and cleaner transition fuel of the future, in comparison to diesel, as the world continues to shift towards lower emission power generation sources. Demand for natural gas generators continues to represent an increasing portion of the overall C&I market, which we believe will continue to grow at a faster rate than traditional diesel fueled generators. We also continue to explore and expand our capabilities within new gaseous generator market opportunities, including continuous-duty, prime rated, distributed generation, demand response, microgrids and overall use as a distributed energy resource in areas where grid stability is needed. Many of these applications are made possible by our natural gas generators having Smart Grid Ready capabilities, which allows for end users to participate in available grid services programs, helping to offset the purchase price of the equipment over the product's lifespan. Expanding our natural gas product offering into larger power nodes is also a part of this growth theme in taking advantage of the continuing shift from diesel to natural gas generators.

*Rollout of 5G will require improved network reliability.* As the number of "connected" devices continues to rapidly increase and wireless networks are now being considered critical infrastructure in the United States, network reliability and up-time are necessary for our increasingly connected society. This will require highly resilient cell tower sites across the network, and therefore necessitates the need for backup power sources on site at these cell towers. Generac is the leading supplier of backup power to the telecommunications market in the United States, where approximately half of all existing tower sites have yet to be hardened with backup power. As more mission-critical data is transmitted over wireless networks, we believe this penetration rate must increase considerably to maintain a higher level of reliability across the network. Increased adoption of high-speed wireless networks around the globe may lead to similar demand trends internationally as growing cell tower density and the need for onsite backup power expand the market opportunity for our international telecom products. We have relationships with key Tier 1 carriers and tower companies globally in addition to having the distribution partners to support the global market from a service standpoint. We believe these factors coupled with Generac's ability to customize solutions to each customer's needs help us to maintain our strength within the global telecommunications market.

*Other Business Drivers*

*Impact of residential investment cycle.* The market for a number of our residential products is affected by the residential investment cycle and overall consumer confidence and sentiment. When homeowners are confident of their household income, the value of their home and overall net worth, they are more likely to invest in their home. These trends can have an impact on demand for residential generators and energy storage systems. Trends in the new housing market, highlighted by residential housing starts, can also impact demand for these products. Demand for outdoor power equipment is also impacted by several of these factors, as well as weather patterns. Finally, the existence of renewable energy mandates, investment tax credits and other subsidies, which have become even more prevalent with the recent passing of the Inflation Reduction Act, can also have an impact on the demand for solar and energy storage systems.

*Impact of business capital investment and other economic cycles.* The global market for our commercial and industrial products is affected by different capital investment cycles, which can vary across the numerous regions around the world in which we participate. These cycles include non-residential building construction, durable goods and infrastructure spending, as well as investments in the exploration and production of oil & gas, as businesses or organizations either add new locations or make investments to upgrade existing locations or equipment. These trends and market conditions can have a material impact on demand for these products. The capital investment cycle may differ for the various commercial and industrial end markets that we serve including light commercial, retail, office, telecommunications, industrial, data centers, healthcare, construction, oil & gas and municipal infrastructure, among others. The market for these products is also affected by general economic and geopolitical conditions in the countries where we serve, as well as credit availability in those regions.

**Enterprise Strategy**

The mega-trends and strategic growth themes that we have identified help to inform our new enterprise strategy, "Powering A Smarter World," and our purpose statement, "Leading the evolution to more resilient, efficient, and sustainable energy solutions." As we continue to execute our strategic plan into the future, we are focused on building out residential and C&I ecosystems of connected energy solutions to help address a growing electricity supply/demand imbalance problem by focusing on three key objectives: (i) improve energy resilience and independence, (ii) optimize energy efficiency and consumption, and (iii) protect and build critical infrastructure. These objectives are further explained as follows:

*Improve energy resilience and independence.* Increase power reliability through onsite generation and storage solutions that provide resiliency for homes, businesses and communities.

Homes, businesses, and communities are experiencing a deterioration in the reliable supply of electricity due to a number of factors including: climate change impacts driving more severe and volatile weather leading to increased power outages; a capacity constrained legacy power infrastructure that's still predominantly a one-way system and remains heavily reliant on fossil fuels; the power infrastructure being impaired by underinvestment making it more susceptible to power outages; and regulatory and legislative actions implementing penalties for carbon intensity coupled with incentives for adoption of more intermittent renewable power sources. Our residential and C&I product offering begins with power generation and storage products including home standby generators, energy storage systems, and C&I generators. These onsite generation and storage solutions provide peace of mind and protection against rising power quality issues by delivering energy resilience and independence for end users and their communities. Our PWRgenerator, that is expected to start shipping in 2023, is a DC generator that is purpose built to charge our PWRcell energy storage system. With this capability, an end user could conceivably be completely independent from the grid by using sustainable solar energy to power their home, with the PWRgenerator used to recharge the PWRcell should the battery be depleted at certain points of the day. Importantly, many of these onsite solutions come standard as "Smart Grid Ready" and are capable of participating in available grid services programs, which provide additional return on investment opportunities for end users while at the same time helping to support grid reliability, resiliency and sustainability.

8

*Optimize energy efficiency and consumption.* Enable sustainable and more efficient power generation and consumption through monitoring, management and lower-carbon solutions.

The "electrification of everything" is expected to drive increasing demand for electricity over the next several years, including the electrification of transportation, via both electric vehicle adoption and expanding charging infrastructure, the electrification of the home, including HVAC systems and other appliances, and the electrification of commercial and industrial systems. These global electrification trends will require utilities and energy retailers to meaningfully increase the supply and reliability of electricity, while at the same time working to achieve carbon-reduction goals, which is expected to further contribute to a supply/demand imbalance and additional power quality issues. As part of our expanding ecosystems of energy technology solutions, we continue to build out our residential monitoring and management capabilities, which improve energy efficiency and optimize consumption by end users. This includes ecobee's smart home energy management devices, Apricity's water heater controllers, Tank Utility's propane tank monitoring solutions, and PWRmanager, our second-generation load control device. In the future, we expect to simplify and integrate our residential product offering into a single ecosystem, leveraging our software development capabilities and the substantial resources brought by the ecobee acquisition. This singular system-level platform is intended to serve as the user interface for consumers to monitor and manage all their DERs, thereby empowering the user to optimize energy efficiency and consumption. Within our global C&I products, we are developing bi-directional natural gas generators and system-level micro-grid controls. In addition, Blue Pillar's Industrial IoT network software solutions enable distributed energy generation monitoring and control, helping businesses to better optimize their energy efficiency and consumption. These enhanced connectivity capabilities provide the foundation for the future build out of a centralized system-level platform for our C&I customers to monitor and manage all of their DERs.

*Protect and build critical infrastructure.* Offering innovative solutions that enable and protect next-generation power, communications, transportation and other critical infrastructure.

The critical power infrastructure around the world is becoming more sensitive to the growing electricity supply/demand imbalance. Generac's suite of solutions can be connected and synchronized within the Concerto distributed energy resource management system, providing utilities and grid operators the flexibility to access and control these DERs in real-time to better manage the escalating complexities of their electrical grids. When utilized in these applications, our residential and C&I ecosystems of DERs essentially provide power capacity to utilities and grid operators, enabling the adoption of renewable energy sources by helping solve the intermittency challenges presented by renewable power generation. We believe the next generation of critical power infrastructure will be more decarbonized, digitized and decentralized, and we view the implementation, aggregation and management of distributed energy resources as an important aspect in creating the future "Grid 2.0". Additionally, the rollout of 5G telecom networks globally and the growing consideration of these wireless networks as critical infrastructure makes our backup power solutions for telecommunications applications essential elements of a wireless network that cannot afford to experience power failure. Finally, our broad offering of global mobile solutions, including mobile power generators, mobile energy storage systems and hybrid generators, play a key role in the completion of infrastructure construction projects, such as roads, highways, bridges, and airports.

See "Item 7, Management's Discussion and Analysis of Financial Condition and Results of Operations – Business Drivers and Operational Factors" for additional drivers that influence demand for our products and other factors affecting the markets that we serve.

**Distribution Channels and Customers**

We distribute our products through a variety of different distribution channels to increase awareness of our product categories and brands, and to ensure our products reach a broad, global customer base. This omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers, solar installers, catalogs, equipment rental companies, and equipment distributors. We also sell direct to certain national and regional account customers, which include utilities, telecommunications providers and original equipment manufacturers, as well as to individual consumers or businesses who are the end users of our products.

We believe our global distribution network is a competitive advantage that has strengthened over the years as a result of adding, expanding and developing the various distribution channels through which we sell our products. We offer a broad set of tools, programs, factory support, and sales leads to help our distribution partners be successful. Our network is well balanced with no single customer providing more than 4% of our sales in 2022.

We have the industry's largest network of factory direct independent generator dealers in North America. Our residential dealer network is made up of electrical and HVAC contractors across the US and Canada. These dealers sell, install and service our residential and light commercial generators to end users. Over the years, we have made significant investments to grow this dealer network, and we will continue to make those investments in the future given the importance of this channel. We continue to focus on a variety of initiatives to market and sell our home standby products and better align our dealer network with Generac more effectively. These initiatives have helped to improve customer lead quality and develop our dealers, thereby increasing close rates and lowering our cost per lead. In 2021, we implemented the next generation of our "Power Play" guided sales process for residential dealers, making enhancements in several areas targeted to improve the customer experience and overall close rates. Additionally, our remote monitoring platform allows our residential generator dealers to monitor their installed base of customers through a feature that we call "Fleet", enabling them to offer a more proactive experience to service a customer's generator.

Since 2020, we have been leveraging these dealer development practices to assist in establishing our base of solar contractors that sell, install and service our PWRcell energy storage systems. Leveraging our decades of expertise in partnering with our residential generator dealers, we believe we can expand our solar installer network and increase mindshare for Generac's products, helping us to win in the clean energy market. In addition, we have been developing distribution relationships with national solar providers to offer our equipment in their portfolio of products and services.

Our industrial network consists of a combination of primary distributors that cover a particular region, as well as a network of support dealers serving the global market. Over the past five years, we have been expanding our dealer network globally through acquisitions and organic means, in order to expand our international sales opportunities. Additionally, since 2020, we have acquired our industrial distributors in northern and southern California and New England to give us direct coverage of the west coast and northeast regions of the United States and accelerate our efforts in these parts of the country. The industrial distributors and dealers provide industrial and commercial end users with ongoing sales, installation, service and product support. Our industrial distributors and dealers help maintain the local relationships with commercial electrical contractors, specifying engineers and national account regional buying offices. We also sell to certain Engineering, Procurement and Construction (EPC) companies and other companies that specialize in managing more complex power generation projects, including microgrid projects and Energy-as-a-Service applications.

Our retail distribution channel includes thousands of locations across the globe and includes a variety of regional and national home improvement chains, retailers, clubs, buying groups, hardware stores and farm supply stores. These physical retail locations are supplemented by a growing presence of e-commerce retailers, along with a number of catalog retailers. The retail channel primarily sells our residential standby, portable and light-commercial generators, as well as our outdoor power equipment and ecobee's smart home energy management devices. The placement of our products at retail locations drives significant awareness for our brands and the automatic home standby generator product category.

Our wholesaler network distributes our residential and light-commercial generators, energy storage systems, and smart home energy management devices. The channel consists of selling branches of both national and local distribution houses for electrical, HVAC and solar products on a wholesale basis, which in turn typically sell to electricians and solar installers who are not in our dealer network.

On a selective basis, we have established private label and licensing arrangements with third party partners to provide residential, light-commercial and industrial generators under different brand names. These partners include leading home equipment, electrical equipment and construction machinery companies, each of which provides access to incremental channels of distribution for our products.

The distribution for our C&I mobile products includes international, national, regional and specialty equipment rental companies, equipment distributors and construction companies, which primarily serve non-residential building construction, road construction, energy markets and special events.

We also sell direct to certain customers that are the end users of our products covering a number of end market verticals both domestically within the US and around the world. This includes telecommunication, retail, banking, energy, utilities, healthcare, convenience stores, grocery stores, restaurants, and other commercial applications. Additionally, certain of our residential products are sold direct to individual consumers, who are the end users of the product. In the grid services space, Generac Grid Services sells software, equipment, and power capacity direct to utilities and grid operators.

**Research and Development**

Our focus on a broad range of energy technology products and solutions drives technological innovation, advanced engineering capabilities, and specialized manufacturing competencies. Research and development (R&D) has been a core competency for Generac since our inception, and today includes a staff of approximately 1,000 engineers working on numerous projects at various facilities around the world, including our technology centers located in Waukesha, Wisconsin, Bedford, Massachusetts, Suzhou, China, and Mexico City, Mexico. These activities are focused on developing new technologies and product enhancements, as well as maintaining product competitiveness by reducing manufacturing costs, improving safety characteristics, reliability and performance while ensuring compliance with regulatory standards. We have significant experience using natural gas engines and have developed specific expertise with fuel systems and emissions technology. In the residential and light commercial markets, we have developed proprietary engines, cooling packages, controls, fuel systems and emissions systems.

We have made several acquisitions in recent years that significantly enhanced our R&D capabilities. This includes substantial technical resources in energy storage, monitoring and power conversion for residential applications, as well as in the C&I mobile energy storage space. These resources add proficiency in power electronics and battery management software, and we have also added considerable expertise in designing and prototyping energy efficiency products. We have significantly increased our software development capabilities across a variety of applications, including system-level controls, remote monitoring, and distributed energy resource management systems. By combining advanced software development with the expansion of our electrical engineering resources, we expect to accelerate our energy technology efforts.

We also have engineering and product management resources focused on evaluating and developing alternative technologies that are emerging and could become commercially viable over the long term such as fuel cells, a technology that we have also begun to explore commercially with certain equity investments and distribution agreements in 2022. As we continue to evaluate new technologies that are more decarbonized, digitized, and decentralized, we believe that our expertise in energy technology solutions provides us with the capability to develop new products and services that will allow continued diversification and differentiation in our end markets.

**Intellectual Property**

We are committed to research and development, and we rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our patents protect certain features and technologies we have developed for use in our products including fuel systems, air flow, electronics and controls, noise reduction, air-cooled engines, energy management, energy monitoring, energy storage, and load management. We believe the existence of these patents and trademarks, along with our ongoing processes to register additional patents and trademarks, protect our intellectual property rights and enhance our brands and competitive position. We also use proprietary manufacturing processes that require customized equipment. With our continuous focus on research and development, we expect to develop new intellectual property on an ongoing basis.

**Manufacturing**

We operate numerous manufacturing plants, distribution facilities and inventory warehouses located throughout the world. We store finished goods at third-party logistics providers in the United States that accommodate material storage and rapid response requirements of our customers. See "Item 2 – Properties" for additional details regarding the locations and activities of our principal operations.

In recent years, we have added and continue to add manufacturing capacity through investments in automation, improved utilization, and the expansion of our manufacturing footprint through organic means as well as through acquisitions. Key examples of organic expansion include the significant additions to our manufacturing footprint in recent years with new facilities in Trenton, South Carolina for home standby generators, Hidalgo, Mexico for the production of C&I generators, and Hamilton, Ohio for the production of electrified chore products. As demand for our products has increased significantly over the last few years, our ability to increase capacity has been and will be critical to executing our strategic growth priorities. We believe our vertical integration and scale in home standby generators provides a material benefit in our ability to maintain industry-leading output with state-of-the-art manufacturing processes.

**Suppliers of Raw Materials, Components and Equipment**

Our primary raw material inputs are steel, copper and aluminum, all of which are purchased from third parties and, in many cases, as part of machined or manufactured components. In certain instances, we purchase complete equipment or systems from third-party suppliers, including from contract manufacturers. Given our increasing focus on energy technology solutions, advanced electronic components and micro-processors have become a larger consideration within our supply chain. Within the clean energy market, batteries are a significant supply chain input for our energy storage systems. Over multiple decades, we have developed an extensive network of reliable suppliers in the United States and around the world. We continuously evaluate the quality and cost structure of our purchased components and equipment and assess the capabilities of our supply chain. Components and equipment are sourced accordingly based on this evaluation. For certain products we do not have internal manufacturing capabilities and rely upon a small number of contract manufacturers to build these products or supply these components, including but not limited to certain clean energy products or components.

Since the beginning of 2020, we have experienced a number of supply chain challenges resulting from the COVID-19 pandemic that impacted our operations to varying degrees. While inbound and outbound logistics delays and employee absences eased during 2022, there continues to be a heightened level of uncertainty surrounding the global supply chain.

See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" for additional information regarding the impact of COVID-19 and other macroeconomic factors.

See "Item 1A. Risk Factors" for additional factors that can influence our supply of raw materials, components and equipment.

**Competition**

The market for power generation equipment, energy storage systems, grid services solutions and other engine powered products is competitive. We face competition from a variety of large diversified industrial companies as well as smaller generator manufacturers, along with mobile equipment, engine powered tools, solar inverter, battery storage and grid services providers, both domestic and internationally.

Specifically in the generator market, most of the traditional participants compete on a more focused basis, targeting specific applications within their larger diversified product mix. We are the only significant market participant with a primary focus on power equipment with a key emphasis on standby, portable and mobile generators with broad capabilities across the residential, light-commercial and industrial markets. We believe that our engineering capabilities and core focus on generators provide us with manufacturing flexibility and enables us to maintain a competitive advantage for product innovation. We also believe our broad product offering, diverse omni-channel distribution model and strong factory support provide additional advantages as well.

The Company in recent years has been evolving its business model toward more of a focus on energy technology solutions and services, which has introduced a new set of competitors.

11

A summary of the primary competitors across our main product classes is as follows:

*Residential products* – Kohler, Briggs & Stratton, Cummins, Honda, Champion, Techtronics International, Husqvarna, Ariens, LG Chem, Tesla, Enphase, Solar Edge, Google, Honeywell, and Emerson along with a number of smaller domestic and foreign competitors; certain of which also have broad operations in other manufacturing businesses.

*C&I products* – Caterpillar, Cummins, Kohler, IGSA, AKSA, MultiQuip, Wacker, Doosan, Atlas Copco, Himoinsa, FG Wilson, Woodward, and Co-map, as well as other domestic and foreign competitors; certain of which focus on the market for diesel generators as they are also diesel engine manufacturers. Also, we compete against other regional packagers that serve local markets throughout the world.

*Other products* – Relative to service parts and extended warranty revenue, all of the above-named companies are primary competitors. Relative to grid services optimization software, Autogrid and Energy Hub, along with other grid service solution providers, are primary competitors.

In a continuously evolving market, we believe our scale and broad capabilities make us well positioned to remain competitive. We compete primarily based on brand reputation, quality, reliability, pricing, innovative features, breadth of product offering, product availability and factory support.

**Government Incentives and Regulation, including Environmental Matters**

Generac's growing presence in energy technology solutions has increased our exposure to renewable energy mandates, investment tax credits and other demand-creation subsidies from certain existing and potential government incentives, such as incentives included in the Inflation Reduction Act that was passed in 2022. These incentives cover a wide range of products and solutions, including MLPE solutions, solar plus storage systems, grid services, and grid-edge devices, and the availability, size, and outlook for such incentives can impact the markets for these products and solutions.

As a manufacturing company, our operations are subject to a variety of federal, state, local and foreign laws and regulations covering environmental, health and safety matters. Applicable laws and regulations include those governing, among other things, emissions to air, discharges to water, noise and employee safety, as well as the generation, handling, storage, transportation, treatment, and disposal of waste and other materials. In addition, our products are subject to various laws and regulations relating to, among other things, emissions and fuel requirements, as well as labeling, storage, transport, and marketing.

Our products sold in the United States are regulated by the U.S. Environmental Protection Agency (EPA), California Air Resources Board (CARB) and various other state and local air quality management districts. These governing bodies continue to pass regulations that require us to meet more stringent emission standards, and all of our engines and engine-driven products are regulated within the United States and its territories. In addition, certain products in the United States are subject to safety standards as established by various other standards and rulemaking bodies, or state and local agencies, including the U.S. Consumer Product Safety Commission (CPSC).

Similarly, other countries have varying degrees of regulation for our products, depending upon product application and fuel types.

See "Item 1A. Risk Factors" for additional legal and regulatory factors that can affect the products we sell and the results of our operations.

**Environment, Social, and Governance Program**

Building on our inaugural Environmental, Social, and Governance (ESG) report in 2021, we published our second ESG report in April of 2022 to update our progress in executing the various ESG goals and initiatives that align with our "Powering a Smarter World" enterprise strategy and our purpose statement: Lead the evolution to more resilient, efficient, and sustainable energy solutions. Importantly, we've also continued our commitment to building out an effective ESG Program to help us identify material ESG topics that deserve attention and resources, define metrics to measure our performance with respect to those topics, and work towards setting goals to improve that performance. This includes making progress in further building out our extended ESG organization by adding a number of resources to our ESG Steering Committee and ESG Task Force, which is comprised of subject matter experts from across the Company and receives board-level oversight from our Nominating and Corporate Governance Committee. The information provided within our ESG Report published in April of 2022, or any future ESG Report in 2023, is not part of this report and is therefore not incorporated herein by reference. A copy of the ESG Report is available from our Investor Relations webpage at Generac.com. We plan to publish an updated ESG Report in April of 2023 that coincides with the filing of our annual Proxy Statement.

**Human Capital**

"Our People" is one of the foundational elements to our "Powering a Smarter World" enterprise strategy and is a corporate value as well. We foster a culture of diversity and engagement to strengthen our company while supporting individual achievement, equity, inclusivity and good corporate citizenship globally. We believe our success is directly tied to our employees' professional growth and personal well-being, combined with strong families and communities.

Some examples of key human capital programs and initiatives that we are focused on include:

*Health, wellness and safety* – Employee health and safety is the Company's top priority. Generac's Healthy & Thriving Total Rewards are based on the four pillars of balance, security, well-being and community. These programs are designed to meet the varied and evolving needs of our diverse workforce. We maintain an employee wellness program, incentivize healthy-living activities, and we develop and administer company-wide policies to help ensure the safety of each employee and compliance with government agency and other standards.

*Diversity, equity and inclusion* (DEI) – At Generac, people with diverse backgrounds and points of view work together to support our customers around the globe. As an inclusive workplace, our employees embrace diversity in all forms, celebrate differences, and treat others with equality and respect. Generac is also focused on building understanding and awareness of DEI through education and open communication. We sponsor employee-led Business Employee Resource Groups (BERGs) to facilitate networking and strong connections with peers and leadership and to increase the listening and learning opportunities across our workforce. We have expanded our DEI Learning Library and we partner with community job agencies representing disabled clients and workforce release programs to provide job opportunities to those who face barriers to employment.

*Talent development & employee engagement* – Our success is directly tied to our employees and what we can accomplish together. We prioritize creating opportunities to help employees build careers and support their growth as part of a meaningful and valuable employee experience. We hold internal career development events as well as partner with local educational resources to offer on the job learning, collaborative work experiences and formal learning programs on lean methodology and project management skills to support progressions and advancement of our workforce. Further, we maintain an ongoing global employee engagement initiative with targeted action plans by region, function, and business group. Action plans and their progress are measured by global employee engagement surveys.

As of December 31, 2022, we had 9,500 employees (9,160 full time and 340 part-time and temporary employees). Of those, approximately 4,500 employees were directly or indirectly involved in manufacturing at our manufacturing facilities.

Domestically, we have had an "open shop" bargaining agreement for the past 50 years. The current agreement, which expires October 17, 2026, covers our Eagle, Wisconsin facility. Additionally, our plants in Mexico, Italy and Spain are operated under various local or national union groups. Our other facilities are not unionized.

**Available Information**

The Company's principal executive offices are located at S45 W29290 Highway 59, Waukesha, Wisconsin, 53189 and the Company's telephone number is (262) 544-4811. The Company's website is www.generac.com. The Company's annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports are available free of charge through the "Investor Relations" portion of the Company's web site, as soon as reasonably practicable after they are filed with the Securities and Exchange Commission (SEC). The information provided on these websites is not part of this report and is therefore not incorporated herein by reference.

**Information About Our Executive Officers**

The following table sets forth information regarding our executive officers:

| Name | Age | Position |
| --- | --- | --- |
| Aaron P. Jagdfeld | 51 | President, Chief Executive Officer and Chairman |
| York A. Ragen | 51 | Chief Financial Officer |
| Erik Wilde | 48 | Executive Vice President, Industrial, Americas |
| Patrick Forsythe | 55 | Chief Technical Officer |
| Raj Kanuru | 52 | Executive Vice President, General Counsel and Secretary |
| Norman Taffe | 56 | President, Energy Technology |
| Kyle Raabe | 48 | President, Consumer Power |

13

**Aaron P. Jagdfeld** has served as our Chief Executive Officer since September 2008, as a director since November 2006 and was named Chairman in February 2016. Prior to becoming Chief Executive Officer, Mr. Jagdfeld worked for Generac for 15 years. He began his career in the finance department in 1994 and became our Chief Financial Officer in 2002. In 2007, he was appointed President and was responsible for sales, marketing, engineering and product development. Prior to joining Generac, Mr. Jagdfeld worked in the audit practice of the Milwaukee, Wisconsin office of Deloitte and Touche. Mr. Jagdfeld holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**York A. Ragen** has served as our Chief Financial Officer since September 2008. Prior to becoming Chief Financial Officer, Mr. Ragen held Director of Finance and Vice President of Finance positions at Generac. Prior to joining Generac in 2005, Mr. Ragen was Vice President, Corporate Controller at APW Ltd., a spin-off from Applied Power Inc., now known as Enerpac Tool Group. Mr. Ragen began his career at Arthur Andersen in the Milwaukee, Wisconsin office audit practice. Mr. Ragen holds a Bachelor of Business Administration in Accounting from the University of Wisconsin-Whitewater.

**Erik Wilde** began serving as our Executive Vice President, Industrial, Americas in July 2016. Mr. Wilde was Vice President and General Manager of the Mining Division for Komatsu America Corp., a manufacturer of construction, mining, and compact construction equipment, from 2013 until he joined Generac. Prior to that role, he held leadership positions as Vice President of the ICT Business Division and Product Marketing at Komatsu America Corp. beginning in 2005. Mr. Wilde holds a Bachelor of Business Administration in Management from Boise State University and an M.B.A. from the Keller Graduate School of Management.

**Patrick Forsythe** has served as our Chief Technical Officer since January 2021. He previously served as our Executive Vice President of Global Engineering beginning in July 2015. Prior to re-joining Generac, Mr. Forsythe was Vice President, Global Engineering & Technology of Hayward Industries from 2008 to 2015, Vice President, Global Engineering at Ingersoll Rand Company (and the acquired Doosan Infracore International) from 2004 to 2008, and Director of Engineering at Ingersoll Rand Company from 2002 to 2004. Prior to 2002, Mr. Forsythe worked in various engineering management capacities with Generac from 1995 to 2002. Mr. Forsythe holds a Higher National Diploma (HND) in Mechanical Engineering from the University of Ulster (United Kingdom), a B.S. in Mechanical Engineering, and an M.S. in Manufacturing Management & Technology from The Open University (United Kingdom).

**Raj Kanuru** is our Executive Vice President, General Counsel & Secretary and is the Company's principal legal and compliance officer, roles that he has held since joining Generac in 2013. Prior to joining Generac, Mr. Kanuru served as in-house counsel at Caterpillar Inc. for almost 14 years within various leadership roles, including in Caterpillar's Securities, Regulatory and Tax group, in Caterpillar Financial, and in Caterpillar's Energy & Transportation group. From 2009 to 2013, Mr. Kanuru served as Vice President, General Counsel and Secretary of Progress Rail Services Inc., and its subsidiaries (a Caterpillar company). He began his legal career as a senior associate in the tax consulting practice of Arthur Andersen LLP. Mr. Kanuru holds a Bachelor of Science in Finance degree from Birmingham-Southern College and received his Juris Doctor degree from the University of Alabama.

**Norman Taffe** began serving as President – Energy Technology in August 2022. Prior to joining Generac, Mr. Taffe was Executive Vice President North America Residential of SunPower Corporation from 2018 to 2021. Prior to this, Mr. Taffe was Executive Vice President - Products and Vice President of Power Plant Products and Solutions from 2013 to 2018. Mr. Taffe also worked in various engineering and marketing management capacities at Cypress Semiconductor from 1989 to 2012, including Executive Vice President – Consumer & Computation Devices from 2005 to 2012. Mr. Taffe holds a Bachelor of Science in Electrical Engineering from the University of Michigan and an Executive MBA from Harvard Business School.

**Kyle Raabe** has served as our President, Consumer Power since November 2019. Prior to rejoining Generac, Mr. Raabe was Senior Vice President of North American Sales, Demand Planning and Sales Operations from 2018 through 2019 and Vice President of Sales for the Commercial Security and Safety groups from 2015 through 2018 at The Master Lock Corporation, a manufacturer of locks, combination padlocks and other security products. Prior to working at The Master Lock Corporation, Mr. Raabe led multiple groups at Generac Power Systems from 2007 through 2015 as Director of Wholesale and Dealer Distribution, Vice President Wholesale Distribution Sales and Vice President, Industrial Distribution Sales. Before joining Generac, Kyle served at Veolia North America, Environmental Services leading Midwest Regional Service Operations. Mr. Raabe holds a BA, Biological Science from Lawrence University.

**Item 1A. Risk Factors**

You should carefully consider the following risks. These risks could materially affect our business, results of operations or financial condition, cause the trading price of our common stock to decline materially or cause our actual results to differ materially from those expected or those expressed in any forward-looking statements made by us. These risks are not exclusive, and additional risks to which we are subject include, but are not limited to, the factors mentioned under "Forward-Looking Statements" and the risks of our businesses described elsewhere in this Annual Report.

14

**Risk factors related to our business and industry**

***Decreases in the availability and quality, or increases in the cost, of raw materials, key components and labor we use to make our products could materially reduce our earnings.***

The principal raw materials that we use to produce our products are steel, copper and aluminum as well as batteries and advanced electronic components. We also source a significant number of component parts from third parties that we utilize to manufacture our products. The prices of those raw materials and components are susceptible to significant fluctuations due to trends in supply and demand, commodity prices, currencies, transportation costs, government regulations and tariffs, price controls, economic conditions and other unforeseen circumstances beyond our control. In fact, we have recently seen such trends significantly impact our business resulting in higher costs and shortages in materials, components and labor, and such impacts may continue for the foreseeable future. We typically do not have long-term supply contracts in place to ensure the raw materials and components we use are available in necessary amounts or at fixed prices. In the short term, we have been unable to fully mitigate raw material or component price increases through product design improvements, price increases to our customers, manufacturing productivity improvements, or hedging transactions, and if our mitigation efforts continue to not be fully effective in the short or long term, our profitability could be adversely affected. We implemented multiple rounds of price increases in 2021 and 2022 to combat rising input costs, and the realization of these pricing actions in 2022 have partially offset the margin impact from these rising input costs. Also, our ability to continue to obtain quality materials and components is subject to the continued reliability and viability of our suppliers, including in some cases, suppliers who are the sole source of certain important components. It has been challenging to consistently obtain adequate, cost efficient or timely deliveries of certain required raw materials and components, or sufficient labor resources while we ramp up production to meet higher levels of demand, and if this trend continues, we may be unable to manufacture sufficient quantities of products on a timely basis. This could cause us to lose additional sales, incur additional costs, delay new product introductions or suffer harm to our reputation.

***We depend upon a small number of outside contract manufacturers and component suppliers for certain products, and our business and operations could be disrupted if we encounter problems with these parties.***

For certain products we do not have internal manufacturing capabilities and rely upon a small number of contract manufacturers to build these products or supply these components, including but not limited to certain clean energy products or components. The timing of purchases in future periods could differ materially from our estimates due to fluctuations in demand requirements related to varying sales levels as well as changes in economic conditions. Further, the revenues that our contract manufacturers generate from our orders may represent a relatively small percentage of their overall revenues. As a result, fulfilling our orders may not be considered a priority in the event of constrained ability to fulfill all of their customer obligations in a timely manner. If any of these contract manufacturers or component suppliers were unable or unwilling to manufacture or produce our products in required volumes and at high quality levels or renew existing terms under supply agreements, we would have to identify, qualify and select acceptable alternative contract manufacturers, which may not be available to us on favorable terms, if at all. Our reliance on such contract manufacturers makes us vulnerable to possible capacity constraints and reduced control over component availability, delivery schedules, quality issues, manufacturing yields and costs. If any of these suppliers reduce or eliminate the supply of the components to us in the future, our revenues, business, financial condition and results of operations would be adversely impacted.

***Our business could be negatively impacted if we fail to adequately protect our intellectual property rights or if third parties claim that we are in violation of their intellectual property rights.***

We consider our intellectual property rights to be important assets, and seek to protect them through a combination of patent, trademark, copyright and trade secret laws, as well as licensing and confidentiality agreements. These protections may not be adequate to prevent third parties from using our intellectual property without our authorization, breaching any confidentiality agreements with us, copying or reverse engineering our products, or developing and marketing products that are substantially equivalent to or superior to our own. The unauthorized use of our intellectual property by others could reduce our competitive advantage and harm our business. Not only are intellectual property-related proceedings burdensome and costly, but they could span years to resolve and we might not ultimately prevail. We cannot guarantee that any patents, issued or pending, will provide us with any competitive advantage or will not be challenged by third parties. Moreover, the expiration of our patents may lead to increased competition with respect to certain products. If we fail to protect our intellectual property and other proprietary rights, or if such intellectual property and proprietary rights are infringed, misappropriated or otherwise violated, our business, results of operations or financial condition could be materially harmed.

In addition, we cannot be certain that we do not or will not infringe third parties' intellectual property rights. We currently are, and have previously been, subject to such third party infringement claims, and may continue to be in the future. Any such claim, even if it is believed to be without merit, may be expensive and time-consuming to defend, subject us to damages, cause us to cease making, using or selling certain products that incorporate the disputed intellectual property, require us to redesign our products, divert management time and attention, and/or require us to enter into costly royalty or licensing arrangements. In addition, we may not prevail in such proceedings. An adverse outcome of any such proceeding may reduce our competitive advantage or otherwise harm our financial condition and our business.

***We may incur costs and liabilities as a result of product liability and other claims.***

We face a risk of exposure to current and future product liability claims alleging to arise from the use of our products and that may purportedly result in injury or other damage. Although we currently maintain product liability insurance coverage, we may not be able to obtain such insurance on acceptable terms in the future, if at all, or obtain insurance that will provide adequate coverage against potential claims. Product liability claims can be expensive to defend and can divert the attention of management and other personnel for long periods of time, regardless of the ultimate outcome. A significant unsuccessful product liability defense could have a material adverse effect on our financial condition and results of operations. In addition, we believe our business depends on the strong brand reputation we have developed. If our reputation is damaged, we may face difficulty in maintaining our market share and pricing with respect to some of our products, which could reduce our sales and profitability. We have experienced, and may continue to experience, product liability claims or other product related claims, including higher warranty costs or product recalls, which may impact our reputation and resulting sales and profitability. For example, we have and may continue to experience product liability, product quality or reliability claims, or warranty claims with respect to certain clean energy products, including being subject to certain consumer product class action lawsuits in relation to such products. In the third quarter of 2022, we recognized a charge of $37.3 million related to clean energy product warranty costs. In the event such product or warranty related claims were to be significantly higher in the future, or we incur losses or other damages associated with current or future product liability lawsuits or product related claims, this may continue to adversely affect our reputation or brand quality in relation to such products, subject us to significantly increased costs, and otherwise materially harm our results of operation, financial condition and our business.

For further information, see footnote "18. Commitments and Contingencies".

***Demand for the majority of our products is significantly affected by unpredictable power outage activity that can lead to substantial variations in, and uncertainties regarding, our financial results from period to period.***

Sales of our products are subject to consumer buying patterns, and demand for the majority of our products is affected by power outage events caused by thunderstorms, hurricanes, ice storms, blackouts, public safety power shutoffs, and other power grid reliability issues. The impact of these outage events on our sales can vary depending on the location, frequency and severity of the outages. Sustained periods without major power disruptions can lead, and in the past have led, to reduced consumer awareness of the benefits of standby and portable generator products and can result and have previously resulted in reduced sales growth rates and excess inventory. There are smaller, more localized power outages that occur frequently that drive a baseline level of demand for back-up power solutions. The lack of major power outage events and fluctuations to the baseline levels of power outage activity are part of managing our business, and these fluctuations could have, and previously have had, an adverse effect on our net sales and profits. Despite their unpredictable nature, we believe power disruptions create awareness and accelerate adoption of our home standby products.

***Demand for our products is significantly affected by durable goods spending by consumers and businesses, and other macroeconomic conditions.***

Our business is affected by general economic conditions, and uncertainty or adverse changes, such as the prolonged downturn in U.S. residential investment and the impact of more stringent credit standards and rising interest rates or inflation. These have previously led and could lead again to a decline in demand for our products and pressure to reduce our prices. Our sales of light-commercial and industrial generators are affected by conditions in the non-residential construction sector and by the capital investment trends for small and large businesses and municipalities. If these businesses and municipalities cannot access credit markets or do not utilize discretionary funds to purchase our products as a result of the economy or other factors, our business could suffer and our ability to realize benefits from our strategy of increasing sales in the light-commercial and industrial sectors could be adversely affected. In addition, consumer confidence and home remodeling expenditures have a significant impact on sales of our residential products, and prolonged periods of weakness in consumer durable goods spending has previously had, and could again have a material impact on our business. We currently do not have any material contracts with our customers which call for committed volume, and we cannot guarantee that our current customers will continue to purchase our products at the same level, if at all. If general economic conditions or consumer confidence were to worsen, or if the non-residential construction sector or rate of capital investments were to decline, our net sales and profits would likely be adversely affected. Changes in government monetary or fiscal policies may negatively impact our results, including increases in interest rates or sustained inflationary pressure which could negatively affect overall growth and impact sales of our products. Additionally, timing of capital spending by our national account customers can vary from quarter-to-quarter based on capital availability and internal capital spending budgets. Also, the availability of renewable energy mandates and investment tax credits and other subsidies can have an impact on the demand for energy storage systems. Our global operations are exposed to political and economic risks, commercial instability and events beyond our control in the countries in which we operate. Such risks or events may disrupt our supply chain and not enable us to produce products to meet customer demand.

***The industries in which we compete are highly competitive, and our failure to compete successfully could adversely affect our results of operations and financial condition.***

We operate in markets that are highly competitive. Some of our competitors have established brands and are larger in size or are divisions of large, diversified companies which have substantially greater financial resources than we do. Some of our competitors have and may continue to be willing to reduce prices and accept lower margins in order to compete with us. In addition, we could face new competition from large international or domestic companies with established brands that enter our end markets. Demand for our products may also be affected by our ability to respond to changes in design and functionality, to respond to downward pricing pressure, and to provide shorter lead times for our products than our competitors. If we are unable to respond successfully to these competitive pressures, we could lose market share, which could have an adverse impact on our results. For further information, see "Item 1—Business—Competition".

***Our industry is subject to technological change, and our failure to continue developing new and improved products and to bring these products rapidly to market could have an adverse impact on our business.***

New products, or refinements and improvements to our existing products, may have technical failures, delayed introductions, higher than expected production costs or may not be well accepted by our customers. If we are not able to anticipate, identify, develop and market high-quality products in line with technological advancements that respond to changes in customer preferences, demand for our products could decline and our operating results could be adversely affected.

***We rely on independent dealers and distribution partners, and the loss of these dealers and distribution partners, or of any of our sales arrangements with significant private label, national, retail or equipment rental customers, would adversely affect our business.***

We depend on the services of independent distributors and dealers to sell and install our products and provide service and aftermarket support to our end customers. Their capacity constraints and/or inability to install and service our products could limit our ability to maintain and grow our sales. For example, since the second half of 2022 we experienced, and will continue to experience through the first half of 2023 or until inventory levels normalize, higher field inventories and lower orders from our channel partners for home standby generators given installation capacity constraints in our distribution network. We also rely on our distribution channels to drive awareness for our product categories and our brands. In addition, we sell our products to end users through private label arrangements with leading home equipment, electrical equipment and construction machinery companies; arrangements with top retailers and equipment rental companies; and our direct national accounts with telecommunications and other industrial customers. Our distribution agreements and any contracts we have with large national, retail and other customers are typically not exclusive, and many of the distributors with whom we do business also offer competitors' products and services.

Impairment of our relationships with our distributors, dealers or large customers, loss of a substantial number of these distributors or dealers or of one or more large customers, or an increase in our distributors' or dealers' sales of our competitors' products to our customers or of our large customers' purchases of our competitors' products could materially reduce our sales and profits. For example, we have had, and may continue to have, disputes with one or more customers, distributors or dealers to whom we sell our products, including clean energy products, and this may reduce or limit the sales growth for such products. In the third quarter of 2022, we had a key clean energy product customer that filed for Chapter 7 bankruptcy, which adversely impacted our clean energy sales in the last six months of the year. Additionally, our ability to successfully realize our growth strategy is dependent in part on our ability to identify, attract and retain new distributors at all layers of our distribution platform, including increasing the number of energy storage distributors, and we cannot be certain that we will be successful in these efforts. For further information, see "Item 1—Business—Distribution Channels and Customers".

***We are unable to determine the specific impact of changes in selling prices or changes in volumes or mix of our products on our net sales.***

Because of the wide range of products that we sell, the level of customization for many of our products, the frequent rollout of new products, the different accounting systems utilized, and the fact that we do not apply pricing changes uniformly across our entire portfolio of products, we are unable to determine with specificity the effect of volume or mix changes or changes in selling prices on our net sales.

***Policy changes affecting international trade could adversely impact the demand for our products and our competitive position.***

Changes in government policies on foreign trade and investment can affect the demand for our products, impact the competitive position of our products or prevent us from being able to sell products in certain countries. Our business benefits from free trade agreements, and efforts to withdraw from, or substantially modify such agreements, in addition to the implementation of more restrictive trade policies, such as more detailed inspections, higher tariffs, import or export licensing requirements, exchange controls or new barriers to entry, could have a material adverse effect on our results of operations, financial condition or cash flows. For example, we are experiencing increased tariffs on certain of our products and product components. However, these tariffs have not ultimately had a material adverse effect on our results due to the implementation of various mitigation efforts in conjunction with our supply chain and end market partners. In addition, certain of our products have and may continue to be subject to the imposition of higher duties as a result of anti-dumping and countervailing duties applied against them. To the extent such governmental actions, duties or tariffs are applied to such products, it could adversely affect our results of operations, financial condition and business.

**Risk factors related to our operations**

***The loss of any key members of our senior management team or key employees could disrupt our operations and harm our business.***

Our success depends, in part, on the efforts of certain key individuals, including the members of our senior management team, who have significant experience in the energy products and solutions industry. If, for any reason, our senior executives do not continue to be active in management, or if key employees leave our company, our business, financial condition or results of operations could be adversely affected. Failure to continue to attract or retain these individuals at reasonable compensation levels could have a material adverse effect on our business, liquidity and results of operations. If we need to replace any of these individuals in the near future, the loss of the services could disrupt our operations and have a material adverse effect on our business if we do not have effective succession plans in place.

***Disruptions caused by labor disputes or organized labor activities could harm our business.***

We may from time to time experience union organizing activities in our non-union facilities. Disputes with the current labor union or new union organizing activities could lead to work slowdowns or stoppages and make it difficult or impossible for us to meet scheduled delivery times for product shipments to our customers, which could result in loss of business. In addition, union activity could result in higher labor costs, which could harm our financial condition, results of operations and competitive position. A work stoppage or limitations on production at our facilities for any reason could have an adverse effect on our business, results of operations and financial condition. In addition, many of our suppliers have unionized work forces. Strikes or work stoppages experienced by our customers or suppliers could have an adverse effect on our business, results of operations and financial condition.

***We may experience material disruptions to our manufacturing operations.***

While we seek to operate our facilities in compliance with applicable rules and regulations and take measures to minimize the risks of disruption at our facilities, a material disruption at one of our manufacturing facilities could prevent us from meeting customer demand, reduce our sales and/or negatively impact our financial results. Any of our manufacturing facilities, or any of our equipment within an otherwise operational facility, could cease operations unexpectedly due to a number of events, including:

- equipment or information technology infrastructure failure;

- disruptions in the transportation infrastructure including roads, bridges, railroad tracks and container ports;

- fires, floods, tornadoes, earthquakes, disease, pandemics, acts of violence, or other catastrophes; and

- other operational problems.

In addition, a significant portion of our manufacturing and production facilities are in Wisconsin within a 100-mile radius of each other. We could experience prolonged periods of reduced production due to unforeseen events occurring in or around our manufacturing facilities in Wisconsin. In the event of a business interruption at our facilities, in particular our Wisconsin facilities, we may be unable to shift manufacturing capabilities to alternate locations, accept materials from suppliers or meet customer shipment needs, among other severe consequences. Such an event could have a material and adverse impact on our financial condition and results of our operations.

***We are vulnerable to supply disruptions from single-sourced suppliers.***

We single-source certain types of parts in our product designs. Delays in our suppliers' deliveries have impaired, and may continue to impair, our ability to deliver products to our customers. A wide variety of factors could cause such delays including, but not limited to, lack of capacity, economic downturns, availability of credit, logistical challenges, labor or material shortages, trade restrictions, weather events, political instability, wars, terrorism, civil unrest, disease or natural disasters.

***We may not realize all of the anticipated benefits of our acquisitions or those benefits may take longer to realize than expected. We may also encounter significant unexpected difficulties in integrating acquired businesses.***

Our ability to realize the anticipated benefits of our acquisitions will depend, to a large extent, on our ability to integrate the acquired businesses with our business. The integration of independent businesses is a complex, costly and time-consuming process. Further, integrating and managing businesses with international operations may pose challenges not previously experienced by our management. As a result, we may be required to devote significant management attention and resources to integrating the business practices and operations of any acquired businesses with ours. The integration process may disrupt our business and, if implemented ineffectively, could preclude realization of the full benefits expected by us. Our failure to meet the challenges involved in integrating an acquired business into our existing operations or otherwise to realize the anticipated benefits of the transaction could cause an interruption of, or a loss of momentum in, our activities and could adversely affect our results of operations.

In addition, the overall integration of our acquired businesses may result in material unanticipated problems, expenses, liabilities, competitive responses, loss of customer relationships, and diversion of management's attention, and may cause our stock price to decline. The difficulties of combining the operations of acquired businesses with ours include, among others:

- managing a larger company;

- maintaining employee morale and retaining key management and other employees;

- complying with newly applicable domestic and foreign regulations as we enter new product and geographic markets;

- integrating two business cultures, which may prove to be incompatible;

- the possibility of faulty assumptions underlying expectations regarding the integration process;

- retaining existing customers and attracting new customers;

- consolidating corporate and administrative infrastructures and eliminating duplicative operations;

- the diversion of management's attention from ongoing business concerns and performance shortfalls as a result of management's attention to the acquisition;

- unanticipated issues in integrating information technology, communications and other systems;

- complying with changes in applicable or new laws and regulations;

- managing tax costs or inefficiencies associated with integrating the operations or supply chain of the combined company;

- unforeseen liabilities, expenses or delays associated with the acquisition;

- difficulty comparing financial reports due to differing financial and/or internal reporting systems; and

- making any necessary modifications to internal financial control standards to comply with the Sarbanes-Oxley Act of 2002 and the rules and regulations promulgated thereunder.

Many of these factors will be outside of our control and any one of them could result in increased costs, decreases in the amount of expected revenues and diversion of management's time and energy, which could materially impact our business, financial condition and results of operations. In addition, even if the operations of our acquired businesses are integrated successfully with our operations, we may not realize the full benefits of the transaction, including the synergies, cost savings or sales or growth opportunities that we expect. These benefits may not be achieved within the anticipated time frame, or at all, and additional unanticipated costs may be incurred in the integration or management of our businesses. All these factors could cause dilution to our earnings per share, decrease or delay the expected accretive effect of the acquisition, and cause a decrease in the price of our common stock. As a result, we cannot be assured that the combination of our acquisitions with our business will result in the realization of the full benefits anticipated from the transaction.

***A significant portion of our purchased components are sourced in foreign countries, exposing us to additional risks that may not exist in the United States.***

We source a significant portion of our purchased components overseas, primarily in Asia and Europe. Our international sourcing subjects us to a number of potential risks in addition to the risks associated with third-party sourcing generally. Such risks include:

- inflation or changes in political and economic conditions;

- logistical challenges, including extended container port congestion, and higher logistics costs;

- unstable regulatory environments;

- changes in import and export duties;

- domestic and foreign customs and tariffs;

- currency rate fluctuations;

- trade restrictions;

- labor or civil unrest;

- disputes in our relationships with certain contract manufacturers or suppliers;
- communications challenges; and

- other restraints and burdensome taxes.

These factors have had in the past and are currently having an adverse effect on our ability to efficiently and cost effectively source our purchased components overseas. In addition, we are experiencing higher logistics costs due to the current challenging supply chain environment. Additionally, if the U.S. dollar were to depreciate significantly against the currencies in which we purchase raw materials from foreign suppliers, our cost of goods sold could increase materially, which would adversely affect our results of operations.

**Risk factors related to legal and regulatory matters**

***As a U.S. corporation that conducts business in a variety of foreign countries, we are subject to the Foreign Corrupt Practices Act and a variety of anti-corruption laws worldwide. A determination that we violated any of these laws may affect our business and operations adversely.***

The U.S. Foreign Corrupt Practices Act (FCPA) generally prohibits U.S. companies and their intermediaries from making improper payments to foreign officials for the purpose of obtaining or keeping business. The United Kingdom Bribery Act (UKBA) prohibits domestic and foreign bribery of the private sector as well as public officials. Any determination that we have violated any anti-corruption laws could have a material adverse effect on our financial position, operating results and cash flows.

***Costs associated with lawsuits, investigations or adverse rulings in enforcement or other legal proceedings may have an adverse effect on our results of operations.***

We are subject to a variety of legal proceedings and legal compliance risks. We currently face risk of exposure to various types of claims, lawsuits and government investigations, and may continue to face such risks in the future. We are currently and, may in the future be, involved in various claims and lawsuits related to product design, safety, manufacture and performance liability, contracts, employment issues, environmental matters, intellectual property rights, tax, securities, regulatory compliance, and other legal proceedings that arise in and outside of the ordinary course of our business. The industries in which we operate are also periodically reviewed or investigated by regulators, and we are subject to and may continue to be subject to such investigations and claims, including by the CPSC and EPA, which could lead to enforcement actions, fines and penalties or the assertion of private litigation claims. For example, on November 30, 2022, the CPSC notified the Company of its intention to recommend the imposition of a penalty for failing to timely submit a report under section 19(a)(4) of the Consumer Product Safety Act ("CPSA"), 15 U.S.C. § 2068(a)(4), in relation to certain portable generators that were subject to a recall announcement on July 29, 2021. In addition, on October 28, 2022, Generac Power received a grand jury subpoena from the U.S. Attorney for the Eastern District of Michigan, as a result of which the Company became aware of an enforcement investigation by the U.S. Department of Justice ("DOJ"). The subpoena requests similar documents and information provided by the Company to the U.S. EPA and the CARB in response to civil document requests related to the Company's compliance with emissions regulations for approximately 1,850 portable generators produced by the Company in 2019 and 2020 and sold in 2020. The Company is cooperating with both the DOJ and the EPA and CARB inquiries. It is not possible to predict with certainty the outcome of such claims, or any other current or future claims, investigations and lawsuits, and we could in the future incur judgments, fines or penalties or enter into settlements of lawsuits and claims that could have an adverse effect on our reputation, business, results of operations or financial condition in any particular period.

The nature of our operations means that legal and compliance risks will continue to exist and additional legal proceedings and other contingencies, the outcome of which cannot be predicted with certainty, may arise from time to time. In addition, subsequent developments in legal proceedings or investigations may affect our assessment and estimates of loss contingencies recorded as a reserve and require us to make payments in excess of our reserves, which could have an adverse effect on our reputation, business and results of operations or financial condition.

For further information, see footnote "18. Commitments and Contingencies".

***Our operations are subject to various environmental, health and safety laws and regulations, and non-compliance with or liabilities under such laws and regulations could result in substantial costs, fines, sanctions and claims.***

Our operations are subject to a variety of foreign, federal, state and local environmental, health and safety laws and regulations including those governing, among other things, emissions to air; discharges to water; noise; and the generation, handling, storage, transportation, treatment and disposal of waste and other materials. In addition, under federal and state environmental laws, we could be required to investigate, remediate and/or monitor the effects of the release or disposal of materials both at sites associated with past and present operations and at third-party sites where wastes generated by our operations were disposed. This liability may be imposed retroactively and whether or not we caused, or had any knowledge of, the existence of these materials and may result in our paying more than our fair share of the related costs. Violations of or liabilities under such laws and regulations could result in substantial costs, fines and civil or criminal proceedings or personal injury and workers' compensation claims.

***Our products are subject to substantial government regulation.***

Our products are subject to extensive statutory and regulatory requirements governing, among other things, emissions, noise, labeling, transport, product content, product safety, and data privacy, including standards imposed by the EPA, CARB, CPSC and other regulatory agencies around the world. Also, as we increase our connectivity with our products and customers, we may be required to comply with additional data privacy and cybersecurity regulations. For example, personal privacy and data security have become significant issues in the United States, Europe, and in many other jurisdictions in which we operate. The regulatory framework for privacy and security issues worldwide is rapidly evolving and is likely to remain uncertain for the foreseeable future. In the United States, these include rules and regulations promulgated or pending under the authority of federal agencies, state attorneys general, legislatures, and consumer protection agencies. Internationally, many jurisdictions in which we operate have established their own data security and privacy legal framework with which we, relevant suppliers, and customers must comply. Although we have implemented certain policies, procedures, and, in other cases, contractual arrangements designed to facilitate compliance with applicable privacy and data security laws and standards, any inability or perceived inability to adequately address privacy and security concerns, even if unfounded, or comply with applicable privacy and data security laws, regulations, and policies, could result in additional fines, costs, and liabilities to us, damage our reputation, inhibit sales, and adversely affect our business.

These laws are constantly evolving and many are becoming increasingly stringent. As a further example, recent CARB regulations that will prohibit future sales in California of certain small off-road engines may negatively affect the long-term sales of certain products we sell today in that state. In addition, some cities or municipalities have imposed, or are considering, limiting natural gas connections to new buildings or imposing additional permitting restrictions which could adversely affect the sales of certain products we sell in such jurisdictions. Changes in applicable laws or regulations, or in the enforcement thereof, could require us to redesign or recall our products and could adversely affect our business or financial condition in the future. Developing and marketing products to meet such new requirements could result in substantial additional costs that may be difficult to recover in some markets. In some cases, we may be required to modify our products or develop new products to comply with new regulations, particularly those relating to air emissions and carbon monoxide. Typically, additional costs associated with significant compliance obligations are likely to impact margins.

We have also recently been, and continue to be, subject to product recall actions and related applicable regulatory compliance inquiries by regulatory authorities. The failure to comply

with existing and future regulatory standards or requirements could adversely affect our position in the markets we serve, our reputation, business, results of operations or financial condition in any particular period.

**Risk factors related to cybersecurity**

*Failures or security breaches of our networks or information technology systems could have an adverse effect on our business.*

We rely heavily on information technology (IT) both in our products and services for customers and in our IT systems used to run our business. Further, we collect and store sensitive information in cloud-based data centers and on our networks. Government agencies and security experts have warned about growing risks of hackers, cyber-criminals, malicious insiders and other actors targeting confidential information and all types of IT systems. These actors may engage in fraudulent activities, theft of confidential or proprietary information and sabotage or ransomware.

Our IT systems, our connected products, and our confidential information may be vulnerable to damage or intrusion from a variety of attacks including computer viruses, worms or other malicious software programs. The risk of such attacks may increase as we integrate newly acquired companies or develop new connected products and related software. These attacks pose a risk to the security of our products, private data, systems and networks and those of our customers, suppliers and third-party service providers, as well as to the confidentiality of our information and the integrity and availability of our data. While we attempt to mitigate these risks through board oversight, hiring additional internal cyber-security professionals to manage these risks, enhancing controls, due diligence, employee training and communication, third party intrusion testing, system hardening, email and web filters, regular patching, multi-factor authentication, surveillance, encryption, and other measures, we remain vulnerable to information security threats.

We monitor certain cyber security threats and vulnerabilities in our systems, and we have experienced viruses and attacks targeting our IT systems and networks. Such prior events, to date, have not had a material impact on our financial condition, results of operations or liquidity. Despite the precautions we take, we have had, and could have again, an intrusion or infection of our systems or connected products. While such intrusions or infections to date have not resulted in the significant disruption of our business, or a loss of proprietary or confidential information, we cannot guarantee the same for future intrusions or infections. Similarly, an attack on our IT systems or connected products could result in theft or disclosure of trade secrets or other intellectual property, a breach of confidential customer or employee information, or product failure or misuse. Any such events could have an adverse impact on sales, harm our reputation and cause us to incur legal liability and increased costs to address such events and related security concerns. As the threats evolve and become more potent, we may incur additional costs to secure the products that we sell, as well as our data and infrastructure of networks and devices.

**Risk factors related to COVID-19**

*The duration and scope of the impacts of the COVID-19 pandemic are uncertain and may continue to adversely affect our operations, supply chain, distribution, and demand for certain of our products and services.*

The global outbreak of COVID-19 and related variants has created and may continue to create significant uncertainty within the global markets that we serve to the extent the COVID-19 outbreak may continue to spread, including the impact of identified or potential new variants. We have operations, customers and suppliers in countries significantly impacted by COVID-19. Governmental authorities around the world have taken or may take again in the future a variety of measures to slow the spread of COVID-19, including travel bans or restrictions, increased border controls or closures, quarantines, shelter-in-place orders and business shutdowns and such authorities may impose additional restrictions in the future. We have also taken actions to protect our employees and to mitigate the spread of COVID-19 within our business. There can be no assurance that the measures implemented by governmental authorities or our own actions will be effective or achieve their desired results in a timely fashion.

The impact of COVID-19 has resulted in and may in the future result in disruptions to our manufacturing operations and supply chain, which could negatively impact our ability to meet customer demand. Our forward-looking statements assume that our production facilities, supply chain and distribution partners continue to operate during the pandemic. To date, we have been able to operate the majority of our facilities. If we were to encounter a significant work stoppage, disruption, or outbreak due to COVID-19 at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time.

Furthermore, the impact of COVID-19 on the economy, demand for our products and impacts to our operations, including the measures taken by governmental authorities to address it, may precipitate or exacerbate other risks and/or uncertainties, including specifically many of the risk factors set forth in this Annual Report, including inflationary costs, disruptions due to labor shortages, supply chain disruptions, and risks related to the fair market value of intangible assets that could lead to an impairment, which may have a significant impact on the Company's operating results and financial condition, although we are unable to predict the extent or nature of these impacts at this time.

**Risk factors related to our capital structure**

*We have indebtedness which could adversely affect our cash flow and our ability to make payments on our indebtedness.*

As of December 31, 2022 we had total indebtedness of $1,430.8 million. Our level of indebtedness increases the possibility that we may be unable to generate cash sufficient to pay, when due, the principal of, interest on or other amounts due in respect of our indebtedness. While we maintain interest rate swaps covering a portion of our outstanding debt, our interest expense could increase if interest rates increase because debt under our credit facilities bears interest at a variable rate based on Secured Overnight Financing Rate (SOFR) or other base rate. In connection with our credit agreement amendment in June 2022, SOFR became the new benchmark interest rate for the new Tranche A Term Loan Facility and the Revolving Facility, and all LIBOR provisions applicable to the existing Tranche B Term Loan Facility were replaced with SOFR provisions. If we do not have sufficient earnings to service our debt, we may be required to refinance all or part of our existing debt, sell assets, borrow more money or sell securities, none of which we can guarantee we will be able to do. Our Term Loan B matures on December 13, 2026, and our Term Loan A as well as our Revolving Facility mature on June 29, 2027.

*The terms of our credit facilities restrict our current and future operations, particularly our ability to respond to changes in our business or to take certain actions.*

Our credit facilities contain, and any future indebtedness of ours or our subsidiaries would likely contain, a number of restrictive covenants that impose operating and financial restrictions on us and our subsidiaries, including limitations on our ability to engage in acts that may be in our best long-term interests. These restrictions set limitations on, among other things, our ability to:

- incur liens;

- incur or assume additional debt or guarantees or issue preferred stock;

- pay dividends, or make redemptions and repurchases, with respect to capital stock;

- prepay, or make redemptions and repurchases of, subordinated debt;

- make loans and investments;

- make capital expenditures;

- engage in mergers, acquisitions, asset sales, sale/leaseback transactions and transactions with affiliates;

- change the business conducted by us or our subsidiaries; and

- amend the terms of subordinated debt.

The operating and financial restrictions in our credit facilities and any future financing agreements may adversely affect our ability to finance future operations or capital needs or to engage in other business activities. A breach of any of the restrictive covenants in our credit facilities would result in a default. If any such default occurs, the lenders under our credit facilities may elect to declare all outstanding borrowings, together with accrued interest and other fees, to be immediately due and payable, or enforce their security interest, any of which would result in an event of default. The lenders will also have the right in these circumstances to terminate any commitments they have to provide further borrowings. Our existing credit facilities do not contain any financial maintenance covenants.

20

***We may need additional capital to finance our growth strategy or to refinance our existing credit facilities, and we may not be able to obtain it on acceptable terms, or at all, which may limit our ability to grow.***

We may require additional financing to expand our business. Financing may not be available to us or may be available to us only on terms that are not favorable. The terms of our senior secured credit facilities limit our ability to incur additional debt. In addition, economic conditions, including a downturn in the credit markets, could impact our ability to finance our growth on acceptable terms or at all. If we are unable to raise additional funds or obtain capital on acceptable terms, we may have to delay, modify or abandon some or all of our growth strategies. In the future, if we are unable to refinance our credit facilities on acceptable terms, our liquidity could be adversely affected.

***Our total assets include goodwill and other indefinite-lived intangibles. If we determine these have become impaired, our net income could be materially adversely affected.***

Goodwill represents the excess of cost over the fair market value of net assets acquired in business combinations. Indefinite-lived intangibles are comprised of certain tradenames. At December 31, 2022, goodwill and other indefinite-lived intangibles totaled $1,529.2 million. We review goodwill and other intangibles at least annually for impairment and any excess in carrying value over the estimated fair value is charged to the statement of comprehensive income. Future impairment may result from, among other things, deterioration in the performance of an acquired business or product line, adverse market conditions, a significant increase in interest rate, changes in the competitive landscape, adverse changes in applicable laws or regulations, including changes that restrict the activities of an acquired business or product line, and a variety of other circumstances including any of the risk factors noted above. A reduction in net income resulting from the write-down or impairment of goodwill or indefinite-lived intangibles could have a material adverse effect on our financial statements. Refer to the Critical Accounting Policies and Estimates in Item 7 of this Annual Report on Form 10-K for further information regarding the Company's process for evaluating its goodwill for impairment.

**Item 1B. Unresolved Staff Comments**

None.

**Item 2. Properties**

We own or lease manufacturing, distribution, R&D, and office facilities globally totaling over five million square feet. We also utilize third party inventory warehouses that accommodate material storage and rapid response requirements of our customers. The following table provides information about our principal owned or leased facilities exceeding 20,000 square feet:

| Location | Owned/ Leased | Activities | Segment |
|---|---|---|---|
| Waukesha, WI | Owned | Corporate headquarters, R&D | Domestic |
| Pewaukee, WI | Owned | Sales, office | Domestic |
| Eagle, WI | Owned | Manufacturing, office, training | Domestic |
| Whitewater, WI | Owned | Manufacturing, office, distribution | Domestic |
| Oshkosh, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Berlin, WI | Owned | Manufacturing, office, warehouse, R&D | Domestic |
| Jefferson, WI | Owned | Manufacturing, office, distribution, R&D | Domestic |
| Janesville, WI | Leased | Distribution | Domestic |
| Richfield, WI | Leased | Warehouse | Domestic |
| Trenton, SC | Owned | Manufacturing, office, warehouse, distribution | Domestic |
| Stockton, CA | Leased | Sales, office, warehouse, training | Domestic |
| Corona, CA | Leased | Sales, office, storage | Domestic |
| Hamilton, OH | Leased | Manufacturing, office, warehouse, R&D | Domestic |
| Maquoketa, IA | Owned | Storage, rental property | Domestic |
| South Burlington, VT | Leased | Office, sales, R&D | Domestic |
| South Portland, ME | Leased | Sales, office, R&D | Domestic |
| Marlborough, MA | Leased | Sales, office, warehouse | Domestic |
| Toronto, Canada | Leased | Office, sales, R&D | Domestic |
| Mexico City, Mexico | Owned | Storage | International |
| Hidalgo, Mexico | Owned | Manufacturing, sales, distribution, warehouse, office, R&D | International |
| Casole d'Elsa, Italy | Leased | Manufacturing, office, warehouse, R&D | International |
| Balsicas, Spain | Leased | Manufacturing, office, warehouse, R&D | International |
| Foshan, China | Owned | Manufacturing, office, warehouse, R&D | International |
| Saint-Nizier-sous-Charlieu, France | Leased | Sales, office, warehouse | International |
| Cravinhos, Brazil | Leased | Manufacturing, office, warehouse | International |
| Stoke-on-Trent, United Kingdom | Leased | Sales, office, warehouse | International |
| Sydney, Australia | Leased | Sales, office, warehouse | International |
| Fellbach, Germany | Leased | Sales, office, warehouse | International |
| Suzhou, China | Leased | Office, R&D | International |
| Rugby, United Kingdom | Leased | Manufacturing, office, warehouse, R&D | International |
| Celle, Germany | Leased | Manufacturing, office, warehouse, R&D | International |
| Charzyno, Poland | Owned | Manufacturing | International |
| West Bengal, India | Leased | Manufacturing, warehouse | International |
| Villanova d'Ardenghi, Italy | Owned | Manufacturing, warehouse | International |
| Hunmanby, United Kingdom | Owned | Manufacturing, warehouse, sales, distribution, office, R&D | International |

In addition to the countries represented above, the Company has other operations or sales offices in the United Arab Emirates, Romania, Bahrain, and Colombia.

As of December 31, 2022, substantially all of our domestically-owned and a portion of our internationally-owned properties are subject to collateral provisions under our senior secured credit facilities.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 282 of 650    Document 49

**Item 3. Legal Proceedings**

See Note 18, "Commitments and Contingencies," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's legal proceedings.

**Item 4. Mine Safety Disclosures**

Not Applicable.

**PART II**

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

Shares of our common stock are traded on the New York Stock Exchange (NYSE) under the symbol "GNRC."

**Purchases of Equity Securities By the Issuer and Affiliated Purchasers**

The following table summarizes the stock repurchase activity for the three months ended December 31, 2022, which consisted of stock repurchases made as authorized under previously announced stock repurchase programs, as well as the withholding of shares upon the vesting of restricted stock awards to pay related withholding taxes on behalf of the recipient:

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs | Approximate Dollar Value Of Shares That May Yet Be Purchased Under The Plans Or Programs |
|---|---|---|---|---|
| 10/01/22 - 10/31/22 | 1,394 | $ 158.98 | - | $ 500,000,000 |
| 11/01/22 - 11/30/22 | 1,070,647 | 104.75 | 1,070,183 | $ 387,897,261 |
| 12/01/22 - 12/31/22 | 1,116,456 | 98.49 | 1,115,191 | $ 278,059,869 |
| Total | 2,188,497 | $ 101.59 | 2,185,374 | |

For equity compensation plan information, refer to Note 17, "Share Plans," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K. For information on the Company's stock repurchase plans, refer to Note 13, "Stock Repurchase Programs," to the consolidated financial statements.

22

**Stock Performance Graph**

The line graph below compares the cumulative total stockholder return on our common stock with the cumulative total return of the Standard & Poor's ("S&P 500") Index, the S&P MidCap 400 Index, the Russell 2000 Index, and the S&P 500 Industrial Index, for the five-year period ended December 31, 2022. The graph and table assume that $100 was invested on December 31, 2017 in each of our common stock, the S&P 500 Index, the S&P MidCap 400 Index, the Russell 2000 Index, and the S&P 500 Industrial Index, and that all dividends were reinvested. Cumulative total stockholder returns for our common stock, the S&P 500 Index, the S&P MidCap 400 Index, the Russell 2000 Index, and the S&P 500 Industrial Index, are based on our fiscal year. We commenced reporting the S&P 500 Industrial Index as our industry index and will not be reporting the Russell 2000 Index in future filings.



COMPARISON OF CUMULATIVE TOTAL RETURN

ASSUMES $100 INVESTED ON DEC. 31, 2017
ASSUMES DIVIDEND REINVESTED
FISCAL YEAR ENDING DEC. 31, 2022

| Company / Market / Peer Group | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 |
|---|---|---|---|---|---|---|
| Generac Holdings Inc. | $100.00 | $100.35 | $203.08 | $459.04 | $710.28 | $203.14 |
| S&P 500 Index - Total Returns | 100.00 | 95.62 | 125.72 | 148.85 | 191.58 | 156.88 |
| S&P MidCap 400 Index | 100.00 | 88.92 | 112.21 | 127.54 | 159.12 | 138.34 |
| Russell 2000 Index | 100.00 | 88.99 | 111.70 | 134.00 | 153.85 | 122.41 |
| S&P 500 Industrials Index | 100.00 | 86.71 | 112.17 | 124.59 | 150.89 | 142.63 |

**Holders**

As of February 17, 2023, there were 1,048 registered holders of record of Generac's common stock. A substantially greater number of holders of Generac common stock are "street name" or beneficial holders, whose shares are held of record by banks, brokers and other financial institutions.

**Dividends**

We do not have plans to pay dividends on our common stock in the foreseeable future. However, in the future, subject to factors such as general economic and business conditions, our financial condition and results of operations, our capital requirements, our future liquidity and capitalization, and other such factors that our Board of Directors may deem relevant, we may change this policy and choose to pay dividends. Our ability to pay dividends on our common stock is currently limited by the terms of our senior secured credit facilities and may be further restricted by any future indebtedness we incur. Dividends from, and cash generated by our subsidiaries will be our principal sources of cash to repay indebtedness, fund operations, repurchase shares of common stock and pay dividends. Accordingly, our ability to pay dividends to our stockholders is dependent on the earnings and distributions of funds from our subsidiaries.

**Securities Authorized for Issuance Under Equity Compensation Plans**

For information on securities authorized for issuance under our equity compensation plans, refer to "Item 12 - Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters," which is incorporated herein by reference.

**Recent Sales of Unregistered Securities**

None.

**Use of Proceeds from Registered Securities**

Not applicable.

**Item 6. [Reserved]**

23

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion and analysis of our financial condition and results of operations should be read together with "Item 1 – Business," the consolidated financial statements and the related notes thereto in Item 8 of this Annual Report on Form 10-K. This discussion contains forward-looking statements, based on current expectations and related to future events and our future financial performance, that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of many factors, including those set forth under "Item 1A. - Risk Factors."

**Overview**

Generac is a leading energy technology solutions company that provides backup and prime power generation systems for residential and commercial & industrial (C&I) applications, solar + battery storage solutions, smart home energy management devices and energy services, advanced power grid software platforms, and engine- & battery-powered tools and equipment. As an energy technology solutions company that is "Powering a Smarter World", our corporate purpose is to lead the evolution to more resilient, efficient, and sustainable energy solutions around the world.

Further information regarding our business is provided in "Part I, Item 1. Business" of this Annual Report.

**Business Drivers and Operational Factors**

"Part I, Item 1. Business" of this Annual Report contains information regarding business drivers, including key mega-trends and strategic growth themes under the subheading "Mega-Trends, Strategic Growth Themes, and Additional Business Drivers."

*Factors Affecting Results of Operations*

We are subject to various factors that can affect our results of operations, which we attempt to mitigate through factors we can control, including continued product development, expanded distribution, pricing, cost control and hedging. Certain operational and other factors that affect our business include the following:

*Effect of commodity, currency, component price fluctuations, and resource availability.* Industry-wide price fluctuations of key commodities, such as steel, copper and aluminum, and other components we use in our products, as well as changes in labor costs required to produce our products, can have a material impact on our results of operations. Acquisitions in recent years have increased our use of advanced electronic components and battery cells, as well as further expanded our commercial and operational presence outside of the United States. Our international acquisitions, and our existing global supply chain, expose us to fluctuations in foreign currency exchange rates and regulatory tariffs that can also have a material impact on our results of operations. Additionally, significant volatility in raw material prices and other costs, ongoing logistics challenges, and various supply chain constraints, are leading to fluctuations in input costs and delays for certain of our products that are adversely impacting our margins.

We have historically attempted to mitigate the impact of inflationary pressures through improved product design and sourcing, manufacturing efficiencies, price increases, and select hedging transactions. We have implemented multiple price increases to help mitigate the impact of rising costs, and we continued to realize the benefit of these pricing actions in 2022. Our results are also influenced by changes in fuel prices in the form of higher freight rates, which in some cases are accepted by our customers and in other cases are absorbed by us.

*Seasonality.*    Although there is demand for our products throughout the year, in each of the past five years, approximately 19% to 25% of our net sales occurred in the first quarter, 22% to 28% in the second quarter, 24% to 28% in the third quarter and 23% to 31% in the fourth quarter, with different seasonality depending primarily on the occurrence, timing and severity of major power outage activity in each year. Major outage activity is unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. The seasonality experienced during a major power outage, and for the subsequent quarters following the event, will vary relative to other periods where no major outage events occurred. For Residential products, we are currently experiencing higher field inventories of home standby generators given installation capacity constraints in our distribution network that has resulted in lower orders from our channel partners in the second half of 2022, and this headwind is expected to persist into the first half of 2023, resulting in expected lower seasonality weighting in the first half of 2023 relative to historical norms.

*Russia-Ukraine Conflict.*    In February 2022, Russia commenced military action against Ukraine. In response, the U.S. and certain other countries imposed significant sanctions and export controls against Russia, Belarus and certain individuals and entities connected to Russian or Belarusian political, business, and financial organizations. In March 2022, we announced our suspension of operations and sales in Russia. Our sales to customers in Russia and Ukraine represented less than 1% of our total revenue for the year ended December 31, 2021, and therefore the impact on our financial results is not expected to be material. However, the situation remains uncertain and it is difficult to predict the impact that the conflict and actions taken in response to it will have on our business. In particular, the situation could increase our costs, disrupt our supply chain, significantly hinder our ability to find materials or key single-sourced components we need to make certain products, or otherwise adversely affect our business and results of operations.

*Impact of the COVID-19 pandemic.*    The COVID-19 pandemic has influenced various trends we have experienced and may experience in future periods involving supply chain and operations constraints. We manufacture and provide essential products and services to a variety of critical infrastructure customers around the globe. Substantially all of our operations and production activities have been operational during the pandemic. If we were to encounter a significant work stoppage, disruption, or COVID-19 outbreak at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time. To date, we have experienced various interruptions to our supply chain as a result of the COVID-19 pandemic. We have experienced inbound and outbound logistics delays and increased costs; however, we continue to monitor scheduled material receipts to mitigate these delays. This could change if freight carriers are delayed or not able to operate.

The future impact of COVID-19 on our business is dependent on future developments, including the duration of the pandemic, our ability to continue to operate during the pandemic, actions taken by domestic and foreign governments to contain the spread of the virus, and the related length of its impact on the global economy and our customers. Refer to the COVID-19 related risk factor disclosed in "Item 1A. Risk Factors" of this Annual Report on Form 10-K.

*Factors influencing interest expense.*    Interest expense can be impacted by a variety of factors, including market fluctuations in SOFR, interest rate election periods, interest rate swap agreements, repayments or borrowings of indebtedness, and amendments to our credit agreements. In connection with our credit agreement amendment in June 2022, SOFR became the new benchmark interest rate for the new Tranche A Term Loan Facility and the Revolving Facility, and all LIBOR provisions applicable to the existing Tranche B Term Loan Facility were replaced with SOFR provisions. Interest expense increased during 2022 compared to 2021, primarily due to increased borrowings, higher interest rates, and interest accretion on contingent acquisition consideration. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information.

*Factors influencing provision for income taxes and cash income taxes paid.*    As of December 31, 2021, the tax-deductible goodwill and intangible assets from our acquisition by CCMP Capital Advisors, LLC in 2006 were fully amortized. The expiration of this tax shield resulted in a higher cash income tax obligation in 2022 and will continue to result in a higher income tax obligation on a go-forward basis.

On August 16, 2022, the U.S. government enacted the Inflation Reduction Act (the Act). The Act in part provides funding and tax incentives for certain clean energy products and projects. While the Act did not impact 2022 second half results, we will continue to review the Act and any regulations or guidance issued by the U.S. Treasury Department or by a state which may provide a tax benefit or expense. We will update our future tax provisions based on new regulations or guidance accordingly.

**Components of Net Sales and Expenses**

*Net Sales*

Our net sales primarily consist of product sales to our customers. This includes sales of our power generation equipment, energy storage systems, and other power products to the residential, commercial and industrial markets, as well as service parts to our dealer network. Net sales also include shipping and handling charges billed to customers, with the related freight costs included in cost of goods sold. Additionally, we offer other services, including extended warranties, installation, maintenance, data center and telecom design and build, remote monitoring, and grid services to utilities in certain circumstances. These services accounted for less than 3% of our net sales for the year ended December 31, 2022. Refer to Note 2, "Summary of Accounting Policies - Revenue Recognition," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on our revenue streams and related revenue recognition accounting policies.

We are not dependent on any one channel or customer for our net sales, with no single customer representing more than 4% of our sales, and our top ten customers representing less than 20% of our net sales in aggregate for the year ended December 31, 2022.

*Costs of Goods Sold*

The principal elements of costs of goods sold are component parts, raw materials, inbound and outbound freight, factory overhead and labor. Component parts and raw materials comprised approximately 72% of costs of goods sold for the year ended December 31, 2022. The principal component parts are engines, alternators, batteries, electronic controls, and steel enclosures. We design and manufacture air-cooled engines for certain of our generators up to 26kW, along with certain liquid-cooled, natural gas engines. We source engines for certain of our smaller products and all of our diesel products. For certain natural gas engines, we source the base engine block, and then add a significant amount of value engineering, sub-systems and other content to the point that we are recognized as the original equipment manufacturer (OEM) of those engines. We design and manufacture many of the alternators for our generators. We also manufacture other generator components where we believe we have a design and cost advantage. We source component parts from an extensive global network of reliable, high-quality suppliers. In some cases, these relationships are proprietary. For certain energy technology products, we source these products complete from certain contract manufacturers.

The principal sourced raw materials used in the manufacturing process are steel, copper and aluminum. We are susceptible to fluctuations in the cost of these commodities, impacting our costs of goods sold. We seek to mitigate the impact of commodity prices on our business through a continued focus on global sourcing, product design improvements, manufacturing efficiencies, price increases and select hedging transactions. We are also impacted by foreign currency fluctuations given our global supply chain. There is typically a lag between raw material price fluctuations and their effect on our costs of goods sold.

In 2021 and 2022, we experienced higher input costs resulting from supply chain challenges and the overall inflationary environment, including increased commodity prices, logistics costs, and labor. We have implemented multiple price increases to help mitigate the impact of these rising commodity costs, and the realization of these price increases have partially offset the higher input costs.

The balance of cost of goods sold include our manufacturing and warehousing facilities, factory overhead, labor and shipping costs. Factory overhead includes utilities, insurance, support personnel, depreciation, general supplies, and maintenance. Although we attempt to maintain a flexible manufacturing cost structure, our margins can be impacted if we cannot timely adjust labor and manufacturing costs to match fluctuations in net sales.

*Operating Expenses*

Our operating expenses consist of costs incurred to support our sales, marketing, distribution, service parts, warranty, engineering, information systems, human resources, accounting, finance, risk management, legal and tax functions, among others. These expenses include personnel costs such as salaries, bonuses, employee benefit costs, payroll taxes, and share-based compensation cost, and are classified into three categories: selling and service, research and development, and general and administrative. Additionally, the amortization expense related to our finite-lived intangible assets is included within operating expenses.

25

*Selling and service.*   Our selling and service expenses consist primarily of personnel expense, marketing expense, standard assurance warranty expense, bad debt provisions, and other sales expenses. Our personnel expense recorded in selling and services expenses includes the expense of our sales force and other personnel involved in the marketing, sales and service of our products. Standard warranty expense is estimated based on historical trends or based on specific warranty matters as they become known and reasonably estimable. Our marketing expenses include media advertising, promotional expenses, co-op advertising costs, direct mail costs, printed material costs, product display costs, market research expenses, and trade show expenses. Marketing expenses are generally related to the launch of new product offerings, opportunities to create market awareness for our products, and general brand awareness marketing efforts.

*Research and development.*   Our research and development expenses include mechanical engineering, electronics engineering, and software development costs and they support numerous projects covering all of our product lines. They also support our connectivity, grid services, remote monitoring, and energy management initiatives. We operate engineering facilities with extensive capabilities at many locations globally and employ approximately 1,000 personnel with focus on new product development, existing product improvement and cost containment. We are committed to research and development and rely on a combination of patents and trademarks to establish and protect our proprietary rights. Our research and development costs are expensed as incurred.

*General and administrative.*   Our general and administrative expenses include personnel costs for general and administrative employees; accounting, legal and professional services fees; information technology costs; insurance; travel and entertainment expense; adjustments to contingent acquisition consideration; and other corporate expenses.

*Acquisition related costs.*   Acquisition related costs are external costs incurred in connection with a business combination including legal fees, professional and advisory services, stamp tax, and indemnity and warranty insurance premiums.

*Amortization of intangibles.*   Our amortization of intangibles expense includes the straight-line amortization of finite-lived tradenames, customer lists, patents and technology, and other intangibles assets.

**Other (Expense) Income**

Other (expense) income includes the interest expense on our outstanding borrowings, amortization of debt financing costs and original issue discount, and interest accretion on contingent acquisition consideration. Other (expense) income also includes other financial items such as losses on extinguishment of debt, investment income earned on our cash and cash equivalents, and gains/losses on the sale of certain investments.

**Results of Operations**

A detailed discussion of the year-over-year changes from the Company's fiscal 2020 to fiscal 2021 can be found in the Management's Discussion and Analysis section of the Company's fiscal 2021 Annual Report on Form 10-K filed February 22, 2022.

***Year ended December 31, 2022 compared to year ended December 31, 2021***

The following table sets forth our consolidated statement of operations data for the periods indicated:

| (U.S. Dollars in thousands) | Year Ended December 31, | | $ Change | % Change |
| | 2022 | 2021 | | |
|---|---|---|---|---|
| Net sales | | | | |
| | $ 4,564,737 | $ 3,737,184 | 827,553 | 22.1% |
| Cost of goods sold | | | | |
| | 3,042,733 | 2,377,102 | 665,631 | 28.0% |
| Gross profit | | | | |
| | 1,522,004 | 1,360,082 | 161,922 | 11.9% |
| Operating expenses: | | | | |
| Selling and service | | | | |
| | 496,260 | 319,020 | 177,240 | 55.6% |
| Research and development | | | | |
| | 159,774 | 104,303 | 55,471 | 53.2% |
| General and administrative | | | | |
| | 194,861 | 144,272 | 50,589 | 35.1% |
| Acquisition related costs | | | | |
| | 1,459 | 21,465 | (20,006) | -93.2% |
| Amortization of intangible assets | | | | |
| | 103,320 | 49,886 | 53,434 | 107.1% |
| Total operating expenses | | | | |
| | 955,674 | 638,946 | 316,728 | 49.6% |
| Income from operations | | | | |
| | 566,330 | 721,136 | (154,806) | -21.5% |
| Total other expense, net | | | | |
| | (57,864) | (29,610) | (28,254) | 95.4% |
| Income before provision for income taxes | | | | |
| | 508,466 | 691,526 | (183,060) | -26.5% |
| Provision for income taxes | | | | |
| | 99,596 | 134,957 | (35,361) | -26.2% |
| Net income | | | | |
| | 408,870 | 556,569 | (147,699) | -26.5% |
| Net income attributable to noncontrolling interests | | | | |
| | 9,368 | 6,075 | 3,293 | 54.2% |
| Net income attributable to Generac Holdings Inc. | | | | |
| | $ 399,502 | $ 550,494 | (150,992) | -27.4% |

The following sets forth our reportable segment information for the periods indicated:

| | | **Net Sales by Reportable Segment** | | | |
| | | **Year Ended December 31,** | | | |
| (U.S. Dollars in thousands) | | **2022** | **2021** | **$ Change** | **% Change** |
| Domestic | $ | 3,867,866 | $ 3,164,050 | $ 703,816 | 22.2% |
| International | | 696,871 | 573,134 | 123,737 | 21.6% |
| Total net sales | $ | 4,564,737 | $ 3,737,184 | $ 827,553 | 22.1% |

| | | **Total Sales by Reportable Segment** | | | | | |
| | | **Year Ended December 31, 2022** | | | **Year Ended December 31, 2021** | | |
| | | **External Net Sales** | **Intersegment Sales** | **Total Sales** | **External Net Sales** | **Intersegment Sales** | **Total Sales** |
| Domestic | $ | 3,867,866 | $ 60,731 | $ 3,928,597 | $ 3,164,050 | $ 39,339 | $ 3,203,389 |
| International | | 696,871 | 93,699 | 790,570 | 573,134 | 26,123 | 599,257 |
| Intercompany elimination | | - | (154,430) | (154,430) | - | (65,462) | (65,462) |
| Total net sales | $ | 4,564,737 | $ - | $ 4,564,737 | $ 3,737,184 | $ - | $ 3,737,184 |

| | | **Adjusted EBITDA by Reportable Segment** | | | |
| | | **Year Ended December 31,** | | | |
| | | **2022** | **2021** | **$ Change** | **% Change** |
| Domestic | $ | 716,302 | $ 795,417 | $ (79,115) | -9.9% |
| International | | 109,065 | 66,008 | 43,057 | 65.2% |
| Total Adjusted EBITDA | $ | 825,367 | $ 861,425 | $ (36,058) | -4.2% |

The following table sets forth our net sales by product class for the periods indicated:

| | | **Net Sales by Product Class** | | | |
| | | **Year Ended December 31,** | | | |
| (U.S. Dollars in thousands) | | **2022** | **2021** | **$ Change** | **% Change** |
| Residential products | $ | 2,911,871 | $ 2,456,765 | $ 455,106 | 18.5% |
| Commercial & industrial products | | 1,260,737 | 998,998 | 261,739 | 26.2% |
| Other | | 392,129 | 281,421 | 110,708 | 39.3% |
| Total net sales | $ | 4,564,737 | $ 3,737,184 | $ 827,553 | 22.1% |

*Net sales.* The increase in Domestic segment sales for the year ended December 31, 2022 was primarily driven by growth in residential product sales, highlighted by a robust increase in home standby generator shipments in the first three quarters of the year. Home standby generator sales decreased in the fourth quarter compared to the prior year due to higher field inventories and lower home standby generator orders from our channel partners given installation capacity constraints in our distribution network. In addition, sales of clean energy products declined compared to the prior year in the second half of 2022 due to the loss of a key customer that filed for bankruptcy. C&I product sales also grew at a robust rate during the year with strength across all channels, including national rental equipment, telecom, and industrial distribution customers.

The increase in International segment sales for the year ended December 31, 2022 was driven by strong growth across all major regions as compared to the prior year, most notably in Europe and Latin America. This was partially offset by unfavorable foreign exchange impacts of approximately $43 million.

In addition, total contribution from non-annualized acquisitions for the year ended December 31, 2022 was $271.6 million, including $213.7 million for the domestic segment and $57.9 million for the international segment.

*Gross profit.* Gross profit margin for the year ended December 31, 2022 was 33.3% compared to 36.4% for the year ended December 31, 2021. The gross profit margin decrease was primarily driven by higher input costs resulting from supply chain challenges and the overall inflationary environment. These higher costs were partially offset by favorable price realization of previously implemented pricing actions.

*Operating expenses.* Operating expenses increased $316.7 million, or 49.6%, as compared to the prior year. The increase includes pre-tax charges comprised of $17.9 million of provision for a credit loss related to a clean energy product customer that filed for bankruptcy, and $37.3 million of provision for clean energy product warranty-related matters, and a provision of $10.0 million for a specific pending and unresolved matter with the CPSC concerning the imposition of potential penalty fines for allegedly failing to timely submit a report under the CPSA in relation to certain portable generators that were subject to a voluntary recall previously announced on July 29, 2021. In addition, amortization of intangibles increased $53.4 million over the prior year. The remaining increase was primarily driven by the impact of recurring operating expenses from recent acquisitions, increased employee costs, and additional variable expenses from increased sales volumes. These increases were partially offset by lower acquisition-related transaction costs compared to the prior year.

*Other expense.* The increase in other expense was driven by higher interest costs due to increased borrowings and interest rates compared to the prior year, higher interest accretion on contingent acquisition consideration in the current year, and a $3.7 million loss on extinguishment of debt incurred in the second quarter of 2022.

*Provision for income taxes.* The effective income tax rates for the years ended December 31, 2022 and 2021 were 19.6% and 19.5%, respectively. The slight increase in the effective tax rate was primarily due to a lower net stock compensation deduction reported in the current year compared to the prior year. This was largely offset by prior year non-deductible transaction fees and a discrete tax item created by a legislative increase in the tax rate in a foreign jurisdiction which revalued certain deferred tax liabilities reported in the prior year.

*Net income attributable to Generac Holdings Inc.* Net income attributable to Generac Holdings Inc. was $399.5 million as compared to $550.5 million in the prior year period. The decrease was primarily driven by lower gross profit margin, increased expenses, and other items noted above.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 289 of 650    Document 49

*Adjusted EBITDA.* Adjusted EBITDA is defined and reconciled to net income in, "Non-GAAP Measures - Adjusted EBITDA" included below in Item 7 of this Annual Report on Form 10-

K. Adjusted EBITDA margins for the Domestic segment for the year ended December 31, 2022 were 18.2% of domestic segment total sales as compared to 24.8% of domestic segment total sales for the year ended December 31, 2021. The Adjusted EBITDA margin decrease was driven by higher input costs, partially offset by pricing benefits. In addition, continued operating expense investments for future growth and the impact of acquisitions had an unfavorable impact on margins during the current year. Adjusted EBITDA margins for the International segment, before deducting for non-controlling interests, for the year ended December 31, 2022 were 13.8% of international segment total sales as compared to 11.0% of international segment total sales for the year ended December 31, 2021. The Adjusted EBITDA margin increase was driven by the positive impact of recent acquisitions and improved operating leverage on increased sales volumes.

*Adjusted net income.* Adjusted Net Income is defined and reconciled to net income in, "Non-GAAP Measures - Adjusted Net Income" included below in Item 7 of this Annual Report on Form 10-K. Adjusted Net Income of $538.8 million for the year ended December 31, 2022 decreased 12.9% from $618.9 million for the year ended December 31, 2021. This decrease was driven by decreased net income due to the factors outlined above, partially offset by the impact of various add-backs in the 2022 period.

**Liquidity and Financial Position**

Our primary cash requirements include payment for our raw materials and components, salaries & benefits, facility and lease costs, operating expenses, interest and principal payments on our debt and capital expenditures. We finance our operations primarily through cash flow generated from operations and, if necessary, borrowings under our revolving credit facility.

Our credit agreements originally provided for a $1.2 billion term loan B credit facility (Tranche B Term Loan Facility) and currently include a $300.0 million uncommitted incremental term loan facility. Additionally, our credit agreements also previously provided for a $500.0 million ABL facility (ABL Facility) that was paid off and terminated in June 2022.

In June 2022, we amended and restated our existing credit agreements (Amended Credit Agreement) resulting in a term loan facility in an aggregate principal amount of $750 million (Tranche A Term Loan Facility and, together with the Tranche B Term Loan Facility, the "Term Loans"), established a new revolving facility in an aggregate principal amount of $1.25 billion (Revolving Facility), terminated the ABL Facility, and replaced all LIBOR provisions to the existing Tranche B Term Loan Facility with SOFR provisions. Proceeds received from the Tranche A Term Loan Facility were used to repay the total existing outstanding balance on our former ABL Facility and make a $250 million voluntary prepayment on our Tranche B Term Loan Facility, with the remaining funds to be used for future general corporate purposes. As a result of the prepayments, we wrote off $3.5 million of original issue discount and capitalized debt issuance costs during the second quarter of 2022 as a loss on extinguishment of debt in the consolidated statements of comprehensive income. The Revolving Facility was unfunded at closing.

The Tranche B Term Loan Facility matures on December 13, 2026, while the Tranche A Term Loan Facility and Revolving Facility mature on June 29, 2027. The Tranche A Term Loan Facility principal is repayable in quarterly installments beginning in September 2023. Principal payments are due on these facilities as follows:

| | | |
|---|---|---:|
| 2023 | $ | 9,375 |
| 2024 | | 28,125 |
| 2025 | | 46,875 |
| 2026 | | 595,625 |
| 2027 | | 690,000 |
| Total | $ | 1,370,000 |

As of December 31, 2022, there was $530 million outstanding under the Tranche B Term Loan Facility, $750 million outstanding under the Tranche A Term Loan Facility, and $90.0 million of borrowings on our Revolving Facility, leaving $1,158.7 million of availability, net of outstanding letters of credit. Our Tranche B Term Loan Facility bears interest at rates based on either a base rate plus an applicable margin of 0.75% or adjusted SOFR rate plus an applicable margin of 1.75%, subject to a SOFR floor of 0.0%. Our Tranche A Term Loan Facility and the Revolving Facility initially bear interest at a rate based on adjusted SOFR plus an applicable margin of 1.5% through December 31, 2022, subject to a SOFR floor of 0.0%. Beginning on January 1, 2023, the Tranche A Term Loan Facility and Revolving Facility bear interest at a rate based on adjusted SOFR plus an applicable margin between 1.25% and 1.75%, based on the Company's total leverage ratio and subject to a SOFR floor of 0.0%. At December 31, 2022 The interest rates for the Tranche A Term Loan Facility and Tranche B Term Loan Facility were 5.72% and 5.97%, respectively.

The Tranche B Term Loan Facility does not require an Excess Cash Flow payment (as defined in the Amended Credit Agreement) if our secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2022, our secured leverage ratio was 1.55 to 1.00 times.

As of December 31, 2022, we had $1,291.4 million of available liquidity comprised of $132.7 million of cash and cash equivalents and $1,158.7 million available under our Revolving Facility, net of outstanding letters of credit. We believe we have a strong liquidity position that allows us to execute our strategic plan and provides the flexibility to continue to invest in future growth opportunities.

In September 2020, the Company's Board of Directors approved a stock repurchase program, which commenced on October 27, 2020, and allowed for the repurchase of up to $250 million of the Company's common stock over a 24-month period. That program was exhausted in the third quarter of 2022. In July 2022, the Company's Board of Directors approved another stock repurchase program, which commenced on August 5, 2022, and allows for the repurchase of up to $500 million of the Company's common stock over a 24-month period. The Company may repurchase its common stock from time to time, in amounts and at prices the Company deems appropriate, subject to market conditions and other considerations. The repurchases may be executed using open market purchases, privately negotiated agreements or other transactions. The actual timing, number and value of shares repurchased under the program will be determined by management at its discretion and will depend on a number of factors, including the market price of the Company's common stock, general market and economic conditions, applicable legal requirements, and compliance with the terms of the Company's outstanding credit agreements. The repurchases may be funded with cash on hand, available borrowings, or proceeds from potential debt or other capital markets sources. The stock repurchase program may be suspended or discontinued at any time without prior notice. During the year ended December 31, 2022, the Company repurchased 2,722,007 shares of its common stock for $345,840. Since the inception of all stock repurchase programs (starting in August 2015), the Company has repurchased 11,748,713 shares of its common stock for $777.4 million (at an average cost per share of $66.17).

See Note 12, "Credit Agreements," and Note 13, "Stock Repurchase Program," to the consolidated financial statements included in Item 8 of this Annual Report on Form 10-K for more information on our credit agreements and stock repurchase programs.

We have an arrangement with a finance company to provide floor plan financing for selected dealers. This arrangement provides liquidity for our dealers by financing dealer purchases of products with credit availability from the finance company. We receive payment from the finance company after shipment of product to the dealer, and our dealers are given a longer period of time to pay the finance company. If our dealers do not pay the finance company, we may be required to repurchase the applicable inventory held by the dealer. We do not indemnify the finance company for any credit losses they may incur. Total dealer purchases financed under this arrangement accounted for approximately 15% of net sales for the years ended December 31, 2022 and 2021. The amount financed by dealers which remained outstanding was $212.2 million and $115.9 million as of December 31, 2022 and 2021, respectively.

**Long-term Liquidity**

We believe that our cash and cash equivalents, cash flow from operations, and availability under our Revolving Facility and other short-term lines of credit will provide us with sufficient capital to continue to grow our business in the future. We may use a portion of our cash flow to pay principal on our outstanding debt, as well as repurchase shares of our common stock, impacting the amount available for working capital, capital expenditures, acquisitions, and other general corporate purposes. As we continue to expand our business, we may require additional capital to fund working capital, capital expenditures or acquisitions.

**Cash Flow**

*Year ended December 31, 2022 compared to year ended December 31, 2021*

The following table summarizes our cash flows by source (use) for the periods presented:

| (U.S. Dollars in thousands) | | Year Ended December 31, | | | | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | | | | |
| Net cash provided by operating activities | $ | 58,516 | $ | 411,156 | $ | | (352,640) | | -85.8% |
| Net cash used in investing activities | | (134,232) | | (817,287) | | | 683,055 | | -83.6% |
| Net cash provided by (used in) financing activities | | 64,043 | | (102,970) | | | 167,013 | | -162.2% |

The decrease in net cash provided by operating activities primarily reflects increased working capital investment as well as lower operating earnings in the current year period. The higher working capital investment was primarily driven by higher inventory levels at the end of the current year.

Net cash used in investing activities for the year ended December 31, 2022 primarily consisted of cash payments of $86.2 million for the purchase of property and equipment, $25.1 million related to the acquisition of businesses, $15.0 million investment in WATT Fuel Cell Corporation, and $14.9 million for contributions to an equity method investment, which were partially offset by cash proceeds from the sale of an investment of $1.3 million. Net cash used in investing activities for the year ended December 31, 2021 primarily consisted of cash payments of $713.5 million related to the acquisition of business and $110.0 million for the purchase of property and equipment, which were partially offset by cash proceeds of $5.0 million from the sale of an investment.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 291 of 650   Document 49

Net cash provided by financing activities for the year ended December 31, 2022 primarily includes proceeds of $1,026.3 million from long-term borrowings, $248.2 million from short-term borrowings, and $13.8 million from the exercise of stock options. These cash proceeds were partially offset by $810.3 million of debt repayments ($268.1 million of short-term borrowings and $542.2 million of long-term borrowings and finance lease obligations), $345.8 million of stock repurchases, $40.9 million of taxes paid related to equity awards, $16.1 million of contingent consideration for acquired businesses, and $10.3 million for payment of debt issuance costs.

Net cash used in financing activities for the year ended December 31, 2021 primarily consisted of $347.7 million of debt repayments ($239.1 million of short-term borrowings and $108.6 million of long-term borrowings), $126.0 million of stock repurchases, $58.9 million of taxes paid related to equity awards, $27.2 million as a purchase of additional ownership interest of PR Industrial S.r.l. and its subsidiaries (Pramac), and $3.8 million of contingent consideration for acquired businesses. These payments were partially offset by $272.8 million cash proceeds from short-term borrowings, $150.1 million cash proceeds from long-term borrowings and $38.8 million of proceeds from the exercise of stock options.

28

**Senior Secured Credit Facilities**

Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 and the "Liquidity and Financial Position" section included in Item 7 of this Annual Report on Form 10-K for information on our senior secured credit facilities.

**Covenant Compliance**

The Term Loans contain restrictions on the Company's ability to pay distributions and dividends. Payments can be made to the Company or other parent companies for certain expenses such as operating expenses in the ordinary course, fees and expenses related to any debt or equity offering and to pay franchise or similar taxes. Dividends can be used to repurchase equity interests, subject to limitations in certain circumstances. The Term Loans restrict the aggregate amount of dividends and distributions that can be paid and, in certain circumstances, requires pro forma compliance with certain fixed charge coverage ratios or gross leverage ratios, as applicable, in order to pay certain dividends and distributions. The Term Loans also contain other affirmative and negative covenants that, among other things, limit the incurrence of additional indebtedness, liens on property, sale and leaseback transactions, investments, loans and advances, mergers or consolidations, asset sales, acquisitions, transactions with affiliates, prepayments of certain other indebtedness and modifications of our organizational documents. The Tranche A Term Loan Facility and the Revolving Facility added certain financial covenants that require the Company to maintain a total leverage ratio below 3.75 to 1.00 as well as an interest coverage ratio above 3.00 to 1.00. As of December 31, 2022, the Company's total leverage ratio was 1.74 to 1.00 times, and the Company's interest coverage ratio was 14.81 to 1.00. The Company was in compliance with all other covenants of the Amended Credit Agreement as of December 31, 2022. The Tranche B Term Loan Facility does not contain any financial maintenance covenants.

The Term Loans contain customary events of default, including, among others, nonpayment of principal, interest or other amounts, failure to perform covenants, inaccuracy of representations or warranties in any material respect, cross-defaults with other material indebtedness, certain undischarged judgments, the occurrence of certain ERISA, bankruptcy or insolvency events, or the occurrence of a change in control (as defined in the Term Loan). A bankruptcy or insolvency event of default will cause the obligations under the Term Loans to automatically become immediately due and payable.

The Revolving Facility also contains covenants and events of default substantially similar to those in the Term Loans, as described above.

**Contractual Obligations**

The following table summarizes our expected payments for significant contractual obligations as of December 31, 2022, using the interest rates in effect as of that date:

| (U.S. Dollars in thousands) | Total | 2023 | 2024 | 2025 | 2026 | 2027 | After 2027 |
|---|---|---|---|---|---|---|---|
| Long-term debt, including current portion (1) | $ 1,370,966 | $ 10,083 | $ 28,178 | $ 46,931 | $ 595,711 | $ 690,032 | $ 31 |
| Finance lease obligations, including current portion | 27,420 | 2,650 | 2,455 | 1,996 | 1,604 | 1,504 | 17,211 |
| Interest on long-term debt and finance lease obligations | 362,415 | 88,429 | 84,951 | 82,476 | 77,501 | 21,892 | 7,166 |
| Operating leases | 118,360 | 34,208 | 30,834 | 20,386 | 9,855 | 8,334 | 14,743 |
| Short-term borrowings (2) | 48,990 | 48,990 | - | - | - | - | - |
| Total contractual cash obligations | $ 1,928,151 | $ 184,360 | $ 146,418 | $ 151,789 | $ 684,671 | $ 721,762 | $ 39,151 |

(1) The Tranche B Term Loan matures on December 13, 2026. The Tranche A Term Loan and the Revolving Facility mature on June 29, 2027. As of December 31, 2022, there was $90 million outstanding under the Revolving Facility classified as long-term debt.

(2) Short-term borrowings consist of borrowings by our foreign subsidiaries on local lines of credit.

**Capital Expenditures**

Our operations require capital expenditures for facilities and related improvements, technology, research & development, tooling, equipment, capacity expansion, IT systems & infrastructure and upgrades. Capital expenditures were $86.2 million, $110.0 million, and $62.1 million in the years ended December 31, 2022, 2021 and 2020, respectively, and were funded primarily through cash from operations.

**Critical Accounting Policies and Estimates**

In preparing the financial statements, management is required to make estimates and assumptions that have an impact on the asset, liability, revenue and expense amounts reported. These estimates can also affect our supplemental information disclosures, including information about contingencies, risk and financial condition. We believe, given current facts and circumstances, that our estimates and assumptions are reasonable, adhere to U.S. GAAP, and are consistently applied. Inherent in the nature of an estimate or assumption is the fact that actual results may differ from estimates and estimates may vary as new facts and circumstances arise. We make routine estimates and judgments in determining net realizable value of accounts receivable, inventories, property and equipment, prepaid expenses, product warranties and other reserves. Management believes our most critical accounting estimates and assumptions are in the following areas: business combinations and purchase accounting; goodwill and other indefinite-lived intangible asset impairment assessment; and income taxes.

*Business Combinations and Purchase Accounting*

We account for business combinations using the acquisition method of accounting, and accordingly, the assets and liabilities of an acquired business are recorded at their respective fair values. The excess of the purchase price over the estimated fair value of assets and liabilities is recorded as goodwill. Assigning fair market values to the assets acquired and liabilities assumed at the date of an acquisition requires knowledge of current market values, the values of assets in use, and often requires the application of judgment regarding estimates and assumptions. While the ultimate responsibility resides with management, for material acquisitions we retain the services of certified valuation specialists to assist with assigning estimated values to certain acquired assets and assumed liabilities, including intangible assets, tangible long-lived assets, and contingent consideration. Acquired intangible assets, excluding goodwill, are valued using certain discounted cash flow methodologies based on future cash flows specific to the type of intangible asset purchased. This methodology incorporates various estimates and assumptions, the most significant being projected revenue growth rates, profit margins, forecasted cash flows, discount rates and terminal growth rates. If the contingent consideration is deemed significant or absent an agreed upon payout amount, the initial measurement of contingent consideration and the corresponding liability is evaluated using the Monte Carlo Method. For this valuation method, management develops projections during the contingent consideration period utilizing various potential pay-out scenarios. Probabilities are applied to each potential scenario and the resulting values are discounted using a rate that considers weighted average cost of capital as well as a specific risk premium associated with the riskiness of the contingent consideration itself, the related projections, and the overall business. Refer to Note 1, "Description of Business," and Note 3, "Acquisitions," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's business acquisitions.

*Goodwill and Other Indefinite-Lived Intangible Assets*

Refer to Note 2, "Summary of Accounting Policies – Goodwill and Other Indefinite-Lived Intangible Assets," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's policy regarding the accounting for goodwill and other indefinite-lived intangible assets. The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2022, 2021 and 2020, and found no impairment.

When preparing a discounted cash flow analysis for purposes of our annual impairment test, we make a number of key estimates and assumptions. We estimate the future cash flows of the business based on historical and forecasted revenues and operating costs. In addition, we apply a discount rate to the estimated future cash flows for the purpose of the valuation. This discount rate is based on the estimated weighted average cost of capital for the business and may change from year to year. Weighted average cost of capital includes certain assumptions such as market capital structures, market betas, risk-free rate of return and estimated costs of borrowing.

In our 2022 impairment test calculation performed as of October 31, 2022, the Latin America reporting unit had an estimated fair value that exceeded its carrying value by approximately 18%.

The carrying value of the Latin America goodwill was $46.5 million. Key financial assumptions utilized to determine the fair value of the reporting unit include revenue growth levels that reflect the impact of increasing telecom production for the U.S. market, improving profit margins, a 3% terminal growth rate and a 14.4% discount rate. The reporting unit's fair value would approximate its carrying value with a 175 basis point increase in the discount rate or a 130 basis point reduction in the average earnings margin and 100 basis point reduction in the terminal growth rate.

For all reporting units, a considerable amount of management judgment and assumptions are required in performing the goodwill and indefinite-lived intangible asset impairment tests. While we believe our judgments and assumptions are reasonable, different assumptions could change the estimated fair values. A number of factors, many of which we have no ability to control, could cause actual results to differ from the estimates and assumptions we employed. These factors include:

- a rising interest rate environment;
- a negative impact from the COVID-19 pandemic;
- a prolonged global or regional economic downturn;

- a significant decrease in the demand for our products;

- the inability to develop new and enhanced products and services in a timely manner;

- a significant adverse change in legal factors or in the business climate;

- an adverse action or assessment by a regulator;

- successful efforts by our competitors to gain market share in our markets;

- disruptions to the Company's business;

- inability to effectively integrate acquired businesses;

- unexpected or unplanned changes in the use of assets or entity structure; and

- business divestitures.

If management's estimates of future operating results change or if there are changes to other assumptions due to these factors, the estimate of the fair values may change significantly. Such change could result in impairment charges in future periods, which could have a significant impact on our operating results and financial condition.

30

*Income Taxes*

We account for income taxes in accordance with Accounting Standards Codification (ASC) 740, *Income Taxes*. Our estimate of income taxes payable, deferred income taxes and the effective tax rate is based on an analysis of many factors including interpretations of federal, state and international income tax laws; the difference between tax and financial reporting bases of assets and liabilities; estimates of amounts currently due or owed in various jurisdictions; and current accounting standards. We review and update our estimates on a quarterly basis as facts and circumstances change and actual results are known.

In assessing the net realizable value of the deferred tax assets on our balance sheet, we consider whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. We consider the taxable income in prior carryback years, scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies in making this assessment.

Refer to Note 15, "Income Taxes," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the Company's income taxes and income tax positions.

**New Accounting Standards**

For information with respect to new accounting pronouncements and the impact of these pronouncements on our consolidated financial statements, refer to Note 2, "Summary of Accounting Policies - New Accounting Pronouncements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

**Non-GAAP Measures**

*Adjusted EBITDA*

To supplement our consolidated financial statements presented in accordance with U.S. GAAP, we provide the computation of Adjusted EBITDA attributable to the Company, which is defined as net income before noncontrolling interests adjusted for the following items: interest expense, depreciation expense, amortization of intangible assets, income tax expense, certain non-cash gains and losses including certain purchase accounting adjustments and contingent consideration adjustments, share-based compensation expense, losses on extinguishment of debt, certain transaction costs and credit facility fees, business optimization expenses, certain specific provisions, and adjusted EBITDA attributable to noncontrolling interests, as set forth in the reconciliation table below.

We view Adjusted EBITDA as a key measure of our performance. We present Adjusted EBITDA not only due to its importance for purposes of our credit agreements, but also because it assists us in comparing our performance across reporting periods on a consistent basis as it excludes items that we do not believe are indicative of our core operating performance. Our management uses Adjusted EBITDA:

- for planning purposes, including the preparation of our annual operating budget and developing and refining our internal projections for future periods;

- to allocate resources to enhance the financial performance of our business;

- as a benchmark for the determination of the bonus component of compensation for our senior executives under our management incentive plan, as described further in our Proxy Statement;

- to evaluate the effectiveness of our business strategies and as a supplemental tool in evaluating our performance against our budget for each period; and

- in communications with our Board of Directors and investors concerning our financial performance.

We believe Adjusted EBITDA is used by securities analysts, investors and other interested parties in the evaluation of the Company. Management believes the disclosure of Adjusted EBITDA offers an additional financial metric that, when coupled with results prepared in accordance with U.S. generally accepted accounting principles (U.S. GAAP) and the reconciliation to U.S. GAAP results, provides a more complete understanding of our results of operations and the factors and trends affecting our business. We believe Adjusted EBITDA is useful to investors for the following reasons:

- Adjusted EBITDA and similar non-GAAP measures are widely used by investors to measure a company's operating performance without regard to items that can vary substantially from company to company depending upon financing and accounting methods, book values of assets, tax jurisdictions, capital structures and the methods by which assets were acquired;

- investors can use Adjusted EBITDA as a supplemental measure to evaluate the overall operating performance of our Company, including our ability to service our debt and other cash needs; and

- by comparing our Adjusted EBITDA in different historical periods, our investors can evaluate our operating performance excluding the impact of items described below.

The adjustments included in the reconciliation table listed below are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by our management and Board of Directors. These adjustments eliminate the impact of a number of items that:

- we do not consider indicative of our ongoing operating performance, such as non-cash write-downs and other charges, non-cash gains, write-offs relating to the retirement of debt, severance costs and other restructuring-related business optimization expenses;

- we believe to be akin to, or associated with, interest expense, such as administrative agent fees, revolving credit facility commitment fees and letter of credit fees; or

- are non-cash in nature, such as share-based compensation expense.

We explain in more detail in footnotes (a) through (f) below why we believe these adjustments are useful in calculating Adjusted EBITDA as a measure of our operating performance.

Adjusted EBITDA does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted EBITDA has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted EBITDA does not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;

- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;

- Adjusted EBITDA does not reflect the significant interest expense, or the cash requirements necessary to service interest or principal payments on our debt;

- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and Adjusted EBITDA does not reflect any cash requirements for such replacements;

- several of the adjustments that we use in calculating Adjusted EBITDA, such as non-cash write-downs and other charges, while not involving cash expense, do have a negative impact on the value of our assets as reflected in our consolidated balance sheet prepared in accordance with U.S. GAAP; and

- other companies may calculate Adjusted EBITDA differently than we do, limiting its usefulness as a comparative measure.

Furthermore, as noted above, one of our uses of Adjusted EBITDA is as a benchmark for determining elements of compensation for our senior executives. At the same time, some or all of these senior executives have responsibility for monitoring our financial results, generally including the adjustments in calculating Adjusted EBITDA (subject ultimately to review by our Board of Directors in the context of the Board's review of our financial statements). While many of the adjustments (for example, transaction costs and credit facility fees), involve mathematical application of items reflected in our financial statements, others involve a degree of judgment and discretion. While we believe all of these adjustments are appropriate, and while the calculations are subject to review by our Board of Directors in the context of the Board's review of our financial statements, and certification by our Chief Financial Officer in a compliance certificate provided to the lenders under our Term Loan and Revolving Facility, this discretion may be viewed as an additional limitation on the use of Adjusted EBITDA as an analytical tool.

Because of these limitations, Adjusted EBITDA should not be considered as a measure of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our U.S. GAAP results and using Adjusted EBITDA only supplementally.

The following table presents a reconciliation of net income to Adjusted EBITDA attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2022 | 2021 | 2020 |
| Net income attributable to Generac Holdings Inc. | $ 399,502 | $ 550,494 | $ 350,576 |
| Net income attributable to noncontrolling interests | 9,368 | 6,075 | (3,358) |
| Net income | 408,870 | 556,569 | 347,218 |
| Interest expense | 54,826 | 32,953 | 32,991 |
| Depreciation and amortization | 156,141 | 92,041 | 68,773 |
| Provision for income taxes | 99,596 | 134,957 | 98,973 |
| Non-cash write-down and other adjustments (a) | (2,091) | (3,070) | (327) |
| Non-cash share-based compensation expense (b) | 29,481 | 23,954 | 20,882 |
| Loss on extinguishment of debt (c) | 3,743 | 831 | - |
| Transaction costs and credit facility fees (d) | 5,026 | 22,357 | 2,151 |
| Business optimization and other charges (e) | 4,371 | 33 | 12,158 |
| Provision for regulatory and clean energy product charges (f) | 65,265 | - | - |
| Other | 139 | 800 | 954 |
| Adjusted EBITDA | 825,367 | 861,425 | 583,773 |
| Adjusted EBITDA attributable to noncontrolling interests | 15,087 | 9,351 | 2,358 |
| Adjusted EBITDA attributable to Generac Holdings Inc. | $ 810,280 | $ 852,074 | $ 581,415 |

(a) Represents the following non-cash charges, gains, and other adjustments: gains/losses on disposals of assets and sales of certain investments, unrealized mark-to-market adjustments on commodity contracts, certain foreign currency related adjustments, and certain purchase accounting and contingent consideration related adjustments. We believe that adjusting net income for these items is useful for the following reasons:

- The gains/losses on disposals of assets and sales of certain investments resulting from the sale of assets that are no longer useful in our business and therefore represent gains or losses that are not from our core operations;

- The adjustments for unrealized mark-to-market gains and losses on commodity contracts represent non-cash items to reflect changes in the fair value of forward contracts that have not been settled or terminated. We believe it is useful to adjust net income for these items because the charges do not represent a cash outlay in the period in which the charge is incurred, although Adjusted EBITDA must always be used together with our U.S. GAAP statements of comprehensive income and cash flows to capture the full effect of these contracts on our operating performance;

- The purchase accounting adjustments represent non-cash items to reflect fair value at the date of acquisition, and therefore do not reflect our ongoing operations. Fair value adjustments to contingent consideration obligations related to business acquisitions are added back as they are akin to purchase price.

(b) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting period.

(c) Represents the non-cash write-off of original issue discount and deferred financing costs due to voluntary prepayments of debt. Refer to Note 12, "Credit Agreements," to the consolidated financial statements in Item 8 of this Annual Report on Form 10-K for further information on the losses on extinguishment of debt.

(d) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities, such as administrative agent fees and credit facility commitment fees under our Amended Credit Agreement, which we believe to be akin to, or associated with, interest expense and whose inclusion in Adjusted EBITDA is therefore similar to the inclusion of interest expense in that calculation.

(e) For the year ended December 31, 2022, predominantly represents severance charges related to certain headcount reductions, as well as other restructuring charges related to the suspension of operations at certain of our facilities. For the year ended December 31, 2020, represents severance, non-cash asset write-downs and other charges to address the impact of the COVID-19 pandemic and decline in oil prices on demand for C&I products.

(f) For the year ended December 31, 2022, represents a specific credit loss provision of $17.9 million for a clean energy product customer that filed for bankruptcy, as well as a warranty provision of $37.3 million to address certain clean energy product warranty-related matters. The amount also includes a provision of $10.0 million for a pending and unresolved matter with the CPSC concerning the imposition of potential penalty fines for allegedly failing to timely submit a report under the CPSA in relation to certain portable generators that were subject to a voluntary recall previously announced on July 29, 2021.

33

*Adjusted Net Income*

To further supplement our consolidated financial statements in accordance with U.S. GAAP, we provide the computation of Adjusted Net Income attributable to the Company, which is defined as net income before noncontrolling interest adjusted for the following items: amortization of intangible assets, amortization of deferred financing costs and original issue discount related to our debt, intangible impairment charges (if any), certain transaction costs and other purchase accounting adjustments, losses on extinguishment of debt, business optimization expenses, certain specific provisions, other non-cash gains and losses or charges, and adjusted net income attributable to noncontrolling interests, as set forth in the reconciliation table below. In addition, for periods prior to 2022, adjusted net income reflects cash income tax expense due to the existence of the tax shield from the amortization of tax-deductible goodwill and intangible assets from our acquisition by CCMP Capital Advisors, LLC in 2006. Due to the expiration of this tax shield in the fourth quarter of 2021, there is no similar reconciling item starting in 2022.

We believe Adjusted Net Income is used by securities analysts, investors and other interested parties in the evaluation of our company's operations. Management believes the disclosure of Adjusted Net Income offers an additional financial metric that, when used in conjunction with U.S. GAAP results and the reconciliation to U.S. GAAP results, provides a more complete understanding of our ongoing results of operations, and the factors and trends affecting our business.

The adjustments included in the reconciliation table listed below are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by investors and securities analysts. Similar to the Adjusted EBITDA reconciliation, these adjustments eliminate the impact of a number of items we do not consider indicative of our ongoing operating performance or cash flows, such as amortization costs, transaction costs and write-offs relating to the retirement of debt. Prior to the expiration of our tax shield in the fourth quarter of 2021, we also made adjustments to present cash taxes paid as a result of our favorable tax attributes.

Similar to Adjusted EBITDA, Adjusted Net Income does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted Net Income has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted Net Income does not reflect changes in, or cash requirements for, our working capital needs;

- although amortization is a non-cash charge, the assets being amortized may have to be replaced in the future, and Adjusted Net Income does not reflect any cash requirements for such replacements; and

- other companies may calculate Adjusted Net Income differently than we do, limiting its usefulness as a comparative measure.

The following table presents a reconciliation of net income to Adjusted Net Income attributable to Generac Holdings Inc.:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| (U.S. Dollars in thousands) | | 2022 | | 2021 | | 2020 |
| Net income attributable to Generac Holdings Inc. | $ | 399,502 | $ | 550,494 | $ | 350,576 |
| Net income attributable to noncontrolling interests | | 9,368 | | 6,075 | | (3,358) |
| Net income | | 408,870 | | 556,569 | | 347,218 |
| Provision for income taxes (a) | | - | | 134,957 | | 98,973 |
| Amortization of intangible assets | | 103,320 | | 49,886 | | 32,280 |
| Amortization of deferred finance costs and original issue discount | | 3,234 | | 2,589 | | 2,598 |
| Loss on extinguishment of debt | | 3,743 | | 831 | | - |
| Transaction costs and other purchase accounting adjustments (b) | | 3,588 | | 19,655 | | (1,328) |
| (Gain)/loss attributable to business or asset dispositions (c) | | (229) | | (4,383) | | - |
| Business optimization and other charges (see above) | | 4,371 | | 33 | | 12,158 |
| Provision for regulatory and clean energy product charges (see above) | | 65,265 | | - | | - |
| Tax effect of add backs | | (43,638) | | - | | - |
| Cash income tax expense (a) | | - | | (136,231) | | (79,723) |
| Adjusted net income | | 548,524 | | 623,906 | | 412,176 |
| Adjusted net income attributable to noncontrolling interests | | 9,675 | | 4,971 | | (32) |
| Adjusted net income attributable to Generac Holdings Inc. | $ | 538,849 | $ | 618,935 | $ | 412,208 |

(a) For the years ended December 31, 2021 and 2020, the amount is based on a cash income tax rate of 19.7% and 17.9%, respectively, due to the existence of the tax shield from the amortization of tax-deductible goodwill and intangible assets from our acquisition by CCMP Capital Advisors, LLC in 2006. Due to the expiration of this tax shield in the fourth quarter of 2021, there is no similar reconciling item for the 2022 period. For comparative purposes to the current year, using the GAAP income tax expense for the years ended December 31, 2021 and 2020, would result in an adjusted net income per diluted share of $9.36 and $5.97, respectively, on a pro forma basis.

(b) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, and certain purchase accounting and contingent consideration adjustments.

(c) Represents gains and losses attributable to the disposition of a business or assets occurring in other than ordinary course, as defined in our credit agreement.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**

We are exposed to market risk from changes in foreign currency exchange rates, commodity prices and interest rates. To reduce the risk from these changes, we use financial instruments from time to time. We do not hold or issue financial instruments for trading purposes.

**Foreign Currency**

We are exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar, as well as operating businesses and supply chains in foreign countries. Periodically, we utilize foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. Realized gains and losses on transactions denominated in foreign currency are recorded as a component of cost of goods sold in the statements of comprehensive income.

The following is a summary of the thirty-four foreign currency contracts outstanding as of December 31, 2022 (notional amount in thousands):

| Currency Denomination | Trade Dates | Effective Dates | Notional Amount | | Expiration Date |
|---|---|---|---|---|---|
| GBP | 11/21/22 - 12/20/22 | 11/21/22 - 12/20/22 | $ | 1,625 | 1/18/23 - 2/22/23 |
| AUD | 11/15/22 - 12/20/22 | 11/15/22 - 12/20/22 | $ | 11,975 | 1/18/23 - 2/22/23 |

**Commodity Prices**

We are a purchaser of commodities and components manufactured from commodities including steel, aluminum, copper and others. As a result, we are exposed to fluctuating market prices for those commodities. While such materials are typically available from numerous suppliers, commodity raw materials are subject to price fluctuations. We generally buy these commodities and components based on market prices that are established with the supplier as part of the purchase process. Depending on the supplier, these market prices may reset on a periodic basis based on negotiated lags and calculations. To the extent that commodity prices increase and we do not have firm pricing from our suppliers, or our suppliers are not able to honor such prices, we may experience a decline in our gross margins to the extent we are not able to increase selling prices of our products or obtain manufacturing efficiencies or supply chain savings to offset increases in commodity costs.

In 2021 and 2022, we experienced an increase in commodity and component costs resulting from supply chain challenges and the overall inflationary environment. We implemented multiple price increases to help mitigate the impact of these rising commodity costs, and the realization of these price increases in 2022 helped to partially offset the higher commodity costs.

Periodically, we engage in certain commodity risk management activities to mitigate the impact of potential price fluctuations on our financial results. These derivatives typically have maturities of less than eighteen months. As of December 31, 2022, we had no commodity contracts outstanding.

**Interest Rates**

As of December 31, 2022, all of the outstanding debt under our Term Loans and Revolving Facility was subject to floating interest rate risk. As of December 31, 2022, we had the following interest rate swap contracts outstanding (notional amount in thousands of US dollars):

| Hedged Item | Contract Date | Effective Date | Notional Amount | Fixed SOFR Rate | Expiration Date |
|---|---|---|---|---|---|
| Interest Rate | June 19, 2017 | July 1, 2022 | 125,000 | 2.4120% | May 31, 2023 |
| Interest Rate | June 30, 2017 | July 1, 2022 | 125,000 | 2.4790% | May 31, 2023 |
| Interest Rate | August 9, 2017 | July 1, 2022 | 125,000 | 2.2948% | May 31, 2023 |
| Interest Rate | August 30, 2017 | July 1, 2022 | 125,000 | 2.23440% | May 31, 2023 |
| Interest Rate | March 4, 2020 | May 31, 2023 | 200,000 | 1.1360% | December 14, 2026 |
| Interest Rate | March 5, 2020 | May 31, 2023 | 100,000 | 1.0700% | December 14, 2026 |
| Interest Rate | March 6, 2020 | May 31, 2023 | 200,000 | 0.9560% | December 14, 2026 |

In June 2022, in conjunction with the amendments to the Company's credit agreements discussed further in Note 12, "Credit Agreements," to our consolidated financial statements in Item 8 of this Annual Report on Form 10-K, the Company amended its interest rate swaps to match that of the underlying debt and reconfirmed hedge effectiveness. The Company formally documented all relationships between interest rate hedging instruments and the related hedged items, as well as its risk-management objectives and strategies for undertaking various hedge transactions. These interest rate swap agreements qualify as cash flow hedges and therefore, the effective portions of their gains or losses are reported as a component of accumulated other comprehensive loss (AOCL) in the consolidated balance sheets. At December 31, 2022, the fair value of these interest rate swaps was an asset of $49.3 million. Even after giving effect to these swaps, we are exposed to risks due to changes in interest rates with respect to the portion of our Term Loans and Revolving Facility that is not covered by the swaps. A hypothetical change in the SOFR interest rate of 100 basis points would have changed annual cash interest expense by approximately $5.4 million (or, without the swaps in place, $10.4 million) in 2022.

For additional information on the Company's foreign currency and commodity forward contracts and interest rate swaps, including amounts charged to the statements of comprehensive income during 2022, 2021, and 2020, refer to Note 5, "Derivative Instruments and Hedging Activities," and Note 6, "Accumulated Other Comprehensive Loss," to our consolidated financial statements in Item 8 of this Annual Report on Form 10-K.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 299 of 650    Document 49

**Item 8. Financial Statements and Supplementary Data**

Report of Independent Registered Public Accounting Firm

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, WI

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2022 and 2021, the related consolidated statements of comprehensive income, stockholders' equity, and cash flows, for each of the three years in the period ended December 31, 2022, and the related notes (collectively referred to as the "financial statements").

In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2022 and 2021, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2022, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2022, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 22, 2023

,

expressed an unqualified opinion on the Company's internal control over financial reporting.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current-period audit of the financial statements that was communicated or required to be communicated to the audit committee and that (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

***Goodwill - Refer to Notes 2 and 9 to the consolidated financial statements.***

*Critical Audit Matter Description*

The Company's evaluation of goodwill for impairment involves the comparison of the fair value of each reporting unit to its carrying value. The Company's estimate for each reporting unit is based on the present value of estimated future cash flows attributable to the respective reporting unit. This requires management to make significant estimates and assumptions including estimates of future revenue growth rates, earnings margins, and discount rates. Changes in the assumptions could have a significant impact on the fair value, which could result in an impairment charge. The Company performed their annual impairment assessment of its reporting units as of October 31, 2022. In the October 31, 2022 impairment test calculation, the Latin America reporting unit had an estimated fair value that exceeded the carrying value by approximately 18%. Because the estimated fair value exceeded the carrying value, no impairment was recorded. The carrying value of goodwill for the Company's Latin America reporting unit as of the October 31, 2022 impairment assessment was $46.5 million.

Key financial assumptions utilized to determine the fair value of the Latin America reporting unit include revenue growth rates, earnings margins, and the discount rate.

The principal consideration for our determination that the evaluation of goodwill is a critical audit matter is that there is a high degree of auditor effort, judgment and subjectivity involved in designing and performing procedures to evaluate the reasonableness of management's key assumptions utilized to determine the fair value of the Latin America reporting unit.

36

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 300 of 650    Document 49

*How the Critical Audit Matter Was Addressed in the Audit*

Our audit procedures related to the forecasts of future revenue growth rates, profit margins, the terminal growth rate and the selection of the discount rate for the Latin America reporting unit included the following, among others:

- Evaluated the design and effectiveness of the controls over management's goodwill impairment evaluation, including those over the determination of the fair value of the reporting unit, such as controls related to management's forecast and the selection of the discount rate.
- Obtained the Company's discounted cash flow model and evaluated the valuation analysis for mathematical accuracy.
- Utilized fair value specialists to evaluate whether the valuation techniques applied by management were appropriate.
- Assessed management's historical ability to accurately forecast the reporting unit results of operations.
- Assessed management's intent and/or ability to take specific actions included in the discounted cash flow model.
- Evaluated the reasonableness of management's forecasts by comparing the forecasts to (1) historical results, (2) internal communications to the Board of Directors, and (3) forecasted information included in industry reports.
- Utilized fair value specialists to evaluate the reasonableness of the discount rate selected, including developing a range of independent estimates and comparing it to the discount rate utilized by the Company.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 22, 2023

We have served as the Company's auditor since 2016.

**Report of Independent Registered Public Accounting Firm**

To the stockholders and the Board of Directors of Generac Holdings Inc.
Waukesha, Wisconsin

**Opinion on Internal Control over Financial Reporting**

We have audited the internal control over financial reporting of Generac Holdings Inc. and subsidiaries (the "Company") as of December 31, 2022, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).
In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2022, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by COSO.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated financial statements as of and for the year ended December 31, 2022, of the Company and our report dated February 22, 2023, expressed an unqualified opinion on those financial statements.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 22, 2023

Generac Holdings Inc.

Consolidated Balance Sheets

*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | December 31, | |
| --- | --- | --- |
| | **2022** | **2021** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 132,723 | $ 147,339 |
| Accounts receivable, less allowance for credit losses of $27,664 and $12,025 at December 31, 2022 and 2021, respectively | 522,458 | 546,466 |
| Inventories | 1,405,384 | 1,089,705 |
| Prepaid expenses and other assets | 121,783 | 64,954 |
| Total current assets | 2,182,348 | 1,848,464 |
| Property and equipment, net | 467,604 | 440,852 |
| Customer lists, net | 206,987 | 238,722 |
| Patents and technology, net | 454,757 | 492,473 |
| Other intangible assets, net | 41,719 | 66,436 |
| Tradenames, net | 227,251 | 243,531 |
| Goodwill | 1,400,880 | 1,409,674 |
| Deferred income taxes | 12,746 | 15,740 |
| Operating lease and other assets | 175,170 | 121,888 |
| Total assets | $ 5,169,462 | $ 4,877,780 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Short-term borrowings | $ 48,990 | $ 72,035 |
| Accounts payable | 446,050 | 674,208 |
| Accrued wages and employee benefits | 45,741 | 72,060 |
| Accrued product warranty | 89,141 | 59,052 |
| Other accrued liabilities | 349,389 | 272,622 |
| Current portion of long-term borrowings and finance lease obligations | 12,733 | 5,930 |
| Total current liabilities | 992,044 | 1,155,907 |
| Long-term borrowings and finance lease obligations | 1,369,085 | 902,091 |
| Deferred income taxes | 125,691 | 205,964 |
| Operating lease and other long-term liabilities | 312,916 | 341,681 |
| Total liabilities | 2,799,736 | 2,605,643 |
| Redeemable noncontrolling interest | 110,471 | 58,050 |
| Stockholders' equity: | | |
| Common stock, par value $0.01, 500,000,000 shares authorized, 72,701,257 and 72,386,017 shares issued at December 31, 2022 and 2021, respectively | 728 | 725 |
| Additional paid-in capital | 1,016,138 | 952,939 |
| Treasury stock, at cost, 11,284,350 and 8,667,031 shares at December 31, 2022 and 2021, respectively | (808,491) | (448,976) |
| Excess purchase price over predecessor basis | (202,116) | (202,116) |
| Retained earnings | 2,316,224 | 1,965,957 |
| Accumulated other comprehensive loss | (65,102) | (54,755) |
| Stockholders' equity attributable to Generac Holdings Inc. | 2,257,381 | 2,213,774 |

| | | | | | |
|---|---|---|---|---|---|
| Noncontrolling interests | | | 1,874 | | 313 |
| Total stockholders' equity | | | 2,259,255 | | 2,214,087 |
| Total liabilities and stockholders' equity | $ | | 5,169,462 | $ | 4,877,780 |

*See notes to consolidated financial statements.*

39

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 304 of 650     Document 49

Generac Holdings Inc.

Consolidated Statements of Comprehensive Income

*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2022** | | **2021** | | **2020** |
| Net sales | $ | 4,564,737 | $ | 3,737,184 | $ | 2,485,200 |
| Costs of goods sold | | 3,042,733 | | 2,377,102 | | 1,527,546 |
| Gross profit | | 1,522,004 | | 1,360,082 | | 957,654 |
| Operating expenses: | | | | | | |
| Selling and service | | 496,260 | | 319,020 | | 246,373 |
| Research and development | | 159,774 | | 104,303 | | 80,251 |
| General and administrative | | 194,861 | | 144,272 | | 118,233 |
| Acquisition related costs | | 1,459 | | 21,465 | | 1,411 |
| Amortization of intangibles | | 103,320 | | 49,886 | | 32,280 |
| Total operating expenses | | 955,674 | | 638,946 | | 478,548 |
| Income from operations | | 566,330 | | 721,136 | | 479,106 |
| Other (expense) income: | | | | | | |
| Interest expense | | (54,826) | | (32,953) | | (32,991) |
| Investment income | | 1,129 | | 1,415 | | 2,182 |
| Loss on extinguishment of debt | | (3,743) | | (831) | | – |
| Other, net | | (424) | | 2,759 | | (2,106) |
| Total other expense, net | | (57,864) | | (29,610) | | (32,915) |
| Income before provision for income taxes | | 508,466 | | 691,526 | | 446,191 |
| Provision for income taxes | | 99,596 | | 134,957 | | 98,973 |
| Net income | | 408,870 | | 556,569 | | 347,218 |
| Net income attributable to noncontrolling interests | | 9,368 | | 6,075 | | (3,358) |
| Net income attributable to Generac Holdings Inc. | $ | 399,502 | $ | 550,494 | $ | 350,576 |
| Other comprehensive income (loss): | | | | | | |
| Foreign currency translation adjustment | $ | (48,841) | $ | (41,030) | $ | 4,948 |
| Net unrealized gain (loss) on derivatives | | 38,494 | | 20,529 | | (14,285) |
| Other comprehensive income (loss) | | (10,347) | | (20,501) | | (9,337) |
| Total comprehensive income | | 398,523 | | 536,068 | | 337,881 |
| Comprehensive income (loss) attributable to noncontrolling interests | | 11,179 | | 5,496 | | (364) |
| Comprehensive income attributable to Generac Holdings Inc. | $ | 387,344 | $ | 530,572 | $ | 338,245 |
| Net income attributable to Generac Holdings Inc. per common share - basic: | $ | 5.55 | $ | 8.51 | $ | 5.61 |
| Weighted average common shares outstanding - basic: | | 63,117,007 | | 62,686,001 | | 62,280,889 |
| Net income attributable to Generac Holdings Inc. per common share - diluted: | $ | 5.42 | $ | 8.30 | $ | 5.48 |
| Weighted average common shares outstanding - diluted: | | 64,681,357 | | 64,253,408 | | 63,737,734 |

*See notes to consolidated financial statements.*

40

Generac Holdings Inc.

Consolidated Statements of Stockholders' Equity

*(U.S. Dollars in Thousands, Except Share Data)*

**Generac Holdings Inc.**

| | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Treasury Stock Shares | Treasury Stock Amount | Excess Purchase Price Over Predecessor Basis | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2019** | 71,667,726 | $ 717 | $ 498,866 | (9,103,013) | $ (324,551) | $ (202,116) | $ 1,084,383 | $ (24,917) | $ 1,032,382 | $ 469 | $ 1,032,851 |
| Accounting standard adoption impact | – | – | – | – | – | – | (1,147) | – | (1,147) | – | (1,147) |
| Unrealized loss on interest rate swaps, net of tax of ($4,826) | – | – | – | – | – | – | – | (14,285) | (14,285) | – | (14,285) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 4,948 | 4,948 | (29) | 4,919 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 356,603 | 4 | 5,793 | – | – | – | – | – | 5,797 | – | 5,797 |
| Net share settlement of restricted stock awards | – | – | – | (70,718) | (7,613) | – | – | – | (7,613) | – | (7,613) |
| Share-based compensation | – | – | 20,882 | – | – | – | – | – | 20,882 | – | 20,882 |
| Redemption value adjustment | – | – | – | – | – | – | (1,247) | – | (1,247) | – | (1,247) |
| Net income | – | – | – | – | – | – | 350,576 | – | 350,576 | (529) | 350,047 |
| **Balance at December 31, 2020** | 72,024,329 | $ 721 | $ 525,541 | (9,173,731) | $ (332,164) | $ (202,116) | $ 1,432,565 | $ (34,254) | $ 1,390,293 | $ (89) | $ 1,390,204 |
| Change in noncontrolling interest share | – | – | – | – | – | – | – | – | – | (96) | (96) |
| Unrealized gain on interest rate swaps, net of tax of $6,933 | – | – | – | – | – | – | – | 20,529 | 20,529 | – | 20,529 |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (41,030) | (41,030) | (3) | (41,033) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 331,048 | 3 | 7,073 | – | – | – | – | – | 7,076 | – | 7,076 |
| Common stock issued for business combination | 30,640 | 1 | 12,000 | – | – | – | – | – | 12,001 | – | 12,001 |
| Treasury stock issued for business combination | – | – | 384,371 | 937,283 | 36,403 | – | – | – | 420,774 | – | 420,774 |
| Net share settlement of restricted stock awards | – | – | – | (80,583) | (27,223) | – | – | – | (27,223) | – | (27,223) |
| Stock repurchases | – | – | – | (350,000) | (125,992) | – | – | – | (125,992) | – | (125,992) |
| Share-based compensation | – | – | 23,954 | – | – | – | – | – | 23,954 | – | 23,954 |
| Redemption value adjustment | – | – | – | – | – | – | (17,102) | – | (17,102) | – | (17,102) |
| Net income | – | – | – | – | – | – | 550,494 | – | 550,494 | 501 | 550,995 |
| **Balance at December 31, 2021** | 72,386,017 | $ 725 | $ 952,939 | (8,667,031) | $ (448,976) | $ (202,116) | $ 1,965,957 | $ (54,755) | $ 2,213,774 | $ 313 | $ 2,214,087 |
| Unrealized gain on interest rate swaps, net of tax of $12,858 | – | – | – | – | – | – | – | 38,494 | 38,494 | – | 38,494 |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (48,841) | (48,841) | (264) | (49,105) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 315,240 | 3 | (247) | – | – | – | – | – | (244) | – | (244) |
| Payment of acquisition contingent consideration | – | – | 33,965 | 196,531 | 13,158 | – | – | – | 47,123 | – | 47,123 |
| Net share settlement of restricted stock awards | – | – | – | (91,843) | (26,833) | – | – | – | (26,833) | – | (26,833) |
| Stock repurchases | – | – | – | (2,722,007) | (345,840) | – | – | – | (345,840) | – | (345,840) |
| Share-based compensation | – | – | 29,481 | – | – | – | – | – | 29,481 | – | 29,481 |
| Redemption value adjustment | – | – | – | – | – | – | (49,235) | – | (49,235) | – | (49,235) |
| Net income | – | – | – | – | – | – | 399,330 | – | 399,330 | 1,997 | 401,327 |

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 306 of 650   Document 49

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2022** | 72,701,257 | $ 728 | $ 1,016,138 | (11,284,350) | $ (808,491) | $ (202,116) | $ 2,316,224 | $ (65,102) | $ 2,257,381 | $ 1,874 | $ 2,259,255 |

*See notes to consolidated financial statements.*

41

## Generac Holdings Inc.

### Consolidated Statements of Cash Flows

*(U.S. Dollars in Thousands)*

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | **2022** | **2021** | **2020** |
| **Operating activities** | | | |
| Net income | $ 408,870 | $ 556,569 | $ 347,218 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation | 52,821 | 42,155 | 36,493 |
| Amortization of intangible assets | 103,320 | 49,886 | 32,280 |
| Amortization of original issue discount and deferred financing costs | 3,234 | 2,589 | 2,598 |
| Loss on extinguishment of debt | 3,743 | 831 | – |
| Deferred income taxes | (95,465) | (2,096) | 21,195 |
| Share-based compensation expense | 29,481 | 23,954 | 20,882 |
| Gain on disposal of assets | (592) | (4,393) | – |
| Other noncash charges | 18,339 | 206 | 7,145 |
| Net changes in operating assets and liabilities, net of acquisitions: | | | |
| Accounts receivable | 6,547 | (131,861) | (55,976) |
| Inventories | (319,274) | (470,991) | (77,983) |
| Other assets | 4,766 | (819) | 12,859 |
| Accounts payable | (223,031) | 297,323 | 66,040 |
| Accrued wages and employee benefits | (27,369) | 5,814 | 20,157 |
| Other accrued liabilities | 110,036 | 73,798 | 60,593 |
| Excess tax benefits from equity awards | (16,910) | (31,809) | (6,968) |
| Net cash provided by operating activities | 58,516 | 411,156 | 486,533 |
| **Investing activities** | | | |
| Proceeds from sale of property and equipment | 2,077 | 259 | 179 |
| Proceeds from sale of investment | 1,308 | 4,968 | – |
| Proceeds from beneficial interest in securitization transactions | 3,566 | 4,609 | 2,651 |
| Contribution to equity method investment | (14,930) | (3,660) | – |
| Expenditures for property and equipment | (86,188) | (109,992) | (62,128) |
| Purchase of long-term investment | (15,000) | – | – |
| Acquisition of businesses, net of cash acquired | (25,065) | (713,471) | (64,797) |
| Net cash used in investing activities | (134,232) | (817,287) | (124,095) |
| **Financing activities** | | | |
| Proceeds from short-term borrowings | 248,209 | 272,818 | 257,593 |
| Proceeds from long-term borrowings | 1,026,284 | 150,088 | 277 |
| Repayments of short-term borrowings | (268,133) | (239,113) | (277,719) |
| Repayments of long-term borrowings and finance lease obligations | (542,191) | (108,556) | (4,758) |
| Stock repurchases | (345,840) | (125,992) | – |
| Payment of contingent acquisition consideration | (16,135) | (3,750) | (4,000) |
| Payment of debt issuance costs | (10,330) | (1,185) | – |
| Purchase of additional ownership interest | (375) | (27,164) | – |
| Cash dividends paid to noncontrolling interest of subsidiary | (309) | – | – |
| Taxes paid related to equity awards | (40,923) | (58,903) | (14,910) |
| Proceeds from the exercise of stock options | | | |

|  | | | | | |
|---|---:|---|---:|---|---:|
|  | 13,786 | | 38,787 | | 13,089 |
| Net cash provided by (used in) financing activities | 64,043 | | (102,970) | | (30,428) |
| Effect of exchange rate changes on cash and cash equivalents | (2,943) | | 1,312 | | 235 |
| Net (decrease) increase in cash and cash equivalents | (14,616) | | (507,789) | | 332,245 |
| Cash and cash equivalents at beginning of period | 147,339 | | 655,128 | | 322,883 |
| Cash and cash equivalents at end of period | $ 132,723 | $ | 147,339 | $ | 655,128 |

**Supplemental disclosure of cash flow information**

**Cash paid during the period**

| | | | | | |
|---|---:|---|---:|---|---:|
| Interest | $ 48,912 | $ | 27,842 | $ | 28,765 |
| Income taxes | 150,893 | | 156,728 | | 61,861 |

*See notes to consolidated financial statements.*

42

**Generac Holdings Inc.**
**Notes to Consolidated Financial Statements**
**Years Ended December 31, 2022, 2021 and 2020**
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*

## 1. Description of Business

Founded in 1959, Generac Holdings Inc. (the Company) is a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, energy management devices & solutions, and other power products serving the residential, light commercial, and industrial markets. Generac's power products and solutions are available globally through a broad network of independent dealers, distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies, as well as sold direct to certain end user customers.

Over the years, the Company has executed a number of acquisitions that support its strategic plan (refer to Item 1 in this Annual Report on Form 10-K for discussion of our "Powering a Smarter World" strategic plan). A summary of acquisitions affecting the reporting periods presented include:

- In July 2020, the Company acquired West Coast Energy Systems LLC (Energy Systems), its industrial distributor in northern California. This addition enhances the Company's ability to serve the west coast markets for both commercial & industrial (C&I) and residential products.

- In September 2020, the Company acquired Mean Green Products, LLC (Mean Green), founded in 2009 and located in Ross, Ohio. Mean Green is a designer and manufacturer of commercial grade, battery-powered turf care products that provide quiet, zero emissions and reduced maintenance options as compared to traditional commercial mowers.
- In October 2020, the Company acquired Enbala Power Networks Inc. (Enbala), founded in 2003 and headquartered in Denver, Colorado. Enbala is one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids.
- In June 2021, the Company acquired Deep Sea Electronics Limited (Deep Sea), founded in 1975 and headquartered in Hunmanby, United Kingdom. Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions focused on the global power generation and transfer switch markets.
- In July 2021, the Company acquired Chilicon Power, LLC (Chilicon), a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. Based in Los Angeles, California, Chilicon's power inversion and monitoring system technologies maximize photovoltaic (solar power) system production, lower installer operational cost, and promote end-user satisfaction.
- In September 2021, the Company acquired Apricity Code Corporation (Apricity Code), an advanced engineering and product design company located in Bend, Oregon.
- In September 2021, the Company acquired Off Grid Energy Ltd (Off Grid Energy), a designer and manufacturer of industrial-grade mobile energy storage systems. Headquartered in Rugby, United Kingdom, Off Grid Energy offers a diverse range of energy storage solutions that provide cleaner and more flexible energy for industrial and mobile applications.
- In October 2021, the Company acquired Tank Utility, Inc. (Tank Utility). Headquartered in Boston, Massachusetts, Tank Utility is a provider of internet of things (IoT) propane tank monitoring that enables the optimization of propane fuel logistics.
- In December 2021, the Company acquired ecobee Inc. (ecobee), founded in 2007 and headquartered in Toronto, Canada. ecobee is a leader in sustainable home technology solutions including smart thermostats that deliver significant energy savings, security and peace of mind.
- In June 2022, the Company acquired Electronic Environments Co. LLC and related subsidiaries (collectively EEC). Headquartered in Marlborough, Massachusetts, EEC is an industrial generator distributor as well as a provider of data center and telecom facility design, build, maintenance, and repair services.
- In October 2022, the Company acquired BPAC, Inc. (Blue Pillar), an industrial IoT platform developer that designs, deploys, and manages industrial IoT network software solutions to enable distributed energy generation monitoring and control.

## 2. Summary of Accounting Policies

### Principles of Consolidation

The consolidated financial statements include the accounts of the Company and its subsidiaries that are consolidated in conformity with U.S. GAAP. All intercompany amounts and transactions have been eliminated in consolidation.

### Cash and Cash Equivalents

The Company considers all highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

### Concentration of Credit Risk

The Company maintains the majority of its domestic cash in a few commercial banks in multiple operating and investment accounts. Balances on deposit are insured by the Federal Deposit Insurance Corporation (FDIC) up to specified limits. Balances in excess of FDIC limits are uninsured.

One customer accounted for approximately 11% and 8% of accounts receivable at December 31, 2022 and 2021, respectively. No one customer accounted for greater than 4%, 6%, and 6%, of net sales during the years ended December 31, 2022, 2021, and 2020, respectively.

**Accounts Receivable and Allowance for Credit Losses**

The Company's trade and other receivables primarily arise from the sale of its products and services to independent residential dealers, industrial distributors and dealers, national and regional retailers, electrical/HVAC/solar wholesalers, e-commerce partners, equipment rental companies, equipment distributors, solar installers, utilities, EPC companies, and certain end users with payment terms generally ranging from 30 to 90 days. The Company evaluates the credit risk of a customer when extending credit based on a combination of various financial and qualitative factors that may affect the customers' ability to pay. These factors include the customer's financial condition, past payment experience, credit bureau information, and regional considerations.

Receivables are recorded at their face value amount less an allowance for credit losses. The Company maintains an allowance for credit losses, which represents an estimate of expected losses over the remaining contractual life of its receivables considering current market conditions and estimates for supportable forecasts when appropriate. The Company measures expected credit losses on its trade receivables on an entity-by-entity basis. The estimate of expected credit losses considers a historical loss experience rate that is adjusted for delinquency trends, collection experience, and/or economic risk where appropriate based on current market conditions. Additionally, management develops a specific allowance for trade receivables known to have a high risk of expected future credit loss.

The Company has historically experienced immaterial write-offs given the nature of the customers that receive credit. In addition, the Company holds various credit insurance plans that cover the risk of loss up to specified amounts on certain trade receivables. As of December 31, 2022, the Company had gross receivables of $ 550,122 and an allowance for credit losses of $27,664.

The following is a tabular reconciliation of the Company's allowance for credit losses:

| | Year Ended December 31, 2022 | |
|---|---|---|
| Balance at beginning of period | $ | 12,025 |
| Established for acquisitions | | 498 |
| Provision for credit losses (1) | | 17,966 |
| Charge-offs | | (2,554) |
| Currency translation | | (271) |
| Balance at end of period | $ | 27,664 |

(1) Includes a specific credit loss provision of $17,926 recorded during the third quarter of 2022 for a clean energy product customer that filed for bankruptcy.

**Inventories**

Inventories are stated at the lower of cost or market, with cost determined using the first-in, first-out method.

**Property and Equipment**

Property and equipment are recorded at cost and are being depreciated using the straight-line method over the estimated useful lives of the assets, which are summarized below (in years). Costs of leasehold improvements are amortized over the lesser of the term of the lease (including renewal option periods) or the estimated useful lives of the improvements. Finance lease right of use assets are included in property and equipment. Refer to Note 10, "Leases," to the consolidated financial statements for the Company's lease disclosure.

| | | | |
|---|---|---|---|
| Land improvements | 8 | – | 20 |
| Buildings and improvements | 10 | – | 40 |
| Machinery and equipment | 3 | – | 15 |
| Dies and tools | 3 | – | 10 |
| Vehicles | 3 | – | 6 |
| Office equipment and systems | 3 | – | 15 |
| Leasehold improvements | 2 | – | 20 |

Total depreciation expense was $52,821, $42,155, and $36,493 for the years ended December 31, 2022, 2021 and 2020, respectively.

**Goodwill and Other Indefinite-Lived Intangible Assets**

Goodwill represents the excess of the purchase price over fair value of identifiable net assets acquired from business acquisitions. Goodwill is not amortized, but is reviewed for impairment on an annual basis and between annual tests if indicators of impairment are present. The Company evaluates goodwill for impairment annually as of October 31 or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable. The Company has the option to assess goodwill for impairment by performing either a qualitative assessment or quantitative test. The qualitative assessment determines whether it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If the Company determines that it is not more likely than not that the fair value of a reporting unit is less than its carrying amount, then the quantitative test is not required to be performed. If the Company determines that it is more likely than not that the fair value of a reporting unit is less than its carrying amount, the Company is required to perform the quantitative test. In the quantitative test, the calculated fair value of the reporting unit is compared to its book value including goodwill. If the fair value of the reporting unit is in excess of its book value, the related goodwill is not impaired. If the fair value of the reporting unit is less than its book value, an impairment loss is recognized in an amount equal to that excess, limited to the total amount of goodwill allocated to that reporting unit.

Other indefinite-lived intangible assets consist of certain tradenames. The Company tests the carrying value of these tradenames annually as of October 31, or more frequently when an event occurs or circumstances change that indicates the carrying value may not be recoverable, by comparing the assets' fair value to its carrying value. Fair value is measured using a relief-from-royalty approach, which assumes the fair value of the tradename is the discounted cash flows of the amount that would be paid had the Company not owned the tradename and instead licensed the tradename from another company.

The Company performed the required annual impairment tests for goodwill and other indefinite-lived intangible assets for the fiscal years 2022, 2021 and 2020, and found no impairment.

**Impairment of Long-Lived Assets**

The Company periodically evaluates the carrying value of long-lived assets (excluding goodwill and indefinite-lived tradenames). Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. If the sum of the expected future undiscounted cash flows is less than the carrying amount of an asset, a loss is recognized for the difference between the fair value and carrying value of the asset.

**Debt Issuance Costs**

Debt discounts and direct costs incurred in connection with the issuance or amendment of long-term debt are deferred and recorded as a reduction of outstanding debt and amortized to interest expense using the effective interest method over the terms of the related credit agreements. $3,234, $2,589, and $2,598, of deferred financing costs and original issue discount were amortized to interest expense during fiscal years 2022, 2021 and 2020, respectively. Excluding the impact of any future long-term debt issuances or prepayments, estimated amortization to interest expense for the next five years is as follows: 2023 - $3,885; 2024 - $3,923; 2025 - $3,919; 2026 - $3,819; 2027 - $1,028.

**Income Taxes**

The Company is a C Corporation and therefore accounts for income taxes pursuant to the liability method. Accordingly, the current or deferred tax consequences of a transaction are measured by applying the provision of enacted tax laws to determine the amount of taxes payable currently or in future years. Deferred income taxes are provided for temporary differences between the income tax bases of assets and liabilities and their carrying amounts for financial reporting purposes. In assessing the realizability of deferred tax assets, the Company considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the years in which those temporary differences become deductible. The Company considers taxable income in prior carryback years, the scheduled reversal of deferred tax liabilities, projected future taxable income and tax planning strategies, as appropriate, in making this assessment.

**Revenue Recognition**

The Company's revenues primarily consist of product sales to its customers. The Company considers the purchase orders, which in some cases are governed by master sales agreements, to be the contracts with the customers. For each contract, the Company considers the commitment to transfer products, each of which is distinct, to be the identified performance obligations. Revenue is measured as the amount of consideration the Company expects to be entitled in exchange for the transfer of product, which is generally the price stated in the contract specific for each item sold, adjusted for the value of expected returns, discounts, rebates, or other promotional incentives or allowances offered to our customers. Expected returns for damaged or defective product are estimated using the expected value method based on historical product return experience. Discounts and rebates offered to customers are typically defined in the master sales agreements with customers and, therefore, are recorded using the most likely amount method based on the terms of the contract. Promotional incentives are defined programs offered for short, specific periods of time and are estimated using the expected value method based on historical experience. The Company does not expect the transaction price for revenue recognized will be subject to a significant revenue reversal. As the Company's product sale contracts and standard payment terms have a duration of less than one year, it uses the practical expedient applicable to such contracts and does not consider the time value of money. Sales, use, value add, and other similar taxes assessed by governmental authorities and collected concurrent with revenue-producing activities are excluded from revenue. The Company has elected to recognize the cost for freight activities when control of the product has transferred to the customer as an expense within cost of goods sold in the consolidated statements of comprehensive income. Product revenues are recognized at the point in time when control of the product is transferred to the customer, which typically occurs upon shipment or delivery to the customer. To determine when control has transferred, the Company considers if there is a present right to payment and if legal title, physical possession, and the significant risks and rewards of ownership of the asset has transferred to the customer. As a substantial portion of the Company's product revenues are recognized at a point in time, the amount of unsatisfied performance obligations at each period end is not material. The Company's contracts have an original expected duration of one year or less. As a result, the Company has elected to use the practical expedient to not disclose its remaining performance obligations.

At the request of certain customers, the Company will warehouse inventory billed to the customer but not delivered. Unless all revenue recognition criteria have been met, the Company does not recognize revenue on these transactions until the customer takes possession of the product.

While the Company's standard payment terms are less than one year, the specific payment terms and conditions in its customer contracts vary. In some cases, customers prepay for their goods; in other cases, after appropriate credit evaluation, an open credit line is granted and payment is due in arrears. Contracts with payment in arrears are recognized in the consolidated balance sheets as accounts receivable upon revenue recognition, while contracts where customers pay in advance are recognized as customer deposits and recorded in other accrued liabilities in the consolidated balance sheets until revenue is recognized. The balance of customer deposits (contract liabilities) was $33,551 and $27,388 at December 31, 2022 and December 31, 2021, respectively. During the year ended December 31, 2022, the Company recognized revenue of $27,388 related to amounts included in the December 31, 2021 customer deposit balance. The Company typically recognizes revenue within one year of the receipt of the customer deposit.

45

The Company offers standard warranty coverage on substantially all products that it sells and accounts for this standard warranty coverage as an assurance warranty. As such, no transaction price is allocated to the standard warranty, and the Company records a liability for product warranty obligations at the time of sale to a customer based on historical warranty experience. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's standard warranties.

The Company also sells extended warranty coverage for certain products, which it accounts for as service warranties. In most cases, the extended warranty is sold as a separate contract. As such, extended warranty sales are considered a separate performance obligation, and the extended warranty transaction is separate and distinct from the product. The extended warranty transaction price is initially recorded as deferred revenue in the consolidated balance sheets and amortized on a straight-line basis to net sales in the consolidated statements of comprehensive income over the life of the contracts following the standard warranty period. For extended warranty contracts that the Company sells under a third-party marketing agreement, it is required to pay fees to the third-party service provider and classifies these fees as costs to obtain a contract. The contract costs are deferred and recorded as other assets in the consolidated balance sheets. The deferred contract costs are amortized to net sales in the consolidated statements of comprehensive income consistent with how the related deferred revenue is recognized. Refer to Note 11, "Product Warranty Obligations," to the consolidated financial statements for further information regarding the Company's extended warranties.

In addition to extended warranties, the Company offers other services, including remote monitoring, installation, maintenance, data center and telecom design and build, and grid services to utilities in certain circumstances. Total service revenues accounted for less than 3% of revenue during the year ended December 31, 2022.

Refer to Note 7, "Segment Reporting," to the consolidated financial statements for the Company's disaggregated revenue disclosure. The information discussed above is applicable to each of the Company's product classes.

**Advertising and Co-Op Advertising**

Expenditures for advertising, included in selling and service expenses in the consolidated statements of comprehensive income, are expensed as incurred. Expenditures for advertising production costs are expensed when the related advertisement is first run. Expenditures for Co-Op advertising are expensed when claimed by the customer. Total expenditures for advertising were $100,589, $66,660, and $53,678 for the years ended December 31, 2022, 2021 and 2020, respectively.

**Research and Development**

The Company expenses research and development costs as incurred. Total expenditures incurred for research and development were $159,774, $104,303, and $80,251 for the years ended December 31, 2022, 2021 and 2020, respectively.

**Foreign Currency Translation and Transactions**

Balance sheet amounts for non-U.S. Dollar functional currency subsidiaries are translated into U.S. Dollars at the rates of exchange in effect at the end of the fiscal year. Income and expenses incurred in a foreign currency are translated at the average rates of exchange in effect during the year. The related balance sheet translation adjustments are made directly to accumulated other comprehensive loss, a component of stockholders' equity, in the consolidated balance sheets. Gains and losses from foreign currency transactions are recognized as incurred in the consolidated statements of comprehensive income.

**Fair Value of Financial Instruments**

ASC 820-10, *Fair Value Measurement,* defines fair value, establishes a consistent framework for measuring fair value, and expands disclosure for each major asset and liability category measured at fair value on either a recurring basis or nonrecurring basis. ASC 820-10 clarifies that fair value is an exit price, representing the amount that would be received in the sale of an asset or paid to transfer a liability in an orderly transaction between market participants. As such, fair value is a market-based measurement that should be determined based on assumptions that market participants would use in pricing an asset or liability. As a basis for considering such assumptions, the pronouncement establishes a three-tier fair value hierarchy, which prioritizes the inputs used in measuring fair value as follows: (Level 1) observable inputs such as quoted prices in active markets; (Level 2) inputs, other than the quoted prices in active markets, that are observable either directly or indirectly; and (Level 3) unobservable inputs in which there is little or no market data, which require the reporting entity to develop its own assumptions.

The Company believes the carrying amount of its financial instruments (cash and cash equivalents, accounts receivable, accounts payable, accrued liabilities, short-term borrowings, and revolving facility borrowings), excluding Term Loan borrowings, approximates the fair value of these instruments based on their short-term nature. The fair value of the Term Loan B borrowing, which has a net carrying value of $523,305, was approximately $516,750 (Level 2) at December 31, 2022, as calculated based on independent valuations whose inputs and significant value drivers are observable. The fair value of Term Loan A approximates the carrying value.

For the fair value of the assets and liabilities measured on a recurring basis, refer to the fair value table in Note 5, "Derivative Instruments and Hedging Activities," to the consolidated financial statements. The fair value of all derivative contracts is classified as Level 2. The valuation techniques used to measure the fair value of derivative contracts, all of which have counterparties with high credit ratings, were based on quoted market prices or model driven valuations using significant inputs derived from or corroborated by observable market data. The fair value of derivative contracts considers the Company's credit risk in accordance with ASC 820-10.

***Contingent Consideration***

Certain of the Company's business combinations involve potential payment of future consideration that is contingent upon the achievement of certain milestones. As part of purchase accounting, a liability is recorded for the estimated fair value of the contingent consideration on the acquisition date. The fair value of the contingent consideration is remeasured at each reporting period, and the change in fair value is recognized within general and administrative expenses in the Company's consolidated statements of comprehensive income. The fair value measurement of contingent consideration is typically categorized as a Level 3 liability, as the measurement amount is based primarily on significant inputs that are not observable in the market. The fair value measurement of ecobee's contingent consideration is categorized as a Level 1 liability, as a definitive payout agreement has been reached.

The fair value of contingent consideration as of December 31, 2022 and December 31, 2021 was $81,533 and $ 146,759, respectively. At December 31, 2022, the Company recorded $49,500 in other accrued liabilities and $32,033 in other long-term liabilities in the consolidated balance sheets. At December 31, 2021, the Company recorded $68,665 in other accrued liabilities and $78,094 in other long-term liabilities in the consolidated balance sheets.

The following table provides a reconciliation of the activity for contingent consideration:

| | | |
|---|---|---|
| Beginning balance, January 1, 2022 | $ | 146,759 |
| Changes in fair value | | (231) |
| Payment of contingent consideration (1) | | (63,800) |
| Present value interest accretion | | 1,974 |
| Currency translation | | (3,169) |
| Ending balance, December 31, 2022 | $ | 81,533 |

(1)   Includes payments of $16,135 in cash for the Off Grid acquisition, $47,123 in shares of common stock for the ecobee acquisition, and $542 in cash for the ecobee acquisition. The payment of common stock is accounted for as a non-cash item in the consolidated statement of cash flows.

**Use of Estimates**

The preparation of the consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Derivative Instruments and Hedging Activities**

The Company records all derivatives in accordance with ASC 815, *Derivatives and Hedging,* which requires derivative instruments to be reported in the consolidated balance sheets at fair value and establishes criteria for designation and effectiveness of hedging relationships. The Company is exposed to market risk such as changes in commodity prices, foreign currencies and interest rates. The Company does not hold or issue derivative financial instruments for trading purposes.

**Share-Based Compensation**

Share-based compensation expense, including stock options and restricted stock awards, is generally recognized on a straight-line basis over the vesting period based on the fair value of awards which are expected to vest. The fair value of all share-based awards is estimated on the date of grant. Refer to Note 17, "Share Plans," to the consolidated financial statements for further information on the Company's share-based compensation plans and accounting.

**Acquisition related costs**

Acquisition related costs are external costs the Company incurs to affect a business combination including legal fees, professional and advisory services, transaction taxes such as stamp tax, and insurance premiums. The Company accounts for acquisition related costs as expense in the period in which the costs are incurred and the services are received. Total acquisition related costs were $1,459, $21,465, and $1,411 for the years ended December 31, 2022, 2021 and 2020, respectively.

**New Accounting Pronouncements**

Changes to GAAP are established by the Financial Accounting Standards Board (FASB) in the form of accounting standard updates ("ASUs") to the FASB Accounting Standards Codification (ASC). ASUs not listed below were assessed and determined to be either not applicable or are not expected to have a material impact on the Company's consolidated financial statements.

***Recently Adopted Accounting Standards***

On October 1, 2022, the Company elected to early adopt ASU 2022-04, *Liabilities – Supplier Finance Program: Disclosure of Supplier Finance Program Obligations*. This guidance was issued to enhance the transparency of supplier finance programs. The amendments in this update require that a buyer in a supplier finance program disclose sufficient information about the program to allow a user of financial statements to understand the program's nature, activity during the period, changes from period to period, and potential magnitude. The Company has one supplier finance program; however, the program magnitude is not material to the Company.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 314 of 650     Document 49

**3. Acquisitions**

*Fiscal 2022*

*Acquisitions*

On June 30, 2022, the Company acquired EEC. Headquartered in Marlborough, Massachusetts, EEC is an industrial generator distributor as well as a provider of data center and telecom facility design, build, maintenance, and repair services.

On October 3, 2022, the Company acquired Blue Pillar, an industrial IoT platform developer that designs, deploys, and manages industrial IoT network software solutions to enable distributed energy generation monitoring and control.

The combined purchase price for these acquisitions was $25,654, net of cash acquired and funded solely through cash on hand. The Company recorded its preliminary purchase price allocation for EEC and Blue Pillar during the second quarter and fourth quarter of 2022, respectively, based on its estimates of the fair value of the acquired assets and assumed liabilities. The accompanying consolidated financial statements include the results of these two acquired businesses since the dates of acquisition through December 31, 2022.

*Fiscal 2021*

**Acquisition of Deep Sea**

On June 1, 2021, the Company acquired Deep Sea for a purchase price, net of cash acquired, of $420,700. Headquartered in Hunmanby, United Kingdom, Deep Sea is a designer and manufacturer of a diverse suite of flexible control solutions focused on the global power generation and transfer switch markets. The acquisition purchase price was funded solely through cash on hand.

The Company finalized the Deep Sea purchase price allocation during the second quarter of 2022 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $437,874 of intangible assets, including $263,604 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Deep Sea from the date of acquisition through December 31, 2022.

**Acquisition of Chilicon**

On July 2, 2021, the Company acquired Chilicon for a purchase price, net of cash acquired, of $61,129 inclusive of estimated contingent consideration. Based in Los Angeles, California, Chilicon is a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. Chilicon's power inversion and monitoring system technologies maximize photovoltaic (solar power) system production, lower installer operational cost, and promote end-user satisfaction. Total consideration consisted of the following:

| | | |
|---|---|---|
| Cash paid at closing | $ | 11,821 |
| Deferred cash payment (1) | | 6,000 |
| Common stock issued at closing | | 12,000 |
| Contingent consideration (2) | | 31,308 |
| Total purchase price | $ | 61,129 |

(1) Payable on the third business day after December 31, 2023.
(2) Payable in common stock issued upon achievement of certain performance targets within 45 calendar days following the conclusion of the contingent consideration period, December 31, 2025.

The Company finalized the Chilicon purchase price allocation during the second quarter of 2022 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $70,174 of intangible assets, including $36,974 of goodwill recorded in the Domestic segment, as of the acquisition date. The goodwill ascribed to the Chilicon acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Chilicon from the date of acquisition through December 31, 2022.

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $56,949, net of cash acquired and inclusive of the then estimated contingent consideration of $29,054 payable in cash based on contingent consideration period performance. The contingent consideration was paid during the third quarter of 2022 in the amount of $16,135. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company finalized the Off Grid Energy purchase price allocation during the third quarter of 2022 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $56,076 of intangible assets, including $21,531 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Off Grid Energy from the date of acquisition through December 31, 2022.

**Acquisition of ecobee**

On December 1, 2021, the Company acquired ecobee for a purchase price, net of cash acquired, of $735,577 inclusive of estimated contingent consideration. Headquartered in Toronto, Canada, ecobee is a leader in sustainable home technology solutions including smart thermostats that deliver significant energy savings, security and peace of mind. The purchase price consisted of the following:

| | | |
|---|---|---|
| Cash paid at closing | $ | 225,403 |
| Common stock issued at closing | | 420,774 |
| Contingent consideration (1) | | 89,400 |
| Total purchase price | $ | 735,577 |

(1) To be paid in the form of common stock issued upon achievement of certain performance targets following the end of two contingent consideration periods, one ended June 30, 2022, and one originally ending June 30, 2023.

The contingent consideration for the period ended June 30, 2022, was paid during the fourth quarter of 2022 in the amount of $47,123 in shares of common stock, or 196,531 shares of common stock, and $542 was paid with cash on hand. Additionally, during the fourth quarter of 2022, the Company entered into a definitive agreement to accelerate the measurement and payment for the remaining contingent consideration period ending June 30, 2023. The parties agreed to a final payment amount of $45,000 issued with 466,188 shares of common stock during the first quarter of 2023.

The Company finalized the ecobee purchase price allocation during the fourth quarter of 2022 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $806,131 of intangible assets, including $248,231 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated

financial statements include the results of ecobee from the date of acquisition through December 31, 2022.

**Other Acquisitions**

On September 1, 2021, the Company acquired Apricity Code, an advanced engineering and product design company located in Bend, Oregon.

On October 1, 2021, the Company acquired Tank Utility, a provider of IoT propane tank monitoring that enables the optimization of propane fuel logistics.

The combined purchase price for these two acquisitions was $29,945, net of cash acquired, and was funded solely through cash on hand. The Company finalized its purchase price allocation during the third quarter of 2022 based on the Company's estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. The accompanying consolidated financial statements include the results of these two acquired businesses since the dates of acquisition through December 31, 2022.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 316 of 650    Document 49

*Fiscal 2020*

**Acquisition of Enbala**

On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, of $41,982. Enbala is one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids. The acquisition purchase price was funded solely through cash on hand.

The Company finalized its purchase price allocation during the third quarter of 2021 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. As a result, the Company recorded $46,338 of intangible assets, including $27,038 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying consolidated financial statements include the results of Enbala from the date of acquisition through December 31, 2022.

**Other Acquisitions**

On July 1, 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

On September 1, 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

The combined purchase price for these acquisitions was $22,958 and was funded solely through cash on hand. The Company finalized its purchase price allocation for these two acquisitions during the third quarter of 2021 based on its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates. The accompanying consolidated financial statements include the results of the acquired businesses since the dates of acquisition through December 31, 2022.

*Summary Purchase Price Allocations*

The fair values assigned to certain assets acquired and liabilities assumed for all acquisitions completed during the reporting period, as of the acquisition dates, are as follows:

| | 2022 Acquisitions | 2021 Acquisitions | | | | 2020 Acquisitions |
| --- | --- | --- | --- | --- | --- | --- |
| | | Deep Sea | ecobee | All Other | Total | |
| Accounts receivable | $ 12,656 | $ 9,574 | $ 23,337 | $ 13,852 | $ 46,763 | $ 5,094 |
| Inventories | 3,138 | 9,970 | 7,258 | 7,034 | 24,262 | 3,575 |
| Prepaid expenses and other current assets | 4,707 | 1,181 | 5,689 | 6,594 | 13,464 | 858 |
| Property and equipment | 708 | 8,838 | 3,588 | 480 | 12,906 | 635 |
| Intangible assets | 8,711 | 174,270 | 557,900 | 81,171 | 813,341 | 26,235 |
| Goodwill | 6,870 | 263,604 | 248,231 | 83,859 | 595,694 | 40,395 |
| Deferred income taxes | - | - | 40,020 | 5,694 | 45,714 | - |
| Other assets | 1,953 | 151 | 9,289 | 8,526 | 17,966 | 1,122 |
| Total assets acquired | 38,743 | 467,588 | 895,312 | 207,210 | 1,570,110 | 77,914 |
| Accounts payable | 1,479 | 8,998 | 25,968 | 7,473 | 42,439 | 4,088 |
| Accrued wages and employee benefits | 1,429 | 2,106 | 1,354 | 872 | 4,332 | 700 |
| Other accrued liabilities | 7,934 | 1,737 | 19,898 | 18,258 | 39,893 | 2,151 |
| Short-term borrowings | - | - | - | 800 | 800 | - |
| Current portion of long-term borrowings and finance lease obligations | - | - | - | 233 | 233 | - |
| Deferred income taxes | 1,090 | 33,957 | 78,753 | 19,930 | 132,640 | 3,827 |
| Other long-term liabilities | 1,157 | 90 | 33,762 | 9,997 | 43,849 | 2,208 |
| Long-term debt | - | - | - | 1,624 | 1,624 | - |
| Net assets acquired | $ 25,654 | $ 420,700 | $ 735,577 | $ 148,023 | $ 1,304,300 | $ 64,940 |

The allocations of the purchase price to identifiable assets and liabilities for the 2021 and 2020 acquisitions are based on the final valuations performed to determine the fair value of the net assets as of their respective acquisition dates.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 318 of 650    Document 49

*Pro Forma Information*

The following unaudited pro forma information of the Company gives effect to all acquisitions as though the transactions had occurred on January 1, 2020. Refer to Note 1, "Description of Business," for further information on the acquisitions included in the table.

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2020 |
| **Net Sales:** | | | | | | |
| As reported | $ | 4,564,737 | $ | 3,737,184 | $ | 2,485,200 |
| Pro forma | | 4,593,485 | | 3,932,250 | | 2,764,363 |
| **Net income attributable to Generac Holdings Inc.:** | | | | | | |
| As reported | $ | 399,502 | $ | 550,494 | $ | 350,576 |
| Pro forma (1) | | 402,670 | | 462,903 | | 267,376 |
| **Net income attributable to Generac Holdings Inc. per common share - diluted** | | | | | | |
| As reported | $ | 5.42 | $ | 8.30 | $ | 5.48 |
| Pro forma | | 5.47 | | 6.94 | | 4.11 |

(1) Includes additional pro forma intangible amortization from all acquisitions as though the transactions had occurred on January 1, 2020 of $941, $68,247, and $84,151 for the years ended December 31, 2022, 2021, and 2020, respectively.

This unaudited pro forma information is presented for informational purposes only and is not necessarily indicative of the results of operations that actually would have been achieved had the acquisitions been consummated on January 1, 2020.

4. **Redeemable Noncontrolling Interest**

On March 1, 2016, the Company acquired a 65% ownership interest in PR Industrial S.r.l. and its subsidiaries (Pramac). The 35% noncontrolling interest in Pramac had an acquisition date fair value of $34,253 and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had the right to require the Company to redeem its interest in Pramac. In February 2019, the Company amended its agreement with the noncontrolling interest holder of Pramac, extending the agreement by five years, allowing the Company to exercise its call option rights in partial increments at certain times during the five-year period, and providing that the noncontrolling interest holder no longer held the right to put its shares to the Company until April 1, 2021. The put and call option price is based on a multiple of earnings, subject to a floor and the terms of the acquisition agreement, as amended. In May 2021, the Company exercised its call option rights and paid a purchase price of $27,164 to purchase an additional 15% ownership interest in Pramac, bringing the Company's total ownership interest to 80%. The Company still holds its call option right to purchase the remaining 20% ownership interest in partial increments over the next two years.

51

On February 1, 2019, the Company acquired a 51% ownership interest in Captiva Energy Solutions, Ltd (Captiva). The 49% noncontrolling interest in Captiva had an acquisition date fair value of $3,165 and was recorded as a redeemable noncontrolling interest in the consolidated balance sheet, as the noncontrolling interest holder had the right to require the Company to redeem its interest in Captiva. The noncontrolling interest holder has a put option to sell his interest to the Company any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. Further, the Company has a call option that it may redeem any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The put and call option price is based on a multiple of earnings, subject to the terms of the acquisition agreement. In March 2022, the Company signed an agreement to purchase an additional 15% ownership interest in Captiva for a purchase price of $461, bringing the Company's total ownership interest in Captiva to 66%. In May 2022, the Company signed an amendment to the purchase agreement resulting in a revised purchase price of $375, which was paid with cash on hand. The Company still holds its call option right to purchase the remaining 34% ownership interest any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances.

For both transactions, the redeemable noncontrolling interest is recorded at the greater of the initial fair value, increased or decreased for the noncontrolling interests' share of subsequent comprehensive income (loss), or the estimated redemption value, with any adjustments to the redemption value impacting retained earnings, but not net income. However, the redemption value adjustments are reflected in the earnings per share calculation, as detailed in Note 14, "Earnings Per Share," to the consolidated financial statements. The following table presents the changes in the redeemable noncontrolling interest:

| | Year Ended December 31, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2022** | | **2021** | | **2020** | |
| Balance at beginning of period | $ | 58,050 | $ | 66,207 | $ | 61,227 |
| Share of net income (loss) | | 7,543 | | 5,574 | | (2,829) |
| Foreign currency translation | | (3,982) | | (3,669) | | 6,562 |
| Purchase of additional ownership interest | | (375) | | (27,164) | | - |
| Redemption value adjustment | | 49,235 | | 17,102 | | 1,247 |
| Balance at end of period | $ | 110,471 | $ | 58,050 | $ | 66,207 |

5.  **Derivative Instruments and Hedging Activities**

*Commodities*

The Company is exposed to price fluctuations in commodities including steel, copper and aluminum; and periodically utilizes commodity derivatives to mitigate the impact of these potential price fluctuations on its financial results. These derivatives typically have maturities of less than eighteen months. At December 31, 2022 and 2021, the Company had no commodity contracts outstanding.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in cost of goods sold in the Company's consolidated statements of comprehensive income. Net pre-tax gains recognized were $29, $613, and $2,185 for the years ended December 31, 2022, 2021 and 2020, respectively.

*Foreign Currencies*

The Company is exposed to foreign currency exchange risk as a result of transactions denominated in currencies other than the U.S. Dollar. The Company periodically utilizes foreign currency forward purchase and sales contracts to manage the volatility associated with certain foreign currency purchases and sales in the normal course of business. Contracts typically have maturities of twelve months or less. As of December 31, 2022 and 2021, the Company had thirty-four and eleven foreign currency contracts outstanding, respectively.

Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in "other, net" in the Company's consolidated statements of comprehensive income. Net pre-tax gains (losses) recognized for the years ended December 31, 2022, 2021 and 2020 were $
579, $(416), and $355, respectively.

*Interest Rate Swaps*

In 2017, the Company entered into twenty interest rate swap agreements, four of which were still outstanding as of December 31, 2022. In March 2020, the Company entered into three additional interest rate swap agreements, bringing the total outstanding interest rate swaps to seven as of December 31, 2022.

In June 2022, in conjunction with the amendments to the Company's credit agreements discussed further in Note 12, "Credit Agreements," to the consolidated financial statements, the Company amended its interest rate swaps to match the underlying debt and reconfirmed hedge effectiveness. The Company formally documented all relationships between interest rate hedging instruments and the related hedged items, as well as its risk-management objectives and strategies for undertaking various hedge transactions. These interest rate swap agreements qualify as cash flow hedges and therefore, the effective portions of their gains or losses are reported as a component of accumulated other comprehensive loss (AOCL) in the consolidated balance sheets.

The amount of after-tax unrealized gains (losses) recognized for the years ended December 31, 2022, 2021 and 2020 were $38,494, $20,529, and $(14,285), respectively. The cash flows of the swaps are recognized as adjustments to interest expense each period. The ineffective portions of the derivatives' changes in fair value, if any, are immediately recognized in earnings.

*Fair Value*

The following table presents the fair value of the Company's derivatives:

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Foreign currency contracts | | |
| | $ 94 | $ (36) |
| Interest rate swaps | | |
| | 49,279 | (2,074) |

The fair values of the foreign currency contracts and interest rate swaps are included in prepaid expenses and other current assets and operating lease and other assets in the consolidated balance sheet as of December 31, 2022. The fair values of the foreign currency contracts and interest rate swaps are included in other accrued liabilities and other long-term liabilities in the consolidated balance sheet as of December 31, 2021. Excluding the impact of credit risk, the fair value of the derivative contracts as of December 31, 2022, is an asset of $51,184, which represents the net amount the Company would receive to exit all of the agreements on that date. Excluding the impact of credit risk, the fair value of the derivative contracts as of December 31, 2021, is a liability of $2,148, which represents the net amount the Company would pay to exit all of the agreements on that date.

6. **Accumulated Other Comprehensive Loss**

The following presents a tabular disclosure of changes in AOCL during the years ended December 31, 2022 and 2021, net of tax:

| | Foreign Currency Translation Adjustments | Unrealized Gain (Loss) on Cash Flow Hedges | Total |
|---|---|---|---|
| Beginning Balance – January 1, 2022 | $ (52,704) | $ (2,051) | $ (54,755) |
| Other comprehensive income (loss) before reclassifications | (48,841) (1) | 38,494 (2) | (10,347) |
| Amounts reclassified from AOCL | - | - | - |
| Net current-period other comprehensive income (loss) | (48,841) | 38,494 | (10,347) |
| Ending Balance – December 31, 2022 | $ (101,545) | $ 36,443 | $ (65,102) |

| | Foreign Currency Translation Adjustments | Unrealized Gain (Loss) on Cash Flow Hedges | Total |
|---|---|---|---|
| Beginning Balance – January 1, 2021 | $ (11,674) | $ (22,580) | $ (34,254) |
| Other comprehensive income (loss) before reclassifications | (41,030) (3) | 20,529 (4) | (20,501) |
| Amounts reclassified from AOCL | - | - | - |
| Net current-period other comprehensive income (loss) | (41,030) | 20,529 | (20,501) |
| Ending Balance – December 31, 2021 | $ (52,704) | $ (2,051) | $ (54,755) |

(1) Represents unfavorable impact from the strengthening of the U.S. dollar against foreign currencies during the year ended December 31, 2022, particularly the Euro and British Pound.
(2) Represents unrealized gains of $51,352 on the interest rate swaps, net of tax effect of $(12,858) for the year ended December 31, 2022.

(3) Represents unfavorable impact from the strengthening of the U.S. dollar against foreign currencies during the year ended December 31, 2021, particularly the Euro and British Pound.
(4) Represents unrealized gains of $27,462 on the interest rate swaps, net of tax effect of $(6,933) for the year ended December 31, 2021.

**7.   Segment Reporting**

The Company has two reportable segments for financial reporting purposes – Domestic and International. The Domestic segment includes the legacy Generac business (excluding its traditional Latin American export operations), and the acquisitions that are based in the U.S. and Canada, all of which have revenues substantially derived from the U.S. and Canada. The International segment includes the legacy Generac business' Latin American export operations, and the acquisitions not based in the U.S and Canada, all of which have revenues substantially derived from outside the U.S and Canada. Both reportable segments design and manufacture a wide range of energy technology solutions and other power products. The Company has multiple operating segments, which it aggregates into the two reportable segments, based on materially similar economic characteristics, products, production processes, classes of customers, distribution methods, organizational structure, and regional considerations.

The Company's product offerings consist primarily of power generation equipment, energy storage systems, energy management devices & solutions, and other power products geared for varying end customer uses. Residential products and C&I products are each a similar class of products based on similar power output and end customer. The breakout of net sales between residential, C&I, and other products & services by reportable segment is as follows:

**Net Sales by Segment**

**Year Ended December 31, 2022**

| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 2,782,037 | $ | 129,834 | $ | 2,911,871 |
| Commercial & industrial products | | 746,172 | | 514,565 | | 1,260,737 |
| Other | | 339,657 | | 52,472 | | 392,129 |
| Total net sales | $ | 3,867,866 | $ | 696,871 | $ | 4,564,737 |

**Year Ended December 31, 2021**

| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 2,366,908 | $ | 89,857 | $ | 2,456,765 |
| Commercial & industrial products | | 556,520 | | 442,478 | | 998,998 |
| Other | | 240,622 | | 40,799 | | 281,421 |
| Total net sales | $ | 3,164,050 | $ | 573,134 | $ | 3,737,184 |

**Year Ended December 31, 2020**

| Product Classes | Domestic | | International | | Total | |
|---|---|---|---|---|---|---|
| Residential products | $ | 1,495,383 | $ | 61,118 | $ | 1,556,501 |
| Commercial & industrial products | | 404,867 | | 296,884 | | 701,751 |
| Other | | 188,558 | | 38,390 | | 226,948 |
| Total net sales | $ | 2,088,808 | $ | 396,392 | $ | 2,485,200 |

54

Residential products consist primarily of automatic home standby generators ranging in output from 7.5kW to 150kW, portable generators, energy storage systems, energy management devices & solutions, and other outdoor power equipment. These products are predominantly sold through independent residential dealers, national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers. The residential products revenue consists of the sale of the product to our distribution partners, who in turn sell or rent the product to the end consumer, including installation and maintenance services. In some cases, residential products are sold direct to the end consumer. Substantially all of the residential products revenues are transferred to the customer at a point in time.

C&I products consist of larger output stationary generators used in C&I applications, with power outputs up to 3,250kW. Also included in C&I products are mobile generators, light towers, mobile energy storage systems, mobile heaters, mobile pumps, and related controllers for power generation equipment. These products are sold globally through industrial distributors and dealers, EPC companies, equipment rental companies, and equipment distributors. The C&I products revenue consists of the sale of the product to our distribution partners, who in turn sell or rent the product to the end customer, including installation and maintenance services. In some cases, C&I products are sold direct to the end customer. Substantially all of the C&I products revenues are transferred to the customer at a point in time.

Other consists primarily of aftermarket service parts and product accessories sold to our customers, the amortization of extended warranty deferred revenue, remote monitoring and grid services subscription revenue, as well as certain installation and maintenance service revenue. The aftermarket service parts and product accessories are generally transferred to the customer at a point in time, while the extended warranty and subscription revenue are recognized over the life of the contract. Other service revenue is recognized when the service is performed.

The following tables sets forth total sales by reportable segment and inclusive of intersegment sales:

| | Year Ended December 31, 2022 | | | |
| --- | --- | --- | --- | --- |
| | Domestic | International | Eliminations | Total |
| External net sales | $ 3,867,866 | $ 696,871 | $ - | $ 4,564,737 |
| Intersegment sales | 60,731 | 93,699 | (154,430) | - |
| Total sales | $ 3,928,597 | $ 790,570 | $ (154,430) | $ 4,564,737 |

| | Year Ended December 31, 2021 | | | |
| --- | --- | --- | --- | --- |
| | Domestic | International | Eliminations | Total |
| External net sales | $ 3,164,050 | $ 573,134 | $ - | $ 3,737,184 |
| Intersegment sales | 39,339 | 26,123 | (65,462) | - |
| Total sales | $ 3,203,389 | $ 599,257 | $ (65,462) | $ 3,737,184 |

| | Year Ended December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | Domestic | International | Eliminations | Total |
| External net sales | $ 2,088,808 | $ 396,392 | $ - | $ 2,485,200 |
| Intersegment sales | 13,505 | 1,649 | (15,154) | - |
| Total sales | $ 2,102,313 | $ 398,041 | $ (15,154) | $ 2,485,200 |

Management evaluates the performance of its segments based primarily on Adjusted EBITDA, which is reconciled to Income before provision for income taxes below. The computation of Adjusted EBITDA is based primarily on the definition that is contained in the Company's credit agreements.

| | Adjusted EBITDA | | |
| --- | --- | --- | --- |
| | Year Ended December 31, | | |
| | 2022 | 2021 | 2020 |
| Domestic | $ 716,302 | $ 795,417 | $ 563,394 |
| International | 109,065 | 66,008 | 20,379 |
| Total adjusted EBITDA | $ 825,367 | $ 861,425 | $ 583,773 |
| Interest expense | (54,826) | (32,953) | (32,991) |
| Depreciation and amortization | (156,141) | (92,041) | (68,773) |
| Non-cash write-down and other adjustments (1) | 2,091 | 3,070 | 327 |
| Non-cash share-based compensation expense (2) | (29,481) | (23,954) | (20,882) |
| Loss on extinguishment of debt (3) | (3,743) | (831) | - |
| Transaction costs and credit facility fees (4) | (5,026) | (22,357) | (2,151) |
| Business optimization and other charges (5) | (4,371) | (33) | (12,158) |
| Provision for regulatory and clean energy product charges (6) | (65,265) | - | - |
| Other | (139) | (800) | (954) |
| Income before provision for income taxes | $ 508,466 | $ 691,526 | $ 446,191 |

(1) Includes gains/losses on disposals of assets and sales of certain investments, unrealized mark-to-market adjustments on commodity contracts, certain foreign currency related adjustments, and certain purchase accounting and contingent consideration adjustments.

(2) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.

(3) Represents the non-cash write-off of original issue discount and deferred financing costs due primarily to a voluntary prepayment of debt.

(4) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance, debt issuance, or refinancing, together with certain fees relating to our senior secured credit facilities.

(5) For the year ended December 31, 2022, predominantly represents severance and other restructuring charges related to the suspension of operations at certain of our facilities. For the year ended December 31, 2020, represents severance, non-cash asset write-downs and other charges to address the impact of the COVID-19 pandemic and decline in oil prices on demand for C&I products. These charges represent expenses that do not reflect ongoing operations.

(6) For the year ended December 31, 2022, represents a specific credit loss provision of $17,926 for a clean energy product customer that filed for bankruptcy, as well as a warranty provision of $37,338 to address certain clean energy product warranty-related matters. The amount also includes a provision of $10,000 for a pending and unresolved matter with the CPSC concerning the imposition of potential penalty fines for allegedly failing to timely submit a report under the CPSA in relation to certain portable generators that were subject to a voluntary recall previously announced on July 29, 2021.

The following tables summarize additional financial information by reportable segment:

| | Assets | | | | | |
| | December 31, | | | | | |
| | **2022** | | **2021** | | **2020** | |
|---|---|---|---|---|---|---|
| Domestic | $ | 4,032,086 | $ | 3,742,101 | $ | 2,659,597 |
| International | | 1,137,376 | | 1,135,679 | | 575,826 |
| Total | $ | 5,169,462 | $ | 4,877,780 | $ | 3,235,423 |

| | Depreciation and Amortization | | | | | |
| | Year Ended December 31, | | | | | |
| | **2022** | | **2021** | | **2020** | |
|---|---|---|---|---|---|---|
| Domestic | $ | 123,768 | $ | 66,675 | $ | 53,020 |
| International | | 32,373 | | 25,366 | | 15,753 |
| Total | $ | 156,141 | $ | 92,041 | $ | 68,773 |

| | Capital Expenditures | | | | | |
| | Year Ended December 31, | | | | | |
| | **2022** | | **2021** | | **2020** | |
|---|---|---|---|---|---|---|
| Domestic | $ | 69,680 | $ | 100,672 | $ | 51,867 |
| International | | 16,508 | | 9,320 | | 10,261 |
| Total | $ | 86,188 | $ | 109,992 | $ | 62,128 |

The Company's sales in the United States represent approximately 80%, 82%, and 82% of total sales for the years ended December 31, 2022, 2021 and 2020, respectively. Approximately 77% and 75% of the Company's identifiable long-lived assets are located in the United States as of December 31, 2022 and 2021, respectively.

8.  **Balance Sheet Details**

Inventories consist of the following:

| | December 31, | | | |
| | **2022** | | **2021** | |
|---|---|---|---|---|
| Raw material | $ | 798,340 | $ | 727,162 |
| Work-in-process | | 14,899 | | 10,756 |
| Finished goods | | 592,145 | | 351,787 |
| Total | $ | 1,405,384 | $ | 1,089,705 |

56

As of December 31, 2022 and 2021, inventories totaling $
17,914 and $15,555, respectively, were on consignment at customer locations.

Property and equipment consists of the following:

| | December 31, | | | |
| --- | --- | --- | --- | --- |
| | **2022** | | **2021** | |
| Land and improvements | $ | 22,589 | $ | 26,137 |
| Buildings and improvements | | 243,553 | | 244,273 |
| Machinery and equipment | | 229,593 | | 186,611 |
| Dies and tools | | 37,343 | | 31,581 |
| Vehicles | | 9,807 | | 7,621 |
| Office equipment and systems | | 148,166 | | 125,048 |
| Leasehold improvements | | 6,849 | | 5,679 |
| Construction in progress | | 52,522 | | 47,601 |
| Gross property and equipment | | 750,422 | | 674,551 |
| Accumulated depreciation | | (282,818) | | (233,699) |
| Total | $ | 467,604 | $ | 440,852 |

Total property and equipment included finance leases of $24,719 and $36,776 at December 31, 2022 and 2021, respectively, primarily made up of buildings and improvements. Amortization of finance lease right of use assets is recorded within depreciation expense in the consolidated statements of comprehensive income. The initial measurement of new finance lease right of use assets is accounted for as a non-cash item in the consolidated statement of cash flows. Refer to Note 10, "Leases," for further information regarding the Company's accounting for leases under ASC 842, *Leases.*

**9.   Goodwill and Intangible Assets**

The changes in the carrying amount of goodwill by reportable segment for the years ended December 31, 2022 and 2021 are as follows:

| | **Domestic** | | **International** | | **Total** | |
| --- | --- | --- | --- | --- | --- | --- |
| Balance at December 31, 2020 | $ | 702,535 | $ | 152,693 | $ | 855,228 |
| Acquisitions of businesses, net | | 293,614 | | 284,447 | | 578,061 |
| Foreign currency translation | | (705) | | (22,910) | | (23,615) |
| Balance at December 31, 2021 | | 995,444 | | 414,230 | | 1,409,674 |
| Acquisitions of businesses, net | | 22,128 | | 437 | | 22,565 |
| Foreign currency translation | | (915) | | (30,444) | | (31,359) |
| Balance at December 31, 2022 | $ | 1,016,657 | $ | 384,223 | $ | 1,400,880 |

Refer to Note 3, "Acquisitions," to the consolidated financial statements for further information regarding the Company's acquisitions.

The details of the gross goodwill applicable to each reportable segment at December 31, 2022 and 2021 are as follows:

| | **December 31, 2022** | | | | | | **December 31, 2021** | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Gross** | | **Accumulated Impairment** | | **Net** | | **Gross** | | **Accumulated Impairment** | | **Net** | |
| Domestic | $ | 1,519,850 | $ | (503,193) | $ | 1,016,657 | $ | 1,498,637 | $ | (503,193) | $ | 995,444 |
| International | | 388,834 | | (4,611) | | 384,223 | | 418,841 | | (4,611) | | 414,230 |
| Total | $ | 1,908,684 | $ | (507,804) | $ | 1,400,880 | $ | 1,917,478 | $ | (507,804) | $ | 1,409,674 |

57

The following table summarizes intangible assets by major category as of December 31, 2022 and 2021:

| | Weighted Average Amortization Years | December 31, 2022 | | | December 31, 2021 | | |
|---|---|---|---|---|---|---|---|
| | | Gross | Accumulated Amortization | Net Book Value | Gross | Accumulated Amortization | Net Book Value |
| **Finite-lived intangible assets:** | | | | | | | |
| Tradenames | 14 | $ 157,751 | $ (58,821) | $ 98,930 | $ 162,563 | $ (47,353) | $ 115,210 |
| Customer lists | 11 | 577,203 | (370,216) | 206,987 | 573,910 | (335,188) | 238,722 |
| Patents and technology | 14 | 665,563 | (210,806) | 454,757 | 662,341 | (169,868) | 492,473 |
| Software | - | 1,046 | (1,046) | - | 1,046 | (1,046) | - |
| Non-compete/other | 5 | 70,585 | (28,866) | 41,719 | 79,416 | (12,980) | 66,436 |
| Total finite-lived intangible assets | | $ 1,472,148 | $ (669,755) | $ 802,393 | $ 1,479,276 | $ (566,435) | $ 912,841 |
| Indefinite-lived tradenames | | 128,321 | - | 128,321 | 128,321 | - | 128,321 |
| Total intangible assets | | $ 1,600,469 | $ (669,755) | $ 930,714 | $ 1,607,597 | $ (566,435) | $ 1,041,162 |

Amortization expense of intangible assets was $ 103,320, $49,886, and $32,280 in 2022, 2021 and 2020, respectively. Excluding the impact of any future acquisitions, the Company estimates amortization expense for the next five years will be as follows: 2023 - $99,512; 2024 - $94,070; 2025 - $89,561; 2026 - $82,392; 2027 - $56,162.

## 10. Leases

The Company leases certain manufacturing facilities, distribution centers, office space, warehouses, automobiles, machinery and computer equipment globally under both finance and operating leases. The Company's leases have remaining lease terms of up to 20 years, of which certain leases, primarily within the buildings and improvements asset class, include options to extend the leases for up to 10 additional years. Further, the Company leases certain buildings from a noncontrolling interest holder, which the Company has determined to be arm's length transactions.

The Company determines if an arrangement is or contains a lease at contract inception. The Company recognizes a right of use ("ROU") asset and lease liability at the lease commencement date based on the present value of the lease payments over the lease term. As the Company's leases generally do not provide an implicit rate, the incremental borrowing rate is used to determine the present value of lease payments. The incremental borrowing rate is a collateralized rate determined based on the lease term, the Company's credit rating, and other market information available at the commencement date. The ROU asset also includes any lease payments made prior to the commencement date and is reduced by any lease incentives. The lease term may include options to extend or terminate the lease when it is reasonably certain that the Company will exercise that option. Lease expense for operating leases is recognized on a straight-line basis over the lease term, while lease expense for finance leases is recognized as depreciation and interest expense using the effective interest method. The Company's variable lease expense generally consists of property tax and insurance payments that are variable in nature, however, these amounts are immaterial to the consolidated financial statements and are therefore not separately reported.

The Company has lease agreements with both lease and nonlease components, which it elected to account for as a single lease component. However, the Company did not elect to apply the recognition exception for short-term leases. The Company is applying these elections to all asset classes.

The Company is a lessor of certain of its C&I mobile products as part of a rental fleet, as well as two of its buildings that it leases to third parties. The lease income related to these arrangements is not material to the consolidated financial statements.

The Company records its operating lease cost and amortization of finance lease ROU assets within cost of goods sold or operating expenses in the consolidated statements of comprehensive income depending on the cost center of the underlying asset. The Company records its finance lease interest cost within interest expense in the consolidated statements of comprehensive income.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 327 of 650    Document 49

The components of total lease cost consist of the following:

| | Year Ended December 31, 2022 | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|---|
| Operating lease cost | $ 36,292 | $ 22,432 | $ 18,648 |
| Finance lease cost: | | | |
| Amortization of ROU assets | 3,298 | 3,187 | 2,587 |
| Interest on lease liabilities | 1,945 | 2,021 | 2,237 |
| Total lease cost | $ 41,535 | $ 27,640 | $ 23,472 |

Supplemental balance sheet information related to the Company's leases is as follows:

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Operating Leases | | |
| Operating lease ROU assets (1) | $ 100,083 | $ 101,266 |
| Operating lease liabilities - current (2) | $ 30,330 | $ 23,549 |
| Operating lease liabilities - noncurrent (3) | 73,547 | 80,370 |
| Total operating lease liabilities | $ 103,877 | $ 103,919 |
| Finance Leases | | |
| Finance lease ROU assets, gross | $ 35,470 | $ 47,119 |
| Accumulated depreciation - finance lease ROU assets | (10,751) | (10,343) |
| Finance lease ROU assets, net (4) | $ 24,719 | $ 36,776 |
| Finance lease liabilities - current (5) | $ 2,650 | $ 4,209 |
| Finance lease liabilities - noncurrent (6) | 24,770 | 34,966 |
| Total finance lease liabilities | $ 27,420 | $ 39,175 |

(1) Recorded in the operating lease and other assets line within the consolidated balance sheets

(2) Recorded in the other accrued liabilities line within the consolidated balance sheets

(3) Recorded in the operating lease and other long-term liabilities line within the consolidated balance sheets

(4) Recorded in the property and equipment, net line within the consolidated balance sheets

(5) Recorded in the current portion of long-term borrowings and finance lease obligations line within the consolidated balance sheets

(6) Recorded in the long-term borrowings and finance lease obligations line within the consolidated balance sheets

Supplemental cash flow information related to the Company's leases is as follows:

| | Year Ended December 31, 2022 | Year Ended December 31, 2021 | Year Ended December 31, 2020 |
|---|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities | | | |
| Operating cash flows from operating leases | $ 36,020 | $ 21,250 | $ 18,412 |
| Operating cash flows from finance leases | 1,919 | 1,972 | 1,871 |
| Financing cash flows from finance leases | 4,931 | 4,679 | 3,957 |
| ROU assets obtained in exchange for lease liabilities | | | |
| Operating leases | 28,766 | 55,057 | 41,678 |
| Finance leases | 2,874 | 4,026 | 3,737 |

59

Weighted average remaining lease term and discount rate information related to the Company's leases as of December 31, 2022 and 2021 is as follows:

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Weighted average remaining lease term (in years) | | |
| Operating Leases | 4.65 | 5.21 |
| Finance Leases | 11.26 | 11.94 |
| Weighted average discount rate | | |
| Operating Leases | 4.82% | 3.58% |
| Finance Leases | 7.58% | 7.43% |

The maturities of the Company's lease liabilities as of December 31, 2022 are as follows:

| | Finance Leases | Operating Leases |
|---|---|---|
| 2023 | $ 4,487 | $ 34,208 |
| 2024 | 4,223 | 30,834 |
| 2025 | 3,639 | 20,386 |
| 2026 | 3,137 | 9,855 |
| 2027 | 2,929 | 8,334 |
| After 2027 | 24,405 | 14,743 |
| Total minimum lease payments | 42,820 | 118,360 |
| Interest component | (15,400) | (14,483) |
| Present value of minimum lease payments | $ 27,420 | $ 103,877 |

## 11. Product Warranty Obligations

The Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the related product to a customer based on historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable. The following is a tabular reconciliation of the Company's standard product warranty liability accounted for as an assurance warranty:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2022 | 2021 | 2020 |
| Balance at beginning of period | $ 94,213 | $ 59,218 | $ 49,316 |
| Product warranty reserve assumed in acquisition | - | 3,932 | 124 |
| Payments | (77,476) | (42,682) | (33,496) |
| Provision for warranty issued | 80,340 | 69,280 | 42,093 |
| Changes in estimates for pre-existing warranties (1) | 40,934 | 4,465 | 1,181 |
| Balance at end of period | $ 138,011 | $ 94,213 | $ 59,218 |

(1) Includes a specific warranty provision recorded during the third quarter of 2022 in the amount of $37,338 to address certain clean energy product related matters.

The Company also sells extended warranty coverage for certain products, which it accounts for as a service warranty. The sales of extended warranties are recorded as deferred revenue, and typically have a duration of five to ten years. The deferred revenue related to extended warranty coverage is amortized over the duration of the extended warranty contract period, following the standard warranty period, using the straight-line method. The Company believes the straight-line method is appropriate because the performance obligation is satisfied based on the passage of time. The amortization of deferred revenue is recorded to net sales in the consolidated statements of comprehensive income. The following is a tabular reconciliation of the deferred revenue related to extended warranty coverage:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2022 | 2021 | 2020 |
| Balance at beginning of period | $ 111,647 | $ 89,788 | $ 78,738 |
| Deferred revenue contracts issued | 42,869 | 41,560 | 26,968 |
| Amortization of deferred revenue contracts | (21,703) | (19,701) | (15,918) |
| Balance at end of period | $ 132,813 | $ 111,647 | $ 89,788 |

60

The timing of recognition of the Company's deferred revenue balance related to extended warranties at December 31, 2022 is as follows:

| | | |
|---|---|---:|
| 2023 | $ | 30,291 |
| 2024 | | 24,472 |
| 2025 | | 22,120 |
| 2026 | | 17,803 |
| After 2026 | | 38,127 |
| Total | $ | 132,813 |

The Company has a post-sale extended warranty marketing agreement with a third party, pursuant to which the Company is required to pay fees to the third-party service provider based on the number of extended warranty contracts that they sell, which it classifies as costs to obtain a contract. These fees are deferred and recorded as other assets in the consolidated balance sheets, and then amortized to net sales in the consolidated statements of comprehensive income over the same period that the underlying deferred revenue is recognized. Deferred contract costs as of December 31, 2022 and 2021 were $9,199 and $8,479, respectively. Amortization of deferred contract costs recorded during the years ended December 31, 2022, 2021 and 2020 was $1,932, $1,739, and $1,303, respectively.

Standard product warranty obligations and extended warranty related deferred revenues are included in the consolidated balance sheets as follows:

| | December 31, | | | |
|---|---|---|---|---|
| | **2022** | | **2021** | |
| Product warranty liability | | | | |
| Current portion - accrued product warranty | $ | 89,141 | $ | 59,052 |
| Long-term portion - other long-term liabilities | | 48,870 | | 35,161 |
| Total | $ | 138,011 | $ | 94,213 |
| | | | | |
| Deferred revenue related to extended warranties | | | | |
| Current portion - other accrued liabilities | $ | 30,291 | $ | 20,556 |
| Long-term portion - other long-term liabilities | | 102,522 | | 91,091 |
| Total | $ | 132,813 | $ | 111,647 |

## 12. Credit Agreements

Short-term borrowings included in the consolidated balance sheets as of December 31, 2022 and 2021 consisted of borrowings by the Company's foreign subsidiaries on local lines of credit totaling $48,990 and $72,035, respectively.

Long-term borrowings are included in the consolidated balance sheets as follows:

| | December 31, | | | |
|---|---|---|---|---|
| | **2022** | | **2021** | |
| Tranche A Term Loan | $ | 750,000 | $ | - |
| Tranche B Term Loan | | 530,000 | | 780,000 |
| Original issue discount and deferred financing costs | | (16,568) | | (13,214) |
| ABL facility | | - | | 100,000 |
| Revolver | | 90,000 | | - |
| Finance lease obligation | | 27,420 | | 39,175 |
| Other | | 966 | | 2,060 |
| Total | | 1,381,818 | | 908,021 |
| Less: current portion of debt | | 10,083 | | 1,721 |
| Less: current portion of finance lease obligation | | 2,650 | | 4,209 |
| Total | $ | 1,369,085 | $ | 902,091 |

Maturities of long-term borrowings outstanding at December 31, 2022, excluding finance lease obligations as their maturities are disclosed in Note 10, "Leases," and before considering original issue discount and deferred financing costs, are as follows:

| | Tranche A Term Loan | | Tranche B Term Loan | | Revolver and Other | | Total | |
|---|---|---|---|---|---|---|---|---|
| 2023 | $ | 9,375 | $ | - | $ | 708 | $ | 10,083 |
| 2024 | | 28,125 | | - | | 53 | | 28,178 |
| 2025 | | 46,875 | | - | | 56 | | 46,931 |
| 2026 | | 65,625 | | 530,000 | | 86 | | 595,711 |
| 2027 | | 600,000 | | - | | 90,032 | | 690,032 |
| After 2027 | | - | | - | | 31 | | 31 |
| Total | $ | 750,000 | $ | 530,000 | $ | 90,966 | $ | 1,370,966 |

The Tranche B Term Loan Facility matures on December 13, 2026, while the Tranche A Term Loan Facility and Revolving Facility mature on June 29, 2027. The Tranche A Term Loan Facility principal is repayable in quarterly installments beginning in September 2023.

The Company's credit agreements originally provided for a $1,200,000 term loan B credit facility (Tranche B Term Loan Facility) and included a $300,000 uncommitted incremental term loan on that facility. The maturity date of the Tranche B Term Loan Facility is December 13, 2026. The Tranche B Term Loan Facility initially bore interest at rates based on either a base rate plus an applicable margin of 1.75% or adjusted LIBOR rate plus an applicable margin of 2.75%, subject to a LIBOR floor of 0.75%. After a number of amendments, as listed below, the Tranche B Term Loan Facility currently bears interest at rates based on either a base rate plus an applicable margin of 0.75% or adjusted Secured Overnight Financing Rate (SOFR) rate plus an applicable margin of 1.75%, subject to a SOFR floor of 0.00%. The interest rate for the Tranche B Term Loan Facility as of December 31, 2022 was 5.97%.

The Tranche B Term Loan Facility does not require an Excess Cash Flow payment if the Company's net secured leverage ratio is maintained below 3.75 to 1.00 times. As of December 31, 2022, the Company's net secured leverage ratio was 1.55 to 1.00 times, and the Company was in compliance with all covenants of the Tranche B Term Loan Facility. There are no financial maintenance covenants on the Tranche B Term Loan Facility.

The Company's credit agreements also originally provided for a senior secured ABL revolving credit facility (ABL Facility). ABL Facility borrowings initially bore interest at rates based on either a base rate plus an applicable margin of 1.00% or adjusted LIBOR rate plus an applicable margin of 2.00%, in each case, subject to adjustments based on average availability under the ABL Facility.

In May 2021, the Company amended the ABL Facility, increasing its borrowing limit from $300,000 to $500,000, raising its incremental capacity from $100,000 to $200,000, and extending the maturity date from June 12, 2023 to May 27, 2026 (Amended ABL Facility). In addition, the Amended ABL Facility modified the pricing by reducing certain applicable interest rates to either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case, based on average availability under the Amended ABL Facility. In connection with this amendment, the Company capitalized $920 of new debt issuance costs as deferred financing costs on long-term borrowings in the second quarter of 2021. At the same time, the Company also amended its Tranche B Term Loan Facility agreement to reflect the same amendments made to the ABL Facility.

In May 2021, the Company borrowed $50,000 under the Amended ABL Facility, the proceeds of which were used as a voluntary prepayment of the Tranche B Term Loan Facility. As a result of this prepayment of the Tranche B Term Loan Facility, the Company wrote off $831 of original issue discount and capitalized debt issuance costs during the second quarter of 2021 as a loss on extinguishment of debt in the consolidated statements of comprehensive income.

In June 2022, the Company again amended and restated its existing credit agreements (Amended Credit Agreement) resulting in a new term loan facility in an aggregate principal amount of $750,000 (Tranche A Term Loan Facility), established a revolving facility in an aggregate principal amount of $1,250,000 (Revolving Facility), terminated the ABL Facility, and replaced all LIBOR provisions to the existing Tranche B Term Loan Facility with SOFR provisions. The maturity date of the Tranche A Term Loan Facility and the Revolving Facility is June 29, 2027. Proceeds received by the Company from the Tranche A Term Loan Facility were used to repay the total existing outstanding balance on the Company's former ABL Facility, make a $250,000 voluntary prepayment on the Tranche B Term Loan Facility, with the remaining funds to be used for future general corporate purposes. As a result of these prepayments, the Company wrote off $3,546 of original issue discount and capitalized debt issuance costs during the second quarter of 2022 as a loss on extinguishment of debt in the consolidated statements of comprehensive income. The Revolving Facility was unfunded at closing.

62

The Tranche A Term Loan Facility and the Revolving Facility initially bear interest at a rate based on adjusted SOFR plus an applicable margin of 1.5% through December 31, 2022, subject to a SOFR floor of 0.0%. Beginning on January 1, 2023, the Tranche A Term Loan Facility and the Revolving Facility will bear interest at a rate based on adjusted SOFR plus an applicable margin between 1.25% and 1.75%, based on the Company's total leverage ratio and subject to a SOFR floor of 0.0%. The interest rate for the Tranche A Term Loan Facility as of December 31, 2022 was 5.72%.

The Tranche A Term Loan Facility and the Revolving Facility added certain financial covenants that require the Company to maintain a total leverage ratio below 3.75 to 1.00 as well as an interest coverage ratio above 3.00 to 1.00. As of December 31, 2022, the Company's total leverage ratio was 1.74 to 1.00 times, and the Company's interest coverage ratio was 14.81 to 1.00. The Company was in compliance with all other covenants of the Amended Credit Agreement as of December 31, 2022.

The Tranche B Term Loan Facility, Tranche A Term Loan Facility and Revolving Facility are guaranteed by substantially all of the Company's wholly-owned domestic restricted subsidiaries and are secured by associated collateral agreements which pledge a first priority lien on virtually all of the Company's assets, including fixed assets and intangibles, cash, trade accounts receivable, inventory, and other current assets and proceeds thereof.

In connection with the June 2022 refinancing and in accordance with ASC 470-50, the Company capitalized $10,330 of fees paid to creditors as deferred financing costs on long-term borrowings and expensed $800 of transaction fees. The Company evaluated on a lender-by-lender basis if the debt related to returning lenders on the Revolving Facility was significantly modified or not, resulting in the write-off of $197 in unamortized deferred financing costs related to the former ABL Facility as a loss on extinguishment of debt in the consolidated statements of comprehensive income.

As of December 31, 2022, there was $90,000 outstanding under the Revolving Facility, leaving $1,158,725 of availability, net of outstanding letters of credit.

## 13. Stock Repurchase Programs

In September 2020, the Company's Board of Directors approved a stock repurchase program, which commenced on October 27, 2020, and allowed for the repurchase of up to $250,000 of the Company's common stock over a 24-month period. That program was exhausted in the third quarter of 2022. In July 2022, the Company's Board of Directors approved another stock repurchase program, which commenced on August 5, 2022, and allows for the repurchase of up to $

500,000 of the Company's common stock over a 24-month period. Pursuant to the approved program, the Company may repurchase its common stock from time to time, in amounts and at prices the Company deems appropriate, subject to market conditions and other considerations. The repurchases may be executed using open market purchases, privately negotiated agreements or other transactions. The actual timing, number and value of shares repurchased under the program will be determined by management at its discretion and will depend on a number of factors, including the market price of the Company's common stock, general market and economic conditions, applicable legal requirements, and compliance with the terms of the Company's credit agreements. The repurchases may be funded with cash on hand, available borrowings, or proceeds from potential debt or other capital markets sources. The stock repurchase program may be suspended or discontinued at any time without prior notice. During the year ended December 31, 2022, the Company repurchased 2,722,007 shares of its common stock for $345,840. During the year ended December 31, 2021, the Company repurchased 350,000 shares of its common stock for $125,992. During the year ended December 31, 2020, the Company did not repurchase any shares of its common stock. Since the inception of all stock repurchase programs (starting in August 2015), we have repurchased 11,748,713 shares of our common stock for $777,379 (at an average cost per share of $66.17).

## 14. Earnings Per Share

Basic earnings per share is calculated by dividing net income attributable to the common shareholders of the Company by the weighted average number of common shares outstanding during the period, exclusive of restricted shares. Except where the result would be anti-dilutive, diluted earnings per share is calculated by assuming the vesting of unvested restricted stock and the exercise of stock options, as well as the satisfaction of certain contingent acquisition consideration conditions as of the end of the period. Refer to Note 4, "Redeemable Noncontrolling Interest," to the consolidated financial statements for further information regarding the accounting for redeemable noncontrolling interests.

The following table reconciles the numerator and the denominator used to calculate basic and diluted earnings per share:

|  | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
|  | | 2022 | | 2021 | | 2020 |
| **Numerator** | | | | | | |
| Net income attributable to Generac Holdings Inc. | $ | 399,502 | $ | 550,494 | $ | 350,576 |
| Redeemable noncontrolling interest redemption value adjustment | | (49,235) | | (17,102) | | (1,247) |
| Net income attributable to common shareholders | $ | 350,267 | $ | 533,392 | $ | 349,329 |
| **Denominator** | | | | | | |
| Weighted average shares, basic | | 63,117,007 | | 62,686,001 | | 62,280,889 |
| Dilutive effect of stock compensation awards (1) | | 1,087,219 | | 1,534,603 | | 1,456,845 |
| Dilutive effect of contingently issued shares | | 477,131 | | 32,804 | | - |
| Diluted shares | | 64,681,357 | | 64,253,408 | | 63,737,734 |
| Net income attributable to common shareholders per share | | | | | | |
| Basic | $ | 5.55 | $ | 8.51 | $ | 5.61 |
| Diluted | $ | 5.42 | $ | 8.30 | $ | 5.48 |

(1) For the year ended December 31, 2022, excludes approximately 76,000 stock options and restricted stock awards as the impact of such awards was anti-dilutive. There were no awards with an anti-dilutive impact for the years ended December 31, 2021 and 2020.

## 15. Income Taxes

The Company's provision for income taxes consists of the following:

|  | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
|  | | 2022 | | 2021 | | 2020 |
| Current: | | | | | | |
| Federal | $ | 118,320 | $ | 105,236 | $ | 62,714 |
| State | | 25,743 | | 21,295 | | 13,071 |
| Foreign | | 51,055 | | 10,536 | | 1,974 |
| | | 195,118 | | 137,067 | | 77,759 |
| Deferred: | | | | | | |
| Federal | | (43,475) | | 10,518 | | 20,452 |
| State | | (10,966) | | (3,728) | | 1,243 |
| Foreign | | (40,109) | | (7,863) | | (1,197) |
| | | (94,550) | | (1,073) | | 20,498 |
| Change in valuation allowance | | (972) | | (1,037) | | 716 |
| Provision for income taxes | $ | 99,596 | $ | 134,957 | $ | 98,973 |

The Company files U.S. federal, U.S. state and foreign jurisdiction tax returns which are subject to examination up to the expiration of the statute of limitations. The Company believes the tax positions taken on its returns would be sustained upon an exam, or where a position is uncertain, adequate reserves have been recorded. As of December 31, 2022, the Company is no longer subject to income tax examinations for United States federal income taxes for tax years prior to 2019. Due to the carryforward of net operating losses and research & development credits, the Company's Wisconsin state income tax returns for tax years 2008 through 2021 remain open. In addition, the Company is subject to audit by various foreign taxing jurisdictions for tax years 2011 through 2022.

The Company is regularly under tax return examination by tax authorities in the various jurisdictions in which we operate. The Company is actively managing the examinations and working to address any open matters. While the Company does not believe any material taxes or penalties are due, there is a possibility that the ultimate tax outcome of an examination may result in differences from what was recorded. Such differences may affect the provision for income taxes in the period in which the determination is made and could impact the Company's financial results.

Significant components of deferred tax assets and liabilities are as follows:

| | December 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| **Deferred tax assets:** | | |
| Accrued expenses | $ 46,994 | $ 37,797 |
| Deferred revenue | 34,914 | 27,003 |
| Inventories | 20,229 | 14,907 |
| Stock-based compensation | 11,750 | 10,202 |
| Operating loss and credit carryforwards | 56,279 | 68,368 |
| Bad debt | 1,415 | 1,253 |
| Other | 7,531 | 12,203 |
| Capitalized R&D | 33,738 | - |
| Valuation allowance | (4,638) | (7,874) |
| Total deferred tax assets | 208,212 | 163,859 |
| **Deferred tax liabilities:** | | |
| Goodwill and intangible assets | 260,745 | 328,162 |
| Depreciation | 44,385 | 21,340 |
| Debt refinancing costs | 1,184 | 2,916 |
| Interest swap and derivative | 12,370 | - |
| Prepaid expenses | 2,473 | 1,664 |
| Total deferred tax liabilities | 321,157 | 354,082 |
| Net deferred tax liabilities | $ (112,945) | $ (190,223) |

As of December 31, 2022 and 2021, deferred tax assets of $ 12,746 and $15,740, and deferred tax liabilities of $125,691 and $205,964, respectively, were reflected on the consolidated balance sheets.

The Company maintains a valuation allowance against the deferred tax assets when it is uncertain it will generate sufficient taxable income to utilize the asset. During 2022, the valuation allowance decreased by $3,236 primarily due to a reversal of valuation allowance in certain jurisdictions where we believe the deferred tax assets can now be utilized, partially offset by the establishment of valuation allowances in certain jurisdictions where we believe the deferred tax assets cannot be used.

At December 31, 2022, the Company had tax loss carryforwards of approximately $238,371, which have varying expiration periods ranging from 2023 to indefinite. For carryforward amounts where the Company believes the losses will expire prior to use, a valuation allowance has been established. For all other carryforwards the Company believes it will generate sufficient taxable income in these jurisdictions to utilize its loss carryforwards.

At December 31, 2022, the Company had state manufacturing tax credit carryforwards of approximately $29,946, which expire between 2028 and 2037. The Company believes it will generate sufficient taxable income in these jurisdictions to fully utilize the credits prior to their expiration.

Changes in the Company's gross liability for unrecognized tax benefits, excluding interest and penalties, were as follows:

| | December 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Unrecognized tax benefit, beginning of period | $ 8,647 | $ 7,613 |
| Increase in unrecognized tax benefit for positions taken in prior period | 97 | 272 |
| Increase in unrecognized tax benefit for positions taken in current period | 975 | 990 |
| Statute of limitation expirations | (824) | (228) |
| Settlements | - | - |
| Unrecognized tax benefit, end of period | $ 8,895 | $ 8,647 |

The unrecognized tax benefit as of December 31, 2022 and 2021, if recognized, would favorably impact the effective tax rate.

As of December 31, 2022 and 2021, total accrued interest of approximately $161 and $127, respectively, and accrued penalties of approximately $422 and $357, respectively, associated with net unrecognized tax benefits are included in the consolidated balance sheets. Interest and penalties are recorded as a component of income tax expense.

The Company does not expect a significant increase or decrease to the total amounts of unrecognized tax benefits related to continuing operations during the following fiscal year ending December 31, 2023.

65

A reconciliation of the statutory tax rates to the effective tax rates for the years ended December 31, 2022, 2021 and 2020 are as follows:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2022 | 2021 | 2020 |
| U.S. statutory rate | 21.0% | 21.0% | 21.0% |
| State taxes | 4.0 | 4.3 | 4.3 |
| State tax rate differential | (0.3) | 0.0 | 0.0 |
| Research and development credits | (1.1) | (1.0) | (1.1) |
| State credits | (1.5) | (1.1) | (1.5) |
| Share-based compensation | (2.7) | (3.8) | (1.0) |
| Nondeductible U.S. compensation | 1.6 | 1.5 | 0.0 |
| Foreign tax deduction | (0.4) | (1.5) | 0.0 |
| Foreign deferred tax rate change | 0.0 | 1.2 | 0.0 |
| Other | (1.0) | (1.1) | 0.5 |
| Effective tax rate | 19.6% | 19.5% | 22.2% |

**16. Benefit Plans**

**Medical and Dental Plans**

The Company maintains medical and dental benefit plans covering its full-time domestic employees and their dependents. These plans are partially or fully self-funded under which participant claims are obligations of the plan. These plans are funded through employer and employee contributions at a level sufficient to pay for the benefits provided by the plan. The Company's contributions to the plans were $ 31,180, $24,189, and $24,617 for the years ended December 31, 2022, 2021 and 2020, respectively.

The Company's foreign subsidiaries participate in government sponsored medical benefit plans and other local plans. In certain cases, the Company purchases supplemental medical coverage for certain employees at these foreign locations. The expenses related to these plans are not material to the Company's consolidated financial statements.

**Savings Plan**

The Company maintains a defined-contribution 401(k) savings plan for eligible domestic employees. Under the plan, employees may defer receipt of a portion of their eligible compensation. The Company may contribute a matching contribution of 50% of the first 6% of eligible compensation of employees that is deferred. The Company may also contribute a non-elective contribution for eligible employees employed on December 31, 2008 that were impacted by the freezing of the Company's pension plans. The Company's matching contributions are subject to vesting. Forfeitures may be applied against plan expenses and Company contributions. The Company recognized $4,141, $6,725, and $5,332 of expense related to these plans for the years ended December 31, 2022, 2021 and 2020, respectively.

66

**17. Share Plans**

The Company adopted an equity incentive plan (the 2010 Plan) on February 10, 2010 in connection with its initial public offering. The 2010 Plan, as amended, allowed for granting of up to 9.1 million share-based awards to executives, directors and employees. Awards available for grant under the 2010 Plan included stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. New grants under the 2010 Plan ceased in June 2019. Total share-based compensation expense related to the 2010 Plan, net of estimated forfeitures, was $2,379, $6,249, and $11,681 for the years ended December 31, 2022, 2021 and 2020, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

On June 13, 2019, the stockholders of Generac Holdings Inc. approved the Company's 2019 Equity Incentive Plan (the 2019 Plan). The 2019 Plan allows for granting of up to 2.7 million share-based awards to executives, directors and employees. Awards available for grant under the 2019 Plan include stock options, stock appreciation rights, restricted stock, other share-based awards and performance-based compensation awards. Total share-based compensation expense related to the 2019 Plan, net of estimated forfeitures, was $27,102, $17,705, and $9,201 for the years ended December 31, 2022, 2021 and 2020, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Stock Options** - Stock options granted in 2022 have an exercise price between $103.50 per share and $315.88 per share; stock options granted in 2021 have an exercise price between $323.66 per share and $438.83 per share; and stock options granted in 2020 have an exercise price between $91.00 per share and $158.89 per share. Stock options vest in equal installments over four years, subject to the grantee's continued employment or service and expire ten years after the date of grant.

Stock option exercises can be net-share settled such that the Company withholds shares with value equivalent to the exercise price of the stock option awards plus the employees' minimum statutory obligation for the applicable income and other employment taxes. Total shares withheld were 17,376, 8,608, and 24,070 for the years ended December 31, 2022, 2021 and 2020, respectively, and were based on the value of the stock on the exercise dates. The net-share settlement has the effect of share repurchases by the Company as they reduce the number of shares that would have otherwise been issued.

Employees can also utilize a cashless for cash exercise of stock options, such that all exercised shares will be sold in the market immediately. Cash equivalent to the exercise price of the awards plus the employees' minimum statutory tax obligations is remitted to the Company, with the remaining cash being transferred to the employee. Total net proceeds from the cashless for cash exercise of stock options were $13,786, $38,787, and $13,089 for the years ended December 31, 2022, 2021 and 2020, respectively, and are reflected as a financing activity in the consolidated statements of cash flows.

Total payments made by the Company to the taxing authorities for the employees' tax obligations related to stock option exercises were $14,089, $31,680, and $7,297 for the years ended December 31, 2022, 2021 and 2020, respectively, and are reflected as a financing activity in the consolidated statements of cash flows.

The grant-date fair value of each option grant is estimated using the Black-Scholes-Merton option pricing model. The fair value is then amortized on a straight-line basis over the requisite service period of the awards, which is generally the vesting period. Use of a valuation model requires management to make certain assumptions with respect to selected model inputs. Expected volatility is calculated based on an analysis of historic volatility of the Company's stock price. The average expected life is based on the contractual term of the option using the simplified method. The risk-free interest rate is based on U.S. Treasury zero-coupon issues with a remaining term equal to the expected life assumed at the date of grant. The compensation expense recognized is net of estimated forfeitures. Forfeitures are estimated based on actual share option forfeiture history and are trued up upon vesting based on actual forfeiture activity.

67

The weighted-average assumptions used in the Black-Scholes-Merton option pricing model for 2022, 2021 and 2020 are as follows:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2022 | 2021 | 2020 |
| Weighted average grant date fair value per share | $ 129.38 | $ 129.47 | $ 35.79 |
| Assumptions: | | | |
| Expected stock price volatility | 38% | 37% | 32% |
| Risk free interest rate | 1.54% | 0.45% | 1.56% |
| Expected annual dividend per share | $ - | $ - | $ - |
| Expected life of options (years) | 6.25 | 6.25 | 6.25 |

A summary of the Company's stock option activity and related information for the years ended December 31, 2022, 2021 and 2020 is as follows:

| | Number of Options | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value ($ in thousands) |
| --- | --- | --- | --- | --- |
| Outstanding as of December 31, 2019 | 1,592,686 | $ 42.04 | 6.9 | $ 93,242 |
| Granted | 173,650 | 102.32 | | |
| Exercised | (216,196) | 39.88 | | |
| Forfeited | (21,450) | 50.25 | | |
| Outstanding as of December 31, 2020 | 1,528,690 | 49.08 | 6.3 | $ 272,553 |
| Granted | 70,392 | 335.70 | | |
| Exercised | (229,921) | 45.95 | | |
| Forfeited | (27,030) | 63.27 | | |
| Outstanding as of December 31, 2021 | 1,342,131 | 64.29 | 5.5 | $ 386,069 |
| Granted | 109,266 | 282.20 | | |
| Exercised | (137,305) | 36.91 | | |
| Forfeited | (45,688) | 194.05 | | |
| Outstanding as of December 31, 2022 | 1,268,404 | 81.35 | 4.9 | $ 47,764 |
| Exercisable as of December 31, 2022 | 982,934 | 50.86 | 4.1 | $ 44,904 |

As of December 31, 2022, there was $16,098 of total unrecognized compensation cost, net of expected forfeitures, related to unvested options. The cost is expected to be recognized over the remaining service period, having a weighted-average period of 2.8 years. Total share-based compensation cost related to stock options for the years ended December 31, 2022, 2021 and 2020 was $6,911, $6,462, and $5,860, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

**Restricted Stock** – Restricted stock awards vest in equal installments over three years, subject to the grantee's continued employment or service. Certain restricted stock awards also include performance shares, whereby the number of performance shares that can be earned are contingent upon Company performance measures over a three-year period. Performance measures are based on a weighting of a number of financial metrics, from which grantees may earn from 0% to 200% of their target performance share award. The performance period for the 2020 awards covers the years 2020 through 2022, the performance period for the 2021 awards covers the years 2021 through 2023, and the performance period for the 2022 awards covers the years 2022 through 2024. The Company estimates the number of performance shares that will vest based on projected financial performance. The fair value of restricted awards is determined based on the market value of the Company's shares on the grant date. The fair market value of the restricted awards at the time of the grant is amortized to expense over the period of vesting. The compensation expense recognized for restricted share awards is net of estimated forfeitures and is trued up upon vesting based on actual forfeiture activity.

Restricted stock vesting is net-share settled such that, upon vesting, the Company withholds shares with value equivalent to the employees' minimum statutory tax obligation, and then pays the cash to the taxing authorities on behalf of the employees. In effect, the Company repurchases these shares and classifies them as treasury stock. Total shares withheld were 92,008, 80,583, and 70,718 for the years ended December 31, 2022, 2021 and 2020, respectively, and were based on the value of the stock on the vesting dates. Total payments made by the Company to the taxing authorities for the employees' tax obligations related to restricted stock vesting were $26,834, $27,223, and $7,613 for the years ended December 31, 2022, 2021 and 2020, respectively, and are reflected as a financing activity within the consolidated statements of cash flows.

68

A summary of the Company's restricted stock activity for the years ended December 31, 2022, 2021 and 2020 is as follows:

| | Shares | Weighted-Average Grant-Date Fair Value |
|---|---|---|
| Non-vested as of December 31, 2019 | 491,637 | $ 52.84 |
| Granted | 183,868 | 95.14 |
| Vested | (200,390) | 45.10 |
| Forfeited | (18,921) | 56.58 |
| Non-vested as of December 31, 2020 | 456,194 | 68.42 |
| Granted | 126,339 | 223.09 |
| Vested | (202,327) | 58.99 |
| Forfeited | (14,241) | 138.64 |
| Non-vested as of December 31, 2021 | 365,965 | 124.25 |
| Granted | 287,821 | 214.58 |
| Vested | (234,284) | 83.52 |
| Forfeited | (41,204) | 263.47 |
| Non-vested as of December 31, 2022 | 378,298 | 203.04 |

As of December 31, 2022, there was $48,934 of unrecognized compensation cost, net of expected forfeitures, related to non-vested restricted stock awards. That cost is expected to be recognized over the remaining service period, having a weighted-average period of 2.1 years. Total share-based compensation cost related to the restricted stock for the years ended December 31, 2022, 2021 and 2020, inclusive of performance shares, was $22,570, $17,492, and $15,022, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

During 2022, 2021 and 2020, 8,572, 4,677, and 15,275 shares of stock, respectively, were granted to certain members of the Company's Board of Directors as a component of their compensation for their service on the Board, all of which were fully vested at time of grant. A non-employee director can elect to receive his or her director fees in the form of deferred stock units, which voluntarily defers the issuance of the related shares granted until the director separates from the Company or a triggering event occurs. 5,008, 3,160, and 10,528 of deferred stock units are included in the shares of stock granted to certain members of the Company's Board of Directors for the years 2022, 2021, and 2020, respectively. Total share-based compensation cost for these share grants in 2022, 2021 and 2020 was $1,886, $1,579, and $1,558, respectively, which is recorded in operating expenses in the consolidated statements of comprehensive income.

## 18. Commitments and Contingencies

The Company has an arrangement with a finance company to provide floor plan financing for certain dealers. The Company receives payment from the finance company after shipment of product to the dealer. The Company participates in the cost of dealer financing up to certain limits and has agreed to repurchase products repossessed by the finance company, but does not indemnify the finance company for any credit losses they incur. The amount financed by dealers which remained outstanding under this arrangement at December 31, 2022 and 2021 was approximately $ 212,200 and $115,900, respectively.

On August 1, 2022, Power Home Solar, LLC d/b/a Pink Energy filed a lawsuit in the Western District of Virginia against Generac Power Systems, Inc., a wholly-owned subsidiary of the Company ("Generac Power"). The complaint alleges breaches of warranty, product liability, and other various causes of action against Generac Power relating to the sale and performance of certain clean energy equipment and seeks to recover damages, including consequential damages, that Power Home Solar allegedly incurred. The Company disputes the allegations in the complaint, including that Power Home Solar can seek consequential damages or amounts greater than the $25,000 liability cap set forth in the agreement between the parties. On September 23, 2022, Generac Power moved to dismiss the complaint and compel arbitration consistent with the parties' agreement. On October 7, 2022, Power Home Solar, LLC filed a Chapter 7 bankruptcy petition in the Western District of North Carolina that identified Generac Power as one of its outstanding creditors. The petition listed a $17,700 liability to Generac Power, which Power Home Solar characterized as disputed. The $17,700 claim relates to equipment that Generac Power sold to Power Home Solar but was not paid for. The parties agreed to toll Power Home Solar's deadline to respond to the motion to dismiss after Power Home Solar filed the petition for bankruptcy to allow the bankruptcy trustee to evaluate the complaint. The Company intends to vigorously defend against the claims in the complaint, whichever forum in which it may proceed.

On October 28, 2022, Daniel Haak filed a putative class action lawsuit against Generac Power in the Middle District of Florida. The complaint alleges breaches of warranty, tort-based, and unjust enrichment claims against Generac Power relating to the sale and performance of certain clean energy products, and seeks to recover damages, including consequential damages, that the plaintiff and putative class allegedly incurred. The Company disputes the allegations and intends to vigorously defend against the claims in the complaint, including that plaintiff and the putative class can seek consequential damages. Genera Power filed a motion to dismiss the complaint on December 28, 2022.

Four additional putative class actions were filed by consumers of Generac clean energy products between November 21, 2022 and February 2, 2023. These complaints assert claims for breaches of warranty, tort-based, statutory, and unjust enrichment claims against Generac Power or the Company and seek to recover damages, including consequential damages, that plaintiffs and putative class allegedly incurred. The cases are pending in the Eastern District of Wisconsin (*Basler, et al. v. Generac Power Systems, Inc.*, Case No. 22-cv-01386-NJ and *Dillon v. Generac Power Systems, Inc.*, Case No. 23-cv-00034-NJ), the Northern District of California (*Moon v. Generac Power Systems, Inc. et al.*, Case No. 22-cv-09183-CRB), and the Eastern District of California (*Locatell v. Generac Power Systems, Inc., et al.*, Case No. 23-cv-00203-TLN). The Company disputes the allegations and intends to vigorously defend against the claims in the complaints. Generac Power's motion to dismiss the *Basler* complaint is pending with the court.

On December 1, 2022, Oakland County Voluntary Employees' Beneficiary Association and Oakland County Employees' Retirement System filed a putative securities class action lawsuit against the Company and certain of its officers in the Eastern District of Wisconsin. On January 20, 2023, the California Ironworkers Field Pension Trust filed a related putative securities class action, also in the United States District Court for the Eastern District of Wisconsin. Both complaints assert claims for alleged violation of federal securities law related to disclosures of quality issues in Generac's clean energy product, reliance on channel partners, and accounting for warranty reserves. The plaintiffs seek to represent a class of individuals who purchased or otherwise acquired common stock between April 29, 2021 and November 1, 2022 and ask for unspecified compensatory damages and other relief on behalf of a purported class of purchasers. Motions to consolidate the putative class actions and to appoint lead plaintiff have been filed and are pending with the court. In addition, in relation to the aforementioned cases, on February 3, 2023, a purported Company shareholder filed a shareholder derivative action against certain of the Company's officers and directors in the United States District Court for the Eastern District of Wisconsin. The complaint seeks unspecified damages on behalf of the Company and certain other relief, such as certain reforms to corporate governance practices. The complaint (in which the Company is named as a nominal defendant) generally alleges, among other things, breaches of fiduciary duties in connection with the oversight of the Company's public statements and legal compliance, and that the Company was damaged as a result of the breaches of fiduciary duties, and the defendants were unjustly enriched. The complaint also alleges, among other things, violations of Sections 14(a), 10(b) and 20(a) of the Securities Exchange Act of 1934, abuse of control, gross mismanagement, and waste of corporate assets. The Company disputes the allegations and intends to vigorously defend against the claims in the complaint.

On October 28, 2022, Generac Power received a grand jury subpoena from the U.S. Attorney for the Eastern District of Michigan, as a result of which the Company became aware of an enforcement investigation by the U.S. Department of Justice ("DOJ"). The Company has reviewed documents and information provided by the Company and the CARB in response to civil document requests related to the Company's compliance with emissions regulations for approximately 1,850 portable generators produced by the Company in 2019 and 2020 and sold in 2020. The Company is cooperating with both the DOJ and the EPA and CARB inquiries.

Case 2:22-cv-01436-BHL Filed 10/09/23 Page 338 of 650 Document 49

On November 30, 2022, the CPSC notified the Company of its intention to recommend the imposition of a penalty for failing to timely submit a report under section 19(a)(4) of the CPSA, 15 U.S.C. § 2068(a)(4), in relation to certain portable generators that were subject to a voluntary recall previously announced on July 29, 2021. Although the Company is cooperating with the CPSC on this matter, the matter is unresolved and still pending ongoing discussion with the CPSC.

In the opinion of management, it is presently unlikely that any legal or regulatory proceedings pending against or involving the Company will have a material adverse effect on the Company's financial condition, results of operations or cash flows. However, in many of these matters, it is inherently difficult to determine whether a loss is probable or to estimate the size or range of the possible loss given the variety and potential outcomes of actual and potential claims, the uncertainty of future rulings, the behavior or incentives of adverse parties, and other factors outside the control of the Company. Accordingly, the Company's loss reserves may change from time to time, and actual losses could exceed the amounts reserved by an amount that could be material to the Company's consolidated financial position, results of operations or cash flows in any particular reporting period.

**19. Quarterly Financial Information (Unaudited)**

| | | Quarters Ended 2022 | | |
| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Net sales | $ 1,135,856 | $ 1,291,391 | $ 1,088,258 | $ 1,049,232 |
| Gross profit | 360,748 | 456,985 | 361,104 | 343,167 |
| Operating income | 154,735 | 216,844 | 87,523 | 107,228 |
| Net income attributable to Generac Holdings Inc. | 113,858 | 156,359 | 58,270 | 71,015 |
| Net income attributable to common shareholders per common share - basic: | $ 1.61 | $ 2.24 | $ 0.84 | $ 0.84 |
| Net income attributable to common shareholders per common share - diluted: | $ 1.57 | $ 2.21 | $ 0.83 | $ 0.83 |

| | | Quarters Ended 2021 | | |
| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| Net sales | $ 807,434 | $ 919,981 | $ 942,698 | $ 1,067,071 |
| Gross profit | 321,814 | 339,735 | 335,994 | 362,539 |
| Operating income | 189,124 | 182,952 | 173,579 | 175,481 |
| Net income attributable to Generac Holdings Inc. | 148,993 | 127,036 | 131,570 | 142,895 |
| Net income attributable to common shareholders per common share - basic: | $ 2.39 | $ 2.06 | $ 1.98 | $ 2.09 |
| Net income attributable to common shareholders per common share - diluted: | $ 2.33 | $ 2.01 | $ 1.93 | $ 2.04 |

**20. Valuation and Qualifying Accounts**

For the years ended December 31, 2022, 2021 and 2020:

| | Balance at Beginning of Year | Additions Charged to Earnings | Additions Charged to Retained Earnings (1) | Charges to Reserve, Net (2) | Reserves Established for Acquisitions | Balance at End of Year |
|---|---|---|---|---|---|---|
| **Year ended December 31, 2022** | | | | | | |
| Allowance for credit losses | $ 12,025 | $ 17,966 | $ - | $ (2,825) | $ 498 | $ 27,664 |
| Reserves for inventory | 33,537 | 9,656 | - | (4,737) | 1,258 | 39,714 |
| Valuation of deferred tax assets | 7,874 | 649 | - | (1,501) | (2,384) | 4,638 |
| **Year ended December 31, 2021** | | | | | | |
| Allowance for credit losses | $ 12,001 | $ 206 | $ - | $ (1,640) | $ 1,458 | $ 12,025 |
| Reserves for inventory | 27,817 | 17,698 | - | (15,749) | 3,771 | 33,537 |
| Valuation of deferred tax assets | 5,740 | 1,404 | - | (2,441) | 3,171 | 7,874 |
| **Year ended December 31, 2020** | | | | | | |
| Allowance for credit losses | $ 6,968 | $ 4,645 | $ 1,147 | $ (957) | $ 198 | $ 12,001 |
| Reserves for inventory | 24,293 | 11,353 | - | (8,788) | 959 | 27,817 |
| Valuation of deferred tax assets | 5,024 | 716 | - | - | - | 5,740 |

(1) Result of adopting ASU 2016-13, *Financial Instruments – Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments.*

(2) Deductions from the allowance for doubtful accounts equal accounts receivable written off against the allowance, less recoveries, as well as foreign currency translation adjustments. Deductions from the reserves for inventory excess and obsolete items equal inventory written off against the reserve as items were disposed of, as well as foreign currency translation adjustments.

**21. Subsequent Events**

On February 1, 2023 the Company acquired REFU Storage Systems (REFUstor), headquartered in Pfullingen, Germany. REFUstor is a developer and supplier of battery storage hardware products, advanced software, and platform services for the commercial and industrial market.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 340 of 650    Document 49

**Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure**

There were no changes in, or disagreements with, accountants reportable herein.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures are controls and other procedures that are designed to ensure that information required to be disclosed by us in reports we file or submit under the Securities Exchange Act of 1934 (Exchange Act), is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission rules and forms. Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow for timely decisions regarding required disclosure.

Our management, with the participation of our Chief Executive Officer and our Chief Financial Officer, has conducted an evaluation of the design and operation of our disclosure controls and procedures as defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act as of the end of the period covered by this report on Form 10-K. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective in providing reasonable assurance that the information required to be disclosed in this report on Form 10-K has been recorded, processed, summarized and reported as of the end of the period covered by this report on Form 10-K.

**Management's Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rule 13a-15(f) and 15d-15(f) under the Exchange Act. Our internal control over financial reporting is designed under the supervision of our Chief Executive Officer and Chief Financial Officer to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the consolidated financial statements in accordance with U.S. GAAP.

Internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of the financial statements in accordance with U.S. GAAP, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the Company's financial statements.

There are inherent limitations to the effectiveness of any internal control over financial reporting, including the possibility of human error or the circumvention or overriding of the controls. Accordingly, even an effective internal control over financial reporting can provide only reasonable assurance of achieving its objective. Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate, because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Under the supervision and with the participation of our Chief Executive Officer and Chief Financial Officer, our management conducted an assessment of the effectiveness of internal control over financial reporting as of December 31, 2022 based on the criteria established in the 2013 *Internal Control – Integrated Framework*, issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2022.

Deloitte & Touche LLP (PCAOB ID No. 34), the Company's independent registered public accounting firm, issued an attestation report on the effectiveness of the Company's internal control over financial reporting as of December 31, 2022, which is included herein.

**Changes in Internal Control Over Financial Reporting**

There have been no changes in our internal control over financial reporting that occurred during the three months ended December 31, 2022 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Item 9B. Other Information**

None

**Item 9C. Disclosure Regarding Foreign Jurisdictions that Prevent Inspections**

None

**PART III**

**Item 10. Directors, Executive Officers and Corporate Governance**

The information required by Item 10 not already provided herein under "Item 1 – Business – Information About Our Executive Officers", will be included in our 2023 Proxy Statement and is incorporated herein by reference.

**Item 11. Executive Compensation**

The information required by this item will be included in our 2023 Proxy Statement and is incorporated herein by reference.

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this item, including under the heading "Securities Authorized for Issuance Under Equity Compensation Plans," will be included in our 2023 Proxy Statement and is incorporated herein by reference.

**Item 13. Certain Relationships and Related Transactions, and Director Independence**

The information required by this item will be included in our 2023 Proxy Statement and is incorporated herein by reference.

**Item 14. Principal Accountant Fees and Services**

The information required by this item will be included in our 2023 Proxy Statement and is incorporated herein by reference.

**PART IV**

**Item 15. Exhibits and Financial Statement Schedules**

**(a)(1) Financial Statements**

Included in Part II of this report:

| | Page |
|---|---|
| Reports of Independent Registered Public Accounting Firm | 36 |
| Consolidated balance sheets as of December 31, 2022 and 2021 | 39 |
| Consolidated statements of comprehensive income for years ended December 31, 2022, 2021 and 2020 | 40 |
| Consolidated statements of stockholders' equity for years ended December 31, 2022, 2021 and 2020 | 41 |
| Consolidated statements of cash flows for the years ended December 31, 2022, 2021 and 2020 | 42 |
| Notes to consolidated financial statements | 43 |

**(a)(2) Financial Statement Schedules**

All financial statement schedules have been omitted, since the required information is not applicable or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and notes thereto.

72

**(a)(3) Exhibits**

The below exhibits index is the list of the exhibits being filed or furnished with or incorporated by reference into this Annual Report on Form 10-K:

| Exhibits Number | Description |
| --- | --- |
| 2.1 | Arrangement Agreement dated as of November 1, 2021 by and among 13462234 Canada Inc., Generac Power Systems, Inc., ecobee Inc., and Shareholder Representative Services LLC (incorporated by reference to Exhibit 2.1 of the Company's Current Report on Form 8-K filed with the SEC on November 2, 2021). |
| 2.2 | Amendment No. 1, dated as of May 31, 2022, to Arrangement Agreement dated as of November 1, 2021, by and among 13462234 Canada Inc., Generac Power Systems, Inc., ecobee Inc., and Shareholder Representative Services LLC (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on August 8, 2022). |
| 2.3* | Amendment, dated as of December 29, 2022, to Arrangement Agreement dated as of November 1, 2021 by and among 13462234 Canada Inc., Generac Power Systems, Inc., ecobee Inc., and Shareholder Representative Services LLC. |
| 3.1 | Third Amended and Restated Certificate of Incorporation of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2009). |
| 3.2 | Amended and Restated Bylaws of Generac Holdings Inc. (incorporated by reference to Exhibit 3.1 of the Company's Current Report on Form 8-K filed with the SEC on February 16, 2016). |
| 4.1 | Form of Common Stock Certificate (incorporated by reference to Exhibit 4.1 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 4.2 | Description of Securities (incorporated by reference to Exhibit 4.2 of the Annual Report on Form 10-K filed with the SEC on February 25, 2020). |
| 10.1 | Credit Agreement, Dated as of February 9, 2012, As Amended and Restated as of May 30, 2012, As Further Amended and Restated as of May 31, 2013, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agent (incorporated by reference to Exhibit 10.2 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.2 | First Amendment dated as of May 18, 2015, to Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A. as administrative agent and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agents and Deutsche Bank Securities Inc., Morgan Stanley Senior Funding, Inc. and Wells Fargo Bank, N.A. as document agents (incorporated by reference to Exhibit 10.2 to the Company's Quarterly Report on Form 10-Q filed with the SEC on August 7, 2015). |
| 10.3 | Replacement Term Loan Amendment dated as of November 2, 2016, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on November 3, 2016). |
| 10.4 | 2017 Replacement Term Loan Amendment dated as of May 11, 2017, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on May 15, 2017). |
| 10.5 | 2017-2 Replacement Term Loan Amendment dated as of December 8, 2017, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on December 11, 2017). |
| 10.6 | 2018 Replacement Term Loan Amendment, dated as of June 8, 2018, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on June 14, 2018). |
| 10.7 | 2019 Replacement Term Loan Amendment, dated as of December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on December 16, 2019). |
| 10.8 | Second Amendment, dated as of May 27, 2021, amending that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, as amended by the First Amendment, dated as of May 18, 2015, as further amended by the Replacement Term Loan Amendment, dated as of November 2, 2016, as further amended by the 2017 Replacement Term Loan Amendment, dated as of May 11, 2017, as further amended by the 2017-2 Replacement Term Loan Amendment, dated December 8, 2017, as further amended by the 2018 Replacement Term Loan Amendment, dated June 8, 2018, and as further amended by the 2019 Replacement Term Loan Amendment, dated December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the other Loan Parties (as defined therein) party thereto, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and the other agents named therein (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 10.9 | Third Amendment, dated as of June 29, 2022, amending and restating that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, as amended by the First Amendment, dated as of May 18, 2015, as further amended by the Replacement Term Loan Amendment, dated as of November 2, 2016, as further amended by the 2017 Replacement Term Loan Amendment, dated as of May 11, 2017, as further amended by the 2017-2 Replacement Term Loan Amendment, dated December 8, 2017, as further amended by the 2018 Replacement Term Loan Amendment, dated June 8, 2018, as further amended by the 2019 Replacement Term Loan Amendment, dated December 13, 2019 and as further amended by the Second Amendment, dated May 27, 2021, among Generac Power Systems, Inc., Generac Acquisition Corp., the other Loan Parties (as defined therein) party thereto, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on June 30, 2022. |
| 10.10* | First Amendment, dated as of January 31, 2023, to that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, as amended by the First Amendment, dated as of May 18, 2015, as further amended by the Replacement Term Loan Amendment, dated as of November 2, 2016, as further amended by the 2017 Replacement Term Loan Amendment, dated as of May 11, 2017, as further amended by the 2017-2 Replacement Term Loan Amendment, dated December 8, 2017, as further amended by the 2018 Replacement Term Loan Amendment, dated June 8, 2018, as further amended by the 2019 Replacement Term Loan Amendment, dated December 13, 2019, as further amended by the Second Amendment, dated May 27, 2021, and as further amended and restated by the Third Amendment, dated June 29, 2022, among Generac Power Systems, Inc., Generac Acquisition Corp., the other Loan Parties (as defined therein) party thereto, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and the other agents named therein. |
| 10.11 | Restatement Agreement, dated as of May 31, 2013, to that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 343 of 650    Document 49

among Generac Power Systems, Inc., Generac Acquisition Corp., the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, and Bank of America, N.A. and Goldman Sachs Bank USA, as syndication agents (incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013).

10.12      Guarantee and Collateral Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.2 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012).

10.13      First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and JPMorgan Chase Bank, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.3 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013).

| Exhibits Number | Description |
| --- | --- |
| 10.14 | Credit Agreement, dated as of May 30, 2012, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.3 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.15 | Amendment No. 1 dated as of May 31, 2013, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. and Goldman Sachs Bank USA, as syndication agents, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.4 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.16 | Amendment No. 2 dated as of May 29, 2015, among Generac Power Systems, Inc., its Domestic Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, and the other agents named therein (incorporated by reference to Exhibit 10.1 of the Company's Current Report on Form 8-K filed with the SEC on June 1, 2015). |
| 10.17 | Second Amended and Restated Credit Agreement, dated as of June 12, 2018, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, and Wells Fargo Bank, National Association, as Documentation Agent (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on June 14, 2018). |
| 10.18 | Third Amended and Restated Credit Agreement, dated as of May 27, 2021, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. as Syndication Agent, and Wells Fargo Bank, National Association as Documentation Agent (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 10.19 | Guarantee and Collateral Agreement, dated as of May 30, 2012, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.4 of the Company's Current Report on Form 8-K filed with the SEC on May 31, 2012). |
| 10.20 | First Amendment to Guarantee and Collateral Agreement dated as of May 31, 2013, among Generac Holdings Inc., Generac Acquisition Corp., Generac Power Systems, Inc., certain subsidiaries of Generac Power Systems, Inc. and Bank of America, N.A., as Administrative Agent (incorporated by reference to Exhibit 10.5 to the Company's Current Report on Form 8-K filed with the SEC on June 4, 2013). |
| 10.21+ | Generac Holdings Inc. Amended and Restated 2010 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 27, 2012) |
| 10.22+ | Generac Holdings Inc. Annual Performance Bonus Plan (incorporated by reference to Exhibit 10.63 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |
| 10.23+ | Amended and Restated Employment Agreement, dated November 5, 2018, between Generac and Aaron Jagdfeld (incorporated by reference to Exhibit 10.1 of the Company's Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.24 | Form of Confidentiality, Non-Competition and Intellectual Property Agreement (incorporated by reference to Exhibit 10.40 of the Registration Statement on Form S-1 filed with the SEC on November 24, 2009). |
| 10.25+ | Form of Nonqualified Stock Option Award Agreement (incorporated by reference to Exhibit 10.45 of the Registration Statement on Form S-1 filed with the SEC on January 25, 2010). |

| Exhibits Number | Description |
| --- | --- |
| 10.26+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.27+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.4 of the Quarterly Report on Form 10-Q filed with the SEC on May 8, 2012). |
| 10.28+ | Amended Form of Nonqualified Stock Option Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.24 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.29+ | Amended Form of Restricted Stock Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.25 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.30 | Form of Director Indemnification Agreement (incorporated by reference to Exhibit 10.51 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.31 | Form of Officer Indemnification Agreement (incorporated by reference to Exhibit 10.52 of the Registration Statement on Form S-1 filed with the SEC on January 11, 2010). |
| 10.32+ | Amended Form of Performance Share Award Agreement pursuant to the 2010 Equity Incentive Plan (incorporated by reference to Exhibit 10.29 of the Annual Report on Form 10-K filed with the SEC on February 26, 2019). |
| 10.33+ | Generac Holdings Inc. Non-Employee Director Compensation Policy (incorporated by reference to Exhibit 10.31 of the Annual Report on Form 10-K filed with the SEC on February 22, 2022). |
| 10.34+ | Generac Power Systems, Inc. Executive Change in Control Policy, effective November 5, 2018 (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 6, 2018). |
| 10.35+ | Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Appendix A to the Definitive Proxy Statement on Schedule 14A of the Company filed with the SEC on April 26, 2019). |
| 10.36+ | Form of Restricted Stock Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.1 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.37+ | Form of Nonqualified Stock Option Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 10.38+ | Form of Performance Share Unit Award Agreement pursuant to the Generac Holdings Inc. 2019 Equity Incentive Plan (incorporated by reference to Exhibit 10.3 of the Quarterly Report on Form 10-Q filed with the SEC on November 5, 2019). |
| 21.1* | List of Subsidiaries of Generac Holdings Inc. |
| 23.1* | Consent of Deloitte & Touche LLP, Independent Registered Public Accounting Firm. |
| 31.1* | Certification of Chief Executive Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |

75

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 346 of 650    Document 49

| Exhibits Number | Description |
|---|---|
| 32.1** | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101* | The following financial information from the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 22, 2023, formatted in Inline eXtensible Business Reporting Language (iXBRL): (i) Consolidated Balance Sheets at December 31, 2022 and December 31, 2021; (ii) Consolidated Statements of Comprehensive Income for the Fiscal Years Ended December 31, 2022, December 31, 2021 and December 31, 2020; (iii) Consolidated Statements of Stockholders' Equity for the Fiscal Years Ended December 31, 2022, December 31, 2021 and December 31, 2020; (iv) Consolidated Statements of Cash Flows for the Fiscal Years Ended December 31, 2022, December 31, 2021 and December 31, 2020; (v) Notes to Consolidated Financial Statements. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL and contained in Exhibit 101) |

_____

| * | Filed herewith. |
|---|---|
| ** | Furnished herewith. |
| + | Indicates management contract or compensatory plan or arrangement. |

**Item 16. Form 10-K Summary**

None.

76

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

GENERAC HOLDINGS INC.

By:  /s/ AARON JAGDFELD

Aaron Jagdfeld

*Chairman, President and Chief Executive Officer*

Dated: February 22, 2023

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons and on behalf of the Registrant in the capacities and on the dates indicated.

| Signature | Title | Date |
| --- | --- | --- |
| /s/ AARON JAGDFELD<br>Aaron Jagdfeld | Chairman, President and Chief Executive Officer | February 22, 2023 |
| /s/ YORK A. RAGEN<br>York A. Ragen | Chief Financial Officer and Chief Accounting Officer | February 22, 2023 |
| /s/ BENNETT MORGAN<br>Bennett Morgan | Lead Director | February 22, 2023 |
| /s/ MARCIA J. AVEDON<br>Marcia J. Avedon | Director | February 22, 2023 |
| /s/ JOHN D. BOWLIN<br>John D. Bowlin | Director | February 22, 2023 |
| /s/ ROBERT D. DIXON<br>Robert D. Dixon | Director | February 22, 2023 |
| /s/ WILLIAM JENKINS<br>William Jenkins | Director | February 22, 2023 |
| /s/ ANDREW G. LAMPEREUR<br>Andrew G. Lampereur | Director | February 22, 2023 |
| /s/ NAM TRAN NGUYEN<br>Nam Tran Nguyen | Director | February 22, 2023 |
| /s/ DAVID A. RAMON<br>David A. Ramon | Director | February 22, 2023 |
| /s/ KATHRYN ROEDEL<br>Kathryn Roedel | Director | February 22, 2023 |
| /s/ DOMINICK ZARCONE<br>Dominick Zarcone | Director | February 22, 2023 |

77

**Exhibit 2.3**

**Generac Power Systems, Inc.**
S45 W29290 Hwy. 59
Waukesha, Wisconsin 53189

P (262) 544-4811



December 29, 2022

<u>**Via Email**</u>
Shareholder Representative Services LLC
Attn: Janelle Dixon
950 17th Street, Suite 1400
Denver, CO 80202
jdixon@srsacquiom.com

RE: ecobee Earnout Settlement

Dear Janelle:

Reference is made to the Agreement and Plan of Arrangement by and among Generac Power Systems, Inc., Generac Holdings Inc., 13462234 Canada Inc., ecobee Inc. and Shareholder Representative Services LLC dated effective as of November 1, 2021 (the "Agreement"). Capitalized terms used here but not defined have the meanings provided in the Agreement.

As we have discussed, Purchaser and the Securityholder Representative have agreed to an early settlement and payment of the Earnout Consideration related to the June 30, 2023 Earnout Measurement Date equal to 90% achievement that amounts to Earnout Consideration of $45,000,000. The Generac Share Value for this Earnout Consideration shall be the volume-weighted average closing price of Generac Common Stock on the New York Stock Exchange over a period of twenty trading days ending on January 6, 2023. Within five Business Days after receiving a Company Securityholder distribution spreadsheet from the Securityholder Representative for such payment (that accounts also for any Transaction Expense payable to Bank of America), Purchaser shall cause Generac Holdings to instruct the Exchange Agent to distribute such Earnout Consideration Shares to Company Securityholders and any corresponding cash amount to Bank of America.

generac.com

Generac Power Systems, Inc.
S45 W29290 Hwy. 59
Waukesha, Wisconsin 53189

P (262) 544-4811



Please confirm your agreement with these terms by signing this letter agreement in the space provided below and return an executed copy to my attention. Purchaser and the Securityholder Representative agree that the payment specified herein is in full and final satisfaction of the Earnout Consideration. Except as expressly amended herein, all other terms and conditions of the Agreement shall continue and remain in full force and effect.

                                    Sincerely,


                                    Steve Goran
                                    Chief Strategy Officer
                                    Generac Power Systems, Inc.


Agreed and accepted as of December <u>29</u>, 2022:

SECURITYHOLDER REPRESENTATIVE:

SHAREHOLDER REPRESENTATIVE SERVICES LLC,
solely in its capacity as the Securityholder Representative

By: _____
Name:  Casey McTigue
Title:    Managing Director




Cc: John Pitfield, jpitfield@choate.com

**Exhibit 10.10**
**Execution**

**FIRST AMENDMENT**

FIRST AMENDMENT, dated as of January 31, 2023 (this "Agreement"), to that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, and as further amended and restated as of June 29, 2022 (the "Credit Agreement"), among Generac Acquisition Corp., a Delaware corporation ("Holdings"), Generac Power Systems, Inc., a Wisconsin corporation (the "Borrower"), the several lenders from time to time party thereto (the "Lenders"), JPMorgan Chase Bank, N.A., as administrative agent (in such capacity, the "Administrative Agent") and the other agents and parties party thereto.

W I T N E S S E T H:

WHEREAS, pursuant to the Credit Agreement, the Lenders have agreed to make, and have made, certain loans and other extensions of credit to the Borrower;

WHEREAS, the Borrower and the Administrative Agent have jointly identified an obvious error or error or omission of a technical nature in the Credit Agreement;

WHEREAS, the Borrower has requested that the Administrative Agent enter into this Agreement to effect certain modifications to the Credit Agreement as described herein (the Credit Agreement, as so modified hereby, the "Amended Credit Agreement") in order to correct, amend or cure such obvious error or error or omission of a technical nature; and

WHEREAS, Section 9.08(e)(ii) of the Credit Agreement permits the Borrower and the Administrative Agent to amend the provision of the Credit Agreement containing such obvious error or error or omission of a technical nature without the input or consent of any Lender or the Required Lenders;

WHEREAS, the Borrower and the Administrative Agent are willing to amend the Credit Agreement as set forth herein; and

NOW THEREFORE, in consideration of the premises and mutual covenants hereinafter set forth, the parties hereto agree as follows:

SECTION 1. Definitions. Except as otherwise defined herein, all capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Amended Credit Agreement.

SECTION 2. Amendments to the Credit Agreement. The Credit Agreement is hereby amended, effective as of the Effective Date, as follows:

2.1. Amendment to Section 6.06(m)(ii)(A). Section 6.06(m)(ii)(A) of the Credit Agreement is hereby amended by deleting the amount "$60.0 million" and substituting in lieu thereof the amount "$300.0 million".

2.2 Amendment to Section 6.05(g). Section 6.05(g) of the Credit Agreement is hereby amended by deleting the reference therein to "Section 2.11(b)" and substituting in lieu thereof the reference to "Section 2.11(a)".

2.3 Amendment to Section 6.05(dd). Section 6.05(dd) of the Credit Agreement is hereby amended by deleting the reference therein to "Section 2.11(b)" and substituting in lieu thereof the reference to "Section 2.11(a)".

SECTION 3. <u>Effectiveness</u>. This Agreement shall become effective as of the date (the "<u>Effective Date</u>") on which the Borrower and the Administrative Agent shall have executed and delivered this Agreement.

SECTION 4. <u>[Reserved]</u>.

SECTION 5. <u>Effect of Amendment</u>.

5.1. Except as expressly set forth herein, this Agreement shall not by implication or otherwise limit, impair, constitute a waiver of or otherwise affect the rights and remedies of the Lenders or the Administrative Agent under the Credit Agreement, the Amended Credit Agreement or any other Loan Document, and shall not alter, modify, amend or in any way affect any of the terms, conditions, obligations, covenants or agreements contained in the Credit Agreement or any other provision of the Credit Agreement or of any other Loan Document, all of which are ratified and affirmed in all respects and shall continue in full force and effect. Nothing herein shall be deemed to entitle the Borrower to a consent to, or a waiver, amendment, modification or other change of, any of the terms, conditions, obligations, covenants or agreements contained in the Amended Credit Agreement or any other Loan Document in similar or different circumstances. It is the intent of the parties hereto, and the parties hereto agree, that this Agreement shall not constitute a novation of the Credit Agreement, any other Loan Document or any of the rights, obligations or liabilities thereunder.

5.2. On and after the Effective Date, each reference in the Credit Agreement to "this Agreement", "hereunder", "hereof", "herein", or words of like import, and each reference to the Credit Agreement in any other Loan Document shall be deemed a reference to the Amended Credit Agreement. This Agreement shall constitute a "Loan Document" for all purposes of the Amended Credit Agreement and the other Loan Documents.

SECTION 6. <u>General</u>.

6.1. <u>GOVERNING LAW</u>. THIS AGREEMENT AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK.

6.2. <u>Costs and Expenses</u>. The Borrower agrees to reimburse the Administrative Agent for its reasonable out-of-pocket expenses in connection with the preparation, negotiation and execution of this Agreement, including the reasonable fees, charges and disbursements of counsel for the Administrative Agent in accordance with Section 9.05 of the Amended Credit Agreement.

6.3. <u>Counterparts</u>. This Agreement may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract. Delivery of any executed counterpart of a signature page of this Agreement by telecopy or email transmission shall be effective as delivery of a manually executed counterpart of this Agreement. The words "execution," "signed," "signature," "delivery," and words of like import in or relating to this Agreement shall be deemed to include Electronic Signatures (as defined below), deliveries or the keeping of records in electronic form, each of which shall be of the same legal effect, validity or enforceability as a manually executed signature, physical delivery thereof or the use of a paper-based recordkeeping system, as the case may be. "Electronic Signatures" means any electronic symbol or process attached to, or associated with, any contract or other record and adopted by a person with the intent to sign, authenticate or accept such contract or record.

6.4. <u>Headings</u>. Article and Section headings are used herein are for convenience of reference only, are not part of this Agreement and are not to affect the construction of, or to be taken into consideration in interpreting, this Agreement.

[remainder of page intentionally left blank]

2

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed and delivered by their respective duly authorized officers as of the day and year first above written.

GENERAC POWER SYSTEMS, INC.

By: _____
Name: York A. Ragen
Title: Chief Financial Officer

Signature Page to First Amendment

JPMORGAN CHASE BANK, N.A., as Administrative Agent

By: _____
    Name:
    Title:

Signature Page to First Amendment

**Exhibit 21.1**

**LISTING OF SUBSIDIARIES OF GENERAC HOLDINGS INC.**

| Subsidiaries of the Registrant | State or Other Jurisdiction of Incorporation |
| --- | --- |
| Generac Power Systems, Inc. | Wisconsin, U.S |
| Generac Mobile Products, LLC | Wisconsin, U.S |
| Warehouse Development Group LLC | Wisconsin, U.S. |
| Generac Acquisition Corp. | Delaware, U.S |
| MAC, Inc. | Delaware, U.S |
| CHP Holdings, Inc. | Delaware, U.S. |
| Country Home Products, Inc. | Delaware, U.S. |
| Powermate, LLC | Delaware, U.S |
| Generac Grid Services LLC | Delaware, U.S. |
| Pika Energy, Inc. | Delaware, U.S. |
| Power Management Holdings (U.S.), Inc. | Delaware, U.S. |
| Enbala U.S. Power Inc. | Delaware, U.S. |
| Generac TEP I, LLC | Delaware, U.S. |
| Sunnova TEP V-A, LLC | Delaware, U.S. |
| Tank Utility, Inc. | Delaware, U.S. |
| Energy Systems Holdings Inc. | Delaware, U.S. |
| Generac Power Plan, Inc. | Vermont, U.S. |
| Generac Services, Inc. | Vermont, U.S. |
| Route 22A & 1 Main LLC | Vermont, U.S. |
| MAC Holdings, LLC | North Dakota, U.S |
| PR-NA Industries Inc. | Florida, U.S. |
| Motortech Americas, L.L.C | Louisiana, U.S. |
| East Coast Energy Systems LLC | Massachusetts, U.S. |
| Electronic Environments Co. LLC | Massachusetts, U.S. |
| Energy Systems New York, LLC | New York, U.S. |
| West Coast Energy Systems LLC | California, U.S. |
| ecobee Ltd. | Nevada, U.S. |
| Deep Sea Electronics, Inc. | United States |
| PR Australia PTY Ltd | Australia |
| PR Middle East WLL | Bahrain |
| Generac do Brasil Ltda | Brazil |
| GPR Brazil Equipamentos Ltda | Brazil |
| Neurio Technology ULC | Canada |
| Enbala Power Networks ULC | Canada |
| Enbala Power Networks B.C. ULC | Canada |
| ecobee Technologies ULC | Canada |
| Axcendo Innovation Corporation | Canada |
| Pramac Fu Lee Foshan Power Equipment Ltd | China |
| Motortech Shanghai Co., Ltd. | China |
| Suzhou Generac Power Systems Co., Ltd | China |
| Generac Colombia S.A.S. | Colombia |
| GAM Dominicana SA | Dominican Republic |
| Pramac Europe SAS | France |
| Services & Gestion France Sarl | France |
| Pramac GmbH | Germany |
| Motortech GmbH | Germany |
| Captiva Energy Solutions Pvt. Ltd. | India |
| Deep Sea Electronics India Private Limited | India |
| Generac Mobile Products S.r.l | Italy |
| Generac Holdings Italy S.r.l. | Italy |
| PR Industrial S.r.l. | Italy |
| Generac Mexico Administracion, S.A. de C.V. | Mexico |
| Generac Mexico, S.A. de C.V. | Mexico |
| Selmec Equipos Industriales, S.A. de C.V. | Mexico |
| Generac Servicios Mantenimiento, S.A. de C.V. | Mexico |
| Servicios Administrativos Selmec, S.A. de C.V. | Mexico |
| Generac Hidalgo, S.A. de C.V. | Mexico |
| GMH 2020, S. de R.L. de C.V. | Mexico |
| Pramac Sp. Z.o.o. | Poland |
| Motortech Polska Sp. Z.o.o. | Poland |
| Pramac Generators S.r.l. | Romania |
| Pramac RUS Ltd | Russia |
| Pramac Iberica S.A.U. | Spain |
| PR Middle East Fze | United Arab Emirates |
| Generac UK Acquisition Limited | United Kingdom |
| Generac UK DSE Topco Limited | United Kingdom |
| Generac UK DSE Midco Limited | United Kingdom |
| Generac UK DSE Bidco Limited | United Kingdom |
| Deep Sea Electronics Limited | United Kingdom |
| Generac Holdings UK Limited | United Kingdom |
| Generac Global UK Limited | United Kingdom |

| | |
|---|---|
| Ottomotores Nominees Limited | United Kingdom |
| Generac Mobile Products UK Ltd. | United Kingdom |
| Pramac - Generac UK Ltd. | United Kingdom |
| Pramac Racing Limited | United Kingdom |
| DSE Development Limited | United Kingdom |
| Off Grid Energy Limited | United Kingdom |
| Cocoon Labs Ltd. | United Kingdom |

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

We consent to the incorporation by reference in Registration Statement Nos. 333-164851, 333-183109, 333-197944, and 333-233050 on Form S-8 of our reports dated February 22, 2023, relating to the financial statements of Generac Holdings Inc. and the effectiveness of Generac Holdings Inc.'s internal control over financial reporting appearing in this Annual Report on Form 10-K of Generac Holdings Inc. for the year ended December 31, 2022.

/s/ Deloitte & Touche LLP

Milwaukee, Wisconsin
February 22, 2023

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER PURSUANT TO
SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Aaron Jagdfeld, certify that:

1. I have reviewed this annual report on Form 10-K of Generac Holdings Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):

    a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 22, 2023

/s/ Aaron Jagdfeld

Name:     Aaron Jagdfeld
Title:     *Chairman, President and Chief Executive Officer*

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER PURSUANT TO
SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, York A. Ragen, certify that:

1.  I have reviewed this annual report on Form 10-K of Generac Holdings Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a.  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c.  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d.  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's Board of Directors (or persons performing the equivalent functions):

    a.  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b.  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 22, 2023

/s/ York A. Ragen
Name:      York A. Ragen
Title:         *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED
BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Executive Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to his knowledge:

1. the Company's annual report on Form 10-K for the fiscal year ended December 31, 2022 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2. the information contained in the Company's annual report on Form 10-K for the fiscal year ended December 31, 2022 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 22, 2023

/s/ Aaron Jagdfeld

Name:     Aaron Jagdfeld
Title:      *Chairman, President and Chief Executive Officer*

**Exhibit 32.2**

**CERTIFICATION OF THE CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED
BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Financial Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to his knowledge:

1.  the Company's annual report on Form 10-K for the fiscal year ended December 31, 2022 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2.  the information contained in the Company's annual report on Form 10-K for the fiscal year ended December 31, 2022 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: February 22, 2023

| | |
|---|---|
| /s/ York A. Ragen | |
| Name: | York A. Ragen |
| Title: | *Chief Financial Officer* |

# EXHIBIT 8

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

**FORM 10-Q**

(Mark One)

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2021**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

**Commission File Number 001-34627**

# GENERAC HOLDINGS INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **20-5654756** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **S45 W29290 Hwy 59, Waukesha, WI** | **53189** |
| (Address of principal executive offices) | (Zip Code) |

**(262) 544-4811**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.01 par value** | **GNRC** | **New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☑ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

As of July 29, 2021, there were 63,120,689 shares of registrant's common stock outstanding.

**GENERAC HOLDINGS INC.**
**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| | **PART I. FINANCIAL INFORMATION** | |
| Item 1. | Condensed Consolidated Financial Statements (Unaudited) | |
| | Condensed Consolidated Balance Sheets as of June 30, 2021 and December 31, 2020 | 1 |
| | Condensed Consolidated Statements of Comprehensive Income for the Three and Six Months Ended June 30, 2021 and 2020 | 2 |
| | Condensed Consolidated Statements of Stockholders' Equity for the Three and Six Months Ended June 30, 2021 and 2020 | 3 |
| | Condensed Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2021 and 2020 | 5 |
| | Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 29 |
| Item 4. | Controls and Procedures | 29 |
| | **PART II. OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 29 |
| Item 1A. | Risk Factors | 29 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 30 |
| Item 6. | Exhibits | 30 |
| | Signatures | 31 |

**PART I. FINANCIAL INFORMATION**

**PART I. FINANCIAL INFORMATION**
**Item 1.      Financial Statements**

Generac Holdings Inc.

Condensed Consolidated Balance Sheets

*(U.S. Dollars in Thousands, Except Share and Per Share Data)*
(Unaudited)

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 390,086 | $ 655,128 |
| Accounts receivable, less allowance for credit losses | 480,889 | 374,906 |
| Inventories | 772,861 | 603,317 |
| Prepaid expenses and other assets | 48,697 | 36,382 |
| Total current assets | 1,692,533 | 1,669,733 |
| | | |
| Property and equipment, net | 392,518 | 343,936 |
| | | |
| Customer lists, net | 158,720 | 49,205 |
| Patents and technology, net | 97,536 | 86,727 |
| Other intangible assets, net | 10,295 | 9,932 |
| Tradenames, net | 172,982 | 146,159 |
| Goodwill | 1,109,908 | 855,228 |
| Deferred income taxes | 2,246 | 1,497 |
| Operating lease and other assets | 70,188 | 73,006 |
| Total assets | $ 3,706,926 | $ 3,235,423 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Short-term borrowings | $ 23,760 | $ 39,282 |
| Accounts payable | 526,375 | 330,247 |
| Accrued wages and employee benefits | 67,494 | 63,036 |
| Other accrued liabilities | 214,387 | 204,812 |
| Current portion of long-term borrowings and finance lease obligations | 4,233 | 4,147 |
| Total current liabilities | 836,249 | 641,524 |
| | | |
| Long-term borrowings and finance lease obligations | 842,607 | 841,764 |
| Deferred income taxes | 158,522 | 115,769 |
| Operating lease and other long-term liabilities | 176,365 | 179,955 |
| Total liabilities | 2,013,743 | 1,779,012 |
| | | |
| Redeemable noncontrolling interests | 37,245 | 66,207 |
| | | |
| Stockholders' equity: | | |
| Common stock, par value $0.01, 500,000,000 shares authorized, 72,252,980 and 72,024,329 shares issued at June 30, 2021 and December 31, 2020, respectively | 723 | 721 |
| Additional paid-in capital | 542,893 | 525,541 |
| Treasury stock, at cost | (358,481) | (332,164) |
| Excess purchase price over predecessor basis | (202,116) | (202,116) |
| Retained earnings | 1,710,464 | 1,432,565 |
| Accumulated other comprehensive loss | (37,583) | (34,254) |
| Stockholders' equity attributable to Generac Holdings Inc. | 1,655,900 | 1,390,293 |
| Noncontrolling interests | 38 | (89) |
| Total stockholders' equity | 1,655,938 | 1,390,204 |
| Total liabilities and stockholders' equity | $ 3,706,926 | $ 3,235,423 |

*See notes to condensed consolidated financial statements.*

1

Generac Holdings Inc.

Condensed Consolidated Statements of Comprehensive Income

*(U.S. Dollars in Thousands, Except Share and Per Share Data)*
(Unaudited)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | ---: | ---: | ---: | ---: |
| | **2021** | **2020** | **2021** | **2020** |
| Net sales | $ 919,981 | $ 546,848 | $ 1,727,415 | $ 1,022,763 |
| Costs of goods sold | 580,246 | 337,865 | 1,065,866 | 641,460 |
| Gross profit | 339,735 | 208,983 | 661,549 | 381,303 |
| | | | | |
| Operating expenses: | | | | |
| Selling and service | 78,777 | 62,526 | 147,201 | 117,665 |
| Research and development | 25,344 | 19,455 | 47,732 | 38,104 |
| General and administrative | 41,610 | 29,782 | 74,509 | 57,671 |
| Amortization of intangibles | 11,052 | 7,667 | 20,031 | 15,448 |
| Total operating expenses | 156,783 | 119,430 | 289,473 | 228,888 |
| Income from operations | 182,952 | 89,553 | 372,076 | 152,415 |
| | | | | |
| Other (expense) income: | | | | |
| Interest expense | (7,721) | (7,932) | (15,444) | (16,985) |
| Investment income | 244 | 660 | 847 | 1,620 |
| Loss on extinguishment of debt | (831) | – | (831) | – |
| Other, net | (373) | (216) | 2,936 | (2,130) |
| Total other expense, net | (8,681) | (7,488) | (12,492) | (17,495) |
| | | | | |
| Income before provision for income taxes | 174,271 | 82,065 | 359,584 | 134,920 |
| Provision for income taxes | 46,362 | 18,473 | 81,730 | 27,917 |
| Net income | 127,909 | 63,592 | 277,854 | 107,003 |
| Net income (loss) attributable to noncontrolling interests | 873 | (2,553) | 1,825 | (3,602) |
| Net income attributable to Generac Holdings Inc. | $ 127,036 | $ 66,145 | $ 276,029 | $ 110,605 |
| | | | | |
| Net income attributable to Generac Holdings Inc. per common share - basic: | $ 2.06 | $ 1.04 | $ 4.44 | $ 1.73 |
| Weighted average common shares outstanding - basic: | 62,605,166 | 62,267,083 | 62,533,725 | 62,190,438 |
| | | | | |
| Net income attributable to Generac Holdings Inc. per common share - diluted: | $ 2.01 | $ 1.02 | $ 4.34 | $ 1.70 |
| Weighted average common shares outstanding - diluted: | 64,088,709 | 63,364,253 | 64,097,378 | 63,363,721 |
| | | | | |
| Comprehensive income attributable to Generac Holdings Inc. | $ 119,246 | $ 66,758 | $ 273,062 | $ 63,660 |

*See notes to condensed consolidated financial statements.*

2

# Generac Holdings Inc.

Condensed Consolidated Statements of Stockholders' Equity

*(U.S. Dollars in Thousands, Except Share Data)*
(Unaudited)

| | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Excess Purchase Price Over Predecessor Basis | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount | | | | | | |
| **Balance at April 1, 2021** | 72,205,746 | $ 723 | $ 534,303 | (9,251,818) | $(358,362) | $ (202,116) | $ 1,581,681 | $ (31,499) | $ 1,524,730 | $ (161) | $ 1,524,569 |
| Unrealized loss on interest rate swaps, net of tax of ($930) | – | – | – | – | – | – | – | (2,752) | (2,752) | – | (2,752) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (3,332) | (3,332) | (2) | (3,334) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 47,234 | – | 1,617 | – | – | – | – | – | 1,617 | – | 1,617 |
| Net share settlement of restricted stock awards | – | – | – | (279) | (119) | – | – | – | (119) | – | (119) |
| Share-based compensation | – | – | 6,973 | – | – | – | – | – | 6,973 | – | 6,973 |
| Redemption value adjustment | – | – | – | – | – | – | 1,747 | – | 1,747 | – | 1,747 |
| Net income | – | – | – | – | – | – | 127,036 | – | 127,036 | 201 | 127,237 |
| | | | | | | | | | | | |
| **Balance at June 30, 2021** | 72,252,980 | $ 723 | $ 542,893 | (9,252,097) | $(358,481) | $ (202,116) | $ 1,710,464 | $ (37,583) | $ 1,655,900 | $ 38 | $ 1,655,938 |

| | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Excess Purchase Price Over Predecessor Basis | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount | | | | | | |
| **Balance at January 1, 2021** | 72,024,329 | $ 721 | $ 525,541 | (9,173,731) | $(332,164) | $ (202,116) | $ 1,432,565 | $ (34,254) | $ 1,390,293 | $ (89) | $ 1,390,204 |
| Unrealized gain on interest rate swaps, net of tax of $4,136 | – | – | – | – | – | – | – | 12,243 | 12,243 | – | 12,243 |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (15,572) | (15,572) | (5) | (15,577) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 228,651 | 2 | 4,931 | – | – | – | – | – | 4,933 | – | 4,933 |
| Net share settlement of restricted stock awards | – | – | – | (78,366) | (26,317) | – | – | – | (26,317) | – | (26,317) |
| Share-based compensation | – | – | 12,421 | – | – | – | – | – | 12,421 | – | 12,421 |
| Redemption value adjustment | – | – | – | – | – | – | 1,870 | – | 1,870 | – | 1,870 |
| Net income | – | – | – | – | – | – | 276,029 | – | 276,029 | 132 | 276,161 |
| | | | | | | | | | | | |
| **Balance at June 30, 2021** | 72,252,980 | $ 723 | $ 542,893 | (9,252,097) | $(358,481) | $ (202,116) | $ 1,710,464 | $ (37,583) | $ 1,655,900 | $ 38 | $ 1,655,938 |

*See notes to condensed consolidated financial statements.*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 367 of 650    Document 49

# Generac Holdings Inc.
## Condensed Consolidated Statements of Stockholders' Equity
*(U.S. Dollars in Thousands, Except Share Data)*
(Unaudited)

**Generac Holdings Inc.**

| | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Treasury Stock Shares | Treasury Stock Amount | Excess Purchase Price Over Predecessor Basis | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance at April 1, 2020 | 71,844,675 | $ 719 | $ 504,195 | (9,169,894) | $ (331,386) | $ (202,116) | $ 1,126,174 | $ (73,944) | $ 1,023,642 | $ 45 | $ 1,023,687 |
| Unrealized loss on interest rate swaps, net of tax of ($1,215) | – | – | – | – | – | – | – | (3,596) | (3,596) | – | (3,596) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | 5,014 | 5,014 | 2 | 5,016 |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 115,392 | 1 | 2,723 | – | – | – | – | – | 2,724 | – | 2,724 |
| Net share settlement of restricted stock awards | – | – | – | (268) | (29) | – | – | – | (29) | – | (29) |
| Share-based compensation | – | – | 5,400 | – | – | – | – | – | 5,400 | – | 5,400 |
| Redemption value adjustment | – | – | – | – | – | – | (1,570) | – | (1,570) | – | (1,570) |
| Net income | – | – | – | – | – | – | 66,145 | – | 66,145 | (502) | 65,643 |
| Balance at June 30, 2020 | 71,960,067 | $ 720 | $ 512,318 | (9,170,162) | $ (331,415) | $ (202,116) | $ 1,190,749 | $ (72,526) | $ 1,097,730 | $ (455) | $ 1,097,275 |

**Generac Holdings Inc.**

| | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Treasury Stock Shares | Treasury Stock Amount | Excess Purchase Price Over Predecessor Basis | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity | Noncontrolling Interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance at January 1, 2020 | 71,667,726 | $ 717 | $ 498,866 | (9,103,013) | $ (324,551) | $ (202,116) | $ 1,084,383 | $ (24,917) | $ 1,032,382 | $ 469 | $ 1,032,851 |
| Accounting standard adoption impact | – | – | – | – | – | – | (1,147) | – | (1,147) | – | (1,147) |
| Unrealized loss on interest rate swaps, net of tax of ($6,556) | – | – | – | – | – | – | – | (19,409) | (19,409) | – | (19,409) |
| Foreign currency translation adjustment | – | – | – | – | – | – | – | (28,200) | (28,200) | (2) | (28,202) |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 292,341 | 3 | 3,478 | – | – | – | – | – | 3,481 | – | 3,481 |
| Net share settlement of restricted stock awards | – | – | – | (67,149) | (6,864) | – | – | – | (6,864) | – | (6,864) |
| Share-based compensation | – | – | 9,974 | – | – | – | – | – | 9,974 | – | 9,974 |
| Redemption value adjustment | – | – | – | – | – | – | (3,092) | – | (3,092) | – | (3,092) |
| Net income | – | – | – | – | – | – | 110,605 | – | 110,605 | (922) | 109,683 |
| Balance at June 30, 2020 | 71,960,067 | $ 720 | $ 512,318 | (9,170,162) | $ (331,415) | $ (202,116) | $ 1,190,749 | $ (72,526) | $ 1,097,730 | $ (455) | $ 1,097,275 |

*See notes to condensed consolidated financial statements.*

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 368 of 650   Document 49

## Generac Holdings Inc.

Condensed Consolidated Statements of Cash Flows

*(U.S. Dollars in Thousands)*
(Unaudited)

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **Operating activities** | | |
| Net income | $ 277,854 | $ 107,003 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation | 19,435 | 17,471 |
| Amortization of intangible assets | 20,031 | 15,448 |
| Amortization of original issue discount and deferred financing costs | 1,295 | 1,286 |
| Loss on extinguishment of debt | 831 | – |
| Deferred income taxes | 7,003 | 8,029 |
| Share-based compensation expense | 12,421 | 9,974 |
| Loss (gain) on disposal of assets | (3,978) | – |
| Other, net | (142) | 8,906 |
| Net changes in operating assets and liabilities, net of acquisitions: | | |
| Accounts receivable | (96,846) | (19,021) |
| Inventories | (163,820) | (35,316) |
| Other assets | (4,172) | (1,220) |
| Accounts payable | 186,041 | (22,987) |
| Accrued wages and employee benefits | 2,537 | (3,604) |
| Other accrued liabilities | 38,028 | 31,851 |
| Excess tax benefits from equity awards | (21,525) | (4,706) |
| Net cash provided by operating activities | 274,993 | 113,114 |
| | | |
| **Investing activities** | | |
| Proceeds from sale of property and equipment | 74 | 12 |
| Proceeds from sale of investment | 4,902 | – |
| Proceeds from beneficial interests in securitization transactions | 1,363 | 1,324 |
| Contribution to equity method investment | (216) | – |
| Expenditures for property and equipment | (54,222) | (26,332) |
| Acquisition of business, net of cash acquired | (419,017) | – |
| Net cash used in investing activities | (467,116) | (24,996) |
| | | |
| **Financing activities** | | |
| Proceeds from short-term borrowings | 57,589 | 122,489 |
| Proceeds from long-term borrowings | 50,000 | 81 |
| Repayments of short-term borrowings | (73,675) | (125,745) |
| Repayments of long-term borrowings and finance lease obligations | (53,095) | (2,460) |
| Payment of contingent acquisition consideration | (3,750) | (4,000) |
| Payment of debt issuance costs | (1,185) | – |
| Purchase of additional ownership interest | (27,164) | – |
| Taxes paid related to equity awards | (39,967) | (10,951) |
| Proceeds from exercise of stock options | 18,567 | 7,570 |
| Net cash used in financing activities | (72,680) | (13,016) |
| | | |
| Effect of exchange rate changes on cash and cash equivalents | (239) | (1,251) |
| | | |
| Net (decrease) increase in cash and cash equivalents | (265,042) | 73,851 |
| Cash and cash equivalents at beginning of period | 655,128 | 322,883 |
| Cash and cash equivalents at end of period | $ 390,086 | $ 396,734 |

*See notes to condensed consolidated financial statements.*

5

**Generac Holdings Inc.**
**Notes to Condensed Consolidated Financial Statements**
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*
**(Unaudited)**

### 1. Description of Business and Basis of Presentation

Founded in 1959, Generac Holdings Inc. (the Company) is a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, commercial and industrial markets. Generac's power products and solutions are available globally through a broad network of independent dealers, distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies, as well as sold direct to certain end user customers.

Over the years, the Company has executed a number of acquisitions that support its strategic plan (as discussed in Item 1 of the Annual Report on Form 10-K for the year ended December 31, 2020). A summary of acquisitions affecting the reporting periods presented include:

- In July 2020, the Company acquired West Coast Energy Systems LLC (Energy Systems), its industrial distributor in northern California. This addition enhances the Company's ability to serve the west coast markets for both commercial & industrial (C&I) and residential products.
- In September 2020, the Company acquired Mean Green Products, LLC (Mean Green), founded in 2009 and located in Ross, Ohio. Mean Green is a designer and manufacturer of commercial grade, battery-powered turf care products that provide quiet, zero emissions and reduced maintenance options as compared to traditional commercial mowers.
- In October 2020, the Company acquired Enbala Power Networks Inc. (Enbala), founded in 2003 and headquartered in Denver, Colorado. Enbala is one of the leading providers of distributed energy optimization and control software that helps support the operational stability of the world's power grids.
- In June 2021, the Company acquired Deep Sea Electronics Limited (Deep Sea), founded in 1975 and headquartered in Hunmanby, United Kingdom. Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions, focused on the global power generation and transfer switch space.

The condensed consolidated financial statements include the accounts of the Company and its subsidiaries that are consolidated in conformity with U.S. generally accepted accounting principles (GAAP). All intercompany amounts and transactions have been eliminated in consolidation.

The condensed consolidated balance sheet as of June 30, 2021, the condensed consolidated statements of comprehensive income for the three and six months ended June 30, 2021 and 2020, the condensed consolidated statements of stockholders' equity for the three and six months ended June 30, 2021 and 2020, and the condensed consolidated statements of cash flows for the six months ended June 30, 2021 and 2020 have been prepared by the Company and have not been audited. In the opinion of management, all adjustments (which include only normal recurring adjustments except where disclosed) necessary for the fair presentation of the financial position, results of operation, and cash flows have been made. The results of operations for any interim period are not necessarily indicative of the results to be expected for the full year.

The preparation of the condensed consolidated financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the condensed consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Certain information and footnote disclosures normally included in consolidated financial statements prepared in accordance with GAAP have been condensed or omitted. These condensed consolidated financial statements should be read in conjunction with the consolidated financial statements and notes thereto included in the Annual Report on Form 10-K for the year ended December 31, 2020.

*New Accounting Pronouncements*

Changes to GAAP are established by the Financial Accounting Standards Board (FASB) in the form of accounting standard updates (ASUs) to the FASB Accounting Standards Codification (ASC). ASUs issued were assessed and have already been adopted in a prior period or determined to be either not applicable or are not expected to have a material impact on the Company's consolidated financial statements.

2.  **Acquisitions**

*Fiscal 2021*

On June 1, 2021, the Company acquired Deep Sea for a purchase price, net of cash acquired, of $420,700. Headquartered in Hunmanby, United Kingdom, Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions, focused on the global power generation and transfer switch space. The acquisition purchase price was funded solely through cash on hand.

The Company recorded its preliminary purchase price allocation during the second quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $437,120 of intangible assets, including $264,975 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Deep Sea from the date of acquisition through June 30, 2021. Pro forma financial information is not presented as the effects of this acquisition are not material to the Company's results of operations or financial position prior to the acquisition date.

*Fiscal 2020*

**Acquisition of Enbala**

On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, of $41,982. The acquisition purchase price was funded solely through cash on hand.

The Company recorded its preliminary purchase price allocation during the fourth quarter of 2020, and was updated in the second quarter of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $46,645 of intangible assets, including $27,345 of goodwill recorded in the Domestic segment, as of the acquisition date. A portion of the goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Enbala from the date of acquisition through June 30, 2021. Pro forma financial information is not presented as the effects of this acquisition or the combined acquisitions are not material to the Company's results of operations or financial position prior to the acquisition dates.

**Other Acquisitions**

In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

The combined purchase price for these two acquisitions was $20,905 and was funded solely through cash on hand. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition through June 30, 2021. Pro forma financial information is not presented for these acquisitions as the effects of the acquisitions individually and in the aggregate are not material to the Company's results of operations or financial position prior to the acquisition dates.

**Summary Purchase Price Allocations**

The fair values assigned to certain assets acquired and liabilities assumed, as of the acquisition dates, are as follows for the 2021 and 2020 acquisitions:

| | 2021 Acquisition | 2020 Acquisitions |
|---|---|---|
| Accounts receivable | $ 9,574 | $ 5,094 |
| Inventories | 7,572 | 3,575 |
| Prepaid expenses and other assets | 826 | 858 |
| Property and equipment | 8,838 | 635 |
| Intangible assets | 172,145 | 26,235 |
| Goodwill | 264,975 | 40,842 |
| Other assets | 3,505 | 1,122 |
| Total assets acquired | 467,435 | 78,361 |
| | | |
| Accounts payable | 8,254 | 4,088 |
| Accrued wages and employee benefits | 2,106 | 700 |
| Other accrued liabilities | 3,688 | 2,151 |
| Deferred income tax liabilities | 32,545 | 4,134 |
| Other long-term liabilities | 142 | 4,401 |
| Net assets acquired | $ 420,700 | $ 62,887 |

The allocation of the purchase price to identifiable assets for these acquisitions are based on the preliminary valuations performed to determine the fair value of the net assets as of their respective acquisition dates. The measurement period for the valuation of net assets acquired ends as soon as information on the facts and circumstances that existed as of the acquisition dates becomes available, but not to exceed 12 months following the acquisition date. Adjustments in purchase price allocations may require a change in the amounts allocated to net assets acquired during the periods in which the adjustments are determined. The Company does not expect any material changes to the preliminary purchase price allocations summarized above for acquisitions completed during 2020.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 372 of 650    Document 49

### 3. Redeemable Noncontrolling Interest

On March 1, 2016, the Company acquired a 65% ownership interest in PR Industrial S.r.l. and its subsidiaries (Pramac). The 35% noncontrolling interest in Pramac had an acquisition date fair value of $34,253, and was recorded as a redeemable noncontrolling interest in the condensed consolidated balance sheet, as the noncontrolling interest holder had within its control the right to require the Company to redeem its interest in Pramac. In February 2019, the Company amended its agreement with the noncontrolling interest holder of Pramac, extending the agreement by five years, allowing the Company to exercise its call option rights in partial increments at certain times during the five year period, and providing that the noncontrolling interest holder no longer holds the right to put its shares to the Company until April 1, 2021. The put and call option price is based on a multiple of earnings, subject to a floor and the terms of the acquisition agreement, as amended. In May 2021, the Company exercised its call option rights and paid a purchase price of $27,164 to purchase an additional 15% ownership interest in Pramac, bringing the Company's total ownership interest in Pramac to 80%. The Company still holds its call option right to purchase the remaining 20% ownership interest in partial increments over the next 3 years.

On February 1, 2019, the Company acquired a 51% ownership interest in Captiva. The 49% noncontrolling interest in Captiva had an acquisition date fair value of $3,165, and was recorded as a redeemable noncontrolling interest in the condensed consolidated balance sheet, as the noncontrolling interest holder had within its control the right to require the Company to redeem its interest in Captiva. The noncontrolling interest holder has a put option to sell his interest to the Company any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. Further, the Company has a call option that it may redeem any time after five years from the date of acquisition, or earlier upon the occurrence of certain circumstances. The put and call option price is based on a multiple of earnings, subject to the terms of the acquisition.

For both transactions, the redeemable noncontrolling interest is recorded at the greater of the initial fair value, increased or decreased for the noncontrolling interests' share of comprehensive income (loss), or the estimated redemption value, with any adjustments to the redemption value impacting retained earnings, but not net income. However, the redemption value adjustments are reflected in the earnings per share calculation, as detailed in Note 13, "Earnings Per Share," to the condensed consolidated financial statements. The following table presents the changes in the redeemable noncontrolling interest:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2021 | | 2020 | |
| Balance at beginning of period | $ | 63,254 | $ | 59,904 | $ | 66,207 | $ | 61,227 |
| Net income | | 672 | | (2,052) | | 1,693 | | (2,681) |
| Foreign currency translation | | 2,230 | | 1,597 | | (1,621) | | (619) |
| Purchase of additional ownership interest | | (27,164) | | - | | (27,164) | | - |
| Redemption value adjustment | | (1,747) | | 1,570 | | (1,870) | | 3,092 |
| Balance at end of period | $ | 37,245 | $ | 61,019 | $ | 37,245 | $ | 61,019 |

### 4. Derivative Instruments and Hedging Activities

The Company records all derivatives in accordance with ASC 815, *Derivatives and Hedging*, which requires derivative instruments to be reported on the condensed consolidated balance sheets at fair value and establishes criteria for designation and effectiveness of hedging relationships. The Company is exposed to market risk such as changes in commodity prices, foreign currencies and interest rates. The Company does not hold or issue derivative financial instruments for trading purposes.

The Company periodically utilizes commodity derivatives and foreign currency forward purchase and sales contracts in the normal course of business. Because these contracts do not qualify for hedge accounting, the related gains and losses are recorded in the Company's condensed consolidated statements of comprehensive income. These gains and losses are not material to the Company's condensed consolidated financial statements.

#### *Interest Rate Swaps*

In 2017, the Company entered into twenty interest rate swap agreements, twelve of which were still outstanding as of June 30, 2021. In December 2019, in conjunction with the amendment to its term loan, the Company amended those interest rate swaps to remove the LIBOR floor, which also resulted in minor reductions to the future dated swap fixed rates. In March 2020, the Company entered into three additional interest rate swap agreements, bringing the total outstanding interest rate swaps to fifteen as of June 30, 2021. The Company formally documented all relationships between interest rate hedging instruments and the related hedged items, as well as its risk-management objectives and strategies for undertaking various hedge transactions. These interest rate swap agreements qualify as cash flow hedges and therefore, the effective portions of their gains or losses are reported as a component of accumulated other comprehensive loss (AOCL) in the condensed consolidated balance sheets. The amount of gains and losses, net of tax, recognized for the three and six months ended June 30, 2021 were $(2,752) and $12,243, respectively. The amount of losses, net of tax, recognized for the three and six months ended June 30, 2020 were $(3,596) and $(19,409), respectively. The cash flows of the swaps are recognized as adjustments to interest expense each period. The ineffective portions of the derivatives' changes in fair value, if any, are immediately recognized in earnings.

#### *Fair Value*

The following table presents the fair value of all of the Company's derivatives:

| | June 30, 2021 | December 31, 2020 |
| --- | --- | --- |

| | | | |
|---|---|---:|---:|
| Commodity contracts | $ | 369 | $ 1,386 |
| Foreign currency contracts | | 21 | (154) |
| Interest rate swaps | | (13,158) | (29,536) |

The fair values of the commodity contracts and foreign currency contracts are included in prepaid expenses and other current assets, and the fair value of the interest rate swaps is included in other accrued liabilities and other long-term liabilities in the condensed consolidated balance sheets as of June 30, 2021. The fair value of the commodity contracts is included in prepaid expenses and other current assets, and the fair values of the foreign currency contracts and interest rate swaps are included in other accrued liabilities and other long-term liabilities, respectively, in the condensed consolidated balance sheets as of December 31, 2020. Excluding the impact of credit risk, the fair value of the derivative contracts as of June 30, 2021 and December 31, 2020 is a liability of $12,983 and $28,667, respectively, which represents the amount the Company would pay to exit all of the agreements on those dates.

**5. Fair Value Measurements**

ASC 820-10, *Fair Value Measurement*, defines fair value, establishes a consistent framework for measuring fair value, and expands disclosure for each major asset and liability category measured at fair value on either a recurring basis or nonrecurring basis. ASC 820-10 clarifies that fair value is an exit price, representing the amount that would be received in the sale of an asset or paid to transfer a liability in an orderly transaction between market participants. As such, fair value is a market-based measurement that should be determined based on assumptions that market participants would use in pricing an asset or liability. As a basis for considering such assumptions, the pronouncement establishes a three-tier fair value hierarchy, which prioritizes the inputs used in measuring fair value as follows: (Level 1) observable inputs such as quoted prices in active markets; (Level 2) inputs, other than quoted prices in active markets, that are observable either directly or indirectly; and (Level 3) unobservable inputs in which there is little or no market data, which require the reporting entity to develop its own assumptions.

The Company believes the carrying amount of its financial instruments (cash and cash equivalents, accounts receivable, accounts payable, accrued liabilities, short-term borrowings and ABL facility borrowings), excluding Term Loan borrowings, approximates the fair value of these instruments based upon their short-term nature. The fair value of Term Loan borrowings, which have an aggregate carrying value of $766,977, was approximately $781,950 (Level 2) at June 30, 2021, as calculated based on independent valuations whose inputs and significant value drivers are observable.

For the fair value of the derivatives measured on a recurring basis, refer to the fair value table in Note 4, "Derivative Instruments and Hedging Activities," to the condensed consolidated financial statements. The fair value of all derivative contracts is classified as Level 2. The valuation techniques used to measure the fair value of derivative contracts, all of which have counterparties with high credit ratings, were based on quoted market prices or model driven valuations using significant inputs derived from or corroborated by observable market data. The fair value of derivative contracts above considers the Company's credit risk in accordance with ASC 820-10.

**6. Accumulated Other Comprehensive Loss**

The following presents a tabular disclosure of changes in AOCL during the three and six months ended June 30, 2021 and 2020, net of tax:

| | Foreign Currency Translation Adjustments | | Unrealized Gain (Loss) on Cash Flow Hedges | | Total | |
|---|---|---|---|---|---|---|
| Beginning Balance – April 1, 2021 | $ | (23,914) | $ | (7,585) | $ | (31,499) |
| Other comprehensive income (loss) before reclassifications | | (3,332) | | (2,752) (1) | | (6,084) |
| Amounts reclassified from AOCL | | - | | - | | - |
| Net current-period other comprehensive income (loss) | | (3,332) | | (2,752) | | (6,084) |
| Ending Balance – June 30, 2021 | $ | (27,246) | $ | (10,337) | $ | (37,583) |
| | | | | | | |
| Beginning Balance – April 1, 2020 | $ | (49,836) | $ | (24,108) | $ | (73,944) |
| Other comprehensive income (loss) before reclassifications | | 5,014 | | (3,596) (2) | | 1,418 |
| Amounts reclassified from AOCL | | - | | - | | - |
| Net current-period other comprehensive income (loss) | | 5,014 | | (3,596) | | 1,418 |
| Ending Balance – June 30, 2020 | $ | (44,822) | $ | (27,704) | $ | (72,526) |
| | | | | | | |
| Beginning Balance – January 1, 2021 | $ | (11,674) | $ | (22,580) | $ | (34,254) |
| Other comprehensive income (loss) before reclassifications | | (15,572) (3) | | 12,243 (4) | | (3,329) |
| Amounts reclassified from AOCL | | - | | - | | - |
| Net current-period other comprehensive loss | | (15,572) | | 12,243 | | (3,329) |
| Ending Balance – June 30, 2021 | $ | (27,246) | $ | (10,337) | $ | (37,583) |
| | | | | | | |
| Beginning Balance – January 1, 2020 | $ | (16,622) | $ | (8,295) | $ | (24,917) |
| Other comprehensive income (loss) before reclassifications | | (28,200) (5) | | (19,409) (6) | | (47,609) |
| Amounts reclassified from AOCL | | - | | - | | - |
| Net current-period other comprehensive income (loss) | | (28,200) | | (19,409) | | (47,609) |
| Ending Balance – June 30, 2020 | $ | (44,822) | $ | (27,704) | $ | (72,526) |

(1) Represents unrealized losses of $(3,682) on the interest rate swaps, net of tax effect of $930 for the three months ended June 30, 2021.
(2) Represents unrealized losses of $(4,811) on the interest rate swaps, net of tax effect of $1,215 for the three months ended June 30, 2020.
(3) Represents unfavorable impact from the strengthening of the U.S. dollar against foreign currencies during the six months ended June 30, 2021, particularly the Euro and British Pound.
(4) Represents unrealized gains of $16,379 on the interest rate swaps, net of tax effect of $(4,136) for the six months ended June 30, 2021.
(5) Represents unfavorable impact from the strengthening of the U.S. dollar against foreign currencies during the six months ended June 30, 2020, particularly the Mexican Peso, Euro, Brazilian Real, and Russian Ruble.
(6) Represents unrealized losses of $(25,965) on the interest rate swaps, net of tax effect of $6,556 for the six months ended June 30, 2020.



**7. Segment Reporting**

The Company has two reportable segments for financial reporting purposes – Domestic and International. The Domestic segment includes the legacy Generac business (excluding its traditional Latin American export operations), and the acquisitions that are based in the U.S. and Canada, all of which have revenues substantially derived from the U.S. and Canada. The International segment includes the legacy Generac business' Latin American export operations, and the Ottomotores, Tower Light, Pramac, Motortech, Selmec, and Deep Sea acquisitions, all of which have revenues substantially derived from outside the U.S. and Canada. Both reportable segments design and manufacture a wide range of energy technology solutions and other power products. The Company has multiple operating segments, which it aggregates into the two reportable segments, based on materially similar economic characteristics, products, production processes, classes of customers, distribution methods and regional considerations.

The Company's product offerings consist primarily of power generation equipment, energy storage systems, and other power products geared for varying end customer uses. Residential products and C&I products are each a similar class of products based on similar power output and end customer. The breakout of net sales between residential, C&I, and other products by reportable segment is as follows:

| | Net Sales by Segment | | |
| | Three Months Ended June 30, 2021 | | |
| Product Classes | Domestic | International | Total |
| --- | --- | --- | --- |
| Residential products | $ 583,341 | $ 16,650 | $ 599,991 |
| Commercial & industrial products | 143,654 | 110,641 | 254,295 |
| Other | 57,151 | 8,544 | 65,695 |
| Total net sales | $ 784,146 | $ 135,835 | $ 919,981 |

| | Three Months Ended June 30, 2020 | | |
| Product Classes | Domestic | International | Total |
| --- | --- | --- | --- |
| Residential products | $ 327,857 | $ 13,495 | $ 341,352 |
| Commercial & industrial products | 90,339 | 64,551 | 154,890 |
| Other | 42,578 | 8,028 | 50,606 |
| Total net sales | $ 460,774 | $ 86,074 | $ 546,848 |

| | Net Sales by Segment | | |
| | Six Months Ended June 30, 2021 | | |
| Product Classes | Domestic | International | Total |
| --- | --- | --- | --- |
| Residential products | $ 1,105,556 | $ 36,584 | $ 1,142,140 |
| Commercial & industrial products | 261,533 | 195,153 | 456,686 |
| Other | 109,795 | 18,794 | 128,589 |
| Total net sales | $ 1,476,884 | $ 250,531 | $ 1,727,415 |

| | Six Months Ended June 30, 2020 | | |
| Product Classes | Domestic | International | Total |
| --- | --- | --- | --- |
| Residential products | $ 571,686 | $ 27,285 | $ 598,971 |
| Commercial & industrial products | 186,167 | 140,790 | 326,957 |
| Other | 78,951 | 17,884 | 96,835 |
| Total net sales | $ 836,804 | $ 185,959 | $ 1,022,763 |

Residential products consist primarily of automatic home standby generators ranging in output from 7.5kW to 150kW, portable generators, energy storage and monitoring solutions, and other outdoor power equipment. These products are predominantly sold through independent residential dealers, national and regional retailers, e-commerce merchants, electrical/HVAC/solar wholesalers, solar installers, and outdoor power equipment dealers. The residential products revenue consists of the sale of the product to our distribution partners, who in turn sell or rent the product to the end consumer, including installation and maintenance services. In some cases, residential products are sold direct to the end consumer. Substantially all of the residential products revenues are transferred to the customer at a point in time.

C&I products consist of larger output stationary generators and controls used in C&I applications with power outputs up to 3,250kW. Also included in C&I products are mobile generators, light towers, mobile heaters and mobile pumps. These products are sold globally through industrial distributors and dealers, equipment rental companies and equipment distributors. The C&I products revenue consists of the sale of the product to our distribution partners, who in turn sell or rent the product to the end customer, including installation and maintenance services. In some cases, C&I products are sold direct to the end customer. Substantially all of the C&I products revenues are transferred to the customer at a point in time.

Other consists primarily of aftermarket service parts and product accessories sold to our dealers, the amortization of extended warranty deferred revenue, remote monitoring and grid services subscription revenue, as well as certain installation and maintenance service revenue. The aftermarket service parts and product accessories are generally transferred to the customer at a point in time, while the extended warranty revenue and subscription revenue are recognized over the life of the contract. Other service revenue is recognized when the service is performed.

10

Management evaluates the performance of its segments based primarily on Adjusted EBITDA, which is reconciled to income before provision for income taxes below. The computation of Adjusted EBITDA is based on the definition contained in the Company's credit agreements.

| | Adjusted EBITDA | | | |
| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| Domestic | $ 203,931 | $ 121,256 | $ 411,004 | $ 204,030 |
| International | 13,748 | 1,884 | 20,869 | 5,134 |
| Total adjusted EBITDA | $ 217,679 | $ 123,140 | $ 431,873 | $ 209,164 |
| | | | | |
| Interest expense | (7,721) | (7,932) | (15,444) | (16,985) |
| Depreciation and amortization | (21,229) | (16,803) | (39,466) | (32,919) |
| Non-cash write-down and other adjustments (1) | (1,173) | 893 | 2,695 | (1,391) |
| Non-cash share-based compensation expense (2) | (6,973) | (5,400) | (12,421) | (9,974) |
| Loss on extinguishment of debt (3) | (831) | - | (831) | - |
| Transaction costs and credit facility fees (4) | (5,172) | (358) | (6,086) | (592) |
| Business optimization and other charges (5) | - | (11,460) | (159) | (11,972) |
| Other | (309) | (15) | (577) | (411) |
| Income before provision for income taxes | $ 174,271 | $ 82,065 | $ 359,584 | $ 134,920 |

(1) Includes gains/losses on disposals of assets and investments, unrealized mark-to-market adjustments on commodity contracts, and certain foreign currency related adjustments.

(2) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.

(3) Represents the non-cash write-off of original issue discount and deferred financing costs due to voluntary prepayment of Term Loan debt.

(4) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance, debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities.

(5) For the six months ended June 30, 2021, represents severance and other charges related to the consolidation of certain of our facilities. For the three and six months ended June 30, 2020, represents severance, non-cash asset write-downs, and other charges to address the impact of the COVID-19 pandemic and decline in oil prices.

The Company's sales in the U.S. represented approximately 82% and 83% of total sales for the three months ended June 30, 2021 and 2020, respectively. The Company's sales in the U.S. represented approximately 83% and 80% of the total sales for the six months ended June 30, 2021 and 2020, respectively. Approximately 64% and 81% of the Company's identifiable long-lived assets were located in the U.S. at June 30, 2021 and December 31, 2020, respectively.

**8. Balance Sheet Details**

Inventories consist of the following:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Raw material | $ 476,590 | $ 375,516 |
| Work-in-process | 5,061 | 6,833 |
| Finished goods | 291,210 | 220,968 |
| Total | $ 772,861 | $ 603,317 |

Property and equipment consists of the following:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Land and improvements | $ 23,228 | $ 18,363 |
| Buildings and improvements | 223,266 | 198,908 |
| Machinery and equipment | 156,866 | 153,696 |
| Dies and tools | 27,727 | 24,190 |
| Vehicles | 6,941 | 6,037 |
| Office equipment and systems | 114,774 | 107,923 |
| Leasehold improvements | 4,852 | 5,276 |
| Construction in progress | 49,200 | 30,227 |
| Gross property and equipment | 606,854 | 544,620 |
| Accumulated depreciation | (214,336) | (200,684) |
| Total | $ 392,518 | $ 343,936 |

Total property and equipment included finance leases of $27,942 and $27,269 at June 30, 2021 and December 31, 2020, respectively, primarily made up of buildings and improvements. Amortization of finance lease right of use assets is recorded within depreciation expense in the condensed consolidated statements of comprehensive income. The initial measurement of new finance lease right of use assets is accounted for as a non-cash item in the condensed consolidated statements of cash flows.

12

## 9. Product Warranty Obligations

The Company records a liability for standard product warranty obligations accounted for as assurance warranties at the time of sale of the product to a customer based upon historical warranty experience. The Company also records a liability for specific warranty matters when they become known and are reasonably estimable. The following is a tabular reconciliation of the Company's standard product warranty liability accounted for as an assurance warranty:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| Balance at beginning of period | $ 65,297 | $ 49,023 | $ 59,218 | $ 49,316 |
| Payments | (9,282) | (7,881) | (19,061) | (15,469) |
| Provision for warranty issued | 17,164 | 8,456 | 31,994 | 16,742 |
| Changes in estimates for pre-existing warranties | 1,579 | 726 | 2,607 | (265) |
| Balance at end of period | $ 74,758 | $ 50,324 | $ 74,758 | $ 50,324 |

Additionally, the Company sells extended warranty coverage for certain products, which it accounts for as a service warranty. The sales of extended warranties are recorded as deferred revenue, and typically have a duration of five to ten years. The deferred revenue related to extended warranty coverage is amortized over the duration of the extended warranty contract period, following the standard warranty period, using the straight-line method. Revenue is recognized on extended warranty contracts when the revenue recognition criteria are met, resulting in ratable recognition over the contract term. The amortization of deferred revenue is recorded to net sales in the condensed consolidated statements of comprehensive income. The following is a tabular reconciliation of the deferred revenue related to extended warranty coverage:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2021 | 2020 | 2021 | 2020 |
|---|---|---|---|---|
| Balance at beginning of period | $ 93,182 | $ 80,880 | $ 89,788 | $ 78,738 |
| Deferred revenue contracts issued | 12,168 | 6,225 | 20,199 | 12,164 |
| Amortization of deferred revenue contracts | (4,866) | (3,952) | (9,503) | (7,749) |
| Balance at end of period | $ 100,484 | $ 83,153 | $ 100,484 | $ 83,153 |

The timing of recognition of the Company's deferred revenue balance related to extended warranties at June 30, 2021 is as follows:

| | |
|---|---|
| Remainder of 2021 | $ 10,048 |
| 2022 | 20,430 |
| 2023 | 19,609 |
| 2024 | 15,376 |
| 2025 | 11,676 |
| After 2025 | 23,345 |
| Total | $ 100,484 |

Standard product warranty obligations and extended warranty related deferred revenues are included in the condensed consolidated balance sheets as follows:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Product warranty liability | | |
| Current portion - other accrued liabilities | $ 47,350 | $ 37,417 |
| Long-term portion - other long-term liabilities | 27,408 | 21,801 |
| Total | $ 74,758 | $ 59,218 |
| | | |
| Deferred revenue related to extended warranties | | |
| Current portion - other accrued liabilities | $ 20,194 | $ 18,857 |
| Long-term portion - other long-term liabilities | 80,290 | 70,931 |
| Total | $ 100,484 | $ 89,788 |

## 10. Contract Balances

In certain cases, the Company's customers pay for their goods in advance. These prepayments are recognized as customer deposits (contract liabilities) and recorded in other accrued liabilities in the condensed consolidated balance sheets. The balance of customer deposits was $31,316 and $25,710 at June 30, 2021 and December 31, 2020, respectively. During the six months ended June 30, 2021, the Company recognized revenue of $20,977 related to amounts included in the December 31, 2020 customer deposit balance. The Company typically recognizes revenue within one year of the receipt of the customer deposit.

13

**11. Credit Agreements**

Short-term borrowings are included in the condensed consolidated balance sheets as follows:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Asset Backed Loan ("ABL") Facility | $ - | $ - |
| Other lines of credit | 23,760 | 39,282 |
| Total | $ 23,760 | $ 39,282 |

As of June 30, 2021 and December 31, 2020, short-term borrowings consisted of borrowings by the Company's foreign subsidiaries on local lines of credit.

Long-term borrowings are included in the condensed consolidated balance sheets as follows:

| | June 30, 2021 | December 31, 2020 |
|---|---|---|
| Term Loan | $ 780,000 | $ 830,000 |
| Original issue discount and deferred financing costs | (14,509) | (15,450) |
| ABL Facility | 50,000 | - |
| Finance lease obligation | 28,389 | 27,371 |
| Other | 2,960 | 3,990 |
| Total | 846,840 | 845,911 |
| Less: current portion of debt | 1,783 | 1,836 |
| Less: current portion of finance lease obligation | 2,450 | 2,311 |
| Total | $ 842,607 | $ 841,764 |

The Company's credit agreements originally provided for a $1,200,000 term loan B credit facility (Term Loan) and currently include a $300,000 uncommitted incremental term loan facility. The maturity date of the Term Loan is currently December 13, 2026. The Term Loan is guaranteed by substantially all of the Company's wholly-owned domestic restricted subsidiaries, and is secured by associated collateral agreements which pledge a first priority lien on virtually all of the Company's assets, including fixed assets and intangibles, other than all cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, which are secured by a second priority lien. The Term Loan initially bore interest at rates based upon either a base rate plus an applicable margin of 1.75% or adjusted LIBOR rate plus an applicable margin of 2.75%, subject to a LIBOR floor of 0.75%. Currently, the Term Loan bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75% without a LIBOR floor. The Term Loan agreement has been amended a number of times since inception.

The Term Loan does not require an excess cash flow payment if the Company's secured leverage ratio is maintained below 3.75 to 1.00 times. As of June 30, 2021, the Company's net secured leverage ratio was 0.79 to 1.00 times, and the Company was in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

The Company's credit agreements also provide for a senior secured ABL revolving credit facility. Borrowings under the ABL Facility are guaranteed by substantially all of the Company's wholly-owned domestic restricted subsidiaries, and are secured by associated collateral agreements which pledge a first priority lien on all cash, trade accounts receivable, inventory, and other current assets and proceeds thereof, and a second priority lien on all other assets, including fixed assets and intangibles of the Company and certain domestic subsidiaries. ABL Facility borrowings initially bore interest at rates based upon either a base rate plus an applicable margin of 1.00% or adjusted LIBOR rate plus an applicable margin of 2.00%, in each case, subject to adjustments based upon average availability under the ABL Facility.

In May 2021, the Company amended the ABL Facility, increasing its size from $300,000 to $500,000, raising its incremental capacity from $100,000 to $200,000, and extending the maturity date from June 12, 2023 to May 27, 2026 (Amended ABL Facility). In addition, the Amended ABL Facility modified the pricing by reducing the certain applicable interest rates to either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case, based on average availability under the Amended ABL Facility. In connection with this amendment, the Company capitalized $920 of new debt issuance costs as deferred financing costs on long-term borrowings in the second quarter of 2021. At the same time, the Company also amended its Term Loan agreement to reflect the same amendments made to the ABL Facility.

In May 2021, the Company borrowed $50,000 under the Amended ABL Facility, the proceeds of which were used as a voluntary prepayment of the Term Loan. As of June 30, 2021, there was $50,000 outstanding under the ABL Facility, leaving $439,529 of availability, net of outstanding letters of credit. As a result of the prepayment of the Term Loan, the Company wrote off $831 of original issue discount and capitalized debt issuance costs during the second quarter of 2021 as a loss on extinguishment of debt in the condensed consolidated statements of comprehensive income.

14

**12. Stock Repurchase Program**

In September 2018, the Company's Board of Directors approved a $250,000 stock repurchase program, which expired in October 2020. In September 2020, the Company's Board of Directors approved another stock repurchase program, which commenced on October 27, 2020, and allows for the repurchase of up to $250,000 of the Company's common stock over a 24-month period. The Company may repurchase its common stock from time to time, in amounts and at prices the Company deems appropriate, subject to market conditions and other considerations. The repurchases may be executed using open market purchases, privately negotiated agreements or other transactions. The actual timing, number and value of shares repurchased under the program will be determined by management at its discretion and will depend on a number of factors, including the market price of the Company's common stock, general market and economic conditions, applicable legal requirements, and compliance with the terms of the Company's outstanding indebtedness. The repurchases may be funded with cash on hand, available borrowings, or proceeds from potential debt or other capital markets sources. The stock repurchase program may be suspended or discontinued at any time without prior notice. There were no share repurchases under the program during the three and six months ended June 30, 2021 and 2020. Since the inception of all programs starting in August 2015, the Company has repurchased 8,676,706 shares of its common stock for $305,547 (at an average cost per share of $35.21), all funded with cash on hand.

**13. Earnings Per Share**

Basic earnings per share is calculated by dividing net income attributable to the common shareholders of the Company by the weighted average number of common shares outstanding during the period, exclusive of restricted shares. Except where the result would be anti-dilutive, diluted earnings per share is calculated by assuming the vesting of unvested restricted stock and the exercise of stock options. Refer to Note 3 to the condensed consolidated financial statements, "Redeemable Noncontrolling Interest," for further information regarding the accounting for redeemable noncontrolling interests.

The following table reconciles the numerator and the denominator used to calculate basic and diluted earnings per share:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| **Numerator** | | | | |
| Net income attributable to Generac Holdings Inc. | $ 127,036 | $ 66,145 | $ 276,029 | $ 110,605 |
| Redeemable noncontrolling interest redemption value adjustment | 1,747 | (1,570) | 1,870 | (3,092) |
| Net income attributable to common shareholders | $ 128,783 | $ 64,575 | $ 277,899 | $ 107,513 |
| | | | | |
| **Denominator** | | | | |
| Weighted average shares, basic | 62,605,166 | 62,267,083 | 62,533,725 | 62,190,438 |
| Dilutive effect of stock compensation awards (1) | 1,483,543 | 1,097,170 | 1,563,653 | 1,173,283 |
| Diluted shares | 64,088,709 | 63,364,253 | 64,097,378 | 63,363,721 |
| | | | | |
| Net income attributable to common shareholders per share | | | | |
| Basic | $ 2.06 | $ 1.04 | $ 4.44 | $ 1.73 |
| Diluted | $ 2.01 | $ 1.02 | $ 4.34 | $ 1.70 |

(1) Excludes approximately 49,000 and 15,000 stock options for the three and six months ended June 30, 2020, respectively, as the impact of such awards was anti-dilutive. There were no awards with an anti-dilutive impact for the three and six months ended June 30, 2021.

**14. Income Taxes**

The effective income tax rates for the six months ended June 30, 2021 and 2020 were 22.7% and 20.7%, respectively. The increase in the effective tax rate was primarily due to a discrete tax item created by a legislative tax rate change in a foreign jurisdiction which revalued deferred tax liabilities by $7.0 million during the current year second quarter.

**15. Commitments and Contingencies**

The Company has an arrangement with a finance company to provide floor plan financing for certain dealers. The Company receives payment from the finance company after shipment of product to the dealer. The Company participates in the cost of dealer financing up to certain limits and has agreed to repurchase products repossessed by the finance company, but does not indemnify the finance company for any credit losses they incur. The amount financed by dealers which remained outstanding under this arrangement at June 30, 2021 and December 31, 2020 was approximately $93,700 and $55,600, respectively.

In the normal course of business, the Company is named as a defendant in various lawsuits in which claims are asserted against the Company. In the opinion of management, the liabilities, if any, which may result from such lawsuits are not expected to have a material adverse effect on the financial position, results of operations or cash flows of the Company.

**16. Subsequent Event**

On July 2, 2021, the Company acquired Chilicon Power, LLC (Chilicon), a designer and provider of grid-interactive microinverter and monitoring solutions for the solar market. Based in Los Angeles, California, Chilicon's power inversion and monitoring system technologies maximize

photovoltaic (solar power) system production, lower installer operational cost, and promote end-user satisfaction.

15

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 383 of 650    Document 49

**Item 2.**      **Management's Discussion and Analysis of Financial Condition and Results of Operations**

This quarterly report contains forward-looking statements that are subject to risks and uncertainties. Forward-looking statements give our current expectations and projections relating to our financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

The forward-looking statements contained in this quarterly report are based on assumptions that we have made in light of our industry experience and on our perceptions of historical trends, current conditions, expected future developments and other factors we believe are appropriate under the circumstances. As you read and consider this report, you should understand that these statements are not guarantees of performance or results. They involve risks, uncertainties (some of which are beyond our control) and assumptions. Although we believe that these forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements. The forward-looking statements contained in this quarterly report include estimates regarding:

- our business, financial and operating results, and future economic performance;
- proposed new product and service offerings; and
- management's goals, expectations, objectives and other similar expressions concerning matters that are not historical facts.

Factors that could affect our actual financial results and cause them to differ materially from those anticipated in the forward-looking statements include:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials, key components from our global supply chain and labor needed in producing our products;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products; and
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand.

Should one or more of these risks or uncertainties materialize, or should any of these assumptions prove incorrect, our actual results may vary in material respects from those projected in any forward-looking statements. A detailed discussion of these and other factors that may affect future results is contained in our filings with the Securities and Exchange Commission, including in Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2020 and in Part II, Item 1A of this Quarterly Report on Form 10-Q. Stockholders, potential investors and other readers should consider these factors carefully in evaluating the forward-looking statements.

Any forward-looking statement made by us in this report speaks only as of the date on which it is made. Factors or events that could cause our actual results to differ may emerge from time to time, and it is not possible for us to predict all of them. We undertake no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

**Overview**

We are a leading global designer and manufacturer of a wide range of energy technology solutions. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, commercial and industrial markets.

Power generation and storage is a key focus of the Company, which differentiates us from many of our competitors who also have broad operations outside of the power equipment market. As the only significant market participant with a primary focus on these products, we maintain one of the leading market positions in the power equipment market in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the marketplace, including residential, commercial and industrial standby generators, as well as portable and mobile generators used in a variety of applications. A key strategic focus for the Company in recent years has been leveraging our leading position in the growing market for cleaner burning, more cost effective natural gas-fueled generators to expand into applications beyond standby power, allowing us to participate in distributed generation projects. The Company in recent years has been evolving its business model to also focus on clean energy products, solutions, and services. In 2019, we began providing energy storage systems as a clean energy solution for residential use that capture and store electricity from solar panels or other power sources and help reduce home energy costs while also protecting homes from shorter-duration power outages. During 2020, we entered the market for grid services by offering distributed energy optimization and control software that helps support the operational stability of the world's power grids. We have also been focused on connecting the equipment we manufacture to the users of that equipment, helping to drive additional value to our customers and our distribution partners over the product life cycle. The strategic focus on expanding the connectivity of our products will

broaden our monitoring capabilities and also enable the increasing utilization of this equipment as distributed energy resources as the nascent market for grid services expands over the next several years. Overall, as the traditional centralized utility model evolves over time, we believe that a cleaner, more decentralized grid infrastructure will build-out, and Generac's energy technology solutions are strategically positioned to participate in this future "Grid 2.0".

In addition to power generation and storage solutions, other products that we design and manufacture include light towers that provide temporary lighting for various end markets, and a broad and growing product line of outdoor power equipment for residential and commercial use.

**Business Drivers and Operational Factors**

In operating our business and monitoring its performance, we pay attention to a number of business drivers and trends as well as operational factors. The statements in this section are based on our current expectations.

***Business Drivers and Trends***

Our performance is affected by the demand for reliable power generation products, energy storage systems, grid service solutions, and other power products by our customer base. This demand is influenced by several important drivers and trends affecting our industry, including the following:

*Key Mega-trends:* There are some important mega-trends that we believe represent major themes that will drive significant secular growth opportunities across our business over the long term. "Grid 2.0," which is the evolution of the traditional electrical utility model, includes the decentralization and de-carbonization of the grid and a migration toward distributed energy resources that is expected to drive demand for a variety of clean energy and grid services solutions going forward. Attitudes around global warming and climate change are shifting, which includes the expectation of more severe weather driving increased power outage activity. Natural gas is expected to be a key fuel of the future with the abundance of supply globally leading to increasing demand for natural gas generators in applications beyond standby power. The legacy infrastructure is in need of a major investment cycle to rebuild and upgrade aging networks and systems including transportation, water and power. The wireless telecommunications infrastructure is shifting to the next generation "5G" architecture, which will enable new technologies requiring significant improvement in network uptime through backup power solutions.

The onset of the COVID-19 pandemic in early 2020 has led to a new and emerging mega-trend that we refer to as "Home as a Sanctuary," where millions of people are working, learning, shopping, entertaining, and in general, spending more time at home. As working adults spend much more time working from home and school-age children learning from home, they become more sensitive to power outages due to lost productivity. These trends combined with ongoing elevated power outage activity has led to a significant increased awareness, importance and need for backup power security. As a result of spending more time at home, homeowners are also investing more into home improvement projects and outdoor project activity, which is leading to increased and broad-based demand for home standby generators as well as chore products used in a variety of property maintenance applications.

*Increasing penetration opportunity.* Many potential customers are still not aware of the costs and benefits of automatic backup power solutions. We estimate that penetration rates for home standby generators are only approximately 5% of the addressable market of homes in the United States. As such, a significant penetration opportunity exists for residential back-up generators. The decision to purchase backup power for many light-commercial buildings such as convenience stores, restaurants and gas stations is more return-on-investment driven, and as a result these applications have relatively lower penetration rates as compared to buildings used in code-driven or mission critical applications such as hospitals, wastewater treatment facilities, 911 call centers, data centers and certain industrial locations. The emergence of lower cost, cleaner burning natural gas fueled generators has helped to increase the penetration of standby generators over the past decade in the light-commercial market. In addition, the installed base of backup power for telecommunications infrastructure is still increasing due to a variety of factors including the impending rollout of next-generation 5G wireless networks enabling new technologies and the growing importance for critical communications being transmitted over wireless networks. We believe by expanding our distribution network, continuing to develop our product lines, and targeting our marketing efforts, we can continue to build awareness and increase penetration for our standby generators for residential, commercial and industrial purposes.

*Effect of large scale and baseline power disruptions.* Power disruptions are an important driver of customer awareness for back-up power and have historically influenced demand for generators, both in the United States and internationally. Increased frequency and duration of major power outage events, that have a broader impact beyond a localized level, increases product awareness and may drive consumers to accelerate their purchase of a standby or portable generator during the immediate and subsequent period, which we believe may last for six to twelve months following a major power outage event for standby generators. For example, there have been a number of major outage events that occurred over the past decade that drove strong demand for portable and home standby generators, and the increased awareness of these products contributed to strong revenue growth in both the year they occurred along with the following subsequent year. Major power disruptions are unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. In addition, there are smaller, more localized power outages that occur frequently across the United States that drive the baseline level of demand for back-up power solutions. The level of baseline power outage activity occurring across the United States can also fluctuate, and may cause our financial results to fluctuate from year to year.

*Energy storage and monitoring markets developing quickly.* During 2019, we entered the rapidly developing energy storage, monitoring and management markets with the acquisitions of Pika Energy and Neurio Technologies, along with the subsequent introduction of Generac branded products - marketed under the names PWRcell™ and PWRview™. We believe the electric utility landscape will undergo significant changes in the decade ahead as a result of rising utility rates, grid instability and power quality issues, environmental concerns, and the continuing performance and cost improvements in renewable energy and batteries. On-site power generation from solar, wind, geothermal, and natural gas generators is projected to become more prevalent as will the need to monitor, manage and store this power–potentially developing into a significant market opportunity as attachment rates for energy storage systems on solar installations have increased significantly over the last couple of years. The capabilities provided by Pika and Neurio have enabled us to bring an efficient and intelligent energy-savings solution to the energy storage and monitoring markets, which enabled us to quickly ramp shipments for these clean energy solutions during 2020, and which we believe will position Generac as a key participant going forward. Although different from the emergency backup power space, we believe this market will develop similarly as the home standby generator market has over the past two decades given both products can provide power resiliency to homeowners. We expect to further advance our growing capabilities for energy storage systems including product development, sourcing, distribution, and marketing, as we leverage our significant competencies in the residential standby generator market to accelerate our market position in the emerging residential energy storage, monitoring, and management markets.

17

*California and Texas markets for backup power increasing.*    Over the past two years, utilities in the state of California have executed a number of Public Safety Power Shutoff (PSPS) events in large portions of their service areas. These events were proactive measures to prevent their equipment from potentially causing catastrophic wildfires during extreme temperatures and drought conditions. The occurrence of these events, along with the utilities warning these actions could continue in the future as they upgrade their transmission and distribution infrastructure, have resulted in significant awareness and increased demand for our generators in California, where penetration rates of home standby generators still stand at only approximately 1%. In addition, the state of California has mandated that all wireless telecommunications infrastructure must provide for at least 72 hours of back-up power. We have a significant focus on expanding distribution in California and are working together with local regulators, inspectors, and gas utilities to increase their bandwidth and sense of urgency around approving and providing the infrastructure necessary for home standby and other backup power products. Our efforts in this part of the country will also be helpful in developing the market for energy storage and monitoring where the installed base of solar and other renewable sources of electricity are some of the highest in the U.S., and the regulatory environment is increasingly mandating renewable energy on new construction applications.

In addition, the major outages caused by a winter storm throughout Texas in the first quarter of 2021 also resulted in significant awareness and increased demand for our generators in Texas, where penetration rates of home standby generators stand at approximately 3%. We have a significant focus on expanding distribution in Texas given the substantial size of the addressable market in this part of the country.

*Impact of residential investment cycle.*    The market for residential generators and energy storage systems is also affected by the residential investment cycle and overall consumer confidence and sentiment. When homeowners are confident of their household income, the value of their home and overall net worth, they are more likely to invest in their home. These trends can have an impact on demand for residential generators and energy storage systems. Trends in the new housing market, highlighted by residential housing starts, can also impact demand for these products. Demand for outdoor power equipment is also impacted by several of these factors, as well as weather precipitation patterns. Finally, the existence of renewable energy mandates and investment tax credits and other subsidies can also have an impact on the demand for energy storage systems.

*Impact of business capital investment and other economic cycles.*    The global market for our commercial and industrial products is affected by different capital investment cycles, which can vary across the numerous regions around the world in which we participate. These markets include non-residential building construction, durable goods and infrastructure spending, as well as investments in the exploration and production of oil & gas, as businesses or organizations either add new locations or make investments to upgrade existing locations or equipment. These trends can have a material impact on demand for these products. The capital investment cycle may differ for the various commercial and industrial end markets that we serve including light commercial, retail, office, telecommunications, industrial, data centers, healthcare, construction, oil & gas and municipal infrastructure, among others. The market for these products is also affected by general economic and geopolitical conditions as well as credit availability in the various geographic regions that we serve.

### Factors Affecting Results of Operations

We are subject to various factors that can affect our results of operations, which we attempt to mitigate through factors we can control, including continued product development, expanded distribution, pricing, cost control, and hedging. Certain operational and other factors that affect our business include the following:

*Impact of the COVID-19 pandemic.*    As the COVID-19 pandemic continues to evolve, we continue to work to ensure employee safety, monitor customer demand, proactively address supply chain or production challenges, and support our communities during this challenging time. We manufacture and provide essential products and services to a variety of critical infrastructure customers around the globe, and as a result, substantially all of our operations and production activities have been operational during the pandemic. We have implemented changes in our work practices, maintaining a safe working environment for production and office employees at our facilities, while enabling other employees to productively work from home.

The COVID-19 pandemic has influenced various trends we are experiencing today around supply chain and operations constraints. While we are deemed an essential, critical infrastructure business and our facilities currently remain operational, this continues to be a fluid process and subject to change. We have experienced and may continue to experience increased employee absences at several of our production facilities. Additionally, we have experienced minor work stoppages at certain of our foreign manufacturers, none of which have impacted our ability to satisfy customer demand. If we were to encounter a significant work stoppage, disruption, or COVID-19 outbreak at one or more of our locations or suppliers, we may not be able to satisfy customer demand for a period of time. Additionally, the COVID-19 pandemic has disrupted the global supply chain and logistics network, and we are continually monitoring scheduled material receipts to mitigate any delays. To date, we have not experienced significant impacts or interruptions to our supply chain as a result of the COVID-19 pandemic, but this could be subject to change if one or more of our suppliers can no longer operate in this environment. We have maintained business continuity by utilizing safety stock inventory levels and executing air freight strategies.  We have experienced inbound and outbound logistics delays and increased costs, however, the impact to our customers thus far has not been significant. This could change if freight carriers are delayed or not able to operate.

We continue to experience a broad-based increase in demand for residential products, specifically home standby generators, created by a significant increase in the awareness, importance and need for backup power security as people are working, learning, shopping, entertaining, and spending more time at home. Additionally, as economic activity continues to recover across the globe, we are experiencing a return to growth in our domestic and international C&I products.

The further extent of the impact of COVID-19 on our business is dependent on future developments, including the duration of the pandemic, our ability to operate during the pandemic, actions taken by domestic and foreign governments to contain the spread of the virus, and the related length of its impact on the global economy and our customers. Refer to the COVID-19 related risk factor disclosed in Item 1A, "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.



*Effect of commodity, currency, component price fluctuations, and resource availability.* Industry-wide price fluctuations of key commodities, such as steel, copper and aluminum, along with other components we use in our products, as well as changes in labor costs required to produce our products, can have a material impact on our results of operations. Acquisitions over the years have further expanded our commercial and operational presence outside of the United States. These international acquisitions, along with our existing global supply chain, expose us to fluctuations in foreign currency exchange rates and regulatory tariffs that can also have a material impact on our results of operations. Additionally, specifically in 2021, there continue to be significant raw material and other cost pressures, ongoing logistics challenges, and various supply chain constraints, which are resulting in higher input costs of our products.

We have historically attempted to mitigate the impact of any inflationary pressures through improved product design and sourcing, manufacturing efficiencies, price increases, and select hedging transactions. Our results are also influenced by changes in fuel prices in the form of freight rates, which in some cases are accepted by our customers and in other cases are paid by us.

*Seasonality.* Although there is demand for our products throughout the year, in each of the past five years, approximately 19% to 21% of our net sales occurred in the first quarter, 22% to 25% in the second quarter, 26% to 28% in the third quarter and 27% to 31% in the fourth quarter, with different seasonality depending primarily on the occurrence, timing and severity of major power outage activity in each year. Major outage activity is unpredictable by nature and, as a result, our sales levels and profitability may fluctuate from period to period. The seasonality experienced during a major power outage, and for the subsequent quarters following the event, will vary relative to other periods where no major outage events occurred.

During 2020, elevated power outage activity and the emergence of the "Home as a Sanctuary" trend driven by the COVID-19 pandemic led to a significant increase in demand for home standby generators. In addition, the major outages throughout Texas in the first quarter of 2021 also drove elevated demand for back-up generators. This increased demand has resulted in extended lead times for these products, and as a result, our net sales during 2021 are expected to be more level-loaded throughout the year relative to historical seasonal patterns.

*Factors influencing interest expense.* Interest expense can be impacted by a variety of factors, including market fluctuations in LIBOR, interest rate election periods, interest rate swap agreements, repayments or borrowings of indebtedness, and amendments to our credit agreements. In connection with our term loan amendment in December 2019, language was added to the agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. Additionally, as part of our ABL Facility amendment in May 2021, language was added to the ABL Facility agreement to include a benchmark replacement rate, selected by the administrative agent and the borrower, as a replacement to LIBOR that would take affect at the time LIBOR ceases. During the six months ended June 30, 2021, interest expense decreased compared to the six months ended June 30, 2020, primarily due to lower LIBOR rates. Refer to Note 11, "Credit Agreements," to the condensed consolidated financial statements for further information.

*Factors influencing provision for income taxes and cash income taxes paid.* On March 27, 2020, the U.S. government enacted the Coronavirus Aid, Relief and Economic Security Act (CARES Act) providing relief to taxpayers due to the COVID-19 pandemic. We have reviewed and implemented elements of the CARES Act based on guidance provided by the U.S. Treasury Department. However, the benefits were not material to our financial results. Despite this, we will continue to review the CARES Act and any regulations or guidance issued by the U.S. Treasury Department or by a state which may create an additional tax expense or benefit. We will update our future tax provisions based on new regulations or guidance accordingly. We are also monitoring any additional legislative changes to income tax laws that could increase our effective tax rate and related tax obligations.

As of December 31, 2020, we had approximately $102 million of tax-deductible goodwill and intangible asset amortization remaining from our acquisition by CCMP Capital Advisors, LLC in 2006. This remaining balance will fully amortize in our 2021 tax return, resulting in approximately $26 million of cash tax savings during 2021. Beginning in 2022, this tax amortization will no longer exist, resulting in a higher cash tax obligation on a go-forward basis.

*Acquisitions.* Over the years, we have executed a number of acquisitions that support our strategic plan. A summary of the recent acquisitions can be found in Note 1, "Description of Business and Basis of Presentation," to the condensed consolidated financial statements in Item 1 of this Quarterly Report on Form 10-Q, and in Item 8 (Note 1, "Description of Business") of the Annual Report on Form 10-K for the year ended December 31, 2020.

**Recent Updates**

The Company completed the acquisition of Deep Sea Electronics Limited ("Deep Sea") during the second quarter of 2021. Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions, focused on the global power generation and transfer switch space. The addition of Deep Sea helps to improve our engineering and control capabilities, which will advance and support innovation of our products to meet the dynamic needs of the evolving energy technology market and our customers. Further, Deep Sea's expertise will enhance our focus on natural gas power generation and help accelerate our growth into the distributed energy resource and microgrid markets.

**Results of Operations**

*Three months ended June 30, 2021 compared to the three months ended June 30, 2020*

The following table sets forth our consolidated statements of operations information for the periods indicated:

| (U.S. Dollars in thousands) | Three Months Ended June 30, | | | |
| | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Net sales | $ 919,981 | $ 546,848 | $ 373,133 | 68.2% |
| Costs of goods sold | 580,246 | 337,865 | 242,381 | 71.7% |
| Gross profit | 339,735 | 208,983 | 130,752 | 62.6% |
| Operating expenses: | | | | |
| Selling and service | 78,777 | 62,526 | 16,251 | 26.0% |
| Research and development | 25,344 | 19,455 | 5,889 | 30.3% |
| General and administrative | 41,610 | 29,782 | 11,828 | 39.7% |
| Amortization of intangible assets | 11,052 | 7,667 | 3,385 | 44.2% |
| Total operating expenses | 156,783 | 119,430 | 37,353 | 31.3% |
| Income from operations | 182,952 | 89,553 | 93,399 | 104.3% |
| Total other expense, net | (8,681) | (7,488) | (1,193) | 15.9% |
| Income before provision for income taxes | 174,271 | 82,065 | 92,206 | 112.4% |
| Provision for income taxes | 46,362 | 18,473 | 27,889 | 151.0% |
| Net income | 127,909 | 63,592 | 64,317 | 101.1% |
| Net income (loss) attributable to noncontrolling interests | 873 | (2,553) | 3,426 | N/A |
| Net income attributable to Generac Holdings Inc. | $ 127,036 | $ 66,145 | $ 60,891 | 92.1% |

The following table sets forth our reportable segment information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales | | | |
| | Three Months Ended June 30, | | | |
| | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Domestic | $ 784,146 | $ 460,774 | $ 323,372 | 70.2% |
| International | 135,835 | 86,074 | 49,761 | 57.8% |
| Total net sales | $ 919,981 | $ 546,848 | $ 373,133 | 68.2% |

| (U.S. Dollars in thousands) | Adjusted EBITDA | | | |
| | Three Months Ended June 30, | | | |
| | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Domestic | $ 203,931 | $ 121,256 | $ 82,675 | 68.2% |
| International | 13,748 | 1,884 | 11,864 | 629.7% |
| Total Adjusted EBITDA | $ 217,679 | $ 123,140 | $ 94,539 | 76.8% |

The following table sets forth our product class information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales by Product Class | | | |
| | Three Months Ended June 30, | | | |
| | 2021 | 2020 | $ Change | % Change |
|---|---|---|---|---|
| Residential products | $ 599,991 | $ 341,352 | $ 258,639 | 75.8% |
| Commercial & industrial products | 254,295 | 154,890 | 99,405 | 64.2% |
| Other | 65,695 | 50,606 | 15,089 | 29.8% |
| Total net sales | $ 919,981 | $ 546,848 | $ 373,133 | 68.2% |

*Net sales.* Domestic segment sales increased 70.2% to $784.1 million as compared to $460.8 million in the prior year quarter, with the impact of acquisitions contributing approximately $9.8 million of the revenue growth for the quarter. The current year quarter core sales growth was driven by broad-based strength across both residential and C&I products highlighted by very strong growth with home standby generators, PWRcell$^{TM}$ energy storage systems, telecom national account customers and C&I mobile products.

International segment sales increased 57.8% to $135.8 million as compared to $86.1 million in the prior year quarter, with the impact of acquisitions and foreign currency contributing approximately $11.3 million of the revenue growth for the quarter. The core sales growth for the segment was primarily due to strength in the European and Latin American regions that are seeing a sharp increase in demand as end markets recover from the impact of the COVID-19 pandemic.

The net sales contribution from all non-annualized recent acquisitions for the three months ended June 30, 2021 was $15.8 million.

*Gross profit.* Gross profit margin for the second quarter of 2021 was 36.9% compared to 38.2% in the prior year second quarter. The gross profit margin decrease was primarily driven by higher input costs relating to raw materials, labor, logistics and plant start-up costs, which were partially offset by improved pricing and favorable overhead absorption from higher sales volumes.

*Operating expenses.* Operating expenses increased $37.4 million, or 31.3%, as compared to the prior year second quarter. The increase was primarily driven by higher variable expenses from the significant increase in sales volumes, higher employee costs and incentive compensation, and the impact of the Deep Sea acquisition relative to acquisition related transaction expenses, recurring operating expenses and amortization expense.

*Other expense.* The increase in Other expense, net was driven by a $.8 million non-cash write-off of original issue discount and deferred financing costs due to a $50 million voluntary prepayment of our Term Loan which was partially offset by a reduction in interest expense due to lower LIBOR rates.

*Provision for income taxes.* The effective income tax rates for the three months ended June 30, 2021 and 2020 were 26.6% and 22.5%, respectively. The increase in the effective tax rate was primarily due to a discrete tax item resulting from a legislative tax rate change in a foreign jurisdiction which revalued deferred tax liabilities by $7.0 million, or approximately 4% tax rate impact, during the current year quarter.

*Net income attributable to Generac Holdings Inc.* Net income attributable to Generac Holdings Inc. was $127.0 million as compared to $66.1 million in the prior year second quarter. The increase was primarily driven by increased sales volumes and other items noted above.

*Adjusted EBITDA.* Adjusted EBITDA for the Domestic segment in the second quarter of 2021 was $203.9 million, or 26.0% of net sales, as compared to $121.3 million, or 26.3% of net sales, in the prior year quarter. The slight margin decrease was driven by higher input costs in the current year quarter, which were mostly offset by improved pricing and higher operating leverage from the substantial revenue growth for the segment during the quarter.

Adjusted EBITDA for the International segment in the second quarter of 2021, before deducting for non-controlling interests, was $13.7 million, or 10.1% of net sales, as compared to $1.9 million, or 2.2% of net sales, in the prior year quarter. The improvement in margin was primarily due to improved operating leverage on the higher sales volumes and the impact of the Deep Sea acquisition.

*Adjusted Net Income.* Adjusted Net Income of $153.2 million for the three months ended June 30, 2021 increased 73.2% from $88.5 million for the three months ended June 30, 2020, due to the factors outlined above together with an increase in the cash income tax rate from approximately 17.0% in the prior year quarter to approximately 21.0% to 21.5% in the current year quarter.

See "Non-GAAP Measures" for a discussion of how we calculate Adjusted EBITDA and Adjusted Net Income and the limitations on their usefulness.

***Six months ended June 30, 2021 compared to the six months ended June 30, 2020***

The following table sets forth our consolidated statements of operations information for the periods indicated:

| (U.S. Dollars in thousands) | Six Months Ended June 30, 2021 | | 2020 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Net sales | $ | 1,727,415 | $ | 1,022,763 | $ | 704,652 | 68.9% |
| Costs of goods sold | | 1,065,866 | | 641,460 | | 424,406 | 66.2% |
| Gross profit | | 661,549 | | 381,303 | | 280,246 | 73.5% |
| Operating expenses: | | | | | | | |
| Selling and service | | 147,201 | | 117,665 | | 29,536 | 25.1% |
| Research and development | | 47,732 | | 38,104 | | 9,628 | 25.3% |
| General and administrative | | 74,509 | | 57,671 | | 16,838 | 29.2% |
| Amortization of intangible assets | | 20,031 | | 15,448 | | 4,583 | 29.7% |
| Total operating expenses | | 289,473 | | 228,888 | | 60,585 | 26.5% |
| Income from operations | | 372,076 | | 152,415 | | 219,661 | 144.1% |
| Total other expense, net | | (12,492) | | (17,495) | | 5,003 | -28.6% |
| Income before provision for income taxes | | 359,584 | | 134,920 | | 224,664 | 166.5% |
| Provision for income taxes | | 81,730 | | 27,917 | | 53,813 | 192.8% |
| Net income | | 277,854 | | 107,003 | | 170,851 | 159.7% |
| Net income (loss) attributable to noncontrolling interests | | 1,825 | | (3,602) | | 5,427 | N/A |
| Net income attributable to Generac Holdings Inc. | $ | 276,029 | $ | 110,605 | $ | 165,424 | 149.6% |

The following table sets forth our reportable segment information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales Six Months Ended June 30, 2021 | | 2020 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Domestic | $ | 1,476,884 | $ | 836,804 | $ | 640,080 | 76.5% |
| International | | 250,531 | | 185,959 | | 64,572 | 34.7% |
| Total net sales | $ | 1,727,415 | $ | 1,022,763 | $ | 704,652 | 68.9% |

| (U.S. Dollars in thousands) | Adjusted EBITDA Six Months Ended June 30, 2021 | | 2020 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Domestic | $ | 411,004 | $ | 204,030 | $ | 206,974 | 101.4% |
| International | | 20,869 | | 5,134 | | 15,735 | 306.5% |
| Total Adjusted EBITDA | $ | 431,873 | $ | 209,164 | $ | 222,709 | 106.5% |

The following table sets forth our product class information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales by Product Class Six Months Ended June 30, 2021 | | 2020 | | $ Change | | % Change |
|---|---|---|---|---|---|---|---|
| Residential products | $ | 1,142,140 | $ | 598,971 | $ | 543,169 | 90.7% |
| Commercial & industrial products | | 456,686 | | 326,957 | | 129,729 | 39.7% |
| Other | | 128,589 | | 96,835 | | 31,754 | 32.8% |
| Total net sales | $ | 1,727,415 | $ | 1,022,763 | $ | 704,652 | 68.9% |

*Net sales.*   Domestic segment sales increased 76.5% to $1,476.9 million as compared to $836.8 million in the prior year. The increase was primarily driven by strong growth in shipments of residential products highlighted by home standby and portable generators. In addition, PWRcell™ energy storage systems experienced very robust growth as the Company continues to expand in the clean energy market, and shipments of chore products also improved at a strong rate as compared to the prior year. This was supplemented by a return to growth for C&I products which was led by a substantial increase in shipments for telecom national account customers and C&I mobile products compared to the prior year.

International segment sales increased 34.7% to $250.5 million as compared to $186.0 million in the prior year. The growth for the segment was due to an increase in market activity primarily in the European and Latin American regions that are seeing a sharp increase in demand as end markets recover from the impact of the COVID-19 pandemic. In addition, the impact of acquisitions and foreign currency added $16.5 million of revenue growth.

The net sales contribution from all non-annualized recent acquisitions for the six months ended June 30, 2021 was $22.7 million.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 392 of 650    Document 49

*Gross profit.* Gross profit margin for the six months ended June 30, 2021 was 38.3% compared to 37.3% in the prior year. The gross profit margin increase was primarily driven by favorable sales mix from significantly higher shipments of residential products, along with improved pricing and overhead absorption from higher sales volumes. These favorable impacts were partially offset by higher input costs primarily relating to raw materials, labor, logistics and plant start-up costs.

*Operating expenses.* Operating expenses increased $60.6 million, or 26.5%, as compared to the prior year. The increase was primarily driven by higher variable expenses from the significant increase in sales volumes, higher employee costs and incentive compensation, and the impact of acquisitions relative to acquisition related transaction expenses, recurring operating expenses and amortization expense.

*Other expense.* The decrease in Other expense, net was driven by a reduction in interest expense due to lower LIBOR rates, as well as a $3.9 million gain recorded on the sale of a long-term investment in the first quarter of 2021, which was partially offset by a $.8 million non-cash write-off of original issue discount and deferred financing costs due to a $50 million voluntary prepayment of our Term Loan.

*Provision for income taxes.* The effective income tax rates for the six months ended June 30, 2021 and 2020 were 22.7% and 20.7%, respectively. The increase in the effective tax rate was primarily due to a discrete tax item resulting from a legislative tax rate change in a foreign jurisdiction which revalued deferred tax liabilities by $7.0 million during the current year second quarter.

*Net income attributable to Generac Holdings Inc.* Net income attributable to Generac Holdings Inc. was $276.0 million as compared to $110.6 million in the prior year period. The increase was primarily driven by increased sales volumes and related favorable sales mix, and other items noted above.

*Adjusted EBITDA.* Adjusted EBITDA for the Domestic segment was $411.0 million, or 27.8% of net sales, as compared to $204.0 million, or 24.4% of net sales, in the prior year period. This margin increase was driven by favorable sales mix, improved pricing and higher operating leverage from the substantial revenue growth for the segment during the current year, which were partially offset by higher input costs.

Adjusted EBITDA for the International segment, before deducting for non-controlling interests, was $20.9 million, or 8.3% of net sales, as compared to $5.1 million, or 2.8% of net sales, in the prior year period. The improvement in margin was primarily due to the combination of favorable sales mix, improved operating leverage on the higher sales volumes, lower operating expenses as a result of the restructuring activities initiated in the second quarter of 2020, and the impact of the Deep Sea acquisition.

*Adjusted Net Income.* Adjusted Net Income of $305.9 million for the six months ended June 30, 2021 increased 113.1% from $143.6 million for the six months ended June 30, 2020, due to the factors outlined above together with an increase in the cash income tax rate from approximately 17.0% in the prior year to approximately 21.0% to 21.5% in the current year.

See "Non-GAAP Measures" for a discussion of how we calculate Adjusted EBITDA and Adjusted Net Income and the limitations on their usefulness.

**Liquidity and Financial Condition**

Our primary cash requirements include payment for our raw material and component supplies, salaries and benefits, facility and lease costs, operating expenses, interest and principal payments on our debt, income taxes, and capital expenditures. We finance our operations primarily through cash flow generated from operations and, if necessary, borrowings under our ABL credit facility (ABL Facility).

Our credit agreements originally provided for a $1.2 billion term loan B credit facility (Term Loan) and include a $300.0 million uncommitted incremental term loan facility. As of June 30, 2021, there was $780 million outstanding under the Term Loan. Following several amendments, the Term Loan matures on December 13, 2026 and bears interest at rates based upon either a base rate plus an applicable margin of 0.75% or adjusted LIBOR rate plus an applicable margin of 1.75%. The Term Loan does not require an Excess Cash Flow payment (as defined in our credit agreement) if our secured leverage ratio is maintained below 3.75 to 1.00 times. As of June 30, 2021, our secured leverage ratio was 0.79 to 1.00 times, and we are in compliance with all covenants of the Term Loan. There are no financial maintenance covenants on the Term Loan.

Our credit agreements also provide for a $500.0 million ABL Facility. The ABL Facility matures May 27, 2026 and bears interest at rates based upon either a base rate plus an applicable margin of 0.00% to 0.25% or adjusted LIBOR rate plus an applicable margin of 1.00% to 1.25%, in each case, based on average availability under the ABL Facility. As of June 30, 2021, there was $50 million outstanding under the ABL Facility, leaving $439.5 million of availability, net of outstanding letters of credit. We are in compliance with all covenants of the ABL Facility as of June 30, 2021.

As of June 30, 2021, we had $829.6 million of liquidity comprised of $390.1 million of cash and equivalents and $439.5 million available under our ABL Facility. Additionally, we have no maturities on our Term Loan and ABL Facility until 2026. We believe we have a strong liquidity position that allows us to execute our strategic plan and provides the flexibility to continue to invest in future growth opportunities.

In September 2018, our Board of Directors approved a $250.0 million stock repurchase program, which expired in October 2020. In September 2020, our Board of Directors approved another stock repurchase program, which commenced on October 27, 2020, and allows for the repurchase of up to $250.0 million of our common stock over a 24-month period from time to time; in amounts and at prices we deem appropriate, subject to market conditions and other considerations. During the six months ended June 30, 2021 and 2020, no share repurchases were made under these plans. Since the inception of all stock repurchase programs starting in August 2015, we have repurchased 8,676,706 shares of our common stock for $305.5 million (an average repurchase price of $35.21 per share), all funded with cash on hand.

See Note 11, "Credit Agreements," and Note 12, "Stock Repurchase Program" to the condensed consolidated financial statements included in Item 1 of this Quarterly Report on Form 10-Q.

**Long-term Liquidity**

We believe that our cash flow from operations and availability under our ABL Facility and other short-term lines of credit, combined with our cash on hand, provide us with sufficient capital to continue to grow our business in the future. We may use a portion of our cash flow to pay principal on our outstanding debt, as well as to repurchase shares of our common stock, impacting the amount available for working capital, capital expenditures and other general corporate purposes. As we continue to expand our business, we may require additional capital to fund working capital, capital expenditures or acquisitions.

**Cash Flow**

*Six months ended June 30, 2021 compared to the six months ended June 30, 2020*

The following table summarizes our cash flows by category for the periods presented:

| (U.S. Dollars in thousands) | Six Months Ended June 30, | | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | | |
| Net cash provided by operating activities | $ 274,993 | $ 113,114 | $ 161,879 | 143.1% |
| Net cash used in investing activities | (467,116) | (24,996) | (442,120) | -1768.8% |
| Net cash used in financing activities | (72,680) | (13,016) | (59,664) | -458.4% |

The increase in net cash provided by operating activities was primarily due to higher sales volumes and resulting higher operating earnings in the current year, partially offset by higher income taxes paid.

Net cash used in investing activities for the six months ended June 30, 2021 primarily represents cash payments of $419.0 million related to the acquisition of businesses and $54.2 million related to the purchase of property and equipment, which were offset by cash proceeds on sale of an investment of $4.9 million. Net cash used in investing activities for the six months ended June 30, 2020 primarily represents cash payments of $26.3 million related to the purchase of property and equipment.

Net cash used in financing activities for the six months ended June 30, 2021 primarily represents $126.8 million of debt repayments ($73.7 million of short-term borrowings and $53.1 million of long-term borrowings and finance lease obligations), $40.0 million of taxes paid related to equity awards, $27.2 million as a purchase of additional ownership interest of Pramac, and $3.8 million of contingent consideration for acquired businesses. These cash payments were partially offset by proceeds of $57.6 million from short-term borrowings, $50.0 million from long-term borrowings and $18.6 million from the exercise of stock options.

Net cash used in financing activities for the six months ended June 30, 2020 primarily represents $128.2 million of debt repayments ($125.7 million of short-term borrowings and $2.5 million of long-term borrowings and finance lease obligations), $11.0 million of taxes paid related to equity awards, and $4.0 million of contingent consideration for acquired businesses. These cash payments were partially offset by proceeds of $122.5 million from short-term borrowings and $7.6 million from the exercise of stock options.

**Contractual Obligations**

There have been no material changes to our contractual obligations since the February 23, 2021 filing of our Annual Report on Form 10-K for the year ended December 31, 2020.

**Off-Balance Sheet Arrangements**

There have been no material changes to off-balance sheet arrangements since the February 23, 2021 filing of our Annual Report on Form 10-K for the year ended December 31, 2020. See Note 15, "Commitments and Contingencies," to the condensed consolidated financial statements included in Item 1 of this Quarterly Report on Form 10-Q for more information on our off-balance sheet arrangements.

**Critical Accounting Policies**

As discussed in our Annual Report on Form 10-K for the year ended December 31, 2020, in preparing the financial statements in accordance with U.S. GAAP, management is required to make estimates and assumptions that have an impact on the asset, liability, revenue and expense amounts reported. These estimates can also affect supplemental information disclosures of the Company, including information about contingencies, risk and financial condition. The Company believes, given current facts and circumstances, its estimates and assumptions are reasonable, adhere to U.S. GAAP, and are consistently applied. Inherent in the nature of an estimate or assumption is the fact that actual results may differ from estimates, and estimates may vary as new facts and circumstances arise. The Company makes routine estimates and judgments in determining net realizable value of accounts receivable, inventories, property and equipment, prepaid expenses, product warranties and other reserves. Management believes the Company's most critical accounting estimates and assumptions are in the following areas: goodwill and other indefinite-lived intangible asset impairment assessment; business combinations and purchase accounting; and income taxes.

There have been no material changes in our critical accounting policies since the February 23, 2021 filing of our Annual Report on Form 10-K for the year ended December 31, 2020.

**Non-GAAP Measures**

*Adjusted EBITDA*

The computation of Adjusted EBITDA attributable to Generac Holdings Inc. is based on the definition of EBITDA contained in our credit agreement, as amended. To supplement our condensed consolidated financial statements presented in accordance with U.S. GAAP, we provide the computation of Adjusted EBITDA attributable to the Company, taking into account certain charges and gains that were recognized during the periods presented.

We view Adjusted EBITDA as a key measure of our performance. We present Adjusted EBITDA not only due to its importance for purposes of our credit agreements but also because it assists us in comparing our performance across reporting periods on a consistent basis as it excludes items that we do not believe are indicative of our core operating performance. Our management uses Adjusted EBITDA:

- for planning purposes, including the preparation of our annual operating budget and developing and refining our internal projections for future periods;
- to allocate resources to enhance the financial performance of our business;
- as a benchmark for the determination of the bonus component of compensation for our senior executives under our management incentive plan, as described further in our 2021 Proxy Statement;
- to evaluate the effectiveness of our business strategies and as a supplemental tool in evaluating our performance against our budget for each period; and
- in communications with our Board of Directors and investors concerning our financial performance.

We believe Adjusted EBITDA is used by securities analysts, investors and other interested parties in the evaluation of the Company. Management believes the disclosure of Adjusted EBITDA offers an additional financial metric that, when coupled with results prepared in accordance with U.S. GAAP and the reconciliation to U.S. GAAP results, provides a more complete understanding of our results of operations and the factors and trends affecting our business. We believe Adjusted EBITDA is useful to investors for the following reasons:

- Adjusted EBITDA and similar non-GAAP measures are widely used by investors to measure a company's operating performance without regard to items that can vary substantially from company to company depending upon financing and accounting methods, book values of assets, tax jurisdictions, capital structures and the methods by which assets were acquired;
- investors can use Adjusted EBITDA as a supplemental measure to evaluate the overall operating performance of our company, including our ability to service our debt and other cash needs; and
- by comparing our Adjusted EBITDA in different historical periods, our investors can evaluate our operating performance excluding the impact of items described below.

The adjustments included in the reconciliation table listed below are provided for under our Term Loan and ABL Facility, and also are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by our management and Board of Directors. These adjustments eliminate the impact of a number of items that:

- we do not consider indicative of our ongoing operating performance, such as non-cash write-downs and other charges, non-cash gains, write-offs relating to the retirement of debt, severance costs and other restructuring-related business optimization expenses;
- we believe to be akin to, or associated with, interest expense, such as administrative agent fees, revolving credit facility commitment fees and letter of credit fees; or
- are non-cash in nature, such as share-based compensation.

We explain in more detail in footnotes (a) through (e) below why we believe these adjustments are useful in calculating Adjusted EBITDA as a measure of our operating performance.

Adjusted EBITDA does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted EBITDA has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted EBITDA does not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments;
- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;
- Adjusted EBITDA does not reflect the significant interest expense, or the cash requirements necessary to service interest or principal payments on our debt;
- although depreciation and amortization are non-cash charges, the assets being depreciated and amortized will often have to be replaced in the future, and Adjusted EBITDA does not reflect any cash requirements for such replacements;
- several of the adjustments that we use in calculating Adjusted EBITDA, such as non-cash write-downs and other charges, while not involving cash expense, do have a negative impact on the value of our assets as reflected in our consolidated balance sheet prepared in accordance with U.S. GAAP; and
- other companies may calculate Adjusted EBITDA differently than we do, limiting its usefulness as a comparative measure.

Furthermore, as noted above, one of our uses of Adjusted EBITDA is as a benchmark for determining elements of compensation for our senior executives. At the same time, some or all of these senior executives have responsibility for monitoring our financial results, generally including the adjustments in calculating Adjusted EBITDA (subject ultimately to review by our Board of Directors in the context of the Board's review of our quarterly financial statements). While many of the adjustments (for example, transaction costs and credit facility fees), involve mathematical application of items reflected in our financial statements, others involve a degree of judgment and discretion. While we believe all of these adjustments are appropriate, and while the quarterly calculations are subject to review by our Board of Directors in the context of the Board's review of our quarterly financial statements and certification by our Chief Financial Officer in a compliance certificate provided to the lenders under our Term Loan and ABL Facility credit agreements, this discretion may be viewed as an additional limitation on the use of Adjusted EBITDA as an analytical tool.

Because of these limitations, Adjusted EBITDA should not be considered as a measure of discretionary cash available to us to invest in the growth of our business. We compensate for these limitations by relying primarily on our U.S. GAAP results and using Adjusted EBITDA only supplementally.

The following table presents a reconciliation of net income to Adjusted EBITDA attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands) | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Net income attributable to Generac Holdings Inc. | $ 127,036 | $ 66,145 | $ 276,029 | $ 110,605 |
| Net (loss) income attributable to noncontrolling interests | 873 | (2,553) | 1,825 | (3,602) |
| Net income | 127,909 | 63,592 | 277,854 | 107,003 |
| Interest expense | 7,721 | 7,932 | 15,444 | 16,985 |
| Depreciation and amortization | 21,229 | 16,803 | 39,466 | 32,919 |
| Provision for income taxes | 46,362 | 18,473 | 81,730 | 27,917 |
| Non-cash write-down and other adjustments (a) | 1,173 | (893) | (2,695) | 1,391 |
| Non-cash share-based compensation expense (b) | 6,973 | 5,400 | 12,421 | 9,974 |
| Loss on extinguishment of debt (c) | 831 | - | 831 | - |
| Transaction costs and credit facility fees (d) | 5,172 | 358 | 6,086 | 592 |
| Business optimization and other charges (e) | - | 11,460 | 159 | 11,972 |
| Other | 309 | 15 | 577 | 411 |
| Adjusted EBITDA | 217,679 | 123,140 | 431,873 | 209,164 |
| Adjusted EBITDA attributable to noncontrolling interests | 2,015 | 132 | 4,207 | 30 |
| Adjusted EBITDA attributable to Generac Holdings Inc. | $ 215,664 | $ 123,008 | $ 427,666 | $ 209,134 |

(a)  Represents the following non-cash charges, gains, and other adjustments: gains/losses on disposals of assets and sales of certain investments, unrealized mark-to-market adjustments on commodity contracts, and certain foreign currency related adjustments. We believe that adjusting net income for these non-cash charges and gains is useful for the following reasons:

- The gains/losses on disposals of assets and sales of certain investments result from the sale of assets that are no longer useful in our business and therefore represent gains or losses that are not from our core operations; and
- The adjustments for unrealized mark-to-market gains and losses on commodity contracts represent non-cash items to reflect changes in the fair value of forward contracts that have not been settled or terminated. We believe it is useful to adjust net income for these items because the charges do not represent a cash outlay in the period in which the charge is incurred, although Adjusted EBITDA must always be used together with our U.S. GAAP statements of comprehensive income and cash flows to capture the full effect of these contracts on our operating performance.

(b)  Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.

(c)  Represents the non-cash write-off of original issue discount and deferred financing costs due to voluntary prepayment of Term Loan debt.

(d)  Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities, such as administrative agent fees and credit facility commitment fees under our Term Loan and ABL Facility, which we believe to be akin to, or associated with, interest expense and

whose inclusion in Adjusted EBITDA is therefore similar to the inclusion of interest expense in that calculation.

(e)  For the six months ended June 30, 2021, represents severance and other charges related to the consolidation of certain of our facilities. For the three and six months ended June 30, 2020, represents severance, non-cash asset write-downs, and other charges to address the impact of the COVID-19 pandemic and decline in oil prices.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 398 of 650     Document 49

*Adjusted Net Income*

To further supplement our condensed consolidated financial statements in accordance with U.S. GAAP, we provide the computation of Adjusted Net Income attributable to the Company, which is defined as net income before noncontrolling interest and provision for income taxes adjusted for the following items: cash income tax expense, amortization of intangible assets, amortization of deferred financing costs and original issue discount related to our debt, intangible impairment charges, certain transaction costs and other purchase accounting adjustments, losses on extinguishment of debt, business optimization expenses, certain other non-cash gains and losses, and adjusted net income attributable to noncontrolling interests, as set forth in the reconciliation table below.

We believe Adjusted Net Income is used by securities analysts, investors and other interested parties in the evaluation of our company's operations. Management believes the disclosure of Adjusted Net Income offers an additional financial metric that, when used in conjunction with U.S. GAAP results and the reconciliation to U.S. GAAP results, provides a more complete understanding of our ongoing results of operations, and the factors and trends affecting our business.

The adjustments included in the reconciliation table listed below are presented to illustrate the operating performance of our business in a manner consistent with the presentation used by investors and securities analysts. Similar to the Adjusted EBITDA reconciliation, these adjustments eliminate the impact of a number of items we do not consider indicative of our ongoing operating performance or cash flows, such as amortization costs, transaction costs and write-offs relating to the retirement of debt. We also make adjustments to present cash taxes paid as a result of our favorable tax attributes.

Similar to Adjusted EBITDA, Adjusted Net Income does not represent, and should not be a substitute for, net income or cash flows from operations as determined in accordance with U.S. GAAP. Adjusted Net Income has limitations as an analytical tool, and you should not consider it in isolation, or as a substitute for analysis of our results as reported under U.S. GAAP. Some of the limitations are:

- Adjusted Net Income does not reflect changes in, or cash requirements for, our working capital needs;
- although amortization is a non-cash charge, the assets being amortized may have to be replaced in the future, and Adjusted Net Income does not reflect any cash requirements for such replacements; and
- other companies may calculate Adjusted Net Income differently than we do, limiting its usefulness as a comparative measure.

The following table presents a reconciliation of net income to Adjusted Net Income attributable to Generac Holdings Inc.:

| (U.S. Dollars in thousands, except share and per share data) | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | ---: | ---: | ---: | ---: |
| | 2021 | 2020 | 2021 | 2020 |
| Net income attributable to Generac Holdings Inc. | $ 127,036 | $ 66,145 | $ 276,029 | $ 110,605 |
| Net income (loss) attributable to noncontrolling interests | 873 | (2,553) | 1,825 | (3,602) |
| Net income | 127,909 | 63,592 | 277,854 | 107,003 |
| Provision for income taxes | 46,362 | 18,473 | 81,730 | 27,917 |
| Income before provision for income taxes | 174,271 | 82,065 | 359,584 | 134,920 |
| Amortization of intangible assets | 11,052 | 7,667 | 20,031 | 15,448 |
| Amortization of deferred finance costs and original issue discount | 649 | 644 | 1,295 | 1,286 |
| Loss on extinguishment of debt | 831 | - | 831 | - |
| Transaction costs and other purchase accounting adjustments (a) | 4,954 | 191 | 5,643 | 231 |
| (Gain)/loss attributable to business or asset dispositions (b) | - | - | (3,991) | - |
| Business optimization and other charges | - | 11,460 | 159 | 11,972 |
| Adjusted net income before provision for income taxes | 191,757 | 102,027 | 383,552 | 163,857 |
| Cash income tax expense (c) | (37,406) | (13,877) | (75,274) | (21,222) |
| Adjusted net income | 154,351 | 88,150 | 308,278 | 142,635 |
| Adjusted net income (loss) attributable to noncontrolling interests | 1,121 | (342) | 2,344 | (923) |
| Adjusted net income attributable to Generac Holdings Inc. | $ 153,230 | $ 88,492 | $ 305,934 | $ 143,558 |
| | | | | |
| Adjusted net income per common share attributable to Generac Holdings Inc. - diluted: | $ 2.39 | $ 1.40 | $ 4.77 | $ 2.27 |
| Weighted average common shares outstanding - diluted: | 64,088,709 | 63,364,253 | 64,097,378 | 63,363,721 |

(a) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, and certain purchase accounting adjustments.

(b) Represents gains and losses attributable to the disposition of a business or assets occurring in other than ordinary course, as defined in our credit agreement.

(c) Amount for the three and six months ended June 30, 2021 is based on an anticipated cash income tax rate of approximately 21.0% to 21.5% for the full year ending December 31, 2021. Amount for the three and six months ended June 30, 2020 is based on an anticipated cash income tax rate at the time of approximately 17.0% for the full year ended December 31, 2020. Cash income tax expense for the respective periods is based on the projected taxable income and corresponding cash tax rate for the full year after considering the effects of current and deferred income tax items, and is calculated for each respective period by applying the derived full year cash tax rate to the period's pretax income.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 399 of 650    Document 49

**New Accounting Standards**

Refer to Note 1, "Description of Business and Basis of Presentation," to the condensed consolidated financial statements for further information on the new accounting standards applicable to the Company.

**Item 3.    Quantitative and Qualitative Disclosures about Market Risk**

Refer to Note 4, "Derivative Instruments and Hedging Activities," to the condensed consolidated financial statements for a discussion of changes in commodity, currency and interest rate related risks and hedging activities. Otherwise, there have been no material changes in market risk from the information provided in Item 7A (Quantitative and Qualitative Disclosures About Market Risk) of our Annual Report on Form 10-K for the year ended December 31, 2020.

**Item 4.    Controls and Procedures**

**Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our Chief Executive Officer and Chief Financial Officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) or 15d-15(e) promulgated under the Securities Exchange Act of 1934, as amended, or the Exchange Act. Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this report.

**Changes in Internal Control Over Financial Reporting**

There have been no changes during the three months ended June 30, 2021 in our internal control over financial reporting (as defined in Exchange Act Rule 13a-15(f)) that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II. OTHER INFORMATION**

**Item 1.    Legal Proceedings**

From time to time, we are involved in legal proceedings primarily involving product liability, employment matters and general commercial disputes arising in the ordinary course of our business. As of June 30, 2021, we believe there is no litigation pending that would have a material effect on our results of operations or financial condition.

**Item 1A.    Risk Factors**

There have been no material changes in our risk factors since the February 23, 2021 filing of our Annual Report on Form 10-K for the year ended December 31, 2020.

**Item 2.        Unregistered Sales of Equity Securities and Use of Proceeds**

The following table summarizes the stock repurchase activity for the three months ended June 30, 2021, which consisted of the withholding of shares upon the vesting of restricted stock awards to pay related withholding taxes on behalf of the recipient:

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs | Approximate Dollar Value Of Shares That May Yet Be Purchased Under The Plans Or Programs |
|---|---|---|---|---|
| 04/01/2021 – 04/30/2021 | - | - | - | $ 250,000,000 |
| 05/01/2021 – 05/31/2021 | 231 | $ 311.38 | - | $ 250,000,000 |
| 06/01/2021 – 06/30/2021 | 48 | $ 358.42 | - | $ 250,000,000 |
| Total | 279 | $ 319.47 | | |

For equity compensation plan information, please refer to our Annual Report on Form 10-K for the year ended December 31, 2020. For information on the Company's stock repurchase plans, refer to Note 12, "Stock Repurchase Program," to the condensed consolidated financial statements included in Item 1 of this Quarterly Report on Form 10-Q.

**Item 6.        Exhibits**

| Exhibits Number | Description |
|---|---|
| 10.1 | Third Amended and Restated Credit Agreement, dated as of May 27, 2021, among Generac Power Systems, Inc., its Subsidiaries listed as Borrowers on the signature pages thereto, Generac Acquisition Corp., the lenders party thereto, Bank of America, N.A. as Administrative Agent, JPMorgan Chase Bank, N.A. as Syndication Agent, and Wells Fargo Bank, National Association as Documentation Agent (incorporated by reference to Exhibit 10.1 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 10.2 | Second Amendment, dated as of May 27, 2021, amending that certain Credit Agreement, dated as of February 9, 2012, as amended and restated as of May 30, 2012, as further amended and restated as of May 31, 2013, as amended by the First Amendment, dated as of May 18, 2015, as further amended by the Replacement Term Loan Amendment, dated as of November 2, 2016, as further amended by the 2017 Replacement Term Loan Amendment, dated as of May 11, 2017, as further amended by the 2017-2 Replacement Term Loan Amendment, dated December 8, 2017, as further amended by the 2018 Replacement Term Loan Amendment, dated June 8, 2018, and as further amended by the 2019 Replacement Term Loan Amendment, dated December 13, 2019, among Generac Power Systems, Inc., Generac Acquisition Corp., the other Loan Parties (as defined therein) party thereto, the lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent and the other agents named therein (incorporated by reference to Exhibit 10.2 of the Current Report on Form 8-K filed with the SEC on May 28, 2021). |
| 31.1* | Certification of Chief Executive Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Securities Exchange Act Rules 13a-14(a) and 15d-14(a), pursuant to section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1** | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101* | The following materials from the Company's Quarterly Report on Form 10-Q for the quarter ended June 30, 2021 formatted in Inline eXtensible Business Reporting Language (iXBRL): (i) the Condensed Consolidated Balance Sheets, (ii) the Condensed Consolidated Statements of Comprehensive Income, (iii) the Condensed Consolidated Statements of Stockholders' Equity, (iv) the Condensed Consolidated Statements of Cash Flows, and (v) related Notes to Condensed Consolidated Financial Statements. |
| 104 | The cover page from the Company's Quarterly Report on Form 10-Q for the quarter ended June 30, 2021 formatted in iXBRL (included in Exhibit 101). |

\*        Filed herewith.
\*\*       Furnished herewith

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

GENERAC HOLDINGS INC.

By:             /s/ York A. Ragen

YORK A. RAGEN
*Chief Financial Officer*
*(Duly Authorized Officer and Principal Financial and Accounting Officer)*

Dated: August 3, 2021

31

**Exhibit 31.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER PURSUANT TO
SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Aaron Jagdfeld, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Generac Holdings Inc.;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
    a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
    b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
    c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
    d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
    a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
    b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 3, 2021                              /s/ Aaron Jagdfeld

|  |  |
|---|---|
| Name: | Aaron Jagdfeld |
| Title: | *Chief Executive Officer* |

**Exhibit 31.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER PURSUANT TO
SECURITIES EXCHANGE ACT RULES 13a-14(a) AND 15d-14(a), AS ADOPTED
PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, York A. Ragen, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Generac Holdings Inc.;
2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
    a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
    b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
    c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
    d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and
5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):
    a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and
    b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 3, 2021          /s/ York A. Ragen

|  | |
|---|---|
| Name: | York A. Ragen |
| Title: | *Chief Financial Officer* |

**Exhibit 32.1**

**CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED
BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Executive Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to my knowledge:

1. the Company's quarterly report on Form 10-Q for the fiscal quarter ended June 30, 2021 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2. the information contained in the Company's quarterly report on Form 10-Q for the fiscal quarter ended June 30, 2021 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 3, 2021 /s/ Aaron Jagdfeld

Name: Aaron Jagdfeld
Title: *Chief Executive Officer*

**Exhibit 32.2**

**CERTIFICATION OF THE CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED**
**BY SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 1350, Chapter 63 of Title 18, United States Code, as adopted by Section 906 of the Sarbanes-Oxley Act of 2002, the undersigned, as Chief Financial Officer of Generac Holdings Inc. (the "Company"), does hereby certify that to my knowledge:

1. the Company's quarterly report on Form 10-Q for the fiscal quarter ended June 30, 2021 fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

2. the information contained in the Company's quarterly report on Form 10-Q for the fiscal quarter ended June 30, 2021 fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 3, 2021 /s/ York A. Ragen

| | |
|---|---|
| Name: | York A. Ragen |
| Title: | *Chief Financial Officer* |

# EXHIBIT 9

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director  ☐ 10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)  ☐ Other (specify below) |
| **S45 W29290 HWY.59** | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** |
| **C/O GENERAC HOLDINGS INC.** | 05/03/2021 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **WAUKESHA    WI    53189** | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/03/2021 | | S | | 1,182 | D | $322.4043[1] | 644,731 | D | |
| Common Stock | 05/03/2021 | | S | | 1,212 | D | $323.3704[2] | 643,519 | D | |
| Common Stock | 05/03/2021 | | S | | 1,505 | D | $324.383[3] | 642,014 | D | |
| Common Stock | 05/03/2021 | | S | | 1,101 | D | $325.7361[4] | 640,913 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $321.85 to $322.85, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $322.87 to $323.86, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $323.88 to $324.66, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $324.895 to $325.84, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

| | |
|---|---|
| /s/ Raj Kanuru, as Attorney in Fact | 05/05/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# EXHIBIT 10

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| C/O GENERAC HOLDINGS INC. | 06/01/2021 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| WAUKESHA WI 53189 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | |    Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/01/2021 | | S | | 544 | D | $329.0362(1) | 640,369 | D | |
| Common Stock | 06/01/2021 | | S | | 935 | D | $330.2798(2) | 639,434 | D | |
| Common Stock | 06/01/2021 | | S | | 2,664 | D | $331.4516(3) | 636,770 | D | |
| Common Stock | 06/01/2021 | | S | | 457 | D | $332.1418(4) | 636,313 | D | |
| Common Stock | 06/01/2021 | | S | | 400 | D | $333.245(5) | 635,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $328.50 to $329.47, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $329.81 to $330.81, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $330.96 to $331.75, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $332.00 to $332.56, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $332.86 to $333.46, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

/s/ Raj Kanuru, Attorney in Fact     06/01/2021

\*\* Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 11

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director | | 10% Owner |
| (Last)      (First)      (Middle) | | X Officer (give title below) | | Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** | | |
| C/O GENERAC HOLDINGS INC. | 07/01/2021 | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| WAUKESHA    WI    53189 | | X Form filed by One Reporting Person | | |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/01/2021 | | S | | 1,493 | D | $412.3671[1] | 634,420 | D | |
| Common Stock | 07/01/2021 | | S | | 1,325 | D | $413.044[2] | 633,095 | D | |
| Common Stock | 07/01/2021 | | S | | 2,182 | D | $414.0182[3] | 630,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $411.78 to $412.77, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $412.82 to $413.78, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $413.83 to $414.39, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

| | |
|---|---|
| /s/ Raj Kanuru, Attorney in Fact | 07/02/2021 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 413 of 650    Document 49

# EXHIBIT 12

# SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director | 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) | Other (specify below) |
| S45 W29290 HWY.59 C/O GENERAC HOLDINGS INC. | 3. Date of Earliest Transaction (Month/Day/Year) 08/02/2021 | Chief Executive Officer | |
| (Street) WAUKESHA WI 53189 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person | |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/02/2021 | | S | | 700 | D | $411.9036[1] | 630,213 | D | |
| Common Stock | 08/02/2021 | | S | | 700 | D | $412.9[2] | 629,513 | D | |
| Common Stock | 08/02/2021 | | S | | 300 | D | $414.0889[3] | 629,213 | D | |
| Common Stock | 08/02/2021 | | S | | 200 | D | $415.55[4] | 629,013 | D | |
| Common Stock | 08/02/2021 | | S | | 900 | D | $416.4626[5] | 628,113 | D | |
| Common Stock | 08/02/2021 | | S | | 100[6] | D | $418.01 | 628,013 | D | |
| Common Stock | 08/02/2021 | | S | | 393 | D | $419.3444[7] | 627,620 | D | |
| Common Stock | 08/02/2021 | | S | | 1,707 | D | $421.3186[8] | 625,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

## Explanation of Responses:

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $411.36 to $412.26, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $412.45 to $413.445, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $414.08 to $414.10, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $415.25 to $415.85, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $416.28 to $417.03, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number

of shares the prices at which the shares were sold.

6. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020.

7. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $419.11 to $419.95, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

8. he price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $420.945 to $421.32, inclusive. The reporting persons undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares the prices at which the shares were sold.

| /s/ Raj Kanuru, Attorney in Fact | 08/03/2021 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 13

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| S45 W29290 HWY.59 C/O GENERAC HOLDINGS INC. | 3. Date of Earliest Transaction (Month/Day/Year) 09/01/2021 | Chief Executive Officer |
| (Street) WAUKESHA WI 53189 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/01/2021 | | S | | 1,915 | D | $436.73[1] | 623,998 | D | |
| Common Stock | 09/01/2021 | | S | | 985 | D | $437.89[2] | 623,013 | D | |
| Common Stock | 09/01/2021 | | S | | 510 | D | $439.39[3] | 622,503 | D | |
| Common Stock | 09/01/2021 | | S | | 1,590 | D | $440.43[4] | 620,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

### Explanation of Responses:

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $436.21 to $437.19, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $437.41 to $438.38, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $438.91 to $439.81, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $440.19 to $440.47, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

| /s/ Raj Kanuru, Attorney in Fact | 09/03/2021 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# EXHIBIT 14

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br><br> **Jagdfeld Aaron** <br><br> (Last) (First) (Middle) <br><br> S45 W29290 HWY.59 <br> C/O GENERAC HOLDINGS INC. <br><br> (Street) <br><br> WAUKESHA WI 53189 <br><br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **GENERAC HOLDINGS INC.** [ GNRC ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/01/2021 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/01/2021 | | S | | 2,496 | D | $401.35[1] | 618,417 | D | |
| Common Stock | 10/01/2021 | | S | | 1,227 | D | $402.35[2] | 617,190 | D | |
| Common Stock | 10/01/2021 | | S | | 577 | D | $403[3] | 616,613 | D | |
| Common Stock | 10/01/2021 | | S | | 300 | D | $404.59[4] | 616,313 | D | |
| Common Stock | 10/01/2021 | | S | | 100 | D | $406.9 | 616,213 | D | |
| Common Stock | 10/01/2021 | | S | | 300 | D | $408.67 | 615,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $400.81 to $401.75, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $401.88 to $402.68, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $402.885 to $403.18, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $404.46 to $404.74, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

/s/ Raj Kanuru, Attorney in Fact     10/01/2021

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 15

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 422 of 650    Document 49

**FORM 4**

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director | 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/01/2021 | X Officer (give title below) | Other (specify below) |
| S45 W29290 HWY.59 C/O GENERAC HOLDINGS INC. | | Chief Executive Officer | |
| (Street) WAUKESHA WI 53189 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person | |
| (City) (State) (Zip) | | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/01/2021 | | S | | 1,150 | D | $494.28[(1)] | 614,763 | D | |
| Common Stock | 11/01/2021 | | S | | 1,150 | D | $495.21[(2)] | 613,613 | D | |
| Common Stock | 11/01/2021 | | S | | 400 | D | $496.85[(3)] | 613,213 | D | |
| Common Stock | 11/01/2021 | | S | | 500 | D | $498.14[(4)] | 612,713 | D | |
| Common Stock | 11/01/2021 | | S | | 1,091 | D | $499.11[(5)] | 611,622 | D | |
| Common Stock | 11/01/2021 | | S | | 709 | D | $500.01[(6)] | 610,913 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $493.705 to $494.675, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $494.76 to $495.74, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $496.56 to $497.09, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $497.63 to $498.68, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $498.75 to $499.61, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

6. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trade plan under Rule 10b5-1, previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $500.00 to $500.07, inclusive. The reporting person undertakes to provide to the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

/s/ Raj Kanuru, Attorney in Fact     11/02/2021

\*\* Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 16

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director | 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| S45 W29290 HWY.59 C/O GENERAC HOLDINGS INC. | 12/01/2021 | Chief Executive Officer | |
| (Street) WAUKESHA WI 53189 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City) (State) (Zip) | | X Form filed by One Reporting Person Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/01/2021 | | S | | 585 | D | $419.24[1] | 610,328 | D | |
| Common Stock | 12/01/2021 | | S | | 670 | D | $421.2[2] | 609,658 | D | |
| Common Stock | 12/01/2021 | | S | | 516 | D | $422.13[3] | 609,142 | D | |
| Common Stock | 12/01/2021 | | S | | 1,882 | D | $423.42[4] | 607,260 | D | |
| Common Stock | 12/01/2021 | | S | | 947 | D | $424.32[5] | 606,313 | D | |
| Common Stock | 12/01/2021 | | S | | 300 | D | $425.67[6] | 606,013 | D | |
| Common Stock | 12/01/2021 | | S | | 100 | D | $427.22 | 605,913 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $419.02 to $419.60, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $420.68 to $421.62, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $421.75 to $422.59, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $422.92 to $423.75, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $424.04 to $425.04, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

6. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $425.43 to $425.97, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

| /s/ Raj Kanuru, Attorney in Fact | 12/03/2021 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 17

SEC Form 4

**FORM 4**

SEC Form 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director | 10% Owner | |
| (Last) (First) (Middle) | | X Officer (give title below) | Other (specify below) | |
| **S45 W29290 HWY.59** | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** | | |
| **C/O GENERAC HOLDINGS INC.** | 01/03/2022 | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| **WAUKESHA WI 53189** | | X Form filed by One Reporting Person | | |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/03/2022 | | S | | 465 | D | $344.57[1] | 605,448 | D | |
| Common Stock | 01/03/2022 | | S | | 521 | D | $345.93[2] | 604,927 | D | |
| Common Stock | 01/03/2022 | | S | | 214 | D | $346.43[3] | 604,713 | D | |
| Common Stock | 01/03/2022 | | S | | 484 | D | $347.49[4] | 604,229 | D | |
| Common Stock | 01/03/2022 | | S | | 316 | D | $348.49[5] | 603,913 | D | |
| Common Stock | 01/03/2022 | | S | | 198 | D | $349.9[6] | 603,715 | D | |
| Common Stock | 01/03/2022 | | S | | 274 | D | $350.86[7] | 603,441 | D | |
| Common Stock | 01/03/2022 | | S | | 282 | D | $351.94[8] | 603,159 | D | |
| Common Stock | 01/03/2022 | | S | | 2,246 | D | $353.93[9] | 600,913 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $344.40 to $345.36, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $345.90 to $345.99, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $346.00 to $346.87, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $347.00 to $347.86, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $348.23 to $348.98, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

6. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $349.35 to $350.31, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

7. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $350.36 to $351.29, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

8. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $351.71 to $352.70, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

9. The price reported is the weighted average price. The shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on October 30, 2020. The shares were sold in multiple transactions at prices ranging from $353.06 to $354.03, inclusive. The reporting person undertakes to provide the SEC, the issuer and any security holder full information regarding the number of shares and the prices at which the shares were sold.

| | |
|---|---|
| /s/ Raj Kanuru, Attorney in Fact | 01/05/2022 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 18

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director ☐ 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below) ☐ Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| C/O GENERAC HOLDINGS INC. | 02/01/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| WAUKESHA WI 53189 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | ☐ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/01/2022 | | M[(1)] | | 62,087 | A | $15.94 | 663,000 | D | |
| Common Stock | 02/01/2022 | | S[(1)] | | 3,232[(2)] | D | $280.08[(3)] | 659,768 | D | |
| Common Stock | 02/01/2022 | | S[(1)] | | 10,615[(2)] | D | $281.16[(4)] | 649,153 | D | |
| Common Stock | 02/01/2022 | | S[(1)] | | 11,053[(2)] | D | $282.16[(5)] | 638,100 | D | |
| Common Stock | 02/01/2022 | | S[(1)] | | 2,192[(2)] | D | $282.96[(6)] | 635,908 | D | |
| Common Stock | 02/01/2022 | | S[(1)] | | 2,802[(2)] | D | $284.05[(7)] | 633,106 | D | |
| Common Stock | 02/01/2022 | | S[(8)] | | 5,000 | D | $286.29 | 628,106 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $15.94 | 02/01/2022 | | M[(1)] | | | 62,087 | (9) | 02/24/2022 | Common Stock | 62,087 | $0 | 0 | D | |

**Explanation of Responses:**

1. The transactions reported on this Form 4 were automatically effected pursuant to a Rule 10b5-1 trading plan previously adopted on November 8, 2021 and established by the reporting person for the purpose of an orderly sale of shares related to the exercise of options scheduled to expire in February 2022.

2. The shares of common stock were sold solely to satisfy the reporting person's exercise price and tax withholding obligations related to the exercise of stock options to purchase 62,087 shares as reported herein, with the reporting person retaining the remaining shares.

3. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $279.64 to $280.60, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

4. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $280.65 to $281.62, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

5. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $281.65 to $282.64, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

6. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $282.65 to $283.33, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

7. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $283.66 to $284.44, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

8. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1, previously entered into on November 8, 2021.

9. Subject to continued service through the vesting date, the Options vested in equal installments on each of the first four (4) anniversaries of the Date of Grant.

/s/ Raj Kanuru, Attorney in Fact

02/03/2022

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 19

SEC Form 4

## FORM 4

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Estimated average burden | |
| hours per response: | 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* |
|---|
| Jagdfeld Aaron |

| (Last) | (First) | (Middle) |
|---|---|---|
| S45 W29290 HWY.59 | | |
| C/O GENERAC HOLDINGS INC. | | |

(Street)

| WAUKESHA | WI | 53189 |
|---|---|---|
| (City) | (State) | (Zip) |

2. Issuer Name **and** Ticker or Trading Symbol
**GENERAC HOLDINGS INC.** [ GNRC ]

3. Date of Earliest Transaction (Month/Day/Year)
03/01/2022

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| X | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

| X | Form filed by One Reporting Person |
|---|---|
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2022 | | S | | 5,000[1] | D | $314.49 | 623,106 | D | |
| Common Stock | 03/01/2022 | | A | | 6,062[2] | A | $0 | 629,168 | D | |
| Common Stock | 03/01/2022 | | A | | 12,122 | A | $0 | 641,290 | D | |
| Common Stock | 03/01/2022 | | F | | 2,569 | D | $315.875 | 638,721 | D | |
| Common Stock | 03/01/2022 | | F | | 1,988 | D | $315.875 | 636,733 | D | |
| Common Stock | 03/01/2022 | | F | | 758 | D | $315.875 | 635,975 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $315.875 | 03/01/2022 | | A | | 15,133 | | [3] | 03/01/2032 | Common Stock | 15,133 | $0 | 15,133 | D | |

### Explanation of Responses:

1. These shares were sold pursuant the terms of a trading plan under Rule 10b5-1 entered into on November 8, 2021.

2. Subject to continued service through the vesting date, the Restricted Shares shall vest in equal installments on each of the first three (3) anniversaries of the Date of Grant.

3. Subject to continued service through the vesting date, the Options shall vest in equal installments on each of the first four (4) anniversaries of the Date of Grant.

| /s/ Raj Kanuru, Attorney in Fact | 03/03/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 20

SEC Form 4

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director    10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| S45 W29290 HWY.59 | 04/01/2022 | **Chief Executive Officer** |
| C/O GENERAC HOLDINGS INC. | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| WAUKESHA  WI  53189 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | |    Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/01/2022 | | S | | 5,000[(1)] | D | $298.74 | 630,975 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

| /s/ Raj Kanuru, Attorney in Fact | 04/01/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 21

SEC Form 4

**FORM 4**

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
|---|---|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director | | 10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | | Other (specify below) |
| S45 W29290 HWY.59 | 05/02/2022 | Chief Executive Officer | | |
| C/O GENERAC HOLDINGS INC. | | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| WAUKESHA    WI    53189 | | X Form filed by One Reporting Person | | |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/02/2022 | | S | | 5,000[(1)] | D | $218.7 | 625,975 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact          05/02/2022

\*\* Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 22

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> **Jagdfeld Aaron** <br><br> (Last)        (First)        (Middle) <br><br> S45 W29290 HWY.59 <br> C/O GENERAC HOLDINGS INC. <br><br> (Street) <br><br> WAUKESHA      WI        53189 <br><br> (City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **GENERAC HOLDINGS INC.** [ GNRC ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 06/01/2022 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X   Director        10% Owner <br> X   Officer (give title below)        Other (specify below) <br> **Chief Executive Officer** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X   Form filed by One Reporting Person <br>    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/01/2022 | | S | | 5,000[1] | D | $250.68 | 620,975 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact                06/03/2022

** Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 23

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | |
| --- | --- | --- | --- | --- |
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director | | 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | | Other (specify below) |
| S45 W29290 HWY.59 C/O GENERAC HOLDINGS INC. | 07/01/2022 | **Chief Executive Officer** | | |
| (Street) WAUKESHA WI 53189 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | | |
| | | X Form filed by One Reporting Person | | |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/01/2022 | | S | | 5,000[1] | D | $213.81 | 615,975 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact        07/01/2022

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 24

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X  Director | 10% Owner |
| (Last)          (First)          (Middle) | | X  Officer (give title below) | Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** | |
| C/O GENERAC HOLDINGS INC. | 08/01/2022 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| WAUKESHA    WI    53189 | | X  Form filed by One Reporting Person | |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/01/2022 | | S | | 5,000[(1)] | D | $264.96 | 610,975 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact          08/03/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 25

## FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director    10% Owner |
| (Last)    (First)    (Middle) | | X Officer (give title below)    Other (specify below) |
| **S45 W29290 HWY.59** | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** |
| **C/O GENERAC HOLDINGS INC.** | 09/01/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **WAUKESHA    WI    53189** | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/01/2022 | | S | | 5,000[1] | D | $216.36 | 605,975 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact          09/02/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 26

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Jagdfeld Aaron** | **GENERAC HOLDINGS INC.** [ GNRC ] | X Director     10% Owner |

| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)     Other (specify below) |
|---|---|---|
| S45 W29290 HWY.59 | 10/03/2022 | **Chief Executive Officer** |
| C/O GENERAC HOLDINGS INC. | | |

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|
| WAUKESHA   WI   53189 | | X Form filed by One Reporting Person |
| (City)   (State)   (Zip) | |    Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/03/2022 | | S | | 5,000[(1)] | D | $179.9 | 600,975 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

/s/ Raj Kanuru, Attorney in Fact     10/05/2022

** Signature of Reporting Person     Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 27

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Jagdfeld Aaron | GENERAC HOLDINGS INC. [ GNRC ] | X Director  □ 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)  □ Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) | Chief Executive Officer |
| C/O GENERAC HOLDINGS INC. | 11/01/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| WAUKESHA WI 53189 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | □ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/01/2022 | | S | | 5,000[1] | D | $119.05 | 595,975 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. These shares were sold pursuant to the terms of a trading plan under Rule 10b5-1 previously entered into on November 8, 2021.

| /s/ Raj Kanuru, Attorney in Fact | 11/03/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 28

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Ragen York A. | GENERAC HOLDINGS INC. [ GNRC ] | Director | 10% Owner |
| (Last)          (First)          (Middle) | | X Officer (give title below) | Other (specify below) |
| S45 W29290 HWY.59 | 3. Date of Earliest Transaction (Month/Day/Year) 11/11/2021 | Chief Financial Officer | |
| C/O GENERAC HOLDINGS INC. | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| WAUKESHA     WI          53189 | | X Form filed by One Reporting Person | |
| (City)          (State)          (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/11/2021 | | M | | 10,000 | A | $29.81 | 119,954 | D | |
| Common Stock | 11/11/2021 | | S | | 991 | D | $441.38[(1)] | 118,963 | D | |
| Common Stock | 11/11/2021 | | S | | 6,681 | D | $442.59[(2)] | 112,282 | D | |
| Common Stock | 11/11/2021 | | S | | 2,328 | D | $443.27[(3)] | 109,954 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $29.81 | 11/11/2021 | | M | | | 10,000 | (4) | 03/14/2023 | Common Stock | 10,000 | $0 | 9,335 | D | |

**Explanation of Responses:**

1. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $441.01 to $442.01, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

2. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $442.03 to $443.02, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

3. The price reported is the weighted average price. The shares were sold in multiple transactions at prices ranging from $443.11 to $443.94, inclusive. The reporting person undertakes to provide the SEC, the issuer, and any security holder full information regarding the number of shares and prices at which the shares were sold.

4. Subject to continued service through the vesting date, the Options vested in equal installments on each of the first four (4) anniversaries of the Date of Grant.

| /s/ Raj Kanuru, Attorney in Fact | 11/12/2021 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 453 of 650     Document 49

# EXHIBIT 29

SEC Form 4

FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br><br> Ragen York A. <br><br> (Last)  (First)  (Middle) <br><br> S45 W29290 HWY.59 <br> C/O GENERAC HOLDINGS INC. <br><br> (Street) <br><br> WAUKESHA  WI  53189 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> GENERAC HOLDINGS INC. [ GNRC ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> Director  10% Owner <br> X Officer (give title below)  Other (specify below) <br><br> Chief Financial Officer |
|---|---|---|
| | 3. Date of Earliest Transaction (Month/Day/Year) <br> 03/01/2022 | |
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X Form filed by One Reporting Person <br><br> Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2022 | | A | | 1,384[(1)] | A | $0 | 111,338 | D | |
| Common Stock | 03/01/2022 | | A | | 3,455 | A | $0 | 114,793 | D | |
| Common Stock | 03/01/2022 | | F | | 642 | D | $315.875 | 114,151 | D | |
| Common Stock | 03/01/2022 | | F | | 448 | D | $315.875 | 113,703 | D | |
| Common Stock | 03/01/2022 | | F | | 144 | D | $315.875 | 113,559 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $315.875 | 03/01/2022 | | A | | 3,455 | | (2) | 03/01/2032 | Common Stock | 3,455 | $0 | 3,455 | D | |

**Explanation of Responses:**

1. Subject to continued service through the vesting date, the Restricted Shares shall vest in equal installments on each of the first three (3) anniversaries of the Date of Grant.

2. Subject to continued service through the vesting date, the Options shall vest in equal installments on each of the first four (4) anniversaries of the Date of Grant.

/s/ Raj Kanuru, Attorney in Fact    03/03/2022

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

# EXHIBIT 30

# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | ◉Narrow | Negative | High | Standard | ⊕⊕⊕⊕⊕ |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

**Brett Castelli**

Equity Analyst

Morningstar

+1 312 244 9999

brett.castelli@morningstar.com

**Contents**

Analyst Note (20 Oct 2022)

Business Description

Financials

Research Methodology for Valuing

Companies

**Important Disclosure**

The conduct of Morningstar's analysts is governed by Code of Ethics/Code of Conduct Policy, Personal Security Trading Policy (or an equivalent of), and Investment Research Policy. For information regarding conflicts of interest, please visit: http://global.morningstar.com/equitydisclosures.

The primary analyst covering this company does not own its stock.

Reporting Currency: USD | Trading Currency: USD Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

'The ESG Risk Rating Assessment is a representation of Sustainalytics' ESG Risk Rating.

## Generac Slashes Guidance as Home Generator Orders Come to a Halt; Lowering FVE to $135

**Analyst Note** Brett Castelli, Equity Analyst, 20 Oct 2022

We lower our fair value estimate for Generac to $135 from $256 after the company sharply reduced its 2022 sales guidance. The primary driver of our fair value decrease is lowering our sales expectations for the company's home generators. While shares are trading at a 20% discount to our revised fair value estimate, we think investors should not rush to buy the weakness as we expect it to take time for management to re-establish credibility.

On Oct. 19, Generac announced third-quarter results early and lowered its full-year sales growth guidance from 36%-40% to 22%-24%. We are surprised by the magnitude of the guidance cut given management reiterated guidance with second-quarter earnings two months ago. Management cited weakness in home standby generator orders as the key culprit, coupled with lower-than-expected clean energy sales following the bankruptcy of a key customer, Pink Energy. We view this as a setback in Generac's efforts to prove itself within the clean energy market.

Home standby generators are Generac's largest product category, its most profitable, and the primary driver of its valuation. As sales have boomed in recent years, Generac's share price and financial results followed. We have been cautious on continued home standby generator sales growth since initiating coverage in September 2021, expecting sales to plateau.

However, the weakness in home standby orders appears to be significantly lower than our prior expectations. We lower our home standby sales to $2.1 billion from $2.6 billion in 2022 and to $1.2 billion from $1.9 billion in 2026. Our new estimates are still above the product's sales range of $700 million-$800 million in 2018-2019, consistent

### Financial Summary and Key Statistics

| | Actual | | Forecast | |
|---|---|---|---|---|
| | **2020** | **2021** | **2022** | **2023** |
| Revenue (USD Mil) | 2,485 | 3,737 | 4,603 | 4,542 |
| Revenue Growth % | 12.7 | 50.4 | 23.2 | -1.3 |
| Operating Income (Mil) | 479 | 743 | 803 | 891 |
| Operating Margin % | 19.3 | 19.9 | 17.5 | 19.6 |
| Adjusted EBITDA (Mil) | 582 | 861 | 984 | 1,054 |
| Adjusted EBITDA Margin % | 23.4 | 23.1 | 21.4 | 23.2 |
| Earnings Per Share (Diluted) (USD) | 5.45 | 8.66 | 9.02 | 9.67 |
| Adjusted Earnings Per Share (Diluted) (USD) | 5.45 | 8.94 | 9.02 | 9.67 |
| Adjusted EPS Growth % | 29.7 | 64.2 | 0.9 | 7.2 |
| Price/Earnings | 41.7 | 39.4 | 12.2 | 11.4 |
| Price/Book | 10.4 | 10.2 | 2.5 | 2.1 |
| EV/EBITDA | 25.5 | 26.9 | 8.4 | 7.9 |
| Free Cash Flow Yield % | 3.0 | 1.3 | 6.1 | 10.3 |

Source: Morningstar Valuation Model. Data as of 19 Oct 2022.

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



MORNINGSTAR®

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 457 of 650   Document 49

# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | ⊖Narrow | Negative | High | Standard | ⊕⊕⊕⊕⊕⊕ |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

**Sector**

⚙ Industrials

**Industry**

Specialty Industrial Machinery

**Business Description**

Generac Power Systems designs and manufactures power generation equipment serving residential, commercial, and industrial markets. It offers standby generators, portable generators, lighting, outdoor power equipment, and a suite of clean energy products. Sales generated in the United States account for the majority of total sales.

with management's view of a higher baseline moving forward.

We view Generac's story as similar to companies that realized COVID-19-related benefits. The market is now trying to determine the appropriate long-term growth rate for these businesses after a sharp increase in sales in recent years.

We expect clean energy to account for an increasing percentage of Generac's sales over the next five-10 years and, thus, to be increasingly important in determining its future success. We would like to see management increase transparency regarding its clean energy business so investors can better measure progress.

Generac shares are down nearly 70% year-to-date as investor expectations have been drastically reset, particularly for the company's home generator business. We await greater clarity from management regarding home standby sales normalizing and execution within its upstart clean energy activities before becoming more positive on shares. Ⓜ

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

## Price vs. Fair Value



Fair Value: 135.00
20 Oct 2022 05:10, UTC
Last Close: 110.30
■ Over Valued
■ Under Valued

|  | 2017 | 2018 | 2019 | 2020 | 2021 | YTD |  |
|---|---|---|---|---|---|---|---|
|  | — | — | — | — | 0.98 | 0.82 | Price/Fair Value |
|  | 21.55 | 0.36 | 102.39 | 126.08 | 54.75 | -68.66 | Total Return % |

Morningstar Rating
★★★★★
★★★★
★★★
★★
★

## Competitors

| | Generac Holdings Inc GNRC | Cummins Inc CMI | Enphase Energy Inc ENPH | SolarEdge Technologies Inc SEDG |
|---|---|---|---|---|
| | Fair Value **135.00** Uncertainty : High / Last Close **110.30** | Fair Value **241.00** Uncertainty : Medium / Last Close **224.76** | Last Close **243.19** / Fair Value **150.00** Uncertainty : Very High | Fair Value **290.00** Uncertainty : Very High / Last Close **199.46** |
| Economic Moat | Narrow | Narrow | None | None |
| Moat Trend | Negative | Stable | Stable | Stable |
| Currency | USD | USD | USD | USD |
| Fair Value | 135.00 20 Oct 2022 05:10, UTC | 241.00 3 Aug 2022 03:42, UTC | 150.00 27 Jul 2022 15:26, UTC | 290.00 3 Aug 2022 20:31, UTC |
| 1-Star Price | 209.25 | 325.35 | 262.50 | 507.50 |
| 5-Star Price | 81.00 | 168.70 | 75.00 | 145.00 |
| Assessment | Significantly Undervalued 19 Oct 2022 | Fairly Valued 19 Oct 2022 | Over Valued 19 Oct 2022 | Under Valued 19 Oct 2022 |
| Morningstar Rating | ★★★★ 20 Oct 2022 05:14, UTC | ★★★ 19 Oct 2022 21:19, UTC | ★★ 19 Oct 2022 21:19, UTC | ★★★★ 19 Oct 2022 21:19, UTC |
| Analyst | Brett Castelli, Equity Analyst | Dawit Woldemariam, Equity Analyst | Brett Castelli, Equity Analyst | Brett Castelli, Equity Analyst |
| Capital Allocation | Standard | Standard | Exemplary | Standard |
| Price/Fair Value | 0.82 | 0.93 | 1.62 | 0.69 |
| Price/Sales | 1.61 | 1.30 | 19.99 | 4.60 |
| Price/Book | 2.91 | 3.63 | 73.04 | 5.47 |
| Price/Earnings | 14.25 | 15.71 | 168.88 | 77.91 |
| Dividend Yield | — | 2.63% | — | — |
| Market Cap | 7.04 Bil | 31.69 Bil | 32.94 Bil | 11.10 Bil |
| 52-Week Range | 109.05—524.31 | 184.28—247.48 | 113.40—324.84 | 190.15—389.71 |
| Investment Style | Mid Growth | Mid Value | Large Growth | Mid Growth |

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 459 of 650   Document 49

# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | ◉Narrow | Negative | High | Standard | ⊕⊕⊕⊕⊕ |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

## Morningstar Valuation Model Summary

**Financials** as of 19 Oct 2022

| | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 31 Dec | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Revenue (USD Mil) | 2,204 | 2,485 | 3,737 | 4,603 | 4,542 | 4,848 | 5,115 | 5,461 |
| Operating Income (USD Mil) | 372 | 479 | 743 | 803 | 891 | 941 | 974 | 988 |
| EBITDA (USD Mil) | 438 | 550 | 816 | 954 | 1,025 | 1,088 | 1,126 | 1,145 |
| Adjusted EBITDA (USD Mil) | 454 | 582 | 861 | 984 | 1,054 | 1,118 | 1,157 | 1,178 |
| Net Income (USD Mil) | 252 | 347 | 557 | 580 | 624 | 652 | 677 | 687 |
| Adjusted Net Income (USD Mil) | 264 | 347 | 575 | 580 | 624 | 652 | 677 | 687 |
| Free Cash Flow To The Firm (USD Mil) | 155 | 367 | -407 | 418 | 743 | 686 | 677 | 662 |
| Weighted Average Diluted Shares Outstanding (Mil) | 63 | 64 | 64 | 64 | 65 | 64 | 64 | 64 |
| Earnings Per Share (Diluted) (USD) | 4.01 | 5.45 | 8.66 | 9.02 | 9.67 | 10.19 | 10.57 | 10.73 |
| Adjusted Earnings Per Share (Diluted) (USD) | 4.20 | 5.45 | 8.94 | 9.02 | 9.67 | 10.19 | 10.57 | 10.73 |
| Dividends Per Share (USD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Margins & Returns** as of 19 Oct 2022

| | 3 Year Avg | Actual | | | Forecast | | | | | 5 Year Avg |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | |
| Operating Margin % | 18.7 | 16.9 | 19.3 | 19.9 | 17.5 | 19.6 | 19.4 | 19.0 | 18.1 | 18.7 |
| EBITDA Margin % | — | 19.9 | 22.2 | 21.8 | 20.7 | 22.6 | 22.5 | 22.0 | 21.0 | — |
| Adjusted EBITDA Margin % | 22.4 | 20.6 | 23.4 | 23.1 | 21.4 | 23.2 | 23.1 | 22.6 | 21.6 | 22.4 |
| Net Margin % | 13.5 | 11.5 | 14.0 | 14.9 | 12.6 | 13.7 | 13.5 | 13.2 | 12.6 | 13.1 |
| Adjusted Net Margin % | 13.8 | 12.0 | 14.0 | 15.4 | 12.6 | 13.7 | 13.5 | 13.2 | 12.6 | 13.1 |
| Free Cash Flow To The Firm Margin % | 3.6 | 7.0 | 14.8 | -10.9 | 9.1 | 16.4 | 14.1 | 13.2 | 12.1 | 13.0 |

**Growth & Ratios** as of 19 Oct 2022

| | 3 Year CAGR | Actual | | | Forecast | | | | | 5 Year CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | |
| Revenue Growth % | 22.7 | 8.9 | 12.7 | 50.4 | 23.2 | -1.3 | 6.7 | 5.5 | 6.8 | 7.9 |
| Operating Income Growth % | 27.6 | 4.2 | 28.7 | 55.0 | 8.1 | 11.0 | 5.5 | 3.6 | 1.4 | 5.9 |
| EBITDA Growth % | 0.0 | — | — | — | — | — | — | — | — | 0.0 |
| Adjusted EBITDA Growth % | 26.6 | 7.0 | 28.1 | 48.1 | 14.3 | 7.1 | 6.1 | 3.5 | 1.8 | 6.5 |
| Earnings Per Share Growth % | 31.9 | — | — | — | — | — | — | — | — | 3.7 |
| Adjusted Earnings Per Share Growth % | 31.9 | 7.8 | 29.7 | 64.2 | 0.9 | 7.2 | 5.3 | 3.8 | 1.5 | 3.7 |

**Valuation** as of 19 Oct 2022

| | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Price/Earnings | 24.0 | 41.7 | 39.4 | 12.2 | 11.4 | 10.8 | 10.4 | 10.3 |
| Price/Sales | 2.9 | 5.8 | 6.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.3 |
| Price/Book | 6.1 | 10.4 | 10.2 | 2.5 | 2.1 | 1.7 | 1.5 | 1.3 |
| Price/Cash Flow | 25.4 | 33.7 | 75.4 | 16.4 | 9.7 | 10.5 | 10.6 | 10.8 |
| EV/EBITDA | 15.8 | 25.5 | 26.9 | 8.4 | 7.9 | 7.4 | 7.2 | 7.0 |
| EV/EBIT | 19.3 | 31.0 | 31.2 | 10.3 | 9.3 | 8.8 | 8.5 | 8.4 |
| Dividend Yield % | — | — | — | — | — | — | — | — |
| Dividend Payout % | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Free Cash Flow Yield % | 3.9 | 3.0 | 1.3 | 6.1 | 10.3 | 9.5 | 9.4 | 9.3 |

**Operating Performance / Profitability** as of 19 Oct 2022

| | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 31 Dec | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| ROA % | 9.9 | 11.8 | 13.7 | 11.2 | 10.8 | 10.1 | 9.5 | 8.7 |
| ROE % | 28.1 | 28.7 | 30.9 | 23.2 | 20.1 | 17.4 | 15.4 | 13.5 |
| ROIC % | 20.5 | 24.7 | 24.7 | 21.2 | 22.2 | 23.5 | 24.0 | 24.0 |

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Morningstar Equity Analyst Note | Report as of 20 Oct 2022 05:25, UTC | Reporting Currency: USD | Trading Currency: USD | Exchange: NEW YORK STOCK EXCHANGE, INC.

Page 5 of 11

# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | 🌐Narrow | Negative | High | Standard | 🌐🌐🌐🌐🌐 |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

## Financial Leverage (Reporting Currency)

| | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fiscal Year,** ends 31 Dec | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** |
| Debt/Capital % | 46.5 | 38.9 | 30.7 | 26.0 | 22.3 | 19.4 | 17.1 | 15.3 |
| Assets/Equity | 2.6 | 2.3 | 2.2 | 2.0 | 1.8 | 1.7 | 1.6 | 1.5 |
| Net Debt/EBITDA | 1.3 | 0.4 | 1.0 | 0.5 | -0.2 | -0.8 | -1.3 | -1.9 |
| Total Debt/EBITDA | 2.0 | 1.5 | 1.1 | 1.0 | 0.9 | 0.9 | 0.8 | 0.8 |
| EBITDA/ Net Interest Expense | 10.9 | 17.6 | 26.1 | 19.6 | 17.7 | 18.7 | 19.4 | 19.7 |

## Forecast Revisions as of 20 Oct 2022

| | 2022 | | 2023 | | 2024 | |
|---|---|---|---|---|---|---|
| **Prior data** as of 3 Aug 2022 | **Current** | **Prior** | **Current** | **Prior** | **Current** | **Prior** |
| Fair Value Estimate Change (Trading Currency) | 135.00 | 256.00 | — | — | — | — |
| Revenue (USD Mil) | 4,603 | 5,189 | 4,542 | 5,693 | 4,848 | 5,987 |
| Operating Income (USD Mil) | 803 | 947 | 891 | 1,241 | 941 | 1,358 |
| EBITDA (USD Mil) | 984 | 1,138 | 1,054 | 1,427 | 1,118 | 1,560 |
| Net Income (USD Mil) | 580 | 690 | 624 | 886 | 652 | 961 |
| Earnings Per Share (Diluted) (USD) | 9.02 | 10.75 | 9.67 | 13.74 | 10.19 | 15.01 |
| Adjusted Earnings Per Share (Diluted) (USD) | 9.02 | 10.75 | 9.67 | 13.74 | 10.19 | 15.01 |
| Dividends Per Share (USD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Key Valuation Drivers as of 19 Oct 2022

| | |
|---|---|
| Cost of Equity % | 9.0 |
| Pre-Tax Cost of Debt % | 6.5 |
| Weighted Average Cost of Capital % | 9.0 |
| Long-Run Tax Rate % | 21.0 |
| Stage II EBI Growth Rate % | 2.0 |
| Stage II Investment Rate % | 8.7 |
| Perpetuity Year | 15 |

Additional estimates and scenarios available for download at https://pitchbook.com/.

## Discounted Cash Flow Valuation as of 19 Oct 2022

| | USD Mil |
|---|---|
| Present Value Stage I | 2,448 |
| Present Value Stage II | 3,381 |
| Present Value Stage III | 3,057 |
| **Total Firm Value** | **8,886** |
| Cash and Equivalents | 147 |
| Debt | -980 |
| Other Adjustments | 0 |
| **Equity Value** | **8,054** |
| Projected Diluted Shares | 64 |
| **Fair Value per Share** (USD) | **135.00** |

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 461 of 650   Document 49

**M⊙RNINGSTAR®**

# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat[TM] | Moat Trend[TM] | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | ◉Narrow | Negative | High | Standard | ⊕⊕⊕⊕⊕⊕ |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

| Income Statement (USD) | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 31 Dec | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| **Revenue** (Mil) | 2,204 | 2,485 | 3,737 | 4,603 | 4,542 | 4,848 | 5,115 | 5,461 |
| Cost of Goods Sold (Mil) | 1,407 | 1,528 | 2,377 | 2,959 | 2,868 | 3,095 | 3,297 | 3,577 |
| **Gross Profit** (Mil) | 798 | 958 | 1,360 | 1,644 | 1,675 | 1,753 | 1,818 | 1,884 |
| Selling, General, Administrative & Other Expenses (Mil) | 329 | 366 | 463 | 589 | 559 | 577 | 600 | 641 |
| Advertising & Marketing Expenses | — | — | — | — | — | — | — | — |
| Research & Development | — | — | — | — | — | — | — | — |
| Depreciation & Amortization (if reported separately) (Mil) | 29 | 32 | 50 | 100 | 75 | 75 | 75 | 75 |
| **Adjusted Operating Income** (Mil) | 372 | 479 | 743 | 803 | 891 | 941 | 974 | 988 |
| Financial Non-Cash (Gains)/Losses (Mil) | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 |
| Irregular Cash (Gains)/Losses (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Operating Income** (Mil) | 372 | 479 | 721 | 803 | 891 | 941 | 974 | 988 |
| Net Interest Expense (Mil) | 41 | 33 | 29 | 50 | 60 | 60 | 60 | 60 |
| Income Tax Expense (Mil) | 67 | 99 | 135 | 173 | 208 | 229 | 238 | 241 |
| After-Tax Items (Mil) | -12 | 0 | -1 | 0 | 0 | 0 | 0 | 0 |
| (Minority Interest) (Mil) | — | — | — | — | — | — | — | — |
| **Net Income** (Mil) | 252 | 347 | 557 | 580 | 624 | 652 | 677 | 687 |
| **Adjusted Net Income** (Mil) | 264 | 347 | 575 | 580 | 624 | 652 | 677 | 687 |
| Weighted Average Diluted Shares Outstanding (Mil) | 63 | 64 | 64 | 64 | 65 | 64 | 64 | 64 |
| **Diluted Earnings Per Share** | 4.01 | 5.45 | 8.66 | 9.02 | 9.67 | 10.19 | 10.57 | 10.73 |
| **Diluted Adjusted Earnings Per Share** | 4.20 | 5.45 | 8.94 | 9.02 | 9.67 | 10.19 | 10.57 | 10.73 |
| Dividends Per Common Share (USD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **EBITDA** (Mil) | 438 | 550 | 816 | 954 | 1,025 | 1,088 | 1,126 | 1,145 |
| **Adjusted EBITDA** (Mil) | 454 | 582 | 861 | 984 | 1,054 | 1,118 | 1,157 | 1,178 |

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



# Generac Holdings Inc GNRC ★★★★ 20 Oct 2022 05:14, UTC

| Last Price | Fair Value Estimate | Price/FVE | Market Cap | Economic Moat™ | Moat Trend™ | Uncertainty | Capital Allocation | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|---|
| 110.30 USD | 135.00 USD | 0.82 | 7.04 USD Bil | ⊕Narrow | Negative | High | Standard | ⊕⊕⊕⊕⊕ |
| 19 Oct 2022 | 20 Oct 2022 05:10, UTC | | 19 Oct 2022 | | | | | 5 Oct 2022 05:00, UTC |

| Key Cash Flow Items (USD) | Actual | | | Forecast as of 19 Oct | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 31 Dec | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Cash from Working Capital (K) | -53,838 | 20,469 | -206,673 | -206,724 | 63,142 | -37,001 | -67,196 | -89,447 |
| (Capital Expenditures) (K) | -60,802 | -62,128 | -113,652 | -124,289 | -122,645 | -121,195 | -127,876 | -136,529 |
| Depreciation (K) | 32,265 | 36,493 | 42,155 | 50,636 | 59,051 | 72,717 | 76,726 | 81,917 |
| Amortization (K) | 33,356 | 34,878 | 52,475 | 100,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Net New (Investment), Organic (K) | -83,308 | -4,262 | -325,433 | -280,376 | -452 | -85,479 | -118,346 | -144,058 |
| (Purchases)/Sales of Companies & Assets (K) | -111,906 | -64,618 | -708,244 | -20,000 | 0 | 0 | 0 | 0 |
| Net New (Investment), Total (K) | -195,214 | -68,880 | -1,033,677 | -300,376 | -452 | -85,479 | -118,346 | -144,058 |
| Other Non-Cash Items, From Cash Flows (K) | 34,442 | 42,023 | 26,823 | 100,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Free Cash Flow to the Firm (K) | 154,559 | 367,170 | -406,916 | 417,971 | 742,972 | 685,534 | 677,452 | 661,991 |

| Balance Sheet (USD) | Actual | | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year, ends 31 Dec | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| **Assets** | | | | | | | | |
| Cash and Equivalents (Mil) | 323 | 655 | 147 | 527 | 1,225 | 1,866 | 2,500 | 3,117 |
| Inventory (Mil) | 522 | 603 | 1,090 | 1,169 | 1,093 | 1,138 | 1,212 | 1,315 |
| Accounts Receivable (Mil) | 320 | 375 | 546 | 694 | 685 | 731 | 772 | 824 |
| Net Property, Plant and Equipment (Mil) | 317 | 344 | 441 | 520 | 583 | 632 | 683 | 737 |
| Goodwill (Mil) | 805 | 855 | 1,410 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 |
| Other Intangibles (Mil) | 298 | 292 | 1,041 | 946 | 871 | 796 | 721 | 646 |
| Other Operating Assets (Mil) | 81 | 111 | 203 | 203 | 203 | 203 | 203 | 203 |
| Non-Operating Assets (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Assets (Mil) | 2,666 | 3,235 | 4,878 | 5,478 | 6,080 | 6,785 | 7,509 | 8,262 |
| **Liabilities** | | | | | | | | |
| Accounts Payable (Mil) | 262 | 330 | 674 | 694 | 673 | 726 | 774 | 840 |
| Debt (Mil) | 899 | 885 | 980 | 980 | 980 | 980 | 980 | 980 |
| Other Operating Liabilities (Mil) | 411 | 564 | 951 | 951 | 951 | 951 | 951 | 951 |
| Non-Operating Liabilities (Mil) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities (Mil) | 1,572 | 1,779 | 2,606 | 2,626 | 2,604 | 2,658 | 2,705 | 2,771 |
| **Equity** | | | | | | | | |
| Shareholders' Equity (Mil) | 1,032 | 1,390 | 2,214 | 2,793 | 3,417 | 4,069 | 4,746 | 5,433 |
| Minority Interest (Mil) | 62 | 66 | 58 | 58 | 58 | 58 | 58 | 58 |
| Total Equity (Mil) | 1,094 | 1,456 | 2,272 | 2,852 | 3,475 | 4,127 | 4,804 | 5,491 |

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 463 of 650   Document 49

# Research Methodology for Valuing Companies

## Overview

At the heart of our valuation system is a detailed projection of a company's future cash flows, resulting from our analysts' research. Analysts create custom industry and company assumptions to feed income statement, balance sheet, and capital investment assumptions into our globally standardized, proprietary discounted cash flow, or DCF, modeling templates. We use scenario analysis, indepth competitive advantage analysis, and a variety of other analytical tools to augment this process. Moreover, we think analyzing valuation through discounted cash flows presents a better lens for viewing cyclical companies, high-growth firms, businesses with finite lives (e.g., mines), or companies expected to generate negative earnings over the next few years. That said, we don't dismiss multiples altogether but rather use them as supporting cross-checks for our DCF-based fair value estimates. We also acknowledge that DCF models offer their own challenges (including a potential proliferation of estimated inputs and the possibility that the method may miss shortterm market-price movements), but we believe these negatives are mitigated by deep analysis and our longterm approach.

Morningstar's equity research group ("we," "our") believes that a company's intrinsic worth results from the future cash flows it can generate. The Morningstar Rating for stocks identifies stocks trading at a discount or premium to their intrinsic worth—or fair value estimate, in Morningstar terminology. Five-star stocks sell for the biggest risk adjusted discount to their fair values, whereas 1-star stocks trade at premiums to their intrinsic worth.

Four key components drive the Morningstar rating: (1) our assessment of the firm's economic moat, (2) our estimate of the stock's fair value, (3) our uncertainty around that fair value estimate and (4) the current market price. This process ultimately culminates in our singlepoint star rating.

### 1. Economic Moat

The concept of an economic moat plays a vital role not only in our qualitative assessment of a firm's long-term investment potential, but also in the actual calculation of our fair value estimates. An economic moat is a structural feature that allows a firm to sustain excess profits over a long period of time. We define economic profits as returns on invested capital (or ROIC) over and above our estimate of a firm's cost of capital, or weighted average cost of capital (or WACC). Without a moat, profits are more susceptible to competition. We have identified five sources of economic moats: intangible assets, switching costs, network effect, cost advantage, and efficient scale.

Companies with a narrow moat are those we believe are more likely than not to achieve normalized excess returns for at least the next 10 years. Wide-moat companies are those in which we have very high confidence that excess returns will remain for 10 years, with excess returns more likely than not to remain for at least 20 years. The longer a firm generates economic profits, the higher its intrinsic value. We believe low-quality, no-moat companies will see their normalized returns gravitate toward the firm's cost of capital more quickly than companies with moats.

When considering a company's moat, we also assess whether there is a substantial threat of value destruction, stemming from risks related to ESG, industry disruption, financial health, or other idiosyncratic issues. In this context, a risk is considered potentially value destructive if its occurrence would eliminate a firm's economic profit on a cumulative or midcycle basis. If we deem the probability of occurrence sufficiently high, we would not characterize the company as possessing an economic moat.

To assess the sustainability of excess profits, analysts perform ongoing assessments of the moat trend. A firm's moat trend is positive in cases where we think its sources of competitive advantage are growing stronger; stable where we don't anticipate changes to competitive advantages over the next several years; or negative when we see signs of deterioration.

### 2. Estimated Fair Value

Combining our analysts' financial forecasts with the firm's economic moat helps us assess how long returns on invested capital are likely to exceed the firm's cost of capital. Returns of firms with a wide economic moat rating are assumed to fade to the perpetuity period over a longer period of time than the returns of narrow-moat firms, and both will fade slower than no-moat firms, increasing our estimate of their intrinsic value.

Our model is divided into three distinct stages:

### Stage I: Explicit Forecast

In this stage, which can last five to 10 years, analysts make full financial statement forecasts, including items such as revenue, profit margins, tax rates, changes in workingcapital accounts, and capital spending. Based on these projections, we calculate earnings before interest, after taxes (EBI) and the net new investment (NNI) to derive our annual free cash flow forecast.

### Stage II: Fade

The second stage of our model is the period it will take the company's return on new invested capital—the return on capital of the next dollar invested ("RONIC")—to decline (or rise) to its cost of capital. During the Stage II period, we use a formula to approximate cash flows in lieu of explicitly modeling the income statement, balance sheet, and cash flow statement as we do in Stage I. The length of the second stage depends on the strength of the company's economic moat. We forecast this period to last anywhere from one year (for companies with no economic moat) to 10–15 years or more (for wide-moat companies). During this period, cash flows are forecast using four assumptions: an average growth rate for EBI over the period, a normalized investment rate, average return on new invested capital (RONIC), and the number of years until perpetuity, when excess returns cease. The investment rate and return on new invested capital decline until a perpetuity value is calculated. In the case of firms that do not earn their cost of capital, we assume marginal ROICs rise to the firm's cost of capital (usually attributable to less reinvestment), and we may truncate the second stage.

### Stage III: Perpetuity

Once a company's marginal ROIC hits its cost of capital, we calculate a continuing value, using a standard perpetuity formula. At perpetuity, we assume that any growth or decline or investment in the business neither creates nor destroys value and that any new investment provides a return in line with estimated WACC.

Because a dollar earned today is worth more than a dollar earned tomorrow, we discount our projections of cash flows in stages I, II, and III to arrive at a total present value of expected future cash flows. Because we are modeling free cash flow to the firm—representing cash available to provide a return to all capital providers—we discount future cash flows using the WACC, which is a weighted average of the costs of equity, debt, and preferred stock (and any other funding sources), using expected future proportionate long-term, market-value weights.

### 3. Uncertainty Around That Fair Value Estimate

Morningstar's Uncertainty Rating is designed to capture the range of potential outcomes for a company's intrinsic value. This rating is used to assign the margin of safety required before investing, which in turn explicitly drives our stock star rating system. The Uncertainty Rating is

**Morningstar Equity Research Star Rating Methodology**



Economic Moat · Capital Allocation · Financial Health · Moat Trend　▷　Morningstar Fair Value　▷　Price / Fair Value / Uncertainty　▷　Morningstar Rating™ For Stocks ★★★★★

*Fundamental Analysis*　　*Valuation*　　*Margin of Safety*

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed as are of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

**M**ORNINGSTAR®

# Research Methodology for Valuing Companies

aimed at identifying the confidence we should have in assigning a fair value estimate for a given stock.

Our Uncertainty Rating is meant to take into account anything that can increase the potential dispersion of future outcomes for the intrinsic value of a company, and anything that can affect our ability to accurately predict these outcomes. The rating begins with a suggested rating produced by a quantitative process based on the trailing 12-month standard deviation of daily stock returns.An analyst overlay is then applied, with analysts using the suggested rating, historical rating data, and their own knowledge of the company to inform them as they make the final Uncertainty Rating decision. Ultimately, the rating decision rests with the analyst. Analysts take into account many characteristics when making their final decision, including cyclical factors, operational and financial factors such as leverage, company-specific events, ESG risks, and anything else that might increase the potential dispersion of future outcomes and our ability to estimate those outcomes.

Our recommended margin of safety widens as our uncertainty of the estimated value of the equity increases. The more uncertain we are about the estimated value of the equity, the greater the discount we require relative to our estimate of the value of the firm before we would recommend the purchase of the shares. In addition, the uncertainty rating provides guidance in portfolio construction based on risk tolerance.

Our uncertainty ratings for our qualitative analysis are low, medium, high, very high, and extreme.

| Qualitative Analysis Uncertainty Ratings | Margin of Safety | |
| --- | --- | --- |
| | ★★★★★Rating | ★Rating |
| Low | 20% Discount | 25% Premium |
| Medium | 30% Discount | 35% Premium |
| High | 40% Discount | 55% Premium |
| Very High | 50% Discount | 75% Premium |
| Extreme | 75% Discount | 300% Premium |

Our uncertainty rating is based on the interquartile range, or the middle 50% of potential outcomes, covering the 25th percentile–75th percentile. This means that when a stock hits 5 stars, we expect there is a 75% chance that the intrinsic value of that stock lies above the current market price. Similarly, when a stock hits 1 star, we expect there is a 75% chance that the intrinsic value of that stock lies below the current market price.

### 4. Market Price

The market prices used in this analysis and noted in the report come from exchange on which the stock is listed which we believe is a reliable source.

For more details about our methodology, please go to

**Morningstar Equity Research Star Rating Methodology**



https://shareholders.morningstar.com.

### Morningstar Star Rating for Stocks

Once we determine the fair value estimate of a stock, we compare it with the stock's current market price on a daily basis, and the star rating is automatically re-calculated at the market close on every day the market on which the stock is listed is open. Our analysts keep close tabs on the companies they follow, and, based on thorough and ongoing analysis, raise or lower their fair value estimates as warranted.

Please note, there is no predefined distribution of stars. That is, the percentage of stocks that earn 5 stars can fluctuate daily, so the star ratings, in the aggregate, can serve as a gauge of the broader market's valuation. When there are many 5-star stocks, the stock market as a whole is more undervalued, in our opinion, than when very few companies garner our highest rating.

We expect that if our base-case assumptions are true the market price will converge on our fair value estimate over time generally within three years (although it is impossible to predict the exact time frame in which market prices may adjust).

Our star ratings are guideposts to a broad audience and individuals must consider their own specific investment goals, risk tolerance, tax situation, time horizon, income needs, and complete investment portfolio, among other factors.

The Morningstar Star Ratings for stocks are defined below:

★★★★★  We believe appreciation beyond a fair risk adjusted return is highly likely over a multiyear time frame. Scenario analysis developed by our analysts indicates that the current market price represents an excessively pessimistic outlook, limiting downside risk and maximizing upside potential.

★★★★  We believe appreciation beyond a fair risk-adjusted return is likely.

★★★  Indicates our belief that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).

★★  We believe investors are likely to receive a less than fair risk-adjusted return.

★  Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame, based on our analysis. Scenario analysis by our analysts indicates that the market is pricing in an excessively optimistic outlook, limiting upside potential and leaving the investor exposed to Capital loss.

### Other Definitions

**Last Price:** Price of the stock as of the close of the market of the last trading day before date of the report.

**Capital Allocation Rating:** Our Capital Allocation (or Stewardship) Rating represents our assessment of the

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 465 of 650   Document 49

# Research Methodology for Valuing Companies

quality of management's capital allocation, with particular emphasis on the firm's balance sheet, investments, and shareholder distributions. Analysts consider companies' investment strategy and valuation, balance sheet management, and dividend and share buyback policies. Corporate governance factors are only considered if they are likely to materially impact shareholder value, though either the balance sheet, investment, or shareholder distributions. Analysts assign one of three ratings: "Exemplary", "Standard", or "Poor". Analysts judge Capital Allocation from an equity holder's perspective. Ratings are determined on a forward looking and absolute basis. The Standard rating is most common as most managers will exhibit neither exceptionally strong nor poor capital allocation.

Capital Allocation (or Stewardship) analysis published prior to Dec. 9, 2020, was determined using a different process. Beyond investment strategy, financial leverage, and dividend and share buyback policies, analysts also considered execution, compensation, related party transactions, and accounting practices in the rating.

**Capital Allocation Rating:** Our Capital Allocation (or Stewardship) Rating represents our assessment of the quality of management's capital allocation, with particular emphasis on the firm's balance sheet, investments, and shareholder distributions. Analysts consider companies' investment strategy and valuation, balance sheet management, and dividend and share buyback policies. Corporate governance factors are only considered if they are likely to materially impact shareholder value, though either the balance sheet, investment, or shareholder distributions. Analysts assign one of three ratings: "Exemplary", "Standard", or "Poor". Analysts judge Capital Allocation from an equity holder's perspective. Ratings are determined on a forward looking and absolute basis. The Standard rating is most common as most managers will exhibit neither exceptionally strong nor poor capital allocation.

Capital Allocation (or Stewardship) analysis published prior to Dec. 9, 2020, was determined using a different process. Beyond investment strategy, financial leverage, and dividend and share buyback policies, analysts also considered execution, compensation, related party transactions, and accounting practices in the rating.

**Sustainalytics ESG Risk Rating Assessment:**The ESG Risk Rating Assessment is provided by Sustainalytics; a Morningstar company.

Sustainalytics' ESG Risk Ratings measure the degree to which company's economic value at risk is driven by environment, social and governance (ESG) factors.

Sustainalytics analyzes over 1,300 data points to assess a company's exposure to and management of ESG risks. In

other words, ESG Risk Ratings measures a company's unmanaged ESG Risks represented as a quantitative score. Unmanaged Risk is measured on an open-ended scale starting at zero (no risk) with lower scores representing less unmanaged risk and, for 95% of cases, the unmanaged ESG Risk score is below 50.

Based on their quantitative scores, companies are grouped into one of five Risk Categories (negligible, low, medium, high, severe). These risk categories are absolute, meaning that a 'high risk' assessment reflects a comparable degree of unmanaged ESG risk across all subindustries covered.

The ESG Risk Rating Assessment is a visual representation of Sustainalytics ESG Risk Categories on a 1 to 5 scale. Companies with Negligible Risk = 5 Globes, Low Risk = 4, Medium Risk = 3 Globes, High Risk = 2 Globes, Severe Risk = 1 Globe. For more information, please visit sustainalytics.com/esg-ratings/

Ratings should not be used as the sole basis in evaluating a company or security. Ratings involve unknown risks and uncertainties which may cause our expectations not to occur or to differ significantly from what was expected and should not be considered an offer or solicitation to buy or sell a security.

**Risk Warning**

Please note that investments in securities are subject to market and other risks and there is no assurance or guarantee that the intended investment objectives will be achieved. Past performance of a security may or may not be sustained in future and is no indication of future performance. A security investment return and an investor's principal value will fluctuate so that, when redeemed, an investor's shares may be worth more or less than their original cost. A security's current investment performance may be lower or higher than the investment performance noted within the report. Morningstar's Uncertainty Rating serves as a useful data point with respect to sensitivity analysis of the assumptions used in our determining a fair value price.

**General Disclosure**

Unless otherwise provided in a separate agreement, recipients accessing this report may only use it in the country in which the Morningstar distributor is based. Unless stated otherwise, the original distributor of the report is Morningstar Research Services LLC, a U.S.A. domiciled financial institution.

This report is for informational purposes only and has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. This publication is intended to provide information to assist in-

stitutional investors in making their own investment decisions, not to provide investment advice to any specific investor. Therefore, investments discussed and recommendations made herein may not be suitable for all investors: recipients must exercise their own independent judgment as to the suitability of such investments and recommendations in the light of their own investment objectives, experience, taxation status and financial position.

The information, data, analyses and opinions presented herein are not warranted to be accurate, correct, complete or timely. Unless otherwise provided in a separate agreement, neither Morningstar, Inc. or the Equity Research Group represents that the report contents meet all of the presentation and/or disclosure standards applicable in the jurisdiction the recipient is located.

Except as otherwise required by law or provided for in a separate agreement, the analyst, Morningstar, Inc. and the Equity Research Group and their officers, directors and employees shall not be responsible or liable for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions within the report. The Equity Research Group encourages recipients recipients of this report to read all relevant issue documents (e.g., prospectus) pertaining to the security concerned, including without limitation, information relevant to its investment objectives, risks, and costs before making an in vestment decision and when deemed necessary, to seek the advice of a legal, tax, and/or accounting professional.

The Report and its contents are not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Morningstar, Inc. or its affiliates to any registration or licensing requirements in such jurisdiction.

Where this report is made available in a language other than English and in the case of inconsistencies between the English and translated versions of the report, the English version will control and supersede any ambiguities associated with any part or section of a report that has been issued in a foreign language. Neither the analyst, Morningstar, Inc., or the Equity Research Group guarantees the accuracy of the translations.

This report may be distributed in certain localities, countries and/or jurisdictions ("Territories") by independent third parties or independent intermediaries and/or distributors ("Distributors"). Such Distributors are not acting as agents or representatives of the analyst, Morningstar, Inc. or the Equity Research Group. In Territories where a Distributor distributes our report, the Distributor is solely

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 466 of 650   Document 49

# Research Methodology for Valuing Companies

responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory bodies, including laws in connection with the distribution third-party research reports.

**Conflicts of Interest**

▸ No interests are held by the analyst with respect to the security subject of this investment research report.

▸ Morningstar, Inc. may hold a long position in the security subject of this investment research report that exceeds 0.5% of the total issued share capital of the security. To determine if such is the case, please click http://msi.morningstar.com and http://mdi.morningstar.com.

▸ Analysts' compensation is derived from Morningstar, Inc.'s overall earnings and consists of salary, bonus and in some cases restricted stock.

▸ Neither Morningstar, Inc. or the Equity Research Group receives commissions for providing research nor do they charge companies to be rated.

▸ Neither Morningstar, Inc. or the Equity Research Group is a market maker or a liquidity provider of the security noted within this report.

▸ Neither Morningstar, Inc. or the Equity Research Group has been a lead manager or co-lead manager over the previous 12-months of any publicly disclosed offer of financial instruments of the issuer.

▸ Morningstar, Inc.'s investment management group does have arrangements with financial institutions to provide portfolio management/investment advice some of which an analyst may issue investment research reports on. However, analysts do not have authority over Morningstar's investment management group's business arrangements nor allow employees from the investment management group to participate or influence the analysis or opinion prepared by them.

▸ Morningstar, Inc. is a publicly traded company (Ticker Symbol: MORN) and thus a financial institution the security of which is the subject of this report may own more than 5% of Morningstar, Inc.'s total outstanding shares. Please access Morningstar, Inc.'s proxy statement, "Security Ownership of Certain Beneficial Owners and Management" section http://investorrelations.morningstar.com/sec.cfm?doctype=Proxy&year=&x=12.

▸ Morningstar, Inc. may provide the product issuer or its related entities with services or products for a fee and on an arms' length basis including software products and licenses, research and consulting services, data services, licenses to republish our ratings and research in their promotional material, event sponsorship and website advertising.

Further information on Morningstar, Inc.'s conflict of interest policies is available from https://shareholders.morningstar.com. Also, please note analysts

are subject to the CFA Institute's Code of Ethics and Standards of Professional Conduct.

For a list of securities which the Equity Research Group currently covers and provides written analysis on please contact your local Morningstar office. In addition, for historical analysis of securities covered, including their fair value estimate, please contact your local office.

**For Recipients in Australia:** This Report has been issued and distributed in Australia by Morningstar Australasia Pty Ltd (ABN: 95 090 665 544; ASFL: 240892). Morningstar Australasia Pty Ltd is the provider of the general advice ('the Service') and takes responsibility for the production of this report. The Service is provided through the research of investment products.

To the extent the Report contains general advice it has been prepared without reference to an investor's objectives, financial situation or needs. Investors should consider the advice in light of these matters and, if applicable, the relevant Product Disclosure Statement before making any decision to invest. Refer to our Financial Services Guide (FSG) for more information at http://www.morningstar.com.au/fsg.pdf.

**For Recipients in Hong Kong:** The Report is distributed by Morningstar Investment Management Asia Limited, which is regulated by the Hong Kong Securities and Futures Commission to provide services to professional investors only. Neither Morningstar Investment Management Asia Limited, nor its representatives, are acting or will be deemed to be acting as an investment professional to any recipients of this information unless expressly agreed to by Morningstar Investment Management Asia Limited. For enquiries regarding this research, please contact a Morningstar Investment Management Asia Limited Licensed Representative at https://shareholders.morningstar.com.

**For recipients in India:** This Investment Research is issued by Morningstar Investment Adviser India Private Limited. Morningstar Investment Adviser India Private Limited is registered with the Securities and Exchange Board of India (Registration number INA000001357) and provides investment advice and research. Morningstar Investment Adviser India Private Limited has not been the subject of any disciplinary action by SEBI or any other legal/regulatory body. Morningstar Investment Adviser India Private Limited is a wholly owned subsidiary of Morningstar Investment Management LLC. In India, Morningstar Investment Adviser India Private Limited has one associate, Morningstar India Private Limited, which provides data related services, financial data analysis and software development. The Research Analyst has not served as an officer, director or employee of the fund company within the last 12 months, nor has it or its associates engaged in market making activity for the fund company.

*The Conflicts of Interest disclosure above also applies to relatives and associates of Manager Research Analysts in India # The Conflicts of Interest disclosure above also applies to associates of Manager Research Analysts in India. The terms and conditions on which Morningstar Investment Adviser India Private Limited offers Investment Research to clients, varies from client to client, and are detailed in the respective client agreement.

**For recipients in Japan:** The Report is distributed by Ibbotson Associates Japan, Inc., which is regulated by Financial Services Agency. Neither Ibbotson Associates Japan, Inc., nor its representatives, are acting or will be deemed to be acting as an investment professional to any recipients of this information.

**For recipients in Singapore:** For Institutional Investor audiences only. Recipients of this report should contact their financial professional in Singapore in relation to this report. Morningstar, Inc., and its affiliates, relies on certain exemptions (Financial Advisers Regulations, Section 32B and 32C) to provide its investment research to recipients in Singapore.

©2022 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.



# EXHIBIT 31



ROTH Capital Partners

**Philip Shen**, (949) 720-7198
pshen@roth.com

**Justin Clare, CFA**, (949) 720-5730
jclare@roth.com

**Alan Ahmatovic, CFA**, (949) 720-7149
aahmatovic@roth.com

**Sales** (800) 933-6830, **Trading** (800) 933-6820

**COMPANY NOTE  |  EQUITY RESEARCH  |  February 17, 2022**

Sustainability

Analysis of Sales/Earnings
Estimates Changed

# Generac Holdings Inc.  |  GNRC - $316.44 - NYSE  |  *Buy*

## Stock Data

| | |
|---|---|
| 52-Week Low - High | $251.74 - $524.31 |
| Shares Out. (mil) | 63.09 |
| Mkt. Cap.(mil) | $19,964.19 |
| 3-Mo. Avg. Vol. | 865,199 |
| 12-Mo.Price Target | $555.00 |
| Cash (mil) | $147.3 |
| Tot. Debt (mil) | $980.1 |

### Revenue ($ millions)

| Yr Dec | —2020— | —2021— | | —2022E— | |
|---|---|---|---|---|---|
| | | Curr | Prev | Curr | Prev |
| 1Q | 475.9A | 807.4A | 807.4A | 1,069.9E | 1,134.0E |
| 2Q | 546.8A | 920.0A | 920.0A | 1,137.7E | 1,193.5E |
| 3Q | 701.4A | 942.7A | 942.7A | 1,228.3E | 1,270.4E |
| 4Q | 761.1A | 1,067.1A | 999.8E | 1,386.2E | 1,268.8E |
| YEAR | 2,485.2A | 3,737.2A | 3,669.9E | 5,003.5E | 4,866.8E |

### EBITDA

| Yr Dec | —2020— | —2021— | | —2022E— | |
|---|---|---|---|---|---|
| | | Curr | Prev | Curr | Prev |
| 1Q | 86.0A | 214.2A | 214.2A | 195.2E | 262.8E |
| 2Q | 122.8A | 217.7A | 217.7A | 254.2E | 280.5E |
| 3Q | 178.8A | 209.2A | 209.2A | 301.3E | 306.9E |
| 4Q | 195.8A | 220.4A | 214.6E | 370.8E | 308.5E |
| YEAR | 583.4A | 861.4A | 855.7E | 1,121.5E | 1,158.8E |

### EPS $

| Yr Dec | —2020— | —2021— | | —2022E— | |
|---|---|---|---|---|---|
| | | Curr | Prev | Curr | Prev |
| 1Q | 0.87A | 2.38A | 2.38A | 1.95E | 2.70E |
| 2Q | 1.40A | 2.39A | 2.39A | 2.62E | 2.88E |
| 3Q | 2.08A | 2.35A | 2.35A | 3.16E | 3.19E |
| 4Q | 2.12A | 2.51A | 2.34E | 3.95E | 3.19E |
| YEAR | 6.47A | 9.64A | 9.47E | 11.68E | 11.96E |

*Adjusted EPS. See model for GAAP EPS.*



GNRC One-Year Price and Volume History

## GNRC: Margins Recover by H2'22; Reiterate Buy

GNRC delivered a mixed Q4 and a healthy 2022 guide. Demand for the company's core HSB business remains strong, and other segments appear to be gaining momentum as well. With robust IHCs and demand for HSB, management now expects year-end 2022 backlog and lead times to be higher than previously expected despite the Q2'22 "double-double." Margins appear set to trough in Q1'22 with full recovery in H2'22. Look for the stock to continue working ahead. Reiterate Buy, $555PT.

- **Overall thoughts.** Positioning for GNRC heading into the quarter was likely quite negative with the stock closing up ~14% on a mixed Q4 report and healthy 2022 guide. With a relatively clear path to stronger margins in H2'22, in our view, we wonder if GNRC may have turned the corner given the fundamental strength in nearly each of its end markets. In our preview here, we highlighted that we likely would not get the next leg of capacity expansion. On the call, management indicated that it expects the long lead time equipment ordered as of the Q3'21 call to arrive in early 2023. To serve the current demand, GNRC may have converted its temporary HSB capacity in Jefferson to permanent capacity. The one area of concern we have is for its Clean Energy segment as the company has been dealing with some SnapRS issues. A solution appears to have been put in place, but our checks suggest it'll still take some time to be resolved. Additionally, we are cautious on the company's upcoming launch of PWRmicros in Q2'22 and ramp in H2'22 as we wonder if it may make sense to slow things down to ensure the launch/execution are smooth and flawless. Despite these concerns, we remain bullish on the stock due primarily to its core HSB business, and we continue to see strength ahead.

- **Mixed Q4'21.** GNRC reported strong Q4'21 revenues of $1.1bn vs. consensus and prior ROTHe of $1.0bn. Gross margins of 34.0% were lower-than-expected and below consensus of 35.9% and prior ROTHe of 35.6% as a result of supply chain challenges. Non-GAAP EPS of $2.51 was above consensus of $2.40 and ROTHe of $2.34. See Exhibit 2 for our complete variance analysis.

- **Healthy 2022 guidance.** GNRC's guidance suggests 2022 midpoint revenue of $5.0bn vs. consensus of $4.7bn and prior ROTHe of $4.9bn. In Q1'22, the company expects supply-chain headwinds to peak, with GMs likely hitting a trough of ~33%. In H2'22, management expects a number of tailwinds to support margin expansion, including a series of price increases and the easing of supply-chain constraints. Post Q1'22, GNRC expects GMs to increase modestly on a sequential basis and sees GMs recovering to Q1'21 levels of ~40% by Q4'22. The company issued an adjusted EBITDA margin guide of 22.5% vs. consensus of 22.5% and prior ROTHe of 23.8%. Adjusted EBITDA margins are expected to bottom in Q1'22 at ~18%, but improve sequentially and return to the mid-20% range by Q4'22. See Exhibit 1 for details. *Continued on the second page of the PDF...*

GNRC Intraday Price: $310.01 at 10:10AM ET

**Important Disclosures & Regulation AC Certification(s) are located on page 11 to 12 of this report.**

*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

## Q4'21 REVIEW

*…continued from the previous page.*

**Tweaking 2022 estimates.** For Q1'22, we touch down our revenue estimate to $1.07bn vs. consensus of $1.07bn and prior ROTHe of $1.13bn. We lower our GM to 33.0% vs. consensus and prior ROTHe of 35.2%, and we lower our adjusted EBITDA to $195mn vs. consensus of $228mn and prior ROTHe of $263mn as we view Q1'22 as a trough quarter for margins. For 2022, we raise our revenue estimate to $5.00bn vs. consensus of $4.78bn and prior ROTHe of $4.87bn. We increase our GM to 36.0% vs. consensus of 36.9% and prior ROTHe of 35.6% as we expect margins to improve sequentially during the year as price increases are realized and supply constraints ease. We raise our opex estimate to $886mn vs. prior ROTHe of $716mn as we expect energy technology investments and the impact of 2021 acquisitions to lead to moderately higher opex as percentage of sales in 2022 vs. 2021. Due to these adjustments, we lower our adjusted EBITDA estimate to $1.12bn vs. consensus of $1.10bn and prior ROTHe of $1.16bn.

**Key takeaways:**

1) **GNRC's lead times have come down to ~27 weeks in Q4'21 vs. ~32 weeks at the end of Q3'21.** As a result of higher production levels, GNRC has reduced the lead times for its products. However, GNRC's backlog continued to grow in Q4'21 as a result of strong demand. GNRC previously believed that its backlog would be cleared by YE'22; however, the company now expects to exit 2022 with a sizeable backlog for its HSB generators due to high demand.

2) **GNRC is seeing growing interest for its HSB generators internationally.** GNRC sees growing interest for its HSB product in several international countries including Argentina, Brazil, Australia, Russia, Japan, and Ukraine.

3) **As discussed on the Q3'21 call, GNRC expects to receive additional tooling sometime in early-2023, which it can use to increase production at any of its three manufacturing facilities.** GNRC added an additional production line at its Trenton and Jefferson facilities in Q4'21. While the Jefferson facility was initially planned as a temporary arrangement to increase capacity, GNRC is now considering making the facility permanent.

4) **GNRC saw minimal growth in residential dealer count in Q4'21, with the majority of the 800 new dealers having joined in the first three quarters of 2021.** GNRC ended the year with 8,100 residential dealers, up slightly vs. the total in Q3'21. GNRC continues to see a strong pipeline for new dealers, but limited the onboarding of new dealers in Q4'21 due to capacity constraints. As GNRC's capacity grows, we expect it to refocus on onboarding new dealers.

5) **GNRC expects to launch its PWRmicro micro inverter in Q2'22.** GNRC is making progress on the re-design of the initial Chilicon product and expects to conduct beta testing in early Q2'22. After the initial launch in Q2'22, the company plans to ramp up production in H2'22.

**Exhibit 1: Company guidance vs. ROTHe.**

| 2022 Guidance | Units | From Q4'21 | Midpoint | ROTHe | Prior ROTHe | Consensus | Guide vs. ROTHe | Guide vs. Prior ROTHe | Guide vs. prior consensus |
|---|---|---|---|---|---|---|---|---|---|
| Total revenue growth | % | 32.0-36.0% | 34.0% | 33.9% | 32.6% | 27.8% | 0.3% | 4.3% | 22.3% |
| Total revenue | $mn | 4,933-5,083 | 5,008 | 5,003 | 4,867 | 4,776 | 0.1% | 2.9% | 4.8% |
| Net income margin | % | 13.0-14.0% | 13.5% | 13.2% | 15.0% | NA | 2.3% | -10.0% | NA |
| Adjusted EBITDA margin | % | 22.0-23.0% | 22.5% | 22.4% | 23.8% | 22.0% | 0.4% | -5.5% | 2.2% |
| Adjusted EBITDA | $mn | 1,085-1,169 | 1,127 | 1,122 | 1,159 | 1,102 | 0.5% | -2.7% | 2.3% |

Source: Company reports and press releases; ROTH Capital Partners.

**Exhibit 2: Based on our Q4'21 analysis, we guesstimate HSB margins decreased to ~38% from ~40% in Q3'21. We back into our estimates by using historical domestic vs. international mix, residential vs. C&I mix, the "Pareto" (rank order) of margins the company provides, and current quarter gross profit. Highlighted cells are those that require the use of a "guesstimate" as an input.**

| Q4'21 | Units | Domestic | Mix | Int'l | Mix | Total |
|---|---|---|---|---|---|---|
| Home standby | $mn | 528 | 77% | 6 | 30% | 534 |
| Portables | $mn | 48 | 7% | 14 | 70% | 62 |
| Chore | $mn | 24 | 3% | 0 | 0% | 24 |
| Clean energy | $mn | 86 | 13% | 0 | 0% | 86 |
| **Total residential** | **$mn** | **686** | **97%** | **20** | **3%** | **706** |
| Stationary NG | $mn | 36 | 25% | 36 | 25% | 71 |
| Stationary Diesel | $mn | 85 | 60% | 71 | 50% | 156 |
| Mobile | $mn | 21 | 15% | 36 | 25% | 57 |
| **Total C&I** | **$mn** | **142** | **50%** | **142** | **50%** | **284** |
| **Total other** | **$mn** | **68** | **88%** | **9** | **12%** | **77** |
| **Total revenue -- Calculated** | **$mn** | **896** | | **171** | | **1,067** |
| **Total revenue -- Actual** | **$mn** | **$896** | | **$171** | | **$1,067** |
| Home standby | % | 38% | | 38% | | |
| Portables | % | 22% | | 22% | | |
| Chore | % | 21% | | 21% | | |
| Clean energy | % | 20% | | 20% | | |
| **Total residential** | **%** | **34%** | | **27%** | | |
| Stationary NG | % | 33% | | 33% | | |
| Stationary Diesel | % | 33% | | 33% | | |
| Mobile | % | 19% | | 19% | | |
| **Total C&I** | **%** | **30%** | | **29%** | | |
| **Total other** | **%** | **55%** | | **55%** | | |
| **Blended GM (ex. other)** | **%** | **33%** | | **29%** | | **32%** |
| Home standby | $mn | 198 | 99% | 2 | 1% | 200 |
| Portables | $mn | 11 | 78% | 3 | 22% | 14 |
| Chore | $mn | 5 | 100% | 0 | 0% | 5 |
| Clean energy | $mn | 17 | 100% | 0 | 0% | 17 |
| **Total residential** | **$mn** | **231** | **98%** | **5** | **2%** | **236** |
| Stationary NG | $mn | 12 | 50% | 12 | 50% | 23 |
| Stationary Diesel | $mn | 28 | 55% | 23 | 45% | 51 |
| Mobile | $mn | 4 | 38% | 7 | 63% | 11 |
| **Total C&I** | **$mn** | **43** | **51%** | **41** | **49%** | **85** |
| **Total other** | **$mn** | **37** | **88%** | **5** | **12%** | **42** |
| **Calculated gross profit** | **$mn** | **312** | **86%** | **52** | **14%** | **363** |
| *Reported gross profit* | | | | | | *363* |
| **Calculated gross margin** | **%** | **35%** | | **30%** | | **34.0%** |
| *Reported gross margin* | | | | | | *34.0%* |

(1) Numbers highlighted in blue are ROTHe "guesstimates," based on 2018 Residential vs. C&I mix and Domestic vs. International mix, adjusted for qualitative data points since 2018 and with the goal of connecting reported gross profit/margin for the quarter with reported Residential, C&I, Domestic, and International revenue totals for the quarter.

Source: GNRC releases, decks, and transcripts; ROTH Capital Partners estimates.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 471 of 650     Document 49

**Exhibit 3: Picking up the analysis from Exhibit 2, if we assume opex and EBITDA adjustments have a proportional split between domestic and international, the implied opex per dollar of sales is 17c for domestic vs. 21c for international. The international number is up from 20c in Q3'21, suggesting a slight reduction in operating leverage in the international segment. The domestic number remained constant.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Calculated gross profit** | **$mn** | 312 | 86% | 52 | 14% | 363 |
| *Reported gross profit* | | | | | | *363* |
| **Calculated gross margin** | **%** | 35% | | 30% | | 34.0% |
| *Reported gross margin* | | | | | | *34.0%* |
| Selling and service | $mn | 72 | 81% | 17 | 20% | 90 |
| R&D | $mn | 24 | 81% | 6 | 20% | 29 |
| G&A | $mn | 30 | 81% | 7 | 20% | 38 |
| Amortization of intangibles & acquisition related | $mn | 24 | 81% | 6 | 20% | 30 |
| **Total opex** | **$mn** | 151 | 81% | 36 | 20% | 187 |
| **EBIT** | **$mn** | 161 | 91% | 15 | 9% | 176 |
| Depreciation | $mn | 9 | 81% | 2 | 20% | 12 |
| Amortization of intangible assets | $mn | 14 | 81% | 3 | 20% | 18 |
| Stock based compensation | $mn | 5 | 81% | 1 | 20% | 6 |
| Other | $mn | 7 | 81% | 2 | 20% | 9 |
| **Adjusted EBITDA** | **$mn** | 197 | 89% | 24 | 11% | 220 |
| *Reported Adjusted EBITDA* | | *197* | *89%* | *24* | *11%* | *220* |
| *Opex per $ of sales* | | $ *0.17* | | $ *0.21* | | |

Source: GNRC releases, decks, and transcripts; ROTH Capital Partners estimates.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 472 of 650    Document 99

**Exhibit 4: GNRC delivered a top-line beat and a GM miss. Non-GAAP EPS came in above ROTHe and consensus, while adjusted EBITDA beat ROTHe and missed consensus.**

| Variance Analysis -- Q4'21 | Q4'20 | Q3'21 | Q4'21 | Q4'21 | Q4'21 | Actual | Actual | Actual | Actual |
|---|---|---|---|---|---|---|---|---|---|
| USD in millions (except per share and operating metrics) | Actual | Actual | ROTHe | Consensus | Actual | vs. ROTHe | vs. Consensus | vs. YA | vs. Prior Qtr |
| **Income Statement** | | | | | | | | | |
| **Total Revenue** | 761.1 | 942.7 | 999.8 | 1021.4 | 1067.1 | 6.7% | 4.5% | 40.2% | 13.2% |
| **Total cost of revenues** | 460.9 | 606.7 | 644.1 | | 704.5 | 9.4% | | 52.9% | 16.1% |
| **Gross profit** | 300.2 | 336.0 | 355.8 | | 362.5 | 1.9% | | 20.8% | 7.9% |
| *Gross margin* | 39.4% | 35.6% | 35.6% | 35.9% | 34.0% | -4.5% | -5.2% | -13.9% | -4.7% |
| Selling and service | 67.8 | 82.2 | 94.0 | | 89.6 | -4.7% | | 32.1% | 8.9% |
| *% of sales* | 8.9% | 8.7% | 9.4% | | 8.4% | | | | |
| R&D | 21.5 | 27.2 | 29.0 | | 29.4 | 1.4% | | 36.8% | 8.2% |
| *% of sales* | 2.8% | 2.9% | 2.9% | | 2.8% | | | | |
| G&A | 30.9 | 40.8 | 42.0 | | 37.8 | -10.1% | | 22.1% | -7.5% |
| *% of sales* | 4.1% | 4.3% | 4.2% | | 3.5% | | | | |
| Amortization of intangibles & acquisition related costs | 8.9 | 12.2 | 9.0 | | 30.3 | 236.9% | | 239.1% | 148.4% |
| *% of sales* | 3.0% | 3.6% | 2.5% | | 8.4% | | | | |
| Total opex | 129.1 | 162.4 | 174.0 | | 187.1 | 7.5% | | 44.8% | 15.2% |
| *% of sales* | 17.0% | 17.2% | 17.4% | | 17.5% | | | | |
| **EBIT** | **171.1** | **173.6** | **181.8** | | **175.5** | **-3.5%** | | **2.6%** | **1.1%** |
| *Operating margin* | 22.5% | 18.4% | 18.2% | | 16.4% | -9.5% | | -26.8% | -10.7% |
| Interest expense | (7.9) | (8.0) | (8.0) | | (9.5) | | | | |
| Interest income | 0.3 | 0.2 | 0.2 | | 0.4 | | | | |
| Loss on extinguishment of debt | 0.0 | 0.0 | 0.0 | | 0.0 | | | | |
| Other(income) expenses | 0.6 | (0.4) | (0.4) | | 0.2 | | | | |
| **EBT** | **164.0** | **165.4** | **173.6** | | **166.6** | **-4.0%** | | **1.6%** | **0.7%** |
| Income tax expense | 39.0 | 32.6 | 45.1 | | 20.6 | -54.3% | | -47.1% | -36.8% |
| *Effective tax rate* | 23.8% | 19.7% | 26.0% | 26.0% | | NA | | NA | NA |
| **Net income** | 125.0 | 132.8 | 128.4 | | 146.0 | 13.7% | | 16.8% | 10.0% |
| Net income/(loss) attributable to NCI | (0.0) | 1.2 | 0.5 | | 3.1 | 513.4% | | 14704.8% | 159.3% |
| **Net income -- Common shareholders** | **125.0** | **131.6** | **127.9** | | **142.9** | *11.7%* | | *14.3%* | *8.6%* |
| **Adjusted net income to GNRC** | 135.7 | 151.1 | 150.8 | | 161.9 | | | | |
| **EPS -- GAAP** | **$1.95** | **$2.05** | **$1.99** | | **$2.22** | **11.6%** | | **13.4%** | **8.1%** |
| Non-GAAP adjustements | | | | | | | | | |
| **EPS -- Non-GAAP** | **$2.12** | **$2.35** | **$2.34** | **$2.40** | **$2.51** | **7.2%** | | **18.3%** | **6.6%** |
| *YoY growth* | 77.4% | 13.6% | 1.7% | | 1.7% | | | | |
| | | | | | | | | | |
| Weighted average shares -- Basic | 62.4 | 62.7 | 62.9 | | 63.0 | 0.2% | | 1.0% | 0.5% |
| Weighted average shares -- Diluted | 64.0 | 64.2 | 64.4 | | 64.5 | 0.1% | | 0.8% | 0.4% |
| | | | | | | | | | |
| **Balance Sheet** | | | | | | | | | |
| Cash | 655.1 | 423.7 | 547.8 | | 147.3 | -73.1% | | -77.5% | -65.2% |
| A/R | 374.9 | 510.7 | 492.5 | | 546.5 | 11.0% | | 45.8% | 7.0% |
| Inventories | 603.3 | 934.9 | 843.1 | | 1,089.7 | 29.3% | | 80.6% | 16.6% |
| A/P | 330.2 | 611.2 | 461.5 | | 674.2 | 46.1% | | 104.2% | 10.3% |
| | | | | | | | | | |
| DSO | 44.9 | 49.4 | 44.9 | | 46.7 | 4.0% | | 4.0% | -5.5% |
| DOH | 119.5 | 140.6 | 119.5 | | 141.1 | 18.2% | | 18.2% | 0.4% |
| DPO | 65.4 | 91.9 | 65.4 | | 87.3 | 33.5% | | 33.5% | -5.0% |
| Total current liabilities | 641.5 | 1,018.0 | 892.1 | | 1,155.9 | | | | |
| LT debt, net | 841.8 | 843.4 | 843.4 | | 902.1 | 7.0% | | 7.2% | 7.0% |
| Other LT liablities, net | 295.7 | 412.0 | 424.3 | | 341.7 | -19.5% | | 15.5% | -17.1% |
| Total debt | 841.8 | 843.4 | 843.4 | | 902.1 | 7.0% | | 7.2% | 7.0% |
| Equity | 1,390.2 | 1,782.3 | 1,915.2 | | 2,214.1 | 15.6% | | 59.3% | 24.2% |
| Total capital | 2,232.0 | 2,625.7 | 2,758.6 | | 3,116.2 | 13.0% | | 39.6% | 18.7% |
| Debt/capital | 37.7% | 32.1% | 30.6% | | 28.9% | -5.3% | | -23.2% | -9.9% |
| Net debt/capital | 8.4% | 16.0% | 10.7% | | 24.2% | 126.0% | | 189.7% | 51.5% |
| | | | | | | | | | |
| | | | | | | | | | |
| Net Income | 125.0 | 132.8 | 128.4 | | 146.0 | 13.7% | | 16.8% | 10.0% |
| Interest expense | 7.9 | 8.0 | 8.0 | | 9.5 | 19.3% | | 20.5% | 19.4% |
| Depreciation and amortization | 18.7 | 23.2 | 21.2 | | 29.4 | 38.4% | | 57.1% | 26.5% |
| Provision for income taxes | 39.0 | 32.6 | 45.1 | | 20.6 | -54.3% | | -47.1% | -36.8% |
| Non-cash share-based compensation expense | 6.6 | 5.8 | 8.0 | | 5.8 | -28.1% | | -12.3% | -0.6% |
| Non-cash write-down and other adjustments | -2.2 | 3.3 | 0.0 | | (3.7) | NA | | -68.9% | -211.3% |
| Tradename and goodwill impairment | 0.0 | 0.0 | 0.0 | | 0.0 | NA | | NA | NA |
| Loss on extinguishment of debt | 0.0 | 0.0 | 0.0 | | 0.0 | NA | | NA | NA |
| Loss on pension settlement | 0.0 | 0.0 | 0.0 | | 0.0 | NA | | NA | NA |
| Loss on change in contractual interest rates | 0.0 | 0.0 | 0.0 | | 0.0 | NA | | NA | NA |
| Transaction costs and credit facility fees | 1.0 | 3.4 | 3.4 | | 12.9 | 280.7% | | 1200.3% | 280.7% |
| Business optimization expenses | -0.3 | 0.0 | 0.5 | | (0.1) | -125.2% | | 63.5% | NA |
| Other | 0.2 | 0.0 | 0.0 | | 0.1 | NA | | -64.2% | -37.9% |
| **Adjusted EBITDA** | **195.8** | **209.2** | **214.6** | **224.4** | **220.4** | **2.7%** | | **12.5%** | **5.3%** |

Source: Company reports and press releases; ROTH Capital Partners estimates.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 473 of 650    Document 99

## VALUATION

- We reach our $555 price target by applying an EV/EBITDA multiple of ~32x to our 2022 adjusted EBITDA forecast of $1.12bn (vs. consensus of $1.10bn). Our in line adjusted EBITDA forecast is based on our view that GNRC's healthy top-line growth will likely be offset by continued margin compression, due to elevated input and logistics costs. We believe that demand for the company's products remains strong, as evidenced by its $1bn HSB backlog, but note that it may not be able to fully realize the benefit of this demand until the second half of 2022, when price hikes start to materialize and new capacity comes on line.

- Factors that could impede shares of GNRC from achieving our price target include: (1) lower-than-expected demand for GNRC's HSB units—due to an unusual period of grid stability or other factors; (2) greater-than-expected deterioration in the international segment; (3) lower-than-expected growth in GNRC's nascent clean energy business—including the potential for changes in subsidies or other government policies to affect this line of business; and (4) the potential for future emissions or similar regulations to negatively impact GNRC's HSB and combustion-based C&I businesses.

## RISKS

- **Lower than expected demand for GNRC's HSB and/or PWRcell units.** If the U.S. and Canadian HSB and storage markets experience lower-than-expected growth or achieve lower-than-expected penetration rates, then the company could fail to meet our expectations.

- **Exchange/currency risk.** Any fluctuations in exchange rates could affect the company's net profit margins because of its revenue and cost exposure to different currencies.

- **Regulatory risk.** Changes to federal and state emissions laws, among others, could affect the attractiveness of GNRC's products to end users relative to other solutions. In addition to air pollutant emissions, GNRC's HSB sales may be affected by changes to state and local regulations governing noise emissions in residential areas. There is also speculation that regulations in California, other states, or even at the Federal level could lead to an increase in the number of backup generators required for telecom provider cell towers. If these regulations fail to materialize, the stock could be negatively impacted.

- **Periods of unusual grid and/or weather stability.** Period of unusual grid and/or weather stability could lead to fewer-than-expected power outages, which is a key driver of GNRC's sales.

- **Greater-than-expected deterioration in the international segment.** GNRC's international segment has performed substantially worse than GNRC's domestic segment. Further deterioration of this segment could drag down overall company performance if it is worse than expected.

- **Supply disruptions.** GNRC uses suppliers in China and India to supply the parts that are subsequently assembled in its Wisconsin factories. If there is a disruption to these supply chains, such as a resurgence of the 2019/2020 Covid-19 pandemic, GNRC's ability to meet customer demand could be impaired.

- **Subsidies.** GNRC's nascent clean energy business is concentrated in the U.S. solar market, which is partially dependent on favorable government policies and subsidies. The reduction, elimination, or expiration of solar subsidies in the U.S. could significantly diminish demand for GNRC's clean energy storage, inverter, and solar panel products and adversely affect the company's growth prospects.

- **Electricity pricing.** If utility electricity prices do not continue to increase, homeowners may not be adequately incentivized to purchase home storage solutions, including GNRC's PWRcell clean energy product line.

- **Competition.** GNRC competes with large, well-established generator manufacturers, utility companies, and national and local solar companies. If GNRC is unable to offer differentiated products, maintain a brand that attracts customers, or compete with pricing offered by competitors, then GNRC's sales or market share could decline.

- **Partnerships.** GNRC depends on distribution channel and installation partners to uphold standards of quality and performance. If GNRC's partners do not execute to the full extent of their obligations, GNRC's operations or brand may suffer as a result.

- **Debt.** GNRC has ~$890mn in total debt outstanding as of 12/31/20, of which ~$830mn is long-term debt not due until December 2026. If concerns arise that GNRC will be unable to repay or refinance this debt as the maturity date approaches, GNRC's share price could decline significantly.

- **Interest rate fluctuations.** Changes in interest rates could negatively impact the ability of GNRC's customers to purchase GNRC's products and negatively affect the company's sales.

## COMPANY DESCRIPTION

GNRC manufactures, distributes, and markets a variety of backup power products, including residential standby generators, portable generators, and larger C&I generators for businesses. In 2020, GNRC began manufacturing and selling clean energy products, including residential batteries, inverters, and home energy monitoring systems. The company was founded in 1959 by an air-cooled engine designer who subsequently sold the business to private equity firm CCMP Capital in 2006 for ~$2bn. The company has six manufacturing plants in Wisconsin that represent its legacy, pre-IPO operations, most of which revolved around serving the U.S. HSB market. Post-IPO, the company acquired numerous international companies that make everything from stationary C&I generators to mobile generators and power tools. The company is headquartered in Waukesha, Wisconsin and has ~6,800 employees as of 12/31/20.

**Generac Holdings, Inc**
*(NYSE:GNRC)*

*Philip Shen, ROTH Capital Partners*
*pshen@roth.com, 949-720-7198*

| Income Statement | 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | 2020 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | 2021 | Q1'22E | Q2'22E | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *USD in millons (except per share data)* | *Dec-19* | *Mar-20* | *Jun-20* | *Sep-20* | *Dec-20* | *Dec-20* | *Mar-21* | *Jun-21* | *Sep-21* | *Dec-21* | *Dec-21* | *Mar-22* | *Jun-22* | *Sep-22* | *Dec-22* | *Dec-22* | *Dec-23* |
| Net sales | 2,204.3 | 475.9 | 546.8 | 701.4 | 761.1 | 2,485.2 | 807.4 | 920.0 | 942.7 | 1,067.1 | 3,737.2 | 1,069.9 | 1,137.7 | 1,228.3 | 1,386.2 | 5,003.5 | 5,572.4 |
| *YoY growth* | *8.9%* | *1.2%* | *0.9%* | *16.7%* | *28.8%* | *12.7%* | *69.7%* | *68.2%* | *34.4%* | *40.2%* | *50.4%* | *32.5%* | *23.7%* | *30.3%* | *29.9%* | *33.9%* | *11.4%* |
| *QoQ growth* | *NA* | *-19.5%* | *14.9%* | *28.3%* | *8.5%* | *NA* | *6.1%* | *13.9%* | *2.5%* | *13.2%* | *NA* | *0.3%* | *6.3%* | *8.0%* | *12.9%* | *NA* | *NA* |
| *Consensus revenues (Feb 16, 2022)* | *2,202.1* | *489.4* | *467.1* | *676.1* | *731.2* | *2,455.3* | *729.0* | *866.3* | *960.5* | *1,021.4* | *3,695.7* | *1,066.0* | *1,174.6* | *1,222.1* | *1,304.3* | *4,776.5* | *5,350.9* |
| COGS | 1,406.6 | 303.6 | 337.9 | 425.2 | 460.9 | 1,527.5 | 485.6 | 580.2 | 606.7 | 704.5 | 2,377.1 | 717.1 | 717.5 | 753.1 | 834.2 | 3,021.9 | 3,512.1 |
| **Gross profit** | **797.7** | **172.3** | **209.0** | **276.1** | **300.2** | **957.7** | **321.8** | **339.7** | **336.0** | **362.5** | **1,360.1** | **352.8** | **420.3** | **475.2** | **552.0** | **1,800.3** | **2,060.3** |
| *Gross margin – GAAP* | *36.2%* | *36.2%* | *38.2%* | *39.4%* | *39.4%* | *38.5%* | *39.9%* | *36.9%* | *35.6%* | *34.0%* | *36.4%* | *33.0%* | *36.9%* | *38.7%* | *39.8%* | *36.0%* | *37.0%* |
| *Consensus gross margin (Feb 16, 2022)* | *35.8%* | *33.6%* | *34.8%* | *37.7%* | *38.8%* | *38.3%* | *35.2%* | *38.5%* | *37.2%* | *35.9%* | *36.9%* | *35.2%* | *35.9%* | *37.1%* | *37.9%* | *36.9%* | *37.9%* |
| Selling and service | 217.7 | 55.1 | 62.5 | 60.9 | 67.8 | 246.4 | 68.4 | 78.8 | 82.2 | 89.6 | 319.0 | 99.0 | 104.0 | 107.0 | 110.0 | 420.0 | 428.0 |
| *% of revenue* | *9.9%* | *11.6%* | *11.4%* | *8.7%* | *8.9%* | *9.9%* | *8.5%* | *8.6%* | *8.7%* | *8.4%* | *8.5%* | *9.3%* | *9.1%* | *8.7%* | *7.9%* | *8.4%* | *7.7%* |
| *YoY growth* | *13.4%* | *16.6%* | *19.5%* | *2.6%* | *15.5%* | *13.2%* | *24.1%* | *26.0%* | *35.0%* | *32.1%* | *29.5%* | *44.7%* | *32.0%* | *30.1%* | *22.8%* | *31.7%* | *1.9%* |
| R&D | 68.4 | 18.6 | 19.5 | 20.7 | 21.5 | 80.3 | 22.4 | 25.3 | 27.2 | 29.4 | 104.3 | 38.0 | 40.0 | 41.5 | 43.5 | 163.0 | 171.0 |
| *% of revenue* | *3.1%* | *3.9%* | *3.6%* | *2.9%* | *2.8%* | *3.2%* | *2.8%* | *2.8%* | *2.9%* | *2.8%* | *2.8%* | *3.6%* | *3.5%* | *3.4%* | *3.1%* | *3.3%* | *3.1%* |
| *YoY growth* | *36.8%* | *37.0%* | *10.0%* | *17.4%* | *10.3%* | *17.3%* | *20.0%* | *30.3%* | *31.5%* | *36.8%* | *30.0%* | *69.7%* | *57.8%* | *52.8%* | *47.9%* | *56.3%* | *4.9%* |
| G&A | 110.9 | 27.9 | 29.8 | 31.1 | 30.9 | 119.6 | 32.9 | 41.6 | 40.8 | 37.8 | 153.1 | 47.0 | 49.0 | 53.0 | 56.0 | 205.0 | 213.0 |
| *% of revenue* | *5.0%* | *5.9%* | *5.4%* | *4.4%* | *4.1%* | *4.8%* | *4.1%* | *4.5%* | *4.3%* | *3.5%* | *4.1%* | *4.4%* | *4.3%* | *4.3%* | *4.0%* | *4.1%* | *3.8%* |
| *YoY growth* | *6.8%* | *12.6%* | *7.7%* | *12.6%* | *0.2%* | *7.9%* | *18.0%* | *39.7%* | *31.4%* | *22.1%* | *27.9%* | *42.9%* | *17.8%* | *29.9%* | *48.3%* | *33.9%* | *3.9%* |
| Acquisition related costs | | | | | | | | | | 12.7 | 12.7 | | | | | | |
| *% of revenue* | | | | | | | | | | *1.2%* | *0.3%* | | | | | | |
| *YoY growth* | | | | | | | | | | | | | | | | | |
| Amortization of intangibles | 28.6 | 7.8 | 7.7 | 7.9 | 8.9 | 32.3 | 9.0 | 11.1 | 12.2 | 17.6 | 49.9 | 25.0 | 25.0 | 25.0 | 22.5 | 97.5 | 36.0 |
| *% of revenue* | *1.3%* | *1.6%* | *1.4%* | *1.1%* | *1.2%* | *1.3%* | *1.1%* | *1.2%* | *1.3%* | *1.7%* | *1.3%* | *2.3%* | *2.2%* | *2.0%* | *1.6%* | *1.9%* | *0.6%* |
| *YoY growth* | *29.5%* | *45.7%* | *5.7%* | *6.6%* | *3.4%* | *12.7%* | *15.4%* | *44.2%* | *54.7%* | *97.4%* | *54.5%* | *178.4%* | *126.2%* | *104.8%* | *27.5%* | *95.4%* | *-63.1%* |
| **Total opex -- GAAP** | **425.6** | **109.5** | **119.4** | **120.5** | **129.1** | **478.5** | **132.7** | **156.8** | **162.4** | **187.1** | **638.9** | **209.0** | **218.0** | **226.5** | **232.0** | **885.5** | **848.0** |
| *% of revenue* | *19.3%* | *23.0%* | *21.8%* | *17.2%* | *17.0%* | *19.3%* | *16.4%* | *17.0%* | *17.2%* | *17.5%* | *17.1%* | *19.5%* | *19.2%* | *18.4%* | *16.7%* | *17.7%* | *15.2%* |
| *YoY growth* | *15.7%* | *20.3%* | *13.8%* | *7.6%* | *9.7%* | *12.4%* | *21.2%* | *31.3%* | *34.8%* | *44.8%* | *33.5%* | *57.5%* | *39.0%* | *39.5%* | *24.0%* | *38.6%* | *-4.2%* |
| **EBIT** | **372.2** | **62.9** | **89.6** | **155.6** | **171.1** | **479.1** | **189.1** | **183.0** | **173.6** | **175.5** | **721.1** | **143.8** | **202.3** | **248.7** | **320.0** | **914.8** | **1,212.3** |
| *Operating margin* | *16.9%* | *13.2%* | *16.4%* | *22.2%* | *22.5%* | *19.3%* | *23.4%* | *19.9%* | *18.4%* | *16.4%* | *19.3%* | *13.4%* | *17.8%* | *20.3%* | *23.1%* | *18.3%* | *21.8%* |
| Interest income/(expense) | (41.5) | (9.1) | (7.9) | (8.1) | (7.9) | (33.0) | (7.7) | (7.7) | (8.0) | (9.5) | (33.0) | (10.6) | (10.6) | (10.6) | (10.6) | (42.2) | (42.2) |
| Investment income | 2.8 | 1.0 | 0.7 | 0.3 | 0.3 | 2.2 | 0.6 | 0.2 | 0.2 | 0.4 | 1.4 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 1.6 |
| Loss on change in contractual interest rate | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Costs related to acquisition | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on extinguishment of debt | (0.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.8) | 0.0 | | (0.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on pension settlement | (10.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | (1.9) | (1.9) | (0.2) | (0.6) | 0.6 | (2.1) | 3.3 | (0.4) | (0.4) | 0.2 | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **EBT** | **319.6** | **52.9** | **82.1** | **147.3** | **164.0** | **446.2** | **185.3** | **174.3** | **165.4** | **166.6** | **691.5** | **133.7** | **192.1** | **238.6** | **309.9** | **874.2** | **1,171.7** |
| Provision for income taxes | 67.3 | 9.4 | 18.5 | 32.1 | 39.0 | 99.0 | 35.4 | 46.4 | 32.6 | 20.6 | 135.0 | 32.7 | 47.1 | 58.5 | 75.9 | 214.2 | 304.6 |
| *Effective tax rate* | *21.1%* | *17.9%* | *22.5%* | *21.8%* | *23.8%* | *22.2%* | *19.1%* | *26.6%* | *19.7%* | *12.4%* | *19.5%* | *24.5%* | *24.5%* | *24.5%* | *24.5%* | *24.5%* | *26.0%* |
| **Net income** | **252.3** | **43.4** | **63.6** | **115.2** | **125.0** | **347.2** | **149.9** | **127.9** | **132.8** | **146.0** | **556.6** | **100.9** | **145.0** | **180.1** | **234.0** | **660.0** | **867.1** |
| *Net income margin* | *11.4%* | *9.1%* | *11.6%* | *16.4%* | *16.4%* | *14.0%* | *18.6%* | *13.9%* | *14.1%* | *13.7%* | *14.9%* | *9.4%* | *12.7%* | *14.7%* | *16.9%* | *13.2%* | *15.6%* |
| Net (loss) income attributable to noncontrolling i | 0.3 | (1.0) | (2.6) | 0.3 | (0.0) | (3.4) | 1.0 | 0.9 | 1.2 | 3.1 | 6.1 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 |
| **Net income -- Common shareholders** | **252.0** | **44.5** | **66.1** | **115.0** | **125.0** | **350.6** | **149.0** | **127.0** | **131.6** | **142.9** | **550.5** | **100.4** | **144.5** | **179.6** | **233.5** | **658.0** | **865.1** |
| **EPS -- GAAP** | **$4.02** | **$0.70** | **$1.04** | **$1.80** | **$1.95** | **$5.51** | **$2.32** | **$2.01** | **$2.05** | **$2.22** | **$8.57** | **$1.54** | **$2.22** | **$2.76** | **$3.58** | **$10.09** | **$13.27** |
| *YoY growth – GAAP* | *4.9%* | *-2.6%* | *5.2%* | *49.8%* | *77.4%* | *37.0%* | *230.9%* | *92.5%* | *13.6%* | *13.4%* | *55.5%* | *-33.7%* | *10.3%* | *34.5%* | *61.6%* | *17.7%* | *31.5%* |
| *QoQ growth* | *NA* | *-36.2%* | *48.6%* | *72.7%* | *8.3%* | *NA* | *19.0%* | *-13.5%* | *1.9%* | *8.1%* | *NA* | *-30.5%* | *44.0%* | *24.3%* | *30.0%* | *NA* | *NA* |
| Weighted avg. shares -- Basic | 61.9 | 62.1 | 62.3 | 62.4 | 62.4 | 62.3 | 62.5 | 62.6 | 62.7 | 63.0 | 62.7 | 63.2 | 63.7 | 63.7 | 63.7 | 63.6 | 63.7 |
| Weighted avg. shares -- Diluted | 62.7 | 63.3 | 63.4 | 63.8 | 64.0 | 63.6 | 64.1 | 64.1 | 64.2 | 64.5 | 64.2 | 65.2 | 65.2 | 65.2 | 65.2 | 65.2 | 65.2 |
| **Adjustments to Net Income** | | | | | | | | | | | | | | | | | |
| EBT | 319.6 | 52.9 | 82.1 | 147.3 | 164.0 | 446.2 | 185.3 | 174.3 | 165.4 | 166.6 | 691.5 | 133.7 | 192.1 | 238.6 | 309.9 | 874.2 | 1,171.7 |
| Amortization of intangible assets | 28.6 | 7.8 | 7.7 | 7.9 | 8.9 | 32.3 | 9.0 | 11.1 | 12.2 | 17.6 | 49.9 | 25.0 | 25.0 | 25.0 | 22.5 | 97.5 | 36.0 |
| Amortization of deferred financing costs and orig | 4.7 | 0.6 | 0.6 | 0.7 | 0.7 | 2.6 | 0.6 | 0.6 | 0.6 | 0.6 | 2.6 | 0.6 | 0.6 | 0.6 | 0.6 | 2.5 | 2.5 |
| Tradename and goodwill impairment | 0.0 | | | | | | | | | | | | | | | | |
| Loss on extinguishment of debt | 0.9 | | | | | | | 0.8 | | | 0.8 | | | | | | |
| Loss on pension settlement | 10.9 | | | | | | | | | | | | | | | | |
| Loss on change in contractual interest rates | 0.0 | | | | | | | | | | | | | | | | |
| (Gain)/loss attributable to business or asset dispositions | | | | | | | (4.0) | | | (0.4) | (4.4) | | | | | | |
| Transaction costs and other purchase accountin | 0.9 | 0.0 | 0.2 | 0.4 | (1.9) | (1.3) | 0.7 | 5.0 | 5.5 | 8.5 | 19.7 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 |
| Business optimization expenses | 1.6 | 0.5 | 11.5 | 0.5 | (0.3) | 12.2 | 0.2 | 0.0 | | (0.1) | 0.0 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 |
| Cash income tax expense | (47.9) | (7.3) | (13.9) | (23.6) | (34.9) | (79.7) | (37.9) | (37.4) | (31.3) | (29.7) | (136.2) | (32.7) | (47.1) | (58.5) | (75.9) | (214.2) | (304.6) |
| *Cash tax rate* | *15%* | *14%* | *17%* | *16%* | *21%* | *18%* | *20%* | *24%* | *19%* | *18%* | *20%* | *24.5%* | *24.5%* | *24.5%* | *24.5%* | *25%* | *26%* |
| **Adjusted net income** | **319.3** | **54.5** | **88.2** | **133.1** | **136.4** | **412.2** | **153.9** | **154.4** | **152.4** | **163.2** | **623.9** | **127.5** | **171.7** | **206.8** | **258.1** | **764.0** | **909.6** |
| Adjusted net income attributable to noncontrollin | 1.5 | (0.6) | (0.3) | 0.2 | 0.7 | (0.0) | 1.2 | 1.1 | 1.3 | 1.4 | 5.0 | 0.6 | 0.6 | 0.6 | 0.6 | 2.3 | 2.1 |
| **Adjusted net income to GNRC** | **317.8** | **55.1** | **88.5** | **132.9** | **135.7** | **412.2** | **152.7** | **153.2** | **151.1** | **161.9** | **618.9** | **126.9** | **171.1** | **206.2** | **257.5** | **761.7** | **907.5** |
| **Adjusted EPS** | **$5.07** | **$0.87** | **$1.40** | **$2.08** | **$2.12** | **$6.47** | **$2.38** | **$2.39** | **$2.35** | **$2.51** | **$9.64** | **$1.95** | **$2.62** | **$3.16** | **$3.95** | **$11.68** | **$13.92** |
| *Consensus EPS (Feb 16, 2022)* | *$4.91* | *$0.80* | *$0.84* | *$1.71* | *$1.96* | *$6.31* | *$1.87* | *$2.32* | *$2.32* | *$2.40* | *$9.56* | *$2.39* | *$2.79* | *$3.09* | *$3.43* | *$11.64* | *$13.55* |
| Net Income | 252.3 | 43.4 | 63.6 | 115.2 | 125.0 | 347.2 | 149.9 | 127.9 | 132.8 | 146.0 | 556.6 | 100.9 | 145.0 | 180.1 | 234.0 | 660.0 | 867.1 |
| Interest expense | 41.5 | 9.1 | 7.9 | 8.1 | 7.9 | 33.0 | 7.7 | 7.7 | 8.0 | 9.5 | 33.0 | 10.6 | 10.6 | 10.6 | 10.6 | 42.2 | 42.2 |
| Depreciation and amortization | 60.8 | 16.1 | 16.8 | 17.2 | 18.7 | 68.8 | 18.2 | 21.3 | 23.2 | 29.4 | 92.0 | 42.0 | 42.4 | 42.9 | 40.9 | 168.2 | 90.4 |
| Provision for income taxes | 67.3 | 9.4 | 18.5 | 32.1 | 39.0 | 99.0 | 35.4 | 46.4 | 32.6 | 20.6 | 135.0 | 32.7 | 47.1 | 58.5 | 75.9 | 214.2 | 304.6 |
| Non-cash share-based compensation expense | 16.7 | 4.6 | 5.4 | 4.4 | 6.6 | 20.9 | 5.4 | 7.0 | 5.8 | 5.8 | 24.0 | 7.7 | 7.9 | 8.1 | 8.3 | 32.0 | 28.6 |
| Non-cash write-down and other adjustments | 0.2 | 2.3 | (0.9) | 0.5 | (2.2) | (0.3) | (3.9) | 1.2 | 3.3 | (3.7) | (3.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tradename and goodwill impairment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on extinguishment of debt | 0.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on pension settlement | 10.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Loss on change in contractual interest rates | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Transaction costs and credit facility fees | 2.7 | 0.2 | 0.0 | 0.6 | 1.0 | 1.8 | 0.9 | 5.2 | 3.4 | 12.9 | 22.4 | 0.7 | 0.7 | 0.7 | 0.7 | 2.9 | 2.9 |
| Business optimization expenses | 1.6 | 0.5 | 11.5 | 0.5 | (0.3) | 12.2 | 0.2 | 0.0 | | (0.1) | 0.0 | 0.5 | 0.5 | 0.5 | 0.5 | 2.0 | 2.0 |
| Other | (0.9) | 0.4 | 0.0 | 0.3 | 0.2 | 1.0 | 0.3 | 0.3 | 0.1 | 0.1 | 0.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted EBITDA** | **454.1** | **86.0** | **122.8** | **178.8** | **195.8** | **583.4** | **214.2** | **217.7** | **209.2** | **220.4** | **861.4** | **195.2** | **254.2** | **301.3** | **370.8** | **1,121.5** | **1,337.8** |
| *Consensus EBITDA (Feb 16, 2022)* | *446.1* | *80.5* | *84.9* | *153.9* | *172.6* | *562.0* | *174.6* | *210.7* | *222.1* | *224.4* | *862.7* | *228.3* | *266.2* | *289.6* | *322.0* | *1,101.6* | *1,278.4* |
| Adjusted EBITDA attributable to noncontrolling i | 5.0 | (0.1) | 0.1 | 0.9 | 1.4 | 2.4 | 2.2 | 2.0 | 2.2 | 2.9 | 9.4 | 1.0 | 0.9 | 0.8 | 0.8 | 3.5 | 3.1 |
| **Adjusted EBITDA attributable to GNRC** | **449.1** | **86.1** | **122.7** | **177.9** | **194.4** | **581.1** | **212.0** | **215.7** | **207.0** | **217.5** | **852.1** | **194.2** | **253.3** | **300.5** | **370.1** | **1,118.1** | **1,334.7** |
| Adjusted EBITDA -- Domestic | 428.7 | 82.8 | 121.3 | 171.4 | 188.0 | 563.4 | 207.1 | 203.9 | 187.7 | 196.7 | 795.4 | 190.3 | 242.0 | 282.5 | 330.3 | 1,226.4 | 1,234.1 |
| Adjusted EBITDA -- Int'l | 25.4 | 3.3 | 1.9 | 7.4 | 7.8 | 20.4 | 7.1 | 13.7 | 21.5 | 23.7 | 66.0 | 4.5 | 11.8 | 18.4 | 40.1 | 74.8 | 102.1 |
| *Mix--Domestic* | *94.4%* | *96.2%* | *98.8%* | *95.9%* | *96.0%* | *96.6%* | *96.7%* | *93.7%* | *89.7%* | *89.3%* | *92.3%* | *97.5%* | *95.2%* | *93.8%* | *89.1%* | *109.3%* | *92.2%* |
| *Mix--International* | *5.6%* | *3.8%* | *1.5%* | *4.1%* | *4.0%* | *3.5%* | *3.3%* | *6.3%* | *10.3%* | *10.7%* | *7.7%* | *2.3%* | *4.6%* | *6.1%* | *10.8%* | *6.7%* | *7.6%* |
| *Mix -- Total* | *100.0%* | *100.0%* | *100.3%* | *100.0%* | *100.0%* | *100.1%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *100.0%* | *99.8%* | *99.8%* | *99.9%* | *99.9%* | *116.0%* | *99.9%* |
| *Adjusted EBITDA margin -- Domestic* | *24.6%* | *22.0%* | *26.3%* | *28.3%* | *29.2%* | *27.0%* | *29.9%* | *26.6%* | *23.7%* | *22.0%* | *25.0%* | *20.2%* | *24.5%* | *26.7%* | *28.5%* | *56.3%* | *25.7%* |
| *Adjusted EBITDA margin -- Int'l* | *5.5%* | *3.3%* | *2.2%* | *7.8%* | *6.7%* | *5.1%* | *6.2%* | *10.1%* | *14.2%* | *13.8%* | *11.5%* | *3.5%* | *7.9%* | *10.9%* | *17.6%* | *11.1%* | *13.4%* |
| *Consensus EBITDA Margin (Feb 16, 2022)* | | | *15.5%* | *21.9%* | *22.7%* | *22.6%* | *21.6%* | *22.9%* | *23.6%* | *21.0%* | *23.1%* | *21.3%* | *23.4%* | *23.6%* | *23.2%* | *22.0%* | *22.9%* |
| *Adjusted EBITDA margin -- Total* | *20.6%* | *18.1%* | *22.5%* | *25.5%* | *25.7%* | *23.5%* | *26.5%* | *23.7%* | *22.2%* | *20.7%* | *23.1%* | *18.2%* | *22.3%* | *24.5%* | *26.8%* | *22.4%* | *24.0%* |

Source: Company filings and press releases; ROTH Capital Partners estimates.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 476 of 650    Document 49

# GENERAC HOLDINGS INC.

**Generac Holdings, Inc**
*(NYSE:GNRC)*

*Philip Shen, ROTH Capital Partners*
*pshen@roth.com, 949-720-7198*

| Balance Sheet | 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | 2020 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | 2021 | Q1'22E | Q2'22E | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in millions (except per share data) | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Dec-23 |
| Surplus funds | | | | | | | | | | | | 274.3 | 503.1 | 550.8 | 705.6 | 705.6 | 1,380.2 |
| Cash and cash equivalents | 322.9 | 307.5 | 396.7 | 513.9 | 655.1 | 655.1 | 744.8 | 390.1 | 423.7 | 147.3 | 147.3 | | | | | | |
| Total cash | 322.9 | 307.5 | 396.7 | 513.9 | 655.1 | 655.1 | 744.8 | 390.1 | 423.7 | 147.3 | 147.3 | 274.3 | 503.1 | 550.8 | 705.6 | 705.6 | 1,380.2 |
| Accounts recievable, less | 319.5 | 312.0 | 322.9 | 398.2 | 374.9 | 374.9 | 428.7 | 480.9 | 510.7 | 546.5 | 546.5 | 568.1 | 594.7 | 665.4 | 709.9 | 709.9 | 829.8 |
| Inventories | 522.0 | 559.7 | 544.4 | 533.0 | 603.3 | 603.3 | 644.6 | 772.9 | 934.9 | 1,089.7 | 1,089.7 | 951.9 | 955.6 | 1,160.5 | 1,290.3 | 1,290.3 | 1,581.9 |
| Prepaid expenses and other assets | 31.4 | 29.6 | 33.1 | 35.2 | 36.4 | 36.4 | 39.5 | 48.7 | 54.2 | 65.0 | 65.0 | 57.4 | 57.4 | 60.2 | 66.7 | 66.7 | 81.8 |
| Total current assets | 1,195.8 | 1,208.7 | 1,297.1 | 1,480.3 | 1,669.7 | 1,669.7 | 1,857.6 | 1,692.5 | 1,923.6 | 1,848.5 | 1,848.5 | 1,851.6 | 2,110.9 | 2,437.0 | 2,772.5 | 2,772.5 | 3,873.7 |
| Total current assets (excluding surplus funds) | 1,195.8 | 1,208.7 | 1,297.1 | 1,480.3 | 1,669.7 | 1,669.7 | 1,857.6 | 1,692.5 | 1,923.6 | 1,848.5 | 1,848.5 | 1,577.3 | 1,607.8 | 1,886.1 | 2,066.9 | 2,066.9 | 2,493.6 |
| PPE, net | 317.0 | 315.8 | 317.8 | 321.4 | 343.9 | 343.9 | 345.6 | 392.5 | 412.7 | 440.9 | 440.9 | 435.3 | 446.3 | 459.2 | 475.5 | 475.5 | 560.4 |
| Customer lists, net | 55.6 | 48.2 | 47.2 | 47.7 | 49.2 | 49.2 | 46.5 | 158.7 | 154.2 | 238.7 | 238.7 | 238.7 | 238.7 | 238.7 | 238.7 | 238.7 | 238.7 |
| Patents and technology, net | 85.5 | 81.2 | 76.8 | 73.3 | 86.7 | 86.7 | 80.3 | 97.5 | 142.0 | 492.5 | 492.5 | 492.5 | 492.5 | 492.5 | 492.5 | 492.5 | 492.5 |
| Other intangible assets, net | 8.3 | 7.5 | 6.9 | 9.2 | 9.9 | 9.9 | 9.2 | 10.3 | 14.7 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 | 66.4 |
| Tradenames, net | 148.4 | 146.6 | 145.7 | 146.0 | 146.2 | 146.2 | 145.1 | 173.0 | 172.4 | 243.5 | 243.5 | 242.5 | 241.4 | 240.4 | 239.3 | 239.3 | 235.1 |
| Goodwill | 805.3 | 793.6 | 796.2 | 815.6 | 855.2 | 855.2 | 849.3 | 1,109.9 | 1,174.3 | 1,409.7 | 1,409.7 | 1,403.9 | 1,398.2 | 1,392.4 | 1,386.7 | 1,386.7 | 1,363.7 |
| Deferred income taxes | 2.9 | 4.1 | 2.1 | 3.6 | 1.5 | 1.5 | 1.4 | 2.2 | 3.8 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 |
| Operating lease and other assets | 46.9 | 48.4 | 77.8 | 77.0 | 73.0 | 73.0 | 87.3 | 70.2 | 102.8 | 121.9 | 121.9 | 121.9 | 121.9 | 121.9 | 121.9 | 121.9 | 121.9 |
| Total assets | 2,665.7 | 2,654.1 | 2,767.6 | 2,974.1 | 3,235.4 | 3,235.4 | 3,422.1 | 3,706.9 | 4,100.4 | 4,877.8 | 4,877.8 | 4,868.6 | 5,132.0 | 5,464.2 | 5,809.2 | 5,809.2 | 6,968.1 |
| Necessary to finance | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Short-term borrowings | 58.7 | 49.9 | 52.3 | 44.8 | 39.3 | 39.3 | 26.5 | 23.8 | 61.5 | 72.0 | 72.0 | 72.0 | 72.0 | 72.0 | 72.0 | 72.0 | 72.0 |
| Accounts payable | 262.0 | 266.9 | 230.2 | 272.7 | 330.2 | 330.2 | 387.9 | 526.4 | 611.2 | 674.2 | 674.2 | 572.9 | 650.9 | 758.6 | 798.3 | 798.3 | 978.8 |
| Accrued wages and employee benefits | 41.4 | 22.3 | 36.9 | 52.9 | 63.0 | 63.0 | 46.7 | 67.5 | 69.9 | 72.1 | 72.1 | 57.4 | 71.7 | 82.8 | 100.1 | 100.1 | 122.7 |
| Other accrued liabilities | 132.6 | 139.7 | 164.2 | 182.4 | 204.8 | 204.8 | 245.0 | 214.4 | 270.5 | 331.7 | 331.7 | 332.6 | 353.6 | 381.8 | 430.9 | 430.9 | 503.6 |
| Current portion of long-term borrowings and | 2.4 | 4.3 | 3.0 | 3.4 | 4.1 | 4.1 | 4.1 | 4.2 | 4.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 |
| Total current liabilities | 497.1 | 483.0 | 486.7 | 556.3 | 641.5 | 641.5 | 710.3 | 836.2 | 1,018.0 | 1,155.9 | 1,155.9 | 1,040.8 | 1,154.2 | 1,301.2 | 1,407.2 | 1,407.2 | 1,683.1 |
| Total current liabilities (excluding NTF) | 497.1 | 483.0 | 486.7 | 556.3 | 641.5 | 641.5 | 710.3 | 836.2 | 1,018.0 | 1,155.9 | 1,155.9 | 1,040.8 | 1,154.2 | 1,301.2 | 1,407.2 | 1,407.2 | 1,683.1 |
| Long-term borrowings and finance lease ob | 837.8 | 839.4 | 841.1 | 841.3 | 841.8 | 841.8 | 841.5 | 842.6 | 843.4 | 902.1 | 902.1 | 902.1 | 902.1 | 902.1 | 902.1 | 902.1 | 902.1 |
| Deferred income taxes | 96.3 | 93.4 | 96.5 | 105.5 | 115.8 | 115.8 | 122.2 | 158.5 | 175.7 | 206.0 | 206.0 | 206.0 | 206.0 | 206.0 | 206.0 | 206.0 | 206.0 |
| Operating lease and long-term liabilities | 140.4 | 154.7 | 185.0 | 177.5 | 180.0 | 180.0 | 160.3 | 176.4 | 236.3 | 341.7 | 341.7 | 341.7 | 341.7 | 341.7 | 341.7 | 341.7 | 341.7 |
| Total liabilities | 1,571.6 | 1,570.5 | 1,609.3 | 1,680.6 | 1,779.0 | 1,779.0 | 1,834.3 | 2,013.7 | 2,273.4 | 2,605.6 | 2,605.6 | 2,490.5 | 2,604.0 | 2,751.0 | 2,857.0 | 2,857.0 | 3,132.8 |
| Redeemable non-controlling interest | 61.2 | 59.9 | 61.0 | 63.5 | 66.2 | 66.2 | 63.3 | 37.2 | 44.7 | 58.1 | 58.1 | 58.1 | 58.1 | 58.1 | 58.1 | 58.1 | 58.1 |
| Total equity | 1,032.9 | 1,023.7 | 1,097.3 | 1,229.9 | 1,390.2 | 1,390.2 | 1,524.6 | 1,655.9 | 1,782.3 | 2,214.1 | 2,214.1 | 2,320.0 | 2,470.0 | 2,655.2 | 2,894.1 | 2,894.1 | 3,777.2 |
| Total liabilities and equity | 2,665.7 | 2,654.1 | 2,767.6 | 2,974.1 | 3,235.4 | 3,235.4 | 3,422.1 | 3,706.9 | 4,100.4 | 4,877.8 | 4,877.8 | 4,868.6 | 5,132.0 | 5,464.2 | 5,809.2 | 5,809.2 | 6,968.1 |
| Check | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| Balance Sheet Supporting Schedules | 2019 | Q1'20E | Q2'20 | Q3'20 | Q4'20 | 2020 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | 2021 | Q1'22E | Q2'22E | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in millons (except per share data) | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Dec-23 |
| **Working capital** | | | | | | | | | | | | | | | | | |
| A/R turnover | 6.8x | 6.0x | 6.9x | 7.8x | 7.9x | 7.2x | 8.0x | 8.1x | 7.6x | 8.1x | 8.1x | 7.7x | 7.8x | 7.8x | 8.1x | 8.0x | 7.2x |
| Inventory turnover | 2.6x | 2.2x | 2.4x | 3.2x | 3.2x | 2.7x | 3.1x | 3.3x | 2.8x | 2.8x | 2.8x | 2.8x | 3.0x | 2.8x | 2.7x | 2.5x | 2.4x |
| A/P turnover | 4.8x | 4.6x | 5.4x | 6.8x | 6.1x | 5.2x | 5.4x | 5.1x | 4.3x | 4.4x | 4.7x | 4.6x | 4.7x | 4.3x | 4.3x | 4.1x | 4.0x |
| | | | | | | | | | | | | | | | | | |
| Days sales outstanding (DSO) | 49.3 | 59.8 | 53.9 | 51.8 | 44.9 | 44.9 | 48.4 | 47.7 | 49.4 | 46.7 | 46.7 | 48.4 | 47.7 | 49.4 | 46.7 | 46.7 | 46.7 |
| Days inventory on hand (DOH) | 129.2 | 168.2 | 147.0 | 114.4 | 119.5 | 119.5 | 121.1 | 121.5 | 140.6 | 141.1 | 141.1 | 121.1 | 121.5 | 140.6 | 141.1 | 141.1 | 141.1 |
| Days payables outstanding | 64.8 | 80.2 | 62.2 | 58.5 | 65.4 | 65.4 | 72.9 | 82.8 | 91.9 | 87.3 | 87.3 | 72.9 | 82.8 | 91.9 | 87.3 | 87.3 | 87.3 |
| Cash conversion cycle | 113.7 | 147.8 | 138.7 | 107.7 | 99.0 | 99.0 | 96.7 | 86.5 | 98.1 | 100.5 | 100.5 | 96.7 | 86.5 | 98.1 | 100.5 | 100.5 | 100.5 |
| | | | | | | | | | | | | | | | | | |
| **Change in working capital** | | | | | | | | | | | | | | | | | |
| Current assets (excluding cash) | 872.9 | 901.3 | 900.4 | 966.4 | 1,014.6 | 1,014.6 | 1,112.8 | 1,302.4 | 1,499.8 | 1,701.1 | 1,701.1 | 1,577.3 | 1,607.8 | 1,886.1 | 2,066.9 | 2,066.9 | 2,493.6 |
| Current liabilities (excluding ST debt) | 436.0 | 428.9 | 431.3 | 508.0 | 598.1 | 598.1 | 679.7 | 808.3 | 951.6 | 1,077.9 | 1,077.9 | 962.8 | 1,076.3 | 1,223.3 | 1,329.3 | 1,329.3 | 1,605.1 |
| Working capital | 437.0 | 472.4 | 469.0 | 458.4 | 416.5 | 416.5 | 433.1 | 494.2 | 548.2 | 623.2 | 623.2 | 614.5 | 531.5 | 662.9 | 737.6 | 737.6 | 888.4 |
| Increase decrease in working capital | (53.8) | (35.4) | 3.4 | 10.7 | 41.8 | 20.5 | (16.6) | (61.1) | (54.1) | (74.9) | (206.7) | 8.7 | 83.0 | (131.4) | (74.8) | (114.5) | (150.8) |
| Working capital as % of revenue | 19.8% | 24.8% | 21.4% | 16.3% | 13.7% | 16.8% | 13.4% | 13.4% | 14.5% | 14.6% | 16.7% | 14.4% | 11.7% | 13.5% | 13.3% | 14.7% | 15.9% |
| | | | | | | | | | | | | | | | | | |
| **Other drivers -- % of sales or COGS** | | | | | | | | | | | | | | | | | |
| Prepaid expenses and other current assets | 2.2% | 2.4% | 2.4% | 2.1% | 2.0% | 2.4% | 2.0% | 2.1% | 2.2% | 2.3% | 2.7% | 2.0% | 2.0% | 2.0% | 2.0% | 2.2% | 2.3% |
| Accrued liabilities | 6.0% | 29.4% | 30.0% | 26.0% | 26.9% | 8.2% | 30.3% | 23.3% | 28.7% | 31.1% | 8.9% | 31.1% | 31.1% | 31.1% | 31.1% | 8.6% | 9.0% |
| Employee and payroll accruals | 2.9% | 7.3% | 10.9% | 12.4% | 13.7% | 4.1% | 9.6% | 11.6% | 11.5% | 10.2% | 3.0% | 8.0% | 10.0% | 11.0% | 12.0% | 3.3% | 3.5% |
| **Liquidity** | | | | | | | | | | | | | | | | | |
| Current ratio | 2.4x | 2.5x | 2.7x | 2.7x | 2.6x | 2.6x | 2.6x | 2.0x | 1.9x | 1.6x | 1.6x | 1.8x | 1.8x | 1.9x | 2.0x | 2.0x | 2.3x |
| Quick ratio | 1.4x | 1.3x | 1.5x | 1.7x | 1.7x | 1.7x | 1.7x | 1.1x | 1.0x | 0.7x | 0.7x | 0.9x | 1.0x | 1.0x | 1.1x | 1.1x | 1.4x |
| Cash ratio | 0.6x | 0.6x | 0.8x | 0.9x | 1.0x | 1.0x | 1.0x | 0.5x | 0.4x | 0.1x | 0.1x | 0.3x | 0.4x | 0.4x | 0.5x | 0.5x | 0.8x |
| **Financial leverage** | | | | | | | | | | | | | | | | | |
| Debt, ending | 898.9 | 893.5 | 896.5 | 889.6 | 885.2 | 885.2 | 872.1 | 870.6 | 909.8 | 980.1 | 980.1 | 980.1 | 980.1 | 980.1 | 980.1 | 980.1 | 980.1 |
| Debt / equity | 0.9x | 0.9x | 0.8x | 0.7x | 0.6x | 0.6x | 0.6x | 0.5x | 0.5x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.3x | 0.3x | 0.3x |
| Debt / total capital | 46.5% | 46.6% | 45.0% | 42.0% | 38.9% | 38.9% | 36.4% | 34.5% | 33.8% | 30.7% | 30.7% | 29.7% | 28.4% | 27.0% | 25.3% | 25.3% | 20.6% |
| Debt / TTM EBITDA | 2.2x | 3.1x | 2.3x | 1.3x | 1.2x | 1.7x | 1.1x | 1.1x | 1.2x | 1.3x | 1.3x | 1.5x | 1.1x | 0.9x | 0.7x | 1.0x | 0.8x |
| Net debt / equity | 0.6x | 0.6x | 0.5x | 0.3x | 0.2x | 0.2x | 0.1x | 0.3x | 0.3x | 0.4x | 0.4x | 0.3x | 0.2x | 0.2x | 0.1x | 0.1x | NA |
| Net debt / total capital | 29.8% | 30.6% | 25.1% | 17.7% | 10.1% | 10.1% | 5.3% | 19.0% | 18.1% | 26.1% | 26.1% | 21.4% | 13.8% | 11.8% | 7.1% | 7.1% | NA |
| Net debt / TTM EBITDA | 1.4x | 2.1x | 1.3x | 0.6x | 0.3x | 0.4x | 0.2x | 0.6x | 0.7x | 1.1x | 1.1x | 1.1x | 0.5x | 1.6x | 0.8x | 0.3x | NA |
| **Coverage ratios** | | | | | | | | | | | | | | | | | |
| EBIT/Interest | | | | | | | | | | | | | | | | | |
| EBITDA/Interest | | | | | | | | | | | | | | | | | |
| **Financial returns** | | | | | | | | | | | | | | | | | |
| **ROE decomposition - Dupont formula** | | | | | | | | | | | | | | | | | |
| Net profit margin | 11.4% | 9.1% | 11.6% | 16.4% | 16.4% | 14.0% | 18.6% | 13.9% | 14.1% | 13.7% | 14.9% | 9.4% | 12.7% | 14.7% | 16.9% | 13.2% | 15.6% |
| Asset turnover | 0.9 | 0.7x | 0.8x | 1.0x | 1.0x | 0.9 | 1.0x | 1.0x | 1.0x | 1.0x | 1.0 | 0.9x | 0.9x | 0.9x | 1.0x | 1.0 | 0.9 |
| Return on assets, after taxes | 9.9% | 6.5% | 9.4% | 16.1% | 16.1% | 12.1% | 18.0% | 14.4% | 13.6% | 13.0% | 14.4% | 8.3% | 11.6% | 13.6% | 16.6% | 12.6% | 13.9% |
| Financial leverage | 2.9x | 2.6x | 2.5x | 2.5x | 2.4x | 2.5x | 2.3x | 2.2x | 2.3x | 2.2x | 2.3x | 2.1x | 2.1x | 2.1x | 2.0x | 2.1x | 1.9x |
| Return on equity (avg equity) | 28.6% | 16.9% | 24.0% | 39.6% | 38.2% | 30.1% | 41.2% | 32.2% | 30.9% | 29.2% | 32.5% | 17.8% | 24.2% | 28.1% | 33.7% | 26.3% | 26.2% |
| Check | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Return on equity (beginning equity) | 24.4% | 17.0% | 23.2% | 37.5% | 36.0% | 25.0% | 39.3% | 30.9% | 29.8% | 26.4% | 25.1% | 17.4% | 23.5% | 27.1% | 32.3% | 22.8% | 23.0% |
| Return on invested capital (ROIC) | 16.2% | 10.7% | 14.2% | 23.7% | 23.7% | 18.2% | 26.2% | 21.8% | 21.4% | 20.9% | 22.2% | 13.4% | 18.1% | 21.2% | 25.7% | 19.8% | 20.9% |

Source: Company filings and press releases; ROTH Capital Partners estimates.

**Generac Holdings, Inc**
*(NYSE:GNRC)*

*Philip Shen, ROTH Capital Partners*
*pshen@roth.com, 949-720-7198*

| Cash flow | 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | 2020 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | 2021 | Q1'22E | Q2'22E | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USD in millons (except per share data) | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Dec-20 | Mar-21 | Jun-21 | Sep-21 | Dec-21 | Dec-21 | Mar-22 | Jun-22 | Sep-22 | Dec-22 | Dec-22 | Dec-23 |
| Net Income | 252.3 | 43.4 | 63.6 | 115.2 | 125.0 | 347.2 | 149.9 | 127.9 | 132.8 | 146.0 | 556.6 | 100.9 | 145.0 | 180.1 | 234.0 | 660.0 | 867.1 |
| Depreciation | 32.3 | 8.3 | 9.1 | 9.3 | 9.7 | 36.5 | 9.3 | 10.2 | 11.0 | 11.7 | 42.2 | 17.0 | 17.4 | 17.9 | 18.4 | 70.7 | 54.4 |
| Amortization of intangible assets | 28.6 | 7.8 | 7.7 | 7.9 | 8.9 | 32.3 | 9.0 | 11.1 | 12.2 | 17.6 | 49.9 | | | | | | |
| Amortization of original issue discount and de | 4.7 | 0.6 | 0.6 | 0.7 | 0.7 | 2.6 | 0.6 | 0.6 | 0.6 | 0.6 | 2.6 | | | | | | |
| Loss on extinguishment of debt | 0.9 | | | | | | | 0.8 | 0.0 | 0.0 | 0.8 | | | | | | |
| Loss on pension settlement | 10.9 | | | | | | | | | | | | | | | | |
| Loss on change in contractual interest rate | | | | | | | | | | | | | | | | | |
| Loss (gain) on disposal of assets | | | | | | | (4.0) | 0.0 | (0.0) | (0.4) | (4.4) | | | | | | |
| Deferred income taxes | 18.7 | 1.6 | 6.5 | 7.4 | 5.8 | 21.2 | 1.7 | 5.3 | 1.2 | (10.3) | (2.1) | | | | | | |
| Share based compensation expense | 16.7 | 4.6 | 5.4 | 4.4 | 6.6 | 20.9 | 5.4 | 7.0 | 5.8 | 5.8 | 24.0 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 16.0 |
| Other | 1.1 | 0.4 | 8.5 | (2.5) | 0.7 | 7.1 | 0.3 | (0.4) | 0.1 | 0.2 | 0.2 | | | | | | |
| Other non-current assets | | | | | | | | | | | | 6.8 | 6.8 | 6.8 | 6.8 | 27.2 | 27.2 |
| Other non-current liabilities | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net change in working capital | (57.4) | (55.4) | 0.4 | 12.9 | 60.9 | 18.7 | (19.7) | (40.0) | (89.3) | (109.5) | (258.5) | 8.7 | 83.0 | (131.4) | (74.8) | (114.5) | (150.8) |
| **Net cash provided by operating activities** | **308.9** | **11.3** | **101.8** | **155.2** | **218.2** | **486.5** | **152.5** | **122.5** | **74.4** | **61.8** | **411.2** | **138.4** | **257.3** | **78.4** | **189.4** | **663.5** | **813.9** |
| Proceeds from sale of property and equipmen | 0.1 | | 0.0 | 0.0 | 0.2 | 0.2 | 0.0 | 0.1 | 0.1 | 0.1 | 0.3 | | | | | | |
| Proceeds from sale of investment | | | | | | | 4.9 | 0.0 | 0.1 | 0.0 | 5.0 | | | | | | |
| Proceeds from beneficial interest in securitiza | 2.6 | 0.6 | 0.7 | 0.7 | 0.7 | 2.7 | 0.7 | 0.7 | 0.9 | 2.4 | 4.6 | | | | | | |
| Contribution to equity menthod investment | | | | | | | | (0.2) | (0.6) | (2.9) | (3.7) | | | | | | |
| Expenditures for property and equipment | (60.8) | (12.9) | (13.4) | (7.6) | (28.2) | (62.1) | (27.5) | (26.8) | (33.2) | (22.5) | (110.0) | (26.7) | (28.4) | (30.7) | (34.7) | (120.6) | (139.3) |
| Deposit paid related to acquisition | | | | | | | | | | | | | | | | | |
| Acquisition of business, net of cash acquired | (112.0) | | | (22.8) | (42.0) | (64.8) | | (419.0) | (46.9) | (247.5) | (713.5) | | | | | | |
| **Net cash used in investing activities** | **(170.1)** | **(12.3)** | **(12.7)** | **(29.7)** | **(69.4)** | **(124.1)** | **(21.9)** | **(445.3)** | **(79.7)** | **(270.5)** | **(817.3)** | **(26.7)** | **(28.4)** | **(30.7)** | **(34.7)** | **(120.6)** | **(139.3)** |
| Proceeds from short-term borrowings | 73.3 | 20.7 | 101.8 | 75.6 | 59.5 | 257.6 | 32.2 | 25.4 | 70.2 | 145.0 | 272.8 | | | | | | |
| Proceeds from long -term borrowings | 1.7 | | 0.1 | 0.2 | (0.0) | 0.3 | | 50.0 | 0.0 | 100.1 | 150.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments of short-term borrowings | (59.5) | (25.5) | (100.2) | (85.1) | (66.9) | (277.7) | (44.0) | (29.7) | (31.5) | (133.9) | (239.1) | | | | | | |
| Repayments of long-term borrowings and fina | (53.0) | (1.2) | (1.3) | (1.1) | (1.2) | (4.8) | (1.6) | (51.5) | (1.8) | (53.7) | (108.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock repurchases | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | (126.0) | (126.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Payment of contingent consideration | (5.6) | (4.0) | 0.0 | 0.0 | 0.0 | (4.0) | (3.8) | 0.0 | 0.0 | 0.0 | (3.8) | | | | | | |
| Cash dividends paid to noncontrolling interest | (0.3) | | | | | | | | | | | | | | | | |
| Payment of debt issuance costs | (1.5) | | | | | | | (1.2) | 0.0 | 0.0 | (1.2) | | | | | | |
| Purchase of additional ownership interest | | | | | | | | (27.2) | 0.0 | 0.0 | (27.2) | | | | | | |
| Taxes paid related to equity awards | (6.4) | (7.7) | (3.3) | (2.6) | (1.4) | (14.9) | (35.9) | (4.1) | (9.6) | (9.3) | (58.9) | | | | | | |
| Excess tax benefits from equity | | | | | | | | | | | | | | | | | |
| Proceeds from the exercise of stock options | 9.4 | 1.6 | 6.0 | 4.4 | 1.1 | 13.1 | 13.0 | 5.6 | 11.9 | 8.3 | 38.8 | | | | | | |
| **Net cash used in financing activities** | **(41.9)** | **(16.1)** | **3.1** | **(8.6)** | **(8.8)** | **(30.4)** | **(40.0)** | **(32.7)** | **39.2** | **(69.5)** | **(103.0)** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| Effects of exchange rate on cash | 1.5 | 1.6 | (2.8) | 0.3 | 1.2 | 0.2 | (1.0) | 0.8 | (0.3) | 1.9 | 1.3 | | | | | | |
| Cash at beginning of period | 224.5 | 322.9 | 307.5 | 396.7 | 513.9 | 322.9 | 655.1 | 744.8 | 390.1 | 423.7 | 655.1 | 147.3 | 259.0 | 487.8 | 535.5 | 147.3 | 690.3 |
| **Cash at end of period** | **322.9** | **307.5** | **396.7** | **513.9** | **655.1** | **655.1** | **744.8** | **390.1** | **423.7** | **147.3** | **147.3** | **259.0** | **487.8** | **535.5** | **690.3** | **690.3** | **1,364.9** |
| **Net increase/(decrease) in cash** | **98.4** | **(15.4)** | **89.3** | **117.2** | **141.2** | **332.2** | **89.7** | **(354.7)** | **33.6** | **(276.4)** | **(507.8)** | **111.7** | **228.8** | **47.7** | **154.7** | **542.9** | **674.6** |
| B/S beginning cash | 224.5 | 322.9 | 307.5 | 396.7 | 513.9 | 322.9 | 655.1 | 744.8 | 390.1 | 423.7 | 655.1 | 147.3 | 274.3 | 503.1 | 550.8 | 147.3 | 705.6 |
| B/S ending cash | 322.9 | 307.5 | 396.7 | 513.9 | 655.1 | 655.1 | 744.8 | 390.1 | 423.7 | 147.3 | 147.3 | 274.3 | 503.1 | 550.8 | 705.6 | 705.6 | 1,380.2 |
| **B/S net change in cash** | **98.4** | **(15.4)** | **89.3** | **117.2** | **141.2** | **332.2** | **89.7** | **(354.7)** | **33.6** | **(276.4)** | **(507.8)** | **127.0** | **228.8** | **47.7** | **154.7** | **558.2** | **674.6** |
| Check | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | 15.3 | 0.0 | 0.0 | (0.0) | 15.3 | 0.0 |

| Cash flow ratios | 2019 | Q1'20 | Q2'20 | Q3'20 | Q4'20 | 2020 | Q1'21 | Q2'21 | Q3'21 | Q4'21 | 2021 | Q1'22E | Q2'22E | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | 404.4 | 71.2 | 98.7 | 164.9 | 180.8 | 515.6 | 198.4 | 193.1 | 184.6 | 187.2 | 763.3 | 160.8 | 219.7 | 266.6 | 338.4 | 985.5 | 1,266.7 |
| *EBITDA margin* | 18.3% | 15.0% | 18.0% | 23.5% | 23.8% | 20.7% | 24.6% | 21.0% | 19.6% | 17.5% | 20.4% | 15.0% | 19.3% | 21.7% | 24.4% | 19.7% | 22.7% |
| *EBITDA growth -- YoY* | 5.7% | -9.2% | 0.3% | 45.1% | 58.7% | 27.5% | 178.6% | 95.7% | 11.9% | 3.5% | 48.0% | -18.9% | 13.7% | 44.4% | 80.8% | 29.1% | 28.5% |
| CFO | 308.9 | 11.3 | 101.8 | 155.2 | 218.2 | 486.5 | 152.5 | 122.5 | 74.4 | 61.8 | 411.2 | 138.4 | 257.3 | 78.4 | 189.4 | 663.5 | 813.9 |
| Less: FCInv | 60.8 | 12.9 | 13.4 | 7.6 | 28.2 | 62.1 | 27.5 | 26.8 | 33.2 | 22.5 | 110.0 | 26.7 | 28.4 | 30.7 | 34.7 | 120.6 | 139.3 |
| **CFO - FCInv** | **248.1** | **(1.5)** | **88.3** | **147.6** | **190.0** | **424.4** | **125.1** | **95.7** | **41.2** | **39.2** | **301.2** | **111.7** | **228.8** | **47.7** | **154.7** | **542.9** | **674.6** |
| Less: Stock based comp | 16.7 | 4.6 | 5.4 | 4.4 | 6.6 | 20.9 | 5.4 | 7.0 | 5.8 | 5.8 | 24.0 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 16.0 |
| **FCFE** | **231.4** | **(6.1)** | **82.9** | **143.2** | **183.5** | **403.5** | **119.6** | **88.7** | **35.4** | **33.5** | **277.2** | **106.7** | **223.8** | **42.7** | **149.7** | **522.9** | **658.6** |
| *FCFE growth -- YoY* | 25.0% | -24.3% | 661.7% | 48.3% | 18.8% | 74.4% | 2054.0% | 7.0% | -75.3% | -81.8% | -31.3% | -10.8% | 152.3% | 20.7% | 347.4% | 88.6% | 25.9% |
| EBIT | 372.2 | 62.9 | 89.6 | 155.6 | 171.1 | 479.1 | 189.1 | 183.0 | 173.6 | 175.5 | 721.1 | 143.8 | 202.3 | 248.7 | 320.0 | 914.8 | 1,212.3 |
| *Effective tax rate* | 21.1% | 17.9% | 22.5% | 21.8% | 23.8% | 22.2% | 19.1% | 26.6% | 19.7% | 12.4% | 19.5% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% | 26.0% |
| EBIT, tax adjusted | 293.8 | 51.6 | 69.4 | 121.8 | 130.4 | 372.8 | 153.0 | 134.3 | 139.3 | 153.8 | 580.4 | 108.6 | 152.7 | 187.8 | 241.6 | 690.7 | 897.1 |
| D&A | 32.3 | 8.3 | 9.1 | 9.3 | 9.7 | 36.5 | 9.3 | 10.2 | 11.0 | 11.7 | 42.2 | 17.0 | 17.4 | 17.9 | 18.4 | 70.7 | 54.4 |
| Change in working capital | (57.4) | (55.4) | 0.4 | 12.9 | 60.9 | 18.7 | (19.7) | (40.0) | (89.3) | (109.5) | (258.5) | 8.7 | 83.0 | (131.4) | (74.8) | (114.5) | (150.8) |
| Capex and other PPE | (60.8) | (12.9) | (13.4) | (7.6) | (28.2) | (62.1) | (27.5) | (26.8) | (33.2) | (22.5) | (110.0) | (26.7) | (28.4) | (30.7) | (34.7) | (120.6) | (139.3) |
| **FCFF** | **207.9** | **(8.3)** | **65.5** | **136.3** | **172.8** | **365.9** | **115.1** | **77.7** | **27.8** | **33.4** | **254.0** | **107.5** | **224.7** | **43.6** | **150.6** | **526.3** | **661.4** |

Source: Company filings and press releases; ROTH Capital Partners estimates.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 478 of 650    Document 99

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

ROTH makes a market in shares of Generac Holdings Inc. and as such, buys and sells from customers on a principal basis.



Rating and Price Target History for: Generac Holdings Inc. (GNRC) as of 02-16-2022

Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

**Distribution of IB Services Firmwide**

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 02/17/22 Count | Percent |
|---|---|---|---|---|
| Buy [B] | 346 | 82.38 | 234 | 67.63 |
| Neutral [N] | 46 | 10.95 | 24 | 52.17 |
| Sell [S] | 1 | 0.24 | 0 | 0 |
| Under Review [UR] | 27 | 6.43 | 17 | 62.96 |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - ROTH employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and

facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2022. Member: FINRA/SIPC.

# EXHIBIT 32



*"Powering Down and Generating Losses"*

/ STRONG SELL OPINION /

Generac Holdings, Inc. | NYSE: GNRC

SPRUCE POINT
CAPITAL MANAGEMENT

INVESTMENT RESEARCH REPORT



# Full Legal Disclaimer

This research presentation expresses our research opinions. You should assume that as of the publication date of any presentation, report or letter, Spruce Point Capital Management LLC ("SPCM") (possibly along with or through our members, partners, affiliates, employees, contributors and/or consultants) along with our subscribers and clients has a short position in all stocks (and are long/short combinations of puts and calls on the stock) covered herein, including without limitation Generac Holdings Inc. ("GNRC") and therefore stand to realize significant gains in the event that the price declines. Following publication of any presentation, report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation. All expressions of opinion are subject to change without notice, and Spruce Point Capital Management does not undertake to update this report or any information contained herein. Spruce Point Capital Management, subscribers and/or consultants shall have no obligation to inform any investor or viewer of this report about their historical, current, and future trading activities.

This research presentation expresses our research opinions, which we have based upon interpretation of certain facts and observations, all of which are based upon publicly available information, and all of which are set out in this research presentation. Any investment involves substantial risks, including complete loss of capital. There can be no assurance that any statement, information, projection, estimate, or assumption made reference to directly or indirectly in this presentation will be realized or accurate. Any forecasts, estimates, and examples are for illustrative purposes only and should not be taken as limitations of the minimum or maximum possible loss, gain, or outcome. Any information contained in this report may include forward looking statements, expectations, pro forma analyses, estimates, and projections. You should assume these types of statements, expectations, pro forma analyses, estimates, and projections may turn out to be incorrect for reasons beyond Spruce Point Capital Management LLC's control. This is not investment or accounting advice nor should it be construed as such. Use of Spruce Point Capital Management LLC's research is at your own risk. You should do your own research and due diligence, with assistance from professional financial, legal and tax experts, before making any investment decision with respect to securities covered herein. All figures assumed to be in US Dollars, unless specified otherwise.

To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material facts necessary to make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Spruce Point Capital Management LLC. However, Spruce Point Capital Management LLC recognizes that there may be non-public information in the possession of GNRC or other insiders of GNRC that has not been publicly disclosed by GNRC. Therefore, such information contained herein is presented "as is," without warranty of any kind – whether express or implied. Spruce Point Capital Management LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

This report's estimated fundamental value only represents a best efforts estimate of the potential fundamental valuation of a specific security, and is not expressed as, or implied as, assessments of the quality of a security, a summary of past performance, or an actionable investment strategy for an investor. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Spruce Point Capital Management LLC is registered with the SEC as an investment advisor. However, you should not assume that any discussion or information contained in this presentation serves as the receipt of personalized investment advice from Spruce Point Capital Management LLC. Spruce Point Capital Management LLC is not registered as a broker/dealer or accounting firm.

All rights reserved. This document may not be reproduced or disseminated in whole or in part without the prior written consent of Spruce Point Capital Management LLC.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 483 of 650    Document 49



Spruce Point has a track record of prescient calls in the power and energy sector. Notably, we warned recently about Sunnova in the solar sector, and its shares declined up to 50%.

| Company: | just energy | sunnova™ | BALLARD® |
|---|---|---|---|
| Exchange: Ticker | NYSE / TSX: JE | NYSE: NOVA | Nasdaq: BLDP |
| Report Date | July 31, 2013 | Sept 29, 2020 | Jan 25, 2018 |
| Company Positioning | Leading residential power and energy marketer | Leading residential solar energy provider | Highly promoted hydrogen fuel cell company |
| Spruce Point's Criticisms | • Value destructive roll-up in the consumer energy marketing space<br>• Deceptive business practice being claimed by customers<br>• Generous 7% dividend yield unsustainable as debt load increases and earnings and cash flow prospects diminish<br>• 46% downside risk | • Really a financial institution presenting its financial statement in a different light and focusing on Non-GAAP Adjusted EBITDA<br>• Market shifting to ownership of solar assets and less financing as upfront costs decline over time<br>• Undifferentiated business model with low barriers to entry<br>• Financial performance will deteriorate and additional capital will be needed to scale<br>• Overhang from leading sponsor owning over 20% of the stock and looking to reduce further<br>• 70% - 80% long-term downside risk | • Too much investor enthusiasm around its Synergy Ballard JV and Broad Ocean partnerships<br>• China hydrogen fuel cell market still in a nascent stage, and investors are overly optimistic about its earnings prospects<br>• Ballard's partners are relative week given their lack of network to the central ministries<br>• 35% - 70% long-term downside risk |
| Successful Outcome | • In less than a year, CEO Ken Hartwick submitted his resignation<br>• Company issued restated financials having understated bad debt allowances by $74.6m and issued a material weakness of financial controls<br>• The dividend was eliminated in Aug 2019 and the Company announced a strategic review of operations with limited progress<br>• Just Energy files for bankruptcy | • Since articulating our concerns, NOVA's business has failed to scale with gross margins falling 1,200bps and cash burn accelerating from -$709m to -$826m in the LTM period<br>• Debt has increased by over $1.6bn<br>• Insiders have continued to aggressively sell with its largest sponsor now down to 6%<br>• Shares declined by as much as 50% by May 2022 | • Ballard's China growth ambitions failed to scale<br>• Losses increased for the year ahead of expectations<br>• Share price hit a low in 2018 of $2.25 or decline of -40% |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 484 of 650    Document 49

The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website.


SPRUCE POINT
CAPITAL MANAGEMENT

**Quote From Ben Axler**

*"Being an S&P 500 company is a validation of absolutely nothing, and can be a wasteland of corporate mediocrity. It affords investors zero protections against companies and their ability to scheme investors. Buyer beware!"*

| | STRYKER | CHURCH & DWIGHT CO., INC. | METTLER TOLEDO | AOSmith |
|---|---|---|---|---|
| **Index** | S&P 500 | S&P 500 | S&P 500 | S&P 500 |
| **Report** | NYSE: SYK | 4/26/22 | NYSE: CHD | 9/5/19 | NYSE: MTD | 7/24/19 | NYSE: AOS| 5/16/19 |
| **Market Cap** | $102.8 billion | $22.7 billion | $21.8 billion | $6.1 billion |
| **Company Promotion** | Best of breed roll-up acquire of orthopedic, neuro and medical devices with 35%-75% downside risk | Best of breed roll-up acquiror of personal care and consumer products with the core Arm & Hammer brand providing a stable backbone to diversify into other products | Best of breed weights, test and measurement equipment company with superior margins and an ability to never miss Wall St. EPS targets | Leading maker of water heaters and treatment products, boilers, and air purifiers. Fast and sustainable growth in China, allowing for corporate gross margins in excess of industry peers |
| **Our Criticism** | A poor acquiror that has a reputation for overpaying for acquisitions as R&D has failed to deliver product innovation. Recent acquisition of Vocera has handicapped the Company into a position of high leverage necessitating debt reduction. Numerous accounting and financial anomalies to portray growth despite signs of financial strain | New management is more aggressive, using financial and accounting tactics to inflate the share price. The recent acquisition of FLAWLESS hair care was expensive and will disappoint investors. Governance lapses have allowed management to reap unjust bonuses based on non-cash gains. Shares at $80 trade 8% above analyst targets | Excessive cost capitalization from a 12 year "Blue Ocean" ERP implementation. Unusual corporate structure that omits product level margin discussion. Closeness of mgmt with PwC its auditor. Financial strains being signaled and anomalies in China. Extreme valuation with price 14% over avg analyst price target | China capital expenditure anomalies, notably consistent mis-forecasting. Capex issues often linked to gross margin inflation. Excessive spending on a protracted ERP implementation also often linked to accounting and financial issues |
| **Successful Outcome** | Stryker's Q1 2022 results showed increasing signs of financial strain which our report warned about. Operating cash flow contracted materially to just $203m, down from $452m in the prior. The Company has been incapable of responding to our report, and the VP of Investor Relations was reassigned. Shares have declined by 28% | Within the first quarter after our report, CHD reported disappointing Q3 sales results, cut its full year revenue guidance, and issued Q4 earnings at $0.54, well below the $0.62 expected. Management blamed higher sales and marketing expenses on FLAWLESS. CHD's new 10-K added risk factors around financial controls and it Chief Accounting Officer is "retiring" | Q2 2019 missed sales estimates by the widest margin in years, and initial 2020 guidance issued in Q3 2019, missed estimates with lower sales and earnings growth. Management failed to address any of the issues identified by Spruce Point. The share price corrected by 22% | AOS admitted an undisclosed material supply chain partner following a report by firm J Capital. In Q2 2018, AOS substantially revised guidance, showing weakness in China with sales projected down 16-17%. AOS fired its head of China after an investigation |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 485 of 650    Document 49

The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website

4



# Table of Contents

| 1 | **Executive Summary** |
|---|---|
| 2 | **Evidence Generac's Core Business Is Under Pressure And Hasn't Lived Up To Large Expectations** |
| 3 | **Evidence of Rising Financial Strains** |
| 4 | **Evidence of Acquisition Deal Costs and Acquired Revenues Not Adding Up** |
| A | **Generac's European Platform Pramac (Italy):**<br>**Showing Signs of Inflated Revenue and Channel Stuffing** |
| B | **Off Grid Energy (UK): Suspicious and Dubious Related-Party Sales** |
| C | **ecobee (Canada): A Buzz-Killed Acquisition** |
| D | **What Generac Hasn't Told You Directly About Other Acquisitions: Pika Energy, Deep Sea,**<br>**Enbala Power And Others** |
| 5 | **Generac's Clean Energy Story Is A Long-Shot With Glaring Signs of Strain** |
| A | **Evidence of Shady Transactions With Sunnova** |
| B | **Other Shady Solar Partnerships** |
| 6 | **Governance Concerns And "Timely" Stock Sales By The Chairman & CEO** |
| 7 | **Valuation And Downside Case** |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 486 of 650    Document 49



# *Executive Summary*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 487 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Spruce Point Sees 40% - 50% Downside In Generac's (NYSE: GNRC) Share Price

After conducting a forensic financial review of Generac Holdings, Inc. (NYSE: GNRC), a highly promoted S&P 500 company often pitched to retail investors on CNBC as a play on home standby (back-up) ("HSBs") and portable power generators during times of a weather crisis and power outages, Spruce Point believes shares are materially overvalued as Generac struggles to suppress core business challenges, while pivoting towards a highly speculative and unproven acquisition spree in clean energy products and services. By the Board's own admission, Generac's Chairman and CEO lacks the expertise to implement its strategy shift, which we believe is evident by our research which shows numerous shady M&A deals and partnership decisions. Spruce Point believes that Generac was an extreme COVID-19 beneficiary from the stay and work-at-home effect, and committed to material capacity expansion which will be a drag going forward as demand tapers. Furthermore, we find recent evidence that Generac fails to discuss that its core portable generator business is under extreme pressure with it having to cut prices by nearly 20% to compete against an onslaught of new foreign competition. We estimate this to be up to a $100m cash flow headwind. Generac has also been dealing with product recalls due to safety issues resulting in finger amputations, and products that don't adequately protect against carbon monoxide poising. As a result, Generac subtly updated its "Forward Looking Statements" warning of a potential government investigation.

To deflect from growing core challenges, we believe Generac is trying to position itself as a new clean energy play to buff its ESG and transparency image. However, our review of its recent M&A activity to expand its core and clean energy efforts reveal a host of serious concerns. Notably, we question its recent minority acquisition of Pramac in Italy at an irrationally low multiple, and after a review of its foreign financial statements find evidence of ballooning receivables, a hallmark of channel stuffing. Pramac's racing arm also had partnered with the Alma Group, whose "capo" was arrested.

Among other alarming findings, we find evidence to suggest a sham revenue transaction at Off Grid Energy, its recent UK acquisition acquired by Pramac's subsidiary. Even more concerning, we find evidence that to grow its residential solar business and compete against the likes of Tesla, Generac has engaged in a shady transaction with Sunnova, a company we previously profiled for its shoddy financial reporting, which we believe may have been designed to finance its own sales. Generac has also partnered with a large solar distributor named Powerhome (now Pink Energy) which multiple undercover investigations allege it has been misleading customers. Yet, Generac is still promoting the partnership, which we believe to be under FTC investigation.

Our recent channel checks into twelve (12) Generac promoted large regional distributors indicates that only six (6) still carry its products. Generac's Chief Marketing Officer recently "retired" in February 2022 and forfeited millions in stock compensation after the proxy statement revealed his compensation goals would be linked going forward to its new Clean Energy business. Generac also recently expanded its Clawback Policy and the Chairman and CEO has recently been an aggressive seller of well-timed stock sales using two 10b5-1 programs.

We believe Generac trades at an undeserved premium to peers and analysts give it premature credit as a proven player in clean energy. After heavily promoting its recent clean energy acquisitions, Generac recently guided down margins and blamed it on, "*the start-up nature*" of the acquisitions. Buyer beware: on average, Generac's acquisitions were founded nearly 15 years ago. We estimate 40% - 50% downside risk ($110 - $132 per share) as Generac's financial situation deteriorates and lofty analyst expectations are missed.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 488 of 650    Document 49

7



| **Core Product Challenges In Home Standby Generators And Portable Generators** | Generac's core products are heavily marketed towards the residential and consumer market as an "insurance" policy from grid and power outages. We find evidence that since its IPO, its penetration has failed to grow at the rate of other discretionary home products. Recently, Generac modified a key slide to show that the penetration rate was actually less than expected. It even introduced, but has since retracted, a slide classifying HSBs as "Legacy Growth Drivers".<br><br>Generac's core customer appears to be aging, and it is even tweaking its penetration assumptions in its core business. Generac recently changed its claim twice that the market opportunity for its core product has expanded from $2.0, to $2.5, and now to $3 billion for each 1% penetration, but is narrowing its buyer demographic by now focusing on buyers aged 60 or older vs. 50 or older.<br><br>Due to the stay-at-home effect from COVID-19 and the Texas power outage of 2021, we believe Generac experienced a black swan demand event for its products, causing a surge in sales and profits. Generac, along with competitors such as Kohler and Briggs & Stratton, each announced plans to increase capacity by 2x – 4x in early 2021 in response. However, with supply chain complications, Generac's ability to bring on new capacity has fallen behind schedule. Now with the economy slowing, we expect Generac to be stuck with excess capacity.<br><br>Complicating matters, we find evidence that in its portable generator business Generac recently stopped making market share claims of "*High 20%*". Based on our research, we find an onslaught of new competitors, and that Generac slashed prices by nearly 20%. We estimate this to be a $100 million headwind to cash flow. |
| **Complicating Matters Are Product Recalls, Lawsuits And A Potential Government Investigation** | Consumer Reports, a well-regarded independent consumer review and advocacy group, has reviewed Generac's products. Generac's core competency has always been HSBs. However, a recent study shows that brands such as Champion, Briggs & Stratton, Cummins and Winco receive overall higher scores. In the category of inverters, where engines tend to be more complex and expensive, Generac did not even make the list.<br><br>Generac has conducted two recent product recalls, one related to finger amputations, and another related to the risk of carbon monoxide poisoning. There have been a raft of lawsuits, and Generac even made subtle changes to its "Forward Looking Statements" noting "*significant legal proceedings, claims, lawsuits or government investigations.*" A recent investigation into the generator industry, including Generac, by the non-profit Texas Tribune And ProPublica says that the industry has historically resisted measures to make the products safer. |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 489 of 650     Document 49



| | |
|---|---|
| **Generac's Financial Statements Are Showing Extreme Financial Stress** | There are many signs that Generac is under increasing financial strain. Its working capital to sales ratio has increased for three quarters in a row, and its short-term borrowings at foreign subsidiaries hit a multi-year high. Gross margins are declining, inventory turns are decreasing and earnings quality, as measured by the difference between net income and cash flow, is deteriorating. It appears that Generac is significantly stretching out its payables, which would help improve cash flow, but may be agitating suppliers. Furthermore, as more of its products are offered online, and to remain competitive, we find evidence that Generac has been absorbing higher shipping costs.<br><br>However, despite this action, cash from operations has been declining and turned negative in Q1 2022, producing the worst operating cash flow in its public history. Liquidity, as measured by its cash and ABL borrowing capacity is just 12.2% of sales, and has fallen markedly from the prior year at 37.1% of sales. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |
| **Well-Timed Clean Energy Story We Believe Is Designed To Deflect From Its Core Business Challenges** | In early 2019, Generac started making acquisitions oriented towards clean energy products and solutions, a strategy we believe is fraught with risk given our evidence that Generac has been challenged with prior acquisitions. Specifically, Spruce Point questions Generac's rapid growth from two speculative acquisitions in 2019 of Pika Energy and Neurio Technology that have formed the basis of PWRcell, its home residential storage solution. We find evidence of prior failures at Neurio, revenue reporting concerns, and that the acquisition value was revised lower in a non-transparent way. At Pika, we find evidence of a large sales increase to Puerto Rico ahead of Generac's acquisition. One of Pika's notable distributors in Puerto Rico was Dynamic Solar whose President and Partner was arrested in a kick-back scheme.<br><br>Generac claims PWRcell revenues have grown from $115m in 2020, to $230m in 2021, and are projected to grow by another 50% in 2022. However, none of these claims are backed with firm reporting in SEC filings. Generac also once claimed superior product attributes to Tesla's Powerwall, but has since retracted such claims. Spruce Point not only finds evidence of dealer growth slowing, but also evidence key dealers have stopped selling Generac. Our recent channel checks into twelve (12) Generac promoted large regional distributors indicates that only six (6) still carry its products and that dealers we spoke with believe Tesla is cheaper and easier to install the PWRcell.<br><br>Even worse, some Generac clean energy distributors are alleged to be using deceptive marketing practices to fuel sales growth. Powerhome Solar (now dba as Pink Energy) one of Generac's largest partners in over 13 states, has had multiple investigations into its sales practices and has allegedly overcharged for Generac batteries. Its CEO settled charges with a State Attorney General earlier in his career, while the Chief Marketing Officer settled charges by the FTC for deceptive marketing practices. A recent source says that Pink Energy is under FTC investigation. How much in sales has Generac done with this organization, and why after numerous investigations showing the alleged fraudulent practices, does Generac continue to promote them as partners? |

Case 2:22-cv-01436-RHL   Filed 10/09/23   Page 490 of 650   Document 49



| | |
|---|---|
| **Shady Business Dealings With Sunnova, A Public Company We Warned About Earlier** | Generac has heavily promoted its partnership with Sunnova (NYSE: NOVA), a public company we criticized in 2019 for mischaracterizing its financial statements in a way we believes obscures its real business as a financing provider for the residential solar market. Based on our research, we believe Generac has invested at least $25 million in a Sunnova tax-equity structure. In effect, we believe Generac is providing this capital so that Sunnova can purchase Generac products. Both Sunnova and Generac have made zero disclosures about any of the specific financial details of their distribution partnership. However, there are clues in exhibits to each Company's respective 10-K annual report that a new entity was created called Sunnova TEP V-A, LLC.<br><br>Sunnova goes further to say that an investor made a total capital commitment of $25 million to the entity, but has redacted disclosure of the investor claiming, "*Certain information has been excluded from this exhibit because it is both not material and would likely cause harm to the company if publicly disclosed.*" At the same time that Sunnova disclosed that an unnamed investor closed on a $25m commitment to Sunnova TEP V-A, LLC, Generac started disclosing an equity method investment in Q2 2021. To date, it has contributed over $6 million to this unnamed equity method investment.<br><br>Tax equity structures are particularly risky as they depend on current tax incentives for solar equipment and the performance of Sunnova under its contractual obligations. However, we observe that Sunnova recently disclosed a 20x increase in non-performance fees in its equity structures. Spruce Point calls on Generac to provide more details of its investment in TEP V-A LLC. |
| **Highly Suspicious Recent Added Investment In Pramac (Italy) With Evidence To Suggest Inflated Sales And Channel Stuffing**<br><br>**Racing Entity Linked To Arrested Executive** | Pramac IPO'ed in Italy in 2007, issued lofty expectations it never achieved, its stock was halted and it went into liquidation in 2012. Spruce Point has serious concerns about Generac's investment in Pramac (Italy). It acquired a controlling 65% interest on March 1, 2016 for $60.1 million. Generac's auditor was dismissed on April 20, 2016. If Pramac's financials are to be believed, it had a record year in 2021, and Generac purchased an additional 15% interest in an amount closely related to the size of its net income, and at an irrationally low valuation multiple. Furthermore, the additional minority interest investment was classified as a "financing" cash flow. Why? A close look at Pramac's Italian regulatory filings, and two of its largest European subsidiary regulatory filings, show multiple red flags pointing to revenue inflation through channel stuffing. For example, when looking at Pramac's UK subsidiary filings, since 2017, its sales have increased 94% with accounts receivables up 444%. A new "*key source of estimation uncertainty*" related to trade receivables was added along with a bad debt provision amounting to 5.5% of gross receivables. We observe this is materially higher than Generac's consolidated bad debts provision of just 1.5%. At its French subsidiary, which shows the receivables to sales ratio almost 3x Generac's consolidated ratio, we also find an auditor warning stating, "*In application of the law, we inform you that the information relating to the payment periods provided for in article D. 441-6 of the commercial code is not mentioned in the management report. Consequently, we cannot attest to their sincerity and their consistency with the annual accounts.*"<br><br>Spruce Point also questions Generac's interest in Pramac Racing. In 2019 the head of Alma Group, a key sponsor, was arrested and linked to a tax evasion scandal. Pramac Racing's foreign filings show it has received sponsorship money and lent money to "*a company with a 50% indirect interest in Pramac Racing.*" Generac should disclose what entity has an indirect interest in its subsidiary and if it has had any business dealings with Alma Group and its arrested executive Luigi Scavone. |


| | |
|---|---|
| **Highly Shady Acquisition of Off Grid Energy UK (Made Through Pramac / Italy)** | Off Grid Energy Ltd. was acquired on Sept 1, 2021. Generac's corporate press release obscured the fact that its Pramac (Italy) business, which we previously discussed, was the end acquiror. Generac's SEC filings show the deal price fell 30%. Upfront cash declined from $32.5m to $24.4m. However, its Generac-Pramac UK subsidiary filing disclosed GBP 20.75m ($28.5m) of initial consideration. The earnout period was later disclosed as March 31, 2022 which is just six (6) months after closing. Spruce Point believes this is an unusually short earnout period. We observe that no contingent consideration was paid by Generac in Q1 2022 which suggests that Off Grid failed to hit its milestones. Off Grid's history dates to 2000, and it assumed its name in 2010. Its website hasn't been updated since 2019 despite being acquired by Generac in Sept 2021. Despite this long history, its largest customer appears to be a related-party located right next door that exclusively sells its products.<br><br>Spruce Point finds it incredibly suspicious that Off Grid's sister company and customer subsequently impaired assets in an amount similar to the receivables it was owed. These appears and smells like a dubious revenue transaction. Like Off Grid, its sister company Hybrid Power was subsequently sold shortly after the earnout period of March 31, 2022 disclosed by Generac. |
| **What Generac Hasn't Told Investors About The Acquisitions of Deep Sea Electronics And Enbala Power Systems** | Generac's acquisition press release of Deep Sea Electronics fails to address that it acquired the business from Caledonia Investments, a public investment vehicle listed in the UK. Caledonia acquired the business from its founders, who were looking to cash out in October 2018. The business was sold for £162 million ($213.1 million). Generac's press release also failed to disclose it paid $420.7 million for a business that barely grew revenues and showed margin deterioration.<br><br>Generac's acquisition of Enbala Power Networks in October 2020 also has the flavor of a failed, but highly promoted investment. Enbala was originally founded in 2003 in Vancouver as Sempa Power Systems and initially focused on hybrid heating systems that can switch quickly between electricity and fossil fuels. Now Generac touts it as a "*best-in-class technology*" that will expand its opportunities in the Smart Grid, and formed its Grid Services Group business around it and led by Enbala's former Bud Vos who created no prior value. According to our research, and validated by Crunchbase, Enbala has raised at least $55 million in capital since 2010, yet was acquired by Generac for just $41.9 million. We believe this validates our belief that in 17 years since its founding, Enbala failed to create any value and investors took a sizeable loss.<br><br>Furthermore, even with knowledgeable operating partners as investors such as National Grid, ABB, and General Electric, Enbala appeared incapable of realizing a higher valuation to another partner beyond Generac, which had no prior experience in grid software. Enbala is now part of Generac's "other revenue" segment, which if you pro forma results for acquisitions and FX, we estimate it has shown no growth for two quarters in a row. |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 492 of 650    Document 49



**SPRUCE POINT**
CAPITAL MANAGEMENT

| | |
|---|---|
| **Generac's $700 million+ Acquisition of ecobee Is Buzz-Kill**<br><br>**We Expect ecobee To Drown From Increasing Competition From Amazon** | Spruce Point believes Generac massively overpaid for ecobee, a "smart" thermostat maker, at 4.5x sales. Comparable home and consumer connected equipment devices have recently traded for 1.8x sales with higher gross margins. Generac is claiming aspirational long-term gross margins in the mid 30s which suggests they are lower today. Management has yet to articulate tangible synergy expectations to justify over $800 million of goodwill and intangible assets being recorded. In addition, ecobee's balance sheet appears stressed with negative -$11 million of working capital at closing.<br><br>There is clear evidence that ecobee's revenues were greatly diminished in the past few years and have fallen wildly short of its goal to hit $1 billion of revenue by 2020. An article from October 2016 cited ecobee's revenues as "*not far behind Google Nest*" in sales. Nest's sales were reportedly $340 million though 2015. Fast forward to today, Generac has given conflicting statements that put ecobee's revenues in the range of $125 - $171 million.<br><br>Our research indicates ecobee has also been losing market share, and this is before Amazon introduced its smart thermostat in September 2021 at a substantial price discount to market using Honeywell technology. Fast forward to today, Amazon has dropped the price by an additional 20% to $47.99. Ecobee's lowest price model, the ecobee3 lite, retails at $149.99. |
| **Follow-The-Money**<br><br>**Evidence of Suspiciously Timed CEO & Chairman Stock Sales**<br><br>**Time For Jagdfeld To Depart** | Looking carefully, we observe that Generac CEO & Chairman Aaron Jagdfeld formed a family foundation entity in late October 2021, and entered into a new 10b5-1 stock sale program on November 8, 2021 right after Q3 2021 results where the CEO said the Chief Marketing Officer was "*incredibly bullish*" (next slide). However, this new stock sale program wasn't disclosed until a Form 4 filing on February 1, 2022. The CEO was still selling stock under his old program enacted on October 30, 2020 through January 3, 2022. While not illegal to have two insider trading programs, the SEC is looking into making modifications to rules that would prohibit such practices. The SEC has identified a concern that insiders enter into multiple 10b5-1 plans at the same time to strategically execute trades under one plan and terminate trades on another to exploit material non-public information (MNPI).<br><br>The CEO also made his largest stock sale ever on Feb 1, 2022 by disposing of 34,894 shares for proceeds of $9.8 million. This was ahead of its 2022 outlook delivered on Feb 16, 2022 where Generac issued its worst cash flow conversion guidance in recent history.<br><br>The Board's own skill matrix shows that Mr. Jagdfeld lacks expertise in M&A and clean energy markets, which is exactly the strategy Generac has opted to pursue. We believe it is time for him to be replaced by a more seasoned executive. |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 493 of 650    Document 49



| Chief Marketing Officer (CMS) Recently "Retired"<br><br>Dealership Growth Slowing<br><br>Social Media Marketing Lagging<br><br>And Clawback Policy Expanded | We believe Generac is an aggressive marketing company geared toward residential consumers and retail investors. In Feb 2022, its Chief Marketing Officer "retired". By doing so, he forfeited millions in stock compensation. The proxy statement revealed, that for the first time, his compensation would be tied to goals for the Clean Energy business. Based on our review of social media placement and advertising, we believe Generac's clean energy marketing is falling behind in establishing connections with younger millennials.<br><br>In light of our findings that: 1) Generac's core and clean energy business dealership growth is slowing and it has lost partners, 2) Its PWRcell solar competitive advantage vis-à-vis Tesla's Powerwall has diminished, and 3) Some Generac dealers are engaging in allegedly misleading and deceptive marketing practices, we believe the CMO's departure should be a serious red flag. Following his departure, Generac expanded its Clawback Policy in March 2022 to cover management "*gross negligence*" or "*misconduct resulting in violation of law or company policy*" that causes harm to the firm. In the context of all of our research findings, we find this recent policy expansion troubling. |
| The Sell-Side Bull Case Rests On "Trust Me" Narratives From Generac<br><br>Our Deep Forensic Dive Points To Serious Problems<br><br>40% – 50% Downside Risk | Analysts are extremely bullish on Generac with the average analyst price target of $383 per share, implying 74% upside. However, we don't believe any analysts have conducted a rigorous forensic financial review of Generac's financial reporting or accounting policies. We find numerous instances of acquisition revenue and spending not adding up, along with other financial and accounting anomalies especially at Pramac, its European business. However, our biggest concern, which we don't believe the sell-side has adequately explored, are the increasing financial pressures from Generac's legacy HSB and portable generator business. In particular, we believe portable generators are experiencing longer-term pricing pressures, which we conservatively estimate to be a $108m headwind to cash flow. In addition, we believe sell-side analysts are increasingly giving Generac premature credit for building a clean energy and grid services business.<br><br>Our research shows that the core of these businesses are based on acquisitions with legacy challenges, and that Generac itself has not proven to be an astute acquiror. We question the sustainability of its "success" with PWRcell, which Generac projects to be a ~$350 million revenue business by 2022. Generac's does not break out the revenue or margins of this business in SEC filings, but we believe its lofty margin ambitions, which would place it on par with larger and more established players in the solar industry, will severely disappoint. Generac's dealer growth is already slowing, and it has increased incentives for new dealer recruitment. Meanwhile, we question Generac's due diligence in recruiting solar installers given what we uncovered at one of its largest dealers Pink Energy. Generac trades at 3.2x and 16.0x our 2022E sales and EBITDA estimates which is large premium to peers, and still reflects a multiple expansion from pre COVID-19 levels. We believe estimates are too high and must come down. Valuing it at a discount to peers in lower than consensus estimates we see 40% – 50% downside risk ($110 – $132 per share). |

Case 1.22-cv-01436-BHL   Filed 10/09/23   Page 494 of 650   Document 49



*Generac Has Elements of a Massive Stock Promotion*:
*Sell, Sell, Sell! Targeting Retail Investors With CNBC*



We give credit to Generac's CEO for relentlessly promoting and evangelizing the investment story. The public should review his seven most recent CNBC appearances, especially his three "Mad Money" appearances with Jim Cramer. We believe CNBC is a targeted medium to attract retail investors, and will show a different side to the story that the mainstream messaging doesn't want you to hear.



Source: CNBC, We're in 'full storm mode' to meet surging demand, Aug 30, 2021



Source: CNBC, Generac CEO says work-from-home trends highlights importance of power security, May 17, 2021



Source: CNBC, Generac CEO Aaron Jagdfeld on the company's outlook, March 29, 2021



Source: CNBC, Generac CEO says demand for power generators is high: 'We can't make them fast enough', Feb 17, 2021



Source: CNBC, Generac CEO on acquiring Enbala Power Networks, Oct 6, 2020



Source: CNBC, CEO of generator maker anticipates 'massive change' coming to the grid, Aug 7, 2020



Source: CNBC, Generac CEO talks addressing power grid reliability, decentralizing power generation, March 5, 2020


If Generac is as committed to ESG and transparency as it claims, it will issue a public response to Spruce Point's questions arising from our independent forensic investigation.

Importantly, we've also continued our commitment to building out an effective ESG Program to help us identify material ESG topics that deserve attention and resources, define metrics to measure our performance with respect to those topics, and work towards setting goals to improve that performance. One result of this commitment is the adoption of an enterprise-wide strategic initiative to improve our workforce diversity and continue to promote an inclusive culture through leadership actions, education, and increased transparency. We're incredibly excited to execute on this and our other ESG goals and initiatives in 2022 and beyond, and to continue sharing our progress with you in future years.





**AARON P. JAGDFELD**
Chairman, President, and
Chief Executive Officer

## GENERAC'S COMMITMENT TO TRANSPARENCY

Generac is committed to regular, transparent communication of various ESG metrics and Generac's performance progress towards its ESG goals. These metrics and goals will receive regular oversight by our ESG Steering Committee, as well as board-level oversight by our Nominating and Corporate Governance Committee. Generac intends to make continuous improvements to our reporting process, and encourages shareholders and other interested parties to share their comments with us at investorrelations@generac.com.

 Why Is Generac Spending Hundreds Of Millions In Acquiring Mature, Problematic And / Or Failed "Clean Energy" Businesses Only To Recently Call Them "Start-ups"?

 Why Does Generac Promote Powerhome (Now Pink Energy) As A Distributor And Installer of Its Products While Multiple Independent Investigations Have Alleged They Mislead Customers?

 Will Generac Compensate The Consumers Who Had Their Fingers Amputated From Using Its Portable Generators?

 Why Has Generac Resisted Measures To Protect Consumers From Dangerous Carbon Monoxide Poisoning Risk Associated With Operating Its Generators?

 Why Did Generac Record a "Financing" Cash Flow For Its Increased Minority Investment In Pramac (Italy) At An Irrationally Low Multiple? Why Are Pramac Subsidiaries Stuffed With High Receivables?

 Who Is The Undisclosed "50% Indirect Interest" in Pramac Racing That Paid Sponsorship Fees. Is it Linked To Luigi Scavone of Alma Group Who Sponsored Pramac And Who Was Arrested For Tax Evasion?

 Will Generac Disclose How Much Market Share It Has Lost In Portable Generators And Exactly How Much In Annual Sales Are Tied To The Category?

Why Has Generac Not Been Transparent About An Investment In A Sunnova Tax Entity. Is Generac Roundtripping Cash Flows?

Source: Generac ESG Report

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 496 of 650    Document 49

15


# By Generac's Own Assessment, The CEO Is Unfit To Lead Its Current Strategy. Time To Resign....

Spruce Point believes that a successor should be found to replace Chairman and CEO Jagdfeld. There are clear signs that his commitment to Generac has been declining, while we believe he is ill-equipped to lead the Company in the direction it is headed. In October 2021 Mr. Jagdfeld created a family giving foundation, a signal to us that he is thinking about the next phase of his life. This coincides with his increased selling of Generac stock. Under his leadership, we believe the Company has embarked on a reckless, expensive, and failing acquisition spree into the clean energy business. **Yet, Per the Board's own assessment below, Mr. Jagdfeld lacks strengths both in M&A and the clean energy market. Generac has, in effect, made the case for us that it is time for Mr. Jagdfeld to be replaced with a more competent executive that can stabilize Generac's struggling legacy and future clean energy businesses**.

**2022 Board of Directors Matrix**

| | Age | Gender Diversity | Racial/Ethnic Diversity | Board Tenure | Pub Co. Boards (inc. GNRC) | Independent | Risk Management | CEO/CFO (Public Company) | Financial Expert | Strategic Growth and Development | Mergers and Acquisitions | Talent Development/Human Resources | Manufacturing/Supply Chain | Global Markets/International | Marketing/Product Leadership | Residential Products/Markets Development | Energy Technology/Renewables Utilities/ | Commercial & Industrial Products/Markets | Engineering and Industrial Processes | Information Technology and Innovation | Cybersecurity | Investor Relations | Government Relations and Regulatory Compliance | Financial/Capital Markets | Turnaround Experience |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marcia J. Avedon | 60 | ● | | 2 | 1 | Y | ● | | | ● | | ● | ● | ● | ● | | ● | | | | | ● | | | |
| John D. Bowlin | 71 | | | 15 | 1 | Y | ● | | | | ● | ● | ● | ● | ● | | | | | | | | | ● | |
| Robert D. Dixon | 62 | | | 10 | 1 | Y | | | ● | ● | | | ● | ● | | ● | ● | | | | | | | | |
| Aaron P. Jagdfeld | 50 | | | 15 | 2 | N | ● | ● | ● | ● | | | ● | ● | ● | | | | ● | | | | | | ? |
| William D. Jenkins | 56 | | | 5 | 2 | Y | ● | ● | | ● | ● | ● | | | | | | | ● | ● | ● | | ● | | ? |
| Andrew G. Lampereur | 58 | | | 8 | 1 | Y | ● | ● | ● | | ● | | | | ● | | ● | | ● | ● | ● | | ● | | ? |
| Bennett J. Morgan | 58 | | | 8 | 1 | Y | ● | | | ● | | | | ● | | | ● | | | | ● | | | | |
| Nam T. Nguyen | 46 | ● | ● | <1 | 1 | Y | ● | | | ● | ● | | ● | ● | ● | ● | ● | | | | | ● | ● | | ? |
| David A. Ramon | 66 | | | 12 | 1 | Y | ● | | ● | ● | | | ● | | | ● | | | ● | | | | ● | | |
| Kathryn V. Roedel | 61 | ● | | 5 | 2 | Y | ● | | | ● | | ● | | ● | ● | | | ● | | | | | | | |
| Dominick P. Zarcone | 63 | | | 5 | 2 | Y | ● | ● | ● | ● | ● | ● | ● | ● | | | | | | | | ● | | ● | |

Spruce Point believes that given Generac's current cash-burning trajectory and poorly planned acquisitions, it may soon need expertise in restructuring and turnarounds

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 497 of 650    Document 49

Source: Generac Proxy Statement except for Turnaround Experience which is Spruce Point's addition

16



*Evidence Generac's Core Business Is Under Pressure And Hasn't Lived Up To Large Expectations*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 498 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Subtle But Important Changes Made To Forward Looking Statements, Raises Possibility Generac Is Under Government Investigation

> Spruce Point believes investors should pay particularly close attention to the fine print when it comes to "*forward looking*" risk factors outlined by Generac at the bottom of press releases. We observe it recently reprioritized higher the warning that acquisitions may not be successful as planned. However, even more worrisome we see that it added language about "*significant legal proceedings, claims, lawsuits or government investigations*." We will illustrate highly shady practices by both Generac and its distributors that could be the basis for a government investigation.

## Dec 1, 2021

**Forward Looking Statements**

Certain statements contained in this news release, as well as other information provided from time to time by Generac Holdings Inc. or its employees, may contain forward looking statements that involve risks and uncertainties that could cause actual results to differ materially from those in the forward looking statements. Forward-looking statements give Generac's current expectations and projections relating to the Company's financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

Any such forward looking statements are not guarantees of performance or results, and involve risks, uncertainties (some of which are beyond the Company's control) and assumptions. Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials and key components from our global supply chain and labor needed in producing our products;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix and regulatory tariffs;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the duration and scope of the impacts of the COVID-19 pandemic are uncertain and may or will continue to adversely affect our operations, supply chain, and distribution for certain of our products and services;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products; and
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand.

## February 16, 2022

Forward-looking Information

Certain statements contained in this news release, as well as other information provided from time to time by Generac Holdings Inc. or its employees, may contain forward looking statements that involve risks and uncertainties that could cause actual results to differ materially from those in the forward looking statements. Forward-looking statements give Generac's current expectations and projections relating to the Company's financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

Any such forward looking statements are not guarantees of performance or results, and involve risks, uncertainties (some of which are beyond the Company's control) and assumptions. Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials, key components from our global supply chain and labor needed in producing our products;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products;
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand;
- significant legal proceedings, claims, lawsuits or government investigations.

Source: ecobee Press Release, Dec 1, 2021

Source: FY 2021 Earnings: Feb 16, 2022




Spruce Point finds evidence that Generac is aware that its core business is under pressure. Between September and November 2020 it briefly changed a key slide from "*Growth Drivers*" to "***Legacy** Growth Drivers*."
In subsequent versions of its investor presentation, it has deleted the Legacy Growth Drivers slide below.

| September 2020 | November 2020 |
|---|---|











Source: Sept 2020 Investor Presentation

Source: Nov 2020 Investor Presentation

Last time Generac has cited high 20% market share in portable generators

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 500 of 650    Document 49

19





## *Product Problems*

According to a recent class action lawsuit, by Generac's own admission, some of its generators have the propensity to develop corrosion along the fuel line which can lead to fuel leakage and unit fire, which is a dangerous safety defect. Generac, however, has refused to diagnose the corrosion issue at no cost to consumers, and instead requires consumers to pay an inspection fee which will not be returned if Generac concludes that corrosion has not "significantly compromised" the fuel plenum. The lawsuit alleges this inspection fee constitutes a violation of the Magnuson-Moss Warranty Act, and Generac's implied and express warranties. **Generac has delayed filing a response to the allegations twice per the court docket**.

### Important Safety Notice — GENERAC

March 8, 2021

To Our Valued Customer,

We are attempting to contact you again on an important safety issue possibly affecting your 20KW/999 GUARD+ 200A SE AL Generac generator with serial number 8204507. Please be advised that Generac is providing the supplemental information below regarding an active inspection program the company recommends on the following matter:

Issue: Significant corrosion of the fuel plenum may lead to a potential fuel leak during generator operation, resulting in the risk of a unit fire. This corrosion can occur over time when the generator is exposed to high moisture due to improper installation, lack of proper maintenance and/or subject to harsh environmental conditions.

The fuel plenum is a component located near the battery compartment that helps deliver fuel to the engine. Given that it is part of the fuel system, significant deterioration of the fuel plenum might cause a fuel leak and fire when the unit is running.

The area around a generator can change over time. Certain changes can create site-related issues that may not have originally existed at the time of the unit installation. Generac has found that site conditions can cause premature deterioration of the generator's fuel plenum due to corrosion. The following types of conditions can contribute to corrosion when coupled with hot and humid salt air:

- The generator being in the direct path of an irrigation system or downspout.
- The generator positioned below an eave without a gutter.
- Having insufficient clearance at the back or sides of the generator.
- Debris build up in or around the internal fuel system of the generator.
- The generator is located in a low-lying area in the presence of standing water.

Recommendation: Consumers should immediately contact an Independent Generac Authorized Service Dealer who has been trained to perform this specific maintenance inspection of the above-mentioned generator. Contact the certified dealer listed below to arrange for your inspection.

NORTHERN VIRGINIA GENERATOR
703-919-0067

Exhibit A

### INTRODUCTION

1. This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a class of owners and purchasers of generator systems designed, manufactured, marketed, and sold by Generac (the "Class").

2. Plaintiffs and the Class are owners of Generac home standby generators who received a letter from Generac regarding an inspection program (the "Class Generators"). An exemplar copy of the letter is attached hereto as **Exhibit A**.

3. By Generac's own admission, the Class Generators have the propensity to develop corrosion along the fuel line which can lead to fuel leakage and unit fire, which is a dangerous

- 1 -

Case 2:21-cv-05660   Document 1   Filed 12/30/21   Page 2 of 15

safety defect.[1]

4. Generac, however, has refused to diagnose the corrosion issue at no cost to consumers, and instead requires consumers to pay an inspection fee which will not be returned if Generac concludes that corrosion has not "significantly compromised" the fuel plenum.[2]

Case 2:21-cv-05660-GEKP   Document 1-1   Filed 12/30/21   Page 2 of 3

**Inspection Cost:** While the cost of the inspection is $80, if your generator is found to have a significantly compromised fuel plenum, and if the inspection is performed before **December 31, 2021**, Generac will pay for the inspection as well as any costs to replace the part. The inspecting dealer will reimburse you for any charges related to the inspection. Any additional costs due to repairs or maintenance outside of the fuel plenum inspection and replacement will not be the responsibility of Generac unless covered under an existing warranty.

**Additional Important Information:** As described in your generator operator guide, it is recommended that your generator receive regular maintenance servicing every six months. Lack of proper maintenance can be a factor in premature deterioration of the fuel plenum. Making sure your generator will operate when you need it most requires regular maintenance. Enclosed are tips detailing the steps required to effectively maintain the generator as well as how to periodically review the environment surrounding your generator.

If you have recently had a complete maintenance inspection performed by a Generac Authorized Service Dealer and have followed the enclosed maintenance guidelines, you may consider at your discretion to have the dealer perform the fuel plenum inspection as part of your next regular maintenance service if scheduled within six months from your last maintenance service date.

As the market leader in home standby power, Generac Power Systems is committed to ensuring your peace of mind. Please call 1-855-388-3181 to speak with a customer service representative about any questions or concerns you might have.

Source: Case 2:21-cv-05660 Document 1 Filed 12/30/21



# *Large Product Problems: Major Recall*

 In July 2021, Generac recently conducted a recall of more than 350,000 backup portable generators due to eight injuries, including seven finger amputations. There are currently personal injury lawsuits related to these injuries.[1]

### Generac Recalls Portable Generators Due to Finger Amputation and Crushing Hazards

Share:



**Name of Product:**
Generac® and DR® 6500 Watt and 8000 Watt portable generators

**Hazard:**
An unlocked handle can pinch consumers' fingers against the generator frame when the generator is moved, posing finger amputation and crushing hazards.

**Remedy:**
Repair

**Recall Date:**
July 29, 2021

**Units:**
About 321,160 (In addition, 4,575 in Canada)

Source: CPSC.gov

*"More than 350,000 backup portable power generators sold across the U.S. and Canada are being recalled after eight injuries, including seven finger amputations and one digit getting crushed, according to the U.S. Consumer Product and Safety Commission.*

*An unlocked handle on the equipment can pinch a user's fingers against the generator frame when moving the product, posing finger-amputation and crushing hazards, Generac Power Systems stated in a notice posted Thursday by the CPSC. The Waukesha, Wisconsin-based company has received eight reports of injuries related to the 6,500-watt and 8,000-watt Generac portable generators.*

*The Generac Power Systems products were purchased online and at major home-improvement and hardware stores from June 2013 through June 2021 for between $790 and $1,480 each, the company said."*

Source: "*Generac generators, sold nationwide, recalled after 7 incidents of finger amputations*", CBSNews.com

1) See: Case 1:22-cv-00214-MAC, Ormanci vs. Generac Power Systems



 Some of Generac's equipment emits carbon monoxide, which can be harmful and cause death if inhaled in confined quarters. Generac recently issued a recall for over 54,000 units in North America. The carbon monoxide issue goes much broader than this one washer model. Generators in general can cause deadly carbon monoxide poisoning, and according to a recent investigative research report by The Texas Tribune-ProPublica, manufacturers such as Generac have resisted rules to make them safer.

## Carbon Monoxide Issue On Generac Pressure Washer

**Generac Power Systems Recalls Generac and DR Power Electric Start Pressure Washers Due to Carbon Monoxide Hazard**

Share: 



**Name of Product:**

Electric Start Pressure Washers

**Hazard:**

The electronic start/stop button on the pressure washer can malfunction and self-start, posing a risk of carbon monoxide poisoning if the unit is in a confined space.

**Remedy:**

Repair

**Recall Date:**

April 28, 2022

**Units:**

About 53,000 (In addition, 1,750 were sold in Canada)

Report an unsafe product

Source: CPSC.gov

## Broader Carbon Monoxide Issues At Generac

"*With no uniform standards for the machines, upgrades can come at a premium, sometimes leaving consumers to choose between price and safety. For example, Generac, a leading generator maker, offers multiple versions of its 8,500-watt series. Consumers can buy one with no safety upgrades for $1,069, or pay $110 more for one that comes with a CO shut-off switch and a 25-foot extension cord to make it easier for users to operate the machine a safe distance from their homes. And the most affordable generator models for sale at some major retailers do not come with safety upgrades, placing shoppers on a tight budget at higher risk.*"

Source: TexasTribune.org, "*Generators can cause deadly carbon monoxide poisoning. But the industry resists rules to make them safer,*" Dec 17, 2021





*More Product Problems*

There are other recent incidents where Generac's products allegedly sparked a fire and caused bodily injuries.

Case 1:22-cv-00907-RLY-TAB Document 1-4 Filed 05/09/22 Page 1 of 3 PageID #: 10

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

ATTACHMENT 7

TO: (A) Generac Industrial Systems, Pramac America LLC

as (B) Manufacturer, Distribution of (C) Powermate 4300 Generator

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Southern District of Indiana and has been assigned docket number (E) _____.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __6th__ day of __May__, __2022__.

*Chantal J Brand*
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

---

## Bodily Injury, Property Loss, Work Wages Loss, Medical Loss

**III. Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A Powermate 4300 generator was purchased to provide electricity for the house

Generator sparked a fire & it started at Derek's sleeve & continued on a spiral of hell. Derek was burned over 70% of his body with 4th degree burns. Garage & house burnt down. Medical problems mentally & physically

Case 2:22-cv-01436-BHL Filed 10/09/23 Page 504 of 650 Document 49

Source: Case 1:22-cv-00907-RLY-TAB Document 1 Filed 05/09/22

23



# *Warranty Accounts Signal Problems*

Spruce Point has analyzed Generac's warranty reporting and has serious concerns mirrored by numerous consumer complaints, product recalls, and reported injuries. We observe that warranty payments, provisions, and liabilities are increasing faster than its recent organic revenues. Also, a very large change in warranty estimate was made in 2020. Lastly, we see that deferred revenue growth for extended warranties are also lagging the growth of other metrics.



| $ in mm | 2016 | 2017[1] | 2018 | 2019 | 2020 | Q1 2021 | 2021 | Q1 2022 |
|---|---|---|---|---|---|---|---|---|
| Warranty Payments | $18.7 | $18.9 | $20.0 | $26.1 | $33.5 | $9.8 | $42.7 | $13.0 |
| *% growth* | *-13.8%* | *0.9%* | *6.2%* | *30.3%* | *28.4%* | | *27.4%* | *33.2%* |
| Provision for Issued Warranties | $19.1 | $21.3 | $26.9 | $32.1 | $42.1 | $14.8 | $69.3 | $21.4 |
| *% growth* | *-7.9%* | *11.4%* | *26.1%* | *19.2%* | *31.3%* | | *64.6%* | *44.5%* |
| Change In Warranty Estimate | $0.2 | $1.2 | ($0.5) | $0.5 | $1.2 | $1.0 | $4.5 | ($1.1) |
| **Extended Warranties:** | | | | | | | | |
| Current | $6.7 | $10.0 | $13.6 | $15.5 | $18.9 | $22.3 | $20.6 | $21.9 |
| Long Term | $24.4 | $40.9 | $54.7 | $63.2 | $70.9 | $70.9 | $91.1 | $94.0 |
| **Total Deferred Revenue** | **$31.1** | **$50.9** | **$68.3** | **$78.7** | **$89.8** | **$93.2** | **$111.6** | **$115.9** |
| *% growth* | *7.3%* | *63.9%* | *34.2%* | *15.2%* | *14.0%* | | *24.3%* | *24.4%* |
| **Standard Warranty Liabilities:** | | | | | | | | |
| Current | $20.8 | $20.6 | $25.4 | $27.9 | $37.4 | $40.6 | $59.1 | $62.3 |
| Long-Term | $10.9 | $14.8 | $16.4 | $21.4 | $21.8 | $24.7 | $35.2 | $39.2 |
| **Total Liabilities** | **$31.7** | **$35.4** | **$41.8** | **$49.3** | **$59.2** | **$65.3** | **$94.2** | **$101.5** |
| *% growth* | *5.0%* | *11.8%* | *18.0%* | *18.0%* | *20.1%* | | *59.1%* | *55.4%* |

Source: Generac financials and Spruce Point analysis
1) In 2017, the Company launched a post-sale extended warranty marketing program with a third party.





Generac receives poor customer reviews at The Better Business Bureau and a majority of the feedback related to warranty issues. **In fact, "warranty" complaints are the second most frequently cited customer concern**.



Customer Reviews

★☆☆☆☆ 1.27/5

Average of 85 Customer Reviews

| Read Reviews | Start a Review |

**Customer Complaints Summary**

168 total complaints in the last 3 years

of those, 75 complaints were closed in last 12 months

| Complaint Type | Total Closed |
| --- | --- |
| Advertising/Sales | 9 |
| Billing/Collections | 1 |
| Delivery Issues | 3 |
| Guarantee/Warranty | 39 |
| Problem with a Product or Service | 116 |
| Totals | 168 |

*Bought the GP2500 less than a year ago and had problems right away. Brought it to a "certified" tech and claims he couldn't find anything wrong with it. I got it back and used it for a couple hours and the motor seized up and now it's apparently my fault because they're claiming it was low on oil so it's a maintenance issue instead of being covered under warranty. **What a joke! The unit has less than 15 hours total on it. You're product and warranty are garbage and will never get my business again**.*

*At this point I contacted a Generac dealer and they said it would cost $179 to come out and check even though I had a warranty. They said that if it was a warranty issue and Generac reimbursed them, I would be refunded the $179. I contacted Generac ***************** Issue # of ********. This is how they handle warranties: They just manufacture, dealers find and fix problems & determine a warranty issue. Except for an auxiliary shutdown failure all other cited possible conditions are not specifically identified, most can be transient and therefore not detected through dealer testing. Yet the generator shutdown due to one of many cited possible malfunctions within the generator, that has occurred more than once, should be considered an equipment problem under warranty. **Summary of Generacs position was that if a dealer could not trace to a specific physical failure, then there was no failure to be covered by warranty. If there was no failure the generator should never have shutdown. This is blatant circular logic to deny Generacs warranty responsibility**.*

*Generac offers a 5 year warranty but it only covers parts and not labor. I am looking to have either the transfer switch returned for a full refund and the service fee from the certified technician paid for, or having Generac pay for labor to repair the unit and refund for the service call that I already paid. I need help as nobody is responding to my emails. **I need this resolved as I have paid for the unit up front and it doesn't work I have been getting the run around now for months**.*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 506 of 650    Document 49

Source: BBB.org

25



 The financial strain from Generac's warranty accounts can also be seen from recent social media advertising on Facebook where Generac is offering a free 10 year extended warranty, whereas a year ago it was only 7 months..

**Promotion: March – April 2021**

Source: Wayback Machine

**Promotion: May 2022 – June 2022**



Source: Generac

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 507 of 650    Document 49

26





Generac's core competency and product focus has always been Home Standby Generators. However, a recently conducted study by Consumer Reports shows that Generac is not the highest ranked in the category of "Home Standby Generators".

## > 10,000 Watts

| | Overall Score | Power Delivery | Power Quality | Noise | Ease of Use |
|---|---|---|---|---|---|
| **Champion 100179** [1] — Recommended, More than 10,000 watts — Price $3,700.00 Shop | 93 | 5/5 | 5/5 | 3/5 | 5/5 |
| **Cummins RS13A** [1] — Recommended, More than 10,000 watts — Price $3,400.00 Shop | 91 | 5/5 | 5/5 | 3/5 | 5/5 |
| **Briggs & Stratton 040546** [1] — Recommended, More than 10,000 watts — Price $3,600.00 Shop | 90 | 5/5 | 5/5 | 3/5 | 4/5 |
| **Kohler 14RCAL** — Recommended, More than 10,000 watts — Price $4,250.00 Shop | 90 | 5/5 | 5/5 | 3/5 | 5/5 |
| **Generac 7224** — Recommended, More than 10,000 watts — Price $3,900.00 Shop | 89 | 5/5 | 5/5 | 3/5 | 5/5 |

## < 10,000 Watts

| | Overall Score | Power Delivery | Power Quality | Noise | Ease of Use |
|---|---|---|---|---|---|
| **Champion 100174** [1] — Best Buy, 10,000 watts or less — Price $2,500.00 Shop | 94 | 5/5 | 5/5 | 4/5 | 5/5 |
| **Winco PSS8B** [1] — Recommended, 10,000 watts or less — Price $5,000.00 Shop | 92 | 5/5 | 5/5 | 3/5 | 5/5 |
| **Generac 6998** — Recommended, 10,000 watts or less — Price $2,000.00 Shop | 90 | 5/5 | 5/5 | 3/5 | 5/5 |
| **Briggs & Stratton 040375** — 10,000 watts or less — Price $2,900.00 Shop | 79 | 5/5 | 3/5 | 3/5 | 4/5 |

[1] Prices includes a transfer switch.

Source: Consumer Reports

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 508 of 650    Document 49

27





A recently conducted Consumer Reports study shows that Generac does not rank anywhere in the category of "Inverter Generators". Because their engines are more complex, these models generally cost more than traditional portable generators with a comparable output. Inverter generators are much quieter than their conventional counterparts because they throttle up and down to match demand rather than run at full power all the time. They have more sophisticated exhaust systems, which also help tamp down noise.

**What Generac Says**

*"We also provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators."*

### > 5,000 Watts 220V Cable

| | RECOMMENDED 5,000-PLUS WATTS, 220-VOLT-CAPABLE | OVERALL SCORE | POWER DELIVERY | POWER QUALITY | NOISE | EASE OF USE |
|---|---|---|---|---|---|---|
| Honda EU7000is with CO-MINDER — Price $5,050.00 Shop | | 84 | 5/5 | 5/5 | 5/5 | 4/5 |
| Predator 9500 with CO SECURE — Price $2,300.00 Shop | RECOMMENDED | 79 | 5/5 | 5/5 | 4/5 | 4/5 |
| Yamaha EF6300ISDE — Price $3,600.00 Shop | 5,000-PLUS WATTS, 220-VOLT-CAPABLE | 51 | 3/5 | 5/5 | 4/5 | 4/5 |
| Briggs & Stratton 030761 — Price $1,170.00 Shop | 5,000-PLUS WATTS, 220-VOLT-CAPABLE | 38 | 1/5 | 4/5 | 3/5 | 4/5 |
| Briggs & Stratton Q6500 — Price $1,400.00 Shop | 5,000-PLUS WATTS, 220-VOLT-CAPABLE | 32 | 1/5 | 4/5 | 3/5 | |

### 2,500 - 5,000 Watts

| | RECOMMENDED | OVERALL SCORE | POWER DELIVERY | POWER QUALITY | NOISE | EASE OF USE |
|---|---|---|---|---|---|---|
| Honda EU3000iS with CO-MINDER — Price $2,200.00 | RECOMMENDED 2,500 TO 5,000 WATTS | 85 | 5/5 | 5/5 | 5/5 | 4/5 |
| Echo EGI-4000 — Price $850.00 Shop | RECOMMENDED 2,500 TO 5,000 WATTS | 84 | 5/5 | 5/5 | 3/5 | 4/5 |
| Ryobi RYi4022X — Price $600.00 Shop | BEST BUY 2,500 TO 5,000 WATTS | 84 | 5/5 | 5/5 | 3/5 | 4/5 |
| Briggs & Stratton 30795 — Price $1,150.00 Shop | RECOMMENDED 2,500 TO 5,000 WATTS | 82 | 5/5 | 5/5 | 4/5 | |
| Predator 3500 — Price $870.00 Shop | 2,500 TO 5,000 WATTS | 72 | 5/5 | 5/5 | 5/5 | 4/5 |
| Honda EG2800i | 2,500 TO 5,000 WATTS | 66 | 4/5 | 5/5 | 4/5 | 4/5 |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 509 of 650    Document 49

Source: Consumer Reports





A recently conducted study shows that Generac ranks highly only in portable generators. These units tend to cost less than home standby generators. They typically run on gasoline that must be stored in large quantities. Stabilizer must be added to the fuel for prolonged storage. As noted earlier, these models can quickly produce deadly levels of carbon monoxide. **Despite ranking favorably in this category, we will show why we believe Generac is losing market share and margins are under pressure from price deflation**.





Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 510 of 650    Document 49

Source: Consumer Reports



# Generac Pitching An Old Story Which We Will Show Has Failed To Gain Meaningful Traction

 Generac has been pitching its story that HSB's have a low market penetration, with powerful macro trends that will materially increase adoption. They have continuously shown a slide comparing generators with central air conditioning, and home security alarms to illustrate the potential of where portable and home standby generators can grow. In 2015, the penetration was 3.5% and now seven years later, it is only 5.5%.

| May 2015: "Powerful Macro Trends" Upfront Slide 9 | May 2022: "A Penetration Story" Appendix: Slide 23 |
|---|---|





Source: May 2015 Investor Presentation

Source: Nov 2021 Investor Presentation

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 511 of 650    Document 49

30



# Evidence of Growth Story Not As Powerful As It Appears

 **By carefully analyzing Generac's own data and assumptions, we see that penetration of portable and home standby generators has severely lagged the penetration of its reference categories while median home values and incomes have increased**. Yet, Generac is claiming that the market opportunity for its product keeps expanding from $2 to $3 billion for each 1% penetration, but is narrowing its buyer demographic by now focusing on buyers aged 60 or older vs. 50 or older.

| North American Penetration | | | | | |
|---|---|---|---|---|---|
| | **May 2015** | **May 2020** | **Aug 2020** | **May 2022** | **7 Yr Change May 2015- May 2022** |
| Central Air | 79.0% | 86.1% | 86.1% | 87.3% | **+8.3%** |
| Home Security Alarms | 20.0% | 25.0% | 25.0% | 27.0% | **+7.0%** |
| **Portable Generators** | **13.0%** | **15.0%** | **15.0%** | **17.6%** | **+4.6%** |
| **Home Standby Generators** | **3.5%** | **4.7%** | **4.7%** | **5.5%** | **+2.0%** |
| **Market Opportunity for Each 1% Penetration** | **$2.0 billion** | **$2.0 billion** | **$2.5 billion** | **$3.0 billion** | **Significant COIVD-19 benefit** |
| Median Home Value Median Income | Under $300k -- | $400k $120k | $400k $120k | $475k $135k | -- |
| Buyers Age 50 or older Buyers Age 60 or older | 75% -- | 70% -- | 70% -- | -- **65%** | -- |
| **Source** | Case 2:22-cv-01436-BHL [Source] | Filed 10/09/23 [Source] | Page 512 of 650 [Source] | Document 49 [Source] | -- |




There is clear evidence that HSB penetration is falling behind Generac's internal expectations. Notice carefully, Generac recently revised a key slide that lowered the penetration rate from 5.75% to 5.50%. Also, Generac is claiming that the highest penetrated markets in the U.S. are 15-20%+, down from "nearing 20%"

| Nov 2021: Penetration Est 5.75% "nearing 20%" | May 2022: Penetration Est 5.50% "15-20%+" |
|---|---|

## MASSIVE HSB PENETRATION OPPORTUNITY — GENERAC

**Widespread growth potential**

- Total US penetration rate estimated at ~5.75% by end of 2021; highest penetrated markets in the US are nearing 20% and still growing
- Crossing the consumer tipping point in the category where backup power is no longer a luxury item
- New DER opportunity should drive penetration further

Generac's unique HSB position + Intersecting powerful mega-trends = Accelerated penetration rate

## MASSIVE HSB PENETRATION OPPORTUNITY — GENERAC

**Widespread growth potential**

- Total US penetration rate estimated at ~5.5% at end of 2021; highest penetrated markets in the U.S. are at 15-20%+ and still growing
- Crossing the consumer tipping point in the category where backup power is no longer a luxury item
- New DER opportunity should drive penetration further

Generac's unique HSB position + Intersecting powerful mega-trends = Accelerated penetration rate

Source: Nov 2021 Investor Presentation

Source: May 2022 Investor Presentation

Is this disingenuous? The penetration rate decelerated

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 513 of 650    Document 49



# Failed IPO Distribution Goals

The homebuilder market would appear to be a natural fit for Generac to sell Home Standby Generators. Partnerships with homebuilders could allow them to offer backup generators as standard for new homes, or an upsell option so that homeowners can have the benefits of backup power. Generac promoted this opportunity as an attractive sales channel for new investors in its early 2009 IPO filings. Fast forward a decade later, the Company is finally admitting the strategy is a failure. To make matters worse, we believe the CEO may have insulted the homebuilding industry by referring to them as "land developers" interested in flipping.

| Generac's IPO Strategy Pitch (2009): | Today's Reality: Failure Admitted A Decade Later |
|---|---|
| ***Further develop domestic distribution and sales channels***<br><br>*Homebuilders.* We believe homebuilders represent an attractive sales channel opportunity given the size of the industry and its potential for recovery from the current economic climate. The installation of a stationary standby generator is less expensive during the initial construction of a house and can be financed by the homeowner as a part of the mortgage for the property. Alternatively, new homes can be wired as "generator ready," making the subsequent installation of a generator relatively easy and inexpensive. In the year ended December 31, 2008, we believe that less than 10% of our net sales were generated in the new home construction market. Moreover, of the approximately 550,000 new homes constructed this year in the United States, we estimate that fewer than 5% had a stationary standby generator installed at construction | **Question**: "*And then, Aaron, I just want to ask you about the homebuilder channels because you mentioned that before. I haven't heard you talk about that in a while. Could you clarify the statistic you referenced about the 10% going to 20%? What's actually going on there? Do you have any alliances with any of the major publicly traded homebuilders? Or is this still much more of a regional approach that you're applying.*"<br><br>**CEO Response**: "*Yes. So the comment was historically, we've been about 10% of our sales of home standby go into new construction, and that's actually gone up. It was at 15%. Now it's closing around 20% actually of sales that are going into new construction. What's going on there is well, one, I mean, obviously, new construction has recovered somewhat from the low levels that it was a decade ago, bottomed out. But I do think that we have some -- **we have some relationships with some builders on a direct basis. But that largely has not been that successful**. In fact, many of the really large builders, the production homebuilders, they're not even really builders. They're in that classification of a builder, but they're really developers, they're really land developers. And so by and large, what they do is they're buying tracks of land and they're subcontracting the actual construction of the home on that land and they're putting -- they're putting together a property that they can flip and they can turn so that they can get the value of the land out from underneath it. So they're less about building and more about developing. And that doesn't really fit in with us trying to talk about, "hey, we want to add a $4,000 product to the cost of a home." They want to make the home affordable so they can flip the land underneath it. That's really what they're interested in. **So we're -- we have a misalignment of interest when it comes to talking to big production builders**.*" |

Source: IPO Prospectus

Source: Analyst Day, Sept 4, 2019



# *Explosion of Imported Portable Generators*

Generac says that it is the only domestic manufacturer of portable generators, which means the market is heavily reliant on imports. According to trade records, we've seen a recent explosion of imports and corresponding decrease in prices up to 20% by Generac. Furthermore, according to a statement made by Generac management, portable generators have a 10 year life cycle which means any recent surge in buying could be difficult to replace going forward.[1]

**Generac CEO**

*"Every portable generator in North America is imported with the exception of the ones that we make in Jefferson, Wisconsin. So nobody else makes portable generators in North America, we do."*

Source: Q3 2018 Conference Call

### U.S. Imports of Portable Generators Are Surging

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 515 of 650    Document 49

Source: Panjiva.com

1) Analyst Day, Nov 2021


Spruce Point finds clear evidence that Generac's portable generator business is under pricing pressures, and management has failed to disclose any price issues associated with the business line. Using the Wayback Machine, we see that Pre-COVID-19 Generac featured 46 SKUs, which has been reduced to 32 SKUs. In addition, we see clear evidence of price deflation. Two of Generac's prominently featured models, #7127 and #7117, have been price cut by 17% and 19%, respectively. Portables already carried below average margins before the price cuts took into effect.

**CFO Q3 2017**

*"This 250-basis-point decline in gross margin as compared to the prior year was mainly the result of an unfavorable mix -- sales mix. The shift in mix was driven by the significant growth in shipments of portable generators and mobile products during the quarter, which carry lower gross margins relative to the consolidated corporate average."*

Source: Q3 2017 Conf Call

### Current "Featured" Portable Generators

PORTABLE **GENERATOR SIZING CALCULATOR**

Backup power, recreation power, work power ... tell us what you need your portable generator to power and our tool will recommend a product that meets your specific needs.

Find Your Generator

32 Results | Sort By Featured

**iQ3500**
MODEL #7127
STARTING AT
$1,199.00 MSRP
Where To Buy
View Details
★★★★★ 4.6 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

**GP2200i**
MODEL #7117
STARTING AT
$549.00 MSRP
Where To Buy
View Details
★★★★½ 4.5 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

**GP2500i**
MODEL #8250
STARTING AT
$649.00 MSRP
Where To Buy
View Details
★★★★½ 4.4 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

Source: Generac website

### Pre-COVID-19 "Featured" Portable Generators (Sept 2019)

PORTABLE **GENERATOR SIZING CALCULATOR**

Backup power, recreation power, work power ... tell us what you need your portable generator to power and our tool will recommend a product that meets your specific needs.

Find Your Generator

46 Results | Sort By Featured

**iQ2000**
MODEL #6866
STARTING AT
$799.00 MSRP
View Details

**iQ3500**
MODEL #7127
STARTING AT
$1,449.00 MSRP
View Details

**GP2200i**
MODEL #7117
STARTING AT
$679.00 MSRP
View Details

Source: Wayback Machine

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 516 of 650    Document 49



# We Believe Generac's Portable Power Is Becoming Irrelevant In An Overcrowded Market

> The last time Generac specifically referenced its competitors in the portable power generator market was in 2014 when it listed four companies: Honda, Briggs & Stratton, Champion and Techtronics. Fast forward to today, WalMart lists 25 brands when searching for "portable generators." In fact, nowhere do we see Generac listed among "Top Rated", "Best Seller" or "Trending" among our searches at leading U.S. retailers including Home Depot and Lowe's.

## Generac's Listed Competitors

| 2009 IPO Prospectus | *"In the portable generator market, our primary competitors include Briggs & Stratton, Honda and Techtronics International (TTI), along with a number of smaller domestic and foreign competitors."* |
| --- | --- |
| 2014 | *"Honda, Briggs & Stratton, Champion and Techtronics International (TTI), along with a number of smaller domestic and foreign competitors."* |

Source: SEC Filings

## Home Depot Online

- ☐ DUROMAX (17)
- ☐ Champion Power Equipment (13)
- ☐ Westinghouse (13)
- ☐ Powermate (10)
- ☐ Durostar (8)
- ☐ Sportsman (8)
- ☐ A-iPower (6)
- ☐ Briggs & Stratton (6)

**Top Rated** — Sponsored — Champion Power Equipment 10,000/8,000-Watt Electric Start Gasoline Propane and Natural Gas Tri-Fuel Portable Generator, CO Shield, NG/LPG Hoses — Model# 100416 — ★★★★★ (974) — $1399⁰⁰

**Best Seller** — Sponsored — Champion Power Equipment 6250-Watt Gas and Propane Powered Dual-Fuel Portable Generator with CO Shield Technology — Model# 100592 — ★★★★★ (1321) — $899⁰⁰

Source: Home Depot

## Lowes Online

**Brand** —

🔍 Find Brand

- ☐ Generac (6)
- ☐ Westinghouse (15)
- ☐ Briggs & Stratton (8)
- ☐ DuroMax (19)
- ☐ Champion Power Equipment (11)
- ☐ A-iPower (7)
- ☐ All Power (12)
- ☐ CRAFTSMAN (5)
- ☐ Cat (2)
- ☐ DuroStar (8)

**TRENDING NOW** — CRAFTSMAN 3500-Watt Gasoline Portable Generator — Model #CMXGGAS030729 — $529⁰⁰ — ★★★★ 21

- ✔ Free Store Pickup — 4 Available today at Bayonne Lowes
- 🚚 Free Delivery — Get it by Wed, Jun 8

Source: Lowes

## WalMart

**Deal** — $479.20 $599.00 — DuroStar DS4850EH 4850-Watt/3850-Watt Dual Fuel Propane/Electric Start Gasoline Powered Portable Generator — ★★★★★ 52 — + Add — 3+ day shipping

🔍 Find a brand

| Brand | Count |
| --- | --- |
| ☐ Sportsman | 17 |
| ☐ Pulsar | 17 |
| ☐ Champion Power Equipment | 32 |
| ☐ Westinghouse | 10 |
| ☐ A-iPower | 20 |
| ☐ Black Max | 1 |
| ☐ DuroMax | 28 |
| ☐ WEN Products | 12 |
| ☐ PowerSmart | 4 |
| ☐ Tzumi | 1 |
| ☐ WEN | 3 |
| ☐ XtremepowerUS | 3 |
| ☐ TOPDON | 1 |
| ☐ All-Power | 16 |
| ☐ Flashfish | 17 |
| ☐ Anker | 2 |
| ☐ Bluetti | 2 |
| ☐ EcoFlow | 7 |
| ☐ Jackery | 1 |
| ☐ DuroStar | 10 |
| ➡ ☐ Generac | 44 |
| ☐ FIRMAN | 26 |
| ☐ Anself | 4 |
| ☐ Nature's Generator | 5 |
| ☐ Pulsar Products | 2 |

Source: Walmart

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 517 of 650    Document 49


At its IPO, Generac was just re-entering the portable generator market and claimed market share less than 10%. By 2014, it claimed to be the #1 player in the market and last claimed "High 20%" market share.[1] Today, it omits any market share claim from its recent 2021 Annual Report

## First Statement At IPO

"*Our market share in the market for portable generators was less than 10% in 2008, as we re-entered the market in the second quarter of 2008 following the expiration of a non-competition agreement in 2007.*"

Source: Generac IPO Prospectus

## Statement First Appeared 2012

"*We have a significant market share in the residential and light commercial markets for automatic standby generators, which we believe remain under-penetrated. We also have a leading market position for portable generators used in residential, light construction and recreational applications. We believe that our leading market position is largely attributable to our strategy of providing a broad product line of high-quality, innovative and affordable products through our extensive and multi-layered distribution network to whom we offer comprehensive support and programs from the factory.*"

Source: Generac 2012 10-K

## Statement LAST Made 2013 Annual Report

"*We are the only significant market participant focused predominantly on standby and portable generators with broad capabilities across the residential, industrial and light-commercial generator markets*"

Source: 2013 10-K

## CEO Claims Generac Is #1 In Portable Generators

"*We're the #1 market share player on portable generators, so we have a pretty good insight into what's going on in the channel, as well as what we've got going on inside Generac.*"

Source: Q1 2014 Conf Call

## Latest 2021 Annual Report: No Market Share Claims

"*We have a long history of providing power generation products across a variety of applications, and we maintain one of the leading market positions in the power equipment markets in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the power generation marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications*"

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 518 of 650     Document 49

Source: 2021 10-K

1) Nov 2020 Investor Presentation, p 9

37





Generac does not disclose its annual sales of portable generators, but we can estimate it based on its last disclosure of market share being in the "High 20%" range. According to a recent research report, the market size in the U.S. was approximately $2.0 billion in 2021. Therefore, we estimate sales of between $455 - $630 million. A price reduction on the order of 20% would have reduced cash flow by $91 - $126 million assuming all else is equal. To put the magnitude of this impact to cash flow in context, from 2015-2019, average annual cash from operations was just $251 million.

| Estimated Cash Flow Impact From Price Reduction In Portable Generators | | | |
|---|---|---|---|
| $ in mm | Low Case | Base Case [1] | High Case |
| U.S. Market Size | $1,750 | $2,000 | $2,500 |
| Generac Market Share | 26.0% | 27.0% | 28.0% |
| Estimated Revenue | $455 | $540 | $630 |
| Impact To Cash Flow From A 20% Price Reduction | ($91) | ($108) | ($126) |

1) $2.0bn U.S. Market Size per GMI research report and Generac market share "High 20%"



Almost 25% of Generac's manufacturing capacity by square foot in Wisconsin is dedicated to portable generators.
A price war in the product category is particularly harmful for overhead absorption of costs.

## FACILITY LOCATIONS

Generac has five locations in Wisconsin, all within driving distance of professional sports teams, cultural experiences, outdoor activities, music festivals and other exciting events.

**WAUKESHA, WI**
*Corporate Headquarters and Liquid-cooled Generator Production*
265,000 square foot manufacturing facility, prototype design, testing and production of water-cooled generators.

**WHITEWATER, WI**
*Air-cooled Engine and Home Standby Generator Production*
300,000 square foot manufacturing facility, production of Generac's OHVI® air-cooled engines, and air-cooled home standby generators.

**EAGLE, WI**
*Metal Fabrication and Liquid-cooled Generator Production*
240,000 square foot manufacturing facility capabilities, Production of base tanks & weather-resistant enclosures, test facilities for gensets and low voltage switchgear.

**JEFFERSON, WI**
*Portable Generator and Pressure Washer Production*
252,000 square foot manufacturing facility, production of Generac's portable generators and pressure washers.

**OSHKOSH, WI**
*Liquid-cooled Generator Production*
255,000 square foot manufacturing facility, product of Generac liquid-cooled industrial and commercial generators.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 520 of 650    Document 49

Source:  Generac

39



Other recent Generac product introductions have fallen short. Notably, in 2018 Generac promoted its new outdoor power equipment line called Generac PRO for commercial users such as landscapers and renters. Today, many products don't exist on the website.

## Feb 2018: Company Promotion of Generac PRO Line

### A New Outdoor Power Equipment Line for Commercial and Rental Use

Generac Pro line engineered and designed specifically for professionals

PDF Version

WAUKESHA, Wis., Feb. 6, 2018 /PRNewswire/ -- At The Rental Show 2018, Generac® will be introducing attendees to its new Generac Pro line of rugged outdoor power equipment designed and engineered specifically for commercial users, such as landscape contractors, and rental applications. The new assortment, under the Generac Pro brand, will consist of the following products (hi-res images are available for download at http://bit.ly/GeneracProImages):

- XC Series portable generators (6500 and 8000 watts)
- XD5000E diesel-fueled portable generator
- 3800 PSI belt drive pressure washer (3.2 gpm)
- Walk-behind field and brush mowers with 26-in. and 30-in. cut
- Tow-behind field and brush mower with a 44-in. deck
- Walk-behind trimmer with a 22-in. cutting width
- 60-in. power grader
- 34-ton hydraulic wood splitter with a road tow kit
- Chipper/shredder with a road tow kit
- Stump grinder
- Trash and semi-trash water pumps
- Towable backhoe with a 12-in. bucket
- Powerwagon with an 8.0-cu.ft. bucket and 800-lb. hauling capacity

Many of the products under the Generac Pro banner are powered by the company's G-Force engine, originally designed by Generac specifically for generator applications and first introduced on the company's XC Series portable generators.

"The many retailers, contractors and rental companies we've spoken with in developing the Generac Pro line have told us they want a high-quality, high-value alternative to Honda-powered products," Gatzke said. "We believe powering the Generac Pro line with Generac G-Force engines meets that need."

The Generac Pro line will be supported by Generac's nationwide network of parts and service providers. "Our network guarantees same-day shipping on all service parts and 48-hour delivery," Gatzke said. "That means downtime is minimized on the job site."

Generac Pro products will be highlighted at the company's booth 6727 at The Rental Show. Media interested in attending an event on Tuesday, Feb. 20 at 9:30am in the booth in which product experts will present and demonstrate these and other products should contact Art Aiello, public relations manager, for more details at art.aiello@generac.com or 262-544-4811, ext. 2987.

## Today's Reality: Not Much Available

Source: Generac Website

Source: Generac Press Release Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 521 of 650    Document 49





When we type in "Generac Power Systems" on Facebook, the first advertisement we saw was for Geneverse products. Scrolling down further, we saw advertisements for Goal Zero

## Competitors Targeting Generac With Higher Relevance

Source: Facebook

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 522 of 650    Document 49

41



We believe Generac's peers are claiming more eyeballs and likes on social media based on followers and ad interactions.

## Facebook Social Media Likes



**Craftsman**

1,522,580 people like this

1,490,072 people follow this

http://www.craftsman.com/



**Kohler Power - Generators**

331,054 people like this

336,236 people follow this

http://KohlerGenerators.com/

**Bluetti Global**

61,138 people like this

63,675 people follow this

73 people checked in here



**Generac Power Systems Inc.**

34,707 people like this

45,813 people follow this

1,192 people checked in here

http://www.generac.com/









Fewest Likes





Generac has been on Twitter since 2009, comparatively much longer than many of its peers, but with a relatively lower follower base.

**Generac** ✔
@Generac

Generac is the leading manufacturer of residential and commercial systems and solar energy storage systems

⊙ Waukesha, WI  🔗 generac.com  🗓 Joined November 2009

**2,079** Following    **7,545** Followers

**CRAFTSMAN Tools** ✔
@craftsman

Official Twitter for CRAFTSMAN Tools. Follow for inspiration service 9a-5p CST Mon-Fri. Tweet us your projects.

⊙ United States  🔗 bit.ly/3qYc3Qx  🗓 Joined July 2009

**30** Following    **48.4K** Followers

**Jackery Inc.**
@jackeryinc

Founded in 2012 & launched the world's 1st #lithium Portable Pow #Jackery specializes in #outdoor #green #power solutions for the

⊙ CA, USA  🔗 bit.ly/JackeryOfficial  🗓 Joined October 2012

**198** Following    **10.2K** Followers

**Honda Generators**
@HondaGenerators

The official Twitter page for Honda Generators in the United States

🔗 gen.honda.com  🗓 Joined September 2015

**17** Following    **2,837** Followers

**BLUETTI**
@bluetti_inc

With over 10 years of energy industry experience, the best off-grid power stations for vandwellers, e

💼 Science & Technology  ⊙ CA, United States  🗓 Joined November 2018

**97** Following    **11.2K** Followers

**Geneverse Power**
@geneversepower

Geneverse: formerly known as Generark.
Geneverse provides universally versatile power solutions.

🔗 geneverse.com  🗓 Joined July 2020

**10** Following    **7,409** Followers

**RYOBI Tools USA**
@RYOBItoolsusa

Official US RYOBI Power Tools Twitter Page. Stay up to date on special deals & exciting offers from RYOBI Nation ryobitools.co

⊙ Anderson, SC  🔗 ryobitools.com  🗓 Joined June 2013

**2,037** Following    **27.5K** Followers

**Briggs & Stratton** ✔
@BriggsStratton

Briggs & Stratton, LLC is focused on providing power to get work done and make people's lives better.

⊙ Milwaukee, WI, USA  🔗 briggsandstratton.com  🗓 Joined January 2011

**962** Following    **10.8K** Followers

**KOHLER Power - Generators** ✔
@KOHLERPower

Welcome to the official KOHLER Generators page. Ask us questions, sha thoughts and keep up on the latest news.

⊙ Kohler, WI, USA  🔗 KohlerGenerators.com  🗓 Joined August 2011

**1,321** Following    **6,904** Followers



# *Evidence of Rising Financial Strains*

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 525 of 650     Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




# Glaring Signs of Financial Stress At Generac

Spruce Point observes many signs of financial stress in Generac's financial statements. Gross margins are declining, inventory turns are decreasing and earnings quality is deteriorating. It appears that Generac is significantly stretching out its payables, which would temporarily improve cash flow. However, despite this action, cash from operations has been declining and turned negative in Q1 2022.

| $ in mm | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Sales | $475.9 | $546.8 | $701.4 | $761.1 | $807.4 | $920.0 | $942.7 | $1,067.1 | $1,135.8 |
| LTM Sales (A) | $2,209.9 | $2,214.7 | $2,315.0 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,009.2 |
| Cost of Goods Sold | $303.6 | $337.9 | $425.2 | $460.9 | $485.6 | $580.2 | $606.7 | $704.5 | $775.1 |
| Gross Profit | $172.3 | $208.9 | $276.2 | $300.2 | $321.8 | $339.8 | $336.0 | $362.6 | $304.3 |
| *% margin* | *36.2%* | *38.2%* | *39.4%* | *39.4%* | *39.9%* | *36.9%* | *35.6%* | *34.0%* | *31.8%* |
| *YoY Margin Change* | *1.7%* | *2.1%* | *3.2%* | *1.8%* | *3.6%* | *-1.3%* | *-3.7%* | *-5.5%* | *-8.1%* |
| **Margin Trajectory** | Improving | | | Stable | | | Worsening | | |
| LTM COGS (B) | $1,402.0 | $1,393.8 | $1,435.4 | $1,527.5 | $1,709.6 | $1,952.0 | $2,133.5 | $2,377.1 | $2,666.6 |
| Inventory | $559.7 | $544.3 | $533.0 | $603.3 | $644.6 | $772.9 | $934.9 | $1,089.8 | $1,236.8 |
| LTM Inventory (C) | $542.3 | $535.8 | $539.8 | $560.1 | $581.3 | $638.5 | $738.9 | $860.6 | $1,008.6 |
| Inventory Turnover (B/C) | 2.59 | 2.60 | 2.66 | 2.73 | 2.94 | 3.06 | 2.89 | 2.76 | 2.64 |
| **Inventory Turn Trajectory** | Improving | | | | | | Worsening | | |
| Accounts Payable | $266.9 | $230.2 | $272.7 | $330.2 | $387.9 | $526.4 | $611.2 | $674.2 | $697.5 |
| YoY Payables Growth | *-8.2%* | *-11.4%* | *13.0%* | *26.0%* | *45.3%* | *128.7%* | *124.1%* | *104.2%* | *79.8%* |
| LTM Average Payables (D) | $257.5 | $250.1 | $258.0 | $275.0 | $305.3 | $379.3 | $463.9 | $549.9 | $627.3 |
| *% of LTM Sales (D/A)* | *11.7%* | *11.3%* | *11.1%* | *11.1%* | *10.8%* | *11.9%* | *13.5%* | *14.7%* | *15.6%* |
| **Payables Trend** | Stable | | | | | | Worsening | | |
| Net Income (Pre-NCI) | $43.4 | $63.6 | $115.2 | $125.0 | $149.9 | $127.9 | $132.8 | $146.0 | $116.9 |
| Cash From Operations (CFO) | $11.3 | $101.8 | $155.2 | $218.2 | $152.5 | $122.5 | $69.0 | $67.2 | ($10.1) |
| **Earnings Quality: CFO > Net Income** | No | Yes | Yes | Yes | Yes | No | No | No | No |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 526 of 650    Document 49

Source: Generac Financials and Spruce Point Analysis




We measure Generac's working capital stress in relation to its LTM sales. We see that the ratio has worsened three quarters in a row with a sharp drop in Q1 2022.

| $ in mm | Account | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Current Assets (A) | Accounts Receivable | $312.0 | $322.9 | $398.2 | $374.9 | $428.7 | $480.9 | $510.7 | $546.5 | $609.9 |
| | Inventories | $559.7 | $544.3 | $533.0 | $603.3 | $644.6 | $772.9 | $934.9 | $1,089.7 | $1,236.8 |
| | Prepaid Exp and Other | $29.6 | $33.1 | $35.2 | $36.4 | $39.5 | $48.7 | $54.2 | $65.0 | $72.7 |
| | **Total Current Assets** | **$901.3** | **$900.3** | **$966.4** | **$1,014.6** | **$1,112.8** | **$1,302.5** | **$1,499.8** | **$1,701.2** | **$1,919.4** |
| Current Liabilities (B) | Accounts Payable | $266.9 | $230.2 | $272.7 | $330.2 | $387.9 | $526.4 | $611.2 | $674.2 | $697.5 |
| | Accrued Wages & Benefits | $22.3 | $36.9 | $52.9 | $63.0 | $46.7 | $67.5 | $69.9 | $72.1 | $50.4 |
| | Other Accrued Liabilities | $139.7 | $164.2 | $182.4 | $204.8 | $245.0 | $214.4 | $270.5 | $331.7 | $416.0 |
| | **Total Current Liabilities** | **$428.9** | **$431.3** | **$508.0** | **$598.0** | **$679.6** | **$808.3** | **$951.6** | **$1,077.9** | **$1,163.9** |
| C = ( A - B) | Working Capital | $472.4 | $468.9 | $458.4 | $416.5 | $433.2 | $494.2 | $548.2 | $623.2 | $755.5 |
| D | LTM Sales | $2,209.9 | $2,214.7 | $2,315.0 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,065.7 |
| = C / D | **Working Capital / LTM Sales** | **21.4%** | **21.2%** | **19.8%** | **16.8%** | **15.4%** | **15.5%** | **16.0%** | **16.7%** | **18.6%** |
| | Trend | Improving | | | | Worsening | | | | |

Table title: **Generac's Working Capital Analysis**

**GNRC CFO on Working Capital**

*"I think that probably has worked its way through and hopefully should level off here into next year."*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 527 of 650    Document 49

Source: Q3 2021 Conf Call, Nov 2, 2021



# A Close Look At Receivables



Generac stopped providing quarterly disclosure of its allowance for bad debts. We find it suspicious that there was no increase in the allowance throughout 2021, even after it made various small and speculative acquisitions exposing it to more residential customers.

| $ in mm | | | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in mm | 2018 | 2019 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Accounts Receivable, Net | $326.1 | $319.5 | $312.0 | $322.9 | $398.2 | $374.9 | $428.7 | $480.9 | $510.7 | $546.5 | $609.9 |
| Allowance for bad debts | $4.9 | $7.0 | $7.7 | $11.1 | **No Disclosure** | $12.0 | **No Disclosure** | | | $12.0 | **No Disclosure** |
| Gross Receivables | $331.0 | $326.5 | $319.7 | $334.0 | | $386.9 | | | | $570.5 | |
| % Allowance to gross | 1.5% | 2.1% | 2.4% | 3.3% | | 3.1% | | | | 2.2% | |

Source: Generac Financials and Spruce Point Analysis

Even after adding a consumer heavy business such as ecobee, bad debts didn't rise at all?

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 528 of 650    Document 49





Generac does not disclose what percentage of its products are sold online, but it does sell many power and outdoor power products through its various websites: GeneracPowerProducts.com, DrPower.com, and CountryHomeProducts.com. Furthermore, Generac does not disclose shipping costs other than to say it reports net sales inclusive of costs charged to customers, with the freight costs in COGS. Using the Wayback Machine, we find evidence that Generac is having to absorb increasingly more shipping costs which would pressure gross margins. We believe this is a result of industry competitive pressures.

## 2017

**Customer Support**

### Shipping Overview

We work hard to get your order to you as quickly and efficiently as possible! Orders for in-stock items are shipped within one to two business days. Smaller items will be charged according to our Standard Shipping chart (below).

### Standard Shipping

Most standard-sized items ship by UPS or USPS and generally take 3 - 10 business days to arrive. Total your charges for standard-sized items, then use the chart below to figure shipping. The charges will be automatically calculated when you place your order.

| Standard Sized Items Subtotal | Standard Shipping |
|---|---|
| Up to $10.00 | $6.99 |
| $10.01 to $20.00 | $8.99 |
| $20.01 to $40.00 | $11.99 |
| $40.01 to $60.00 | $13.99 |
| $60.01 to $80.00 | $15.99 |
| $80.01 to $100.00 | $16.99 |
| $100.01 to $150.00 | $18.99 |
| $150.01 to $200.00 | $20.99 |
| $200.01 to $300.00 | $30.99 |
| Over $300.00 | $36.99 |

**Please note:** All shipping charges are for deliveries within the contiguous 48 United States. Additional shipping charges may apply to orders shipped outside the contiguous 48 United States. For online orders, the shipping charge for deliveries outside the contiguous U.S. and for foreign deliveries will be calculated once your order is received by Country Home Products. Your order confirmation will not reflect these amounts. Once your order has been processed, we will contact you with the exact shipping charge. Any applicable government taxes or customs fees for foreign deliveries will be charged separately by the shipper upon delivery.

All prices are in U.S. funds and are subject to change without notice.

## 2020 – "Free Shipping on <u>Most</u> Equipment"

**CUSTOMER SUPPORT**

### Shipping Overview

#### Free Shipping

We offer FREE SHIPPING on most power equipment, either to your home (if under 150 lbs) or to a shipping depot near you (if the shipment weighs more than 150 lbs). Shipping for all other items—including parts, accessories, attachments, and various smaller products—is shipped at the rates shown in the shipping charts below.

We work hard to get your order to you as quickly and efficiently as possible! Orders for in-stock items are shipped within one to two business days. Smaller items will be charged according to our Standard Shipping chart (below).

#### Standard Shipping

Most standard-sized items ship by UPS or USPS and generally take 3 - 10 business days to arrive. Total your charges for standard-sized items, then use the chart below to figure shipping. The charges will be automatically calculated when you place your order.

| STANDARD SIZED ITEMS SUBTOTAL | STANDARD SHIPPING |
|---|---|
| Up to $40.00 | $9.99 |
| $40.01 to $100.00 | $12.99 |
| $100.01 to $300.00 | $24.99 FREE! |
| Over $300 | $49.99 FREE! |

**Please note:** All shipping charges are for deliveries within the contiguous 48 United States. Additional shipping charges may apply to orders shipped outside the contiguous 48 United States. For online orders, the shipping charge for deliveries outside the contiguous U.S. and for foreign deliveries will be calculated once your order is received. Your order confirmation will not reflect these amounts. Once your order has been processed, we will contact you with the exact shipping charge. Any applicable government taxes or customs fees for foreign deliveries will be charged separately by the shipper upon delivery.

All prices are in U.S. funds and are subject to change without notice.

## 2021 – "Free Home Delivery – <u>All</u> Items Shipped Motor Freight"

**CUSTOMER SUPPORT**

### Shipping Overview

We offer **FREE HOME DELIVERY** on all items that ship by Motor Freight. For items subject to Standard Shipping, if the total of such items is over $100, FREE HOME DELIVERY will apply. Free Shipping offers apply to the 48 contiguous United States only.

We offer different types of shipping on our products:

**Motor Freight Shipping:** Items weighing 150 pounds or more (over the limit for UPS) will be delivered by Motor Freight. We offer several tiers of Motor Freight Shipping service and applicable charges vary by product and by tier of service. Use the shipping link on the product detail page to review your Motor Freight Shipping options.

| REVIEWS ⌄ | PRODUCT Q&A ⌄ | SHIPPING ⌄ | OTHER ITEMS ⌄ |
|---|---|---|---|

**Standard Shipping:** Items under 150 lbs, that are not irregular in shape or size, will be delivered by UPS or USPS. See the chart in the Standard Shipping section below.

**Miscellaneous:** Certain items may be subject to additional charges related to size, weight, or hazardous material restrictions. Shipping and handling charges are subject to change without notice.

**Delivery Time:** The shipping estimates displayed on product pages (example: "Ships in 1 to 3 Business Days") indicate when we expect the product to ship from our factory, not when you will receive it. Transit time will vary depending on the product, the shipment method, and your location. If we are unable, for any reason, to ship in the estimated timeframe, we will contact you by email. Once the product ships, you will receive a shipping confirmation email that will allow you to track your shipment.

**Rush Delivery:** Expedited delivery is available for selected items. Please see the Standard shipping chart for shipping details and charges. Rush delivery is not available for items shipped via motor freight. Most expedited shipments arrive within 2 business days of when they ship from our warehouse (not from the date item is ordered).

**Changes to Delivery After Shipment:** Any request to change the delivery address or type of delivery service that is made after your product ships will be subject to a re-consignment fee. If you request a re-consignment, we will obtain a quote from the carrier and get your approval before finalizing the re-consignment and charging you for it.

**Returns:** If a product is returned, customer is responsible for normal shipping charges from their delivery address. Please visit our Returns page for more information.

Source: Wayback Machine: GeneracPowerProducts.com    Source: Wayback Machine: GeneracPowerProducts.com    Source: GeneracPowerProducts.com



# *Liquidity Situation Is Becoming Precarious*



Generac's liquidity situation is the worse its been in years and at the exact wrong time when the FED is withdrawing liquidity from the system. Its cash and ABL borrowing capacity is the worst it has been at 12.2% of sales, and has fallen markedly from the prior year at 37.1%. As another indicator of stress, its foreign subsidiary short-term lines of credit just hit a multi-year high and it increased the size of its ABL recently for more borrowing capacity.

| Generac Liquidity Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $ in mm | 2017 | 2018 | 2019 | 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
| Cash and Equivalents (A) | $138.5 | $224.5 | $322.9 | $655.1 | $744.8 | $390.1 | $423.7 | $147.3 | $206.0 |
| ABL Borrowing Capacity (B) | $249.7 | $276.6 | $268.6 | $299.6 | $299.6 | $439.5 | $449.3 | $399.5 | $289.5 |
| Total Liquidity C= (A+B) | $388.2 | $501.1 | $591.5 | $954.7 | $1,044.4 | $829.6 | $873.0 | $546.8 | $495.5 |
| LTM Sales (D) | $1,672.4 | $2,023.5 | $2,204.3 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,065.7 |
| Total Liquidity % of Sales (C/D) | 23.2% | 24.8% | 26.8% | 38.4% | 37.1% | 26.0% | 25.4% | 14.6% | 12.2% |
| Short-Term "Other Lines of Credit" | $20.6 | $27.1 | $27.7 | $39.3 | $26.5 | $23.8 | $61.5 | $72.0 | $85.0 |
| ABL Facility Size | $250 $100 | $300 $100 | $300 $100 | $300 $100 | $300 $100 | $500 $200 | $500 $200 | $500 $200 | $500 $200 |

Source: Company filings and Spruce Point analysis
Note: Other Lines of credit are foreign subsidiary borrowing

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 530 of 650     Document 49



Generac was recently delinquent in paying its property taxes for its new expanded headquarters. Generac is claiming it needs 75,000 square feet of space to accommodate growth for another 300 employees for a customer contact center.[1]

### 2021 TAX BILL PAYMENT OPTIONS

| Installments | Amount Due | Due By | Pay to Agency |
|---|---|---|---|
| Full Amount Due | $130,543.90 | 1/31/2022 | LOCAL |
| First Installment | $67,541.90 | 1/31/2022 | LOCAL |
| Second Installment | $63,002.00 | 7/31/2022 | COUNTY |

### 2021 TAX YEAR TRANSACTIONS

| Transaction | Effective | Paid To | Description | Tax | Interest | Penalty | Other Charges | Over Payment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/4/2022 | 2/28/2022 | COUNTY | PAYMENT | ($66,543.74) | ($665.44) | ($332.72) | $0.00 | $0.00 | ($67,541.90) |
| 3/31/2022 | 3/31/2022 | COUNTY | PAYMENT | ($64,000.16) | ($1,280.00) | ($640.00) | $0.00 | $0.00 | ($65,920.16) |

Source: Waukesha County for HQ W236 N1402 Busse Rd, Pewaukee

Poor capital management needlessly harming shareholders, or further evidence of capital constraints?

1) Milwaukee Journal, Aug 4, 2021



Briggs & Stratton filed for bankruptcy in July 2020, and was recapitalized by KPS Capital Partners, its now equity owner.[1] With this tumultuous period behind it, Briggs is making a direct push to compete against Generac. According to recent company commentary, it is second in market share in standby generators. Similar to Generac, Briggs is also expanding production capacity in the South and expanding its product offering into clean energy storage with the acquisition of SimpliPhi.

## Briggs & Stratton Directly Targeting Generac[2]

Wauwatosa-based Briggs & Stratton is growing its energy solutions group to a strong third leg among its divisions that also include small-engine manufacturing and lawn/garden/landscaping equipment, said Tom Rugg, president of energy solutions.

*"We have consistently re-set record sales and record profits on a month after month, quarter after quarter basis for the last 18 months to where we used to be a very small portion of the business and now we are a very meaningful portion of the business,"* Rugg told the Milwaukee Business Journal.

Briggs & Stratton, which is privately held, declines to disclose sales figures, but Rugg said the energy solutions group is closing the gap in revenue with the company's engine division and lawn-and-garden segment.

Generac (NYSE: GNRC), which is based in Waukesha, says it is by far the market leader for home standby generators, accounting for nearly eight in 10 that are sold. **Briggs ranks second in the product category, Rugg said**.

## Briggs & Stratton Acquires SimpliPhi Power: Enters Into Energy Storage System Market

*Acquisition Expands Business to Offer Broad Range of Energy Storage Solutions*

## Briggs & Stratton Increases Standby Generator Production to Meet Growing Demand

*Expansion will more than double production and reduce lead times*

Source: Company Press Release, Sept 7, 2021

Source: Company Press Release, March 31, 2021

1) *"KPS Capital Partners Completes Acquisition of Briggs & Stratton Corporation"*, press release, Sept 22, 202
2) *"Briggs & Stratton grows home standby generator unit under new owner as it targets Generac"*, Milwaukee Business Journal, May 31, 2022



# *Residential Dealer Growth Slowing*



Generac has recently been disclosing its Residential Dealer counts. We observe that its deal growth started to stall in the middle of 2021 and has been flat now for three quarters. All the while Generac's financial condition has been deteriorating.

| | | | | **2020** | | | | **2021** | | | | **2022** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **2017** | **2018** | **2019** | **Q1** | **Q2** | **Q3** | **Q4** | **Q1** | **Q2** | **Q3** | **Q4** | **Q1** |
| Residential Dealers | 5,700 | 6,000 | 6,500 | 6,500 | 6,700 | 7,000 | 7,300 | 7,700 | 8,000 | 8,100 | 8,100 | 8,100 |
| *YoY Growth* | *5.6%* | *5.3%* | *8.3%* | *--* | *--* | *--* | *12.3%* | *18.5%* | *19.4%* | *15.7%* | *11.0%* | *5.2%* |
| *QoQ Growth* | *--* | *--* | *--* | *--* | *3.1%* | *4.5%* | *4.3%* | *5.5%* | *3.9%* | *1.3%* | *0.0%* | *0.0%* |

Source: Generac conference calls, investor presentations, and SEC filings


Spruce Point believes Generac is caught in a classic over-expansion trap whereby it increased capacity 4x for home standby generators since the pandemic. In response, competitors also doubled and tripled capacity. Now with consumer spending slowing, mortgage rates doubling, and housing poised to slow, we expect demand to decline and Generac's margins to be weighed down from the added overhead.

## Capacity Planned To Increase 4x Since COVID-19



Source: Investor Day, Sept 29, 2021. Note: Generac has only shown this slide once.

## Double Capacity

### Generac Expands Capacity With New Manufacturing and Distribution Facility

 PDF Version

Demand for power generation and new energy technologies has driven growth that requires increased production

WAUKESHA, Wis., Feb. 10, 2021 /PRNewswire/ -- Generac Power Systems today announced plans to open a new manufacturing, assembly, and distribution operation in Trenton, South Carolina. The facility will support increased demand for home standby generators and associated energy technologies, and serve as a distribution center to customers in the southeast part of the United States, creating approximately 450 new jobs over the next two years.

Source: Company Press Release, Feb 10, 2021 and Company Press Release, Nov 1, 2021

## Competition Doubling And Tripling Capacity

Kohler Power Announces Significant Plant Expansion of Home Standby Generator Products at Existing Mississippi Site

"With this expansion, we will more than triple our current capacity for residential standby generators and take further advantage of our world-class engine manufacturing facility that we more than doubled in the last two years. We are committed to supporting our valued dealer network and delighting the end customers that we serve," said Brian Melka, group president - Kohler Power.

Source: Company Press Release, April 29, 2021

**Briggs & Stratton Increases Standby Generator Production to Meet Growing Demand**

*Expansion will more than double production and reduce lead times*

Source: Company Press Release, March 31, 2021

| $ in mm | Briggs & Stratton[1] | Kohler[2] | Generac[3] |
|---|---|---|---|
| Location | Alabama | Mississippi | South Carolina |
| Residential standby capacity expansion | 2x | 3x | 2x |
| Capital Expansion Investment | $9.0 | $6.0 | $18+ |
| Jobs | 50 | 75 | 750 |
| Square Foot Increase For New Capacity | NA | 80,000 | 421,000 |
| Warehouse Increase | NA | 187,000 | 200,000 |

1) Local news via company. Earlier in Jan 2021, Briggs said it would invest $9.4m in the Alabama plant
2) Local news second and local development
3) Generac paid $18m just for the facility, not including equipment, labor or the warehouse expansion

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 534 of 650     Document 49

53



# *Other Current And Forthcoming Headwinds*

Spruce Point believes there are other current and forthcoming headwinds that investors need to consider.

| Issue | Explanation |
|---|---|
| **COVID-19** | Spruce Point believes that Generac was a material beneficiary of COVID-19 due to the stay-at-home / home-as-a-sanctuary effect. It also got a surge in demand from the Texas power outage in 2021. The decision to invest in an HSB was made easier during a period where working at home became the norm and it was impossible to determine when work would transition back to the office. |
| **Forthcoming Potential Recession** | Generac's core HSB products are consumer discretionary and somewhat cost prohibitive at $6,000 - $12,000. |
| **Prices Changes** | Generac has warned that it can't accurately track price changes. Though it does say it increased prices in 2021 which will come through its results in 2022. However, once that laps, Generac will have a tough comp. Furthermore, Generac hasn't disclosed price cuts in its core portable power generator business, which we estimate is a $100+ million headwind |
| **Lawsuits and Product Recalls** | As noted in the earlier section, Generac is facing escalating legal challenges, including a class action lawsuit, from product issues and is now disclosing potential government investigations as a risk in Generac's "Forward Looking Statements". Generac is having to issue longer warranties and/or make due on existing ones. We observe warranty expense is quickly increasing. We believe all of these incremental costs will weigh on results. |
| **Currencies** | Generac is becoming more exposed to foreign currencies as it expands internationally. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |
| **Research and Development** | We believe Generac has a questionable history of return on R&D, and expect expenses to rise as it must fix and improve faulty products identified through recent product recalls. Also, it is getting into more technologically intensive businesses such as solar battery storage and inverters. Its engineer headcount has doubled from 500 at year end 2020 to now over 1,000. Generac didn't directly disclose to investors that it is spending $20 million for expansion at its Oshkosh plant which produces liquid-cooled industrial and commercial generators. This was reported to the local press and not in SEC filings or on its recent investor calls. |

Case 2:22-cv-01436-BHL Filed 10/09/23 Page 536 of 650 Document 40



*Evidence of Acquisition Deal Costs and Acquired Revenues Not Adding Up*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 536 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent





We believe there is a clear pattern of misreporting of acquisition revenue contribution by Generac between 2019 - 2021.

| $ in mm | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Acquisitions In Year** | Selmec | Pika, Neuro, Captiva | West Coast Energy, Mean Green, Enbala Power | Deep Sea, Chilicon Power, Apricity, Tank Utility, Off Grid, ecobee, Pape Material |
| **Total Revenue (A)** | $2,023.4 | $2,204.3 | $2,485.2 | $3,737.2 |
| **GNRC Disclosure (B)** | *The increase in International sales for the year ended December 31, 2018 was primarily due to **the $30.7 million contribution from the Selmec acquisition**, and broad-based core growth from the Pramac, Ottomotores and Motortech businesses as we continue to drive market penetration across the globe.* | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2019 was **$36.1 million**.* | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2020 was **$32.4 million**.* | *Total contribution from non-annualized acquisitions for the year ended December 31, 2021 was **$94.9 million**.* |
| **Auditor Disclosure (C)** | *In conducting this assessment, our management excluded the Selmec Equipos Industriales, S.A. de C.V. business, which was acquired on June 1, 2018 and whose financial statements constitute 11.1% and 5.3% of net and total assets, respectively, **1.5% of net sales**, and 0.04% of net income of the total consolidated financial statement amounts as of and for the year ended December 31, 2018.* | *In conducting this assessment, our management excluded Neurio Technology Inc., which was acquired in March 2019, and Pika Energy, Inc., which was acquired in April 2019, and whose financial statements constitute 5.0% and 2.8% of net and total assets, respectively, **0.4% of net sales**, and (2.2)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2019.* | *In conducting this assessment, our management excluded West Coast Energy Systems LLC, which was acquired in July 2020, Mean Green Products, LLC, which was acquired in September 2020, and Enbala Power Networks Inc., which was acquired in October 2020, and whose financial statements constitute 4.7% and 2.6% of net and total assets, respectively, **0.6% of net sales**, and (0.3)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2020* | *In conducting this assessment, our management excluded Deep Sea Electronics Limited, which was acquired in June 2021, Chilicon Power, LLC, which was acquired in July 2021, Apricity Code Corporation, which was acquired in September 2021, Off Grid Energy Ltd, which was acquired in September 2021, Tank Utility, Inc., which was acquired in October 2021, and ecobee Inc., which was acquired in December 2021 and whose financial statements constitute 57.8% and 31.0% of net and total assets, respectively, **2.1% of net sales**, and 0.7% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2021* |
| **Estimated Acquisition Contribution  D=(A x C)** | $30.3 | $8.8 | $14.9 | $78.5 |
| **Discrepancy (B-D)** | **$0.4** | **$27.3** | **$17.5** | **$16.4** |
| **Sources** | 10-K | 10-K | 10-K | 10-K |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 537 of 650     Document 49




On the Q4 2019 conference call, Generac claimed acquisitions contributed $9.1 million of sales for the quarter.[1] However, when the 10-K was filed, total sales contribution from acquisitions for the year was reported at $36.1 million. **This implies that Q4 acquisition sales were $4.1 million, not $9.1 million**. Furthermore, internal control disclosure reported that the total year contribution of revenue from Pika and Neurio was 0.4% of sales, or approximately $8.8 million. Pika and Neurio formed the basis of the tremendous revenue growth Generac has claimed from PWRcell.

**Internal Control Disclosure**

"*Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2019. In conducting this assessment, our management excluded Neurio Technology Inc., which was acquired in March 2019, and Pika Energy, Inc., which was acquired in April 2019, and whose financial statements constitute 5.0% and 2.8% of net and total assets, respectively, 0.4% of net sales, and (2.2)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2019.*"

## 2019: Acquisitions Contribution To Sales

| $ in mm | Q1 | Q2 | Q3[2] | Q4[2] | Total |
|---|---|---|---|---|---|
| **Acquisitions** | *Captiva* Feb 2, 2019 *Neurio* March 12, 2019 | *Pika Energy* April 26, 2019 | -- | -- | -- |
| **SEC Disclosure** | *Overall, the net sales contribution from all non-annualized acquisitions to the three months ended March 31, 2019 was $14,861* | *Overall, the net sales contribution from all non-annualized acquisitions to the three and six month periods ended June 30, 2019 was $12,342 and $27,205, respectively.* | *Overall, the net sales contribution from all non-annualized acquisitions to the three and nine month periods ended September 30, 2019 was $4,814 and $32,018, respectively.* | *$4.1 million* Implied from $36.1m less Q1 – Q3 results | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2019 was $36.1 million.* |
| **Conference Call Disclosure** | *Excluding the $14.9 million of contribution from the Selmec, Captiva real acquisitions and the negative impact from foreign currency, core growth rate during the quarter was approximately 15%.* | *Excluding the $12.4 million of contribution from the Selmec, Captiva, Neurio and Pika acquisitions and the almost $5 million negative impact from foreign currency, core growth rate during the quarter was approximately 7.4%* | *Excluding the $4.8 million of contribution from the Captiva, Neurio and Pika acquisitions, and the almost $4 million negative impact from foreign currency, core growth rate during the quarter was still approximately 7%.* | *Excluding the $9.1 million of contribution from the Captiva, Neurio and Pika acquisitions, and the almost $3 million negative impact from foreign currency, the core growth rate during the quarter was approximately 4%* | N/A |
| **Sources** | 10-Q Conf Call | 10-Q Conf Call | 10-Q Conf Call | Conf Call | 10-K |

1) Q4 2019 Conference Call
2) Based on Captiva's financial statements, we estimate it contributed ~$1.5m of revenue per quarter. Therefore, we estimate Neurio and Pika contributed approximately $3.3m of sales in Q3 and $2.6m of sales in Q4

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 538 of 650    Document 49

57





There is a continuation of acquisition revenue contribution misreporting into early 2020. The Company first claimed that $21.2 million of sales were contributed by Captiva, Neurio and Pika in Q1 2020. The 10-Q later revised this figure to just $1.0 million. Furthermore, Generac has not given clear revenue contribution guidance for West Coast Energy, Mean Green, or Enbala Power.

| **2020: Acquisitions Contribution To Sales** | | | | | |
|---|---|---|---|---|---|
| **$ in mm** | **Q1** | **Q2** | **Q3** | **Q4** | **Total** |
| **Acquisitions** | *Neurio* (acquired 1 yr ago) 3/12/19 | *Pika Energy* (acquired 1 yr ago) 4/26/19 | *West Coast Energy Sys* 7/1/20 *Mean Green Products* 9/1/20 | *Enbala Power* 10/7/20 | |
| **SEC Disclosure** | *Overall, the net sales contribution from all non-annualized recent acquisitions to the three months ended March 31, 2020 was **$1.0 million**.* | N/A | N/A | N/A | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2020 was **$32.4 million**.* |
| **Conference Call Disclosure** | *Excluding the **$21.2 million** of contribution from the Captiva, Neurio and Pika acquisitions and approximately $3 million negative impact from foreign currency, core sales declined approximately 3% during the quarter.* | N/A | N/A | N/A | N/A |
| **Sources** | **10-Q** **Conf Call** | | | | **10-K** |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 539 of 650     Document 49





There is a clear misreporting of acquisition spending in Q4 2019. The discrepancy didn't appear until the 10-K was filed, and we can calculate the implied Q4 acquisition spending. We observe a negative $8.85 million spend, which could suggest a reversal from an amended acquisition. Looking carefully, we see that Neurio's final goodwill was reduced by 25% or $6.2 million despite Generac claiming there was "*no material adjustments*" to the preliminary purchase price allocation. If goodwill declined, then the total assets had to have declined – all else equal – resulting in a lower purchase price. **Our interpretation is that Neurio was a problematic acquisition requiring a reversal of payment back to Generac.**

### 2019: Acquisition Spending, Net of Cash

| $ in thousands | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| **Statement of Cash Flows** Acquisition of business, net of cash acquired | $61,549 | $51,392 | $7,922 | (*$8,850*) | $112,010 |
| **Sources** | 10-Q | 10-Q | 10-Q | Implied | 10-K |

### Reporting of Neurio Technology Purchase Allocation

| $ in mm | Q1 | Q2 | Q3[1] | 10-K |
|---|---|---|---|---|
| **Purchase Price, Net of Cash** | $60.36 | $59.07 | $59.07 | $59.07 |
| **Inclusive of Deferred Payment** | $9.27 | $8.05 | $7.92 | $7.92 |
| **Intangibles** | $0.00 | $58.76 | $58.51 | $58.76 |
| **Goodwill** | $59.96 | $24.26 | $24.01 | **$17.86** |

Source: Generac SEC filings

1) Deferred payment of $7.9m paid and recorded through cash from investing

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 540 of 650    Document 49

*"The Company finalized the Neurio purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates."*

59




Our observations about challenges with the Neurio acquisitions and financial reporting problems are mirrored by some comments made by Neurio Technology's former VP of Finance and Administration who commented there were accounting system conversion issues and "*continual legacy matters with finance and operations*". Despite being a just a $59 million transaction, a partner at Fasken commented that it was "*more complicated*" as a technology transaction.[1]

| **Former Neurio VP of Finance** | "*Not only did we have to get through the deal at a blistering pace, but I had to manage the process under strenuous circumstances. **The deal was done while the annual audit work was underway as well as an accounting system conversion. And we continually had to deal with legacy matters within the finance and operations**.*" |
|---|---|
| **Fasken Partner Jon Conlin** | "*This acquisition was one of the larger and **more complicated technology M&A transactions in BC during the past year***" |

1) "*Power disruption: Neurio revolutionizes home energy market*", Sept 13, 2019, BC CPA

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 541 of 650    Document 49



*A. Generac's European Platform Pramac (Italy): Showing Signs of Inflated Revenue And Channel Stuffing*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 542 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




Pramac has a troubled history. It was listed on the Italian stock exchange (PRA IM) in 2007 and its fortunes swiftly declined. The Company once issued lofty goals of achieving €322m and €48m of revenue and EBITDA by 2014. However, trading in shares were suspended indefinitely in 2012 and Pramac filed for bankruptcy.[1]

## Pramac Share Price (Italy)



Source: Bloomberg, Ticker PRA IM

4)  *PRAMAC EXPECTS 2014 EBITDA OF EU48 MLN      :PRA...   BN 07/2010
5)  *PRAMAC EXPECTS 2014 REVENUE OF EU322 MLN    :PR...   BN 07/2010

4) ✓*PRAMAC SAYS SHRS SUSPENDED INDEFINITELY     :PR...  BN 05/2012
5) ✓*PRAMAC SHARES SUSPENDED UNDEFINITELY, BORSA SAYS    :...   BN 05/2012

### Pramac Pre-Bankruptcy Financials

| euros in mm | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| Sales<br>*% growth* | €234.2 | €186.4<br>*-20%* | €234.5<br>*26%* | €221.9<br>*-5%* |
| EBITDA<br>*% Margin* | €14.6<br>*6.2%* | €0.5<br>*0.3%* | €16.2<br>*6.9%* | €5.9<br>*2.7%* |
| Net Income | €0.5 | (€20.2) | (€ 12.2) | (€ 94.9) |

Source: Wayback Machine 1 and 2

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 543 of 650     Document 49

1) Pramac Liquidation website



# Generac's Auditor Dismissed After Pramac Acquired



On April 20, 2016 Generac dismissed Ernst & Young as the Company's independent registered public accounting firm. Two days earlier, audit committee member Ralph Castner offered his resignation.[1] Both E&Y and Mr. Castner claimed no disagreements with the Company. **Spruce Point finds is it concerning that the auditor change came shortly after the acquisition of Pramac closed on March 1, 2016**.[2] The Pramac acquisition was not unusually large in size, but carried a considerable audit fee premium as evidenced by a sharp increase in audit and tax fees paid by Generac.

| **Audit Fee Analysis** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ in mm | **2014** | **2015** | **2016 (Auditor Change)** | **2017** | **2018** | **2019** | **2020** | **2021** |
| Acquisitions | Powermate (Pramac America), MAC | Country Home | Pramac (Italy) | Motortech | Selmec | Neurio/Pika/ Captiva (India) | WC Energy, Mean Green, Enbala | Deep Sea, Chilicon, Apricity Tank Utility, Off Grid, ecobee |
| Cash for acquisitions and deposits for acquisitions, net | $61.2 | $73.8 | $76.6 | $33.2 | $65.4 | $112.0 | $64.8 | $713.5 |
| Audit Fee | $0.86 | $0.77 | $1.03 | $1.13 | $1.27 | $1.60 | $1.52 | $1.73 |
| Tax-Related Fees | $0.07 | $0.09 | **$0.16** | **$0.18** | **$0.36** | **$0.55** | **$0.55** | **$0.83** |
| Audit-Related Fees | $0.20 | $0.00 | $0.09 | $0.10 | $0.11 | $0.20 | $0.12 | $0.10 |
| Other Fees | $0.00 | $0.01 | $0.00 | $0.00 | $0.03 | $0.00 | $0.00 | $0.00 |
| **Total Fees** | **$1.13** | **$0.87** | **$1.28** | **$1.42** | **$1.78** | **$2.35** | **$2.19** | **$2.66** |
| % **Increase** (**decrease**) | *-22%* | *-23%* | *47%* | *11%* | *25%* | *32%* | *-7%* | *21%* |

Source: Proxy Statements and SEC filings

1) 8-K Auditor Dismissal
2) "*Generac To Acquire Majority Share of PR Industrial*", Press Release and closing Press Release

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 544 of 650     Document 49



# Evidence of Serious Problems At Pramac



Spruce Point has serious concerns about Generac's investment in Pramac (Italy). It acquired a controlling 65% interest in 2016 for $60.1 million. The minority owner is Mr. Paolo Campinoti, now EVP of Generac.[1] Today he is EVP of EMEA, APAC and South America. If Pramac's financials are to be believed, it had a record year in 2021, and Generac purchased an additional 15% interest in an amount of $27.2 million, closely related to the size of its abnormal net income. Furthermore, Generac paid an irrationally low, and contracted multiple from its initial investment valuation in 2016.

## Analysis of Generac's Ownership of Pramac

| $ in mm | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|
| Net Income Attributable to Noncontrolling Interest (A) | $0.0 | $1.7 | $3.0 | $0.3 | ($3.4) | $6.1 |
| Adj. Net Income Attributable To Noncontrolling Interest (B) | $2.2 | $3.2 | $3.5 | $1.5 | ($0.0) | $5.0 |
| **Difference (B-A)** | **$2.2** | **$1.5** | **$0.6** | **$1.2** | **$3.3** | **($1.1)** |
| NCI Ownership (C) | 35% | 35% | 35% | 35% | 35% | 20% |
| Generac Ownership | 65% | 65% | 65% | 65% | 65% | 80% |
| Implied Total Pramac Net Income D=((A/C)/75%)[2] | $0.1 | $5.0 | $8.5 | $0.9 | ($9.6) | $30.4 |
| Implied Total Pramac Adj. Net Income E= ((B/C)/75%)[2] | $8.5 | $9.1 | $10.1 | $4.3 | ($0.1) | $24.9 |
| Generac Purchase Price (F) | $60.1 | | | | | $27.2 |
| % purchased (G) | 65% | -- | -- | -- | -- | 15% |
| Implied Pramac Value H =(F/G) | $93.4 | | | | | $181.1 |
| Pramac Multiple of Net Inc (H/D) | NM | | | | | 6.0x |
| Pramac Multiple of Adj Net Inc (H/E) | 11.1x | -- | -- | -- | -- | 7.3x |
| Generac Average Multiple | 21.7x | | | | | 64.3x |
| Estimated Sales (I) [3] | **$218** | | | | | **$384** |
| Pramac Value to Est. Sales (H/I) | **0.43x** | | | | | **0.47x** |
| Generac Average Price/Sales Multiple | **1.9x** | | | | | **9.2x** |

First year Adjusted Net Income is lower. Why?

Additional investment by Generac is very close to the reported Net Income.

Why earnings multiple contraction and a low multiple if earnings are real and sustainable?

Source: Generac SEC filings and Spruce Point analysis. Note: Generac average multiple per Bloomberg.
1) Campinoti profile
2) Only to account for 2016 results from March 1st closing
3) See next slide for our 2016 estimate. 2021 estimate per Pramac Press kit

64




There is also a slight discrepancy around initial sales contribution from Pramac. The MD&A suggests that the $158.2 million increase in international revenue is largely from Pramac. Yet, in Management's Report on Internal Controls of Financial Reporting, we see that revenue contribution is estimated closer to $182 million.

"Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2016. In conducting this assessment, our management excluded the Pramac business, which was acquired on March 1, 2016 and whose financial statements constitute 22.5% and 11.1% of net and total assets, respectively, _12.6% of revenues_, and _0.7% of net income_ of the total consolidated financial statement amounts as of and for the year ended December 31, 2016."

| $ in mm | Date Acquired | Total 2016 Revenues (A) | % Pramac (B) | Pramac Contribution C=(A x B) | % of Year Included (D) | Estimated Pramac Annual Sales (C/D) | Estimated Pramac Euro Sales |
|---|---|---|---|---|---|---|---|
| Pramac Revenues | 3/1/16 | $1,444.5 | 12.6% | $182.0 | 83.3% | $218.4 | €203.8 |
| | Date Acquired | Total 2016 Net Income (A) | % Pramac (B) | Pramac Contribution C=(A x B) | % of Year Included (D) | Estimated Pramac Annual Net Income (C/D) | Est Pramac Euro Net Income |
| Pramac Net Income | 3/1/16 | $98.8 | 0.7% | $0.7 | 83.3% | $0.8 | €0.9 |

The following sets forth our reportable segment information for the periods indicated:

| | Net Sales Year Ended December 31, | | | |
|---|---|---|---|---|
| (U.S. Dollars in thousands) | 2016 | 2015 | $ Change | % Change |
| Domestic | $ 1,173,559 | $ 1,204,589 | (31,030) | -2.6% |
| International | 270,894 | 112,710 | 158,184 | 140.3% |
| Total net sales | $ 1,444,453 | $ 1,317,299 | 127,154 | 9.7% |

"_The increase in International sales for the year ended December 31, 2016 was due to the contribution from the Pramac acquisition_. Partially offsetting this impact were declines in organic shipments of mobile products into the European region."

Source: 2016 10-K Annual Report

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 546 of 650    Document 49





After reviewing PR Industrial's Italian filings there is a reference to a reclassification to the income statement without adequate explanation. As of the date of this report publication, PR Industrial has not filed 2021 results.

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 477112538
estratto dal Registro Imprese in data 26/05/2022

**PR INDUSTRIAL S.R.L.**
Codice Fiscale 06264860484

Registro Imprese - Archivio Ufficiale delle C.C.I.A.A.

Bilancio aggiornato al 31/12/2020

**PR INDUSTRIAL S.R.L.**
Codice fiscale: 06264860484

**Reclassified**

Conto economico riclassificato

| | 2020 | 2019 |
|---|---|---|
| Ricavi | 114.182.649 | 116.183.818 |
| Altri ricavi e proventi | 5.762.255 | 6.299.110 |
| Variazione delle rimanenze di prodotti finiti e in corso | 1.081.488 | 1.060.722 |
| Incrementi di immobilizzazioni per lavori interni | 20.816 | 799 |
| **Valore della produzione** | **121.047.208** | **123.544.449** |
| Consumi di materie prime, sussidiarie e merci | (92.655.543) | (95.016.843) |
| Costo del lavoro | (11.829.174) | (11.614.564) |
| Costi per servizi e godimento di beni di terzi | (12.141.955) | (13.989.634) |
| Altri costi | (981.764) | (375.512) |
| **Costi della produzione** | **(117.608.436)** | **(120.996.553)** |
| **Risultato operativo lordo (EBITDA)** | **3.438.772** | **2.547.896** |
| Ammortamenti | (3.407.031) | (3.137.198) |
| Svalutazioni | (223.230) | (38.188) |
| **Risultato operativo (EBIT)** | **(191.490)** | **(627.490)** |
| Proventi (oneri) finanziari netti | (1.029.866) | 63.080 |
| **Risultato prima delle imposte** | **(1.221.356)** | **(564.411)** |
| Imposte sul reddito | 266.259 | 534.703 |
| **Risultato netto** | **(955.097)** | **(29.708)** |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 547 of 650    Document 49

Source: Italy Registry

66




Spruce Point questions why did Generac record its initial investment in Pramac as an "Investing" activity, when its recent additional purchase of a 15% stake was classified as a "Financing" activity?

## Initial 65% Purchase Considered "Investing"

### Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

| | | Year Ended December 31, | |
| --- | --- | --- | --- |
| | 2016 | 2015 | 2014 |
| **Operating activities** | | | |
| Net income | $ 98,812 | $ 77,747 | $ 174,613 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation | 21,465 | 16,742 | 13,706 |
| Amortization of intangible assets | 32,953 | 23,591 | 21,024 |
| Amortization of original issue discount and deferred financing costs | 3,940 | 5,429 | 6,615 |
| Tradename and goodwill impairment | – | 40,687 | – |
| Loss on extinguishment of debt | 574 | 4,795 | 2,084 |
| (Gain) loss on change in contractual interest rate | 2,957 | 2,381 | (16,014) |
| Gain on remeasurement of contingent consideration | – | – | (4,877) |
| Deferred income taxes | 39,347 | 26,955 | 37,878 |
| Share-based compensation expense | 9,493 | 8,241 | 12,612 |
| Other | 127 | 540 | 1,248 |
| Net changes in operating assets and liabilities, net of acquisitions: | | | |
| Accounts receivable | (9,082) | 9,610 | (2,988) |
| Inventories | 15,514 | 9,084 | 3,508 |
| Other assets | 406 | 5,063 | 2,456 |
| Accounts payable | 32,908 | (27,771) | 15,269 |
| Accrued wages and employee benefits | 5,196 | (5,361) | (9,405) |
| Other accrued liabilities | 6,719 | 445 | 6,229 |
| Excess tax benefits from equity awards | (7,920) | (9,559) | (10,972) |
| Net cash provided by operating activities | 253,409 | 188,619 | 252,986 |
| | | | |
| **Investing activities** | | | |
| Proceeds from sale of property and equipment | 1,360 | 105 | 394 |
| Expenditures for property and equipment | (30,467) | (30,651) | (34,689) |
| Acquisition of business, net of cash acquired | (61,386) | (73,782) | (61,196) |
| Deposit paid related to acquisition | (15,329) | – | – |
| Net cash used in investing activities | (105,822) | (104,328) | (95,491) |

Source: 2016 10-K

## Recent 15% Purchase Considered "Financing"

### Generac Holdings Inc.
### Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | 2019 |
| **Financing activities** | | | |
| Proceeds from short-term borrowings | 272,818 | 257,593 | 73,340 |
| Proceeds from long-term borrowings | 150,088 | 277 | 1,660 |
| Repayments of short-term borrowings | (239,113) | (277,719) | (59,518) |
| Repayments of long-term borrowings and finance lease obligations | (108,556) | (4,758) | (53,049) |
| Stock repurchases | (125,992) | – | – |
| Payment of contingent acquisition consideration | (3,750) | (4,000) | (5,550) |
| Payment of debt issuance costs | (1,185) | – | (1,473) |
| Purchase of additional ownership interest | (27,164) | – | – |
| Cash dividends paid to noncontrolling interest of subsidiary | – | – | (285) |
| Taxes paid related to equity awards | (58,903) | (14,910) | (6,438) |
| Proceeds from the exercise of stock options | 38,787 | 13,089 | 9,395 |
| Net cash used in financing activities | (102,970) | (30,428) | (41,918) |

Source: 2021 10-K





Pramac's Italian financial statements suggest channel stuffing or accelerated booking of revenue well ahead of cash collection. We observe its receivables to sales ratio is over 40%, or nearly 3x Generac's ratio.

| PR Industrial – Pramac Italy Results | | | |
|---|---|---|---|
| euros in mm | 2019 | 2020 | % YoY Change |
| Reported Sales | €116.2 | €114.2 | -1.7% |
| Less: Related-Party | (€80.7) | (€81.8) | 1.3% |
| **Non Related-Party Sales** | **€35.5** | **€32.4** | **-8.7%** |
| Accounts Receivables | €47.1 | €52.2 | 11.0% |
| Less: Related-Party | (€33.3) | (€38.8) | 16.6% |
| **Non Related-Party Accounts Receivable** | **€13.8** | **€13.4** | **-2.4%** |
| Related-Party: Accounts Receivable to Sales | 41% | 47% | -- |
| Non-Related Party Accounts Receivables To Sales | 39% | 42% | -- |
| **Generac Accounts Receivables To Sales** | **14%** | **15%** | -- |

Source: Italy Registry and Generac financials

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 549 of 650     Document 49



# Pramac (France): Evidence of Inflated Reporting (Cont'd)

 Pramac's French financial statements mirror what we see at the parent level in the Italian accounts: large accounts receivable balances relative to sales. We also observe that the auditor highlighted an exception related to a law specific to payment terms between parties that cannot exceed 60 days from the date of issue.[1]

| Pramac SAS (France) | | | |
|---|---|---|---|
| euros in mm | 2019 | 2020 | % YoY Change |
| Reported Sales | €42.6 | €41.4 | -2.8% |
| Accounts Receivable, Net | €10.7 | €11.5 | 7.6% |
| Other Receivables, Net | €3.2 | €4.5 | 41.5% |
| Total Receivables, Net | €13.9 | €16.0 | 15.4% |
| % of Sales | 33% | 39% | |
| Generac Accounts Receivables To Sales | 14% | 15% | |

**Deloitte.**

Informations données dans le rapport de gestion et dans les autres documents sur la situation financière et les comptes annuels adressés à l'associé unique

A l'exception du signalement ci-dessous, nous n'avons pas d'observation à formuler sur la sincérité et la concordance avec les comptes annuels des informations données dans le rapport de gestion du président et dans les autres documents sur la situation financière et les comptes annuels adressés à l'associé unique.

En application de la loi, nous vous signalons que les informations relatives aux délais de paiement prévues à l'article D. 441-6 du code de commerce ne sont pas mentionnées dans le rapport de gestion. En conséquence, nous ne pouvons attester de leur sincérité et de leur concordance avec les comptes annuels.



"*With the exception of the information below, we have no observations to make on the sincerity and consistency with the annual accounts of the information given in the management report of the chairman and in the other documents on the financial situation and the annual accounts address the sole shareholder. In application of the law, we inform you that the information relating to the payment periods provided for in article D. 441-6 of the commercial code is not mentioned in the management report. Consequently, we cannot attest to their sincerity and their consistency with the annual accounts.*"

Source: French Registry

1) EU Law Alert, Kramer Levin

Source: Google Translate

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 550 of 650    Document 49

69





There is clear evidence to suggest revenue inflation through channel stuffing when looking at Pramac's UK subsidiary filings. Notice that sales increased 27.1% in 2020, yet receivables and payables increased 160% and 143%, respectively. Gross margins also materially contracted by 650bps. As observed elsewhere, the accounts receivable to sales ratio is abnormally high at 59%. **_Since 2017, its sales have increased 94% with accounts receivables up 444%._**

### PR Industrial Sales To Generac Related Entities

31 dicembre 2020

| Società | Crediti commerciali | Debiti commerciali | Altri crediti | Altri finanziamenti | Costi | Ricavi | Ricavi (oneri) finanziari |
|---|---|---|---|---|---|---|---|
| Casole Lavorazioni Industriali S.r.l. | 6.415 | | | | 116.705 | | |
| I.F.C. S.r.l. | | | | | 1.816.101 | | |
| La Serena Sculture S.r.l. | | | | | 158.173 | | |
| Chiara Bernardini | | | | | 93.600 | | |
| I.F.O. S.r.l. | | | | | 500 | | |
| Pramac Europe SAS | 2.995.813 | 114.067 | | | 206.608 | 20.163.081 | 0 |
| Pramac GmbH | 1.340.693 | | | | | 10.848.955 | |
| Pramac-Generac UK Ltd | 10.803.811 | | | | | 17.483.164 | |
| PR-NA Industries Inc. | 92.789 | | | | | 175.336 | |
| Pramac Brasil Equipamentos LTDA | 229.024 | | 1.200.000 | | | 693.206 | 24.400 |
| Pramac Iberica S.A.U. | 4.486.078 | 1.320.863 | | | 6.875.014 | 11.194.326 | |
| Pramac (Asia) PTE LTD | | | | | 198.387 | 120.748 | |
| Pramac Sp.zo.o. | 151.399 | 3.416 | | | 3.416 | 2.073.563 | |
| Pramac FU LEE (Foshan) Equipments LTD | 7.198.708 | 631.883 | | | 883.326 | 780.722 | |
| PR Middle East F.ze | 7.637.279 | 1.463 | | | 64.525 | 12.641.299 | |
| Pramac RUS Ltd | 993.074 | | | | | 997.719 | |
| SC Pramac Generators Srl | 630.037 | 8.805 | | | 8.805 | 1.857.391 | |
| Pramac Racing Ltd. | | | | | | 511.412 | |
| PR Australia PTY | 1.736.497 | 22.400 | | | 7.819 | 1.821.074 | |
| Captiva Energy Solutions Pvt Ltd. | 215.081 | | | | | 222.253 | |
| Generac Holding UK Ltd. | | | 7 | 27.264.785 | | | (228.748) |
| Generac Holding Italy S.r.l. | | | | | 2.917 | | |
| Generac Mobile Products S.r.l. | 274.151 | 9.551.432 | | 8.000.000 | 18.701.034 | 259.110 | 127.426 |
| Generac Power Systems Inc. | | | | | | | |
| Generac México, S.A. de C.V. | | | | | | | |
| Generac Mobile Products LLC | | | | | | | |
| Pika Energy Inc. | | | | | | | |
| Totale parti correlate | | | | | | | 7.222) |
| Totale | | | | | | | 9.866) |
| Incidenza | | | | | | | 7,5% |

|  | Note | 2020 £ | 2019 £ |
|---|---|---|---|
| **TURNOVER** | 4 | 20,504,740 | 16,128,406 |
| Cost of sales | | (17,220,535) | (12,527,249) |
| **GROSS PROFIT** | | 3,284,205 | 3,601,157 |
| Distribution costs | | (1,061,784) | (891,896) |
| Administrative expenses | | (2,468,094) | (2,604,768) |
| Other operating income | | 96,050 | – |
| **OPERATING (LOSS)/PROFIT** | 5 | (149,623) | 104,493 |

Source: <u>Italy Registry</u>

### Pramac-Generac UK

**17. DEBTORS**

|  | 2020 £ | 2019 £ |
|---|---|---|
| Trade debtors | 12,090,856 | 4,646,016 |
| Amounts owed by group undertakings | 239,122 | 75,156 |
| Deferred tax asset | 41,659 | 66,140 |
| Prepayments and accrued income | 139,725 | 62,073 |
| Other debtors | 11,936 | 11,913 |
|  | 12,523,298 | 4,861,298 |

| GBP in mm | 2017 | 201 | 2019 | 2020 | % YoY Change | 2017-2020 |
|---|---|---|---|---|---|---|
| Reported Sales | £10.5 | £16.2 | £16.1 | £20.5 | *27.1%* | *94.4%* |
| Less: Cost of Sales | (£8.2) | (£12.9) | (£ 12.5) | (£17.2) | *37.5%* | *109.2%* |
| **Gross Profit** | **£2.3** | **£3.3** | **£3.6** | **£3.3** | ***-9.1%*** | ***41.7%*** |
| *% margin* | 22.0% | 20.2% | *22.4%* | 16.0% | *-650bps* | *-400bps* |
| Accounts Receivables | £2.2 | £5.2 | £4.6 | £12.1 | *160.0%* | *444.6%* |
| **Accounts Receivable/Sales** | **21%** | **32%** | **29%** | **59%** | **+30%** | **+38%** |
| **GNRC Accounts Receivables/Sales** | **17%** | **16%** | **14%** | **15%** | **+1%** | **-2%** |
| Payables To Group | £4..6 | £6.6 | £6.5 | £14.6 | 124.2% | 218.1% |
| Total Payables | £5.5 | £8.5 | £7.7 | £18.7 | 142.9% | 240.0% |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 551 of 650    Document 49

Source: <u>Companies House UK</u> and Spruce Point analysis



 Looking carefully, we see the UK subsidiary added a new "*key source of estimation uncertainty*" related to trade receivables. The Company disclosed a bad debt provision amounting to 5.5% of gross receivables. We observe this is materially higher than Generac's consolidated bad debts provision of just 1.5%.[1]

## 2018: "Key Sources of Uncertainty"

**PRAMAC-GENERAC UK LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS** *(continued)*

**Year ended 31 December 2018**

3.  **ACCOUNTING POLICIES** *(continued)*

**Consolidation**

The entity has taken advantage of the exemption from preparing consolidated financial statements contained in Section 400 of the Companies Act 2006 on the basis that it is a subsidiary undertaking and its immediate parent undertaking is established under the law of an EEA State.

**Judgements and key sources of estimation uncertainty**

The preparation of the financial statements requires management to make judgements, estimates and assumptions that affect the amounts reported. These estimates and judgements are continually reviewed and are based on experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances.

*Key sources of estimation uncertainty*

Accounting estimates and assumptions are made concerning the future and, by their nature, will rarely equal the related actual outcome. The key assumptions and other sources of estimation uncertainty that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are as follows:

Carrying value of stock - when calculating the stock provision, management considers the nature and condition of stock, together with the age of stock, and sales activity. The net carrying value of stock at the year end is £1,788k.

Source: Companies House UK

## 2019: "Key Sources of Uncertainty"
## Now Includes Valuation of Trade Receivables

**PRAMAC-GENERAC UK LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS** *(continued)*

**Year ended 31 December 2019**

3.  **ACCOUNTING POLICIES** *(continued)*

**Consolidation**

The entity has taken advantage of the exemption from preparing consolidated financial statements contained in Section 400 of the Companies Act 2006 on the basis that it is a subsidiary undertaking and its immediate parent undertaking is established under the law of an EEA State.

**Judgements and key sources of estimation uncertainty**

The preparation of the financial statements requires management to make judgements, estimates and assumptions that affect the amounts reported. These estimates and judgements are continually reviewed and are based on experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances.

*Key sources of estimation uncertainty*

Accounting estimates and assumptions are made concerning the future and, by their nature, will rarely equal the related actual outcome. The key assumptions and other sources of estimation uncertainty that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are as follows:

Carrying value of stock - when calculating the stock provision, management considers the nature and condition of stock, together with the age of stock, and sales activity. At 31 December 2019 the provision for old stock was £119,591 against a total stock value of £2,954,472.

 Valuation of trade receivables - The company monitors the risk profile of debtors regularly and makes a provision for amounts that may not be recoverable on the basis of expected losses. When a trade receivable is not collectable it is written off against the bad debt provision. At 31 December 2019, the provision for bad debts was £271,554 against a total debtor book of £4,917,570.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 552 of 650    Document 49

1) See Generac's 2018 10-K





Why do Pramac-Generac UK's disclosures not reveal that it made €17.5m of purchases from PR Industrial (Italy)?

## Pramac-Generac UK Ltd Related Party Transactions

### PRAMAC-GENERAC UK LIMITED

#### NOTES TO THE FINANCIAL STATEMENTS *(continued)*

#### Year ended 31 December 2020

27. **RELATED PARTY TRANSACTIONS**

The company has taken advantage of the exemption under FRS102 not to disclose transactions with entities, 100% of whose voting rights are controlled within the group.

Included within other debtors are the following balances due from parties where the company has a participating interest:

| | | |
|---|---|---|
| Generac Holdings UK Limited | £236,663 | (2019 - £72,851) |

Included within other creditors are the following balances due to parties where the company has a participating interest:

| | | |
|---|---|---|
| Generac Holdings UK Limited | £3,204,642 | (2019 - £3,447,997) |
| Generac Mobile Products SRL | £479,553 | (2019 - £749,498) |

During the year the company had the following transactions with parties where the company has a participating interest:

| | Sales | Purchases | Interest | Dividends received |
|---|---|---|---|---|
| Generac Holdings UK Limited | £Nil | £Nil | £37,057 | £Nil |
| Generac Mobile Products SRL | £32,833 | £107,150 | £Nil | £Nil |
| Pramac Racing Limited | £Nil | £Nil | £Nil | £Nil |
| Generac Power Systems Inc. | £Nil | £8,090 | £Nil | £Nil |

Source: [Companies House UK](#)

## 2020 PR Industrial S.R.L

**31 dicembre 2020**

| Società | Crediti commerciali | Debiti commerciali | Altri crediti | Altri finanziamenti | Costi | Ricavi | Ricavi (oneri) finanziari |
|---|---|---|---|---|---|---|---|
| Casole Lavorazioni Industriali S.r.l. | 6.415 | | | | 116.705 | | |
| I.F.C. S.r.l. | | | | | 1.816.101 | | |
| La Serena Sculture S.r.l. | | | | | 158.173 | | |
| Chiara Bernardini | | | | | 93.600 | | |
| I.F.O. S.r.l. | | | | | 500 | | |
| Pramac Europe SAS | 2.995.813 | 114.067 | | | 206.608 | 20.163.081 | 0 |
| Pramac GmbH | 1.340.693 | | | | | 10.848.955 | |
| Pramac-Generac UK Ltd | 10.803.811 | | | | | 17.483.164 | |
| PR-NA Industries Inc. | 92.789 | | | | | 175.336 | |
| Pramac Brasil Equipamentos LTDA | 229.024 | | 1.200.000 | | | 693.206 | 24.400 |
| Pramac Iberica S.A.U. | 4.486.078 | 1.320.863 | | | 6.875.014 | 11.194.326 | |
| Pramac (Asia) PTE LTD | | | | | 198.387 | 120.748 | |
| Pramac Sp.zo.o. | 151.399 | 3.416 | | | 3.416 | 2.073.563 | |
| Pramac FU LEE (Foshan) Equipments LTD | 7.198.708 | 631.883 | | | 883.326 | 780.722 | |
| PR Middle East F.ze | 7.637.279 | 1.463 | | | 64.525 | 12.641.299 | |
| Pramac RUS Ltd | 993.074 | | | | | 997.719 | |
| SC Pramac Generators Srl | 630.037 | 8.805 | | | 8.805 | 1.857.391 | |
| Pramac Racing Ltd. | | | | | 511.412 | | |
| PR Australia PTY | 1.736.497 | 22.400 | | | 7.819 | 1.821.074 | |
| Captiva Energy Solutions Pvt Ltd. | 215.081 | | | | | 222.253 | |
| Generac Holding UK Ltd. | | | 7 | 27.264.785 | | | (228.748) |
| Generac Holding Italy S.r.l. | | | | | 2.917 | | |
| Generac Mobile Products S.r.l. | 274.151 | 9.551.432 | | 8.000.000 | 18.701.034 | 259.110 | 127.126 |
| Generac Power Systems Inc. | 89 | 1.147.503 | | | 5.191.323 | 10.628 | |
| Generac México, S.A. de C.V. | 1.683 | | | | | 407.232 | |
| Generac Mobile Products LLC | 13.397 | | | | 27.768 | | |
| Pika Energy Inc. | | | | | | 58.223 | |
| *Totale parti correlate* | 38.806.017 | 12.801.833 | 1.200.007 | 35.264.785 | 34.867.433 | 81.808.030 | (77.222) |
| **Totale** | 52.249.510 | 36.040.327 | 1.792.662 | 53.955.035 | 121.238.697 | 119.944.904 | (1.029.866) |
| *Incidenza* | 74,3% | 35,5% | 66,9% | 65,4% | 28,8% | 68,2% | 7,5% |

Source: [Italy Registry](#)

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 553 of 650    Document 49




Spruce Point finds a common theme of uncollectable receivables within the Pramac Group. Its Asian subsidiary domiciled in Singapore was recently liquidated in 2021 and its last filed financial statements showed a large portion of receivables due beyond 1 year and an allowance of 36.5% against gross receivables.

## Pramac Asia No Longer In Existence

| Transaction No | Transaction Description |
|---|---|
| C210216584 | Application for Striking off |

**Receipt No:** -

**Transaction Date:** 07/04/2021

**Lodged By:** TAN LING GEOK

**Folio No :** 108

## Last Financials From 2018 Show Large Uncollectable Receivables

20. **Financial instruments and financial risks (Continued)**

*Credit risk (Continued)*

**Trade receivables (Note 1)**

For trade receivables, the Company has applied the simplified approach in FRS 109 to measure the loss allowance at lifetime ECL. The Company determines the ECL by using a provision matrix, estimated based on historical credit loss experience based on the past due status of the debtors, adjusted as appropriate to reflect current conditions and estimates of future economic conditions. Accordingly, the credit risk profile of trade receivables is presented based on their past due status in terms of the provision matrix.

The loss allowance for trade receivables are determined as follows:

| | Current | Past due more than 1 to 30 days | Past due more than 31 to 60 days | Past due more than 60 days | Past due more than 1 year | Total |
|---|---|---|---|---|---|---|
| | US$ | US$ | US$ | US$ | US$ | US$ |
| **31 December 2018** | | | | | | |
| Expected credit loss rates | 0% | 0% | 0% | 0% | 25% | |
| Estimated total gross carrying amount at default | 519,950 | 6,985 | - | 6,111 | 783,287 | 1,316,333 |
| ECL | - | - | - | - | (591,357) | (591,357) |
| | | | | | | 724,976 |

Source: Acra Singapore under Pramac Asia PTE Ltd

73





Generac lists PR-NA Industries as a Florida subsidiary. According to the Florida records the entity is active. However, according to its parent company in Italy, the entity has negative net equity and has been fully written down in previous years. If this is the case, why hasn't Generac recorded any impairment charges and why is it keeping an insolvent entity active?

## PR-NA Industries Listed As A Generac Subsidiary

| Subsidiaries of the Registrant | State or Other Jurisdiction of Incorporation |
|---|---|
| Generac Power Systems, Inc. | Wisconsin, U.S |
| Generac Mobile Products, LLC | Wisconsin, U.S |
| Warehouse Development Group LLC | Wisconsin, U.S. |
| Generac Acquisition Corp. | Delaware, U.S |
| MAC, Inc. | Delaware, U.S |
| CHP Holdings, Inc. | Delaware, U.S. |
| Country Home Products, Inc. | Delaware, U.S. |
| Powermate, LLC | Delaware, U.S |
| Generac Grid Services LLC | Delaware, U.S. |
| MAC Holdings, LLC | North Dakota, U.S |
| Route 22A & 1 Main LLC | Vermont, U.S. |
| PR-NA Industries Inc. | Florida, U.S. |

Source: 2021 Subsidiary List

## PR-NA Listed As Active In Florida

**2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000055447

**Entity Name:** PR-NA INDUSTRIES, INC.

**Current Principal Place of Business:**

2893 EXECUTIVE PARK DRIVE
SUITE 204
WESTON, FL 33331

**FILED**
**Apr 20, 2022**
**Secretary of State**
**5859844824CC**

Source: Florida Annual Report
Note: Address is a small CPA firm of the entity Secretary

## From The 2020 PR Industrial S.R.L Filings

La partecipazione in PR-NA Industries Inc. che presenta un patrimonio netto negativo di Euro 1,5 milioni e per la quale non vige un obbligo di legge o statutario di ricapitalizzazione era già stata interamente svalutata in precedenti esercizi.

*"The investment in PR-NA Industries, which has a negative net equity of Euro 1.5m and for which there is no legal or statutory obligation to recapitalize, had already been fully written down in previous years."*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 555 of 650    Document 49

Source: Italy Registry




Spruce Point questions why Generac continues to own a motor racing interest through Pramac as a listed subsidiary.[1] The racing business introduces unique risks to Generac such as its recent association with Italy's Alma Group. Alma's top executive Luigi Scavone was investigated for defrauding the Italian Treasury of €70 million, arrested and imprisoned.[2] Alma ran a temporary employment agency. Has Pramac had any other business dealing with Mr. Scavone or through Altea, Alma Group, or its subsidiaries?

| | |
|---|---|
| **Paolo Campinoti Generac EVP** | *"We arrive at the start of the 2018 MotoGP season with high expectations. Today we are enthusiastically celebrating the presentation of our team in such a prestigious location as Lamborghini and with the welcome participation of Ducati. A great Italian event that we hope will be a good omen starting from the first race in Qatar next Sunday. We start a fascinating new adventure with Alma <u>and I would like to thank Luigi Scavone for the trust with which he shared our project</u>."* |

### Campinoti and Luigi Scavone



### Alma's Scavone Arrested

## Arrested Luigi Scavone capo of Alma, sponsor of Alma Pramac Racing of MotoGP

3 years ago by solomoto.es

As we have learned from the Italian media **GPOne** , Luigi Scavone , head of Alma (main sponsor of Alma Pramac Racing MotoGP ), has been **arrested by the Naples Finance Police for tax fraud** .

Scavone has reportedly been arrested at home while **preparing to leave for Dubai with a bag of money** . According to the information provided by the Italian media, it would be hundreds of thousands of euros .

He is being investigated for **defrauding the Italian Treasury of 70 million between 2015 and 2017** . There are 27 other suspects in this fraud involving up to 32 companies.

Source: Pramac Racing

Source: Solmoto.es

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 556 of 650    Document 49

1) 2021 Subsidiary List
2) "*Alma and subsidiaries admitted to the arrangement with creditors by the Court of Naples*", beeez.it, May 25, 2020



## Did Generac's Subsidiary Have An Indirect Owner Linked To Mr. Scavone?



Spruce Point finds that Generac's subsidiary disclosed receiving €500,000 for a sponsorship from "*a company with an 50% indirect interest*" and that it is owed money. We know that Alma Group was a key sponsor. Did it also have an indirect interest in Generac's subsidiary? Generac should disclose who is the mysterious indirect interest?

**Generac EVP**

*"We are very pleased to link the name Pramac Racing to Alma," Campinoti said. "A relationship that began halfway through last season and grew up week after week to then flourish in this partnership that will accompany us on MotoGP circuits around the world for the next three years. <u>I thank Luigi Scavone [Alma Group CEO] for the enthusiasm with which he joined our team. We are proud to have as title sponsor a group like Alma that perfectly understands the dynamics of the labour market, always looking for a constant growth in terms of professionalism and results</u>."*

Source: "*Pramac Racing Secures New Title Sponsor Alma*", crash.net, Jan 1, 2018

**Generac's Subsidiary Received Sponsorship Money From An Undisclosed Company with A 50% Indirect Interest. Alma Group Was A Sponsor**

### 13. RELATED PARTY TRANSACTIONS

Included with other debtors is €2,588,551 (2018 - €2,301,929) due from a company with an 50% indirect interest in Pramac Racing Limited. During the year interest of €32,227 (2018 - €31,923) was received. The loan is interest bearing and repayable on demand.

 During the year sponsorship of €500,000 (2018 - €500,000) was received from a company with an 50% indirect interest in Pramac Racing Limited.

Source: Companies House UK



# B. Off Grid Energy (UK): Suspicious And Dubious Related-Party Sales

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Evidence of Generac's Shady Acquisition of Off Grid Energy



Off Grid Energy was acquired on Sept 1, 2021. Generac's corporate press release obscured the fact that its Pramac business was the end acquiror.[1] Generac's SEC filings show the deal price fell 30%. Upfront cash declined from $32.5m to $24.4m. However, its Generac-Pramac UK subsidiary filing disclosed GBP 20.75m ($28.5m) of initial consideration. The earnout period was later disclosed as March 31, 2022 which is just 6 months after closing. Spruce Point believes this is an unusually short earnout period. We observe that no contingent consideration was paid by Generac in Q1 2022 which suggests that Off Grid failed to hit its milestones.

**Initial Deal Disclosure**

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $76,553, net of cash acquired and inclusive of estimated contingent consideration of $44,042 that is to be paid in cash upon achievement of certain performance targets at the end of the earnout period. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $71,935 of intangible assets, including $48,263 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Off Grid Energy from the date of acquisition through September 30, 2021. Pro forma financial information is not presented as the effects of this acquisition are not material to the Company's results of operations or financial position prior to the acquisition date.

Source: Q3 2021 10-Q

**Revised Final Disclosure**

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $53,438, net of cash acquired and inclusive of estimated contingent consideration of $29,054 that is to be paid in cash upon achievement of certain performance targets at the end of the earnout period, March 31, 2022. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021, and was updated in the fourth quarter of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $52,565 of intangible assets, including $18,020 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Off Grid Energy from the date of acquisition through December 31, 2021.

Source: 2021 10-K

**Generac-Pramac UK**

**26. EVENTS AFTER THE END OF THE REPORTING PERIOD**

Post year end the company purchased 100% of the share capital of Off Grid Energy Limited for an initial consideration of £20.75m.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 559 of 650    Document 49

Source: Companies House UK (singed by auditor Sept 20, 2021)

1) Generac issued a corporate press release and Pramac subsidiary press release

78





Off Grid's last UK filings through March 31, 2021 (six months prior to acquisition) do not show an income statement, but the balance sheet shows a large increase in receivables. A footnote discloses that it was owed £4.1 million from a related-party with common director ownership. Spruce Point investigated this further and finds that the related company is called Hybrid Power Hire Ltd.

**OFF GRID ENERGY LIMITED (REGISTERED NUMBER: 04281871)**

**BALANCE SHEET**
**31 MARCH 2021**

| | Notes | 2021 £ | 2021 £ | 2020 £ | 2020 £ |
|---|---|---|---|---|---|
| **FIXED ASSETS** | | | | | |
| Intangible assets | 4 | | - | | 3,452,578 |
| Tangible assets | 5 | | 90,900 | | 61,756 |
| | | | 90,900 | | 3,514,334 |
| **CURRENT ASSETS** | | | | | |
| Stocks | | 1,264,566 | | 1,418,405 | |
| Debtors | 6 | 8,316,928 | | 2,545,599 | |
| Cash at bank and in hand | | 489,165 | | 649,498 | |
| | | 10,070,659 | | 4,613,502 | |
| **CREDITORS** | | | | | |
| Amounts falling due within one year | 7 | 2,641,661 | | 1,138,157 | |
| **NET CURRENT ASSETS** | | | 7,428,998 | | 3,475,345 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | | | 7,519,898 | | 6,989,679 |
| **CREDITORS** | | | | | |
| Amounts falling due after more than one year | 8 | | (987,511) | | (432,033) |
| **PROVISIONS FOR LIABILITIES** | | | (4,046) | | (12,665) |
| **NET ASSETS** | | | 6,528,341 | | 6,544,981 |
| **CAPITAL AND RESERVES** | | | | | |
| Called up and paid share capital | | | 128 | | 128 |
| Share premium | | | 522,275 | | 592,275 |
| Revaluation reserve | | | - | | 3,452,578 |
| Retained earnings | | | 6,005,938 | | 2,500,000 |
| **SHAREHOLDERS' FUNDS** | | | 6,528,341 | | 6,544,981 |

11. **RELATED PARTY DISCLOSURES**

At the year end the company was owed £4,132,952 (2020 £1,870,001) to a company which is associated to Off Grid Energy Limited by virtue of common directorship.

Case 2.22-cv-01436-BHL    Filed 10/09/23    Page 560 of 650    Document 49

Source: Companies House UK





Off Grid's history dates to 2000, and it assumed its name in 2010. Its website hasn't been updated since 2019 despite being acquired by Generac in Sept 2021. Despite this long operating history, its largest customer appears to be a related-party located right next door that sells its products.





## Business Addresses: Next Door Neighbors

**The Energy Innovation Centre
Unit 6, Stepnell Park, Lawford Road
Rugby, Warwickshire CV21 2UX**

**The Energy Innovation Centre
Unit 3 & 4 Stepnell Park, Lawford Road
Rugby CV21 2UX**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 561 of 650    Document 49

Source: Off Grid website

Source: Hybrid Power Hire



# Off Grid Energy's Sister Company And Customer Falls Into Distress And Is Sold



Spruce Point finds it incredibly suspicious that Off Grid's sister company and customer subsequently impaired assets in an amount similar to the receivables it was owed. Like Off Grid, Hybrid Power was subsequently sold shortly after the earnout period of March 31, 2022 disclosed by Generac.

## Suspicious Disclosures By Hybrid Power Hire

**Subsequent events and going concern**

Subsequent to the balance sheet date the recently appointed directors conducted a review of the business and determined that certain fixed assets no longer used in the business and aged accounts receivable not considered recoverable should be written off. As a result, charges of a non-recurring nature of £5,166,059 were recorded and form part of the £5,422,152 loss for the year, leaving a balance sheet deficit of £4,906,140.

September 2021 Shareholder Refinancing

The shareholders made a capital contribution of £4,126,441 on 1 September 2021 and certain shareholders made further subordinated loans of £5,528,100 prior to the date of these accounts. These shareholder contributions and loans enabled the settlement of amounts owed to the Company's principal equipment supplier and other creditors. The Company also refinanced a substantial portion of its hire purchase facilities with a consequent reduction in monthly debt servicing cashflows. The directors believe this reduction of third-party indebtedness and debt servicing cashflows have materially improved the Company's financial position subsequent to the balance sheet date. The accounts have been prepared on a going concern basis.

April 2022 Business Disposal

On 8 April 2022 the Company entered a business purchase agreement with Sunbelt Rentals Limited for them to acquire the whole of the Company's business. The proceeds of this disposal allowed the business to repay all remaining amounts to the Company's principal equipment supplier, settle all remaining equipment hire purchase facilities and all trade creditors. The shareholder lenders entered set off agreements that allowed for a repayment of 65% shareholder loans while ensuring the Company will be able to solvently cease all trading activity in the near term. The Company extended its next year end to 30 April 2022 to be able to show the effect of these transactions in its financial accounts at the earliest opportunity.

3. **EMPLOYEES AND DIRECTORS**

The average number of employees during the year was 4 (2020 - 3 ).

9. **RELATED PARTY DISCLOSURES**

At the year end the company owed £4,132,954 (2020 £1,870,011) to a company which associated with Hybrid Power Limited by virtue of common shareholders.



**Asset Impairment of Comparable Size To The Amount Owed To Off Grid For Purchases?**

**Business Sold Right After March 31, 2022 Off Grid Earnout Period?**



**Identical amount disclosed by Off Grid**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 562 of 650    Document 49

Source: Companies House UK




Spruce Point warns that despite the CEO's bullish tone around Off Grid, we believe the deal has been a failure to date. The deal comprised a $29 million contingent cash payment upon achievement of milestones ending March 31, 2022 which wasn't paid.[1]

**GNRC CEO Jagdfeld**

"The combination of energy storage systems paired with the advanced technology of our generators being offered through our global distribution network **will accelerate our growth** into the fast-growing distributed energy and microgrid markets."

Source: Deal Press Release, Sept 1, 2021

"Off Grid **continues to see robust demand** for its products in its core European markets and working -- and we're working to bring you solutions for the rest of our geographic footprint given our strong global relationships with rental equipment customers."

"So we're **seeing storage systems like the Off Grid systems become a lot more popular**. **That asset is in the short period of time we've owned it, just the order book there has been really fun to kind of watch that grow** as those products get introduced. We introduced them to our legacy channel partners there. But yes, Europe represents a huge market opportunity. We're going to stay focused on it, but I'd love to say that we're going to be able to do something more there next year, but we got a tiger by the tail here in North America as well."

Source: Q3 2021 Conference Call, Nov 2, 2021

"And now with Off Grid Energy, we have that jumping-off platform to leverage up and scale, invest our knowledge and capability on the packs and cells and drive that into the product. **And we have now a formal product offering to roll into the market and really expand**. So we're really excited to have that team on board and really get our feet in the door with that like proven product into the industrial space."

Source: Analyst Day, Sept 29, 2021

"**Off Grid has seen very strong market interest** for its mobile energy storage systems in new regions and with legacy Generac customers, and we are very excited to bring this innovative battery storage solution to the North American equipment rental market in 2022."

Source: FY 2021 Conf Call, Feb 16, 2022

**No contingent acquisition consideration payment was record in Q1 2022**
**This implies that Off Grid fell short of its targets.**
**Furthermore, Generac did not clearly disclose the add-back to EBITDA for the revaluation of the consideration to zero.**
**It included a line-back item called "Non-cash write-down and other adjustments" of $7.8 million[2]**

Case 2:22-cv-01436-BHL      Filed 10/09/23      Page 563 of 650      Document 49

1) 10-K disclosing contingent consideration and 2) 10-Q showing no payment and adjustment

82



*C. ecobee (Canada):*
*A Buzz-Killed Acquisition*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 564 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent


In November 2021, Generac announced it would acquire ecobee, a maker of smart thermostats in a deal valued up to $770 million.[1] There is clear evidence that ecobee's revenues were greatly diminished in the past few years and have fallen wildly short of its goal to hit $1 billion of revenue by 2020. An article from October 2016 cited ecobee's revenues as "*not far behind Nest*" in sales. Nest's sales were reportedly $340 million though 2015. Fast forward to today, Generac has given conflicting statements that put ecobee's revenues in the range of $125 - $171 million.

**Ecobee Founder Claims $1bn Revenue Target**

*"Instead of pegging itself as a thermostat maker, Ecobee wants to become a leader in the larger–but still nascent– connected home business. It's a tall order for a company with no platform of its own, working in what might be an overhyped corner of the tech industry. But Lombard is optimistic, setting a goal of $1 billion in revenues by 2020."*

Source: "*Beyond Thermostats: Ecobee Dreams Of Being A Billion-Dollar Smart Home Giant*", Fast Company, Oct 24, 2016

**Ecobee's Revenues Were Claimed To Be "*Not Far Behind*" Nest's in 2016**

*"So far, the singular focus has served Toronto-based Ecobee well. Thermostats are the most popular type of self-installed smart home devices, according to The NPD Group, and Ecobee–whose revenues have been doubling every year–is not far behind Nest in sales."*

Source: "*Beyond Thermostats: Ecobee Dreams Of Being A Billion-Dollar Smart Home Giant*", Fast Company, Oct 24, 2016

*"Nest generated about $340 million in sales last year, according to three people with knowledge of the matter. That's an impressive figure for a company in the very nascent market of Internet-connected devices."*

Source: "*With $340 million in revenue, Nest is underperforming, and its future at Google is at risk*", CNBC, March 30, 2016

**$171m of LTM Sales Based on Multiple Cited By The CEO**

*"Generac chief executive officer Aaron Jagdfeld said his company was paying 4.5 times ecobee's last 12 months revenue. "Strategically we think we're getting a great deal," he said. "It really fits well with where we're going, powering a smarter world … with a focus on energy conservation and the grid of the future."*

Source: "*Smart thermostat pioneer ecobee, facing growing threats from Amazon, sells to U.S. generator maker for up to $770-million*", Globe & Mail, Nov 1, 2021

**Or $125m of Revenues By The CEO?**

*"Yes. No, good question, Phil. And again, we're really excited about this one. Now ecobee's quite a bit bigger than that. So they're about probably closer to $125 million in revs and that's supply chain constrained, to your point on chips, they could be going higher than that, but they do have, as you would imagine, some supply chain constraints there. They're working through those like we all are."*

Source: Q3 2021 Conference Call, Nov 2, 2021

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 565 of 650    Document 49

1) "*Generac to acquire ecobee*", Press Release, Nov 1, 2021



Various credible sources indicate that ecobee's market share has been in persistent decline.



**Market Share**
**33%**

**30%**

**25%**

*"**Ecobee claims to have captured one-third of the smart thermostat market**, citing figures from NPD Group.'*

Source: "*Amazon Gets Serious About Voice-Activated Smart Thermostats, Investing in Ecobee***",** Greentech Media, March 7, 2018

*"While marketing spend as a percentage of sales has remained more-or-less consistent in recent years, the brands strong year-over-year growth comes with "a couple extra bucks to put towards investments in marketing," Poriadjian-Asch says. The CMO remains focused on running a "lean and mean" operation, she says, even as the company moves into a new office near Toronto's Harbourfront to accommodate rapid workforce expansion. **Today, Ecobee holds around 30% market share in smart thermostats across North America**, second to Nest, the California-based smart home devices company that was acquired by Google in 2014."*

Source: "*2019 Brand of the Year: Ecobee brings purpose to smart thermostats*", StrategyOnline.ca,  Oct 8, 2019

*"**Ecobee still commands a 25-per-cent market share in North America**."*

Source: "*Smart thermostat pioneer ecobee, facing growing threats from Amazon, sells to U.S. generator maker for up to $770-million*", Globe & Mail,  Nov 1, 2021

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 566 of 650     Document 49



# ecobee Is In Cut Throat Competition With Amazon And Google In A Deflationary Category

According to an article from April 2021 in the WSJ, a rift was forming between Amazon and ecobee over the sharing of consumer data and there were concerns that Amazon would use the data to launch its own competing product.[1] Sure enough, in September 2021 Amazon launched a smart thermostat at a substantial price discount to market using Honeywell technology. Fast forward to today, Amazon has dropped the price by an additional 20% to $47.99. Ecobee's lowest price model, the ecobee3 lite retails at $149.99.[2]

| Sept 2021: Launch At $60 | June 2022: Now Already 20% Lower |
|---|---|

**Amazon launches a $60 smart thermostat**

Brian Heater @bheater / 12:17 PM EDT • September 28, 2021

Image Credits: Amazon

**RESULTS**

Amazon's Choice

Featured from our brands
Amazon Smart Thermostat – ENERGY STAR certified, DIY install, Works with Alexa – C-wire required
★★★★☆ 6,517
Limited time deal
-20% $47.99 $59.99
50% off gift wrap service: code GIFTWRAP50
prime Get it as soon as Today, Jun 14 FREE Shipping by Amazon
Certified for Humans
Works with Alexa
Climate Pledge Friendly

Sponsored
ecobee Smart Thermostat Enhanced Works with Alexa
★★★★☆ 14
$189.99
prime Get it as soon as Today, Jun 14 FREE Shipping by Amazon
Works with Alexa

Best Seller
Sponsored
Google Nest Thermostat - Smart Thermostat for Home - Programmable Wifi Thermostat - Snow
★★★★☆ 14,882
-24% $99.00 $129.99
prime Get it as soon as Today, Jun 14 FREE Shipping by Amazon
Works with Alexa

Sponsored
ecobee SmartThermostat with Voice Control , Black
★★★★☆ 8,537
-12% $219.00 $249.00
prime Get it as soon as Thu, Jun 16 FREE Shipping by Amazon
Alexa Built-in

Source: Tech Crunch

Source: Amazon

1) *"How Amazon Strong-Arms Partners Using Its Power Across Multiple Businesses"*, WSJ, April 14, 2021
2) ecobee website



Spruce Point believes Generac massively overpaid for ecobee at 4.5x revenues. Comparable home and consumer connected equipment devices have traded for 1.8x with higher gross margins. Generac is claiming aspirational long-term gross margins in the mid 30s which suggests they are lower today. Management has yet to articulate tangible revenue synergy expectations to justify over $800 million of goodwill and intangible assets being recorded. In addition, ecobee's balance sheet appears stressed with -$11 million of working capital at closing.

| | |
|---|---|
| **CFO on Ecobee Margins** | *"So I guess when you think about ecobee and you look at -- as we ramp that up and they grow, **their margin profile in the out years looks very similar to our clean energy business. We've talked about how that will probably be in the mid- to high teens EBITDA margins from a gross margin standpoint, closer to that mid-30% range**."* |

Source: Q3 2021 Conference Call

## We Believe Generac Massively Overpaid For ecobee

| Product | Company | Status | EV / Sales | Gross Margin |
|---|---|---|---|---|
| | iRobot "Smart Vacuums" | Public: IRBT | 0.7x | 34.0% |
| | Fitbit "Smart Watches" | Acquired by Google Jan 2021 | 1.0x | 31.0% |
| | Control 4 "Connected Home Automation" | Acquired SnapAV May 2019 | 2.0x | 52.0% |
| | Alarm.com "Connected Home Security" | Public: ALRM | 3.6x | 57.8% |

## ecobee Has Negative -$11 Million Working Capital

**Summary Purchase Price Allocations**

The fair values assigned to certain assets acquired and liabilities assumed, as of the acquisition dates, are as follows for the 2021 acquisitions:

| | 2021 Acquisitions | | | |
|---|---|---|---|---|
| | Deep Sea | ecobee | All Other | Total |
| Accounts receivable | $ 9,574 | $ 23,337 | $ 13,852 | $ 46,763 |
| Inventories | 9,970 | 7,258 | 7,034 | 24,262 |
| Prepaid expenses and other assets | 826 | 5,700 | 6,594 | 13,120 |
| Property and equipment | 8,838 | 3,588 | 480 | 12,906 |
| Intangible assets | 171,437 | 555,400 | 81,171 | 808,008 |
| Goodwill | 265,558 | 245,636 | 77,501 | 588,695 |
| Deferred income taxes | - | 46,721 | 6,547 | 53,268 |
| Other assets | 151 | 9,421 | 8,526 | 18,098 |
| Total assets acquired | 466,354 | 897,061 | 201,705 | 1,565,120 |
| | | | | |
| Accounts payable | 8,998 | 25,968 | 7,473 | 42,439 |
| Accrued wages and employee benefits | 2,106 | 1,354 | 872 | 4,332 |
| Other accrued liabilities | 1,210 | 19,898 | 18,258 | 39,366 |
| Short-term borrowings | - | - | 800 | 800 |
| Current portion of long-term debt | - | - | 233 | 233 |
| Deferred income taxes | 33,250 | 80,447 | 19,930 | 133,627 |
| Other long-term liabilities | 90 | 33,762 | 7,862 | 41,714 |
| Long-term borrowings and finance lease obligations | - | - | 1,624 | 1,624 |
| Net assets acquired | $ 420,700 | $ 735,632 | $ 144,653 | $ 1,300,985 |

Source: Generac Q1 2022 10-Q

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 568 of 650    Document 49



Spruce Point believes that Generac paid way more cash in acquiring ecobee than it reported on face value. According to the deal allocation, it paid $224.5 million in cash. But this doesn't tell the whole story. The deal closed in December, and in the same month, Generac conducted its largest share repurchase in recent history by purchasing 350,000 shares for another $126 million. Generac may have done this to offset dilution from the equity used to acquire ecobee. Either way, we view the total cash it sunk into the business to be $350 million.

## ecobee Funding Allocation (ex: Stock Repurchases)

| | | |
|---|---|---|
| Cash | $ | 224,464 |
| Common stock issued | | 420,774 |
| Contingent consideration (1) | | 89,400 |
| Total purchase price | $ | 734,638 |

## Stock Repurchases Done When ecobee Closed

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs |
|---|---|---|---|
| 10/01/21 - 10/31/21 | 520 | $ 416.74 | - |
| 11/01/21 - 11/30/21 | 690 | 448.26 | - |
| 12/01/21 - 12/31/21 | 350,610 | 359.96 | 350,000 |
| Total | 351,820 | $ 360.26 | |

Source: Generac 2021 10-K

## Generac Equity Accounts

| | Common Stock | | Additional Paid-In Capital | Treasury Stock | |
|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount |
| Balance at December 31, 2020 | 72,024,329 | $ 721 | $ 525,541 | (9,173,731) | $ (332,164) |
| Change in noncontrolling interest share | – | – | – | – | – |
| Unrealized gain on interest rate swaps, net of tax of $6,933 | – | – | – | – | – |
| Foreign currency translation adjustment | – | – | – | – | – |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 331,048 | 3 | 7,073 | – | – |
| Common stock issued for business combination | 30,640 | 1 | 12,000 | – | – |
| Treasury stock issued for business combination | – | | 384,371 | 937,283 | 36,403 |
| Net share settlement of restricted stock awards | – | – | – | (80,583) | (27,223) |
| Stock repurchases | – | – | – | (350,000) | (125,992) |
| Share-based compensation | – | – | 23,954 | – | – |
| Redemption value adjustment | – | – | – | – | – |
| Net income | – | – | – | – | – |
| Balance at | | | 952,939 | (8,667,031) | $ (448,976) |



*D. What Generac Hasn't Told You Directly About Other Acquisitions: Pika Energy, Deep Sea, Enbala Power And Others*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 570 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




Generac acquired Pika Energy to enter the energy storage market in April 2019.[1] Its SEC filings later disclosed it paid $49 million. It appears that much of Pika's early success in 2018 before Generac acquired the business from what the company says was "*exponential*" growth in Florida and Puerto Rico. **The president of Pika's Puerto Rician distributor Dynamic Solar was arrested in a kickback scheme**. How much in sales has Pika done with Dynamic Solar?

**Pika Saw "Exponential" Growth In Puerto Rico. A Distributor Noted Was Dynamic Solar**

*The demand for Pika's systems has seen strong growth in the last year with Pika's Energy Island sales up 400% in 2018 over 2017 sales. "Our growth in Florida and Puerto Rico alone has been exponential," said Kristen Helsel, Vice President of Sales and Marketing for Pika. "Since opening these markets in early 2018 we have delivered and installed hundreds of systems and expect to install thousands of Energy Island systems in this market in 2019."*

*"Pika's systems have set the bar for excellence in the Puerto Rican energy storage market,"* said Juan C. Díaz-Galarza, Vice President of Operations at **Dynamic Solar in Puerto Rico**. *"By taking a platform approach, Pika enables homeowners to add more storage and access more power as their needs change. This is very important as storms in the Caribbean continue to intensify and people look for new technologies to keep their homes safe. Instead of living in fear the next hurricane, Pika system owners are ready for the next big storm."*

Source: "Pika Energy Cuts Prices to Allow More Customers to Benefit from Home Energy Storage," Press Release, Dec 6, 2018

**Dynamic Solar President and Partner Arrested**

FOR IMMEDIATE RELEASE                                              Friday, June 14, 2019

# Individual Indicted And Arrested For Conspiracy Against The United States To Provide Kickbacks

SAN JUAN, Puerto Rico— On June 11, 2019, Leonardo Lebrón-Torres, president of Dynamic Solar Solutions, Inc., a corporation organized under the laws of Puerto Rico, was indicted for conspiracy against the United States to provide kickbacks, and six substantive charges for providing kickbacks, announced U.S. Attorney Rosa Emilia Rodríguez-Vélez of the District of Puerto Rico.

Source: USDOJ, District of Puerto Rico

1) "*Generac Acquires Pika Energy, Enters Energy Storage Market,*" Press Release, April 29, 2019

90




Generac's press release fails to address that it acquired the business from Caledonia Investments, a public investment vehicle listed in the UK. Caledonia acquired the business from its founders, who cashed out in October 2018.[1] The business was sold for £162 million ($213.1 million). Generac's press release also failed to disclose it paid $420.7 million, or a 97% valuation increase, for a business that barely grew revenues and showed margin deterioration in the past few years.

## At What Price? From Who Was It Purchased?

### Generac Acquires Controller Manufacturer Deep Sea Electronics

📄 PDF Version

WAUKESHA, Wis., June 01, 2021 (GLOBE NEWSWIRE) -- Generac Holdings Inc. (NYSE: GNRC) ("Generac" or the "Company"), a leading global designer and manufacturer of energy technology solutions and other power products, announced today the acquisition of Deep Sea Electronics Limited, an advanced controls designer and manufacturer.

As a leader in the industry, Deep Sea Electronics provides a diverse suite of controller products that provide flexible solutions for multiple applications including generators, automatic transfer switches, battery charging, and off-highway vehicles. Headquartered in Hunmanby, United Kingdom, Deep Sea Electronics has a 40-year history of continuously advancing their products and driving innovation in the controls market.

Source: Generac Press Release

On June 1, 2021, the Company acquired Deep Sea for a purchase price, net of cash acquired, of $420,700. Headquartered in Hunmanby, United Kingdom, Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions, focused on the global power generation and transfer switch space. The acquisition purchase price was funded solely through cash on hand.

The Company recorded its preliminary purchase price allocation during the second quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $437,120 of intangible assets, including $264,975 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Deep Sea from the date of acquisition through June 30, 2021. Pro forma financial information is not presented as the effects of this acquisition are not material to the Company's results of operations or financial position prior to the acquisition date.

Source: Generac Q2 10-Q

## DSE: Limited Revenue Growth, Margins Declining

| £ in mm | Oct 12, 2018 – May 31 2019 | Annualized | 2020 | 2021 |
|---|---|---|---|---|
| Revenues<br>% growth | £25.6 | £38.5<br>1.7% | £41.4<br>7.7% | £41.8<br>1.0% |
| Gross Margin<br>% Margin | £17.3<br>67.4% | £25.9<br>67.4% | £26.7<br>64.5% | £27.7<br>66.1% |

Source: Companies House UK

## Suspicious Valuation Expansion

| Figures in mm | Buyer | Price | US$ Price | Multiple of Sales |
|---|---|---|---|---|
| 10/12/2018 | Caledonia | £162 | $213 | 4.3x |
| 6/1/2021 | Generac | -- | $420 | 7.5x |
| *Valuation Increase* | | | +97% | |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 572 of 650    Document 49

1) Caledonia Press Release





> We find that Generac marked-up inventories by 55% from £4.8m ($6.8m) to $9.97m. Generac hasn't disclosed any fair value revisions to inventory, or amortization of an inventory step-up. Inflating inventory values is a hallmark of margin overstatement. The prior owner made no such adjustments to inventory when it was acquired earlier in October of 2018.

## Inventories May 31, 2021

GENERAC UK DSE TOPCO LIMITED (FORMERLY CALEDONIA QUINT TOPCO LIMITED)

NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2021

19. **Stocks**

| | Group 2021 £ | Group 2020 £ |
|---|---|---|
| Raw materials and consumables | 3,479,801 | 3,100,628 |
| Finished goods and goods for resale | 761,251 | 1,078,022 |
| Work in progress | 572,039 | 442,500 |
| | 4,813,091 | 4,621,150 |

Stock recognised in cost of sales as an expense totalled £11,698,131 (2020 - £10,806,982).

## Prior Acquiror: No Inventory Change

31. **Acquisition**

On 12 October 2018 the group acquired 100% of the ordinary share capital of Deep Sea Electronics Limited. The fair value of net assets acquired are:

| | Net Book Value £ | Fair Value Acquired £ |
|---|---|---|
| Fixed assets | 7,331,376 | 7,331,376 |
| Stock | 4,643,580 | 4,643,580 |
| Debtors | 6,379,931 | 6,379,931 |

## Opening Balance Sheet Post Acquisition: Inventories June 1, 2021

| | Deep Sea |
|---|---|
| Accounts receivable | $ 9,574 |
| Inventories | 9,970 |
| Prepaid expenses and other assets | 826 |
| Property and equipment | 8,838 |
| Intangible assets | 171,437 |
| Goodwill | 266,427 |
| Deferred income taxes | - |
| Other assets | 151 |
| Total assets acquired | 467,223 |
| | |
| Accounts payable | 8,998 |
| Accrued wages and employee benefits | 2,106 |
| Other accrued liabilities | 2,272 |
| Short-term borrowings | - |
| Current portion of long-term borrowings and finance lease obligations | - |
| Deferred income taxes | 33,057 |
| Other long-term liabilities | 90 |
| Long-term debt | - |
| Redeemable non-controlling interest | - |
| Net assets acquired | $ 420,700 |

Source: Companies House UK

2021 10-K, p. 30
Note: Inventories were revised higher from $7.5m (10-Q, p. 7)

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 573 of 650    Document 49



Generac's acquisition of Enbala Power Networks in Oct 2020 has the flavor of a failed, but highly promoted investment.[1] The Company was originally founded in 2003 in Vancouver as Sempa Power Systems and initially focused on hybrid heating systems that can switch quickly between electricity and fossil fuels. Now Generac touts it as a "*best-in-class technology*" that will expand its opportunities in the Smart Grid, and formed its Grid Services Group business around it, led by Enbala's former Bud Vos who created no prior value. **According to our research, and validated by Crunchbase, Enbala has raised at least $55 million in capital since 2010, yet was acquired by Generac for just $41.9 million.**[2] We believe this validates our belief that in 17 years since its founding, Enbala failed to create any value and investors took a sizeable loss. Furthermore, even with knowledgeable operating partners as investors such as National Grid, ABB, and General Electric, Enbala appeared incapable of realizing a higher valuation to another partner beyond Generac, which had no prior experience in grid software.

## Capital Raised For Enbala Power

| Date | Investor(s) | Type | Amount |
|---|---|---|---|
| Aug 1, 2017 | Zoma Capital | Series B | $5.5 |
| Feb 23, 2017 | ABB, National Grid GE Ventures, Obvious Ventures, EnerTech, Chrysalix VC | Series B | $12.0 |
| Sept 15, 2015 | Obvious Ventures | | $3.0 |
| March 30, 2015 | GE Ventures Edison Energy | | $11.0 |
| Jan 7, 2013 | Chrysalix, EnerTech Capital, Export Development Canada, and XPV Capital | B Round | $16.0 |
| Sept 28, 2010 | EnerTech Capital, Chrysalix Energy Venture Capital, Export Development Canada with additional participation from existing investors The Walsingham Fund, XPV Capital and a select group of high net worth shareholders | Expansion | $8.0 |
| **Total Capital Raised:** | | | **$55.5** |

### Generac Promotional Language About Enbala

"*To help accelerate our involvement with this trend, earlier this month, we closed on the acquisition of Enbala Power Networks, **a leading distributed energy resources technology** company based in Denver, Colorado. **Enbala's best-in-class technology** will enable us to participate in the market for grid services, which we see as a growing opportunity.*"

### Generac Forms Grid Services Group Led By Vos Who We Believe Created No Value For Prior Shareholders

"*today announced the formation of a new group called Generac Grid Services. In addition, Bud Vos, currently president of Enbala Power Networks, a Generac subsidiary, has been named president – Generac Grid Services, and will now report to Aaron Jagdfeld, president and chief executive officer.*"

### Why Did Generac Wait 4 Months To Disclose The Purchase Price?

"*On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, **of $41,982**. The acquisition purchase price was funded solely through cash on hand.*"

1) "*Generac Accelerates Its Energy Technology Capabilities With Acquisition of Enbala Power Networks,*" Press Release, Oct 5, 2020

2) Crunchbase

Source: Q2 2021 Financial filed Dec 2021

Generac Press Release, Sept 8, 2021

Q3 2020 Conf Call promoting Enbala

93


Generac's CEO has been heavily promoting Grid Services and formed a new group in Q3 2021. This is the exact time when Enbala's contribution would become inorganic. It then added revenue from Tank Utility and ecobee. Despite the CEO's overly bullish comments, we find no organic growth driving the Other Revenue segment.

**CEO on Grid Services Q4 2021 (Top) Q1 2022 (Bottom)[1]**

*"Generac Grid Services has been making excellent progress in expanding its sales pipeline, including meaningful opportunities beyond traditional software-as-a-service contracts. The fourth quarter saw significant progress in new deals closed and in the final stages of negotiation, increasing our top line visibility for 2022."*

*"We're seeing some tremendous potential out of our Grid Services teams. We've got the entire Clean Energy story that is -- we're just tapping into a whole new market opportunity."*

| Generac's Other Products & Services Revenue Segment | | | |
|---|---|---|---|
| **$ in mm** | **Q3 2021** | **Q4 2021** | **Q1 2022** |
| Included | Grid Services (Enbala) Formed Sept 2021 **Enbala now becomes organic; acquired Oct 7, 2020** | Ecobee Acquired Dec 2021 Tank Utility Acquired Oct 2021 | Ecobee and Tank Utility |
| Other Revenues (reported) (A) | $75.6 | $77.3 | $80.2 |
| *YoY Growth* | -- | *21.2%* | *27.5%* |
| *Growth from acquisitions and FX [1]* | -- | *4.0%* | *8.0%* |
| Less: Impact of FX and Acquisiitions (B) | -- | (\$2.5) | (\$5.1) |
| **Organic Growth (A – B)** | **$75.6** | **$74.8** | **$75.1** |
| *% Growth* | | *-1.0%* | *0.4%* |

Case 2:22-cv-01436-BHL  --Filed 10/09/23    Page 575 of 650    Document 49

1) Q4 2021 Conference Call  and Q1 2022 Conference Call



# Motortech: No Growth Acquisition



In November 2016, Generac announced the acquisition of Motortech and it closed Jan 2017. Founded in 1988 and headquartered in Celle, Germany, Motortech is a manufacturer of gaseous-engine control systems and accessories. The company's gaseous-fuel sub-systems include knock detection, mixers, throttles and various controls, which are sold to European gas-engine manufacturers and to aftermarket customers. While the acquisition was small at around $15 million, Generac talked up significant growth opportunity that has largely failed to materialize. In fact, Motortech has only exceeded its revenue expectations in 1 out of 6 years.

**Generac Promotion of the deal**

*"By combining resources and technology, Generac and Motortech will lead the industry in innovative, spark-ignited engine generator offerings," said Patrick Forsythe, Executive Vice President of Global Engineering at Generac. "This acquisition allows Generac to expand its global market for gaseous products beyond standby generators, and it aligns with our strategy of gas power-generation leadership. It will significantly expand our worldwide spark-ignited engine capabilities, complementing the international growth Generac has experienced."*

| Motortech Financial Performance: No Growth Since 2017 Acquisition And Declining Capital Returns | | | | | | |
|---|---|---|---|---|---|---|
| euro in mm | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
| Sales Reported | € 33.0 | € 31.2 | € 33.0 | € 38.9 | € 35.2 | € 32.7 |
| Sales Planned | € 34.1 | € 35.1 | € 33.0 | € 36.1 | € 38.8 | € 35.3 |
| % Under/Outperform | -3.4% | -11.0% | 0.0% | 7.6% | -9.5% | -7.5% |
| Avg Monthly Employees | 172 | 164 | 167 | 162 | 147 | 158 |
| Return on Capital | 54% | 14% | 15% | 22% | 10% | 10% |
| EBITDA/Employee | 2,279 | 2,187 | 1,833 | 3,158 | 1,679 | 1,871 |
| Revenue/Employee | 213 | 199 | 220 | 249 | 236 | 218 |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 576 of 650    Document 49

Source: German Registry, MOTORTECH GmbH, Celle
1) "Generac To Acquire Motortech", Press Release, Nov 28, 2016

95



# Mean Green And Energy Systems:
# Unusual To See Four Price Revisions….

**Q3 2020**

"In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

**The combined purchase price for these acquisitions was $24,070** and was funded solely through cash on hand. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition. Pro forma financial information and allocation of the purchase price are not presented for these other acquisitions as the effects of the combined acquisitions are not material to the Company's results of operations or financial position prior to the acquisition dates."

Source: Q3 2020

**Q4 2020**

"In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

In  September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

**The combined purchase price for these acquisitions was $22,815** and was funded solely through cash on hand. The accompanying consolidated financial statements include the results of the acquired businesses since the dates of acquisition through December 31, 2020.."

Source: 2020 10-K

**Q1 2021**

"In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

**The combined purchase price for these two acquisitions was $20,905** and was funded solely through cash on hand. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition through June 30, 2021. Pro forma financial information is not presented for these acquisitions as the effects of the acquisitions individually and in the aggregate are not material to the Company's results of operations or financial position prior to the acquisition dates."

Source: Q1 2021

**Q3 2021**

"On July 1, 2020, the Company acquired Energy Systems, its industrial distributor in northern California.

On September 1, 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.

**The combined purchase price for these two acquisitions was $22,958** and was funded solely through cash on hand. **The Company finalized its purchase price allocation for these two acquisitions during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. The finalization did not result in material adjustments to the Company's preliminary estimates**. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition through September 30, 2021. Pro forma financial information is not presented for these acquisitions as the effects of the acquisitions individually and in the aggregate are not material to the Company's results of operations or financial position prior to the acquisition dates."

Source: Q3 2021

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 577 of 650     Document 49



*Generac's Clean Energy Story Is A Long-Shot With Glaring Signs of Strain*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 578 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent


We believe the basis for Generac's clean energy business promotion is to deflect attention from its core generator business, which the Company once admitted in an investor presentation are "Legacy Growth Drivers." The foundation of Generac's PWRcell solution was its acquisitions and integration of Neurio Technology and Pika Energy. Recall, we expressed concerns that Generac may have covertly lowered the purchase price of Neurio, and its post-acquisition revenue reporting wasn't adding up. Google Trends search interest shows an initial uplift of interest but general moderation. It continues to lag Tesla's Powerwall, which is the acknowledged market leader in residential solar storage.

**CFO York Q1 2020**

*"Recall that our __Pika and Neurio acquisitions__ enabled us to bring an efficient and intelligent energy saving solution to the market in December called PWRcell, which we believe will position Generac as a key participant going forward. Q1 represented the first full quarter of commercial shipments of PWRcell units at scale, which met our relatively high expectations."* Source: Q1 2020 Conf Call

**PWRcell Search Interest vs. Tesla Powerwall**

Source: Google Trends

**PWRcell Search Interest Over Time**

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 579 of 650    Document 49

Source: Google Trends





The average age of the clean energy business acquired by Generac is 14.9 years but according to the CFO they are still start-ups. We interpret his comments to mean these are money losing investments.

**CFO Ragen Q1 2022**

*"Operating expenses as a percentage of revenue, excluding intangible amortization, increased approximately 50 basis points as compared to the prior year period due to the impact of recent acquisitions that have a higher operating expense load relative to sales, given their start-up nature."*

| Date | Company | Location | Year Founded (Years in business) | Description | Acquisition Cost (inc. Earnouts, Stock and Deferred Payments) | Actual Cash Investment |
|------|---------|----------|----------------------------------|-------------|---------------------------------------------------------------|------------------------|
| 3/12/19 | Neurio Technology | Vancouver BC, Canada | 2005 (17) | Energy data and metering | $59.1 | $59.1 |
| 4/26/19 | Pika Energy | Westbrook, Maine | 2010 (12) | Battery Storage | $49.1 | $49.1 |
| 10/7/20 | Enbala Energy Network | Denver, CO | 2003 (19) | Energy software for grids | $42.0 | $42.0 |
| 7/2/21 | Chilicon Power LLC | Los Angeles, CA | 2010 (12) | grid-interactive microinverter and monitoring solutions for the solar market | $61.1 | $11.8 |
| 9/1/21 | Apricity Code | Bend, Oregon | 2015 (7) | Engineering and product design team to acquired to help the Clean Energy and Grid Services business | $7.0 | $7.0 |
| 9/1/21 | Off Grid Energy | Rugby, UK | 2000 (22) | Industrial-grade mobile energy storage systems | $53.4 | $24.3 |
| 12/1/21 | ecobee | Toronto, Canada | 2007 (15) | sustainable home technology solutions including smart thermostats | $734 | $224.4 |
| **Total Investments Made In "Clean Energy" Business** | | | | | **$1,005.7** | **$417.7** |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 580 of 650     Document 49

Source: Generac press releases and SEC Filings



# *Dealer Growth Slows, Revenue Grow Slowing*



After a big uplift in revenue growth in "clean energy" PWRcell sales to $115m (2020), and $230m (2021), the sales growth rate is projected to decline from 100% to 50% in 2022. Note that the trained and certified dealer network slowed in Q1 2022 to 4%. One of our concerns is that Generac does not break-out clean energy revenues or margins in SEC filings as a separate reporting segment.

| Installer Network: Clean Energy | | | | | |
|---|---|---|---|---|---|
| $ in mm | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 |
| **Trained & Certified Dealers** *QoQ Growth* | 2,000 -- | 2,200 10.0% | 2,300 4.5% | 2,500 8.7% | 2,600 4.0% |

**CFO York Q1 2022**

*"We are still expecting Clean Energy revenue growth **well above 50% for the full year**, with continued strength in PWRcell energy storage systems along with contributions from the initial rollout of new products."*

Source: Q1 2022 Conf Call - May 4, 2022

**CFO York Q4 2021**

*"Despite industry-wide supply chain and logistics challenges impacting our clean energy solutions, **full year 2021 clean energy-related revenue approximately doubled** as end-user demand remains robust for our PWRcell energy storage systems."*

Source: Q4 2021 Conf Call - Feb 16, 2021

**CFO York Q1 2021**

*"The solar plus storage market continues to expand rapidly within the U.S., and we are making good progress in building considerable momentum for our energy storage products. **Accordingly, we are increasing our full year revenue outlook** as a result of higher demand and our expanded distribution in this growing market. **We now expect shipments of clean energy products to increase between 75% to 100% as compared to the prior year levels of approximately $115 million, which is an increase from the previous forecast of 50% to 75% growth**."*

Source: Q1 2021 Conf Call - April 29, 2021

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 581 of 650    Document 49

100



# *Dealer Incentives Increasing*

Generac recently increased its cash rebate incentives from $600 to $1,000 to sign-up for first time installers. **Why would Generac increase incentives if it were having no issues recruiting installers?** Even with increased incentives, dealer growth slowed.

| 2020 | Jan 15 – June 30, 2022 |
|---|---|



Source: Facebook



Source: PWRcell Welcome Offer

Source: Facebook

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 582 of 650    Document 49

101



Spruce Point questions how rigorous the process is to be come a Generac "Certified" PWRcell installer?
Generac promotes that some can be certified in as little as one day.
We believe the lower barrier to entry is reflective of the low value proposition of partnering with Generac.

**Become Certified In "As Little As One Day"**



Source: Facebook

**Cost Was $500/Year (including $100 Course Fee) Today's Website Shows Just The Course Fee**

TAKE THE NEXT STEP:
**BECOME A GENERAC PWRPARTNER**

**1. COST: $500/YEAR**

Includes In-Home Appointments and PowerPlay CE tool (1 license). $100 of this fee is the full day certified training class.

**2. RULES: PRETTY SIMPLE**

For In-Home Appointments (IHCs) sent to you by Generac, you agree to present only Generac products and you agree to use PowerPlay CE tool.

Use the form below to apply to become a PWRpartner. Once you apply, the Generac team will reach out to complete the process.

Source: Wayback Machine, April 2021 and Today

Using the Wayback Machine, we see that Generac's PWRcell used to directly compare itself against Tesla's Powerwall, and made claims of having the largest storage capacity. The table below was depicted on its website at least through June 2021, but was omitted in Jan 2022 according to the Wayback Machine.

**Generac Marketing of PWRcell Until Recently Retracted**

## LARGEST ENERGY STORAGE CAPACITY ON THE MARKET TODAY!

Generac is proud to offer the largest energy storage capacity when compared to competitive products on the market today. One PWRcell battery storage cabinet, consisting of six battery modules, offers 17.1kWh of energy storage capacity. Combine up to two PWRcell battery storage cabinets, with a total of 12 battery modules, for up to 34.2kWh of energy storage capacity.

| | Generac | Tesla Powerwall |
|---|---|---|
| Storage Capacity* | 18kWh | 13.5kWh |
| Max Continuous Power | 9kW | 5kW |
| Motor Starting Current | 50A | 30A |

*Figure based on single storage cabinet of battery modules Tesla specifications per Tesla Powerwall specification sheet.

**ACT NOW**

Source: Wayback Machine (June 2021 with table) and (Jan 2023 without table)

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 584 of 650   Document 49

103



According to Solar Surge, which has the most viewed video comparing the Tesla Powerwall II and Generac PWRcell with 7.7k likes, the systems are ranked equally, with the swing i.e. "X-factor" being intangible aspects such as design. Notably, it ranks Powerwall higher on capacity since it has 13.5kWh, whereas the PWRcell base has 9kWh, but is expandable up to 18KWh which of course add to the cost. In addition, the "Motor Starting Current" which PWRcell's chart pointed out as a key competitive advantage factor, was not deemed relevant by the expert. The most recent update of Powerwall II+ was given a slight edge of PWRcell.

### Solar Surge Expert Comparison



Tesla Powerwall II Vs Generac PWRcell
226,126 views • Feb 20, 2021    7.7K  DISLIKE  SHARE  DOWNLOAD  CLIP  SAVE

### Updated Powerwall II+ / Solar Surge Expert Comparison



Tesla Powerwall II+ VS Generac PWRcell for Whole House Backup
64,713 views • Oct 16, 2021    2.1K  DISLIKE  SHARE  DOWNLOAD  CLIP  SAVE



Most Viewed

Source: YouTube: Tesla Powerwall II vs. Generac PWRcell, Feb 20, 2021

Source: YouTube: Tesla Powerwall II vs. Generac PWRcell, Oct 16, 2021



Notice carefully that Generac made three modifications to its PWRcell whole home comparison slide in 2021. With the introduction of Tesla Powerwall+ in April 2021, we see that Generac's stated advantage to Tesla with regard to Peak and Continuous Power noticeably dropped.[1]

### May 2021

Source: May 2021 Investor Presentation

Secondary Scale Removed. Why?

From Peak Current to Peak Power (seconds). Why?

### August 2021

Source: Aug 2021 Investor Presentation

### November 2021

Source: Nov 2021 Investor Presentation

LG Replaced By SolarEdge. Why? To Get A Higher Valuation Multiple?

1) "*Tesla Powerwall 2+ Secretly went into production in November*", Electrek, April 27, 2021

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 586 of 650    Document 49

105



Residential is growing, and within that is the fast growing clean energy business. Generac hasn't given explicit margin guidance but was asked twice. Based on the CFO's response, it appears he materially pushed back EBITDA margin expansion expectations. We believe poor margins on the clean energy business, increased overhead from utilized capacity expansion, and core pressures in home standby generators are all pressuring margins.

### Residential Is Growing As A % of Domestic Sales. EBITDA Margins Are Collapsing

| $ in mm | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Residential | 64.8% | 71.2% | 72.8% | 74.7% | 75.4% | 74.4% | 74.0% | 75.4% | 77.8% |
| Commercial | 25.5% | 19.6% | 17.9% | 17.0% | 17.0% | 18.3% | 17.8% | 17.2% | 15.1% |
| Other | 9.7% | 9.2% | 9.3% | 8.2% | 7.6% | 7.3% | 8.2% | 7.4% | 7.1% |
| **Domestic Sales** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Domestic EBITDA | $82.8 | $121.3 | $171.4 | $188.0 | $207.1 | $203.9 | $187.7 | $196.7 | $170.4 |
| *% margin* | *22.0%* | *26.3%* | *28.2%* | *29.1%* | *29.9%* | *26.0%* | *23.7%* | ***21.9%*** | ***17.7%*** |

| | |
|---|---|
| **Roth Analyst** | *"And then can you talk a little bit more about the profitability in your clean energy business and with PWRcell? I mean you mentioned that you were profitable. I think that was an EBITDA comment, but I want to clarify that. And can you talk at all about the gross margins for your clean energy business? Where roughly will they be by the end of 2021 in comparison to your overall gross margin? And just how should we think of it more on like a 2 to 3-year basis as you continue to ramp?"* |
| **CFO York Q4 2020** | *"Yes. Ross, it's York. So yes, making very good progress on gross margin optimization, a lot of focus on the bill of material, a lot of focus on supply chain. And you're right. Leaving the year here in 2020, in Q4, we were profitable. That was a nice landmark or a milestone for the start-up business being profitable in Q4. But throughout 2021, yes, we do expect to ramp up our gross margins to somewhere in the mid-30% range. So that's relative what we do, almost 40%, I guess, high 30s here, gross margin for 2020. So close to the company average by the end of 2020 is the plan. And then obviously, we're going to be ramping up our operating expenses to really go fast after this market. **So expecting EBITDA margins to grow throughout the year as well, along with gross margins, maybe hitting double digits there by the end of the year for EBITDA margins**."* <br> Source: Q4 2020 Conf Call |
| **CFO York Q3 2021** | *"Today, clean energy, just thinking storage, that is a profitable business today. We haven't quoted exactly what margin profile is. It's profitable today. **But over time, over the next call it, few years, that will also grow into that mid- to high teens EBITDA margins as well**. So we've got a road map and a path to get there."* <br> Source: Q3 2021 Conf Call |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 587 of 650    Document 49


Spruce Point has difficulty believing Generac's reasons for why Domestic EBITDA margins keep falling. First off, it keeps citing commodity input costs, yet this same factor is never mentioned in the International segment. Commodity costs are a universal problem and it has foreign manufacturing, so why does it only impact the Domestic segment? Plant start-up costs were only mentioned once at year end despite the Company's efforts to increase capacity all year and through 2022 while it still has not completed its expansion. In Q1 2022 it is now blaming "impact of acquisitions" though no mention was made at all in 2021.

| | |
|---|---|
| **Q1 2021** | Adjusted EBITDA.  Adjusted EBITDA for the Domestic segment in the first quarter of 2021 was $207.1 million, or 29.9% of net sales, as compared to $82.8 million, or 22.0% of net sales, in the prior year quarter. This margin increase was driven by favorable sales mix, improved pricing and higher operating leverage from the substantial revenue growth for the segment during the quarter.<br><br>Adjusted EBITDA for the International segment in the first quarter of 2021, before deducting for non-controlling interests, was $7.1 million, or 6.2% of net sales, as compared to $3.3 million, or 3.3% of net sales, in the prior year quarter. The improvement in margin was due to the combination of favorable sales mix, improved operating leverage on the higher sales volumes, and lower operating expenses as a result of the restructuring activities initiated in the second quarter of 2020. |
| **Q2 2021** | *Adjusted EBITDA*.   Adjusted EBITDA for the Domestic segment in the second quarter of 2021 was $203.9 million, or 26.0% of net sales, as compared to $121.3 million, or 26.3% of net sales, in the prior year quarter. **The slight margin decrease was driven by higher input costs in the current year quarter**, which were mostly offset by improved pricing and higher operating leverage from the substantial revenue growth for the segment during the quarter.<br><br>Adjusted EBITDA for the International segment in the second quarter of 2021, before deducting for non-controlling interests, was $13.7 million, or 10.1% of net sales, as compared to $1.9 million, or 2.2% of net sales, in the prior year quarter. The improvement in margin was primarily due to improved operating leverage on the higher sales volumes and the impact of the Deep Sea acquisition. |
| **Q3 2021** | Adjusted EBITDA.   Adjusted EBITDA for the Domestic segment in the third quarter of 2021 was $187.7 million, or 23.7% of net sales, as compared to $171.4 million, or 28.2% of net sales, in the prior year quarter. **The margin decrease was driven by higher input costs in the current year quarter**, which were partially offset by the early impacts of improved pricing during the quarter.<br><br>Adjusted EBITDA for the International segment in the third quarter of 2021, before deducting for non-controlling interests, was $21.5 million, or 14.1% of net sales, as compared to $7.4 million, or 7.9% of net sales, in the prior year quarter. The improvement in margin was primarily due to the positive impact of recent acquisitions and improved operating leverage on the higher sales volumes. |
| **Q4 2021** | Adjusted EBITDA margins for the Domestic segment for the year ended December 31, 2021 were 25.1% of net sales as compared to 27.0% of net sales for the year ended December 31, 2020. The Adjusted EBITDA margin decrease was driven by **higher input costs due to rising commodity prices, labor, logistics, and <u>plant start-up costs</u> in the current year**, which were partially offset by favorable sales mix, the early benefits of pricing actions, and improved operating leverage from the substantial revenue growth for the segment.<br><br>Adjusted EBITDA margins for the International segment, before deducting for non-controlling interests, for the year ended December 31, 2021 were 11.5% of net sales as compared to 5.1% of net sales for the year ended December 31, 2020. The margin improvement was primarily due to the positive impact of recent acquisitions, favorable sales mix, improved operating leverage, and pricing actions. |
| **Q1 2022** | Adjusted EBITDA.   Adjusted EBITDA for the Domestic segment in the first quarter of 2022 was $170.4 million, or 17.7% of net sales, as compared to $207.1 million, or 29.9% of net sales, in the prior year quarter. This margin performance was primarily impacted by the **higher input costs and <u>the impact of acquisitions,</u> partially offset by pricing benefits and favorable sales mix**.<br><br>Adjusted EBITDA for the International segment in the first quarter of 2022, before deducting for non-controlling interests, was $26.0 million, or 15.2% of net sales, as compared to $7.1 million, or 6.2% of net sales, in the prior year quarter. The margin performance was primarily due to the positive impact of recent acquisitions and improved operating leverage on the significantly higher sales volumes. |


Spruce Point doesn't believe Generac's margin goals for its clean energy business are credible. We are skeptical how its rapid entrance and subscale business can hit margin targets that only some of the best, and largest players have achieved after a decade or more in the business. Generac's credibility should already be in question after we found early evidence of acquisition numbers not adding up with Neurio and Pika Energy. Furthermore, the CFO talked about hitting double digit EBITDA margins by the end of 2021, only to punt his target a few years into the future. Without full transparency and reporting in its clean energy busines, we believe investors should exercise extreme caution buying into management's claims.

| Solar Companies | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ mm | Enphase | SolarEdge | Ginlong | Delta | First Solar | Sunpower | SMA Solar | Generac |
| Products | Inverters | Inverters Storage | Inverters | Inverters | PV solar solutions | Storage | Inverters | Storage / Inverters |
| Sales | $1,521 | $2,213 | $591 | $11,633 | $2,487 | $1,367 | $1,120 | $230 |
| Gross Margin | 40.0% | 30.2% | 28.7% | 27.3% | 22.4% | 18.0% | 17.4% | ? |
| EBITDA Margin | 17.8% | 11.5% | 17.3% | 14.5% | 23.8% | 1.6% | -3.1% | ? |

Source: Bloomberg

| | |
|---|---|
| **Roth Analyst** | *"And then can you talk a little bit more about the profitability in your clean energy business and with PWRcell? I mean you mentioned that you were profitable. I think that was an EBITDA comment, but I want to clarify that. And can you talk at all about the gross margins for your clean energy business? Where roughly will they be by the end of 2021 in comparison to your overall gross margin? And just how should we think of it more on like a 2 to 3-year basis as you continue to ramp?"* |
| **CFO York Q4 2020** | *"Yes. Ross, it's York. So yes, making very good progress on gross margin optimization, a lot of focus on the bill of material, a lot of focus on supply chain. And you're right. Leaving the year here in 2020, in Q4, __we were profitable. That was a nice landmark or a milestone for the start-up business being profitable in Q4__. But throughout 2021, yes, __we do expect to ramp up our gross margins to somewhere in the mid-30% range__. So that's relative what we do, almost 40%, I guess, high 30s here, gross margin for 2020. So close to the company average by the end of 2020 is the plan. And then obviously, we're going to be ramping up our operating expenses to really go fast after this market. __So expecting EBITDA margins to grow throughout the year as well, along with gross margins, maybe hitting double digits there by the end of the year for EBITDA margins__."* Source: Q4 2020 Conf Call |
| **CFO York Q3 2021** | *"Today, clean energy, just thinking storage, that is a profitable business today. We haven't quoted exactly what margin profile is. It's profitable today. __But over time, over the next call it few years, that will also grow into that mid- to high teens EBITDA margins as well__. So we've got a road map and a path to get there."* Source: Q3 2021 Conf Call |




The public is speaking loud and clear that PWRcell's phone application called PWRView is dysfunctional and receives low 2 stars for feedback.

**Generac Claim**

*Get valuable insights into your electric energy use, and unlock your savings potential with the Generac PWRview App! Compatible with PWRview meters, Home Backup Generators, and PWRcell systems.*

Source: Generac

## Poor Reviews At The Apple Store



**Generac PWRview** [4+]
Monitor your Generac system!
Neurio Technology Inc.

★★★★★ 2.1 • 53 Ratings

Free

**Ratings and Reviews**                                                  See All

**2.1** out of 5                          53 Ratings

★★☆☆☆
serpintinelion, 05/06/2022

**Unstable?**
So I have had the app since last October    more

**Developer Response,**
Hi serpintinelion,                          more

★★★★☆
hisearthlydaughter, 06/05/2022

**Recent loading/stability issues**
We have had the app since we had our solar unit installed in June of 2021. The app has been working fine up until approximately the last 3 weeks or so. It keeps getting stuck    more

★★☆☆☆
JediDad1221, 06/03/2022

**Worked okay**
The app is able to tell you some good us    more

**Developer Response,**
Hi JediDad1221,                             more

Source: Apple Store

## Poor Reviews At Google Play



# Neurio PWRview

Generac Power Systems, Inc.

2.7★        10K+           E
165 reviews   Downloads    Everyone ⓘ



# Generac PWRview

Generac Power Systems, Inc.

2.2★        10K+           E
228 reviews   Downloads    Everyone ⓘ

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 590 of 650    Document 49

Source: Google Play



Spruce Point believes it is extremely bearish that Generac's Chief Marketing Officer (who was also named President of the new Energy Technology organization[1]) resigned in Feb 2022, shortly after the CEO claimed he and his team were "*incredibly bullish*" on Generac's long-term outlook. Mr. Minick was the second highest paid executive to the CEO. He earned a record bonus in 2021, but had to forfeit much of the compensation, some of which was tied directly to Generac's highly promoted Clean Energy business. This is the first ever mention of executive compensation tied to the Clean Energy business.

**CEO Jagdfeld Q3 2021**

"*So we got to put all that together when we put our 2022 guidance together formally. But I would say **the initial receptivity continues to be strong**. Our project remains online and on target. And the internal excitement here around what we can do with that product line is -- **if you talked to Russ Minick and his team, I mean, he's incredibly bullish on what we're going to be able to do with that longer term**.*"

Source: Q3 2021 Conf Call – Nov 2021

## Chief Marketing Officer Is The 2nd Highest Paid Executive

### 2021 Summary Compensation Table

The following table shows compensation information for 2019, 2020 and 2021 for our named executive officers.

| Name and principal position | Year | Salary ($) | Bonus ($) | Stock awards ($)[1] | Option awards ($)[1] | Non-equity incentive plan compensation ($)[2] | All other compensation ($)[3] | Total ($) |
|---|---|---|---|---|---|---|---|---|
| **Aaron Jagdfeld** Chairman, President and Chief Executive Officer | 2021 | 989,178 | — | 3,330,212 | 1,670,075 | 1,497,563 | 32,785 | 7,519,812 |
| | 2020 | 944,151 | — | 2,664,019 | 1,336,020 | 1,963,769 | 53,638 | 6,961,596 |
| | 2019 | 907,233 | — | 1,750,009 | 1,750,003 | 1,574,172 | 69,521 | 6,050,937 |
| **York Ragen** Chief Financial Officer | 2021 | 469,658 | — | 632,854 | 317,302 | 423,902 | 44,485 | 1,888,200 |
| | 2020 | 447,911 | — | 599,537 | 300,624 | 524,306 | 22,650 | 1,895,028 |
| | 2019 | 435,342 | — | 437,554 | 437,515 | 418,458 | 28,868 | 1,757,738 |
| **Russell Minick** Chief Marketing Officer | 2021 | 480,438 | — | 2,666,543 | 334,015 | 432,826 | 16,506 | 3,930,238 |
| | 2020 | 462,075 | — | 666,107 | 334,023 | 541,783 | 10,991 | 2,014,979 |
| | 2019 | 445,342 | — | 447,551 | 447,509 | 437,621 | 14,192 | 1,792,216 |
| **Patrick Forsythe** Chief Technical Officer | 2021 | 416,425 | — | 489,757 | 245,534 | 324,843 | 9,508 | 1,486,066 |
| | 2020 | 402,493 | — | 472,133 | 236,763 | 471,876 | 31,915 | 1,615,180 |
| | 2019 | 387,842 | — | 341,338 | 341,252 | 381,391 | 9,150 | 1,460,973 |
| **Erik Wilde** Executive Vice President Industrial — Americas | 2021 | 391,816 | — | 460,869 | 230,910 | 305,507 | 20,769 | 1,409,872 |
| | 2020 | 379,995 | — | 445,300 | 223,283 | 407,833 | 12,958 | 1,469,369 |
| | 2019 | 367,929 | — | 323,844 | 323,758 | 353,896 | 8,400 | 1,377,827 |

Source: Generac Proxy Statement

## Suddenly Retired: 8-K Notification

**Item 5.02** **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On February 11, 2022, Russell Minick, Chief Marketing Officer of Generac Holdings, Inc. (the "Company"), gave notice of his intention to retire from the Company. Mr. Minick, age 61, has been with the Company in positions of increasing responsibility since 2011. Mr. Minick will remain with the Company until his successor takes office and/or there is an appropriate transition of responsibility, and, in any event, no later than May 1, 2022.

Source: Generac 8-K

## Minick Forfeited Substantial Compensation

"*Represents certain incremental equity awards granted to Mr. Minick effective March 1, 2021. The equity awards included an award of restricted stock valued at $1 million that vests on March 1, 2024, and an award of performance shares valued at $1 million, at target achievement level, with a performance period ending December 31, 2023. **Other than the three-year cliff vesting period for the restricted stock grant, the two-year performance period for the performance shares, and the use of financial metrics tied to the Company's Clean Energy business for measuring the payout of the performance shares**, the awards had the same vesting terms and conditions as the annual equity awards that Mr. Minick and the other executives received at the same time. **Accordingly, all outstanding equity awards granted to Mr. Minick, including these incremental awards, will be forfeited in connection with his retirement**.*"

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 591 of 650    Document 49

1) "*Generac Announces New Business Organization, Executive Appointments*", Press Release, Jan 19, 2021

110



*A Close Look At Generac's Shady Clean Energy Business And Partnerships*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 592 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent


Spruce Point will reveal major issues with some of Generac's top partnerships: Sunnova, Momentum Solar and Powerhome.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 593 of 650     Document 49

Source Investor Presentation, May 2021



Generac's recent investor presentation promotes 11 regional partnerships, two of which it promoted by issuing a corporate press release. Boston Solar issued a press release promoting a partnership. Based on our field research, we find only six (6) still sell Generac's products.
Even worse, at two of the distributors marked in red below, we find serious concerns being raised about the business ethics of the partner.

| Solar Regional Partner Highlighted By Generac | Highly Promotional Partnership Announced To Market | Currently Selling Generac? Spruce Point Called To Find Out… Other Concerns Identified |
|---|---|---|
| Momentum Solar | Aug 2020: Generac Power Systems and Momentum Solar Forge Strategic Relationship | **No. Only carries Enphase according to a receptionist we spoke with** **Currently being sued in a class action lawsuit for abusive telephone marketing.** **A New Jersey court cited "fraud on the court" in a civil case with Vision Solar by its EVP of Finance and Accounting** |
| Baker Electric | Sept 2020: Generac Joins Forces with Baker Electric Home Energy on Solar and Storage Installations | No. Only shows Tesla on the website. Said they offer Enphase and used to carry Generac along time ago |
| Boston Solar | Oct 2020: Boston Solar announces partnership with Generac to offer solar power back-up option. | No. Only carries Enphase and Tesla. Reportedly discontinued Generac after installing a few systems and deciding Tesla and Enphase were easier to work with and install. |
| Infinity Energy | -- | Yes. On website, carries Generac, but features Tesla, and also sells Enphase and Sonnen |
| Trinity | -- | Yes, according to a phone call |
| EHS | -- | No. Only Enphase on website. Called and said they don't carry Generac anymore as there were issues with it |
| Windmar | -- | Yes. Offers Tesla and Generac batteries on website |
| RevoluSun | -- | Yes. They highlight Tesla on website. When we called and asked they said they do offer Enphase and Generac, but 95% of customers use Tesla |
| Powerhome (now Pink Energy) | -- | **Yes. Website still promotes Generac. Multiple undercover investigations with customers alleging they were duped. CMO has prior history with the FTC for "deceptive" practices** **Recently changed name to Pink Energy** |
| Moxie | -- | **No. Website really only shows Tesla or highlights Tesla. We called and they do not carry Generac** |
| Suntuity Solar | -- | Yes. Promotes Tesla on its website, but can get Generac |
| Titan Solar | -- | Unable to confirm |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 594 of 650    Document 49



*Evidence of Shady Transactions With Sunnova*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 595 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




In February 2020, Generac teamed with Sunnova, making it the exclusive Lease and Power Purchase Agreement (PPA) provider for the PWRcell™ energy storage system ("PWRcell system") sold by contractors using Generac's PowerPlay design and quoting platform in the U.S. and its territories.[1] In Feb 2022, it announced an expanded partnership.[2] We previously exposed Sunnova as a company we believe has potentially misleading financial statements, and a cash incinerating business that won't scale.[3] When asked about the partnership, Generac's CEO deflected answering questions about the specifics of the deal. We view this as a major red flag, and will provide evidence that Generac has hidden the fact it is secretly funding Sunnova.

| | |
|---|---|
| **Roth analyst** | *"Congrats on the NOVA deal. Yes, that's a big one. There are a few solar leasing companies out there in general. Can you talk about how you ended up with NOVA specifically in an exclusive? And can you share how the agreement is structured, possibly? Is it like a typical dealer? Are there any upfront payments from other party? Did the geographic footprint, for example, serve as a key driver in the decision? I know they have a presence in Puerto Rico and other islands, how important was that."* |
| **CEO Response**<br><br>**Q4 2019**<br>**Feb 2020** | *"We're really excited about the partnership with Sunnova. And we're thrilled that they've selected us as their partner. And the exclusivity, really is related to the financing arrangement that they can offer. They've got some pretty great financing packages and pretty unique approach to that…..So again, we're not trying to limit ourselves in any one way. The exclusivity was really about the financing arrangement with Sunnova. Again, really excited about that. **I'm not going to comment on the specifics of the financing package itself. One reason, I'm not as well versed in the details of the financing package as others are. But I -- obviously, Phil, we can take you offline, we can get you more comfortable with that as well going forward here**. But we're really super excited about NOVA and our partnership and looking forward to that growing as we expand our efforts here with clean energy."* |

Source: Q4 2019 Conference Call

1) "*Sunnova and Generac Team up to Provide Homeowners With Greater Energy Independence*", Press Release, Feb 12, 2020
2) "*Sunnova and Generac Expand Partnership to Bring Increased Resiliency to Homeowners*", Press Release, Feb 1, 2022
3) Spruce Point report on Sunnova dated Sept 29, 2020

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 596 of 650    Document 49

115





Both Sunnova and Generac have made zero disclosures about any of the specific financial details of their distribution partnership. However, there are clues in exhibits to each Company's respective 10-K annual report that a new subsidiary entity was created called Sunnova TEP V-A, LLC. Sunnova goes further to say that an investor made a total capital commitment of $25.0 million to the entity, but has redacted disclosure of the investor claiming, *"Certain information has been excluded from this exhibit because it is both not material and would likely cause harm to the company if publicly disclosed."*

**From Sunnova[1]**

*"In April 2021, we admitted a tax equity investor as the Class A member of Sunnova TEP V-A, LLC ("TEPVA"), a subsidiary of Sunnova TEP V-A Manager, LLC, which is the Class B member of TEPVA. The Class A member of TEPVA made a total capital commitment of approximately $25.0 million."*

### 2021 Generac Subsidiary List[2]

| | |
|---|---|
| Generac Power Plan, Inc. | Vermont, U.S. |
| Generac Services, Inc. | Vermont, U.S. |
| Generac TEP I, LLC | Delaware, U.S. |
| Sunnova TEP V-A, LLC | Delaware, U.S. |
| Generac UK Acquisition Limited | United Kingdom |
| Generac UK DSE Topco Limited | United Kingdom |
| Generac UK DSE Midco Limited | United Kingdom |

### 2021 Sunnova Subsidiary List[3]

| | |
|---|---|
| Sunnova TEP OpCo, LLC | Delaware |
| Sunnova TEP Resources, LLC | Delaware |
| Sunnova TEP V-A Manager, LLC | Delaware |
| Sunnova TEP V-A, LLC | Delaware |
| Sunnova TEP V-B Manager, LLC | Delaware |

### Sunnova Obscures Investors[4]

Tax Equity Investors

1. With respect to TEP IV-D, [***]
2. With respect to TEP IV-E, [***]
3. With respect to TEP IV-F, [***]
4. With respect to TEP IV-G, [***]
5. With respect to TEP V-A, [***]
6. With respect to TEP V-D, [***]
7. With respect to TEP V-B, [***]
8. With respect to TEP V-C, [***]

Sources
1) Sunnova disclosure in Q2 2021 10-Q
2) Generac's 2021 subsidiary list now includes Sunnova TEP V-A
3) Sunnova's 2021 subsidiary list
4) Sunnova credit agreement, exhibit 10.1



We believe Generac has likely obscured from its investors a contribution to a Sunnova tax equity vehicle. At the same time as Sunnova disclosed that an unnamed investor closed on a $25m commitment to Sunnova TEP V-A, LLC, Generac started disclosing an equity method investment in Q2 2021. Generac has not disclosed any further details about this investment, including any contractual obligations to fulfill its $25m commitment. Previously, Generac's CEO deflected the notion that it wanted to be a financing partner.

**GNRC CEO Analyst Day Sept 2021**

*"We see this -- we have a very good partnership with Sunnova. And so Sunnova for us, they have, I think, a program there. They could end up being another partner for us perhaps on the residential side because they've got a very strong set of capabilities there. And those are core competencies that they have that I would argue we don't have internally around true finance, right?* ***I mean that's just not -- we're a manufacturer. We're a distributor. We're a servicer of products and solutions. We want to turn that into a recurring revenue stream, <u>but I'm not sure we want to have it rise to the level of us putting it on the balance sheet</u>.*** *I may -- I will reserve the right with my response to perhaps change our views on that as the market continues to mature.* ***<u>But at least in the early stages here, we believe there are enough potential partners out there that we don't need to do it at this stage</u>."***

| Generac's Disclosure of a Mysterious and Unnamed Equity Method Investment | | | | | | |
|---|---|---|---|---|---|---|
| **$ in mm** | **Q1 2021** | **Q2 2021** | **Q3 2021** | **Q4 2021** | **Q1 2022** | **Total** |
| **Contribution to Equity Method Investment** | **$0.00** | **$0.22** | **$0.57** | **$2.88** | **$2.92** | **$6.58** |

Source: GNRC SEC filings

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 598 of 650    Document 49



Spruce Point has serious concerns about Generac's recent opaque transaction with Sunnova and the formation of tax equity holding. We believe Generac could essentially be financing customer purchases, or could be engaging in a circular transaction. Generac is not an obvious candidate for this type of tax equity structure. Sunnova even discloses that its investors are "*banks and other large financial investors*". Generac is a manufacturer and distributor of power systems, and has no other financial investments. Tax equity structures are particularly risky as they depend on current tax incentives for solar equipment and the performance of Sunnova under its contractual obligations. <u>However, we observe that Sunnova recently disclosed a 20x increase in non-performance fees in its equity structures</u>.[1] Spruce Point calls on Generac to provide more details of its investment in TEP V-A LLC.

### Sunnova Warning About Tax Equity Investors

*"Additionally, we may be unable to identify investors interested in engaging in this type of (tax equity) financing with us. As of December 31, 2021, we have formed 17 tax equity vehicles to which investors such as banks and other large financial investors have committed to invest approximately $1.2 billion"*

### Potential Cash Flows Between Generac And Sunnova TEP V-A, LLC



1) "*During the years ended December 31, 2021, 2020 and 2019, we paid $41.2 million, $2.1 million and $1.3 million, respectively, related to non-performance fees*", <u>10-K</u>, p. 134
2) Sunnova says, "*Our tax equity vehicles require that prior to a date that is at least five years after the last project was placed in service, the tax equity investor receives substantially all the non-cash value attributable to the solar energy systems; however, in all but one of our current funds we receive a majority of the cash distributions.*", <u>10-K</u>, p. 52

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 599 of 650    Document 49



A search for Generac Clean Energy Services brings back a Sunnova ad, but it's pitching Tesla Powerwall and not Generac.
In addition, Sunnova's website still favors placement of Tesla over Generac.

**Facebook Search Under Generac Returns Sunnova/Tesla**

**Sunnova Website Favors Tesla**





Generac

Tesla

Source: Facebook

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 600 of 650   Document 49

Source: Sunnova website

119



**1** — Why has Generac not been transparent about investing in Sunnova TEP V-A LLC?

**2** — Since Generac is applying the equity method of accounting, associated with 20-50% Ownership, and committed $25 million, is the entity between $50 - $100 million in size?

**3** — Why is Generac not reporting gains and losses from equity affiliates associated with TEP V-A, LLC?

**4** — Is Generac accelerating revenue recognition of sales when transferring assets to the LLC ahead of placing assets in use with end customers?

**5** — How are costs between Generac and Sunnova being allocated in the distribution venture?

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 601 of 650    Document 49



# *Other Shady Solar Partnerships*

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 602 of 650     Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent


In August 2021, Generac announced a "strategic relationship with Momentum Solar.[1] The new agreement will enable Momentum, the largest privately-owned residential solar installer in the United States, to provide Generac technology solutions to homeowners for solar plus whole home clean back-up power. There are various legal cases that don't paint Momentum in a favorable light. Notably, plaintiffs are alleging aggressive telemarketing campaigns violating the Do Not Call list. Also a messy civil case between Vision Solar and Momentum has resulted in a NJ Court finding that Momentum's SVP Finance & Accounting under direction of counsel committed "Fraud on the Court".

## Aggressive Telephone Marketing Tactics Alleged

Case: 1:21-cv-04395 Document #: 1 Filed: 08/18/21 Page 1 of 9 PageID #:1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

GEORGE MOORE, on behalf of himself and others similarly situated,

    Plaintiff,

v.

PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,

    Defendant.

CIVIL ACTION FILE NO.

COMPLAINT – CLASS ACTION

JURY TRIAL DEMANDED

Plaintiff George Moore (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, alleges on personal knowledge, investigation of his counsel, and on information and belief, as follows:

NATURE OF ACTION

1. As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." Barr v. Am. Ass'n of Political Consultants, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (July 6, 2020).

2. This case involves a campaign by Pro Custom Solar LLC d/b/a Momentum Solar ("Momentum Solar") to market its goods and services through the use of a telemarketing

**Fraud on court**

## "Fraud on the Court" Cited By Momentum's SVP Finance & Accounting

Here, Vision argues that Momentum has committed a fraud upon the Court. As noted, a fraud on the court occurs "where it can be demonstrated, clearly and convincingly, that a party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by improperly influencing the trier or unfairly hampering the presentation of the opposing party's claim or defense." Triffin v. Automatic Data Processing, Inc., 394 N.J. Super. 237, 251 (App. Div. 2007). Courts possess an inherent power to sanction an individual for committing a fraud on the court. See, e.g., id.; Chambers v. Nasco, Inc., 501 U.S. 32, (1991). The United States Supreme Court in Chambers "made it clear that the court may exercise inherent power to sanction a party when he or she has, 'acted in bad faith, vexatiously, wantonly or for oppressive reasons.'" Triffin 394 N.J. Super. at 252 (quoting Chambers v. Nasco, Inc., 501 U.S. 32, 45 (1991)).

Here, the Court finds and believes that Mr. Graziano's certifications of completeness were false and signed under direction of Momentum's counsel, constituting a fraud upon the

8

MID C 000190-19     11/10/2021     Pg 9 of 9 Trans ID: CHC2021223374
Case 1:22-cv-02285-CPO-MJS   Document 1-2   Filed 04/19/22   Page 10 of 10 PageID: 57

Court. Moreover, the Court finds and believes that Momentum did indeed engage in a purposeful scheme to delay the adjudication of this matter by deliberately making claims but then never providing discovery which would prove or disprove those claims. Momentum, with the knowledge of corporate counsel, provided certifications of completeness and answers to interrogatories for the purpose of simply delaying the adjudication of this matter. The Court finds and believes, given the deposition of Mr. Graziano, that it was done in bad faith and indeed vexatiously to prevent this litigation from being resolved.

Source: legal complaint

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 603 of 650     Document 49

Source: Vision Solar vs. Pro Customer Solar dbs Momentum Solar
Case: Case 1:22-cv-02285-CPO-MJS

1) Generac press release

122


Business Insider has twice profiled Powerhome Solar's business practices in 2020. Powerhome Solar (now Pink Energy) claims on its website it does business in 15 states and has more than 2,000 people. It prominently features Generac on its home landing page. Its founder is Jayson Waller and its Chief Marketing Officer is Kevin Klink.[1] According to reports, the CEO was previously associated with ISI Alarms in North Carolina, and the State's Attorney General alleged Waller's company placed illegal robocalls that cited nearby break-ins to sell alarm systems.[2] The parties settled and ISI Alarms did not admit any wrongdoing. The CMO also settled an FTC charge of deceptive acts and was banned from engaging in Robocalls.

### Pink Energy Prominently Promotes Generac Products

### Pink Energy CMO Has A History With The FTC, Charged With "Deceptive Acts"

### Business Insider Has Twice Profiled Powerhome's Issues





Source: Pink Energy Website

Source: FTC Order vs. Klink

Source: Business Insider , Nov 8, 2020 and Nov 24, 2020

1) Pink Energy - About Us
2) "*NC alarm company to pay for illegal robocalls, AG Cooper announces,*" JDNews.com, May 2015"


The FTC is investing 135 complaints tied to Generac's partner Powerhome Solar (dba Pink Energy).



Source: "*Solar Panel Company Faces 135 Customer Complaints*," CBS4 Consumer Investigation, March 15, 2022

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 605 of 650    Document 49


A recent undercover investigation in Michigan in April 2022 highlighted upset customers of Powerhome Solar and profiled salesman they alleged were overpromising the benefits of solar installation.

**Powerhome Solar Customers Speak Up (Notice Generac Systems In The Background)**

*"I feel stupid, I should have did a little more research."*

*"The idea and proposal is wonderful, but it doesn't work."*

*"Everything they tell you is a lie."*

*"I drank the Kool-Aid, I'm losing it."*

Source: "*Dark side of solar sales: Powerhome Solar's pitch leaves customers powerless,*" Fox 2 Detroit, April 13, 2022

125



SPRUCE POINT
CAPITAL MANAGEMENT

# *Warning #4: Generac Solar Distributor Engaged In Alleged Fraud (May 2022)*

Another undercover investigation in the Southeast in May 2022 involving two Generac solar distributors, Powerhome Solar (now Pink Energy), the largest home solar company in the Southeast, and Solar Titan expressed concerns that consumers were being shown potentially misleading economic realities about installing the solar systems and being overcharged. Despite multiple public investigations, Generac still promotes these dealers on its website. In particular, Pink Energy has a warning alert with the Better Business Bureau.

## Generac Still Promoting Partners Under Dealer Search

Source: Generac

## BBB Has An Explicit Warning About Powerhome Solar (Pink Energy)

Source: BBB.org

## Generac PWRcell Purchasers Speak Up



*"It's not turned out to be what was promised, almost everything he said turned out to not be true."*

*"Feels like ya got taken to the cleaners."*

Source: *"Hidden cameras reveal dark side of solar power,"* Fox 5 Atlanta, May 17, 2022

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 607 of 650    Document 49

126



# *Reddit Speaks Up On Generac and Powerhome*

**According to commentary on Reddit from individuals claiming to have recently worked for Powerhome, the Company vastly overcharges for the Generac PWRcell by almost by 2x and expressed concern that the Generac battery is the weakest on the market with leading defects.**



**spoofybobber** · 2 yr. ago · edited 2 yr. ago

Well guys, using my alt account to avoid someone finding me out, but I worked at POWERHOME for about 6 months selling, and this company is robbing you blind.

The interest rates are only 2.99-4.49% but they overcharge by a mile. In training we were told we're selling "the mercedes of solar panels" which meant we were charging 5.50-8.00 per watt for Silfab panels and Generac batteries.(nothing special about them)

We charged customers $20,000 for a Generac PWRcell 8.7Kwh base model. Other companies were installing them for 11-13,000.

It was regular for me to show someone a 90,000 quote that had a large electric bill. Basically they charged as high as they could while still "saving you money over 30 years".

Their Energy Efficiency Package is where is gets really sketchy. Basically they have roof insulation, led light bulbs, sink faucets, etc that they're claiming will cut your energy usage by 20+%.

Problem is, basically every house already has those things, or at the very least has a good portion. This means we'd build up a system for a "90-95%" offset and by the time you take that bullshit off the quote it'd be down to 70% actual solar offset. Most salesman barely went over this.

The final part, talking on that douche nozzle Waller "get rich like me". The salesman are HEAVILY incentivized to close in the house. Basically they're preying on people who know nothing about solar, and pushing them to close in the house before they can shop around. The salesman are paid 5% of the revenue on those company appointments and 10% on self generated ...... most don't give a shit if it's right for you because they're making 2-10 grand to get you to close. Nothing illegal there, it's a tough job, but it's highly unethical. The appointments were dwindling when I quit so I'm hoping this is the beginning of their fall.

WHATEVER YOU DO, DO NOT BUY ANYTHING FROM THIS COMPANY!!!!!!!



**Ok-Tank-9032** · 2 mo. ago

I just recently quit PowerHome I won't disclose to much information as the company is under complete damage. Facts- Company is now charging 8.5-10$ per watts panels can be bought from the manufacturer for $300, Generac battery backup system is actually the weakest battery backup on the market with the leading defects (sadly) it's a newer battery in the solar market. PowerHome has and will rob anyone blind from the sales reps to the homeowner. I'm ashamed I worked for this company, I'm dearly sorry to all I sold these systems too not just because it's pure price gouging but those I did have installed all 20+ had issues not a single install went well. The company over promises and HIGHLY under delivers. The CEO & higher ups are all crooks who don't care for anyone but their wallets. Over 5 regional managers & 7 district managers all quit at once due to the corruption and lack of care for all the reps. Now PowerHome is attempting to sue more then half of these individuals it's sick, sad and deployable like the CEO jayson Waller aka the Wolf of Solar I hope to see him burn for the robbery of these homeowners and hope to see PowerHome burn.

At the time of quitting PowerHome the sales reps are now making 2% commission average pay is roughly $1600 per sale before taxes. Since the beginning of 2022 prices sky rocketed over $10,000 for the minimum system and they lowered our pay from 3%-2% commission per sale.

The minimum system cost is now 70k, they are charging 23k for the Generac battery which you can buy for 13k, Each panel W/everything else is $2500 per pop. Again for all the material it wouldn't cost you over 600$ per panel to get them functioning. POWERHOME WILL ROB YOU AND LEAVE YOU BLEEDING FOR THE LIFE OF THE LOAN!!!

⬆ 1 ⬇  💬 Reply  Share  Report  Save  Follow

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 608 of 650    Document 49

Source: "*Powerhome Solar Misleads Customers*" in reaction to the BI article on Reddit

127



*Governance Concerns And "Timely" Stock Sales By The Chairman & CEO*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 609 of 650    Document 49

Proprietary and Confidential —May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

**Chairman & CEO Sells Stock Under Multiple Trading Programs….**



Looking carefully, we observe that Generac Chairman & CEO Aaron Jagdfeld entered into a new 10b5-1 stock sale program on November 8, 2021. However, this wasn't disclosed until a Form 4 filing on February 1, 2022.[1] He was still selling stock under his old program enacted on October 30, 2020 through January 3, 2022. While not illegal to have two insider trading programs, the SEC is looking into making modifications to rules that would prohibit such practices. The SEC has identified a concern that insiders enter into multiple 10b5-1 plans at the same time to strategically execute trades under one plan and terminate trades on another to exploit MNPI.[2]

**November 8, 2021**
**What did CEO Jagdfeld know before entering into a second 10B5-1 program as dealer growth stopped, margins subsequently collapsed, and working capital and liquidity worsened?**



### Key Metrics of Generac Recently Worsening

| | 2021 | | | | 2022 |
| --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | Q1 |
| Residential Dealers | 7,700 | 8,000 | 8,100 | 8,100 | 8,100 |
| *QoQ Growth* | *5.5%* | *3.9%* | *1.3%* | *0.0%* | *0.0%* |
| Liquidity to LTM Sales | 37.1% | 26.0% | 25.4% | 14.6% | 12.2% |
| Working Capital / LTM Sales | 15.4% | 15.5% | 16.0% | 16.7% | 18.6% |
| Gross Margin | *39.9%* | *36.9%* | *35.6%* | *34.0%* | *31.8%* |
| *YoY Change* | *3.6%* | *-1.3%* | *-3.7%* | *-5.5%* | *-8.1%* |

Source: Generac filings, conference calls and Spruce Point analysis

1) Form 4 showing execution under 10b5-1 Sale Plan enacted
2) "*SEC Proposes Significant Changes to Rule 10b5-1 Plans and Introduces New Disclosure Requirements*", Sherman & Sterling, Dec 23, 2021

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 610 of 650    Document 49



Looking carefully at Generac's import records for a gauge of its economic activity since Jan 1, 2021, we see that imports sharply declined around the October / November 2021 period. This corresponds with the CEO forming a family foundation and entering into his second stock sale program on November 8, 2021 which wasn't disclosed until Feb 1, 2022.

**U.S. Import Records For Generac Holdings**

**Feb**: Chief Marketing Officer "Retires". Issues Terrible Cash Flow Guidance For 2022

**October 26th**
CEO Family Foundation Formed

**November 8th**
CEO Enters Into 2nd 10b5-1 Trading Program, Not Disclosed Until Feb 2022

**March**: Clawback Policy Expanded

**November 3rd**
Cuts margin guidance and warns of supply chain but says it has tremendous momentum into 2022 and price increases will improve margins

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 611 of 650    Document 49

Source: Panjiva.com

130




Looking carefully at CEO Jagdfeld's recent trading activity, we find he entered into his single largest stock sale transaction in his trading history on Feb 1, 2022 by disposing of 34,894 for proceeds of $9.8 million. **Most alarming, we observe his largest sale was ahead of FY 2021 results when Generac issued FY 2022 guidance. FY 2022 cash flow to net income guidance of 70%-80% would be the first time since at least 2013 that Generac guided cash flow conversion lower than 90%**.

| Chairman & CEO Insider Stock Sale Analysis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale Date | Prices | Total Shares | Proceeds | 10b5-1 Program | Enacted | Note | Source |
| Jan 3, 2022 | $355.57 - $353.93 | 5,000 | $1,752,488 | Yes | Oct 30, 2020 | | Form 4 |
| Feb 1, 2022 | $280.08 - $286.29 | 34,894 | $9,856,053 | Yes | Nov 8, 2021 | Ahead of Earnings and Weakest FY 2022 Cash Flow Guidance | Form 4 |
| March 1, 2022 | $314.49 | 5,000 | $1,572,450 | Yes | Nov 8, 2021 | | |
| March 1, 2022 | $315.875 | 2,569 | $811,483 | No[1] | -- | | Form 4 |
| March 1, 2022 | $315.875 | 1,988 | $627,960 | No | -- | | |
| March 1, 2022 | $315.875 | 758 | $239,433 | No | -- | | Form 4 |
| April 1, 2022 | $298.75 | 5,000 | $1,493,700 | Yes | Nov 8, 2021 | | Form 4 |
| May 2, 2022 | $218.70 | 5,000 | $1,093,500 | Yes | Nov 8, 2021 | | Form 4 |
| June 3, 2022 | $250.68 | 5,000 | $1,253,400 | Yes | Nov 8, 2021 | | Form 4 |

1) These three transactions were marked as "F"; payment of exercise price or tax liability using a portion of securities received from the Company

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 612 of 650    Document 49





On October 26, 2021, days before his other 10b5-1 stock sale program started, the Chairman & CEO formed the Jagdfeld Giving Foundation for charitable purposes. **This certainly makes it appear as if the CEO's stock sales are well intentioned**. **Just six days later on the next earnings call Nov 2, 2021 the CEO talked up the future by saying**, "*We got to put all that together when we put our 2022 guidance together formally, but I would say the initial receptivity (related to the Chilicon Power acquisition) continues to be strong. Our project remains online and on target and the internal excitement here around what we can do with that product line is -- if you talk to Ross Minick (Chief Marketing Officer) and his team, he's incredibly bullish on what we're going to be able to do with that longer-term*".[1] **Minick would later retire in Feb 2022 and forfeit millions in compensation, some of which was tied to Chilicon's success**.[2] In addition, the 2022 guidance provided the worst cash flow conversion expectation in history.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 613 of 650     Document 49

Source: Wisconsin Dept of Financial Institutions

1) Q3 2021 Conf Call
2) 8-K: CMO Minick retires





Spruce Point rarely sees companies modify their initial clawback policy. However, Generac expanded the policy recently in March 2022 to cover management "*gross negligence*" or "*misconduct resulting in violation of law or company policy*" that causes harm to the firm.

*"Effective April 2019, the Company adopted a formal "clawback" policy applicable to annual and long-term incentive awards made to the CEO, CFO and any other key member of executive management as identified by the Board or CEO. Under this policy, the Company may seek to recoup incentive compensation paid to covered employees to the extent that such compensation was granted, vested, or earned based on financial results that the Company is required to restate as a result of material noncompliance with any financial reporting requirement under federal securities laws.*

*In March 2022, the Company expanded the policy to allow recoupment of incentive compensation paid in the event of gross negligence in performance or misconduct resulting in a violation of law or Company policy, where such acts resulted in significant financial or reputational harm to the Company."*

Source: 2022 Proxy Statement

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 614 of 650    Document 49





Generac's goals are heavily tied to EBITDA over actual cash flow. In fact, even the 25% "Individual Performance Goals" references back to EBITDA. Generac doesn't define how it calculates "PWC" or Primary Working Capital. What's clear though is there's a large divergence between how Adjusted EBITDA outperformed, while working capital improvements have struggled (and worsened according to our calculations).

## 2021 Goals

| Annual Performance Bonus Metrics | 2021 Financial Targets (in millions of $US) | 2021 Achievement (in millions of $US) | Overall Payout % |
|---|---|---|---|
| Adjusted EBITDA (50%)* | $770.4 | $843.5 | |
| PWC as % of Net Sales (25%) | 24.0% | 26.2% | 122% |
| Individual Performance Goals (25%) | NA | Paid Out Based on Adjusted EBITDA Achievement | |

\* Adjusted EBITDA under the AIP excludes the impact of acquisitions that occurred during the performance period and is calculated before deduction for noncontrolling interests.

Source: 2022 Proxy Statement

## 2020 Goals

| Annual Performance Bonus Metrics | 2020 Financial Targets (in millions of $US) | 2020 Achievement (in millions of $US) | Payout % |
|---|---|---|---|
| Adjusted EBITDA (50%)* | $476.8 | $585 | |
| PWC as % of Net Sales (25%) | 27.50% | 27.10% | 182% |
| Individual Performance Goals (25%) | NA | Aligned to Adjusted EBITDA | |

Source: 2021 Proxy Statement



*Valuation And Downside Case*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 616 of 650    Document 49

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Unrealistic Upside



Spruce Point believes current sell-side analyst price targets are wildly optimistic. The consensus estimate projects 74% upside to Generac's share price. Almost 90% of its stock promoters have a "Buy" recommendation or equivalent. **11% are "Hold" and not a single analyst says "Sell".** How is this possible? We believe no analyst has conducted a rigorous forensic financial investigation similar to Spruce Point's.

| Analyst | Recommendation | Price Target |
|---|---|---|
| Guggenheim | Buy | $561.00 |
| Canaccord | Buy | $485.00 |
| Credit Suisse | Outperform | $456.00 |
| JP Morgan | Overweight | $455.00 |
| Stephens | Overweight | $450.00 |
| Truist | Buy | $425.00 |
| Goldman Sachs | Buy | $410.00 |
| Citi | Buy | $380.00 |
| Northland | Outperform | $370.00 |
| Oppenheimer | Outperform | $360.00 |
| Piper Sandler | Overweight | $350.00 |
| KeyBanc | Overweight | $350.00 |
| Stifel | Hold | $334.00 |
| Roth Capital Partners | Buy | $320.00 |
| Baird | Outperform | $298.00 |
| NorthCoast | Buy | $292.00 |
| Morningstar | Hold | $275.00 |
| Argus | Buy | $250.00 |
| **Average Price Target**<br>**% Upside (Downside)** | | **$382.68**<br>**74%** |

### Recommendation Mix



11%

89%

■ Buy ■ Hold

Based on closing price of $220 per share

136




We believe Generac's capital allocation decisions reflect poor financial judgement and decision-making on the part of management and will weigh down future earnings prospects.

| Item | Explanation |
|---|---|
| **Dividends and Buyback** | Generac did not use any of its recent windfall profits from increased product demand through COVID-19 to reward investors with a regular or special dividend. Instead, Generac repurchased 350k shares in 2021 for $126 million @ $360.0 per share, or a 64% premium to its share price. Furthermore, a substantial majority of the stock repurchases came in Q4 2021 when evidence shows Generac's financial condition was deteriorating. As referenced earlier, this could have been to offset dilution from ecobee. Thus, we heavily question management's financial discipline and judgement with its recent buyback decisions. |
| **Acquisitions** | Generac has not proven to be a skilled acquiror even within its core business. We present evidence of why we believe recent core acquisitions such as Pramac, and Motortech have not panned out. Now Generac's story rests on it growing a clean energy and grid services business all based on expensive acquisitions in businesses it has no operating experience. We present evidence why many of these recent clean energy and grid services acquisitions have troubled pasts. |
| **Capacity Expansion** | Instead of steadily building capacity for anticipated demand, in early 2021, Generac announced a substantial capacity increase in response to demand by purchasing its Trenton, SC facility and committing to double production capacity, thereby increasing total capacity by 4x since 2020. Key competitors such as Kohler and Briggs & Stratton have also doubled and tripled capacity. Supply chain issues and inflation have further hampered its expansion plans. Now with economic activity slowing, mortgage rates rising and real estate cooling, we believe Generac will be stuck with excess capacity and heavily pressured margins. |
| **R&D Expense And New Product Development** | We believe Generac has a questionable history of return on R&D, and expect expenses to rise as it must fix and improve faulty products identified through recent product recalls. Also, it is getting into more technologically intensive businesses such as solar battery storage and inverters. Its engineer headcount has doubled from 500 at year end 2020 to now over 1,000. Generac didn't directly disclose to investors that it is spending $20 million for expansion at its headquarters for an R&D center focused on its Oshkosh plant which produces liquid cooled industrial and commercial generators.  This was reported to the local press and not in SEC filings or on its recent investor calls. |

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 618 of 650     Document 49



# Multiple Headwinds And Issues Not Factored Into Generac's Valuation



Spruce Point believes sell-side analysts and investors are not factoring in multiple issues that will likely cause Generac to severely miss its lofty financial expectations and/or should factor into Generac receiving a lower valuation relative to peers. These issues are above and beyond the pending economic slowdown.

| Issue | Explanation |
|---|---|
| **COVID-19 and Texas Power Outage** | Spruce Point believes that Generac was a material beneficiary of COVID-19 due to the stay-at-home / home-as-a-sanctuary effect. The decision to invest in an HSB was made easier during a period where working at home became the norm and it was impossible to determine when work would transition back to the office. Also the Texas power outage caused a one-off spike in demand. |
| **Quality of Financial Disclosures** | Generac's financial disclosures, notably factors affecting sales are particularly weak. We list where we believe there are shortcomings. In addition, Generac's discussion of EBITDA factors is also potentially misleading. For example, Generac is blaming rising commodity costs logistics (i.e. supply chain issues) just on its Domestic segment results. Rising commodity costs and supply chain challenges have been a global phenomenon, and Generac has manufacturing facilities all over the globe, so why are its International segment results immune from these pressures? |
| **Price Changes** | Generac has warned that it can't accurately track price changes. Though it does say it increased prices in 2021 which will come through its results in 2022. However, once that laps, Generac will have a tough comp. Furthermore, Generac hasn't disclosed price cuts in its core portable power generator business, which we estimate is a $100+ million headwind. |
| **Solar and Clean Energy Ambitions** | Generac doesn't break out and certify any of its financial claims in SEC filings. It also isn't discussing that: 1) Its dealer growth recently slowed, and key regional dealers no longer are selling Generac, 2) Its product performance claims vis-à-vis Tesla have changed and were dropped on its website, 3) It is increasing incentives to recruit new dealers, 4) It has limited control over dealers who could be duping customers, and 5) It appears to be indirectly financing the purchase of its own products through a Sunnova entity. A greater existential risk is the phase out of the solar credit post 2024 which could severely impair its solar business. |
| **Lawsuits and Product Recalls** | Generac is facing escalating legal challenges, including a class action lawsuit, from product issues and is now disclosing potential government investigations as a risk in Generac's "Forward Looking Statements". Generac is having to issue longer warranties and/or make due on existing ones. We observe warranty expense is quickly increasing. We believe all of these incremental costs will weigh on results. |
| **Currencies** | Generac is becoming more exposed to foreign currencies as it expands internationally. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |



*Generac Sales Disclosures Are Deficient. It Deserves A Valuation Discount For Lack of Transparency*



From the beginning, the SEC challenged Generac to give more disclosures about net sales, and to quantify price and volume effects. The SEC called Generac's revenue reporting "general and vague."[1] To this day, we believe it remains deficient in many best practice disclosure areas regarding sales. If the Company wants to be transparent it can start providing clearer disclosures around the following areas:

| Item | What Generac Says | Spruce Point Concern |
|---|---|---|
| Segment Reporting | Generac reports three segments 1) Residential Products, 2) Commercial & Industrial Products, and 2) Other | We believe Residential has three distinct product lines of importance: 1) Home Standby Generators, 2) Portable Generators, and now 3) Clean Energy. Generac does not provide a breakdown of revenue by major lines. Generac doesn't provide hard numbers about its supposedly fast growing Clean Energy business in SEC filings (either on a quarterly or annual basis). The only number it has provided was $115m in 2020 sales on a conf call, and has just given growth %'s for 2021 and 2022E. We pointed out legacy revenue reporting issues with Pika Energy and Neurio from inception of the Clean Energy business. |
| Sales by Channel | "Omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers (including certain private label arrangements), solar installers, catalogs, equipment rental companies, and equipment distributors. We also sell direct to certain national and regional account customers" | Generac does not provide any financial disclosure about what percentage of revenues come from major channels, or the relative margin attractiveness by channel. For example, we believe eCommerce is a growing sales channel, but sales though its own platform are weighing on margins as it has to absorb more shipping costs to stay competitive. |
| Price or Volume Impact | "We are unable to determine the specific impact of changes in selling prices or changes in volumes or mix of our products on our net sales, Because of the wide range of products that we sell, the level of customization for many of our products, the frequent rollout of new products…" | Spruce Point believes this is a blatant excuse and evidence that Generac is a poorly organized and managed company. We've seen companies 10x the size of Generac do a better job reporting price and volume impacts. In 2017, Generac qualified this statement by warning it uses "different accounting systems" as part of the reason. Perhaps it should invest in consolidating systems and better IT and software. |
| Acquisitions and Foreign Currency | "In addition, the impact of acquisitions and foreign currency added $68.5 million of revenue growth." | Generac's reporting is not clear. Notice it recently combined the impact of acquisitions and currencies, making it difficult to disaggregate each component. |
| Financing Customer Purchases | Nothing | Generac has a partnership with Synchrony allowing homeowners to make purchases on credit. Generac provides no disclosures about how much of consumer sales are financed. |
| Net Sales | "Net sales also include shipping and handling charges billed to customers, with the related freight costs included in cost of goods sold." | Generac's revenue recognition also mentions revenue is adjusted for expected returns, discounts, rebates, or other promotional incentives or allowances. Generac provides no quantitative disclosure for any of these revenue amounts. |

1) SEC comment letter, question #26

Generac's multiple is still elevated from its Pre-COVID expansion. Based on aggressive consensus estimates, clean energy will comprise just 7% of 2022E total revenues, not material enough to cause a wholesale re-rating of its multiple. Its multiple should reflect the worsening of its core business, and a discounted multiple on its clean energy business to reflect its weak market position cobbled together from troubled legacy and subscale industry players. We see that Generac's multiple had been trending lower before COVID-19 because we believe the market was discounting the future pressures its core generator business would eventually face.





Source: Bloomberg



Generac trades at an irrational premium to a variety of consumer, residential home and industrial power and electrical equipment peers.

$ in mm, except per share figures

| Name (Ticker) | Stock Price 6/21/2022 | Adj Ent. Value | 2022E Gross Margin | 2022E Capex Margin | 2022E OCF Margin | 2022E EBITDA Margin | Sales Growth '22E-'23E | EV / Sales 2022E | EV / Sales 2023E | EV / EBITDA 2022E | EV / EBITDA 2023E | Price / EPS 2022E | Price / EPS 2023E | EV/CFO 2022E | Net Debt 2022E EBITDA | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black and Decker (SWK) | $102.65 | $28,009 | 31.7% | 3.0% | 9.3% | 13.8% | 3.9% | 1.5x | 0.9x | 10.7x | 9.6x | 10.5x | 9.0x | 16.0x | 3.5x | 3.1% |
| Snap-on (SNA) | $197.54 | $11,148 | 50.4% | 2.2% | 21.7% | 27.2% | 4.2% | 2.5x | 2.3x | 9.3x | 9.1x | 12.5x | 11.9x | 11.7x | 0.3x | 2.9% |
| Hubbell Inc (HUBB) | $174.12 | $10,673 | 29.4% | 2.2% | 12.1% | 16.6% | 4.7% | 2.3x | 1.9x | 13.6x | 12.4x | 18.6x | 16.9x | 18.6x | 1.4x | 2.4% |
| Regal Rexnord (RRX) | $110.73 | $9,114 | 32.5% | 2.3% | 14.3% | 21.1% | 3.6% | 1.7x | 1.4x | 8.3x | 7.5x | 10.5x | 9.6x | 12.2x | 1.3x | 1.2% |
| The Toro Co. (TTC) | $73.83 | $8,714 | 33.3% | 3.4% | 11.3% | 15.2% | 8.4% | 1.9x | 1.6x | 12.6x | 10.9x | 18.1x | 15.2x | 16.4x | 1.1x | 1.6% |
| Pentair (PNR) | $44.30 | $8,450 | 35.5% | 1.8% | 16.2% | 19.8% | 3.2% | 2.0x | 1.7x | 10.3x | 9.8x | 11.9x | 11.2x | 12.7x | 1.2x | 1.9% |
| Lennox (LII) | $186.89 | $8,609 | 28.4% | 2.7% | 11.7% | 16.1% | 2.9% | 1.9x | 1.4x | 11.6x | 10.9x | 13.2x | 12.2x | 16.0x | 2.3x | 2.0% |
| A.O. Smith (AOS) | $52.89 | $8,125 | 36.6% | 1.8% | 14.3% | 20.1% | 2.7% | 2.0x | 2.0x | 10.0x | 9.5x | 15.0x | 13.9x | 13.9x | -0.3x | 2.1% |
| Donaldson (DCI) | $47.01 | $6,327 | 32.6% | 2.9% | 8.3% | 17.0% | 7.5% | 1.9x | 1.7x | 11.3x | 10.2x | 17.5x | 15.3x | 18.2x | 0.8x | 1.9% |
| Vertiv (VRT) | $9.19 | $6,326 | 30.9% | 2.2% | 4.5% | 10.9% | 6.0% | 1.1x | 0.6x | 10.3x | 7.6x | 13.2x | 7.8x | 25.0x | 3.4x | 0.0% |
| EnerSys (ENS) | $59.23 | $3,451 | 22.7% | 2.7% | 7.3% | 10.7% | 4.3% | 0.9x | 0.7x | 8.9x | 7.8x | 11.6x | 9.4x | 19.0x | 2.2x | 1.2% |
| Resideo (REZI) | $19.78 | $4,298 | 28.0% | 1.6% | 7.5% | 12.1% | 4.6% | 0.7x | 0.4x | 5.4x | 4.9x | 8.2x | 6.9x | 8.8x | 1.6x | 0.0% |
| Itron (ITRI) | $47.28 | $2,596 | 29.2% | 1.6% | 3.6% | 6.4% | 10.7% | 1.3x | 1.0x | 20.0x | 11.2x | 36.9x | 17.0x | 35.1x | 1.9x | 0.0% |
| Enerpac Tool Group (EPAC) | $17.98 | $1,133 | 45.0% | 1.8% | 10.1% | 15.8% | 5.4% | 2.0x | 1.8x | 12.5x | 10.5x | 21.0x | 16.9x | 19.6x | 0.4x | 0.0% |
| | | Max | 50.4% | 3.4% | 21.7% | 27.2% | 10.7% | 2.5x | 2.3x | 20.0x | 12.4x | 36.9x | 17.0x | 35.1x | 3.5x | 3.1% |
| | | Average | 33.3% | 2.3% | 10.9% | 15.9% | 5.2% | 1.7x | 1.4x | 11.1x | 9.4x | 15.6x | 12.4x | 17.4x | 1.5x | 1.4% |
| | | Min | 22.7% | 1.6% | 3.6% | 6.4% | 2.7% | 0.7x | 0.4x | 5.4x | 4.9x | 8.2x | 6.9x | 8.8x | -0.3x | 0.0% |
| Generac (GNRC) | $220.00 | $15,815 | 35.9% | 2.7% | 12.7% | 21.7% | 11.0% | 3.1x | 2.8x | 14.1x | 11.7x | 18.7x | 15.5x | 24.1x | 1.2x | 0.0% |
| Spruce Point Adjusted | $220.00 | $15,779 | 34.8% | 2.8% | 12.6% | 20.0% | 15.3% | 3.2x | NA | 15.8x | NA | 20.4x | NA | NA | 1.4x | 0.0% |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 622 of 650    Document 49

Source: Bloomberg and Spruce Point estimates. Note: Given economic uncertainty, Spruce Point is not estimating 2023 figures for Generac.



# *Relative Value Peers For Clean Energy*

Manufacturers of clean energy solutions don't necessarily carry higher valuation multiples. Excluding Enphase, which has margins that Generac will likely never achieve, peers are trading around 2.7x and 2.0x 2022E and 2023E sales, respectively. Generac claims its clean energy business is profitable, but won't provide specifics. Given its opaque financial reporting and legacy of acquiring challenged businesses, we believe Generac's Clean Energy business should trade at a discount.

$ in millions except per share prices

| Name (Ticker) | Stock Price 6/21/2022 | Adj Ent. Value | 2022E Gross Margin | 2022E Capex Margin | 2022E OCF Margin | 2022E EBITDA Margin | Sales Growth '22E-'23E | EV / Sales 2022E | EV / Sales 2023E |
|---|---|---|---|---|---|---|---|---|---|
| SolarEdge (SEDG) | $283.10 | $15,056 | 28.6% | 4.7% | 7.0% | 15.5% | 25.6% | 4.9x | 4.2x |
| Enphase Energy (ENPH) | $193.29 | $28,195 | 40.0% | 2.5% | 23.5% | 27.6% | 31.5% | 13.5x | 10.2x |
| First Solar (FSLR) | $68.20 | $6,109 | 6.9% | 37.0% | 14.4% | 8.2% | 36.4% | 2.5x | 2.2x |
| SMA Solar (s92 GR) | $47.02 | $1,436 | 20.0% | 5.5% | 3.5% | 3.1% | 17.2% | 1.4x | 1.4x |
| Bloom Energy (BE) | $17.28 | $3,663 | 22.8% | 9.9% | 2.8% | 2.6% | 30.7% | 3.2x | 2.1x |
| Array Technologies (ARRY) | $12.68 | $3,057 | 16.1% | 0.6% | -1.2% | 8.9% | 23.3% | 2.2x | 1.1x |
| **Max** | | | 40.0% | 37.0% | 23.5% | 27.6% | 36.4% | 13.5x | 10.2x |
| **Average** | | | 22.4% | 10.0% | 8.3% | 11.0% | 27.4% | 4.6x | 3.5x |
| **Min** | | | 6.9% | 0.6% | -1.2% | 2.6% | 17.2% | 1.4x | 1.1x |

Source: Bloomberg

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 623 of 650    Document 49



| Item | What Generac and Street Says | Spruce Point Concern |
|---|---|---|
| **Sales Growth** | **Generac:** *"Raising sales guidance net sales are now expected to increase between 36% to 40% from the previous guidance of net sales growth between 32% to 36% and assumes shipments of residential products increased at a mid- to high 40% rate during 2022, up from prior expectation for a low 40% rate."* <br> **Analysts**: 38.5% FY growth | We see residential spending slowing and the COVID-19 demand affect waning. In addition we believe a strong US Dollar appreciating by +9.7% against key foreign currencies haven't adequately been factored into estimates. Lastly, given our findings that Generac has lost key solar distributors, and is failing to growth the overall dealer base, we expect clean energy sales to fall short. |
| **Gross Margins** | **Generac**: *"We expect first quarter 2022 to be the peak of this year-over-year price/cost headwind as price realization has a more meaningful positive impact on our gross margins, certain inflationary pressures progressively ease for the remainder of the year and as the benefits of our focused cost-reduction initiatives further materialize."* <br> **Analysts**: Expanding from 31.8% current to 39.5% by year end | Generac's core input costs are steel, copper and aluminum, and prices have moderated. However, labor and shipping costs remain tight. More concerning is that Generac is increasing capacity (i.e. overhead) that we don't believe will be fully absorbed and pressure margins. |
| **EBITDA** | **Generac:** *"OpEx percent to increase approximately 100 basis points compared to full-year 2021, primarily due to the impact of recent acquisitions that have a higher operating expense load relative to sales given their **start-up nature**."* <br> **Analysts:** model EBITDA margin expanding from 16.5% to 25.3% by year end | Generac has bought businesses with 10-20+ year operating histories and yet it refers to them as "start-up" in nature. Seriously? We consider it a major red flag that Generac is now lowering EBITDA margin guidance by 50bps and blaming it on this reason. Our interpretation is that losses from acquired businesses are increasing. In addition, we expect engineering costs to rise as product complexity rises and to deal with product recall issues. |
| **Cash Flow** | **Generac**: Adj net income to FCF will be 70-80% <br> **Analysts**: Q1 negative -$10.1m CFO but will be $655 by year end. | Seems optimistic given that inventory turns have been declining and payables have been heavily stretched out and will need to be settled. Interest expense rising will also pressure cash flow. |

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 624 of 650    Document 49

Source: Generac Q1 2022 Conf Call

143



# We Estimate 40% – 50% Downside Risk

$ in millions, except per share amounts

| Valuation Method | Low Price | High Price | Note |
|---|---|---|---|
| **Multiple of Revenues** | **1.6x** | **1.9x** | |
| 2022E Legacy Revenues | $4,660 | $4,680 | |
| **Multiple of Revenues** | **2.0x** | **2.5x** | |
| 2022E Clean Energy Revenue | $315 | $322 | |
| **Enterprise Value** | **$8,086** | **$9,697** | Our revenues are lower than the Street |
| Less: Debt | ($1,210) | ($1,210) | and incorporate a lower multiple |
| Plus: Cash and Securities (1) | $188 | $188 | reflecting a struggling legacy business, |
| Plus: NCI (2) | $36 | $72 | and a low quality clean energy |
| **Equity Value** | **$7,100** | **$8,747** | business assembled via acquisitions. |
| Diluted Shares | 65.2 | 65.2 | |
| **Price Target** | **$108.88/sh** | **$134.14/sh** | |
| *% Downside* | ***-51%*** | ***-39%*** | |
| **Multiple of EBITDA** | **10.0x** | **11.0x** | |
| 2022E EBITDA | $975.0 | $995.0 | |
| **Enterprise Value** | **$9,750** | **$10,945** | Generac trades at a premium EBITDA |
| Less: Debt | ($1,210) | ($1,210) | multiple to peers. Our estimates |
| Plus: Cash and Securities (1) | $188 | $188 | incorporate slightly higher operating |
| Plus: NCI (2) | $36 | $72 | costs for recent acquisitions and |
| **Equity Value** | **$8,764** | **$9,995** | engineering expenses. |
| Diluted Shares | 65.2 | 65.2 | |
| **Price Target** | **$134.40/sh** | **$153.27/sh** | |
| *% Downside* | ***-39%*** | ***-30%*** | |

Source: Company financials and Spruce Point adjustments. Downside based on $220 per share.
1) We reduce cash by $18.4m to account for the remaining contractual commitment to the Sunnova entity: ($25m - $6.6m), see slide
2) We discount the value of the NCI in our low case given the issues we've identified at Pramac (Italy) which is the majority of the NCI, see slide

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 625 of 650    Document 49

144



*Any Questions?*

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 626 of 650    Document 49

Source: Oliver Construction

# EXHIBIT 33



# Generac Announces Preliminary Third Quarter 2022 Results

October 19, 2022

WAUKESHA, Wis., Oct. 19, 2022 (GLOBE NEWSWIRE) -- Generac Holdings Inc. (NYSE: GNRC) ("Generac" or the "Company"), a leading global designer and manufacturer of energy technology solutions and other power products, today announced selected preliminary financial results for its third quarter ended September 30, 2022 and provided an update on its outlook for the full year 2022. Generac also announced plans to release its full third quarter 2022 financial results before the market opens on Wednesday, November 2, 2022 and hold a conference call at 10:00 a.m. EDT on that day to discuss the Company's operating results and updated outlook in more detail.

**Preliminary Third Quarter 2022 Results**

- Preliminary net sales increased 15% to approximately $1.09 billion during the third quarter of 2022 as compared to $943 million in the prior-year third quarter.

- Preliminary net income attributable to the Company during the third quarter was approximately $58 million, or $0.83 per share, as compared to $132 million, or $1.93 per share, for the same period of 2021. The current year net income includes pre-tax charges totaling approximately $55 million, including approximately $37 million of clean energy product warranty-related matters and approximately $18 million of bad debt expense related to a clean energy product customer that has filed for bankruptcy.

- Preliminary adjusted net income attributable to the Company, as defined in the accompanying reconciliation schedules, was approximately $112 million, or $1.75 per share, during the third quarter as compared to $151 million, or $2.35 per share, for the same period of 2021.

- Preliminary adjusted EBITDA before deducting for noncontrolling interests, as defined in the accompanying reconciliation schedules, was approximately $184 million, or approximately 17% of net sales, during the third quarter as compared to $209 million, or 22% of net sales, for the same period of 2021.

"Despite reporting mid-teens net sales growth, third quarter results fell short of our prior expectations," said Aaron Jagdfeld, President and Chief Executive Officer. "While shipments of Commercial & Industrial products performed as expected, Residential product sales were pressured during the quarter. As discussed on our second quarter earnings call, installation capacity for home standby generators continued to grow but still lagged our production output during the third quarter. This has resulted in higher field inventory levels and lower home standby generator orders from our channel partners than previously expected even as end customer demand continues to be strong driven by elevated power outages, most notably from Hurricane Ian. Additionally in the quarter, clean energy product shipments were negatively impacted by a large customer which ceased operations and has since filed for bankruptcy protection."

**2022 Outlook Update**

Due to the items highlighted above, the Company is revising its full-year 2022 net sales growth guidance range to 22 to 24% as compared to the prior year, which includes approximately 5 to 7% net impact from acquisitions and foreign currency, compared to the previous growth guidance range of 36 to 40%. Although the Company experienced sequential improvements in key metrics for the home standby category with dealer count, in-home consultations, close rates, activations, and dealer project lead times all improving during the third quarter, home standby order headwinds are expected to persist during the fourth quarter and through the first half of 2023 as distribution partners continue to increase installation capacity and work down their extended backlogs and elevated field inventories.

Additionally, the Company now expects net income margin, before deducting for non-controlling interests, to be approximately 9.0 to 10.0% for the full-year 2022 compared to the previous guidance of 13.0 to 14.0%. This net income guidance includes the impact of the aforementioned $55 million of third quarter pre-tax charges. The corresponding adjusted EBITDA margin is now expected to be approximately 18.0 to 19.0% compared to the previous guidance of 21.5 to 22.5%.

The select financial information provided in this release is preliminary. As the Company completes its third quarter financial close process and finalizes its outlook for the remainder of the year, it is possible that the Company may identify items that require it to make adjustments to the preliminary financial information set forth above, and those adjustments could be material. Furthermore, this update does not present all necessary information for an understanding of the Company's financial condition as of the date of this release, or its results of operations for the third quarter of 2022.

Conference Call and Webcast

Generac management will provide further details regarding third quarter financial results and updated full year 2022 outlook during its conference call at 10:00 a.m. EDT on Wednesday, November 2, 2022.

The conference call can be accessed at the following link: https://register.vevent.com/register/BI3d00d0fc061b4e438a6aee644a56a692. Individuals that wish to listen via telephone will be given dial-in information.

The conference call will also be webcast simultaneously on Generac's website (http://www.generac.com), accessed under the Investor Relations link. The webcast link will be made available on the Company's website prior to the start of the call within the Events section of the Investor Relations website.

Following the live webcast, a replay will be available on the Company's website.

About Generac

Generac is a leading energy technology company that provides backup and prime power systems for home and industrial applications, solar + battery storage solutions, smart home energy management devices and energy services, advanced power grid software platforms and engine- and battery-powered tools and equipment. Founded in 1959, Generac introduced the first affordable backup generator and later created the category of automatic home standby generator. The company is committed to sustainable, cleaner energy products poised to revolutionize the 21st century electrical grid.

Forward-looking Information

Certain statements contained in this news release, as well as other information provided from time to time by Generac Holdings Inc. or its employees, may contain forward looking statements that involve risks and uncertainties that could cause actual results to differ materially from those in the forward looking statements. Forward-looking statements give Generac's current expectations and projections relating to the Company's financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

Any such forward looking statements are not guarantees of performance or results, and involve risks, uncertainties (some of which are beyond the Company's control) and assumptions. Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

- frequency and duration of power outages impacting demand for our products;
- fluctuations in cost and quality of raw materials required to manufacture our products;
- availability of both labor and key components from our global supply chain, including single-sourced components, needed in producing our products;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products;
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand;
- significant legal proceedings, claims, lawsuits or government investigations.

Should one or more of these risks or uncertainties materialize, Generac's actual results may vary in material respects from those projected in any forward-looking statements. In the current environment, some of the above factors have materialized and may or will continue to be impacted by the COVID-19 pandemic, which may cause actual results to vary from these forward-looking statements. A detailed discussion of these and other factors that may affect future results is contained in Generac's filings with the U.S. Securities and Exchange Commission ("SEC"), particularly in the Risk Factors section of the 2021 Annual Report on Form 10-K and in its periodic reports on Form 10-Q. Stockholders, potential investors and other readers should consider these factors carefully in evaluating the forward-looking statements.

Any forward-looking statement made by Generac in this press release speaks only as of the date on which it is made. Generac undertakes no obligation to update any forward-looking statement, whether as a result of new information, future developments or otherwise, except as may be required by law.

Non-GAAP Financial Metrics

*Core Sales*

The Company references core sales to further supplement Generac's condensed consolidated financial statements presented in accordance with U.S. GAAP. Core sales excludes the impact of acquisitions and fluctuations in foreign currency translation. Management believes that core sales facilitates easier and more meaningful comparison of net sales performance with prior and future periods.

*Adjusted EBITDA*

To supplement our condensed consolidated financial statements presented in accordance with U.S. GAAP, the Company provides the computation of Adjusted EBITDA attributable to the Company, which is defined as net income before noncontrolling interest adjusted for the following items: interest expense, depreciation expense, amortization of intangible assets, income tax expense, certain non-cash gains and losses including purchase accounting and contingent consideration adjustments, share-based compensation expense, losses on extinguishment of debt, certain transaction costs and credit facility fees, business optimization expenses, certain specific provisions, and adjusted EBITDA attributable to noncontrolling interests,

as set forth in the reconciliation table below.

*Adjusted Net Income*

To further supplement Generac's condensed consolidated financial statements presented in accordance with U.S. GAAP, the Company provides a summary to show the computation of adjusted net income attributable to the Company. Adjusted net income attributable to the Company is defined as net income before noncontrolling interests adjusted for the following items: amortization of intangible assets, amortization of deferred financing costs and original issue discount related to the Company's debt, intangible impairment charges, certain transaction costs and other purchase accounting adjustments, losses on extinguishment of debt, business optimization and other charges, certain other non-cash gains and losses, and adjusted net income attributable to non-controlling interests. In addition, for periods prior to 2022, adjusted net income reflects cash income tax expense due to the existence of the tax shield from the amortization of tax-deductible goodwill and intangible assets from the acquisition of the Company by CCMP Capital Advisors, LLC in 2006. Due to the expiration of this tax shield in the fourth quarter of 2021, there is no similar reconciling item starting in 2022.

The presentation of this additional information is not meant to be considered in isolation of, or as a substitute for, results prepared in accordance with U.S. GAAP. Please see the accompanying Reconciliation Schedules and our SEC filings for additional discussion of the basis for Generac's reporting of Non-GAAP financial measures, which includes why the Company believes these measures provide useful information to investors and the additional purposes for which management uses the non-GAAP financial information.

SOURCE: Generac Holdings Inc.

CONTACT:
Michael W. Harris
Senior Vice President – Corporate Development & Investor Relations
(262) 506-6064
InvestorRelations@generac.com

Generac Holdings Inc.
Preliminary Reconciliation Schedules
*(U.S. Dollars in Thousands, Except Share and Per Share Data)*
(Unaudited)

**Preliminary Net income to Adjusted EBITDA reconciliation**

| | Three Months Ended September 30, | |
| --- | --- | --- |
| | **2022** | **2021** |
| Net income attributable to Generac Holdings Inc. | $ 58,270 | $ 131,570 |
| Net income attributable to noncontrolling interests | 2,176 | 1,183 |
| Net income | 60,446 | 132,753 |
| Interest expense | 15,514 | 7,980 |
| Depreciation and amortization | 39,165 | 23,216 |
| Provision for income taxes | 11,594 | 32,611 |
| Non-cash write-down and other adjustments (1) | (6,840) | 3,333 |
| Non-cash share-based compensation expense (2) | 6,861 | 5,783 |
| Transaction costs and credit facility fees (3) | 1,250 | 3,385 |
| Business optimization and other charges (4) | 622 | - |
| Provision for clean energy product charges (5) | 55,265 | - |
| Other | (61) | 140 |
| Adjusted EBITDA | 183,816 | 209,201 |
| Adjusted EBITDA attributable to noncontrolling interests | 3,632 | 2,247 |
| Adjusted EBITDA attributable to Generac Holdings Inc. | $ 180,184 | $ 206,954 |

(1) Includes gains/losses on disposals of assets and sales of certain investments, unrealized mark-to-market adjustments on commodity contracts, certain foreign currency related adjustments, and certain purchase accounting and contingent consideration adjustments. A full description of these and the other reconciliation adjustments contained in these schedules is included in Generac's SEC filings.

(2) Represents share-based compensation expense to account for stock options, restricted stock and other stock awards over their respective vesting periods.

(3) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, together with certain fees relating to our senior secured credit facilities.

(4) The current year period predominantly represents severance and other non-recurring restructuring charges.

(5) Represents a specific bad debt provision of $17.9 million for a clean energy product customer that filed for bankruptcy as well as a warranty provision of $37.3 million to address certain clean energy product warranty-related matters.

**Preliminary Net income to Adjusted net income reconciliation**

|  | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2022 | | 2021 | |
| Net income attributable to Generac Holdings Inc. | $ | 58,270 | $ | 131,570 |
| Net income attributable to noncontrolling interests |  | 2,176 |  | 1,183 |
| Net income |  | 60,446 |  | 132,753 |
| Provision for income taxes (7) |  | - |  | 32,611 |
| Amortization of intangible assets |  | 25,751 |  | 12,206 |
| Amortization of deferred finance costs and original issue discount |  | 974 |  | 646 |
| Transaction costs and other purchase accounting adjustments (6) |  | (7,605) |  | 5,487 |
| Business optimization and other charges (4) |  | 622 |  | - |
| Provision for clean energy product charges (5) |  | 55,265 |  | - |
| Tax effect of add backs |  | (21,233) |  | - |
| Cash income tax expense (7) |  | - |  | (31,290) |
| Adjusted net income |  | 114,220 |  | 152,413 |
| Adjusted net income (loss) attributable to noncontrolling interests |  | 2,031 |  | 1,272 |
| Adjusted net income attributable to Generac Holdings Inc. | $ | 112,189 | $ | 151,141 |
| Adjusted net income attributable to Generac Holdings Inc. per common share - diluted: | $ | 1.75 | $ | 2.35 |
| Weighted average common shares outstanding - diluted: |  | 64,267,638 |  | 64,208,116 |

(6) Represents transaction costs incurred directly in connection with any investment, as defined in our credit agreement, equity issuance or debt issuance or refinancing, and certain purchase accounting and contingent consideration adjustments.

(7) Amount for the three months ended September 30, 2021 is based on an anticipated cash income tax rate at the time of approximately 20.0% to 20.5% for the full year ended 2021 due to the existence of the tax shield from the amortization of tax-deductible goodwill and intangible assets from our acquisition by CCMP Capital Advisors, LLC in 2006. Due to the expiration of this tax shield in the fourth quarter of 2021, there is no similar reconciling item for the current year period. For comparative purposes to the current year, using the GAAP tax expense for the three months ended September 30, 2021 would result in adjusted net income per diluted share of $2.33 on a pro forma basis.



Source: Generac Holdings Inc

# EXHIBIT 34

# REFINITIV STREETEVENTS
# EDITED TRANSCRIPT
## GNRC.N - Q1 2021 Generac Holdings Inc Earnings Call

## EVENT DATE/TIME: APRIL 29, 2021 / 2:00PM GMT

### OVERVIEW:

GNRC reported 1Q21 net sales of $807.4m and GAAP net income of $149m or $2.33 per diluted share. 1Q21 adjusted net income was $152.7m or $2.38 per share. Co. is raising full year 2021 guidance.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



## CORPORATE PARTICIPANTS

**Aaron P. Jagdfeld** *Generac Holdings Inc. - President, CEO & Chairman*

**Michael W. Harris** *Generac Holdings Inc. - VP of Corporate Development & IR*

**York A. Ragen** *Generac Holdings Inc. - CFO & CAO*

## CONFERENCE CALL PARTICIPANTS

**Brian Paul Drab** *William Blair & Company L.L.C., Research Division - Partner & Analyst*

**Christopher D. Glynn** *Oppenheimer & Co. Inc., Research Division - MD & Senior Analyst*

**Jerry David Revich** *Goldman Sachs Group, Inc., Research Division - VP*

**Jonathan Edward Dorsheimer** *Canaccord Genuity Corp., Research Division - MD & Analyst*

**Mark Wesley Strouse** *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

**Philip Shen** *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

**Ross Paul Gilardi** *BofA Securities, Research Division - Director*

**Thomas Allen Moll** *Stephens Inc., Research Division - MD & Analyst*

## PRESENTATION

**Operator**

Good day, and thank you for standing by. Welcome to the First Quarter 2021 Generac Holdings Earnings Conference Call. (Operator Instructions) Please be advised that today's conference is being recorded. (Operator Instructions)

I would now like to hand the conference over to your speaker today, Michael Harris. Please go ahead.

---

**Michael W. Harris** *- Generac Holdings Inc. - VP of Corporate Development & IR*

Thanks, Alicia. Good morning, and welcome to our first quarter 2021 earnings call. I'd like to thank everyone for joining us this morning.

With me today is Aaron Jagdfeld, President and Chief Executive Officer; and York Ragen, Chief Financial Officer.

We will begin our call today by commenting on forward-looking statements. Certain statements made during this presentation as well as other information provided from time to time by Generac or its employees may contain forward-looking statements and involve risks and uncertainties that could cause actual results to differ materially from those in these forward-looking statements. Please see our earnings release or SEC filings for a list of words or expressions that identify such statements and the associated risk factors.

In addition, we will make reference to certain non-GAAP measures during today's call. Additional information regarding these measures, including reconciliation to comparable U.S. GAAP measures, is available in our earnings release and SEC filings.

I will now turn the call over to Aaron.

---

**Aaron P. Jagdfeld** *- Generac Holdings Inc. - President, CEO & Chairman*

Thanks, Mike. Good morning, everyone, and thank you for joining us today.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 634 of 650    Document 49



Our first quarter results were incredibly strong as net sales, adjusted EBITDA and adjusted EPS were all-time records for Generac, despite Q1 historically being the low point for the year seasonally for our business. First quarter revenue margins and profitability were all significantly ahead of our previous expectations. The revenue outperformance was very broad-based and was heightened -- highlighted by increased shipments of residential products, primarily due to home standby and portable generators.

Home standby build rates were ahead of plan for the quarter, and demand further accelerated due to continuing traction with the Home as a Sanctuary megatrend as well as being driven by significantly higher power outage activity in recent quarters, including the major event in Texas, which also led to a sharp increase in demand for portable generators.

Revenue from C&I products also outperformed expectations during the quarter domestically with our industrial distributors, national telecom customers and rental customers as well as internationally, mostly in the European region.

Also in terms of profitability, adjusted EBITDA margin came in considerably higher than our previous forecast, driven mostly by greater operating leverage from the significantly higher revenue achieved during the quarter.

Year-over-year, overall net sales increased 70% to $807 million and also increased sequentially from the fourth quarter of 2020, which was our previous all-time record. Growth in the quarter was broad-based, led by a dramatic increase for residential products that more than doubled compared to prior year as shipments for home standby generators were much higher due to record production levels.

Shipments of portable generators also increased driven by the major outage event in Texas and higher outage activity overall in recent quarters. Deliveries of Chore products and clean energy products, such as our PWRcell energy storage system, also grew at a significant rate as compared to the prior year, and shipments of C&I products returned to strong growth in the quarter.

Gross margin expanded 370 basis points compared to prior year, and adjusted EBITDA margin increased 840 basis points over the prior first quarter to 26.5%, which was the highest EBITDA margin reported since the fourth quarter of 2013.

Before discussing our first quarter results in more detail, I'd like to spend a few minutes on the major outage event that occurred in Texas in mid-February. This was a very unique winter event with unusually cold weather in a state that represents our second largest addressable market opportunity for home standby generators and highlighted yet another example of the vulnerabilities of the current electrical utility model. This was a high-profile power outage. In fact, the fifth largest event recorded since we began tracking outages more than a decade ago, with rolling blackouts across the state that lasted for several days and impacted over 4.5 million utility customers at its peak.

With the backdrop of the ongoing Home as a Sanctuary trend, we believe the outage in Texas was a dramatic reminder of the pain of losing power in today's day and age and further amplify the importance of having power security for your home or your business. Driven by this event, we experienced yet another dramatic acceleration in demand for home standby generators from the already elevated levels, increasing our lead times to approximately 28 weeks for our most popular models as of today.

As a result, we have further increased our capacity expansion plans for home standby as we target even higher production levels in the second half of the year through a faster ramp of our New South Carolina facility and further expansion of capacity at our Wisconsin facilities. When combined with the broad-based strengthening of demand across the rest of our business, including a significant recovery in C&I products, which are also benefiting from the major Texas event, we are significantly increasing our full year revenue and earnings outlook for 2021. We'll provide additional details regarding our updated guidance in the outlook portion of our prepared remarks this morning.

Now discussing our first quarter results in more detail. Several key metrics that we monitor closely for home standby demand continue to be exceptionally strong and rose even further during the first quarter benefiting from the major event in Texas. The combination of in-home and virtual consultations once again increased dramatically compared to the prior year, with year-over-year appointments more than 5x higher during the first quarter as compared to the first quarter of 2020. The strength was broad-based across the U.S., with the vast majority of states showing triple-digit growth once again, which we believe provides further validation of the need for backup power given the Home as a Sanctuary megatrend.

3

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Activations, which are a proxy for installations, grew again at a strong rate compared to the prior year and were also broad-based in strength across all U.S. regions. The power outage severity environment continues to be very active during the quarter and trended well above the long-term baseline average, driven by the Texas event, but also ice storms in several states, severe storms in the Pacific Northwest, outage events in California and smaller scale rolling blackouts in other states due to severe cold temperatures.

In addition, we continue to expand our distribution footprint as we ended the first quarter with approximately 7,700 residential dealers, a sequential increase of about 400 new dealers as compared to the fourth quarter of 2020 and approximately 1,200 dealers higher over the last 12 months, which includes the addition of a number of new dealers in California and Texas.

Early here in the second quarter, these key demand metrics for home standby have continued to trend much higher relative to last year as home consultations are running more than double the prior year's level through April. We continue to believe that the ongoing strength in the product category can be attributed to several factors, which are leading to home standby generators becoming more mainstream as homeowners have an increasing awareness of the need for power security as they continue to work more from home, learn from home, entertain from home and shop from home.

Now I want to provide an update on our rapidly growing clean energy product offering. The secular growth opportunity within the U.S. market for renewables, energy storage, energy monitoring and energy management remains very compelling and has gained further momentum so far here in 2021. As previously mentioned, shipments of our PWRcell energy storage systems grew at a significant rate as compared to the prior year, and demand paced ahead of our expectations during the first quarter.

In addition to the strong demand, key performance indicators for our clean energy-related initiatives continue to show favorable trends. In-home and virtual consultations grew rapidly as compared to the prior year and were very encouraging sequentially as compared to the fourth quarter. System activations, which are a proxy for installations and commissioning also grew at a tremendous rate during the first quarter as compared to prior year, and orders for clean energy products were very strong on a sequential basis during the first quarter, and this strength has continued here in April.

We also have had encouraging success further building out our installer network as we've trained and certified approximately 2,000 dealers as of the end of the quarter, with approximately 800 dealers registered on our Powerplay CE selling system.

As we discussed during the last earnings call, we have an exciting pipeline of innovative clean energy products, which are expected to come to market throughout the current year. New product launches include deep integration of our PWRcell storage systems with our legacy generator products, the ability to more easily and cost effectively add a PWRcell system to an existing solar installation and the launch of a new purpose-built generator that can be combined with solar and storage to allow an end user to operate independently of the power grid.

Additionally, later this year, we expect to launch a new load management system that will be paired with our existing PWRview energy monitoring platform to allow a homeowner to more fully control their power generation and consumption. We believe these product launches will further enhance our competitive position and differentiation in the energy storage, monitoring and management markets as we focus on whole home storage solutions with load management capabilities that provide both the energy independence and flexibility that we believe consumers really want in these types of systems.

The solar plus storage market continues to expand rapidly within the U.S., and we are making good progress in building considerable momentum for our energy storage products. Accordingly, we are increasing our full year revenue outlook as a result of higher demand and our expanded distribution in this growing market. We now expect shipments of clean energy products to increase between 75% to 100% as compared to the prior year levels of approximately $115 million, which is an increase from the previous forecast of 50% to 75% growth.

In addition, we achieved a second consecutive quarter of profitability for clean energy products during the first quarter, and we expect this trend to continue sequentially for the remainder of the year as we further scale PWRcell system volumes.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 636 of 650    Document 49



Recall that in October of last year, we acquired Enbala Power Networks, a leading grid services technology provider, and I'd like to provide a quick update on the progress we're making in developing a road map for integrating Enbala's Concerto software platform into our existing generator and energy storage products. As the market for grid services continues to develop, we believe integrating Enbala's technology will allow us -- will enable us to improve our value proposition to end users with our legacy products as well as allowing us to develop various new revenue streams in the years ahead. These will include the existing software as a service platform that Enbala offers as well as a variety of operational services that enable a more turnkey solution and, ultimately, performance services that could deliver megawatts of power to various potential customers.

During the first quarter, we began marketing our initial solutions, which involve our legacy products delivered with built-in capabilities to connect to the Enbala platform. These Enbala-ready Generac assets, known as distributed energy resources or DERs can be available to bundle together to form a virtual power plant or VPP solution. We're excited to currently offer this initial capability with our C&I natural gas generators and, as the year progresses, we will begin to introduce this feature with our home standby generators and our PWRcell energy storage systems.

Also, over the last several quarters, the Enbala and Generac commercial sales teams have been working closely together on potential projects with utilities, energy cooperatives and energy aggregators, which has led to a considerable increase in quoting and proposal activities during the first quarter.

In addition to the great performance of residential products to start the year, C&I products were also very strong as revenue returned to growth during the first quarter and increased at a strong rate compared to the prior year broadly across a number of markets and geographies as demand continues to recover at a faster pace than we had previously expected.

Net sales of C&I stationary generators through our North American distributor channel returned to solid growth in the quarter, with project quoting activity continuing to recover from the beginning of the pandemic last year and once again growing at a solid rate as compared to 2019 levels. This is leading to an improved overall order outlook for the sales channel and, as a result, we're expecting attractive growth during the year.

We also are expecting solid growth from the Energy Systems business. This is our industrial distributor in Northern California that we acquired last July, as our investments in integration activities are producing results in this large and rapidly growing power generation market. Shipments to telecom national account customers increased significantly during the quarter as compared to the prior year, and we're well ahead of our expectations. Several of our larger telecom customers have materially raised their capital spending outlook for the year leading us to now expect a substantial increase in telecom shipments during the current year relative to our prior forecast.

The catalyst for the additional spending on backup power in this important vertical can be attributed to a number of factors, including the elevated power outage environment over the last several years, the power security mandate in California requiring a minimum of 72 hours of backup power at all tower locations and the build-out of wireless carriers' next-generation networks. The long-term demand outlook for telecom backup power remains very compelling, driven by the increasingly critical nature of wireless communications networks as this infrastructure shifts to the next-generation 5G architecture.

Additionally, we gained further traction in the quarter with our lead gas initiatives through increased quote activity and improved project close rates for our natural gas generators that are used in applications beyond traditional emergency standby power generation, including their use as distributed generation assets. This is an emerging part of our C&I business that already had good momentum entering the year. And the major outages in Texas have created additional demand for these products.

Shipments of mobile products to national account rental customers were lower during the first quarter, but exceeded our previous expectations as the rate of decline slowed relative to recent quarters, and we expect a return to growth for these products during the second quarter.

As we mentioned during our last call, we expected shipments of mobile products for full year 2021 to improve from prior year levels as national rental account customers increased their spending on fleet equipment due to improving utilization and rental rates.

Several of our large national rental customers have recently increased their capital spending plans even further. And as a result, we're increasing our outlook for these products as it appears a fleet replacement cycle has begun. We remain optimistic about the long-term opportunity for mobile

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 637 of 650    Document 49

products with the compelling megatrend around the critical need for infrastructure improvements, which could finally benefit from economic stimulus plans recently announced by the current administration.

Outside of North America, we returned to growth during the first quarter with revenue increasing at a solid core rate of 10% compared to the prior year, primarily due to growth in the European region that is recovering from the impacts of the pandemic. While COVID-19 impacts and restrictions are still being felt in several international regions, larger project quoting and overall order activity is recovering at a faster pace than previously expected, leading to a significant increase in our international backlog at the end of the first quarter. As a result, our revenue outlook for the international segment has further improved as we now expect strong growth for the full year, with adjusted EBITDA margin expected to expand considerably year-over-year, benefiting from improved operating leverage on higher sales volumes.

Lastly, our International teams continue to make encouraging progress on several important global initiatives around increasing the penetration of natural gas generators for residential and C&I applications and expanding our share in the market for telecom backup power in key regions around the world.

In closing this morning, 2021 is developing into a year where our megatrends and macular secular themes -- macro secular themes appear to have significant momentum and are moving in the same direction as we anticipated -- as we are anticipating tremendous growth for our residential products and a significant rebound in demand for C&I products as compared to the prior year.

A key focus for our teams is expanding capacity across the business, both within our own facilities as well as ramping our supply chain to enable our ability to continue to scale. Our operations and supply chain teams have been working aggressively to address ongoing sourcing and logistics delays, component availability constraints and the increasing cost pressures we have been experiencing. We have largely mitigated the impact of these issues up to this point, but the situation remains fluid. That being said, we believe we have appropriately risk adjusted our latest guidance to reflect potential disruptions and additional inflationary pressures that will likely continue to materialize as the year progresses.

Lastly, I have to give a shout-out to our more than 7,000 employees at Generac that have helped us successfully navigate the pandemic while still providing an incredible level of service to our customers and our partners around the world. The hyperscale growth that we are experiencing is a reflection of their commitment to the execution of our strategy and their dedication to our success.

When you combine the strength of our team with our financial strength, we believe Generac is incredibly well positioned to aggressively invest in a number of strategic initiatives to further accelerate our strategy and build out our capabilities as we continue our evolution into an energy technology solutions company.

I'd now like to turn the call over to York to provide further details on our first quarter results and our updated outlook for 2021. York?

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Thanks, Aaron. Looking at first quarter 2021 results in more detail. Net sales increased 70% to $807.4 million during the first quarter of 2021, an all-time record, as compared to $475.9 million in the prior year first quarter. The combination of contributions from the Energy Systems, Mean Green and Enbala acquisitions and the favorable impact from foreign currency had an approximate 3% impact on revenue growth during the quarter.

Briefly looking at consolidated net sales for the first quarter by product class. Residential product sales more than doubled to $542.1 million as compared to $257.6 million in the prior year, representing a 110% increase. Also, residential products improved 9% on a sequential basis as compared to the fourth quarter of 2020, benefiting from the significant backlog for home standby generators entering 2021, which is in contrast to the normal seasonally lower volumes experienced during the first quarter that have averaged a 26% sequential decline over the past 5 years.

As Aaron already discussed in detail, home standby generator sales continue to experience robust year-over-year growth, which more than doubled during the first quarter as we made further progress increasing production levels for these products. Portable generators also experienced dramatic growth versus the prior year due to the much higher power outage activity, highlighted by the impact from the major event in Texas.

6

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 638 of 650   Document 49



In addition to this strength, shipments of PWRcell energy storage systems also grew at a significant rate as compared to the prior year, as the solar plus storage market in the U.S. continues to expand and as we build out our capabilities selling into the clean energy space. Lastly, shipments of Chore products were also much higher during the quarter, in part due to the Home as a Sanctuary trend continuing to positively impact demand for outdoor power equipment.

Commercial and industrial product net sales for the first quarter of 2021 increased 18% to $202.4 million as compared to $172.1 million in the prior year quarter. This represents a return to growth for C&I products for the first time since the third quarter of 2019, with the previous 4 quarters being negatively impacted by the COVID-19 pandemic. The strength in shipments was due to broad-based growth across a number of markets and geographies as demand is recovering at a faster pace than previously expected, both domestically and internationally in the following areas.

Domestically, the growth was driven by a substantial increase in shipments to telecom national account customers due to capital spending, further improving for these customers as they continue to harden their wireless networks. Also contributing to the increase was solid growth with our industrial distributors as well as an increase in other project opportunities as we gain traction with our lead gas initiatives.

Internationally, the increase in C&I products, as previously mentioned, was primarily due to an increase in market activity, mostly in the European region, that is recovering from the impacts of the pandemic, which began during the first quarter of last year.

Net sales for the other products and services category, primarily made up of aftermarket service parts, product accessories, extended warranty revenue, remote monitoring subscription revenue and other service offerings, increased 36% to $62.9 million as compared to $46.2 million in the first quarter of 2020. There was an approximate 7% benefit to net sales during the quarter from the impacts of the Energy Systems and Enbala acquisitions and favorable foreign currency.

In addition, we experienced very strong growth in aftermarket service parts as a result of the higher level of power outage activity in recent quarters, a larger and growing installed base of our products also contributed to the increase versus prior year.

Gross profit margin improved 370 basis points to 39.9% compared to 36.2% in the prior year first quarter. Operating expenses increased $23.2 million or 21.2% as compared to the first quarter of 2020, but declined 610 basis points as a percentage of revenue, excluding intangible amortization due to the substantially higher sales volumes in the current year quarter.

As a result, adjusted EBITDA before deducting for noncontrolling interests, as defined in our earnings release, was an all-time record of $214.2 million or a very strong 26.5% of net sales as compared to $86 million or 18.1% of net sales in the prior year. This substantial 840 basis point improvement in EBITDA margin was driven by the significant gross margin expansion during the quarter due to favorable sales mix, improved pricing and favorable overhead absorption, coupled with improved leverage of fixed operating expenses on the much higher sales volumes and tight cost control.

Note, the favorable impact to margins during the first quarter were partially offset by the onset of higher input costs, primarily relating to higher commodities, currencies, labor, freight and logistics costs, and these are expected to have more of an impact on properly starting in the second quarter.

I will now briefly discuss financial results for our 2 reporting segments. Domestic segment sales increased a robust 84% to $693 million as compared to $376 million in the prior year quarter, with the impact of acquisitions contributing approximately 2% of the revenue growth for the quarter. Adjusted EBITDA for the segment was $207.1 million, representing a very healthy 30% margin as compared to $82.8 million in the prior year or 22% of net sales.

International segment sales increased 15% to $115 million as compared to $100 million in the prior year quarter. Core sales, which excludes the favorable impact of currency, increased approximately 10% compared to the prior year. Adjusted EBITDA for the segment before deducting for noncontrolling interest was $7.1 million or 6.2% of net sales as compared to $3.3 million or 3.3% of net sales in the prior year.

7

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 639 of 650    Document 49

**REFINITIV**

Now switching back to our financial performance for the first quarter of 2021 on a consolidated basis. As disclosed in our earnings release, GAAP net income for the company in the quarter was $149 million as compared to $44.5 million for the first quarter of 2020. GAAP income taxes during the current year first quarter were $35.4 million or an effective tax rate of 19.1% as compared to $9.4 million or an effective tax rate of 17.9% for the prior year. The increase in effective tax rate was primarily due to the significant increase in the mix of domestic pretax income in the current year, which is taxed at an approximate 25% statutory rate.

Diluted net income per share for the company on a GAAP basis was $2.33 for the first quarter of 2021 compared to $0.68 in the prior year. Adjusted net income for the company, as defined in our earnings release, was $152.7 million in the current year quarter or $2.38 per share, which is also an all-time record. This compares to adjusted net income of $55.1 million in the prior year or $0.87 per share.

Cash income taxes for the first quarter of 2021 were $37.9 million as compared to $7.3 million in the prior year quarter. The current year reflects an expected cash income tax rate of approximately 20.5% for the full year 2021, which is at the lower end of the previously expected range of 20.5% to 21.5% for 2021. This compares to the prior year rate of 14% that was anticipated in the first quarter of the prior year. The increase in the current year cash tax rate versus prior year is primarily due to the significant increase in domestic pretax income, which is taxed at a higher statutory rate.

Cash flow from operations was robust at $152.5 million as compared to $11.3 million in the prior year first quarter, and free cash flow, as defined in our earnings release, was $125.8 million as compared to a negative $1 million in the same quarter last year. Both operating and free cash flow represented seasonal records for the first quarter of a year. The substantial increase in cash flow was primarily due to higher net income and a lower level of working capital investment in the current year quarter, partially offset by higher capital expenditures, which included the new facility in Trenton, South Carolina.

Before discussing our updated outlook for 2021, I wanted to comment briefly on our healthy liquidity position at the end of the first quarter of '21, which allows us to confidently operate our business and accelerate our strategy.

As of March 31, 2021, we had over $1 billion of liquidity comprised of $745 million of cash on hand and $300 million of availability on our ABL revolving credit facility, which matures in June of 2023. Also, total debt outstanding at the end of the first quarter was $872 million, net of unamortized original issue discount and deferred financing costs.

Our gross debt leverage ratio at the end of the first quarter was only 1.2x on an as reported basis. In addition, our term loan doesn't mature until December 2026. We do not have any required principal payments on this facility until the maturity date, and it has a low cost of debt of LIBOR plus 175 basis points.

We also have interest rate swap arrangements that fix our interest rate exposure on approximately $500 million of this debt through the maturity date of December 2026. Further enhancing this attractive capital structure is our strong cash flow profile with free cash flow over the last 12 months of $554 million.

I'd now like to provide some additional details on our increased outlook for the full year 2021. As Aaron highlighted earlier, we are significantly increasing our full year revenue and earnings outlook for 2021. The major outages in Texas have led to an acceleration in demand and backlog for home standby generators. And as a result, our operations team has further increased their capacity expansion plans, and this is leading to a significant increase in the shipment outlook for these products for the full year 2021.

The Texas outages also had a notable impact on portable generator shipments and, with an active sell-through at retail, we are increasing our outlook for these products as well. Also contributing to the improved outlook is higher demand for our PWRcell energy storage systems as we continue to make further progress in building our distribution partners in the clean energy market.

The outlook for C&I products has also improved considerably with a significant pickup demand for telecom national account customers, stronger outlook for domestic industrial distributors, traction with certain projects and beyond standby applications, a further recovery in demand for mobile products and an improved outlook for C&I products within the international markets.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL   Filed 10/09/23   Page 640 of 650   Document 49

As a result of these incrementally positive end market trends, we are increasing our full year 2020 net sales guidance to now be approximately 40% to 45% growth compared to the prior year, which includes only approximately 2% of favorable impact from acquisitions and foreign currency. This is an increase from the previous as reported guidance of 25% to 30%. At the midpoint of the range, this updated sales growth guidance would result in a year-over-year increase in net sales of over $1 billion.

This revenue outlook now assumes shipments of residential products increased at a very robust rate of over 50% as compared to the prior year. Revenue for C&I products is now expected to rebound at an even stronger rate as compared to the softer prior year comparison, a rate approximately in the mid-20% range.

Importantly, this guidance assumes a level of power outages in line with the longer-term baseline average for the remainder of the year. Consistent with our historical approach, this outlook does not assume the benefit of another major power outage event in the second half of the year.

Given the additional capacity expansion for home standby generators that is targeted to increase as the year progresses, we are now expecting the seasonality for revenue in 2021 to be a bit more weighted towards the second half of the year, with sales in the first half being approximately 47% weighted and sales in the second half being approximately 53% weighted.

Updating our margin outlook for the full year 2021. As we've discussed, there continues to be significant cost pressures, ongoing logistics delays and various capacity constraints in several areas across the supply chain, which are resulting in higher input costs relative to our previous guidance, including rising commodities, foreign currency headwinds, increased logistics costs, additional tariffs and higher wages. Furthermore, we still expect these inflationary cost pressures, together with new facility start-up costs, to be offset by favorable sales mix, pricing and cost reduction initiatives across the organization through our profit enhancement program.

As a result, we expect gross margins for the full year 2021 to expand approximately 50 basis points as compared to the prior year. In addition, we continue to make operating expense investments to scale the business, support innovation and drive future revenue growth into new and existing markets. However, due to the much higher anticipated sales volumes, we should experience improved leverage on our operating expenses relative to previous guidance.

As a result of these factors, adjusted EBITDA margins before deducting for noncontrolling interests are now expected to be approximately 24.5% to 25.5%, which is an increase from the 24% to 25% previously expected and an expansion from the 23.5% margin in the prior year.

From a seasonality perspective, we now expect adjusted EBITDA margins during the second and third quarters to be moderately lower relative to the first quarter, primarily due to the impact of rising input costs. However, we believe this impact will be temporary with adjusted EBITDA margins forecasted to improve in the fourth quarter back to first quarter levels, as the rising cost pressures are anticipated to be offset by more favorable mix, additional pricing and cost reduction initiatives that are expected to be realized towards the end of the year.

Operating and free cash flow generation for the full year '21 is expected to remain strong with the conversion of adjusted net income to free cash flow still anticipated to be approximately 90%. Our GAAP effective tax rate is now expected to be between 22.5% to 23.5%, which is slightly lower as compared to the 23.5% to 24.5% previously expected.

Our capital expenditures for 2021 as a percentage of forecasted net sales are still projected to be in the previous guidance range of between 2.5% to 3%. Although with a much higher revenue outlook, this represents an increase in absolute dollar investment compared to our prior expectations, primarily due to additional capacity expansion. The remaining guidance items provided in our previous earnings call are not expected to change.

This concludes our prepared remarks. At this time, we'd like to open up the call for questions.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 641 of 650    Document 49



## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Your first question comes from the line of Tommy Moll of Stephens.

---

**Thomas Allen Moll** - *Stephens Inc., Research Division - MD & Analyst*

Aaron, I wanted to start on Enbala and some of the grid services opportunities you referenced. You gave a little bit of detail to start, but anything else you can give us just in terms of how active that pipeline is? What strategies you're pursuing there? How optimistic now versus maybe a quarter ago? And then you also referenced some potential for product integration, specifically you referenced a purpose-built generator. I think that's on the home standby side. But what details can you give us there as well?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Sure. No, good questions, Tommy. On Enbala, I think our confidence grows daily with that acquisition. It just continues to reinforce our strategic direction around participating more fully in the shift to Grid 2.0, right? I mean that's really what that acquisition was about. It really was about helping us take our legacy assets, our generators, if you will, as well as our clean energy assets like PWRcell and our load management devices and really expose those distributed energy resources for the benefit of grid operators, utilities, energy aggregators and ultimately the end customers, the owner operators of those pieces of equipment.

What I can say over the last quarter is we continue to dive pretty deep into the pipeline that Enbala had previous to our acquisition. It is substantially larger today than it was, that pipeline -- substantially larger today than it was when we acquired it. We believe there are a couple of reasons for this. One, during the acquisition, of course, that was -- COVID was -- we were in the middle of that, and there was some retrenchment by utilities and others on a lot of things. But certainly, programs like grid services were kind of put down -- they were set down and as they were working on other things. But the volumes have picked up dramatically here based on the fact that COVID has abated. But probably more importantly, many of these customers are telling us that they feel like now they get that Enbala has a partner in Generac that is, one, financially stable and, two, has access to all these wonderful assets, right?

So what Enbala was selling before was software, and it's agnostic software to the OEM and agnostic to even the type of DER, be it storage or be it a generating asset, but -- and we want to maintain that because we think that's important. But I think having the opportunity to provide a full turnkey solution to a utility is really important. It really reduces the friction around which platform should the utility choose, if our assets deeply integrate with it, and they have a lot of confidence in our ability to execute in our financial wherewithal to be able to do that, what we believe that's led to is just a lot more opportunities that we're seeing. So really good things to see there.

On the product pipeline, you mentioned the -- we keep calling it this purpose-built generator. This is really our off-grid generator, if you will. It's a machine that will produce direct current power. So it will be able to charge a battery. It won't provide power to your home during a blackout, but it will be able to provide power to your battery as you deplete the battery, which could be during a blackout or some other time. We think that's a really important kind of critical missing link for those homeowners that really want to defect from the grid. And so think of it as a grid defection enabler. That product will be available later this year. And we're pretty excited about it. We've got a lot of interest in it. We'll see how many people really want to truly defect from the grid. They'll be able to do that after this product hits the market, but it's going to be an exciting launch. We're going to launch it at SPI here in September. So it should be a lot of fun.

---

**Operator**

Your next question comes from the line of Ross Gilardi of Bank of America.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 642 of 650    Document 49

**Ross Paul Gilardi** - *BofA Securities, Research Division - Director*

I'm just curious, like, as you guys are scaling up the new capacity in the interim, where do you keep finding the extra capacity to get you through these quarters? And are you just driving continuous efficiencies out of your existing footprint? Are you able to sub out some additional assembly? We keep thinking you're out of capacity and can't possibly produce another unit out of your existing footprint, and you keep doing it, which is -- I mean that is a compliment, obviously, but just like how are you doing that?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. It's a great question, Ross. And this is where I'll give a huge shout-out to our -- our operations teams are -- it's a fight every day, every hour. I mean they literally have hour by hour kind of metrics that they're pacing against, not only obviously for output, but the ability to hit the kinds of output levels that we're achieving and do it safely and to continue to produce a quality product. These are top of mind for everything we do. It's just -- it's amazing. In full disclosure, I think if you had asked me as the CEO of this company even 6 months ago, if we'd be able to achieve the levels we are at today in the existing footprint, I would have probably taken the under on that bet. I just -- I'm maybe more of a realist at heart and maybe just would have -- you never want to bet against your own team. But these -- these folks on our team just continue to outperform. They're working very closely with our supply chain. That's obviously a major component of this to make sure we get continuous supply.

We've been expanding our supply chain to dual and triple source, which has been incredibly helpful. That was an initiative we actually started back a couple of years ago now, but it's paying off very handsomely. We invested very heavily in automation over the last several years, which is also paying off quite nicely. And really, the way the teams -- to answer your question at the root of it, is the teams are continually looking at ways to improve the operations of the business. So how do we -- squeezing out 0.5 point of efficiency or 0.25 point of productivity out of our equipment, out of our teams, out of our supply chain makes a big difference at the kinds of rates that we're running right now.

Again, we don't know what the future holds. Supply chain is just a really challenging area right now, everything from logistics to component availability. Everybody's talking about this. And we're no different. We have taken a pretty -- I would say, I think we've properly reflected that in the guidance. We'll just say that. I think we kind of handicapped it in a way that we believe these numbers that we're going to put out are achievable based on everything we know today.

If we have some improvement in the supply chain situation, maybe they go higher. We'll see. But I'm just -- I'm incredibly proud of the team. They're just -- they're doing a great job. And really, I can't say more about it.

**Operator**

Your next question comes from the line of Philip Shen of ROTH Capital Partner.

**Philip Shen** - *ROTH Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Congrats on the strong results. And just kind of piggybacking off that last question. Let's say, we get a huge hurricane wildfire season this year. What kind of capacity do you have to be able to serve that increased demand? Can you help us bridge where you're at now relative to what that potential scenario could be? Any specifics? Can you talk about this capacity expansion plans, Aaron? I know you've talked about adding more in Wisconsin, more in South Carolina, and you can do it earlier. But to what degree can you quantify that? And the wait time is continuing to just go longer. Aaron, I think you talked about 28 weeks, but our recent dealer check suggests the dealers are waiting 35 weeks for the 22-kilowatt engine. So what is the plan to reduce that wait time, serve the busy season, if you will, when that comes in Q3 and 4?

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. Thanks, Phil. There's -- capacity discussion here is a daily discussion. We had a plan that we had in place that we were going to bring Trenton online here midyear, which is effectively -- if you think of it this way, it's -- we're calling it a double-double, right? So we're effectively -- we are going

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 643 of 650     Document 49



to double our capacity. Where we're at today is somewhat kind of double where we were running maybe a little more than a year ago, maybe 12 to 18 months ago. And we had a pretty good line of sight to exit this year at that level. We felt pretty good that we -- we started tuning into the backlog pretty well. Notwithstanding, again, to your point about an active hurricane season, that was going to be a wildcard.

But what happened here in between kind of our last plan and today was Texas. And so as the Texas event was unfolding, we basically went back to the drawing board. And we said, look, we had a plan, it's not enough. How do we get more? We can't have lead times going out. 28 weeks is terrible, and that's the average across all channels, all customers, all products. But those lead times are -- that's too long to wait. And we're working hard to bring those in. But that recalibration of the capacity plan, simply put, just without getting too detailed, is to take our level that we're at today which we anticipated would go up somewhat by the end of this year as we brought Trenton online.

But effectively, we've now made investments and plans to completely double where we're at today a year from now. So that will ramp throughout the year. And the way we're going to do that is we're going to bring Trenton up quicker. So we're going to need more people, we're going to need more equipment, and we're going to -- we've made those investments, we've made those decisions, and we're executing against that. But we're also making more investments here in Wisconsin.

So the initial decision was to shift to a secondary location down in Trenton, that's not going to be enough. So we had stood up a temporary line in one of our facilities just outside of Whitewater, Wisconsin, where we build the lion's share of these products. And that temporary line, we're going to actually add another line in that facility, and we're going to augment that production through some subcontracting of component supply. So our constraints are a couple of the major components that go into the units. We're going to subcontract supply. We've got a line of sight on that. That will come online here really kind of end of Q3, beginning of Q4. So that, call it, second line in Wisconsin in that temporary facility.

So the second line that we're adding in Wisconsin, the quicker ramp of Trenton and then bringing on more equipment early next year is what gets us to doubling kind of where we're at today to where we can be tomorrow. So if we do get an active hurricane season, we feel like that we'd be ready for that. We may still have longer lead times exiting the year than we want. But the kinds of capacity numbers we're talking about here, by the time we get out 12 months from now, are really quite big. So the ability to scale even further, I think, is going -- is going to be possible once we get through that investment process.

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

I mean we will sell our portable should we get to a major event. That's part of it, yes.

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

That's part of it, too. Yes.

---

**Operator**

Your next question comes from the line of Brian Drab of William Blair.

---

**Brian Paul Drab** - *William Blair & Company L.L.C., Research Division - Partner & Analyst*

I am just wondering for my one question about margins, 26.5% first quarter, you're going to exit the year around that level you expect. Given all the puts and takes, you won't have -- I would guess that severe headwind -- you have severe headwinds from cost going into 2022, but you'll have a lot of additional capacity. So can you just help us at all think about, does that 26%, 27% EBITDA margin run rate at the end of the year carry into 2022? Or is it reasonable to expect that to kind of come off of that really high level given you're running so high?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 644 of 650    Document 49



**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Yes. I mean I think we've said we most likely would not be catching the backlog here in 2021. So we'll be coming into '22 with that backlog. So conceivably while we're running full steam in terms of production, those types of EBITDA margins would be sustainable. I haven't necessarily rolled out my 2022 guidance yet. But thinking out loud, that's how I'm thinking about it. Ultimately, once we catch the backlog, that's -- I guess that's yet to be determined. We don't know what type of hurricane season we're going to get this year. So I guess more to come on how that will play out in 2022. But yes, I guess I haven't necessarily laid out 2022 margin profile yet.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Well, I think the key there is where do input costs go, how much higher they go.

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

I think the message is we believe that we -- the things we're doing from a price cost efficiency, cost reduction standpoint and then elements around mix will help offset those inflationary pressures that we're seeing today. The impact of that, we believe, is going to be transitory here in the middle part of the year of 2021. That should alleviate more with the back end, to your point, Brian.

**Operator**

Your next question comes from the line of Mark Strouse of JPMorgan.

**Mark Wesley Strouse** - *JPMorgan Chase & Co, Research Division - Alternative Energy and Applied & Emerging Technologies Analyst*

Most of them have been answered. I just wanted to go back to the supply chain issues. Can you just remind us what kind of the specific raw materials are? Or I guess what the major headwinds are? Is it specifically raw materials? Is it any kind of semiconductors like we're hearing with other companies? Maybe just give us an indication what that could be.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. No, Mark, it's an important question, and there's 2 types of headwinds here. There's cost headwinds and then there's availability headwinds. And so from a cost headwind standpoint, we use a lot of copper, aluminum and steel in our products. So obviously, as those have run here over the last 6 to 12 months, we've seen a sizable increase, and that's kind of the cost pressures that York was alluding to on the last question. And we're offsetting that with pricing and other cost-out actions.

Interestingly enough, the second headwind, which is availability, we're also seeing some availability issues within some of those basic materials, which is not something we've typically experienced. So finding electrical-grade steel as an example for the alternators we manufacture, which is the business entity of a generator. That's been challenging. Having to go out to the mills and buy coil stock. We're kind of jumping the supply chain in a lot of cases to get upstream to find raw coil stock to provide to our electrical grade steel lamination manufacturers. So that would be one instance of it.

I would say more broadly, the electrical components are, in terms of availability, we use a lot of semiconductors, a lot of microprocessors in all of our products. I would say, much more heavier use on our clean energy products, much lighter use on products like Chore products. But nonetheless, there are still a lot of microprocessors across the board. I think that one thing for us, maybe just a little bit of how we've been insulated from some of the current shortfalls you're reading about in automotive and some other areas, as much as I'd love to say, we're an incredibly lean supply chain in terms of inventory levels and whatnot.

13

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The fact of the matter is, because of the nature of our business in terms of needing to react to exogenous elements of demand, we have to keep a fair amount of safety stock, and our suppliers have to keep a fair amount of safety stock on hand to feed us when we need to double or triple our output. So there was a fair amount of inventory in the channel, if you will, our supply chain channel, that is, as well as our own inventories. And so that's been helpful in kind of absorbing some of those shortfalls.

That being said, we definitely are looking at some problem areas ahead. Now again, we've reflected this, we think, appropriately in our guidance. So there are some areas of our business that I'll just point out clean energy. I mean the demand for clean energy is much higher than what we can produce, simply because of some of the constraints we have on availability at the electronics level, also battery cell production levels. There's constraints there as well. And we're monitoring that, and we're looking at ways we can mitigate that. But we've more heavily reflected that in the guidance for that business. And still, we're saying we're up 75% to 100% in clean energy year-over-year. So -- but it's been a challenge. We're going to continue to manage it the best of our ability. But there's quite a few headwinds out there, but I think our teams have a pretty good handle on it, and we're going to continue to keep fighting here.

---

**Operator**

Your next question comes from the line of Christopher Glynn of Oppenheimer.

---

**Christopher D. Glynn** - *Oppenheimer & Co. Inc., Research Division - MD & Senior Analyst*

Nice work. A lot of high-level questions have been asked. I'm curious what you're seeing in terms -- for HSB, what you're seeing for emergence of replacement and upgrade market as well as new construction penetration?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. That's a great question. And we watch this very, very closely. As we've said in the past, the replacement rate is roughly about 10% today. We get quarterly updates. That's up nicely. We get quarterly updates on what the replacement rates are. We ask -- we survey people who buy products. Are they buying it for replacement? Are they buying it as a new home? Are they buying it as an existing home? So in new construction, it's 15% to 20% of the products going into new construction.

So both of those trends are favorable and have been favorable over the long haul. The replacement trend, I think, is maybe the most favorable because when you really just peel back the math on it, and I think we showed this a couple of years ago at an Investor Day, and we may have to update this coming up here in our Investor Day in September, but that -- the replacement rate itself was worth quite a bit of money there, just over the long haul.

And so -- and that, I think, as technology continues to improve and the products and, in particular, as those products become grid services enabled, right, Enbala-ready, the idea of the newer products being Enbala-ready and the old ones not, that becomes an asset that could be producing for somebody in a different way than just protecting their home. It could be something that is able to be monetized. So pretty interesting stuff there. The remote monitoring capabilities that we've added to products over the years also don't exist in generational products 10, 15 years ago. So really interesting trends longer term, and I think they're bullish for us and bullish for the category.

---

**Operator**

Your next question comes from the line of Jed Dorsheimer of Canaccord Genuity.

---

14

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 646 of 650    Document 49



**Jonathan Edward Dorsheimer** - *Canaccord Genuity Corp., Research Division - MD & Analyst*

I'll echo the sentiments. Congratulations on great execution. So I guess for my question, on the home standby, sort of an easy trend to call with respect to the work-from-home phenomenon, and you guys have executed flawlessly on that. Just maybe my question on turning to sort of the commercial and industrial. And if we look at the trend, and I'm a -- if I'm a REIT and I own either industrial property or even an office or hospital post ERCOT and knowing that this work-from-home phenomenon is that there's going to need to be a law to get tenants to come back into the properties. I'm curious where you think from the conversations, where we're at in terms of, to use baseball analogy, sort of the innings of using guaranteed power is one of the benefits in terms of that and whether or not the fact that the structure of that REIT in having to spend the money from a tax perspective, if you're starting to see that benefit yet, and that's what we saw in these results.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. I think, Jed, it might be a little early to be saying it's reading through today, maybe a little bit, but really we've always looked at the sales cycle and just that -- those products because they're budgetary items generally for a business or even a hospital in some cases. Those are a little more quote-driven. But really, we bifurcate the C&I world into 2 markets. There's the quote-driven and then there's the optional standby markets within just purely standby, right? So quote-driven markets are clear, where you've got to provide backup power because of a wastewater treatment plan, a hospital, some other installation where quotes require that. That's a simple bid process and would be something that is about half of the market.

The other half of the market then is made up of what we refer to as this optional standby market. And that's really a decision for a business or a business owner, who says, look, I have interruption of my -- maybe it's my revenue streams or I have spoilage of inventory or I have some other thing that happens when the power goes out, it's a negative for my business, and I want to protect that and protect against that, so I invest in backup power. I think the idea there and what we've typically seen is we'll see a follow-on period here for a couple of years, especially after an event like Texas, the magnitude of that event, we'll see increased quotations activity which we're seeing today, increased activity around what types of solutions make sense. You can talk to the specifying engineering firms that are involved in projects like this down in that region of the country. And they will tell you that there's a lot of inbound interest around businesses and other types of properties looking at adding a backup generator.

I think what gets really interesting for me is when you can take that backup generator, and C&I is really -- it makes a lot of sense here. You can turn it into a distributed energy resource. Now you're talking about a big chunky block of power that you can take 400, 500, 1 megawatt -- 400 kw 500 kw, 1 megawatt, 2 megawatts of power in a single installation with a single owner that you can put back into the grid. And that's incredibly valuable for ERCOT or for any of the other -- PJM -- any of the other grid operators out there or utility companies even themselves who can use that asset to help them balance supply and demand. And so that's kind of the new frontier, right? And that's why we invested in Enbala.

You're going to see us continue to push even further in this. And I mentioned it just briefly in the prepared remarks about, we call it our lead gas initiatives here, which is really about using a natural gas generator for those purposes because in those instances, you're just talking about a cleaner burning machine. The economics are much better around gas. We use a rich burn configuration machine. So it can do quick startup to protect against blackouts as well as provide power back to the grid. So we're the leader in that industry and have been for many, many years. And we're incredibly excited. And that's where we've been getting the most interest actually with the Enbala acquisition.

As I was mentioning, those sales teams, Enbala and our teams working together many of the projects that we're talking about are natural gas generator projects and larger blocks of power for distribution centers, for manufacturing plants, for other types of installations, critical or noncritical. And I think that's going to be really important because that's really more of energy as a service. If you think about it down the line, that's what it turns into. And I think that's going to be a really exciting part of the growth story for C&I as we go forward.

**Operator**

Your next question comes from the line of Jerry Revich of Goldman Sachs.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 2:22-cv-01436-BHL     Filed 10/09/23     Page 647 of 650     Document 49

**Jerry David Revich** - *Goldman Sachs Group, Inc., Research Division - VP*

Let me add my congratulations to the strong performance as well. I'm wondering if you could talk about how much your PWRcell production was up in the quarter, and you mentioned you increased your expectations for the year. Maybe just quantify that for us? And if you could just touch on whether you have enough battery capacity with your existing supplier relationship or any additional plans to augment the supply base?

---

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. Thanks, Jerry. PWRcell has been incredibly well received. We're doing well to take some good market share there in a growing market, which is awesome. And we continue to roll out new products, as we talked about in the prepared remarks. But as it relates to supply chain and capacity, I mentioned briefly the battery cell capacity constraints, which anybody who's electrifying anything today is dealing with the same situations, and we're no different. We brought on a second source here in the first quarter to augment our primary source of battery cells, battery packs. We'll be bringing on in the second half of the year a third and potentially even fourth source to continue to kind of broaden the supply base for those products.

That being said, again, we -- as I said before, we've kind of reflected in our guidance. Even though we're talking about a 75% to 100% growth rate year-over-year for clean energy products, we're really -- it could be higher. The demand is much higher. I mean the inbound demand that we're seeing in those product categories is phenomenal, and it's very exciting. And I think this is really ahead of any kind of -- all the major policy changes that are being proposed out there, right? We really didn't even touch on that today much, but the current administration has a whole host of kind of plans and proposals out there related to increasing and extending the investment tax credit, actually giving an ITC credit, making that available for storage only, which is something that would be very interesting, I think, for people, who are looking to add storage to an existing solar array or use storage perhaps as an arbitrage opportunity.

So we need to continue to work on capacity as, I think, the takeaway here. Our teams are looking at that very hard. And longer term, I think that we're going to need to do some other things there that I think we're probably prepared to talk a little bit more deeply about once we get to our Investor Day in September. But as it relates to what we did in Q1, I guess, York...

---

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

I think we said it in the prepared remarks. So shipments obviously did grow dramatically. I think what was encouraging were orders or demand actually was up sequentially from Q4 to Q1, actually better than expectations. So that was the driver of taking our outlook up. There's a lot of momentum on the distribution side for these products, took our outlook up to growing 75% to 100%. At the midpoint of that range, that would be about a $100 million increase in shipments of those products year-over-year. So a lot of encouraging signs. And again, that's better than we had originally expected. So -- and I think the key there is we'll be ramping volumes throughout the year. Margin profile will ramp throughout the year. And we're going to have attractive margin profile as well on top of that.

---

**Operator**

Your final question comes from the line of Ross Gilardi of Bank of America.

---

**Ross Paul Gilardi** - *BofA Securities, Research Division - Director*

I just had a quick follow-up. Where is the backlog by the end of the year if you get your capacity where you want and you get normal order activity for the balance of the year based on normal (inaudible) activity?

16

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 648 of 650    Document 49

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Yes. It's a great question. And obviously, the big wildcard in that kind of equation or formula is what kind of a season do we see this fall. And so I think it's really difficult for me to just kind of spout out a number here because I don't know what the season holds for us. We really want to bring the backlog down in terms of the lead times. We'd love to see that get a lot shorter as we go forward. And that's something that we're working hard to as we ramp capacity.

As I said, the South Carolina facility, the team there, we've got a plan that basically doubles where we thought we were going to be at the end of the year. In terms of exiting the year down in Trenton, we want to be twice as high as we thought we'd be. And then again, augmenting that with more production in Wisconsin here. So we're going to grow into a really big capacity number by the time we hit kind of Q2 of next year. But the season could -- if the season plays out to be an active one and there are quite a number of forecasts out there saying that, and that's just the hurricane season, I guess I haven't touched on the fire season out west, it's been incredibly dry out west and very dangerous situation there. Already seeing fire activity out in the northwest in Washington. Californians, I think, are really on edge with where that could go. So...

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Lots of interest in Texas.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

Tons of interest in Texas coming off of the outages there. So again, we're trying to reflect what we think is an appropriate level of...

**York A. Ragen** - *Generac Holdings Inc. - CFO & CAO*

Either way, we're not going to be catching our back.

**Aaron P. Jagdfeld** - *Generac Holdings Inc. - President, CEO & Chairman*

We're not going to catch it. We're going to come out of the year with a fair amount of backlog. It's just a question of what the magnitude of that number is. And just not in a position yet to size that.

**Operator**

There are no further questions at this time.

**Michael W. Harris** - *Generac Holdings Inc. - VP of Corporate Development & IR*

Great. We want to thank everyone for joining us this morning. We look forward to discussing our second quarter 2021 earnings results with you in late July. Thank you again, and goodbye.

**Operator**

This concludes today's conference call. Thank you for participating. You may now disconnect.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Case 2:22-cv-01436-BHL    Filed 10/09/23    Page 649 of 650    Document 49

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2021, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.


