OAKLAND COUNTY VOLUNTARY
EMPLOYEES BENEFICIARY
ASSOCIATION, et al.,

         Plaintiffs,

   v.

GENERAC HOLDINGS INC., AARON
JAGDFELD, and YORK A. RAGEN,

         Defendants.

Case No. 2:22-cv-01436-BHL

(Consolidated with Civil No. 2:23-cv-00081-BHL)

<u>CLASS ACTION</u>

## **<u>DEFENDANTS' MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE</u>**

Defendants Generac Holdings Inc., Aaron Jagdfeld, and York A. Ragen, by and through their attorneys, respectfully move the Court to consider the documents attached to the Declaration of Jacqueline Vallette in support of Defendants' Motion to Dismiss The Consolidated Class Action Complaint. The Court may consider these documents under the incorporation-by-reference doctrine or by taking judicial notice pursuant to Federal Rule of Evidence 201, or both. The accompanying Memorandum of Law in Support of Defendants' Motion to Consider Documents sets forth the grounds for this motion, pursuant to Civ. L.R. 7(a)(1).

1

Dated:  October 9, 2023

Respectfully submitted,

By:  */s/ Glenn K. Vanzura*
Glenn K. Vanzura
Jacqueline M. Vallette
**MAYER BROWN LLP**
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
gvanzura@mayerbrown.com
jvallette@mayerbrown.com

Joseph De Simone
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2559
jdesimone@mayerbrown.com

Andrew J. Spadafora
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
(202) 263-3043
aspadafora@mayerbrown.com

*Counsel for Defendants Generac Holdings Inc.,*
*Aaron Jagdfeld, and York A. Ragen*

2