| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN,<br><br>    Defendants. | Case No. 2:22-cv-01436-BHL<br><br>(Consolidated with Civil No. 2:23-cv-00081-BHL)<br><br><br>CLASS ACTION |

## [PROPOSED] ORDER

This matter came before the undersigned on a Motion to Consider Documents Under the Incorporation-By-Reference Doctrine Or By Judicial Notice ("Motion") filed by Defendants Generac Holdings Inc., Aaron Jagdfeld, and York A. Ragen (collectively, "Defendants"). Based upon the briefing and arguments presented by counsel, it is hereby ORDERED that:

Defendants' Motion is GRANTED.


DATED: _____     _____

               HONORABLE BRETT LUDWIG

               UNITED STATES DISTRICT JUDGE