UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

              Plaintiff,

vs.

GENERAC HOLDINGS INC., et al.,

              Defendants.

Civil No. 2:22-cv-01436-bhl (Consolidated
with Civil No. 2:23-cv-00081-bhl)

CLASS ACTION

---

DECLARATION OF FRANK A. RICHTER IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION
COMPLAINT

---

I, FRANK A. RICHTER declare as follows:

1.  I am an attorney with the law firm Robbins Geller Rudman & Dowd LLP, the Court-approved Lead Counsel for Plaintiffs in the above-entitled action.  I am a member in good standing with the State Bar of Illinois and am admitted to practice in the Eastern District of Wisconsin.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:  Generac's Investor Day Presentation, at slide 30 (Sept. 27, 2023), available on Generac's website at https://investors.generac.com/static-files/4969bed3-d159-4cb8-8b3b-eadff37b5aac;

Exhibit B:  Lead Plaintiff's Complaint for Violations of the Federal Securities Laws, *Flynn v. Exelon Corp.*, No. 19-cv-08209 (N.D. Ill. 2020);

Exhibit C:  Lead Plaintiff's Complaint for Violations of the Federal Securities Laws, *Azar v. Grubhub Inc.*, No. 19-cv-07665 (N.D. Ill. 2020); and

Exhibit D:  Lead Plaintiffs' Complaint for Violations of the Federal Securities Laws, *Allison v. Oak Street Health, Inc.*, No. 22-cv-00149 (N.D. Ill. 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of December, at Naperville, Illinois.

_____
FRANK A. RICHTER

- 1 -