# EXHIBIT A

Case 2:22-cv-01436-BHL   Filed 12/2023   Page 2 of 3   Document 53-1

# INVESTOR DAY

SEPTEMBER 27, 2023

**GENERAC**®

**OUR PURPOSE:**
Lead the evolution to more resilient, efficient, and sustainable energy solutions.

Case 2:22-cv-01436-BHL    Filed 12/20/23    Page 3 of 3    Document 53-1

# Close Rate Opportunity



**HSB Close Rate**

Close rates peak Q3 2020

PowerPlay platform launched in 2012 – close rates nearly double over 8-year period

Close rates decline over 40% as lead times grew – bottoming in Q1 2022

Close rates recover over balance of 2022

Close rates flatten out during 2023

## Consumer Conversion

- Consumer lead times are back to historical levels
- Number of IHCs delivered to dealers is expected to grow
- Close rate improvement drives market penetration and strengthens already robust marketing ROI
- **2026F: expect to recover half of the decline from peak**

**Growing IHCs + Improving Close Rate = Significant Opportunity for Growth**