**Appendix 1**

**The Alleged Misstatements Fail To State A Claim**

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| **HSB** | | | | | | | |
| 1 | "despite strong prior year comparisons due to the emergence of the Home as a Sanctuary mega trend and elevated outage levels, *home consultations or sales leads for home standby generators remained strong during the second quarter and increased approximately 50%* as compared to the second quarter of 2020." | 61(a) | X | X | X | | |
| 2 | "[e]arly in the third quarter, *these key demand metrics for home standby have continued to trend even higher relative to prior year levels, including home consultations increasing at a strong double-digit rate.*" | 61(b) | X | X | X | | |
| 3 | "So when we're giving that update again this quarter and the fact that it hasn't changed, yet we have higher production levels in the future, we've  also, as we indicated in the prepared remarks, *we've been* | 61(c) | X | X | | | |

---

[1] For brevity, some statements quoted from the Amended Complaint do not include the entire surrounding paragraph. Emphases are from the Amended Complaint. All capitalized terms are as defined or used in the Amended Complaint.

[2] **"No Falsity"** means that the Amended Complaint fails to plead particularized facts to show the reason that the statement was allegedly false or misleading. *See* Br. at 9-13, 21-28. **"No Scienter"** means that the Amended Complaint fails to plead particularized facts giving rise to a strong inference that the maker of the statement acted with scienter at the time the statement was made. *See* Br. at 13-18, 28-29. "**Puffery**" means that the alleged misstatement is an inactionable statement of corporate optimism and/or the statement is too general to be actionable. *See* Br. at 13, 25. "**Forward-looking**" means that the alleged misstatement is a forward-looking statement protected by the PLSRA's safe harbor provision. *See* Br. at 25. "**No Materiality**" means that the Amended Complaint fails to plead facts sufficient to show that there is a substantial likelihood that the alleged misstatement or omission would have been viewed by the reasonable investor as having significantly altered the total mix of information available. *See* Br. at 20-21.

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| | *experiencing higher incoming order rates.* So that kind of matches up with the higher expected production at this stage." | | | | | | |
| 4 | "[A]t this stage, it's -- the demand has been incredibly robust. We said this in the prepared remarks as well. *[E]ven here in the third quarter in July, our IHCs or home consultation sales leads for home standby are up again on very difficult comps compared to last year.* So I mean, it's just -- it continues to amaze us, the interest level in the category and how that's translating into real demand." | 61(d) | X | X | X | | |
| 5 | "*[T]he demand has been continuing just to be off the charts. I mean there's really no two ways to say it. I mean everything from our leading indicators like I[H]Cs to our lagging indicators like activations and then obviously, the incoming orders that are outstripping our kind of record production levels here.*" | 63 | X | X | X | | |
| 6 | "important megatrends" such as "Home as a Sanctuary" had "continue[d] to drive incredibly strong demand for home standby generators. As a result, *home consultations or sales leads increased again in the fourth quarter over the robust prior year comparison*." | 65(a) | X | X | | | |
| 7 | [W]e're going to end the year with a pretty substantial backlog yet of HSB because we anticipate *the order rate, which we've seen already so far this year and as we exited 2021 has been really strong, . . . so strong that even though we've taken our production capacity up, we've continued to outstrip that and grow the backlog.*" | 65(b) | X | X | X | | |
| 8 | "*phenomenally, I mean, for the whole quarter, [IHCs were] up double digits again for the quarter across the country*. So just a really strong read on IHCs." | 65(c) | X | X | | | |
| 9 | HSB business "continues to benefit from the convergence of multiple megatrends," highlighting that "*home consultations during the first quarter were nearly 3x higher than the levels seen in the first quarter of 2020, reinforcing our view that demand for the home standby category has once again achieved and held a new and higher baseline level*." | 67(a) | X | X | X | | |

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| 10 | "when we look at th[e] project costs, *we're able to then look at the close rates that we're seeing*, and that helps us kind of gauge the impact of each round of pricing. *To date, we're not seeing any significant impact on pricing*." | 67(b) | X | X | | | |
| 11 | "*we're seeing days of inventory be a little at the high end of where they've been historically*" but explained it away as "*[t]hat happens kind of seasonally about now –it's coming out of the winter season* . . . [s]o it's been difficult to get out and install product at the kind of pacing we want to see." | 67(c) | X | X | | | |
| 12 | [Jagdfeld:] But we need to increase the install pace because output is increasing. So that is a massive area of focus for us. And we're working hard with our existing dealers, but also with new dealers in terms of increasing their ability to install products more quickly. And they're struggling also, by the way with labor. That's another struggle point for the channel out there. So it is something we're watching closely. But we are seeing install rates move up. We just need to see it move up even faster.<br>[Ragen:] Yes. And we believe *there's buyers for those units that are in the field.* So I think that . . .<br>[Jagdfeld:] Well, *absolutely. Yes, the IHC.*<br>[Ragen:] *Based on the IHC volume.*<br>[Jagdfeld:] *Based on the IHC volume, we think the demand is there to support what we're seeing in the field in terms of inventory.*<br>[Ragen:] *Going to increase the install bandwidth.*<br>[Jagdfeld:] Right. | 67(d) | X | X | X | | |
| 13 | I would tell you that *you'd have to take into consideration where our close rate is at. That's a part of that equation.* And recall that IHCs are not our full –that's not everything we do, right? So it's –we think it's representative or proxy for the HSB market, but that just is a portion of what we do. | 67(e) | X | X | | | |
| *SnapRS* | | | | | | | |
| 14 | listed a potential *"increase in product and other liability claims or recalls"* that *"could affect our actual financial results,"* adding that *"[s]hould one or more of these risks or uncertainties materialize,* or | 98(a) | X | X | | X | X |

3

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| | should any of these assumptions prove incorrect, our actual results may vary in material respects from those projected in any forward-looking statements." | | | | | | |
| 15 | ***We may incur costs and liabilities as a result of product liability claims. We face a risk of exposure to current and future product liability claims alleging to arise from the use of our products and that may purportedly result in injury or other damage***. Although we currently maintain product liability insurance coverage, we may not be able to obtain such insurance on acceptable terms in the future, if at all, or obtain insurance that will provide adequate coverage against potential claims. . . . . In addition, we believe our business depends on the strong brand reputation we have developed. ***If our reputation is damaged, we may face difficulty in maintaining our market share and pricing with respect to some of our products***, which could reduce our sales and profitability. | 98(b) | X | X | | X | X |
| 16 | ***"[n]ew products, or refinements and improvements to our existing products, may have technical failures***, delayed introductions, higher than expected production costs ***or may not be well accepted by our customers***." | 98(c) | X | X | | X | X |
| 17 | ***Generac maintains a robust product safety function that is involved in all aspects of product design and production.*** We have a Product Safety Committee that participates in our new product development process in an effort ***to ensure that our products meet all applicable internal engineering design and safety standards, including those issued by the Consumer Product Safety Commission. This team performed 22 hazard reviews for products under development in 2021, and also regularly reviews any safety concerns associated with products in the field, including potential product recalls.*** Our engineering team maintains rigorous design standards that account for product safety at every stage of product development, and products go through multiple rounds of design review to ensure that safety is paramount. . . . . ***We also regularly perform design reviews and testing to maximize the quality and value of our products for our customers.*** | 101 | X | X | X | | X |

4

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| 18 | listed a potential *"increase in product and other liability claims or recalls"* that *"could affect our actual financial results,"* adding that *"[s]hould one or more of these risks or uncertainties materialize,* or should any of these assumptions prove incorrect, our actual results may vary in  material respects from those projected in any  forward-looking statements."* | 104 | X | X | | X | X |
| 19 | *"[t]here have been no material changes in our risk factors since the February 22, 2022 filing of our Annual Report* on Form 10-K for the year ended December 31, 2021." | 104 | X | X | | | X |
| 20 | listed a potential *"increase in product and other liability claims or recalls"* that *"could affect our actual financial results,"* adding that *"[s]hould one or more of these risks or uncertainties materialize,* or should any of these assumptions prove incorrect, our actual results may vary in  material respects from those projected in any  forward-looking statements."* | 106 | X | X | | X | X |
| 21 | *"[t]here have been no material changes in our risk factors since the February 22, 2022 filing of our Annual Report* on Form 10-K for the year ended December 31, 2021." | 106 | X | X | | | X |
| 22 | "SnapRS Rapid Shutdown Device " described as "*SAFE*" and "*rapid shutdown compliant.* | 108 | X | X | | | X |
| *Dealer Concentration* | | | | | | | |
| 23 | [Generac] "*ha[s] had encouraging success further building out our [solar]  installer  network  as  we've  trained  and  certified approximately 2,000 dealers as of the end of the quarter,* with approximately 800 dealers registered on our Powerplay CE selling system." | 122 | X | X | | | X |
| 24 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 123(a) | X | X | X | | X |
| 25 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through* | 123(b) | X | X | | | X |

5

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| | *factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | | | | | | |
| 26 | [Generac had] "*further built out our [solar] installer network during the quarter, and we ended the first half of the year with approximately 2,200 trained and certified dealers*, with nearly 900 of those dealers registered on our PowerPlay CE selling system." | 124 | X | X | | | X |
| 27 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 125 | X | X | X | | X |
| 28 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 125 | X | X | | | X |
| 29 | "*we further built out our installer network as we entered the third quarter with approximately 2,300 trained and certified dealers*, with nearly 1,000 of those dealers registered on our PowerPlay CE sales platform." | 126 | X | X | | | X |
| 30 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 127 | X | X | X | | X |
| 31 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 127 | X | X | | | X |
| 32 | "[a] key component of future growth for our clean energy offerings is establishing and developing our distribution network . . . . *we further built out our clean energy installer network as we ended the fourth quarter with nearly 2,500 trained and certified dealers*, with approximately 1,000 dealers registered on our PowerPlay sales platform." | 128 | X | X | | | X |

6

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| 33 | "*We believe our global distribution network is a competitive advantage that has strengthened over the years as a result of adding, expanding and developing the various distribution channels through which we sell our products.* We offer a broad set of tools, programs, factory support, and sales leads to help our distribution partners be successful. *Our network is well balanced with no single customer providing more than 6% of our sales in 2021.*" | 129(a) | X | X | X | | X |
| 34 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 129(b) | X | X | X | | X |
| 35 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 129(b) | X | X | | | X |
| 36 | "[c]lean [e]nergy products contributed meaningfully to overall growth in the first quarter as shipments of our PWRcell energy storage systems grew significantly from the prior year period" and that "*[s]upporting this rapid growth is the continued build-out of our installer network as we ended the first quarter with more than 2,600 trained and certified dealers*, with approximately 1,100 registered on our PowerPlay sales platform." | 130(a) | X | X | X | | X |
| 37 | "*[s]hipments of PWRcell energy storage systems also grew at a significant rate* as compared to the prior year as the U.S. residential solar plus storage market continues to grow and *as we expand our distribution network for our Clean Energy solutions.*" | 130(b) | X | X | X | | X |
| 38 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 131 | X | X | X | | X |
| 39 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through* | 131 | X | X | | | X |

7

| Statement No. | Alleged Misstatement[1] | Amended Complaint ¶ | No Falsity[2] | No Scienter | Puffery | Forward-looking | No Materiality |
|---|---|---|---|---|---|---|---|
| | *factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | | | | | | |
| 40 | "[a]s we work to capture this demand, *our residential clean energy installer network continues to grow as we ended the second quarter with approximately 2,800 trained and certified technicians*, with approximately 1,150 registered dealers on our PowerPlay sales platform." | 132 | X | X | | | X |
| 41 | "*energy storage systems . . . are available globally through a broad network of independent dealers,* distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies." | 133 | X | X | X | | X |
| 42 | [Generac is] "subject to various factors that can affect [its] result of operations, *which [the Company] attempt[s] to mitigate through factors we can control, including* continued product development, *expanded distribution,* pricing, cost control, and hedging." | 133 | X | X | | | X |

8