| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:22-cv-01436-BHL <br><br> (Consolidated with Civil No. 2:23-cv-00081-BHL) <br><br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JACQUELINE VALLETTE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Jacqueline Vallette, declare as follows:

1.	I am an attorney with the law firm Mayer Brown LLP, and counsel for Defendants Generac Holdings Inc. ("Generac"), Aaron Jagdfeld, and York A. Ragen ("Defendants"). I am a member in good standing with the State Bars of Texas and California and admitted to practice in the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Motion to Dismiss the Amended Consolidated Complaint. I have personal knowledge of the facts set forth herein.

2.	Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from Generac's September 27, 2023 Investor Day presentation, available on Generac's website at https://investors.generac.com/static-files/4969bed3-d159-4cb8-8b3b-eadff37b5aac, and made a part of this Court's records in this action by Plaintiffs at ECF No. 53-1.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of Generac's earnings call for the fourth quarter of fiscal year 2020, dated February 11, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of Generac's earnings call for the second quarter of fiscal year 2022, dated August 3, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2020, filed with the U.S. Securities and Exchange Commission ("SEC") on February 23, 2021.

6. Attached hereto as Exhibit 5 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on February 22, 2022.

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of Generac's earnings call for the third quarter of fiscal year 2021, dated November 2, 2021.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Northcoast Research Report dated January 26, 2022.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Bank of America Report dated April 28, 2022.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Spruce Point Capital Management Investment Research Report.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Bank of America Report dated September 12, 2022.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Bank of America Report dated October 6, 2022.

13. Attached hereto as Exhibit 12 is a true and correct copy of Generac's October 19, 2022 press release, available on Generac's website at https://investors.generac.com/node/13816/pdf.

14. Attached hereto as Exhibit 13 is a true and correct copy of the transcript of Generac's earnings call for the third quarter of fiscal year 2022, dated November 2, 2022.

15. Attached hereto as Exhibit 14 is a true and correct copy of Generac's Form 10-K for the fiscal year ended December 31, 2022, filed with the SEC on February 22, 2023.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of April, 2025 in Houston, Texas.

_____
Jacqueline Vallette

3