# EXHIBIT 1



# INVESTOR DAY

SEPTEMBER 27, 2023

**GENERAC**®

**OUR PURPOSE:**
Lead the evolution to more resilient, efficient, and sustainable energy solutions.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 2 of 3    Document 75-1

# Close Rate Opportunity



## Consumer Conversion

- Consumer lead times are back to historical levels
- Number of IHCs delivered to dealers is expected to grow
- Close rate improvement drives market penetration and strengthens already robust marketing ROI
- **2026F: expect to recover half of the decline from peak**

**Growing IHCs + Improving Close Rate = Significant Opportunity for Growth**