# EXHIBIT 7



**JANUARY 26, 2022**

**Tom Hayes** 216.242.2366
tom.hayes@northcoastresearch.com

**Tanmay Pandit** 216.468.6910
tanmay.pandit@northcoastresearch.com

# Generac

## GNRC: DECEMBER SURVEY - LONG TERM POSITIVE DESPITE NEAR TERM HEADWINDS

## BUY

## Northcoast Call

Key Thesis: Our December 2021 checks indicate that interest in the home standby (HSB) generators remained high despite the commentary from dealers citing a deceleration of near-term sales growth. We believe several factors are primarily driving this deceleration. We are seeing customers pausing their decision to buy based on the ongoing long lead times, which we believe averaged 25-27 weeks during December. Generac, like other manufacturers, is seeing Covid related labor shortages, which we believe averaged 5-15% of its workforce in December and into January. Additionally, there is likely some seasonal impact affecting sales as we enter winter. We see all these factors as temporary in nature and expect Generac to achieve solid growth moving forward, especially as it continues to expand its whole-home energy management solutions. We have lowered our revenue estimates for both Q4F21 and Q1F22 as we expect revenue rates to be lower than our previous estimates, primarily driven by internal labor challenges along with the now ever-present supply chain challenges. Along with our estimate changes, we are also moving our price target to $450 (from $540) based on 22x our FY23 EBITDA estimate.

- **December Activity Level:** Our checks in December saw a continuation of the deceleration in sales growth. We would note that our checks still indicate a robust demand environment with interest in the backup generators. We continue to hear mixed responses from dealers about their ability to drive sales growth with long lead times. Specifically, 54.5% of the respondents experienced some degree of growth in sales compared to last year. While most dealers we talked to continue to see strong demand for HSB generators, some dealers saw a decline in sales due to tougher comps in 2020 and their inability to sell aggressively due to a lack of inventory, despite strong interest from customers.

- **Quarterly Activity Level:** In December, we saw more of our respondents indicating a slowdown in sales growth compared to the activity levels in the prior year. While dealer responses regarding sales of the HSB units were mixed and slightly weaker, compared to the recent months, we would note that sales at the end of 2020 remained strong, and the continued growth, albeit at a slower pace, continues to reflect the robust demand environment. On a net basis, 63.6% of the respondents expect growth in the quarter due to a robust demand environment even as we lap a strong quarter in the prior year.

- **Full-Year 2021 Outlook:** Responses from our checks were no different from the previous few months in terms of annual sales expectations. Dealers noted that the long wait times are deterring some customers from placing orders even though interest remains strong. Our view is that while dealers do not have additional inventory to sell aggressively, they are still benefiting from the megatrends. Specifically, 100% of respondents indicated that they expect growth in the year for the 8th consecutive month. These positive trends, along with several new and updated product announcements give us increased confidence for strong performance going into 2022.

## Key Information

| | |
|---|---|
| Price (01/25/2022) | $276.32 |
| Target Price | $450.00 |
| Market Cap (M) | $17,433 |
| Enterprise Value (M) | $18,273 |
| Average Daily Volume (3 Months) | 864,391 |
| Dividend | $0.00 |

| EPS ($) Adjusted | 2021 | 2022 | 2023 |
|---|---|---|---|
| Q1 | 2.38a | 2.54e | -- |
| *Prior* | -- | *2.91e* | -- |
| Q2 | 2.39a | 3.21e | -- |
| *Prior* | -- | *2.80e* | -- |
| Q3 | 2.35a | 3.00e | -- |
| *Prior* | -- | *2.96e* | -- |
| Q4 | 2.28e | 3.19e | -- |
| *Prior* | *2.45e* | *3.18e* | -- |
| FY Dec | 9.40e | 11.94e | 14.47e |
| *Prior* | *9.57e* | *11.85e* | *14.10e* |
| P/E | 29.4x | 23.1x | 19.1x |

| Revenue ($M) | 2021 | 2022 | 2023 |
|---|---|---|---|
| Q1 | 807.4a | 1,023.4e | -- |
| *Prior* | -- | *1,092.6e* | -- |
| Q2 | 920.0a | 1,229.7e | -- |
| *Prior* | -- | *1,137.5e* | -- |
| Q3 | 942.7a | 1,175.4e | -- |
| Q4 | 998.2e | 1,250.4e | -- |
| *Prior* | *1,023.1e* | *1,256.7e* | -- |
| FY Dec | 3,668.3e | 4,678.9e | 5,464.4e |
| *Prior* | *3,693.3e* | *4,662.3e* | *5,412.2e* |



**Important: Please read disclosures and disclaimers on page 9**

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 2 of 11    Document 75-7



# GNRC: December Survey - Long Term Positive Despite Near Term Headwinds

Our December 2021 checks indicate that interest in the home standby (HSB) generators remained high despite the commentary from dealers citing a deceleration of sales growth. We believe several factors are primarily driving this deceleration. We believe customers are pausing their decision to buy based on the ongoing long lead times, which we believe averaged 25-27 weeks during December. Generac, like other manufacturers, is seeing Covid related labor shortages, which we believe averaged 5-15% in December and into January. Additionally, there is likely some seasonal impact affecting sales, along with a challenging comp, which is slowing sales growth. We see all these factors as temporary in nature and expect Generac to see solid growth moving forward, especially as it continues to expand its whole-home energy management solutions. We have lowered our revenue estimates for both Q4F21 and Q1F22 as we expect revenue rates to be lower than our previous estimates, primarily driven by internal labor challenges along with the now ever-present supply chain challenges. Along with our estimate changes, we are also moving our price target to $450 (from $540) based on 22x our FY23 EBITDA estimate.

**Estimate update:** Reflecting our near tern concerns surrounding supply chain and labor issues, we have updated our estimates. We have also updated our full-year outlook for F2021, F2022, and F2023. Our revenue estimate for F2021, F2022, and F2023 is now $3,668 million, $4,679 million, and $5,464 million respectively. Our adjusted EPS estimate for F2021, F2022, and F2023 is now $9.40, $11.94, and $14.47 respectively. Our price target moves to $450 based on 22x our new F2023 EBITDA estimate.

| Estimate Changes | Q4F21E | | Q1F22E | | FY21E | | FY22E | | FY23E | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Old | New | Old | New | Old | New | Old | New | Old | New |
| Revenue | $1,023.1 | $998.2 | $1,092.6 | $1,023.4 | $3,693.3 | $3,668.3 | $4,662.3 | $4,678.9 | $5,412.2 | $5,464.4 |
| EPS | $2.45 | $2.28 | $2.91 | $2.54 | $9.57 | $9.40 | $11.85 | $11.94 | $14.10 | $14.47 |
| **Segment Breakdown** | | | | | | | | | | |
| Residential | **$708.1** | **$683.2** | **$775.3** | **$704.8** | **$2,459.0** | **$2,434.1** | **$3,240.0** | **$3,254.3** | **$3,855.6** | **$3,905.2** |
| Y/Y Growth | 42% | 37% | 43% | 30% | 58% | 56% | 32% | 34% | 19% | 20% |
| Comercial & Industrial | **$242.3** | **$242.3** | **$246.9** | **$246.9** | **$957.3** | **$957.3** | **$1,107.7** | **$1,107.4** | **$1,207.3** | **$1,207.1** |
| Y/Y Growth | 22% | 22% | 22% | 22% | 36% | 36% | 16% | 16% | 9% | 9% |
| Other | **$72.8** | **$72.8** | **$70.4** | **$71.7** | **$276.9** | **$276.9** | **$314.6** | **$317.2** | **$349.2** | **$352.1** |
| Y/Y Growth | 14% | 14% | 12% | 14% | 22% | 22% | 14% | 15% | 11% | 11% |
| **Total** | **$1,023.1** | **$998.2** | **$1,092.6** | **$1,023.4** | **$3,693.3** | **$3,668.3** | **$4,662.3** | **$4,678.9** | **$5,412.2** | **$5,464.4** |
| Y/Y Growth | 34.4% | 31.2% | 35.3% | 26.7% | 48.6% | 47.6% | 26.2% | 27.5% | 16.1% | 16.8% |

Source: Northcoast Research

In Figure 1, we detail the survey responses by geographic areas served by these independent companies; in Figure 2, we highlight end markets served, and in Figure 3, we highlight the power generation product brands carried by these distributors.

## Figure 1 - Geographies served (exceeds 100% due to multiple markets served)

| Answer Options | Response Percent |
|---|---|
| Midwest | 63.6% |
| Northeast | 45.5% |
| South | 36.4% |
| West | 54.5% |
| International | 9.1% |

Source: Northcoast Research

## Figure 2 - End markets served (exceeds 100% due to multiple markets served)

| Answer Options | Response Percent |
|---|---|
| Generac | 81.8% |
| Cummins | 36.4% |
| Briggs & Stratton | 18.2% |
| Husqvarna | 0.0% |
| Honda | 27.3% |
| Kohler | 45.5% |
| Other | 18.2% |

Source: Northcoast Research



### Figure 3 - Power Generation Brands Carried (exceeds 100% due to multiple brands)

| Answer Options | Response Percent |
|---|---|
| Residential | 90.9% |
| Commercial | 81.8% |
| Industrial | 63.6% |
| Rental | 0.0% |
| Solar | 18.2% |

Source: Northcoast Research

In Figure 4, we highlight year over year monthly business activity. Our checks in December saw a continuation of the deceleration in sales growth. We would note that our checks still indicate a strong demand environment with interest in the backup generators. We continue to hear mixed responses from dealers in terms of their ability to drive sales growth with long lead times. Specifically, 54.5% of the respondents experienced some level of growth in sales compared to last year. Most dealers we talked to continue to see strong demand for home standby (HSB) generators but there were also dealers that saw a decline in sales as a result of strong sales in 2020 and their inability to push for more sales due to a lack of inventory, despite strong interest from customers. The continuous weather and grid capacity concerns are leading to stronger order and quoting activity. We continue to believe that outages and the home as a sanctuary megatrend are drivers of demand for portable generators, standby units as well as clean energy solutions.

Over the years, we have seen a pattern of seasonality in respondents' monthly sales trends but since mid-2020, we started to see strong demand all year round. With 54.5% of respondents seeing some level of growth in sales, 2021 was a record growth year for the generator market. We expect this trend to continue in 2022 with activity remaining stronger than historical levels as this is the beginning of what we believe is the secular shift in the industry. We continue to see demand at elevated levels due to multiple factors including, recurring extreme weather events and increasing awareness and need for power security and reliability.

### Figure 4 - Year over Year Monthly Sales Trends

| Answer Options | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decrease > 7.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 5 to 7.5% | 6.7% | 0.0% | 0.0% | 6.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 2.5 to 5% | 13.3% | 6.7% | 0.0% | 6.7% | 7.1% | 7.7% | 7.7% | 13.3% | 14.3% | 7.7% | 11.1% | 18.2% |
| Flat | 13.3% | 6.7% | 7.1% | 26.7% | 0.0% | 0.0% | 0.0% | 6.7% | 7.1% | 15.4% | 22.2% | 27.3% |
| Increase = 2.5 to 5% | 13.3% | 26.7% | 28.6% | 26.7% | 21.4% | 0.0% | 15.4% | 20.0% | 14.3% | 15.4% | 33.3% | 18.2% |
| Increase = 5 to 7.5% | 13.3% | 13.3% | 7.1% | 13.3% | 7.1% | 7.7% | 7.7% | 6.7% | 0.0% | 23.1% | 22.2% | 18.2% |
| Increase > 7.5% | 40.0% | 46.7% | 57.1% | 20.0% | 64.3% | 84.6% | 69.2% | 53.3% | 64.3% | 38.5% | 11.1% | 18.2% |

Source: Northcoast Research

Figure 5, highlights year-over-year quarterly activity for 4QF21. In December, we saw more of our respondents indicating a slowdown in sales growth compared to the strong activity levels in the prior year. While dealer responses regarding sales of the HSB units were mixed and slightly weaker compared to the prior months, we would note that sales at the end of 2020 remained very strong so continued growth, albeit at a slower pace, continues to reflect the strong demand environment. On a net basis, 63.6% of the respondents expect growth in the quarter due to a robust demand environment even as we lap a strong quarter in the prior year.

### Figure 5 - Year over Year Quarterly Business Activity/Expectations

| Answer Options | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decrease > 7.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 5 to 7.5% | 0.0% | 6.7% | 0.0% | 0.0% | 6.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 2.5 to 5% | 0.0% | 6.7% | 0.0% | 0.0% | 6.7% | 6.7% | 0.0% | 0.0% | 0.0% | 14.3% | 0.0% | 11.1% | 27.3% |
| Flat | 20.0% | 13.3% | 13.3% | 0.0% | 20.0% | 0.0% | 0.0% | 7.7% | 14.3% | 7.1% | 8.3% | 11.1% | 9.1% |
| Increase = 2.5 to 5% | 13.3% | 20.0% | 13.3% | 35.7% | 33.3% | 20.0% | 15.4% | 23.1% | 21.4% | 14.3% | 16.7% | 33.3% | 27.3% |
| Increase = 5 to 7.5% | 20.0% | 13.3% | 13.3% | 35.7% | 13.3% | 20.0% | 23.1% | 15.4% | 28.6% | 42.9% | 41.7% | 33.3% | 18.2% |
| Increase > 7.5% | 46.7% | 40.0% | 60.0% | 28.6% | 20.0% | 53.3% | 61.5% | 53.8% | 35.7% | 21.4% | 33.3% | 11.1% | 18.2% |

Source: Northcoast Research

Figure 6 highlights year-over-year annual expectations for business activity in F2021 vs. F2020. In December, responses from our checks were no different from the previous few months in terms of annual sales expectations. Dealers noted that the long wait times continue to deter some customers from placing orders even though interest remains strong. We still believe that while dealers do not have additional inventory to aggressively sell, they are still benefiting from the megatrends. Specifically, 100% of respondents indicated that they expect growth in the year, for the 8th consecutive month. We believe that the concerns regarding supply-side shortages affecting dealers are temporary and vary by dealers as some of them are proactively managing inventory and orders.

### Figure 6 - Business activity in 2021 vs. 2020

| Answer Options | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Decrease > 7.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 5 to 7.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Decrease = 2.5 to 5% | 0.0% | 13.3% | 0.0% | 0.0% | 6.7% | 7.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Flat | 13.3% | 13.3% | 13.3% | 0.0% | 33.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Increase = 2.5 to 5% | 26.7% | 20.0% | 20.0% | 35.7% | 26.7% | 7.1% | 7.7% | 7.1% | 6.7% | 14.3% | 8.3% | 11.1% | 18.2% |
| Increase = 5 to 7.5% | 20.0% | 13.3% | 13.3% | 35.7% | 13.3% | 21.4% | 15.4% | 21.4% | 20.0% | 14.3% | 16.7% | 22.2% | 18.2% |
| Increase > 7.5% | 40.0% | 40.0% | 53.3% | 28.6% | 20.0% | 64.3% | 76.9% | 71.4% | 73.3% | 71.4% | 75.0% | 66.7% | 63.6% |

Source: Northcoast Research

Last, we asked participants about their interest in selling Generac's Solar Storage and Energy Management solutions and 28.6% of the responders have started selling the new solutions. Overall, 85.7% of the respondents have shown interest in selling these solutions with 42.9% already trained to sell the Generac solutions. We also got encouraging feedback for the PWRcell solution for its ease of installation, but the market remains in its early stages due to the higher price point. We will continue to track this progress as we continue to monitor the adoption of Generac's new product offerings.

### Figure 7 - Interest in Generac Solar Storage and Energy Management Solutions

| Answer Options | Response Percent |
|---|---|
| We have begun selling these solutions | 28.6% |
| We have been trained, but have not yet started selling | 42.9% |
| We have an interest in this, but have not moved forward | 14.3% |
| We have no interest in these products | 14.3% |

Source: Northcoast Research



# Generac
## Income Statement
*($ millions, except per share amount)*

| | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net sales** | 1,460.9 | 1,317.3 | 1,444.5 | 1,669.2 | 2,018.0 | 2,204.3 | 2,485.2 | 3,668.3 | 4,678.9 | 5,464.4 |
| Cost of Sales | 944.7 | 857.3 | 930.3 | 1,091.5 | 1,297.6 | 1,406.6 | 1,527.5 | 2,317.0 | 2,977.1 | 3,444.1 |
| **Gross profit** | 516.2 | 460.0 | 514.1 | 577.7 | 720.4 | 797.8 | 957.7 | 1,351.4 | 1,701.8 | 2,020.3 |
| Selling & service | 120.4 | 130.2 | 164.6 | 169.0 | 187.2 | 217.7 | 246.4 | 316.4 | 373.4 | 440.6 |
| Research & Development | 31.5 | 32.9 | 37.2 | 42.9 | 50.0 | 68.4 | 80.3 | 103.1 | 122.2 | 145.4 |
| General & Administrative | 54.8 | 52.9 | 74.7 | 87.6 | 103.8 | 110.9 | 119.6 | 158.1 | 169.2 | 182.7 |
| Amortization on intangible assets | 21.0 | 23.6 | 33.0 | 28.9 | 22.1 | 28.6 | 32.3 | 47.0 | 48.6 | 48.6 |
| Gain on remeasurement on contingent | (4.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tradename and goodwill impairment | 0.0 | 40.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Operating Expenses | 222.8 | 280.4 | 309.5 | 328.3 | 363.2 | 425.6 | 478.5 | 624.6 | 713.3 | 817.2 |
| **Income from operations (EBIT)** | 293.4 | 179.6 | 204.6 | 249.3 | 357.2 | 372.2 | 479.1 | 726.8 | 988.6 | 1,203.1 |
| Interest expense | (47.2) | (42.8) | (44.6) | (42.7) | (41.0) | (41.5) | (33.0) | (31.4) | (31.9) | (31.9) |
| Investment income | 0.1 | 0.1 | 0.0 | 0.3 | 1.9 | 2.8 | 2.2 | 1.0 | 0.0 | 0.0 |
| Loss on extinguishment of debt | (2.1) | (4.8) | (0.6) | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Gain on change in contractual interest rate | 16.0 | (2.4) | (3.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Costs related to acquisitions | (0.4) | (1.2) | (1.1) | (0.7) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | (1.5) | (5.5) | 0.9 | (3.7) | (5.7) | (13.8) | (2.1) | 0.5 | (4.0) | (4.0) |
| Income before provision for income taxes | 258.4 | 123.0 | 156.4 | 202.5 | 311.1 | 319.6 | 446.2 | 696.9 | 952.7 | 1,167.2 |
| Provision for Income taxes | 83.7 | 45.2 | 57.6 | 42.7 | 69.9 | 67.3 | 99.0 | 152.2 | 228.6 | 280.1 |
| **Net Income** | 174.6 | 77.7 | 98.8 | 159.8 | 241.2 | 252.3 | 347.2 | 544.7 | 724.0 | 887.0 |
| Net Income attributable to non-controlling interest | 0.0 | 0.0 | 0.0 | 1.7 | 3.0 | 0.3 | (3.4) | 4.0 | 4.0 | 4.0 |
| **Net Income attributable to Generac Holdings Inc.** | 0.0 | 77.7 | 98.8 | 158.1 | 238.3 | 252.0 | 350.6 | 540.7 | 720.0 | 883.0 |
| Diluted income per common share: | | | | | | | | | | |
| **Operating EPS** | $3.34 | $2.86 | $3.03 | $3.36 | $4.70 | $5.07 | $6.48 | $9.40 | $11.94 | $14.47 |
| Weighted average diluted shares | 70.1 | 69.2 | 65.4 | 62.6 | 62.2 | 62.7 | 63.6 | 64.2 | 64.5 | 64.5 |
| Adj. EBITDA | 307.08 | 270.82 | 274.60 | 309.50 | 416.79 | 449.15 | 581.42 | 846.22 | 1107.93 | 1331.43 |
| **Growth Rates:** | | | | | | | | | | |
| Total Sales | -1.7% | -9.8% | 9.7% | 15.6% | 20.9% | 9.2% | 12.7% | 47.6% | 27.5% | 16.8% |
| Sales & Marketing | | 8.2% | 26.4% | 2.7% | 10.8% | 16.3% | 13.2% | 28.4% | 18.0% | 18.0% |
| Research & Development | | 4.5% | 13.1% | 15.2% | 16.6% | 36.7% | 17.3% | 28.5% | 18.5% | 19.0% |
| General & Administrative | | -3.4% | 41.1% | 17.2% | 18.6% | 6.8% | 7.9% | 32.1% | 7.0% | 8.0% |
| EBIT | -16.5% | -38.8% | 14.0% | 21.9% | 43.3% | 4.2% | 28.7% | 51.7% | 36.0% | 21.7% |
| EBITDA | -15.3% | -11.8% | 1.4% | 12.7% | 34.7% | 7.8% | 29.4% | 45.5% | 30.9% | 20.2% |
| Net income | 0.0% | -55.5% | 27.1% | 61.7% | 50.9% | 4.6% | 37.6% | 56.9% | 32.9% | 22.5% |
| EPS (operating) | -22.8% | -14.3% | 5.9% | 10.9% | 39.6% | 8.0% | 27.8% | 45.1% | 27.0% | 21.2% |
| **Margins & Ratios:** | | | | | | | | | | |
| Gross Margin | 35.3% | 34.9% | 35.6% | 34.6% | 35.7% | 36.2% | 38.5% | 36.8% | 36.4% | 37.0% |
| Sales & Marketing | 8.2% | 9.9% | 11.4% | 10.1% | 9.3% | 9.9% | 9.9% | 8.6% | 8.0% | 8.1% |
| Research & Development | 2.2% | 2.5% | 2.6% | 2.6% | 2.5% | 3.1% | 3.2% | 2.8% | 2.6% | 2.7% |
| General & Administrative | 3.8% | 4.0% | 5.2% | 5.2% | 5.1% | 5.0% | 4.8% | 4.3% | 3.6% | 3.3% |
| Oper Expense Ratio | 14.1% | 16.4% | 19.1% | 17.9% | 16.9% | 18.0% | 18.0% | 15.7% | 14.2% | 14.1% |
| Operating Margin | 20.1% | 13.6% | 14.2% | 14.9% | 17.7% | 16.9% | 19.3% | 19.8% | 21.1% | 22.0% |
| Net Income before NCI | 0.0% | 0.0% | 6.8% | 9.6% | 12.0% | 11.4% | 14.0% | 14.8% | 15.5% | 16.2% |
| Tax rate | 32.4% | 36.8% | 36.8% | 21.1% | 22.5% | 21.1% | 22.2% | 21.8% | 24.0% | 24.0% |
| **Y/Y bp margin changes** | | | | | | | | | | |
| GPM | -300 | -42 | 68 | -99 | 109 | 49 | 234 | -170 | -47 | 60 |
| Sales & Marketing | 101 | 165 | 151 | -127 | -85 | 60 | 4 | -129 | -65 | 8 |
| Research & Development | 19 | 34 | 8 | -1 | -9 | 62 | 13 | -42 | -20 | 5 |
| General & Administrative | 2 | 27 | 115 | 8 | -10 | -12 | -22 | -50 | -69 | -27 |
| Oper Expenses | 121 | 226 | 274 | -120 | -104 | 111 | -5 | -221 | -154 | -14 |
| OPM | -357 | -645 | 53 | 77 | 276 | -82 | 240 | 53 | 132 | 89 |
| **Segment Breakdown** | | | | | | | | | | |
| Domestic | | 1207.1 | 1173.6 | 1293.3 | 1574.8 | 1751.4 | 2088.8 | 3026.3 | 3556.0 | 4152.9 |
| Y/Y Growth | | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.2 | 0.4 | 0.2 | 0.2 |
| International | | 110.2 | 270.9 | 375.9 | 443.1 | 450.9 | 396.4 | 642.0 | 1122.9 | 1311.4 |
| Y/Y Growth | | 0.0 | 1.5 | 0.4 | 0.2 | 0.0 | -0.1 | 0.6 | 0.7 | 0.2 |
| Total | | 1317.3 | 1444.5 | 1669.2 | 2018.0 | 2202.3 | 2485.2 | 3668.3 | 4678.9 | 5464.4 |
| Y/Y Growth | | | -9.8% | 9.7% | 15.6% | 20.9% | 9.1% | 12.7% | 47.6% | 27.5% | 16.8% |



# Generac
**Income Statement**
*($ millions, except per share amount)*

| | FY20 | Q1F21 Mar-21 | Q2F21 Jun-21 | Q3F21 Sep-21 | Q4F21E Dec-21 | FY21E | Q1F22E Mar-22 | Q2F22E Jun-22 | Q3F22E Sep-22 | Q4F22E Dec-22 | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 2,485.2 | 807.4 | 920.0 | 942.7 | 998.2 | 3,668.3 | 1023.4 | 1229.7 | 1,175.4 | 1,250.4 | 4,678.9 | 5,464.4 |
| Cost of Sales | 1,527.5 | 485.6 | 580.2 | 606.7 | 644.4 | 2,317.0 | 659.5 | 784.2 | 741.8 | 791.6 | 2,977.1 | 3,444.1 |
| Gross profit | 957.7 | 321.8 | 339.7 | 336.0 | 353.8 | 1,351.4 | 363.9 | 445.5 | 433.6 | 458.8 | 1,701.8 | 2,020.3 |
| Selling & Service | 246.4 | 68.4 | 78.8 | 82.2 | 87.0 | 316.4 | 80.7 | 93.0 | 97.0 | 102.7 | 373.4 | 440.6 |
| Research & Development | 80.3 | 22.4 | 25.3 | 27.2 | 28.2 | 103.1 | 26.6 | 29.9 | 32.1 | 33.6 | 122.2 | 145.4 |
| General & Administrative | 119.6 | 32.9 | 41.6 | 40.8 | 42.8 | 158.1 | 35.2 | 44.5 | 43.7 | 45.8 | 169.2 | 182.7 |
| Amortization on intangible assets | 32.3 | 9.0 | 11.1 | 12.2 | 14.7 | 47.0 | 12.1 | 12.1 | 12.1 | 12.1 | 48.6 | 48.6 |
| Total Operating Expenses | 478.5 | 132.7 | 156.8 | 162.4 | 172.7 | 624.6 | 154.7 | 179.5 | 184.9 | 194.1 | 713.3 | 817.2 |
| Income from operations (EBIT) | 479.1 | 189.12 | 183.0 | 173.6 | 181.1 | 726.8 | 209.2 | 266.0 | 248.7 | 264.7 | 988.6 | 1,203.1 |
| Interest expense | (33.0) | (7.7) | (7.7) | (8.0) | (8.0) | (31.4) | (8.0) | (8.0) | (8.0) | (8.0) | (31.9) | (31.9) |
| Investment income | 2.2 | 0.6 | 0.2 | 0.2 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other, net | (2.1) | 3.3 | -1.2 | -0.4 | -1.2 | 0.5 | -1.0 | -1.0 | -1.0 | -1.0 | (4.0) | (4.0) |
| Income before provision for income taxes | 446.2 | 185.3 | 174.3 | 165.4 | 171.9 | 696.9 | 200.2 | 257.0 | 239.8 | 255.7 | 952.7 | 1,167.2 |
| Provision for Income taxes | 99.0 | 35.4 | 46.4 | 32.6 | 37.8 | 152.2 | 48.0 | 61.7 | 57.5 | 61.4 | 228.6 | 280.1 |
| Net Income | 347.2 | 149.9 | 127.9 | 132.8 | 134.1 | 544.7 | 152.1 | 195.3 | 182.2 | 194.4 | 724.0 | 887.0 |
| Net Income attributable to non-controlling interest | (3.4) | 1.0 | 0.9 | 1.2 | 1.0 | 4.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 4.0 |
| Less: Redeemable NCI redemption value adj | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income attributable to Generac Holdings Inc. | 350.6 | 149.0 | 127.0 | 131.6 | 133.1 | 540.7 | 151.1 | 194.3 | 181.2 | 193.4 | 720.0 | 883.0 |
| Diluted income per common share: | | | | | | | | | | | | |
| Non-GAAP EPS | $6.48 | $2.38 | $2.39 | $2.35 | $2.28 | $9.40 | $2.54 | $3.21 | $3.00 | $3.19 | $11.94 | $14.47 |
| Weighted average diluted shares | 63.6 | 64.1 | 64.1 | 64.2 | 64.2 | 64.2 | 64.5 | 64.5 | 64.5 | 64.5 | 64.5 | 64.5 |
| Adj. EBITDA | 581.42 | 212.00 | 215.66 | 206.95 | 211.60 | 846.22 | 238.34 | 295.43 | 278.72 | 295.44 | 1107.93 | 1331.43 |
| **Growth Rates:** | | | | | | | | | | | | |
| Total Sales | 12.7% | 69.7% | 68.2% | 34.4% | 31.2% | 47.6% | 26.7% | 33.7% | 24.7% | 25.3% | 27.5% | 16.8% |
| Selling & Service | 13.2% | 24.1% | 26.0% | 35.0% | 28.3% | 28.4% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% |
| Research & Development | 17.3% | 20.0% | 30.3% | 31.5% | 31.2% | 28.5% | 19.0% | 18.0% | 18.0% | 19.0% | 18.5% | 19.0% |
| General & Administrative | 7.9% | 18.0% | 39.7% | 31.4% | 38.4% | 32.1% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 8.0% |
| EBIT | 28.7% | 200.9% | 104.3% | 11.5% | 5.9% | 51.7% | 10.6% | 45.4% | 43.3% | 46.2% | 36.0% | 21.7% |
| EBITDA | 29.4% | 146.2% | 75.3% | 16.4% | 8.8% | 45.5% | 12.4% | 37.0% | 34.7% | 39.6% | 30.9% | 20.2% |
| Net income | 37.6% | 245.4% | 101.1% | 15.2% | 7.3% | 56.9% | 1.5% | 52.7% | 37.3% | 44.9% | 32.9% | 22.5% |
| EPS (operating) | 27.8% | 173.8% | 71.2% | 12.9% | 7.3% | 45.1% | 6.5% | 34.1% | 27.6% | 40.3% | 27.0% | 21.2% |
| **Margins & Ratios:** | | | | | | | | | | | | |
| Gross Margin | 38.5% | 39.9% | 36.9% | 35.6% | 35.4% | 36.8% | 35.6% | 36.2% | 36.9% | 36.7% | 36.4% | 37.0% |
| Sales & Marketing | 9.9% | 8.5% | 8.6% | 8.7% | 8.7% | 8.6% | 7.9% | 7.6% | 8.3% | 8.2% | 8.0% | 8.1% |
| Research & Development | 3.2% | 2.8% | 2.8% | 2.9% | 2.8% | 2.8% | 2.6% | 2.4% | 2.7% | 2.7% | 2.6% | 2.7% |
| General & Administrative | 4.8% | 4.1% | 4.5% | 4.3% | 4.3% | 4.3% | 3.4% | 3.6% | 3.7% | 3.7% | 3.6% | 3.3% |
| Oper Expense Ratio | 18.0% | 15.3% | 15.8% | 15.9% | 15.8% | 15.7% | 13.9% | 13.6% | 14.7% | 14.6% | 14.2% | 14.1% |
| Operating Margin | 19.3% | 23.4% | 19.9% | 18.4% | 18.1% | 19.8% | 20.4% | 21.6% | 21.2% | 21.2% | 21.1% | 22.0% |
| Net Income before NCI | 14.0% | 18.6% | 13.9% | 14.1% | 13.4% | 14.8% | 14.9% | 15.9% | 15.5% | 15.5% | 15.5% | 16.2% |
| Tax rate | 22.2% | 19.1% | 26.6% | 19.7% | 22.0% | 21.8% | 24.0% | 24.0% | 24.0% | 24.0% | 24.0% | 24.0% |
| **Y/Y bp margin changes** | | | | | | | | | | | | |
| GPM | 234 | 365 | -129 | -373 | -400 | -170 | -430 | -70 | 125 | 125 | -47 | 60 |
| Sales & Marketing | 4 | -311 | -287 | 4 | -19 | -129 | -58 | -100 | -47 | -51 | -65 | 8 |
| Research & Development | 13 | -115 | -80 | -6 | 0 | -42 | -17 | -32 | -15 | -14 | -20 | 5 |
| General & Administrative | -22 | -179 | -92 | -10 | 22 | -50 | -63 | -90 | -61 | -62 | -69 | -27 |
| Oper Expenses | -5 | -604 | -460 | -12 | 3 | -221 | -139 | -223 | -124 | -127 | -154 | -14 |
| OPM | 240 | 1021 | 351 | -378 | -433 | 53 | -299 | 174 | 275 | 303 | 132 | 89 |
| **Product Breakdown** | | | | | | | | | | | | |
| Residential | 1556.501 | 542.15 | 599.99 | 608.82 | 683.15 | 2434.11 | 704.79 | 869.99 | 791.46 | 888.10 | 3254.34 | 3905.21 |
| Y/Y Growth | 36.1% | 110% | 76% | 33% | 37% | 56.4% | 30% | 45% | 30% | 30% | 33.7% | 20.0% |
| Comercial & Industrial | 701.752 | 202.39 | 254.30 | 258.31 | 242.29 | 957.28 | 246.92 | 284.81 | 297.06 | 278.63 | 1107.41 | 1207.08 |
| Y/Y Growth | -19.5% | 18% | 64% | 47% | 22% | 36.4% | 22% | 12% | 15% | 15% | 15.7% | 9.0% |
| Other | 226.947 | 62.89 | 65.70 | 75.57 | 72.77 | 276.93 | 71.70 | 74.89 | 86.91 | 83.69 | 317.19 | 352.08 |
| Y/Y Growth | 20.1% | 36% | 30% | 14% | 14% | 22.0% | 14% | 14% | 15% | 15% | 14.5% | 11.0% |
| Total | 2485.200 | 807.43 | 919.98 | 942.70 | 998.21 | 3668.32 | 1023.41 | 1229.69 | 1175.43 | 1250.42 | 4678.94 | 5464.37 |
| Y/Y Growth | 12.7% | 70% | 68% | 34% | 31% | 47.6% | 27% | 34% | 25% | 25% | 27.5% | 16.8% |



# Generac

**Balance Sheet**

*($ millions, except per share amount)*

|  | FY16 | FY17 | FY18 | FY19 | FY20 | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Cash & cash equivalents | 67.3 | 138.5 | 224.5 | 322.9 | 655.1 | 564.3 | 1,234.9 | 2,099.5 |
| Accounts receivable | 241.9 | 280.0 | 326.1 | 319.5 | 374.9 | 461.2 | 595.0 | 706.0 |
| Inventories | 349.7 | 380.3 | 544.8 | 522.0 | 603.3 | 804.8 | 986.4 | 1,111.8 |
| Deferred income taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid & other current assets | 24.6 | 19.7 | 25.4 | 31.4 | 36.4 | 53.9 | 69.6 | 82.5 |
| **Total current assets** | **683.5** | **818.6** | **1,120.8** | **1,195.8** | **1,669.7** | **1,884.2** | **2,885.8** | **3,999.9** |
| PP&E | 212.8 | 230.4 | 278.9 | 317.0 | 343.9 | 420.4 | 484.1 | 558.5 |
| Customer lists, net | 45.3 | 41.1 | 61.2 | 55.6 | 49.2 | 154.2 | 154.2 | 154.2 |
| Patents, net | 48.1 | 39.6 | 30.0 | 85.5 | 86.7 | 142.0 | 142.0 | 142.0 |
| Trade names, net | 158.9 | 152.7 | 152.3 | 148.4 | 146.2 | 172.4 | 172.4 | 172.4 |
| Goodwill, net | 704.6 | 721.5 | 764.7 | 805.3 | 855.2 | 1,174.3 | 1,174.3 | 1,174.3 |
| Other intangible assets, net | 2.9 | 2.4 | 3.0 | 8.3 | 9.9 | 14.7 | 14.7 | 14.7 |
| Deferred income taxes | 3.3 | 3.2 | 0.2 | 2.9 | 1.5 | 3.8 | 3.8 | 3.8 |
| Deferred financing costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 2.2 | 10.5 | 15.3 | 46.9 | 73.0 | 102.8 | 102.8 | 102.8 |
| **Total Assets** | **1,861.7** | **2,020.0** | **2,426.3** | **2,665.7** | **3,235.4** | **4,068.8** | **5,134.1** | **6,322.5** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | | | | | |
| Short-term borrowings | 31.2 | 20.6 | 45.6 | 58.7 | 39.3 | 61.5 | 61.5 | 61.5 |
| Accounts payable | 181.5 | 233.6 | 328.1 | 262.0 | 330.2 | 440.5 | 568.3 | 674.3 |
| Accrued wages and benefits | 21.2 | 28.0 | 40.8 | 41.4 | 63.0 | 93.4 | 120.5 | 143.0 |
| Other accrued liabilities | 93.1 | 105.1 | 144.2 | 132.6 | 204.8 | 273.2 | 352.5 | 418.2 |
| Current portion LTD | 15.0 | 1.6 | 2.0 | 2.4 | 4.1 | 4.9 | 4.9 | 4.9 |
| **Total current liabilities** | **341.9** | **388.9** | **560.7** | **497.1** | **641.5** | **873.6** | **1,107.8** | **1,302.0** |
| Long-term debt | 1,006.8 | 906.5 | 876.4 | 837.8 | 841.8 | 843.4 | 843.4 | 843.4 |
| Deferred Income Taxes | 17.3 | 43.8 | 71.3 | 96.3 | 115.8 | 158.5 | 158.5 | 158.5 |
| Other long-term liabilities | 61.5 | 77.0 | 95.6 | 140.4 | 180.0 | 235.6 | 326.8 | 417.9 |
| **Total Liabilities** | **1,427.4** | **1,416.2** | **1,604.0** | **1,571.6** | **1,779.0** | **2,111.1** | **2,436.5** | **2,721.9** |
| **Redeemable noncontrolling interests** | 33.1 | 43.9 | 61.0 | 61.2 | 66.2 | 37.2 | 37.2 | 37.2 |
| **Shareholders' equity** | **401.1** | **559.8** | **761.3** | **1,032.9** | **1,390.2** | **1,920.4** | **2,660.4** | **3,563.4** |



**Generac**
**Statement of Cash Flows**
*($ millions, except per share amount)*

| | FY16 | FY17 | FY18 | FY19 | FY20 | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | | | | |
| Earnings from Continuing Ops | 98.8 | 161.1 | 241.2 | 252.3 | 347.2 | 544.7 | 724.0 | 887.0 |
| Depreciation | 21.5 | 23.1 | 25.3 | 32.3 | 36.9 | 42.7 | 53.2 | 62.2 |
| Amortization of intangible assets | 33.0 | 28.9 | 22.1 | 28.6 | 32.3 | 47.0 | 48.6 | 48.6 |
| Amortization of original issue discount | 3.9 | 3.5 | 4.7 | 4.7 | 2.6 | 2.6 | 2.6 | 2.6 |
| Loss on extinguishment of debt | 0.6 | 0.0 | 1.3 | 0.9 | 0.0 | 0.8 | 0.0 | 0.0 |
| Deferred income taxes | 39.3 | 21.4 | 23.6 | 18.7 | 21.2 | 9.4 | 24.0 | 24.0 |
| Share-based compensation expense | 9.5 | 10.2 | 14.6 | 16.7 | 20.9 | 26.2 | 32.0 | 32.0 |
| Loss on disposal of property and equipment | 0.1 | 0.0 | 2.5 | 12.0 | 7.1 | (4.0) | 0.0 | 0.0 |
| Net changes in operating assets and liabilities: | | | | | | | | |
| Accounts receivable | (9.1) | (29.8) | (43.2) | 8.2 | (56.0) | (67.3) | (133.8) | (111.0) |
| Inventories | 15.5 | (16.3) | (152.6) | 26.4 | (78.0) | (192.8) | (181.6) | (125.5) |
| Other assets | 0.4 | (14.8) | (6.4) | (0.4) | 12.9 | (6.6) | (15.6) | (13.0) |
| Accounts payable | 32.9 | 42.8 | 86.4 | (69.4) | 66.0 | 99.3 | 127.8 | 106.0 |
| Accrued wages and employee benefits | 5.2 | 6.1 | 12.6 | (3.7) | 20.2 | 28.0 | 27.1 | 22.5 |
| Other accrued liabilities | 6.7 | 27.5 | 17.0 | (16.3) | 60.6 | 52.7 | 79.3 | 65.7 |
| Excess tax benefits from equity awards | (7.9) | (3.2) | (1.9) | (2.3) | (7.0) | (26.9) | 0.0 | 0.0 |
| **Net cash provided by operating activities** | 253.4 | 260.7 | 247.2 | 308.9 | 487.0 | 555.9 | 787.5 | 1,001.2 |
| **Cash flows from investing activities:** | | | | | | | | |
| Proceeds from sale of property and equipment | 1.4 | 0.1 | 0.2 | 0.1 | 0.2 | 0.2 | 0.0 | 0.0 |
| Expenditures for property and equipment | (30.5) | (33.3) | (47.6) | (60.8) | (62.1) | (107.4) | (117.0) | (136.6) |
| Proceeds from sale of business, net | (15.3) | 0.0 | 3.9 | 2.6 | 2.7 | 6.4 | 0.0 | 0.0 |
| Acquisition of business | (61.4) | 1.3 | (65.4) | (112.0) | (64.8) | (512.8) | 0.0 | 0.0 |
| **Net cash used by investing activities** | (105.8) | (31.9) | (108.9) | (170.1) | (124.1) | (613.6) | (117.0) | (136.6) |
| **Cash flows from financing activities:** | | | | | | | | |
| Proceeds from issuance of common stock | | | | | | | | |
| Proceeds from short-term borrowings | 28.7 | 102.0 | 54.0 | 73.3 | 257.6 | 127.8 | 0.0 | 0.0 |
| Proceeds from long-term borrowings | 0.0 | 3.1 | 51.4 | 1.7 | 0.3 | 50.0 | 0.0 | 0.0 |
| Repayments of short-term borrowings | (27.8) | (114.9) | (27.9) | (59.5) | (277.7) | (105.2) | 0.0 | 0.0 |
| Repayments of long-term borrowings and capital lease obligations | (37.6) | (117.5) | (101.8) | (53.0) | (4.8) | (54.9) | 0.0 | 0.0 |
| Stock repurchase | (149.9) | (30.0) | (25.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Payment of debt issuance costs | (4.6) | (3.9) | (1.7) | (7.0) | (4.0) | (4.9) | 0.0 | 0.0 |
| Cash dividends paid | (0.1) | 0.0 | (0.3) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 |
| Taxes paid related to the net share settlement of equity awards | (14.0) | (5.9) | (5.7) | (6.4) | (14.9) | (52.6) | (16.0) | (16.0) |
| Excess tax benefits from equity awards | 7.9 | 0.0 | 0.0 | 0.0 | 0.0 | (27.2) | 0.0 | 0.0 |
| Proceeds from exercise of stock options | 1.6 | 7.0 | 5.6 | 9.4 | 13.1 | 34.5 | 16.0 | 16.0 |
| **Net cash provided (used) by financing activities** | (195.7) | (160.1) | (52.0) | (41.9) | (30.4) | (32.4) | 0.0 | 0.0 |
| | | | | | | | | |
| FX Effects | (0.5) | 2.1 | (0.3) | 1.5 | (0.2) | (0.6) | 0.0 | 0.0 |
| Net increase (decrease) in cash | (48.6) | 70.8 | 86.0 | 98.4 | 332.2 | (90.8) | 670.6 | 864.6 |
| | | | | | | | | |
| **Free Cash Flow - YTD** | | | | | | | | |
| Cashflow From Operations | 253.4 | 260.7 | 247.2 | 308.9 | 487.0 | 555.9 | 787.5 | 1,001.2 |
| Capital Expenditures | (30.5) | (33.3) | (47.6) | (60.8) | (62.1) | (107.4) | (117.0) | (136.6) |
| Free Cash Flow | 222.9 | 227.4 | 199.6 | 248.1 | 424.9 | 448.5 | 670.6 | 864.6 |
| Free Cash Flow Per Diluted Share | $3.50 | $3.58 | $3.14 | $3.88 | $6.60 | $6.96 | $10.40 | $13.40 |
| Free Cash Flow % of NI | 226% | 144% | 84% | 98% | 139% | 83% | 93% | 98% |



## DISCLOSURES

Research is produced by Northcoast Research Partners, LLC (Northcoast Research) Member FINRA ([www.finra.org](www.finra.org)) and SIPC ([www.sipc.org](www.sipc.org)). Research is for institutional investor use only. The services provided by Northcoast Research to clients may depend on a specific client's preference regarding the frequency and manner of receiving communications, the client's risk profile, investment horizon, and the size and scope of the overall client relationship with the Firm, as well as legal and regulatory constraints. The information provided is as of the issuing date indicated on this document and subject to change. Northcoast Research may offer other customers alternative products and services that may reach different conclusions or recommendations that could impact the price of the equity security. Certain information has been obtained from third-party sources we consider reliable, but we do not guarantee that such information is accurate or complete. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The companies covered by Northcoast Research are continuously followed by the analyst. Based on developments with the relevant company, the sector or the market, which may have a material effect on the research views, research reports will be updated as deemed appropriate. Past performance is not indicative of future results. A change in any assumptions may have a material effect on the projected results. The information transmitted is intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

### Ratings

BUY – The stock is expected to outperform the S&P 500 index over a twelve-month period.

NEUTRAL – The stock is expected to perform in-line with the S&P 500 index over a twelve-month period.

SELL – The stock is expected underperform the S&P 500 index over a twelve-month period.

### Valuation and Risks

Our price target, as well as our recommendation, is based on a 12-month time horizon; however, we cannot guarantee an investor will achieve these results. We use a variety of methods to determine the price target of individual securities including fundamental analysis. In addition, we employ numerous valuation methodologies which include, but are not limited to, price to earnings multiples, enterprise value to earnings before interest, taxes, depreciation, and amortization (EBITDA), book value, free cash flow yield, discounted cash flow, and relative valuation. All securities are subject to various risk factors. Please reference the above text and our most recent report for specific company valuation and price target.



Created by: BlueMatrix

### Rating Summary

| Distribution of Ratings Table | | |
|---|---|---|
| Rating | Count | Percent |
| BUY(B) | 56 | 44.44% |
| NEUTRAL(N) | 70 | 55.56% |
| SELL(S) | 0 | 0.00% |
| Total | 126 | |

### Analyst Certification

We, Tom Hayes and Tanmay Pandit , certify that the views and opinions expressed in the research report accurately reflect our personal views about the securities and issuers mentioned in this report. Further, we certify that no part of our compensation was, is or will be directly or indirectly



related to the specific recommendations or views contained in this report. Analyst compensation is based on the quality of analysis, communication skills, and stock price performance.

As a matter of policy and practice, Northcoast Research prohibits the offering of favorable research, a specific rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

Copyright © Northcoast Research Partners, LLC 2022