# EXHIBIT 8



# Generac Holdings Inc.

# HSB channel checks seem decent overall – Stress testing downside case from here

**Reiterate Rating: BUY | PO: 325.00 USD | Price: 233.32 USD**

## Secular drivers remain, but market doesn't care right now

We reiterate our Buy rating on Generac (GNRC) as we think valuation is becoming increasingly attractive at a time when all of the long-term secular drivers remain in place.  In our view, the issue right now is that GNRC is trading like a tech/consumer discretionary/building products name with investors more worried every day that consumer is getting squeezed and rates are going up.  With a lot of moving pieces, we present our latest thoughts on risk reward.

## Channel checks seem pretty good, but mkt worried on HSB

HSB backlog fear was the original reason we cut to Neutral in Nov-21 before re-upgrading in Dec-21.  Despite the stock more than halving from all-time highs, many investors discuss this as a brand new concern (which it isn't).  In fact, our 2024 estimates (modestly above consensus) have baked in an 18% decline in HSB revenue for 3-6 months.  The good news is that a few of our dealer channel checks in recent days along with comments by the CEO still suggest decent HSB order intake.  *More inside*.

## Costs are probably the biggest risk right now

Generac's 2022 revenue guide is not overly back end-loaded but embeds 700bp of gross margin recovery from Q1 to Q4 in a highly inflationary environment that worsened after Russia's invasion.  This has been an issue for every industrial OEM that we follow.  With the stock now down 34% YTD, we cannot see how anyone is surprised if GNRC trims the margin outlook based on another round of cost pressure.  If HSB orders have slowed materially, that is a bigger issue.  We didn't necessarily get a holistic view of the entire country, but our channel checks do not suggest that is the case.

## Trimming estimates – latest view on risk reward

We leave 2022-23 revenue outlook unch'd but take our gross margin assumption down 100bp which leaves us at a 21.4% EBITDA margin (cons 22.1%) for this year and takes our 2022-23 EBITDA estimates down 4-5%.  Given the sharp de-rating in structural growth stocks like GNRC occurring everywhere, we take our PO down to $325 (v $365 prior) on 16.5x 2023E EV/EBITDA (v 17.5x prior).  Inside we stress test what we view as an extreme downside case for HSB in 2023. *More inside*.

| Estimates (Dec) (US$) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| EPS | 6.47 | 9.63 | 10.17 | 12.06 | 12.49 |
| GAAP EPS | 5.50 | 8.57 | 8.67 | 10.53 | 10.96 |
| EPS Change (YoY) | 27.9% | 48.8% | 5.6% | 18.6% | 3.6% |
| Consensus EPS (Bloomberg) | | | 11.48 | 13.65 | 15.44 |
| DPS | 0 | 0 | 0 | 0 | 0 |
| **Valuation (Dec)** | | | | | |
| P/E | 36.1x | 24.2x | 22.9x | 19.3x | 18.7x |
| GAAP P/E | 42.4x | 27.2x | 26.9x | 22.2x | 21.3x |
| Dividend Yield | 0% | 0% | 0% | 0% | 0% |
| EV / EBITDA* | 25.8x | 17.3x | 14.3x | 12.2x | 11.8x |
| Free Cash Flow Yield* | 2.8% | 2.0% | 4.2% | 5.1% | 5.3% |

\* For full definitions of *IQmethod* $^{SM}$ measures, see page 9.

**28 April 2022**

Equity

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 365.00 | 325.00 |
| 2022E EPS | 10.75 | 10.17 |
| 2023E EPS | 12.70 | 12.06 |
| 2024E EPS | 13.15 | 12.49 |

**Ross Gilardi**
Research Analyst
BofAS
+1 646 855 2454

**Sherif El-Sabbahy**
Research Analyst
BofAS

**Michael Feniger**
Research Analyst
BofAS

### Stock Data

| | |
|---|---|
| Price | 233.32 USD |
| Price Objective | 325.00 USD |
| Date Established | 28-Apr-2022 |
| Investment Opinion | B-1-9 |
| 52-Week Range | 222.34 USD - 524.31 USD |
| Mrkt Val (mn) / Shares Out (mn) | 15,046 USD / 64.5 |
| Average Daily Value (mn) | 187.59 USD |
| BofA Ticker / Exchange | GNRC / NYS |
| Bloomberg / Reuters | GNRC US / GNRC.N |
| ROE (2022E) | 26.6% |
| Net Dbt to Eqty (Dec-2021A) | 36.6% |
| **ESGMeter™** | **Medium** |

**ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of BofA Global Research's equity investment rating, volatility risk rating, income rating, and price objective for that company.** For full details, refer to "BofA ESGMeter Methodology".

HSB   Home Standby Generator

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 10 to 12. Analyst Certification on page 7. Price Objective Basis/Risk on page 7.**

Timestamp: 28 April 2022 06:07PM EDT

Unauthorized redistribution of this report is prohibited. This report is intended for michael.harris@generac.com.

# *iQprofile* <sup>SM</sup> Generac Holdings Inc.

## *iQ*method <sup>SM</sup> – Bus Performance*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Return on Capital Employed | 19.0% | 21.4% | 18.7% | 19.0% | 17.2% |
| Return on Equity | 34.0% | 34.3% | 26.6% | 25.2% | 21.3% |
| Operating Margin | 19.3% | 19.9% | 16.3% | 17.8% | 17.9% |
| Free Cash Flow | 424 | 301 | 631 | 770 | 799 |

## *iQ*method <sup>SM</sup> – Quality of Earnings*

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.2x | 0.7x | 1.1x | 1.1x | 1.1x |
| Asset Replacement Ratio | 0.9x | 1.2x | 0.5x | 0.5x | 0.5x |
| Tax Rate | 18.5% | 19.7% | 27.0% | 27.6% | 27.5% |
| Net Debt-to-Equity Ratio | 15.8% | 36.6% | 7.1% | -16.1% | -32.2% |
| Interest Cover | 16.0x | 24.1x | 22.3x | 26.7x | 27.6x |

## Income Statement Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Sales | 2,485 | 3,737 | 5,006 | 5,584 | 5,741 |
| % Change | 12.7% | 50.4% | 33.9% | 11.6% | 2.8% |
| Gross Profit | 958 | 1,360 | 1,777 | 2,010 | 2,067 |
| % Change | 20.0% | 42.0% | 30.7% | 13.1% | 2.8% |
| EBITDA | 593 | 885 | 1,071 | 1,253 | 1,293 |
| % Change | 26.3% | 49.3% | 21.0% | 17.0% | 3.2% |
| Net Interest & Other Income | (31) | (32) | (41) | (41) | (41) |
| **Net Income (Adjusted)** | **412** | **619** | **665** | **789** | **817** |
| **% Change** | **29.7%** | **50.2%** | **7.4%** | **18.6%** | **3.5%** |

## Free Cash Flow Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 347 | 557 | 567 | 689 | 717 |
| Depreciation & Amortization | 68 | 92 | 155 | 160 | 163 |
| Change in Working Capital | 19 | (259) | (11) | 1 | (1) |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 53 | 21 | 0 | 0 | 0 |
| Capital Expenditure | (62) | (110) | (80) | (80) | (80) |
| **Free Cash Flow** | **424** | **301** | **631** | **770** | **799** |
| **% Change** | **71.1%** | **-29.0%** | **109.5%** | **22.1%** | **3.7%** |

## Balance Sheet Data (Dec)

| (US$ Millions) | 2020A | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Cash & Equivalents | 655 | 147 | 603 | 1,199 | 1,998 |
| Trade Receivables | 375 | 546 | 699 | 780 | 802 |
| Other Current Assets | 640 | 1,155 | 1,171 | 1,289 | 1,323 |
| Property, Plant & Equipment | 344 | 441 | 464 | 484 | 501 |
| Other Non-Current Assets | 1,222 | 2,588 | 2,490 | 2,390 | 2,290 |
| **Total Assets** | **3,235** | **4,878** | **5,428** | **6,142** | **6,915** |
| Short-Term Debt | 43 | 78 | 78 | 78 | 78 |
| Other Current Liabilities | 598 | 1,078 | 1,050 | 1,166 | 1,198 |
| Long-Term Debt | 842 | 902 | 727 | 552 | 552 |
| Other Non-Current Liabilities | 296 | 548 | 734 | 818 | 841 |
| **Total Liabilities** | **1,779** | **2,606** | **2,589** | **2,614** | **2,670** |
| **Total Equity** | **1,456** | **2,272** | **2,839** | **3,528** | **4,245** |
| **Total Equity & Liabilities** | **3,235** | **4,878** | **5,428** | **6,142** | **6,915** |

\* For full definitions of *iQmethod* <sup>SM</sup> measures, see page 9.

## Company Sector

Industrial Machinery

## Company Description

Generac is a leading designer and manufacturer of a broad class of standby and portable generators. The company holds an estimated 80% market share in North American residential standby generator market. Generac has also recently invested in a backup solar energy storage business that is growing rapidly, while also maintaining a large commercial and industrial business that accounts for about 40% of sales.

## Investment Rationale

Generac has a dominant US market share and long-term secular growth opportunity in its residential standby business. We still see very good growth opportunity in the years ahead as the company delivers on its clean energy strategy and continues to benefit from extreme weather, growth in renewables, and consumers increased appetite to treat the home like a sanctuary in a world exposed to pandemics, hurricanes, and wildfires.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 803,985 |

## Quarterly Earnings Estimates

| | 2021 | 2022 |
|---|---|---|
| Q1 | 2.38A | 1.79E |
| Q2 | 2.39A | 2.48E |
| Q3 | 2.35A | 2.72E |
| Q4 | 2.51A | 3.17E |



# What's the deal with Generac – Latest thoughts on risk-reward

We reiterate our Buy rating on Generac. With the stock now on 14.5x 2022 EBITDA, 23x EPS, and a 4% FCF yield, we think valuation is becoming increasingly attractive at a time when all of the long-term secular drivers remain in place. In our view, the issue right now is that GNRC is trading like a tech/consumer discretionary/building products name where investors are worried about the consumer getting squeezed and rates going up. With a lot of moving pieces, we present our latest thoughts on risk reward.



**Exhibit 1: Generac vs NASDAQ Composite Index**
Generac has traded broadly with the NASDAQ

**Source:** Bloomberg

BofA GLOBAL RESEARCH



**Exhibit 2: Generac vs 10 year Treasury Yield**
Generac also seems to have been hit by rising rate fears

**Source:** Bloomberg

BofA GLOBAL RESEARCH

## Market is worried on HSB backlog

This was the original reason we downgraded the stock in November 2021 near all-time highs. Generac has experienced record demand for home standby generators during the COVID-19 pandemic, which occurred at a time of rising incidence of extreme weather activity. The fear is that Generac gradually burns through its $1bn home standby backlog at a faster than expected clip at the same time it is bringing significant new capacity onstream. If orders then slow significantly as the pandemic fades and weather moderates, this would potentially expose Generac to a sharp correction in its largest and most profitable business (home standby generators) in 2023/24. We believe a lot of investors don't appreciate that our current set of estimates already bake in an 18% decline in home standby sales in 2024 and our estimates are modestly above consensus.

**Exhibit 3: Our 2024 revenue estimates already bake in an 18% decline in HSB sales (In $mn)**
Our estimated progression of Generac's home standby backlog and revenue developments

| | Q120 | Q121E | Q221E | Q321E | Q421E | 2021E | Q122E | Q222E | Q322E | Q422E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est HSB Sales | | 407 | 444 | 457 | 529 | 1837 | 541 | 603 | 648 | 692 | 2484 | 2600 | 2140 |
| | | | | | | | 33.0% | 35.9% | 41.9% | 30.7% | 35.3% | 4.7% | -17.7% |
| Est HSB Orders | | 1484 | 400 | 550 | 500 | 2934 | 500 | 500 | 500 | 500 | 2000 | 2000 | 2100 |
| Order Growth | | | | | | | -66.3% | 25.0% | -9.1% | 0.0% | | 0.0% | 5.0% |
| Period Ending Backlog | | 1077 | 1033 | 1126 | 1097 | | 1056 | 953 | 805 | 613 | | 13 | -27 |
| Weeks Backlog | | 28 | 29 | 29 | 25 | | 19 | 14 | 12 | 9 | | | |
| Period Ending Capacity | 887 | 1775 | 1863 | 2041 | 2307 | 2307 | 2884 | 3549 | 3549 | 3549 | 3549 | 3549 | 3549 |
| Hypothetical Utilization | | 92% | 95% | 89% | 92% | | 75% | 68% | 73% | 78% | | 73% | 60% |
| Capacity Growth | | | | | | | 63% | 90% | 74% | 54% | 54% | | |
| Qtly Capacity | | | | | | | 721 | 887 | 887 | 887 | | | |

**Source:** BofA Global Research estimates

BofA GLOBAL RESEARCH

Consumer Durables | 28 April 2022    3

## Demand actually seems pretty resilient

Severe power outages have been less of an impact in the first quarter than they were in the fourth quarter and throughout the pandemic. If orders have softened, the lower outage activity would likely be the main reason, as opposed to a strained consumer or rising interest rates, in our view. That said, CEO Aaron Jagdfeld appeared at a Power Breakfast meeting of local business leaders sponsored by the Milwaukee Business Journal on March 18th that is currently featured on youtube.com. In the meeting, Jagdfeld discusses how demand for Generac's core products still remains very robust, how demand remains "incredibly strong", and how lead times for new products are still six months long, which is consistent with where they were at the end of the fourth quarter. Jagdfeld also said that Generac raised prices 10-14% last year and is looking at putting more pricing into the market, though he acknowledged some concern that eventually Generac and the broader economy could experience demand destruction if prices go much higher. While it wasn't clear if Generac was simply leaning back on its public statements from last quarter in front of a non-investment audience or providing a more real-time update of demand trends, we didn't hear anything in the video to suggest that home standby demand has taken a dramatic turn for the worse despite milder outage activity this quarter. That said, Jagdfeld was also quite cautious on inflation and continues to dismiss any idea that inflation is transitory.

## Dealer checks also broadly more positive

It's difficult to get the true finger on the pulse of home standby generator demand without talking to dealers in every local region as outages often happen on a very local level, making dealer trends very different across state lines. Nonetheless, we checked in with two dealers in Houston, one in southern CA, and another in northern New England over the last week (out of 8000-9000 in the US). Indeed Texas and California are two of Generac's more recent and bigger structural growth markets that have been big drivers for the last 2-3 years. All four are dealers that we know reasonably well that we have used as contacts in the past. Our dealer contact in New England was more cautious. Overall, we still came away feeling more comfortable with the current picture.

### Houston remains robust

Both dealers in Houston were positive on demand trends. Conditions have calmed down somewhat from the immediate aftermath of Feb-21s deep freeze in Texas, but remain very healthy nonetheless. One dealer noted that he expected demand to fall off by now, but it hasn't, and is still broadly the same as it was last year. That same dealer says that Generac is still quoting roughly 25 week lead times, but product is now showing up a little faster, suggesting that Generac is having some success ramping up its facility in SC, perhaps. Another dealer, who was one of our most bullish contacts last year, noted that demand had cooled off a bit but that he still expects to sell 3x what he solid in 2019 in 2022. This dealer's view on lead times of about 25 weeks was also unchanged though this dealer noted that the 25 weeks applied to smaller air cooled generators (11-26kw). Meanwhile, lead times for bigger liquid cooled generators for larger homes are still 40-50 weeks, not that much lower than the nearly one year lead time of three months ago. This same dealer noted that Generac has done a "good job remaining consistent with their dates". Generac is NOT being more promotional to push product. That is the clearest sign to us that demand hasn't taken a sharp turn for the worse.

### Southern CA also seems busy

Our dealer contact in southern CA notes that demand for home standby generators keeps getting "better and better" and is seeing no improvement in lead times. This same dealer is seeing still steady order intake and continues to put orders in. This dealer has some HSB inventory in stock, but not enough to satisfy demand.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 5 of 13    Document 75-8



**Northern New England was more bearish**

We used the same dealer contact a year ago in northern MA/southern NH. Notably, this dealer was the least bullish last year as well, which could stem from the fact that he is serving a higher penetrated, more mature region. This particular dealer has a thriving business but notes that his territory hasn't seen a truly major outage event in 5-6 years, but that COVID-19 provided a boost. Most of his buyers are semi-retired to retired and aged 65 and up. He noted that generator demand has "calmed down a little bit." Without a major event, customer urgency is not as great. This dealer's perception was that Generac is now "pumping out gear left and right" and this particular dealer has more than enough inventory for the season. If a customer signs a contract today, they can get installed within 2-3 weeks bc the dealer has been steadily ordering and has built up ample inventory. While demand has hit a lull, Generac is not getting more promotional, which is consistent with what the Houston dealers said. Generac just put another 4-6% price increase into the market on April 1st according to this dealer with prices cumulatively up more than 10%. This dealer was convinced that demand will snap right back very quickly if there is another major weather event in his territory. That said, he's now getting more like a dozen calls per week as opposed to 6-7/day in the heart of the pandemic.

## Costs are probably the bigger issue

Generac likely built some cushion in for greater than expected cost pressures into its full year guidance, but it's hard to envision that the cost environment isn't worse than originally anticipated. In the last couple of days, we've seen companies like Oshkosh and Stanley Black & Decker increase their cost inflation estimates for 2022 pretty significantly. Caterpillar also got squeezed. While Generac is a really good operator with a business model dependent on "expecting the unexpected", we can't imagine that its mix of raw material costs is that different from many of our other industrial OEMs in our coverage universe. The issue for Generac is that the company was assuming 700bp of gross margin expansion in its guidance from the lows of Q1 to the exit rate in Q4, and there is a good chance that that now was too optimistic of a forecast, in our view.

## Reducing estimates

For conservatism sake, we are taking down our 2022-23 EBITDA estimates by 4-5%. Bear in mind, we did the same thing into last quarter, and Generac beat our estimates and guided well above our forecast. We are not lowering our sales estimates based on our channel checks, but we are taking a more conservative posture on gross margin given the cost pressures. We've lowered our 2022 gross margin assumption by 100bp to 35.5% which drags down our 2022 EBITDA margin to 21.4% (cons 22.1%, GNRC guide 22-23%). This takes our 2022 EBITDA forecast down to $1071 which is 3.5% below consensus. Frankly, if this is as bad as it is, we think this is more than baked into the stock. The bigger issue, in our view, would be if Generac is seeing a sharper slowdown in generator orders, which we aren't detecting.

## Worst case scenario

So what if we are wrong on generator orders? What if Generac suddenly sees a 40% decline in home standby sales in 2023 rather than the 5% increase we are currently forecasting? If that happened, this would take our 2023 home standby revenue forecast down by $1.1bn which would bring our overall 2023 revenue forecast from $5.6bn to $4.5bn. If we assume a 35% decremental margin on that lost revenue, our 2023 EBITDA estimate falls from $1.31bn to $925mn, or $385mn. While this is purely a hypothetical scenario, we note that an assumed 40% drop is essentially double the decline (about 20%) of what happened in the aftermath of Hurricane Sandy in 2014-15, which is essentially what our current model assumes in 2024. In any event, if we assumed $925mn in EBITDA, and then put Generac on a 12-14x EBITDA multiple, which is essentially the high end of the old valuation range for the stock from 5-10 years ago, that would imply $175-200 per share or about 20% from current levels. Note, this is certainly not our base case scenario and purely a hypothetical. With our current PO of



$325, we think risk reward is favorably skewed to the upside in relation to this downside scenario.

**Exhibit 4: Resident Segment Revenues ($mn)**
Residential revenue corrected about 20% in 2014-15 from peak levels



**Source:** Company Filings

BofA GLOBAL RESEARCH

**Exhibit 5: Historical EV/EBITDA Range**
The old EBITDA multiple range for GNRC is about 10-13x



**Source:** Company Filings, Bloomberg

BofA GLOBAL RESEARCH

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 7 of 13    Document 75-8

# Price objective basis & risk

**Generac Holdings Inc. (GNRC)**

Our PO of $325 is based on a 16.5x 2023E EV/EBITDA. Our target multiple is broadly in based on a hybrid premium industrial, cleantech multiple and is at a 5-10% premium to the five year average historical multiple of 15.4x as Generac only entered the clean tech space a few years ago.

Downside risks to our PO are: 1) aggressive tightening by the Fed drives higher than expected multiple derating of growth stocks like Generac, 2) supply chain inefficiencies and higher costs lead to slower than expected 1H22 margin recovery, 3) power outage environment runs out of steam, 4) disappointing home standby order intake over next six months, 5) incremental input cost squeeze, 6) increased competition in the energy storage market, 7) a large dilutive clean energy acquisition, 8) unfavorable regulatory change, 9) execution mistake penetrating new markets.

Upside risks are: 1) Another round of severe power outages, 2) Generac continues to see demand upside in CA and Texas, 3) demand and margin upside in the clean energy business sooner than we expect, 4) Stronger than expected demand recovery in key C&I end markets like telecom, 5) Shareholder-friendly use of the balance sheet, and 6) rollout of Enbala growth strategy surprises to the upside.

# Analyst Certification

I, Ross Gilardi, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.



Generac Holdings Inc. | 28 April 2022    **7**

**US - Machinery Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AECOM | ACM | ACM US | Michael Feniger |
| | CNH Industrial NV | CNHI | CNHI US | Ross Gilardi |
| | Construction Partners Inc. | ROAD | ROAD US | Michael Feniger |
| | Cummins Inc | CMI | CMI US | Ross Gilardi |
| | Finning International Inc. | YFTT | FTT CN | Ross Gilardi |
| | Generac Holdings Inc. | GNRC | GNRC US | Ross Gilardi |
| | H&E Equipment Services Inc | HEES | HEES US | Ross Gilardi |
| | Herc Holdings Inc | HRI | HRI US | Ross Gilardi |
| | Jacobs Eng. | J | J US | Michael Feniger |
| | Proterra Inc. | PTRA | PTRA US | Sherif El-Sabbahy |
| | United Rentals Inc | URI | URI US | Ross Gilardi |
| | Vulcan Materials | VMC | VMC US | Michael Feniger |
| | Waste Connections Inc | WCN | WCN US | Michael Feniger |
| | WillScot Mobile Mini | WSC | WSC US | Ross Gilardi |
| **NEUTRAL** | | | | |
| | AGCO Corp | AGCO | AGCO US | Ross Gilardi |
| | Casella | CWST | CWST US | Michael Feniger |
| | Caterpillar Inc | CAT | CAT US | Ross Gilardi |
| | Deere & Co | DE | DE US | Ross Gilardi |
| | Fluor | FLR | FLR US | Michael Feniger |
| | GFL Environmental Inc | GFL | GFL US | Michael Feniger |
| | GFL Environmental Inc | YGFL | GFL CN | Michael Feniger |
| | Illinois Tool Works | ITW | ITW US | Ross Gilardi |
| | Kennametal Inc. | KMT | KMT US | Ross Gilardi |
| | Martin Marietta Materials | MLM | MLM US | Michael Feniger |
| | NV5 Global Inc. | NVEE | NVEE US | Michael Feniger |
| | Oshkosh Corp. | OSK | OSK US | Ross Gilardi |
| | Republic Services | RSG | RSG US | Michael Feniger |
| | Terex Corp. | TEX | TEX US | Ross Gilardi |
| | Timken Company | TKR | TKR US | Ross Gilardi |
| **UNDERPERFORM** | | | | |
| | Allison Transmission Holdings Inc. | ALSN | ALSN US | Ross Gilardi |
| | Charah Solutions, Inc | CHRA | CHRA US | Michael Feniger |
| | IPG Photonics | IPGP | IPGP US | Michael Feniger |
| | Lightning e-Motors | ZEV | ZEV US | Sherif El-Sabbahy |
| | PACCAR Inc | PCAR | PCAR US | Ross Gilardi |
| | Ritchie Bros | RBA | RBA US | Michael Feniger |
| | Waste Management | WM | WM US | Michael Feniger |
| | XOS Inc. | XOS | XOS US | Sherif El-Sabbahy |
| **RVW** | | | | |
| | KBR | KBR | KBR US | Michael Feniger |
| | Stanley Black & Decker Inc | SWK | SWK US | Ross Gilardi |
| | Techtronic Industries | TTNDF | 669 HK | Ross Gilardi |
| | Techtronic Industries-SP ADR | TTNDY | TTNDY US | Ross Gilardi |
| | Toro Co | TTC | TTC US | Ross Gilardi |



# *iQmethod*℠ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) × (1 − Tax Rate) + Goodwill Amortization | Total Assets − Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5 Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations − Total Capex | N/A |

| Quality of Earnings | Numerator | Denominator |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt − Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | Numerator | Denominator |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations − Total Capex | Market Cap = Current Share Price × Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price × Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

*iQmethod*℠ is the set of BofA Global Research standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

*iQdatabase*® is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Global Research.

*iQprofile*℠, *iQmethod*℠ are service marks of Bank of America Corporation. *iQdatabase*® is a registered service mark of Bank of America Corporation.

# Disclosures

## Important Disclosures

**Generac (GNRC) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Machinery/Diversified Manufacturing Group (as of 31 Mar 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 25 | 39.06% | Buy | 12 | 48.00% |
| Hold | 17 | 26.56% | Hold | 11 | 64.71% |
| Sell | 22 | 34.38% | Sell | 6 | 27.27% |

**Equity Investment Rating Distribution: Global Group (as of 31 Mar 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1916 | 57.18% | Buy | 1207 | 63.00% |
| Hold | 705 | 21.04% | Hold | 452 | 64.11% |
| Sell | 730 | 21.78% | Sell | 362 | 49.59% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2] Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Generac.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Generac.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Generac.
BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Generac.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Generac.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: Generac.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 11 of 13     Document 75-8



profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for any recommendation in relation to an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report and in relation to a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest.

"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

General Investment Related Disclosures:

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such



securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

BofA ESGMeter Methodology:

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's Environmental, Social and Governance-related attributes. The ESGMeter is intended to indicate a company's likelihood of experiencing stronger financial stability (higher return on equity and lower earnings and price volatility) over the next three years relative to peer group. There are three ESGMeter levels - Low, Medium, and High - which indicate whether a company has attributes most likely to translate into superior financial stability (in the case of a High level) or weaker financial stability (in the case of a Low level) over the next three years relative to its peer group. A Medium level suggests that a company exhibits ESG characteristics that are likely associated with financial stability results in line with its peer group over the next three years. Full details of our methodology, financial stability definition and disclaimers are available at BofA ESGMeter methodology. ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.

Copyright and General Information:

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 13 of 13     Document 75-8

