# EXHIBIT 9

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 1 of 146    Document 75-9



*"Powering Down and Generating Losses"*

/ STRONG SELL OPINION /

Generac Holdings, Inc. | NYSE: GNRC

SPRUCE POINT
CAPITAL MANAGEMENT

INVESTMENT RESEARCH REPORT



# Full Legal Disclaimer

This research presentation expresses our research opinions. You should assume that as of the publication date of any presentation, report or letter, Spruce Point Capital Management LLC ("SPCM") (possibly along with or through our members, partners, affiliates, employees, contributors and/or consultants) along with our subscribers and clients has a short position in all stocks (and are long/short combinations of puts and calls on the stock) covered herein, including without limitation Generac Holdings Inc. ("GNRC") and therefore stand to realize significant gains in the event that the price declines. Following publication of any presentation, report or letter, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial recommendation. All expressions of opinion are subject to change without notice, and Spruce Point Capital Management does not undertake to update this report or any information contained herein. Spruce Point Capital Management, subscribers and/or consultants shall have no obligation to inform any investor or viewer of this report about their historical, current, and future trading activities.

This research presentation expresses our research opinions, which we have based upon interpretation of certain facts and observations, all of which are based upon publicly available information, and all of which are set out in this research presentation. Any investment involves substantial risks, including complete loss of capital. There can be no assurance that any statement, information, projection, estimate, or assumption made reference to directly or indirectly in this presentation will be realized or accurate. Any forecasts, estimates, and examples are for illustrative purposes only and should not be taken as limitations of the minimum or maximum possible loss, gain, or outcome. Any information contained in this report may include forward looking statements, expectations, pro forma analyses, estimates, and projections. You should assume these types of statements, expectations, pro forma analyses, estimates, and projections may turn out to be incorrect for reasons beyond Spruce Point Capital Management LLC's control. This is not investment or accounting advice nor should it be construed as such. Use of Spruce Point Capital Management LLC's research is at your own risk. You should do your own research and due diligence, with assistance from professional financial, legal and tax experts, before making any investment decision with respect to securities covered herein. All figures assumed to be in US Dollars, unless specified otherwise.

To the best of our ability and belief, as of the date hereof, all information contained herein is accurate and reliable and does not omit to state material facts necessary to make the statements herein not misleading, and all information has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer, or to any other person or entity that was breached by the transmission of information to Spruce Point Capital Management LLC. However, Spruce Point Capital Management LLC recognizes that there may be non-public information in the possession of GNRC or other insiders of GNRC that has not been publicly disclosed by GNRC. Therefore, such information contained herein is presented "as is," without warranty of any kind – whether express or implied. Spruce Point Capital Management LLC makes no other representations, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use.

This report's estimated fundamental value only represents a best efforts estimate of the potential fundamental valuation of a specific security, and is not expressed as, or implied as, assessments of the quality of a security, a summary of past performance, or an actionable investment strategy for an investor. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. Spruce Point Capital Management LLC is registered with the SEC as an investment advisor. However, you should not assume that any discussion or information contained in this presentation serves as the receipt of personalized investment advice from Spruce Point Capital Management LLC. Spruce Point Capital Management LLC is not registered as a broker/dealer or accounting firm.

All rights reserved. This document may not be reproduced or disseminated in whole or in part without the prior written consent of Spruce Point Capital Management LLC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 3 of 146    Document 75-9



Spruce Point has a track record of prescient calls in the power and energy sector. Notably, we warned recently about Sunnova in the solar sector, and its shares declined up to 50%.

| Company: | just energy | sunnova | BALLARD |
|---|---|---|---|
| Exchange: Ticker | NYSE / TSX: JE | NYSE: NOVA | Nasdaq: BLDP |
| Report Date | July 31, 2013 | Sept 29, 2020 | Jan 25, 2018 |
| Company Positioning | Leading residential power and energy marketer | Leading residential solar energy provider | Highly promoted hydrogen fuel cell company |
| Spruce Point's Criticisms | • Value destructive roll-up in the consumer energy marketing space<br>• Deceptive business practice being claimed by customers<br>• Generous 7% dividend yield unsustainable as debt load increases and earnings and cash flow prospects diminish<br>• 46% downside risk | • Really a financial institution presenting its financial statement in a different light and focusing on Non-GAAP Adjusted EBITDA<br>• Market shifting to ownership of solar assets and less financing as upfront costs decline over time<br>• Undifferentiated business model with low barriers to entry<br>• Financial performance will deteriorate and additional capital will be needed to scale<br>• Overhang from leading sponsor owning over 20% of the stock and looking to reduce further<br>• 70% - 80% long-term downside risk | • Too much investor enthusiasm around its Synergy Ballard JV and Broad Ocean partnerships<br>• China hydrogen fuel cell market still in a nascent stage, and investors are overly optimistic about its earnings prospects<br>• Ballard's partners are relative week given their lack of network to the central ministries<br>• 35% - 70% long-term downside risk |
| Successful Outcome | • In less than a year, CEO Ken Hartwick submitted his resignation<br>• Company issued restated financials having understated bad debt allowances by $74.6m and issued a material weakness of financial controls<br>• The dividend was eliminated in Aug 2019 and the Company announced a strategic review of operations with limited progress<br>• Just Energy files for bankruptcy | • Since articulating our concerns, NOVA's business has failed to scale with gross margins falling 1,200bps and cash burn accelerating from -$709m to -$826m in the LTM period<br>• Debt has increased by over $1.6bn<br>• Insiders have continued to aggressively sell with its largest sponsor now down to 6%<br>• Shares declined by as much as 50% by May 2022 | • Ballard's China growth ambitions failed to scale<br>• Losses increased for the year ahead of expectations<br>• Share price hit a low in 2018 of $2.25 or decline of -40% |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 4 of 146    Document 75-9

The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website.

3



# Spruce Point's Success Shorting S&P 500 Companies

**Quote From Ben Axler**

*"Being an S&P 500 company is a validation of absolutely nothing, and can be a wasteland of corporate mediocrity. It affords investors zero protections against companies and their ability to scheme investors. Buyer beware!"*

| | **stryker** | **CHURCH & DWIGHT CO., INC.** | **METTLER TOLEDO** | **A.O.Smith** |
|---|---|---|---|---|
| **Index** | S&P 500 | S&P 500 | S&P 500 | S&P 500 |
| **Report** | NYSE: SYK \| 4/26/22 | NYSE: CHD \| 9/5/19 | NYSE: MTD \| 7/24/19 | NYSE: AOS\| 5/16/19 |
| **Market Cap** | $102.8 billion | $22.7 billion | $21.8 billion | $6.1 billion |
| **Company Promotion** | Best of breed roll-up acquire of orthopedic, neuro and medical devices with 35%-75% downside risk | Best of breed roll-up acquiror of personal care and consumer products with the core Arm & Hammer brand providing a stable backbone to diversify into other products | Best of breed weights, test and measurement equipment company with superior margins and an ability to never miss Wall St. EPS targets | Leading maker of water heaters and treatment products, boilers, and air purifiers. Fast and sustainable growth in China, allowing for corporate gross margins in excess of industry peers |
| **Our Criticism** | A poor acquiror that has a reputation for overpaying for acquisitions as R&D has failed to deliver product innovation. Recent acquisition of Vocera has handicapped the Company into a position of high leverage necessitating debt reduction. Numerous accounting and financial anomalies to portray growth despite signs of financial strain | New management is more aggressive, using financial and accounting tactics to inflate the share price. The recent acquisition of FLAWLESS hair care was expensive and will disappoint investors. Governance lapses have allowed management to reap unjust bonuses based on non-cash gains. Shares at $80 trade 8% above analyst targets | Excessive cost capitalization from a 12 year "Blue Ocean" ERP implementation. Unusual corporate structure that omits product level margin discussion. Closeness of mgmt with PwC its auditor. Financial strains being signaled and anomalies in China. Extreme valuation with price 14% over avg analyst price target | China capital expenditure anomalies, notably consistent mis-forecasting. Capex issues often linked to gross margin inflation. Excessive spending on a protracted ERP implementation also often linked to accounting and financial issues |
| **Successful Outcome** | Stryker's Q1 2022 results showed increasing signs of financial strain which our report warned about. Operating cash flow contracted materially to just $203m, down from $452m in the prior. The Company has been incapable of responding to our report, and the VP of Investor Relations was reassigned. Shares have declined by 28% | Within the first quarter after our report, CHD reported disappointing Q3 sales results, cut its full year revenue guidance, and issued Q4 earnings at $0.54, well below the $0.62 expected. Management blamed higher sales and marketing expenses on FLAWLESS. CHD's new 10-K added risk factors around financial controls and it Chief Accounting Officer is "retiring" | Q2 2019 missed sales estimates by the widest margin in years, and initial 2020 guidance issued in Q3 2019, missed estimates with lower sales and earnings growth. Management failed to address any of the issues identified by Spruce Point. The share price corrected by 22% | AOS admitted an undisclosed material supply chain partner following a report by firm J Capital. In Q2 2018, AOS substantially revised guidance, showing weakness in China with sales projected down 16-17%. AOS fired its head of China after an investigation |

The recommendations shown above are not intended to be exhaustive. A full list of all recommendations made over the past twelve months can be found on our website



# *Table of Contents*

| 1 | Executive Summary |
|---|---|
| 2 | Evidence Generac's Core Business Is Under Pressure And Hasn't Lived Up To Large Expectations |
| 3 | Evidence of Rising Financial Strains |
| 4 | Evidence of Acquisition Deal Costs and Acquired Revenues Not Adding Up |
| A | Generac's European Platform Pramac (Italy): Showing Signs of Inflated Revenue and Channel Stuffing |
| B | Off Grid Energy (UK): Suspicious and Dubious Related-Party Sales |
| C | ecobee (Canada): A Buzz-Killed Acquisition |
| D | What Generac Hasn't Told You Directly About Other Acquisitions: Pika Energy, Deep Sea, Enbala Power And Others |
| 5 | Generac's Clean Energy Story Is A Long-Shot With Glaring Signs of Strain |
| A | Evidence of Shady Transactions With Sunnova |
| B | Other Shady Solar Partnerships |
| 6 | Governance Concerns And "Timely" Stock Sales By The Chairman & CEO |
| 7 | Valuation And Downside Case |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 6 of 146     Document 75-9



# *Executive Summary*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 7 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



After conducting a forensic financial review of Generac Holdings, Inc. (NYSE: GNRC), a highly promoted S&P 500 company often pitched to retail investors on CNBC as a play on home standby (back-up) ("HSBs") and portable power generators during times of a weather crisis and power outages, Spruce Point believes shares are materially overvalued as Generac struggles to suppress core business challenges, while pivoting towards a highly speculative and unproven acquisition spree in clean energy products and services. By the Board's own admission, Generac's Chairman and CEO lacks the expertise to implement its strategy shift, which we believe is evident by our research which shows numerous shady M&A deals and partnership decisions. Spruce Point believes that Generac was an extreme COVID-19 beneficiary from the stay and work-at-home effect, and committed to material capacity expansion which will be a drag going forward as demand tapers. Furthermore, we find recent evidence that Generac fails to discuss that its core portable generator business is under extreme pressure with it having to cut prices by nearly 20% to compete against an onslaught of new foreign competition. We estimate this to be up to a $100m cash flow headwind. Generac has also been dealing with product recalls due to safety issues resulting in finger amputations, and products that don't adequately protect against carbon monoxide poising. As a result, Generac subtly updated its "Forward Looking Statements" warning of a potential government investigation.

To deflect from growing core challenges, we believe Generac is trying to position itself as a new clean energy play to buff its ESG and transparency image. However, our review of its recent M&A activity to expand its core and clean energy efforts reveal a host of serious concerns. Notably, we question its recent minority acquisition of Pramac in Italy at an irrationally low multiple, and after a review of its foreign financial statements find evidence of ballooning receivables, a hallmark of channel stuffing. Pramac's racing arm also had partnered with the Alma Group, whose "capo" was arrested.

Among other alarming findings, we find evidence to suggest a sham revenue transaction at Off Grid Energy, its recent UK acquisition acquired by Pramac's subsidiary. Even more concerning, we find evidence that to grow its residential solar business and compete against the likes of Tesla, Generac has engaged in a shady transaction with Sunnova, a company we previously profiled for its shoddy financial reporting, which we believe may have been designed to finance its own sales. Generac has also partnered with a large solar distributor named Powerhome (now Pink Energy) which multiple undercover investigations allege it has been misleading customers. Yet, Generac is still promoting the partnership, which we believe to be under FTC investigation.

Our recent channel checks into twelve (12) Generac promoted large regional distributors indicates that only six (6) still carry its products. Generac's Chief Marketing Officer recently "retired" in February 2022 and forfeited millions in stock compensation after the proxy statement revealed his compensation goals would be linked going forward to its new Clean Energy business. Generac also recently expanded its Clawback Policy and the Chairman and CEO has recently been an aggressive seller of well-timed stock sales using two 10b5-1 programs.

We believe Generac trades at an undeserved premium to peers and analysts give it premature credit as a proven player in clean energy. After heavily promoting its recent clean energy acquisitions, Generac recently guided down margins and blamed it on, "*the start-up nature*" of the acquisitions. Buyer beware: on average, Generac's acquisitions were founded nearly 15 years ago.  We estimate 40% - 50% downside risk ($110 - $132 per share) as Generac's financial situation deteriorates and lofty analyst expectations are missed.

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 8 of 146     Document 75-9



| | |
|---|---|
| **Core Product Challenges In Home Standby Generators And Portable Generators** | Generac's core products are heavily marketed towards the residential and consumer market as an "insurance" policy from grid and power outages. We find evidence that since its IPO, its penetration has failed to grow at the rate of other discretionary home products. Recently, Generac modified a key slide to show that the penetration rate was actually less than expected. It even introduced, but has since retracted, a slide classifying HSBs as "Legacy Growth Drivers".<br><br>Generac's core customer appears to be aging, and it is even tweaking its penetration assumptions in its core business. Generac recently changed its claim twice that the market opportunity for its core product has expanded from $2.0, to $2.5, and now to $3 billion for each 1% penetration, but is narrowing its buyer demographic by now focusing on buyers aged 60 or older vs. 50 or older.<br><br>Due to the stay-at-home effect from COVID-19 and the Texas power outage of 2021, we believe Generac experienced a black swan demand event for its products, causing a surge in sales and profits. Generac, along with competitors such as Kohler and Briggs & Stratton, each announced plans to increase capacity by 2x – 4x in early 2021 in response. However, with supply chain complications, Generac's ability to bring on new capacity has fallen behind schedule. Now with the economy slowing, we expect Generac to be stuck with excess capacity.<br><br>Complicating matters, we find evidence that in its portable generator business Generac recently stopped making market share claims of "*High 20%*". Based on our research, we find an onslaught of new competitors, and that Generac slashed prices by nearly 20%. We estimate this to be a $100 million headwind to cash flow. |
| **Complicating Matters Are Product Recalls, Lawsuits And A Potential Government Investigation** | Consumer Reports, a well-regarded independent consumer review and advocacy group, has reviewed Generac's products. Generac's core competency has always been HSBs. However, a recent study shows that brands such as Champion, Briggs & Stratton, Cummins and Winco receive overall higher scores. In the category of inverters, where engines tend to be more complex and expensive, Generac did not even make the list.<br><br>Generac has conducted two recent product recalls, one related to finger amputations, and another related to the risk of carbon monoxide poisoning. There have been a raft of lawsuits, and Generac even made subtle changes to its "Forward Looking Statements" noting "*significant legal proceedings, claims, lawsuits or <u>government investigations</u>.*" A recent investigation into the generator industry, including Generac, by the non-profit Texas Tribune And ProPublica says that the industry has historically resisted measures to make the products safer. |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 9 of 146     Document 75-9



| | |
|---|---|
| **Generac's Financial Statements Are Showing Extreme Financial Stress** | There are many signs that Generac is under increasing financial strain. Its working capital to sales ratio has increased for three quarters in a row, and its short-term borrowings at foreign subsidiaries hit a multi-year high. Gross margins are declining, inventory turns are decreasing and earnings quality, as measured by the difference between net income and cash flow, is deteriorating. It appears that Generac is significantly stretching out its payables, which would help improve cash flow, but may be agitating suppliers. Furthermore, as more of its products are offered online, and to remain competitive, we find evidence that Generac has been absorbing higher shipping costs.<br><br>However, despite this action, cash from operations has been declining and turned negative in Q1 2022, producing the worst operating cash flow in its public history. Liquidity, as measured by its cash and ABL borrowing capacity is just 12.2% of sales, and has fallen markedly from the prior year at 37.1% of sales. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |
| **Well-Timed Clean Energy Story We Believe Is Designed To Deflect From Its Core Business Challenges** | In early 2019, Generac started making acquisitions oriented towards clean energy products and solutions, a strategy we believe is fraught with risk given our evidence that Generac has been challenged with prior acquisitions. Specifically, Spruce Point questions Generac's rapid growth from two speculative acquisitions in 2019 of Pika Energy and Neurio Technology that have formed the basis of PWRcell, its home residential storage solution. We find evidence of prior failures at Neurio, revenue reporting concerns, and that the acquisition value was revised lower in a non-transparent way. At Pika, we find evidence of a large sales increase to Puerto Rico ahead of Generac's acquisition. One of Pika's notable distributors in Puerto Rico was Dynamic Solar whose President and Partner was arrested in a kick-back scheme.<br><br>Generac claims PWRcell revenues have grown from $115m in 2020, to $230m in 2021, and are projected to grow by another 50% in 2022. However, none of these claims are backed with firm reporting in SEC filings. Generac also once claimed superior product attributes to Tesla's Powerwall, but has since retracted such claims. Spruce Point not only finds evidence of dealer growth slowing, but also evidence key dealers have stopped selling Generac. Our recent channel checks into twelve (12) Generac promoted large regional distributors indicates that only six (6) still carry its products and that dealers we spoke with believe Tesla is cheaper and easier to install the PWRcell.<br><br>Even worse, some Generac clean energy distributors are alleged to be using deceptive marketing practices to fuel sales growth. Powerhome Solar (now dba as Pink Energy) one of Generac's largest partners in over 13 states, has had multiple investigations into its sales practices and has allegedly overcharged for Generac batteries. Its CEO settled charges with a State Attorney General earlier in his career, while the Chief Marketing Officer settled charges by the FTC for deceptive marketing practices. A recent source says that Pink Energy is under FTC investigation. How much in sales has Generac done with this organization, and why after numerous investigations showing the alleged fraudulent practices, does Generac continue to promote them as partners? |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 10 of 146    Document 75-9



| | |
|---|---|
| **Shady Business Dealings With Sunnova, A Public Company We Warned About Earlier** | Generac has heavily promoted its partnership with Sunnova (NYSE: NOVA), a public company we criticized in 2019 for mischaracterizing its financial statements in a way we believes obscures its real business as a financing provider for the residential solar market. Based on our research, we believe Generac has invested at least $25 million in a Sunnova tax-equity structure. In effect, we believe Generac is providing this capital so that Sunnova can purchase Generac products. Both Sunnova and Generac have made zero disclosures about any of the specific financial details of their distribution partnership. However, there are clues in exhibits to each Company's respective 10-K annual report that a new entity was created called Sunnova TEP V-A, LLC.<br><br>Sunnova goes further to say that an investor made a total capital commitment of $25 million to the entity, but has redacted disclosure of the investor claiming, "*Certain information has been excluded from this exhibit because it is both not material and would likely cause harm to the company if publicly disclosed.*" At the same time that Sunnova disclosed that an unnamed investor closed on a $25m commitment to Sunnova TEP V-A, LLC, Generac started disclosing an equity method investment in Q2 2021. To date, it has contributed over $6 million to this unnamed equity method investment.<br><br>Tax equity structures are particularly risky as they depend on current tax incentives for solar equipment and the performance of Sunnova under its contractual obligations. However, we observe that Sunnova recently disclosed a 20x increase in non-performance fees in its equity structures. Spruce Point calls on Generac to provide more details of its investment in TEP V-A LLC. |
| **Highly Suspicious Recent Added Investment In Pramac (Italy) With Evidence To Suggest Inflated Sales And Channel Stuffing**<br><br>**Racing Entity Linked To Arrested Executive** | Pramac IPO'ed in Italy in 2007, issued lofty expectations it never achieved, its stock was halted and it went into liquidation in 2012. Spruce Point has serious concerns about Generac's investment in Pramac (Italy). It acquired a controlling 65% interest on March 1, 2016 for $60.1 million. Generac's auditor was dismissed on April 20, 2016. If Pramac's financials are to be believed, it had a record year in 2021, and Generac purchased an additional 15% interest in an amount closely related to the size of its net income, and at an irrationally low valuation multiple. Furthermore, the additional minority interest investment was classified as a "financing" cash flow. Why? A close look at Pramac's Italian regulatory filings, and two of its largest European subsidiary regulatory filings, show multiple red flags pointing to revenue inflation through channel stuffing. For example, when looking at Pramac's UK subsidiary filings, since 2017, its sales have increased 94% with accounts receivables up 444%. A new "*key source of estimation uncertainty*" related to trade receivables was added along with a bad debt provision amounting to 5.5% of gross receivables. We observe this is materially higher than Generac's consolidated bad debts provision of just 1.5%. At its French subsidiary, which shows the receivables to sales ratio almost 3x Generac's consolidated ratio, we also find an auditor warning stating, "*In application of the law, we inform you that the information relating to the payment periods provided for in article D. 441-6 of the commercial code is not mentioned in the management report. Consequently, we cannot attest to their sincerity and their consistency with the annual accounts.*"<br><br>Spruce Point also questions Generac's interest in Pramac Racing. In 2019 the head of Alma Group, a key sponsor, was arrested and linked to a tax evasion scandal. Pramac Racing's foreign filings show it has received sponsorship money and lent money to "*a company with a 50% indirect interest in Pramac Racing.*" Generac should disclose what entity has an indirect interest in its subsidiary and if it has had any business dealings with Alma Group and its arrested executive Luigi Scavone. |



**Highly Shady Acquisition of Off Grid Energy UK (Made Through Pramac / Italy)**

Off Grid Energy Ltd. was acquired on Sept 1, 2021. Generac's corporate press release obscured the fact that its Pramac (Italy) business, which we previously discussed, was the end acquiror. Generac's SEC filings show the deal price fell 30%. Upfront cash declined from $32.5m to $24.4m. However, its Generac-Pramac UK subsidiary filing disclosed GBP 20.75m ($28.5m) of initial consideration. The earnout period was later disclosed as March 31, 2022 which is just six (6) months after closing. Spruce Point believes this is an unusually short earnout period. We observe that no contingent consideration was paid by Generac in Q1 2022 which suggests that Off Grid failed to hit its milestones. Off Grid's history dates to 2000, and it assumed its name in 2010. Its website hasn't been updated since 2019 despite being acquired by Generac in Sept 2021. Despite this long history, its largest customer appears to be a related-party located right next door that exclusively sells its products.

Spruce Point finds it incredibly suspicious that Off Grid's sister company and customer subsequently impaired assets in an amount similar to the receivables it was owed. These appears and smells like a dubious revenue transaction. Like Off Grid, its sister company Hybrid Power was subsequently sold shortly after the earnout period of March 31, 2022 disclosed by Generac.

**What Generac Hasn't Told Investors About The Acquisitions of Deep Sea Electronics And Enbala Power Systems**

Generac's acquisition press release of Deep Sea Electronics fails to address that it acquired the business from Caledonia Investments, a public investment vehicle listed in the UK. Caledonia acquired the business from its founders, who were looking to cash out in October 2018. The business was sold for £162 million ($213.1 million). Generac's press release also failed to disclose it paid $420.7 million for a business that barely grew revenues and showed margin deterioration.

Generac's acquisition of Enbala Power Networks in October 2020 also has the flavor of a failed, but highly promoted investment. Enbala was originally founded in 2003 in Vancouver as Sempa Power Systems and initially focused on hybrid heating systems that can switch quickly between electricity and fossil fuels. Now Generac touts it as a "*best-in-class technology*" that will expand its opportunities in the Smart Grid, and formed its Grid Services Group business around it and led by Enbala's former Bud Vos who created no prior value. According to our research, and validated by Crunchbase, Enbala has raised at least $55 million in capital since 2010, yet was acquired by Generac for just $41.9 million. We believe this validates our belief that in 17 years since its founding, Enbala failed to create any value and investors took a sizeable loss.

Furthermore, even with knowledgeable operating partners as investors such as National Grid, ABB, and General Electric, Enbala appeared incapable of realizing a higher valuation to another partner beyond Generac, which had no prior experience in grid software. Enbala is now part of Generac's "other revenue" segment, which if you pro forma results for acquisitions and FX, we estimate it has shown no growth for two quarters in a row.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 12 of 146    Document 75-9


| | |
|---|---|
| **Generac's $700 million+ Acquisition of ecobee Is Buzz-Kill**<br><br>**We Expect ecobee To Drown From Increasing Competition From Amazon** | Spruce Point believes Generac massively overpaid for ecobee, a "smart" thermostat maker, at 4.5x sales. Comparable home and consumer connected equipment devices have recently traded for 1.8x sales with higher gross margins. Generac is claiming aspirational long-term gross margins in the mid 30s which suggests they are lower today. Management has yet to articulate tangible synergy expectations to justify over $800 million of goodwill and intangible assets being recorded. In addition, ecobee's balance sheet appears stressed with negative -$11 million of working capital at closing.<br><br>There is clear evidence that ecobee's revenues were greatly diminished in the past few years and have fallen wildly short of its goal to hit $1 billion of revenue by 2020. An article from October 2016 cited ecobee's revenues as "*not far behind Google Nest*" in sales. Nest's sales were reportedly $340 million though 2015. Fast forward to today, Generac has given conflicting statements that put ecobee's revenues in the range of $125 - $171 million.<br><br>Our research indicates ecobee has also been losing market share, and this is before Amazon introduced its smart thermostat in September 2021 at a substantial price discount to market using Honeywell technology. Fast forward to today, Amazon has dropped the price by an additional 20% to $47.99. Ecobee's lowest price model, the ecobee3 lite, retails at $149.99. |
| **Follow-The-Money**<br><br>**Evidence of Suspiciously Timed CEO & Chairman Stock Sales**<br><br><br>**Time For Jagdfeld To Depart** | Looking carefully, we observe that Generac CEO & Chairman Aaron Jagdfeld formed a family foundation entity in late October 2021, and entered into a new 10b5-1 stock sale program on November 8, 2021 right after Q3 2021 results where the CEO said the Chief Marketing Officer was "*incredibly bullish*" (next slide). However, this new stock sale program wasn't disclosed until a Form 4 filing on February 1, 2022. The CEO was still selling stock under his old program enacted on October 30, 2020 through January 3, 2022. While not illegal to have two insider trading programs, the SEC is looking into making modifications to rules that would prohibit such practices. The SEC has identified a concern that insiders enter into multiple 10b5-1 plans at the same time to strategically execute trades under one plan and terminate trades on another to exploit material non-public information (MNPI).<br><br>The CEO also made his largest stock sale ever on Feb 1, 2022 by disposing of 34,894 shares for proceeds of $9.8 million. This was ahead of its 2022 outlook delivered on Feb 16, 2022 where Generac issued its worst cash flow conversion guidance in recent history.<br><br>The Board's own skill matrix shows that Mr. Jagdfeld lacks expertise in M&A and clean energy markets, which is exactly the strategy Generac has opted to pursue. We believe it is time for him to be replaced by a more seasoned executive. |



**Chief Marketing Officer (CMS) Recently "Retired"**

**Dealership Growth Slowing**

**Social Media Marketing Lagging**

**And Clawback Policy Expanded**

We believe Generac is an aggressive marketing company geared toward residential consumers and retail investors. In Feb 2022, its Chief Marketing Officer "retired". By doing so, he forfeited millions in stock compensation. The proxy statement revealed, that for the first time, his compensation would be tied to goals for the Clean Energy business. Based on our review of social media placement and advertising, we believe Generac's clean energy marketing is falling behind in establishing connections with younger millennials.

In light of our findings that: 1) Generac's core and clean energy business dealership growth is slowing and it has lost partners, 2) Its PWRcell solar competitive advantage vis-à-vis Tesla's Powerwall has diminished, and 3) Some Generac dealers are engaging in allegedly misleading and deceptive marketing practices, we believe the CMO's departure should be a serious red flag. Following his departure, Generac expanded its Clawback Policy in March 2022 to cover management "*gross negligence*" or "*misconduct resulting in violation of law or company policy*" that causes harm to the firm. In the context of all of our research findings, we find this recent policy expansion troubling.

**The Sell-Side Bull Case Rests On "Trust Me" Narratives From Generac**

**Our Deep Forensic Dive Points To Serious Problems**

**40% – 50% Downside Risk**

Analysts are extremely bullish on Generac with the average analyst price target of $383 per share, implying 74% upside. However, we don't believe any analysts have conducted a rigorous forensic financial review of Generac's financial reporting or accounting policies. We find numerous instances of acquisition revenue and spending not adding up, along with other financial and accounting anomalies especially at Pramac, its European business. However, our biggest concern, which we don't believe the sell-side has adequately explored, are the increasing financial pressures from Generac's legacy HSB and portable generator business. In particular, we believe portable generators are experiencing longer-term pricing pressures, which we conservatively estimate to be a $108m headwind to cash flow. In addition, we believe sell-side analysts are increasingly giving Generac premature credit for building a clean energy and grid services business.

Our research shows that the core of these businesses are based on acquisitions with legacy challenges, and that Generac itself has not proven to be an astute acquiror. We question the sustainability of its "success" with PWRcell, which Generac projects to be a ~$350 million revenue business by 2022. Generac's does not break out the revenue or margins of this business in SEC filings, but we believe its lofty margin ambitions, which would place it on par with larger and more established players in the solar industry, will severely disappoint. Generac's dealer growth is already slowing, and it has increased incentives for new dealer recruitment. Meanwhile, we question Generac's due diligence in recruiting solar installers given what we uncovered at one of its largest dealers Pink Energy. Generac trades at 3.2x and 16.0x our 2022E sales and EBITDA estimates which is large premium to peers, and still reflects a multiple expansion from pre COVID-19 levels. We believe estimates are too high and must come down. Valuing it at a discount to peers on lower than consensus estimates, we see 40% – 50% downside risk ($110 – $132 per share).

Case 2:22-cv-01486-BHL    Filed 04/30/25    Page 14 of 146    Document 75-9



# *Generac Has Elements of a Massive Stock Promotion:*
## *Sell, Sell, Sell! Targeting Retail Investors With CNBC*



We give credit to Generac's CEO for relentlessly promoting and evangelizing the investment story. The public should review his seven most recent CNBC appearances, especially his three "Mad Money" appearances with Jim Cramer. We believe CNBC is a targeted medium to attract retail investors, and will show a different side to the story that the mainstream messaging doesn't want you to hear.



Source: CNBC, We're in 'full storm mode' to meet surging demand, Aug 30, 2021



Source: CNBC, Generac CEO says work-from-home trends highlights importance of power security, May 17, 2021



Source: CNBC, Generac CEO Aaron Jagdfeld on the company's outlook, March 29, 2021



Source: CNBC, Generac CEO says demand for power generators is high: 'We can't make them fast enough', Feb 17, 2021



Source: CNBC, Generac CEO on acquiring Enbala Power Networks, Oct 6, 2020

Source: CNBC, CEO of generator maker anticipates 'massive change' coming to the grid, Aug 7, 2020



Source: CNBC, Generac CEO talks addressing power grid reliability, decentralizing power generation, March 5, 2020

Case 2:22-cv-01436-BHL   Filed 04/30/25   Page 15 of 146   Document 75-9

14



# *If Generac Is Truly Committed To Transparency And ESG, It Should Answer The Following Questions*

**If Generac is as committed to ESG and transparency as it claims, it will issue a public response to Spruce Point's questions arising from our independent forensic investigation.**

Importantly, we've also continued our commitment to building out an effective ESG Program to help us identify material ESG topics that deserve attention and resources, define metrics to measure our performance with respect to those topics, and work towards setting goals to improve that performance. One result of this commitment is the adoption of an enterprise-wide strategic initiative to improve our workforce diversity and continue to promote an inclusive culture through leadership actions, education, and increased transparency. We're incredibly excited to execute on this and our other ESG goals and initiatives in 2022 and beyond, and to continue sharing our progress with you in future years.




**AARON P. JAGDFELD**
**Chairman, President, and**
**Chief Executive Officer**

## GENERAC'S COMMITMENT TO TRANSPARENCY

Generac is committed to regular, transparent communication of various ESG metrics and Generac's performance progress towards its ESG goals. These metrics and goals will receive regular oversight by our ESG Steering Committee, as well as board-level oversight by our Nominating and Corporate Governance Committee. Generac intends to make continuous improvements to our reporting process, and encourages shareholders and other interested parties to share their comments with us at investorrelations@generac.com.

 Why Is Generac Spending Hundreds of Millions In Acquiring Mature, Problematic And / Or Failed "Clean Energy" Businesses Only To Recently Call Them "Start-ups"?

 Why Does Generac Promote Powerhome (Now Pink Energy) As A Distributor And Installer of Its Products While Multiple Independent Investigations Have Alleged They Mislead Customers?

 Will Generac Compensate The Consumers Who Had Their Fingers Amputated From Using Its Portable Generators?

 Why Has Generac Resisted Measures To Protect Consumers From Dangerous Carbon Monoxide Poisoning Risk Associated With Operating Its Generators?

 Why Did Generac Record a "Financing" Cash Flow For Its Increased Minority Investment In Pramac (Italy) At An Irrationally Low Multiple? Why Are Pramac Subsidiaries Stuffed With High Receivables?

 Who Is The Undisclosed "50% Indirect Interest" in Pramac Racing That Paid Sponsorship Fees. Is it Linked To Luigi Scavone of Alma Group Who Sponsored Pramac And Who Was Arrested For Tax Evasion?

 Will Generac Disclose How Much Market Share It Has Lost In Portable Generators And Exactly How Much In Annual Sales Are Tied To The Category?

Why Has Generac Not Been Transparent About An Investment In A Sunnova Tax Entity. Is Generac Roundtripping Cash Flows?

Source: Generac ESG Report



*By Generac's Own Assessment, The CEO Is Unfit To Lead Its Current Strategy. Time To Resign....*

Spruce Point believes that a successor should be found to replace Chairman and CEO Jagdfeld. There are clear signs that his commitment to Generac has been declining, while we believe he is ill-equipped to lead the Company in the direction it is headed. In October 2021 Mr. Jagdfeld created a family giving foundation, a signal to us that he is thinking about the next phase of his life. This coincides with his increased selling of Generac stock. Under his leadership, we believe the Company has embarked on a reckless, expensive, and failing acquisition spree into the clean energy business. **Yet, Per the Board's own assessment below, Mr. Jagdfeld lacks strengths both in M&A and the clean energy market. Generac has, in effect, made the case for us that it is time for Mr. Jagdfeld to be replaced with a more competent executive that can stabilize Generac's struggling legacy and future clean energy businesses**.

### 2022 Board of Directors Matrix

| | Age | Gender Diversity | Racial/Ethnic Diversity | Board Tenure | Pub Co. Boards (inc. GNRC) | Independent | Risk Management | CEO/CFO (Public Company) | Financial Expert | Strategic Growth and Development | Mergers and Acquisitions | Talent Development/Human Resources | Manufacturing/Supply Chain | Global Markets/International Leadership | Marketing/Product Development | Residential Products/Markets | Energy Technology/Utilities/Renewables | Commercial & Industrial Products/Markets | Engineering and Innovation Processes | Information Technology and Cybersecurity | Investor Relations | Government Relations and Regulatory Compliance | Financial/Capital Markets | Turnaround Experience |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marcia J. Avedon | 60 | ● | | 2 | 1 | Y | ● | | | ● | ● | ● | | ● | ● | ● | | | | | | ● | | |
| John D. Bowlin | 71 | | | 15 | 1 | Y | ● | | | ● | | ● | ● | ● | ● | | | | | | | | ● | |
| Robert D. Dixon | 62 | | | 10 | 1 | Y | ● | ● | ● | | | ● | ● | ● | | ● | ● | | | | | | | |
| Aaron P. Jagdfeld | 50 | | | 15 | 2 | N | ● | ● | ● | ● | | | ● | ● | | | | | ● | | | | | ? |
| William D. Jenkins | 56 | | | 5 | 2 | Y | ● | ● | | ● | ● | ● | | | | | | ● | ● | ● | | ● | | ? |
| Andrew G. Lampereur | 58 | | | 8 | 1 | Y | ● | ● | ● | ● | | | | | | ● | | ● | | | | ● | | |
| Bennett J. Morgan | 58 | | | 8 | 1 | Y | ● | | ● | ● | ● | | | ● | ● | | | | | | ● | | | ? |
| Nam T. Nguyen | 46 | ● | ● | <1 | 1 | Y | ● | | ● | | ● | ● | ● | ● | ● | | ● | | | ● | ● | | ● | ? |
| David A. Ramon | 66 | | | 12 | 1 | Y | ● | ● | ● | ● | | ● | | ● | | | | | ● | | | | ● | |
| Kathryn V. Roedel | 61 | ● | | 5 | 2 | Y | ● | | ● | | ● | | | ● | ● | | | ● | | | | | | |
| Dominick P. Zarcone | 63 | | | 5 | 2 | Y | ● | ● | ● | | ● | | | ● | | | | | | | ● | | ● | |

Spruce Point believes that given Generac's current cash-burning trajectory and poorly planned acquisitions, it may soon need expertise in restructuring and turnarounds

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 17 of 146    Document 75-9

Source: Generac Proxy Statement except for Turnaround Experience which is Spruce Point's addition

16



# *Evidence Generac's Core Business Is Under Pressure And Hasn't Lived Up To Large Expectations*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 18 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Subtle But Important Changes Made To Forward Looking Statements, Raises Possibility Generac Is Under Government Investigation

Spruce Point believes investors should pay particularly close attention to the fine print when it comes to "*forward looking*" risk factors outlined by Generac at the bottom of press releases. We observe it recently reprioritized higher the warning that acquisitions may not be successful as planned. However, even more worrisome we see that it added language about "*significant legal proceedings, claims, lawsuits or government investigations*." We will illustrate highly shady practices by both Generac and its distributors that could be the basis for a government investigation.

## Dec 1, 2021

**Forward Looking Statements**

Certain statements contained in this news release, as well as other information provided from time to time by Generac Holdings Inc. or its employees, may contain forward looking statements that involve risks and uncertainties that could cause actual results to differ materially from those in the forward looking statements. Forward-looking statements give Generac's current expectations and projections relating to the Company's financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

Any such forward looking statements are not guarantees of performance or results, and involve risks, uncertainties (some of which are beyond the Company's control) and assumptions. Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials and key components from our global supply chain and labor needed in producing our products;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix and regulatory tariffs;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the duration and scope of the impacts of the COVID-19 pandemic are uncertain and may or will continue to adversely affect our operations, supply chain, and distribution for certain of our products and services;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products; and
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand.

## February 16, 2022

Forward-looking Information

Certain statements contained in this news release, as well as other information provided from time to time by Generac Holdings Inc. or its employees, may contain forward looking statements that involve risks and uncertainties that could cause actual results to differ materially from those in the forward looking statements. Forward-looking statements give Generac's current expectations and projections relating to the Company's financial condition, results of operations, plans, objectives, future performance and business. You can identify forward-looking statements by the fact that they do not relate strictly to historical or current facts. These statements may include words such as "anticipate," "estimate," "expect," "forecast," "project," "plan," "intend," "believe," "confident," "may," "should," "can have," "likely," "future," "optimistic" and other words and terms of similar meaning in connection with any discussion of the timing or nature of future operating or financial performance or other events.

Any such forward looking statements are not guarantees of performance or results, and involve risks, uncertainties (some of which are beyond the Company's control) and assumptions. Although Generac believes any forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect Generac's actual financial results and cause them to differ materially from those anticipated in any forward-looking statements, including:

- frequency and duration of power outages impacting demand for our products;
- availability, cost and quality of raw materials, key components from our global supply chain and labor needed in producing our products;
- the possibility that the expected synergies, efficiencies and cost savings of our acquisitions will not be realized, or will not be realized within the expected time period;
- the risk that our acquisitions will not be integrated successfully;
- the impact on our results of possible fluctuations in interest rates, foreign currency exchange rates, commodities, product mix, logistics costs and regulatory tariffs;
- the duration and impact of the COVID-19 pandemic;
- difficulties we may encounter as our business expands globally or into new markets;
- our dependence on our distribution network;
- our ability to invest in, develop or adapt to changing technologies and manufacturing techniques;
- loss of our key management and employees;
- increase in product and other liability claims or recalls;
- failures or security breaches of our networks, information technology systems, or connected products;
- changes in environmental, health and safety, or product compliance laws and regulations affecting our products, operations, or customer demand;
- significant legal proceedings, claims, lawsuits or government investigations.



Source: ecobee Press Release, Dec 1, 2021

Source: FY 2021 Earnings: Feb 16, 2022

18




Spruce Point finds evidence that Generac is aware that its core business is under pressure. Between September and November 2020 it briefly changed a key slide from "*Growth Drivers*" to "*Legacy Growth Drivers*."
In subsequent versions of its investor presentation, it has deleted the Legacy Growth Drivers slide below.

| September 2020 | November 2020 |
|---|---|















Source: Sept 2020 Investor Presentation

Source: Nov 2020 Investor Presentation

Last time Generac has cited high 20% market share in portable generators




According to a recent class action lawsuit, by Generac's own admission, some of its generators have the propensity to develop corrosion along the fuel line which can lead to fuel leakage and unit fire, which is a dangerous safety defect. Generac, however, has refused to diagnose the corrosion issue at no cost to consumers, and instead requires consumers to pay an inspection fee which will not be returned if Generac concludes that corrosion has not "significantly compromised" the fuel plenum. The lawsuit alleges this inspection fee constitutes a violation of the Magnuson-Moss Warranty Act, and Generac's implied and express warranties. **Generac has delayed filing a response to the allegations twice per the court docket**.

**Important Safety Notice**          **GENERAC®**

March 8, 2021

*To Our Valued Customer,*

We are attempting to contact you again on an important safety issue possibly affecting your 20KW/999 GUARD+ 200A SE AL Generac generator with serial number 8204507. Please be advised that Generac is providing the supplemental information below regarding an active inspection program the company recommends on the following matter:

<u>Issue:</u> Significant corrosion of the fuel plenum may lead to a potential fuel leak during generator operation, resulting in the risk of a unit fire. This corrosion can occur over time when the generator is exposed to high moisture due to improper installation, lack of proper maintenance and/or subject to harsh environmental conditions.

The fuel plenum is a component located near the battery compartment that helps deliver fuel to the engine. Given that it is part of the fuel system, significant deterioration of the fuel plenum might cause a fuel leak and fire when the unit is running.

The area around a generator can change over time. Certain changes can create site-related issues that may not have originally existed at the time of the unit installation. Generac has found that site conditions can cause premature deterioration of the generator's fuel plenum due to corrosion. The following types of conditions can contribute to corrosion when coupled with hot and humid salt air:

- The generator being in the direct path of an irrigation system or downspout.
- The generator positioned below an eave without a gutter.
- Having insufficient clearance at the back or sides of the generator.
- Debris build up in or around the internal fuel system of the generator.
- The generator is located in a low-lying area in the presence of standing water.

<u>Recommendation:</u> Consumers should immediately contact an Independent Generac Authorized Service Dealer who has been trained to perform this specific maintenance inspection of the above-mentioned generator. Contact the certified dealer listed below to arrange for your inspection.

NORTHERN VIRGINIA GENERATOR
703-919-0067
Exhibit A

---

**INTRODUCTION**

1.      This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a class of owners and purchasers of generator systems designed, manufactured, marketed, and sold by Generac (the "Class").

2.      Plaintiffs and the Class are owners of Generac home standby generators who received a letter from Generac regarding an inspection program (the "Class Generators"). An exemplar copy of the letter is attached hereto as **Exhibit A**.

3.      By Generac's own admission, the Class Generators have the propensity to develop corrosion along the fuel line which can lead to fuel leakage and unit fire, which is a dangerous

- 1 -

Case 2:21-cv-05660   Document 1   Filed 12/30/21   Page 2 of 15

safety defect.[1]

4.      Generac, however, has refused to diagnose the corrosion issue at no cost to consumers, and instead requires consumers to pay an inspection fee which will not be returned if Generac concludes that corrosion has not "significantly compromised" the fuel plenum.[2]

Case 2:21-cv-05660-GEKP   Document 1-1   Filed 12/30/21   Page 2 of 3

**Inspection Cost:** While the cost of the inspection is $80, if your generator is found to have a significantly compromised fuel plenum, and if the inspection is performed before **December 31, 2021**, Generac will pay for the inspection as well as any costs to replace the part. The inspecting dealer will reimburse you for any charges related to the inspection. Any additional costs due to repairs or maintenance outside of the fuel plenum inspection and replacement will not be the responsibility of Generac unless covered under an existing warranty.

**Additional Important Information:** As described in your generator operator guide, it is recommended that your generator receive regular maintenance servicing every six months. Lack of proper maintenance can be a factor in premature deterioration of the fuel plenum. Making sure your generator will operate when you need it most requires regular maintenance. Enclosed are tips detailing the steps required to effectively maintain the generator as well as how to periodically review the environment surrounding your generator.

If you have recently had a complete maintenance inspection performed by a Generac Authorized Service Dealer and have followed the enclosed maintenance guidelines, you may consider at your discretion to have the dealer perform the fuel plenum inspection as part of your next regular maintenance service if scheduled within six months from your last maintenance service date.

As the market leader in home standby power, Generac Power Systems is committed to ensuring your peace of mind. Please call 1-855-388-3181 to speak with a customer service representative about any questions or concerns you might have.

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 21 of 146     Document 75-9



 In July 2021, Generac recently conducted a recall of more than 350,000 backup portable generators due to eight injuries, including seven finger amputations. There are currently personal injury lawsuits related to these injuries.[1]

### Generac Recalls Portable Generators Due to Finger Amputation and Crushing Hazards

Share:



**Name of Product:**

Generac® and DR® 6500 Watt and 8000 Watt portable generators

**Hazard:**

An unlocked handle can pinch consumers' fingers against the generator frame when the generator is moved, posing finger amputation and crushing hazards.

**Remedy:**

Repair

**Recall Date:**

July 29, 2021

**Units:**

About 321,160 (In addition, 4,575 in Canada)

Source: CPSC.gov

*"More than 350,000 backup portable power generators sold across the U.S. and Canada are being recalled after eight injuries, including seven finger amputations and one digit getting crushed, according to the U.S. Consumer Product and Safety Commission.*

*An unlocked handle on the equipment can pinch a user's fingers against the generator frame when moving the product, posing finger-amputation and crushing hazards, Generac Power Systems stated in a notice posted Thursday by the CPSC. The Waukesha, Wisconsin-based company has received eight reports of injuries related to the 6,500-watt and 8,000-watt Generac portable generators.*

*The Generac Power Systems products were purchased online and at major home-improvement and hardware stores from June 2013 through June 2021 for between $790 and $1,480 each, the company said."*

Source: "*Generac generators, sold nationwide, recalled after 7 incidents of finger amputations*", CBSNews.com

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 22 of 146    Document 75-9

1) See: Case 1:22-cv-00214-MAC, Ormanci vs. Generac Power Systems




Some of Generac's equipment emits carbon monoxide, which can be harmful and cause death if inhaled in confined quarters. Generac recently issued a recall for over 54,000 units in North America. The carbon monoxide issue goes much broader than this one washer model. Generators in general can cause deadly carbon monoxide poisoning, and according to a recent investigative research report by The Texas Tribune-ProPublica, manufacturers such as Generac have resisted rules to make them safer.

## Carbon Monoxide Issue On Generac Pressure Washer

**Generac Power Systems Recalls Generac and DR Power Electric Start Pressure Washers Due to Carbon Monoxide Hazard**

Share:



**Name of Product:**

Electric Start Pressure Washers

**Hazard:**

The electronic start/stop button on the pressure washer can malfunction and self-start, posing a risk of carbon monoxide poisoning if the unit is in a confined space.

**Remedy:**

Repair

**Recall Date:**

April 28, 2022

**Report an unsafe product**

**Units:**

About 53,000 (In addition, 1,750 were sold in Canada)

Source: CPSC.gov

## Broader Carbon Monoxide Issues At Generac

"*With no uniform standards for the machines, upgrades can come at a premium, sometimes leaving consumers to choose between price and safety. For example, Generac, a leading generator maker, offers multiple versions of its 8,500-watt series. Consumers can buy one with no safety upgrades for $1,069, or pay $110 more for one that comes with a CO shut-off switch and a 25-foot extension cord to make it easier for users to operate the machine a safe distance from their homes. And the most affordable generator models for sale at some major retailers do not come with safety upgrades, placing shoppers on a tight budget at higher risk.*"

Source: TexasTribune.org, "*Generators can cause deadly carbon monoxide poisoning. But the industry resists rules to make them safer,*" Dec 17, 2021




> There are other recent incidents where Generac's products allegedly sparked a fire and caused bodily injuries.

Case 1:22-cv-00907-RLY-TAB   Document 1-4   Filed 05/09/22   Page 1 of 3 PageID #: 10

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

ATTACHMENT 7

TO: (A) Generac Industrial Systems, Pramac America LLC

as (B) Manufacturer, Distribution of (C) Powermate 4300 Generator

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Southern District of Indiana and has been assigned docket number (E) _____.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 6th day of May, 2022.

_Chantal A Board_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

---

Bodily Injury, Property Loss, Work Wages Loss, Medical Loss

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A Powermate 4300 generator was purchased to provide electricity for the house

Generator sparked a fire & it started at Derek's sleeve & continued on a spiral of hell. Derek was burned over 70% of his body with 4th degree burns. Garage & house burnt down. Medical problems mentally & physically

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 24 of 146    Document 75-9

Source: Case 1:22-cv-00907-RLY-TAB Document 1 Filed 05/09/22




Spruce Point has analyzed Generac's warranty reporting and has serious concerns mirrored by numerous consumer complaints, product recalls, and reported injuries. We observe that warranty payments, provisions, and liabilities are increasing faster than its recent organic revenues. Also, a very large change in warranty estimate was made in 2020. Lastly, we see that deferred revenue growth for extended warranties are also lagging the growth of other metrics.

| $ in mm | 2016 | 2017[1] | 2018 | 2019 | 2020 | Q1 2021 | 2021 | Q1 2022 |
|---|---|---|---|---|---|---|---|---|
| Warranty Payments | $18.7 | $18.9 | $20.0 | $26.1 | $33.5 | $9.8 | $42.7 | $13.0 |
| *% growth* | *-13.8%* | *0.9%* | *6.2%* | *30.3%* | *28.4%* | | *27.4%* | *33.2%* |
| Provision for Issued Warranties | $19.1 | $21.3 | $26.9 | $32.1 | $42.1 | $14.8 | $69.3 | $21.4 |
| *% growth* | *-7.9%* | *11.4%* | *26.1%* | *19.2%* | *31.3%* | | *64.6%* | *44.5%* |
| Change In Warranty Estimate | $0.2 | $1.2 | ($0.5) | $0.5 | $1.2 | $1.0 | **$4.5** | ($1.1) |
| **Extended Warranties:** | | | | | | | | |
| Current | $6.7 | $10.0 | $13.6 | $15.5 | $18.9 | $22.3 | $20.6 | $21.9 |
| Long Term | $24.4 | $40.9 | $54.7 | $63.2 | $70.9 | $70.9 | $91.1 | $94.0 |
| **Total Deferred Revenue** | **$31.1** | **$50.9** | **$68.3** | **$78.7** | **$89.8** | **$93.2** | **$111.6** | **$115.9** |
| *% growth* | *7.3%* | *63.9%* | *34.2%* | *15.2%* | *14.0%* | | *24.3%* | *24.4%* |
| **Standard Warranty Liabilities:** | | | | | | | | |
| Current | $20.8 | $20.6 | $25.4 | $27.9 | $37.4 | $40.6 | $59.1 | $62.3 |
| Long-Term | $10.9 | $14.8 | $16.4 | $21.4 | $21.8 | $24.7 | $35.2 | $39.2 |
| **Total Liabilities** | **$31.7** | **$35.4** | **$41.8** | **$49.3** | **$59.2** | **$65.3** | **$94.2** | **$101.5** |
| *% growth* | *5.0%* | *11.8%* | *18.0%* | *18.0%* | *20.1%* | | *59.1%* | *55.4%* |

Source: Generac financials and Spruce Point analysis
1) In 2017, the Company launched a post-sale extended warranty marketing program with a third party.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 25 of 146    Document 75-9




Generac receives poor customer reviews at The Better Business Bureau and a majority of the feedback related to warranty issues. **In fact, "warranty" complaints are the second most frequently cited customer concern**.



Customer Reviews

★☆☆☆☆ **1.27**/5

Average of 85 Customer Reviews

**Read Reviews** | Start a Review

**Customer Complaints Summary**

**168** total complaints in the last 3 years

of those, **75** complaints were closed in last 12 months

| Complaint Type | Total Closed |
|---|---|
| Advertising/Sales | 9 |
| Billing/Collections | 1 |
| Delivery Issues | 3 |
| Guarantee/Warranty | 39 |
| Problem with a Product or Service | 116 |
| Totals | 168 |

*Bought the GP2500 less than a year ago and had problems right away. Brought it to a "certified" tech and claims he couldn't find anything wrong with it. I got it back and used it for a couple hours and the motor seized up and now it's apparently my fault because they're claiming it was low on oil so it's a maintenance issue instead of being covered under warranty. **What a joke! The unit has less than 15 hours total on it. You're product and warranty are garbage and will never get my business again**.*

*At this point I contacted a Generac dealer and they said it would cost $179 to come out and check even though I had a warranty. They said that if it was a warranty issue and Generac reimbursed them, I would be refunded the $179. I contacted Generac ***************** Issue # of ********. This is how they handle warranties: They just manufacture, dealers find and fix problems & determine a warranty issue. Except for an auxiliary shutdown failure all other cited possible conditions are not specifically identified, most can be transient and therefore not detected through dealer testing. Yet the generator shutdown due to one of many cited possible malfunctions within the generator, that has occurred more than once, should be considered an equipment problem under warranty. **Summary of Generacs position was that if a dealer could not trace to a specific physical failure, then there was no failure to be covered by warranty. If there was no failure the generator should never have shutdown. This is blatant circular logic to deny Generacs warranty responsibility**.*

*Generac offers a 5 year warranty but it only covers parts and not labor. I am looking to have either the transfer switch returned for a full refund and the service fee from the certified technician paid for, or having Generac pay for labor to repair the unit and refund for the service call that I already paid. I need help as nobody is responding to my emails. **I need this resolved as I have paid for the unit up front and it doesn't work I have been getting the run around now for months**.*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 26 of 146    Document 75-9

Source: BBB.org

25



 The financial strain from Generac's warranty accounts can also be seen from recent social media advertising on Facebook where Generac is offering a free 10 year extended warranty, whereas a year ago it was only 7 months..

**Promotion: March – April 2021**

Source: Wayback Machine

**Promotion: May 2022 – June 2022**

Source: Generac



**Current Facebook Promotion**

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 27 of 146     Document 75-9





Generac's core competency and product focus has always been Home Standby Generators. However, a recently conducted study by Consumer Reports shows that Generac is not the highest ranked in the category of "Home Standby Generators".

## > 10,000 Watts

| | | OVERALL SCORE | POWER DELIVERY | | NOISE | EASE OF USE |
|---|---|---|---|---|---|---|

**RECOMMENDED**  MORE THAN 10,000 WATTS
**Champion 100179** [1]
Price **$3,700.00**  Shop
OVERALL SCORE **93**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

**RECOMMENDED**  MORE THAN 10,000 WATTS
**Cummins RS13A** [1]
Price **$3,400.00**  Shop
OVERALL SCORE **91**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

**RECOMMENDED**  MORE THAN 10,000 WATTS
**Briggs & Stratton 040546** [1]
Price **$3,600.00**  Shop
OVERALL SCORE **90**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 4/5

**RECOMMENDED**  MORE THAN 10,000 WATTS
**Kohler 14RCAL**
Price **$4,250.00**  Shop
OVERALL SCORE **90**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

**RECOMMENDED**  MORE THAN 10,000 WATTS
**Generac 7224**
Price **$3,900.00**  Shop
OVERALL SCORE **89**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

## < 10,000 Watts

**BEST BUY**  10,000 WATTS OR LESS
**Champion 100174** [1]
Price **$2,500.00**  Shop
OVERALL SCORE **94**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 4/5
EASE OF USE 5/5

**RECOMMENDED**  10,000 WATTS OR LESS
**Winco PSS8B** [1]
Price **$5,000.00**  Shop
OVERALL SCORE **92**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

**RECOMMENDED**  10,000 WATTS OR LESS
**Generac 6998**
Price **$2,000.00**  Shop
OVERALL SCORE **90**
POWER DELIVERY 5/5
POWER QUALITY 5/5
NOISE 3/5
EASE OF USE 5/5

10,000 WATTS OR LESS
**Briggs & Stratton 040375**
Price **$2,900.00**  Shop
OVERALL SCORE **79**
POWER DELIVERY 5/5
POWER QUALITY 3/5
NOISE 3/5
EASE OF USE 4/5

[1] Prices includes a transfer switch.

Source: Consumer Reports

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 28 of 146    Document 75-9





A recently conducted Consumer Reports study shows that Generac does not rank anywhere in the category of "Inverter Generators". Because their engines are more complex, these models generally cost more than traditional portable generators with a comparable output. Inverter generators are much quieter than their conventional counterparts because they throttle up and down to match demand rather than run at full power all the time. They have more sophisticated exhaust systems, which also help tamp down noise.

**What Generac Says**

*"We also provide a broad product line of portable and inverter generators that range in size from 800W to 17.5kW. These products serve as an emergency home backup source of electricity and are also used for construction and recreational purposes. Our portable generators are targeted at homeowners, with price points ranging between the consumer value end of the market through the premium homeowner market; at professional contractors, starting at the value end through the premium contractor segment; and at the recreational market with our inverter generator products, which are quieter than traditional portable generators."*

## > 5,000 Watts 220V Cable

| Product | Price | Overall Score | Power Delivery | Power Quality | Noise | Ease of Use |
|---|---|---|---|---|---|---|
| Honda EU7000is with CO-MINDER (RECOMMENDED, 5,000-PLUS WATTS, 220-VOLT-CAPABLE) | $5,050.00 | 84 | 5/5 | 5/5 | 5/5 | 4/5 |
| Predator 9500 with CO SECURE (RECOMMENDED, 5,000-PLUS WATTS, 220-VOLT-CAPABLE) | $2,300.00 | 79 | 5/5 | 5/5 | 4/5 | 4/5 |
| Yamaha EF6300ISDE (5,000-PLUS WATTS, 220-VOLT-CAPABLE) | $3,600.00 | 51 | 3/5 | 5/5 | 4/5 | 4/5 |
| Briggs & Stratton 030761 (5,000-PLUS WATTS, 220-VOLT-CAPABLE) | $1,170.00 | 38 | 1/5 | 4/5 | 3/5 | 4/5 |
| Briggs & Stratton Q6500 (5,000-PLUS WATTS, 220-VOLT-CAPABLE) | $1,400.00 | 32 | 1/5 | 4/5 | 3/5 | |

## 2,500 - 5,000 Watts

| Product | Price | Overall Score | Power Delivery | Power Quality | Noise | Ease of Use |
|---|---|---|---|---|---|---|
| Honda EU3000iS with CO-MINDER (RECOMMENDED, 2,500 TO 5,000 WATTS) | $2,200.00 | 85 | 5/5 | 5/5 | 5/5 | 4/5 |
| Echo EGI-4000 (RECOMMENDED, 2,500 TO 5,000 WATTS) | $850.00 | 84 | 5/5 | 5/5 | 3/5 | 4/5 |
| Ryobi RYi4022X (BEST BUY, 2,500 TO 5,000 WATTS) | $600.00 | 84 | 5/5 | 5/5 | 3/5 | 4/5 |
| Briggs & Stratton 30795 (RECOMMENDED, 2,500 TO 5,000 WATTS) | $1,150.00 | 82 | 5/5 | 5/5 | 5/5 | 5/5 |
| Predator 3500 (2,500 TO 5,000 WATTS) | $870.00 | 72 | 5/5 | 5/5 | 5/5 | 4/5 |
| Honda EG2800i (2,500 TO 5,000 WATTS) | | 66 | 4/5 | 5/5 | 4/5 | 4/5 |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 29 of 146     Document 75-9

Source: Consumer Reports




A recently conducted study shows that Generac ranks highly only in portable generators. These units tend to cost less than home standby generators. They typically run on gasoline that must be stored in large quantities. Stabilizer must be added to the fuel for prolonged storage. As noted earlier, these models can quickly produce deadly levels of carbon monoxide. **Despite ranking favorably in this category, we will show why we believe Generac is losing market share and margins are under pressure from price deflation**.





Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 30 of 146    Document 75-9

Source: Consumer Reports

29



# *Generac Pitching An Old Story Which We Will Show Has Failed To Gain Meaningful Traction*



Generac has been pitching its story that HSB's have a low market penetration, with powerful macro trends that will materially increase adoption. They have continuously shown a slide comparing generators with central air conditioning, and home security alarms to illustrate the potential of where portable and home standby generators can grow. In 2015, the penetration was 3.5% and now seven years later, it is only 5.5%.

## May 2015: "Powerful Macro Trends" Upfront Slide 9



Source: May 2015 Investor Presentation

## May 2022: "A Penetration Story" Appendix: Slide 23



Source: Nov 2021 Investor Presentation

Case 2:22-cv-01436-BHL      Filed 04/30/25      Page 31 of 146      Document 75-9





**By carefully analyzing Generac's own data and assumptions, we see that penetration of portable and home standby generators has severely lagged the penetration of its reference categories while median home values and incomes have increased**. Yet, Generac is claiming that the market opportunity for its product keeps expanding from $2 to $3 billion for each 1% penetration, but is narrowing its buyer demographic by now focusing on buyers aged 60 or older vs. 50 or older.

| North American Penetration | | | | | |
|---|---|---|---|---|---|
| | **May 2015** | **May 2020** | **Aug 2020** | **May 2022** | **7 Yr Change May 2015-May 2022** |
| Central Air | 79.0% | 86.1% | 86.1% | 87.3% | **+8.3%** |
| Home Security Alarms | 20.0% | 25.0% | 25.0% | 27.0% | **+7.0%** |
| **Portable Generators** | **13.0%** | **15.0%** | **15.0%** | **17.6%** | **+4.6%** |
| **Home Standby Generators** | **3.5%** | **4.7%** | **4.7%** | **5.5%** | **+2.0%** |
| **Market Opportunity for Each 1% Penetration** | **$2.0 billion** | **$2.0 billion** | **$2.5 billion** | **$3.0 billion** | **Significant COIVD-19 benefit** |
| Median Home Value / Median Income | Under $300k / -- | $400k / $120k | $400k / $120k | $475k / $135k | -- |
| Buyers Age 50 or older / Buyers Age 60 or older | 75% / -- | 70% / -- | 70% / -- | -- / **65%** | -- |
| Source | Case 2:22-cv-01436-BHL [Source] | Filed 04/30/25 [Source] | Page 32 of 146 [Source] | Document 75-9 [Source] | -- |



# HSB Penetration Rate Falling Behind Generac's Own Expectations....

 There is clear evidence that HSB penetration is falling behind Generac's internal expectations. Notice carefully, Generac recently revised a key slide that lowered the penetration rate from 5.75% to 5.50%. Also, Generac is claiming that the highest penetrated markets in the U.S. are 15-20%+, down from "nearing 20%"

| **Nov 2021:  Penetration Est 5.75%** **"nearing 20%"** | **May 2022: Penetration Est 5.50%** **"15-20%+"** |
|---|---|
|  |  |

Source: Nov 2021 Investor Presentation

Source: May 2022 Investor Presentation



Is this disingenuous? The penetration rate decelerated



The homebuilder market would appear to be a natural fit for Generac to sell Home Standby Generators. Partnerships with homebuilders could allow them to offer backup generators as standard for new homes, or an upsell option so that homeowners can have the benefits of backup power. Generac promoted this opportunity as an attractive sales channel for new investors in its early 2009 IPO filings. Fast forward a decade later, the Company is finally admitting the strategy is a failure. To make matters worse, we believe the CEO may have insulted the homebuilding industry by referring to them as "land developers" interested in flipping.

| Generac's IPO Strategy Pitch (2009): | Today's Reality: Failure Admitted A Decade Later |
|---|---|

***Further develop domestic distribution and sales channels***

*Homebuilders.* We believe homebuilders represent an attractive sales channel opportunity given the size of the industry and its potential for recovery from the current economic climate. The installation of a stationary standby generator is less expensive during the initial construction of a house and can be financed by the homeowner as a part of the mortgage for the property. Alternatively, new homes can be wired as "generator ready," making the subsequent installation of a generator relatively easy and inexpensive. In the year ended December 31, 2008, we believe that less than 10% of our net sales were generated in the new home construction market. Moreover, of the approximately 550,000 new homes constructed this year in the United States, we estimate that fewer than 5% had a stationary standby generator installed at construction

**Question**: "*And then, Aaron, I just want to ask you about the homebuilder channels because you mentioned that before. I haven't heard you talk about that in a while. Could you clarify the statistic you referenced about the 10% going to 20%? What's actually going on there? Do you have any alliances with any of the major publicly traded homebuilders? Or is this still much more of a regional approach that you're applying.*"

**CEO Response**: "*Yes. So the comment was historically, we've been about 10% of our sales of home standby go into new construction, and that's actually gone up. It was at 15%. Now it's closing around 20% actually of sales that are going into new construction. What's going on there is well, one, I mean, obviously, new construction has recovered somewhat from the low levels that it was a decade ago, bottomed out. But I do think that we have some -- **we have some relationships with some builders on a direct basis. But that largely has not been that successful**. In fact, many of the really large builders, the production homebuilders, they're not even really builders. They're in that classification of a builder, but they're really developers, they're really land developers. And so by and large, what they do is they're buying tracks of land and they're subcontracting the actual construction of the home on that land and they're putting -- they're putting together a property that they can flip and they can turn so that they can get the value of the land out from underneath it. So they're less about building and more about developing. And that doesn't really fit in with us trying to talk about, "hey, we want to add a $4,000 product to the cost of a home." They want to make the home affordable so they can flip the land underneath it. That's really what they're interested in. **So we're -- we have a misalignment of interest when it comes to talking to big production builders.**"*

Source: IPO Prospectus

Source: Analyst Day, Sept 4, 2019

 

Generac says that it is the only domestic manufacturer of portable generators, which means the market is heavily reliant on imports. According to trade records, we've seen a recent explosion of imports and corresponding decrease in prices up to 20% by Generac. Furthermore, according to a statement made by Generac management, portable generators have a 10 year life cycle which means any recent surge in buying could be difficult to replace going forward.[1]

**Generac CEO**

*"Every portable generator in North America is imported with the exception of the ones that we make in Jefferson, Wisconsin. So nobody else makes portable generators in North America, we do."*

Source: Q3 2018 Conference Call

### U.S. Imports of Portable Generators Are Surging

Source: Panjiva.com

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 35 of 146    Document 75-9



# Undisclosed Pricing Pressures In Portable Generators

Spruce Point finds clear evidence that Generac's portable generator business is under pricing pressures, and management has failed to disclose any price issues associated with the business line. Using the Wayback Machine, we see that Pre-COVID-19 Generac featured 46 SKUs, which has been reduced to 32 SKUs. In addition, we see clear evidence of price deflation. Two of Generac's prominently featured models, #7127 and #7117, have been price cut by 17% and 19%, respectively. Portables already carried below average margins before the price cuts took into effect.

**CFO Q3 2017**

*"This 250-basis-point decline in gross margin as compared to the prior year was mainly the result of an unfavorable mix -- sales mix. The shift in mix was driven by the significant growth in shipments of portable generators and mobile products during the quarter, which carry lower gross margins relative to the consolidated corporate average."*

Source: Q3 2017 Conf Call

## Current "Featured" Portable Generators

PORTABLE **GENERATOR SIZING CALCULATOR**
Backup power, recreation power, work power ... tell us what you need your portable generator to power and our tool will recommend a product that meets your specific needs.

Find Your Generator

32 Results | Sort By Featured

**iQ3500**
MODEL #7127
STARTING AT
$1,199.00 MSRP
Where To Buy
View Details
★★★★★ 4.6 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

**GP2200i**
MODEL #7117
STARTING AT
$549.00 MSRP
Where To Buy
View Details
★★★★½ 4.5 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

**GP2500i**
MODEL #8250
STARTING AT
$649.00 MSRP
Where To Buy
View Details
★★★★½ 4.4 / 5
Read All Reviews | Write A Review
View All Q&A | Write A Question
☐ COMPARE

Source: Generac website

## Pre-COVID-19 "Featured" Portable Generators (Sept 2019)

PORTABLE **GENERATOR SIZING CALCULATOR**
Backup power, recreation power, work power ... tell us what you need your portable generator to power and our tool will recommend a product that meets your specific needs.

Find Your Generator

46 Results | Sort By Featured

**iQ2000**
MODEL #6866
STARTING AT
$799.00 MSRP
View Details

**iQ3500**
MODEL #7127
STARTING AT
$1,449.00 MSRP
View Details

**GP2200i**
MODEL #7117
STARTING AT
$679.00 MSRP
View Details

Source: Wayback Machine



Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 36 of 146    Document 75-9

35


The last time Generac specifically referenced its competitors in the portable power generator market was in 2014 when it listed four companies: Honda, Briggs & Stratton, Champion and Techtronics. Fast forward to today, WalMart lists 25 brands when searching for "portable generators." In fact, nowhere do we see Generac listed among "Top Rated", "Best Seller" or "Trending" among our searches at leading U.S. retailers including Home Depot and Lowe's.

## Generac's Listed Competitors

| | |
|---|---|
| **2009 IPO Prospectus** | *"In the portable generator market, our primary competitors include Briggs & Stratton, Honda and Techtronics International (TTI), along with a number of smaller domestic and foreign competitors."* |
| **2014** | *"Honda, Briggs & Stratton, Champion and Techtronics International (TTI), along with a number of smaller domestic and foreign competitors."* |

Source: SEC Filings

## WalMart



| Find a brand | |
|---|---|
| Sportsman | 17 |
| Pulsar | 17 |
| Champion Power Equipment | 32 |
| Westinghouse | 10 |
| A-iPower | 20 |
| Black Max | 1 |
| DuroMax | 28 |
| WEN Products | 12 |
| PowerSmart | 4 |
| Tzumi | 1 |
| WEN | 3 |
| XtremepowerUS | 3 |
| TOPDON | 1 |
| All-Power | 16 |
| Flashfish | 17 |
| Anker | 2 |
| Bluetti | 2 |
| EcoFlow | 7 |
| Jackery | 1 |
| DuroStar | 10 |
| Generac | 44 |
| FIRMAN | 26 |
| Anself | 4 |
| Nature's Generator | 5 |
| Pulsar Products | 2 |

## Home Depot Online

| Brand | Count |
|---|---|
| DUROMAX | (17) |
| Champion Power Equipment | (13) |
| Westinghouse | (13) |
| Powermate | (10) |
| Durostar | (8) |
| Sportsman | (8) |
| A-iPower | (6) |
| Briggs & Stratton | (6) |

**Champion Power Equipment** 10,000/8,000-Watt Electric Start Gasoline Propane and Natural Gas Tri-Fuel Portable Generator, CO Shield, NG/LPG Hoses
Shop this Collection
Model# 100416
$1399.00

**Champion Power Equipment** 6250-Watt Gas and Propane Powered Dual-Fuel Portable Generator with CO Shield Technology
Shop this Collection
Model# 100592
$899.00

Source: Home Depot

## Lowes Online

| Brand | |
|---|---|
| Generac | (6) |
| Westinghouse | (15) |
| Briggs & Stratton | (8) |
| DuroMax | (19) |
| Champion Power Equipment | (11) |
| A-iPower | (7) |
| All Power | (12) |
| CRAFTSMAN | (5) |
| Cat | (2) |
| DuroStar | (8) |

**CRAFTSMAN** 3500-Watt Gasoline Portable Generator
Model #CMXGGAS030729
$529.00

Source: Lowes

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 37 of 146    Document 75-9

Source: Walmart


At its IPO, Generac was just re-entering the portable generator market and claimed market share less than 10%. By 2014, it claimed to be the #1 player in the market and last claimed "High 20%" market share.[1] Today, it omits any market share claim from its recent 2021 Annual Report

### First Statement At IPO

"*Our market share in the market for portable generators was less than 10% in 2008*, as we re-entered the market in the second quarter of 2008 following the expiration of a non-competition agreement in 2007."

Source: Generac IPO Prospectus

### Statement First Appeared 2012

"*We have a significant market share* in the residential and light commercial markets for automatic standby generators, *which we believe remain under-penetrated. We also have a leading market position for portable generators used in residential, light construction and recreational applications*. We believe that our leading market position is largely attributable to our strategy of providing a broad product line of high-quality, innovative and affordable products through our extensive and multi-layered distribution network to whom we offer comprehensive support and programs from the factory."

Source: Generac 2012 10-K

### Statement LAST Made 2013 Annual Report

"*We are the only significant market participant* focused predominantly on standby and portable generators with broad capabilities across the residential, industrial and light-commercial generator markets"

Source: 2013 10-K

### CEO Claims Generac Is #1 In Portable Generators

"*We're the #1 market share player on portable generators*, so we have a pretty good insight into what's going on in the channel, as well as what we've got going on inside Generac."

Source: Q1 2014 Conf Call

### Latest 2021 Annual Report: No Market Share Claims

"We have a long history of providing power generation products across a variety of applications, and we maintain one of the leading market positions in the power equipment markets in North America and an expanding presence internationally. We believe we have one of the widest ranges of products in the power generation marketplace, including residential, commercial and industrial standby generators; as well as portable and mobile generators used in a variety of applications"

Source: 2021 10-K

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 38 of 146    Document 75-9

1) Nov 2020 Investor Presentation, p 9

37





Generac does not disclose its annual sales of portable generators, but we can estimate it based on its last disclosure of market share being in the "High 20%" range. According to a recent research report, the market size in the U.S. was approximately $2.0 billion in 2021. Therefore, we estimate sales of between $455 - $630 million. A price reduction on the order of 20% would have reduced cash flow by $91 - $126 million assuming all else is equal. To put the magnitude of this impact to cash flow in context, from 2015-2019, average annual cash from operations was just $251 million.

| Estimated Cash Flow Impact From Price Reduction In Portable Generators | | | |
|---|---|---|---|
| $ in mm | Low Case | Base Case [1] | High Case |
| U.S. Market Size | $1,750 | $2,000 | $2,500 |
| Generac Market Share | 26.0% | 27.0% | 28.0% |
| Estimated Revenue | $455 | $540 | $630 |
| Impact To Cash Flow From A 20% Price Reduction | ($91) | ($108) | ($126) |

1) $2.0bn U.S. Market Size per GMI research report and Generac market share "High 20%"

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 39 of 146    Document 75-9



# Generac Has Large Overhead Associated With The Portable Generator Business

Almost 25% of Generac's manufacturing capacity by square foot in Wisconsin is dedicated to portable generators.
A price war in the product category is particularly harmful for overhead absorption of costs.

## FACILITY LOCATIONS

Generac has five locations in Wisconsin, all within driving distance of professional sports teams, cultural experiences, outdoor activities, music festivals and other exciting events.

**WAUKESHA, WI**
*Corporate Headquarters and Liquid-cooled Generator Production*
265,000 square foot manufacturing facility, prototype design, testing and production of water-cooled generators.

**WHITEWATER, WI**
*Air-cooled Engine and Home Standby Generator Production*
300,000 square foot manufacturing facility, production of Generac's OHVI® air-cooled engines, and air-cooled home standby generators.

**EAGLE, WI**
*Metal Fabrication and Liquid-cooled Generator Production*
240,000 square foot manufacturing facility capabilities, Production of base tanks & weather-resistant enclosures, test facilities for gensets and low voltage switchgear.

**JEFFERSON, WI**
*Portable Generator and Pressure Washer Production*
252,000 square foot manufacturing facility, production of Generac's portable generators and pressure washers.

**OSHKOSH, WI**
*Liquid-cooled Generator Production*
255,000 square foot manufacturing facility, product of Generac liquid-cooled industrial and commercial generators.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 40 of 146    Document 75-9

Source: Generac



Other recent Generac product introductions have fallen short. Notably, in 2018 Generac promoted its new outdoor power equipment line called Generac PRO for commercial users such as landscapers and renters. Today, many products don't exist on the website.

## Feb 2018: Company Promotion of Generac PRO Line

### A New Outdoor Power Equipment Line for Commercial and Rental Use

Generac Pro line engineered and designed specifically for professionals

WAUKESHA, Wis., Feb. 6, 2018 /PRNewswire/ -- At The Rental Show 2018, Generac® will be introducing attendees to its new Generac Pro line of rugged outdoor power equipment designed and engineered specifically for commercial users, such as landscape contractors, and rental applications. The new assortment, under the Generac Pro brand, will consist of the following products (hi-res images are available for download at http://bit.ly/GeneracProImages):

- XC Series portable generators (6500 and 8000 watts)
- XD5000E diesel-fueled portable generator
- 3800 PSI belt drive pressure washer (3.2 gpm)
- Walk-behind field and brush mowers with 26-in. and 30-in. cut
- Tow-behind field and brush mower with a 44-in. deck
- Walk-behind trimmer with a 22-in. cutting width
- 60-in. power grader
- 34-ton hydraulic wood splitter with a road tow kit
- Chipper/shredder with a road tow kit
- Stump grinder
- Trash and semi-trash water pumps
- Towable backhoe with a 12-in. bucket
- Powerwagon with an 8.0-cu.ft. bucket and 800-lb. hauling capacity

Many of the products under the Generac Pro banner are powered by the company's G-Force engine, originally designed by Generac specifically for generator applications and first introduced on the company's XC Series portable generators.

"The many retailers, contractors and rental companies we've spoken with in developing the Generac Pro line have told us they want a high-quality, high-value alternative to Honda-powered products," Gatzke said. "We believe powering the Generac Pro line with Generac G-Force engines meets that need."

The Generac Pro line will be supported by Generac's nationwide network of parts and service providers. "Our network guarantees same-day shipping on all service parts and 48-hour delivery," Gatzke said. "That means downtime is minimized on the job site."

Generac Pro products will be highlighted at the company's booth 6727 at The Rental Show. Media interested in attending an event on Tuesday, Feb. 20 at 9:30am in the booth in which product experts will present and demonstrate these and other products should contact Art Aiello, public relations manager, for more details at art.aiello@generac.com or 262-544-4811, ext. 2987.

Source: Generac Press Release

## Today's Reality: Not Much Available

Home > All Products > Generac Chore

NARROW YOUR RESULTS

0 Results | Sort By Featured

**Product Family**
- ☐ Generac Pro
- ☐ Residential

**Product Type**
- ☐ Pressure Washers
- ☐ Water and Trash Pumps
- ☑ Log Splitters
- ☑ Chippers
- ☑ Stump Grinders
- ☑ Brush Mowers
- ☐ Trimmers
- ☑ Power Wagons
- ☑ Graders
- ☑ Snow Blowers

0 RESULTS FOUND FOR THIS SEARCH COMBINATION

NARROW YOUR RESULTS

3 Results | Sort By Featured

**Product Family**
- ☑ Generac Pro
- ☐ Residential

**Product Type**
- ☐ Pressure Washers
- ☐ Water and Trash Pumps
- ☐ Log Splitters
- ☐ Chippers
- ☐ Stump Grinders
- ☐ Brush Mowers
- ☐ Trimmers
- ☐ Power Wagons
- ☐ Graders
- ☐ Snow Blowers

**Generac PRO 2" Semi-Trash Pump**
MODEL #6919-1
STARTING AT
$619.00 MSRP
Where To Buy
View Details

**Generac PRO Belt-Driven Pressure Washer**
MODEL #6712
STARTING AT
$1,199.00 MSRP
Where To Buy
View Details

**Generac PRO Trimmer Mower**
MODEL #TR45080GMNG
STARTING AT
$829.99 MSRP
Where To Buy
View Details

Source: Generac Website

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 41 of 146    Document 75-9



# We Believe Generac Is Failing To Connect With Millennials



When we type in "Generac Power Systems" on Facebook, the first advertisement we saw was for Geneverse products. Scrolling down further, we saw advertisements for Goal Zero

## Competitors Targeting Generac With Higher Relevance

Source: Facebook

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 42 of 146    Document 75-9

41



# *Social Media Likes…*

We believe Generac's peers are claiming more eyeballs and likes on social media based on followers and ad interactions.

## Facebook Social Media Likes

 **Craftsman**

👍 1,522,580 people like this

🗄 1,490,072 people follow this

🌐 http://www.craftsman.com/

 **Kohler Power - Generators**

👍 331,054 people like this

🗄 336,236 people follow this

🌐 http://KohlerGenerators.com/

 **Bluetti Global**

👍 61,138 people like this

🗄 63,675 people follow this

🔰 73 people checked in here

 **Generac Power Systems Inc.**

👍 34,707 people like this

🗄 45,813 people follow this

📍 1,192 people checked in here

🌐 http://www.generac.com/







**Fewest Likes**



Generac has been on Twitter since 2009, comparatively much longer than many of its peers, but with a relatively lower follower base.

**Generac** ✔
@Generac

Generac is the leading manufacturer of residential and commercial systems and solar energy storage systems

⊙ Waukesha, WI 🔗 generac.com 📅 Joined November 2009

**2,079** Following **7,545** Followers

**CRAFTSMAN Tools** ✔
@craftsman

Official Twitter for CRAFTSMAN Tools. Follow for inspiration service 9a-5p CST Mon-Fri. Tweet us your projects.

⊙ United States 🔗 bit.ly/3qYc3Qx 📅 Joined July 2009

**30** Following **48.4K** Followers

**Jackery Inc.**
@jackeryinc

Founded in 2012 & launched the world's 1st #lithium Portable Pow #Jackery specializes in #outdoor #green #power solutions for the

⊙ CA, USA 🔗 bit.ly/JackeryOfficial 📅 Joined October 2012

**198** Following **10.2K** Followers

**Honda Generators**
@HondaGenerators

The official Twitter page for Honda Generators in the United States

🔗 gen.honda.com 📅 Joined September 2015

**17** Following **2,837** Followers

**BLUETTI**
@bluetti_inc

With over 10 years of energy industry experience, the best off-grid power stations for vandwellers, e

🗄 Science & Technology ⊙ CA, United States 📅 Joined November 2018

**97** Following **11.2K** Followers

**Geneverse Power**
@geneversepower

Geneverse: formerly known as Generark.
Geneverse provides universally versatile power solutions.

🔗 geneverse.com 📅 Joined July 2020

**10** Following **7,409** Followers

**RYOBI Tools USA**
@RYOBItoolsusa

Official US RYOBI Power Tools Twitter Page. Stay up to date on special deals & exciting offers from RYOBI Nation ryobitools.co

⊙ Anderson, SC 🔗 ryobitools.com 📅 Joined June 2013

**2,037** Following **27.5K** Followers

**Briggs & Stratton** ✔
@BriggsStratton

Briggs & Stratton, LLC is focused on providing power to get work done and make people's lives better.

⊙ Milwaukee, WI, USA 🔗 briggsandstratton.com 📅 Joined January 2011

**962** Following **10.8K** Followers

**KOHLER Power - Generators** ✔
@KOHLERPower

Welcome to the official KOHLER Generators page. Ask us questions, sha thoughts and keep up on the latest news.

⊙ Kohler, WI, USA 🔗 KohlerGenerators.com 📅 Joined August 2011

**1,321** Following **6,904** Followers



# *Evidence of Rising Financial Strains*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# *Glaring Signs of Financial Stress At Generac*



Spruce Point observes many signs of financial stress in Generac's financial statements. Gross margins are declining, inventory turns are decreasing and earnings quality is deteriorating. It appears that Generac is significantly stretching out its payables, which would temporarily improve cash flow. However, despite this action, cash from operations has been declining and turned negative in Q1 2022.

| $ in mm | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Sales | $475.9 | $546.8 | $701.4 | $761.1 | $807.4 | $920.0 | $942.7 | $1,067.1 | $1,135.8 |
| LTM Sales (A) | $2,209.9 | $2,214.7 | $2,315.0 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,009.2 |
| Cost of Goods Sold | $303.6 | $337.9 | $425.2 | $460.9 | $485.6 | $580.2 | $606.7 | $704.5 | $775.1 |
| Gross Profit | $172.3 | $208.9 | $276.2 | $300.2 | $321.8 | $339.8 | $336.0 | $362.6 | $304.3 |
| *% margin* | *36.2%* | *38.2%* | *39.4%* | *39.4%* | *39.9%* | *36.9%* | *35.6%* | *34.0%* | *31.8%* |
| *YoY Margin Change* | *1.7%* | *2.1%* | *3.2%* | *1.8%* | *3.6%* | *-1.3%* | *-3.7%* | *-5.5%* | *-8.1%* |
| **Margin Trajectory** | Improving | | Stable | | | Worsening | | | |
| LTM COGS (B) | $1,402.0 | $1,393.8 | $1,435.4 | $1,527.5 | $1,709.6 | $1,952.0 | $2,133.5 | $2,377.1 | $2,666.6 |
| Inventory | $559.7 | $544.3 | $533.0 | $603.3 | $644.6 | $772.9 | $934.9 | $1,089.8 | $1,236.8 |
| LTM Inventory (C) | $542.3 | $535.8 | $539.8 | $560.1 | $581.3 | $638.5 | $738.9 | $860.6 | $1,008.6 |
| Inventory Turnover (B/C) | 2.59 | 2.60 | 2.66 | 2.73 | 2.94 | 3.06 | 2.89 | 2.76 | 2.64 |
| **Inventory Turn Trajectory** | Improving | | | | | | Worsening | | |
| Accounts Payable | $266.9 | $230.2 | $272.7 | $330.2 | $387.9 | $526.4 | $611.2 | $674.2 | $697.5 |
| YoY Payables Growth | *-8.2%* | *-11.4%* | *13.0%* | *26.0%* | *45.3%* | *128.7%* | *124.1%* | *104.2%* | *79.8%* |
| LTM Average Payables (D) | $257.5 | $250.1 | $258.0 | $275.0 | $305.3 | $379.3 | $463.9 | $549.9 | $627.3 |
| *% of LTM Sales (D/A)* | *11.7%* | *11.3%* | *11.1%* | *11.1%* | *10.8%* | *11.9%* | *13.5%* | *14.7%* | *15.6%* |
| **Payables Trend** | Stable | | | | | Worsening | | | |
| Net Income (Pre-NCI) | $43.4 | $63.6 | $115.2 | $125.0 | $149.9 | $127.9 | $132.8 | $146.0 | $116.9 |
| Cash From Operations (CFO) | $11.3 | $101.8 | $155.2 | $218.2 | $152.5 | $122.5 | $69.0 | $67.2 | ($10.1) |
| **Earnings Quality: CFO > Net Income** | No | Yes | Yes | Yes | Yes | No | No | No | No |



Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 46 of 146    Document 75-9

Source: Generac Financials and Spruce Point Analysis




> We measure Generac's working capital stress in relation to its LTM sales. We see that the ratio has worsened three quarters in a row with a sharp drop in Q1 2022.

### Generac's Working Capital Analysis

| $ in mm | Account | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Current Assets (A) | Accounts Receivable | $312.0 | $322.9 | $398.2 | $374.9 | $428.7 | $480.9 | $510.7 | $546.5 | $609.9 |
| | Inventories | $559.7 | $544.3 | $533.0 | $603.3 | $644.6 | $772.9 | $934.9 | $1,089.7 | $1,236.8 |
| | Prepaid Exp and Other | $29.6 | $33.1 | $35.2 | $36.4 | $39.5 | $48.7 | $54.2 | $65.0 | $72.7 |
| | **Total Current Assets** | **$901.3** | **$900.3** | **$966.4** | **$1,014.6** | **$1,112.8** | **$1,302.5** | **$1,499.8** | **$1,701.2** | **$1,919.4** |
| Current Liabilities (B) | Accounts Payable | $266.9 | $230.2 | $272.7 | $330.2 | $387.9 | $526.4 | $611.2 | $674.2 | $697.5 |
| | Accrued Wages & Benefits | $22.3 | $36.9 | $52.9 | $63.0 | $46.7 | $67.5 | $69.9 | $72.1 | $50.4 |
| | Other Accrued Liabilities | $139.7 | $164.2 | $182.4 | $204.8 | $245.0 | $214.4 | $270.5 | $331.7 | $416.0 |
| | **Total Current Liabilities** | **$428.9** | **$431.3** | **$508.0** | **$598.0** | **$679.6** | **$808.3** | **$951.6** | **$1,077.9** | **$1,163.9** |
| C = ( A - B ) | Working Capital | $472.4 | $468.9 | $458.4 | $416.5 | $433.2 | $494.2 | $548.2 | $623.2 | $755.5 |
| D | LTM Sales | $2,209.9 | $2,214.7 | $2,315.0 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,065.7 |
| = C / D | **Working Capital / LTM Sales** | **21.4%** | **21.2%** | **19.8%** | **16.8%** | **15.4%** | **15.5%** | **16.0%** | **16.7%** | **18.6%** |
| | Trend | Improving | | | | Worsening | | | | |

**GNRC CFO on Working Capital**

*"I think that probably has worked its way through and hopefully should level off here into next year."*

Source: Q3 2021 Conf Call, Nov 2, 2021

46




Generac stopped providing quarterly disclosure of its allowance for bad debts. We find it suspicious that there was no increase in the allowance throughout 2021, even after it made various small and speculative acquisitions exposing it to more residential customers.

| $ in mm | | | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in mm | 2018 | 2019 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Accounts Receivable, Net | $326.1 | $319.5 | $312.0 | $322.9 | $398.2 | $374.9 | $428.7 | $480.9 | $510.7 | $546.5 | $609.9 |
| Allowance for bad debts | $4.9 | $7.0 | $7.7 | $11.1 | No Disclosure | $12.0 | No Disclosure | | | $12.0 | No Disclosure |
| Gross Receivables | $331.0 | $326.5 | $319.7 | $334.0 | | $386.9 | | | | $570.5 | |
| % Allowance to gross | 1.5% | 2.1% | 2.4% | 3.3% | | 3.1% | | | | 2.2% | |

Source: Generac Financials and Spruce Point Analysis

Even after adding a consumer heavy business such as ecobee, bad debts didn't rise at all?

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 48 of 146    Document 75-9



# *Ecommerce Pressuring Generac's Margins*



Generac does not disclose what percentage of its products are sold online, but it does sell many power and outdoor power products through its various websites: GeneracPowerProducts.com, DrPower.com, and CountryHomeProducts.com. Furthermore, Generac does not disclose shipping costs other than to say it reports net sales inclusive of costs charged to customers, with the freight costs in COGS. Using the Wayback Machine, we find evidence that Generac is having to absorb increasingly more shipping costs which would pressure gross margins. We believe this is a result of industry competitive pressures.

## 2017

**Customer Support**

### Shipping Overview

We work hard to get your order to you as quickly and efficiently as possible! Orders for in-stock items are shipped within one to two business days. Smaller items will be charged according to our Standard Shipping chart (below).

### Standard Shipping

Most standard-sized items ship by UPS or USPS and generally take 3 - 10 business days to arrive. Total your charges for standard-sized items, then use the chart below to figure shipping. The charges will be automatically calculated when you place your order.

| Standard Sized Items Subtotal | Standard Shipping |
|---|---|
| Up to $10.00 | $6.99 |
| $10.01 to $20.00 | $8.99 |
| $20.01 to $40.00 | $11.99 |
| $40.01 to $60.00 | $13.99 |
| $60.01 to $80.00 | $15.99 |
| $80.01 to $100.00 | $16.99 |
| $100.01 to $150.00 | $18.99 |
| $150.01 to $200.00 | $20.99 |
| $200.01 to $300.00 | $30.99 |
| Over $300.00 | $36.99 |

**Please note:** All shipping charges are for deliveries within the contiguous 48 United States. Additional shipping charges may apply to orders shipped outside the contiguous 48 United States. For online orders, the shipping charge for deliveries outside the contiguous U.S. and for foreign deliveries will be calculated once your order is received by Country Home Products. Your order confirmation will not reflect these amounts. Once your order has been processed, we will contact you with the exact shipping charge. Any applicable government taxes or customs fees for foreign deliveries will be charged separately by the shipper upon delivery.

All prices are in U.S. funds and are subject to change without notice.

## 2020 – "Free Shipping on <u>Most</u> Equipment"

**CUSTOMER SUPPORT**

### Shipping Overview

#### Free Shipping

We offer FREE SHIPPING on most power equipment, either to your home (if under 150 lbs) or to a shipping depot near you (if the shipment weighs more than 150 lbs). Shipping for all other items—including parts, accessories, attachments, and various smaller products—is shipped at the rates shown in the shipping charts below.

We work hard to get your order to you as quickly and efficiently as possible! Orders for in-stock items are shipped within one to two business days. Smaller items will be charged according to our Standard Shipping chart (below).

#### Standard Shipping

Most standard-sized items ship by UPS or USPS and generally take 3 - 10 business days to arrive. Total your charges for standard-sized items, then use the chart below to figure shipping. The charges will be automatically calculated when you place your order.

| STANDARD SIZED ITEMS SUBTOTAL | STANDARD SHIPPING |
|---|---|
| Up to $40.00 | $9.99 |
| $40.01 to $100.00 | $12.99 |
| $100.01 to $300.00 | $24.99 FREE! |
| Over $300 | $49.99 FREE! |

**Please note:** All shipping charges are for deliveries within the contiguous 48 United States. Additional shipping charges may apply to orders shipped outside the contiguous 48 United States. For online orders, the shipping charge for deliveries outside the contiguous U.S. and for foreign deliveries will be calculated once your order is received. Your order confirmation will not reflect these amounts. Once your order has been processed, we will contact you with the exact shipping charge. Any applicable government taxes or customs fees for foreign deliveries will be charged separately by the shipper upon delivery.

All prices are in U.S. funds and are subject to change without notice.

## 2021 – "Free Home Delivery – <u>All</u> Items Shipped Motor Freight"

**CUSTOMER SUPPORT**

### Shipping Overview

We offer **FREE HOME DELIVERY** on all items that ship by Motor Freight. For items subject to Standard Shipping, if the total of such items is over $100, FREE HOME DELIVERY will apply. Free Shipping offers apply to the 48 contiguous United States only.

We offer different types of shipping on our products:

**Motor Freight Shipping:** Items weighing 150 pounds or more (over the limit for UPS) will be delivered by Motor Freight. We offer several tiers of Motor Freight Shipping service and applicable charges vary by product and by tier of service. Use the shipping link on the product detail page to review your Motor Freight Shipping options.

| REVIEWS ∨ | PRODUCT Q&A ∨ | SHIPPING ∨ | OTHER ITEMS ∨ |
|---|---|---|---|

**Standard Shipping:** Items under 150 lbs, that are not irregular in shape or size, will be delivered by UPS or USPS. See the chart in the Standard Shipping section below.

**Miscellaneous:** Certain items may be subject to additional charges related to size, weight, or hazardous material restrictions. Shipping and handling charges are subject to change without notice.

**Delivery Time:** The shipping estimates displayed on product pages (example: "Ships in 1 to 3 Business Days) indicate when we expect the product to ship from our factory, not when you will receive it. Transit time will vary depending on the product, the shipment method, and your location. If we are unable, for any reason, to ship in the estimated timeframe, we will contact you by email. Once the product ships, you will receive a shipping confirmation email that will allow you to track your shipment.

**Rush Delivery:** Expedited delivery is available for selected items. Please see the Standard shipping chart for shipping details and charges. Rush delivery is not available for items shipped via motor freight. Most expedited shipments arrive within 2 business days of when they ship from our warehouse (not from the date item is ordered).

**Changes to Delivery After Shipment:** Any request to change the delivery address or type of delivery service that is made after your product ships will be subject to a re-consignment fee. If you request a re-consignment, we will obtain a quote from the carrier and get your approval before finalizing the re-consignment and charging you for it.

**Returns:** If a product is returned, customer is responsible for normal shipping charges from their delivery address. Please visit our Returns page for more information.

Source: [Wayback Machine: GeneracPowerProducts.com](#); [Wayback Machine: GeneracPowerProducts.com](#); [Wayback Machine: GeneracPowerProducts.com](#)

Case 2:22-cv-01436-BHL   Filed 04/30/25   Page 49 of 146   Document 75-9



 Generac's liquidity situation is the worse its been in years and at the exact wrong time when the FED is withdrawing liquidity from the system. Its cash and ABL borrowing capacity is the worst it has been at 12.2% of sales, and has fallen markedly from the prior year at 37.1%. As another indicator of stress, its foreign subsidiary short-term lines of credit just hit a multi-year high and it increased the size of its ABL recently for more borrowing capacity.

| Generac Liquidity Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **$ in mm** | **2017** | **2018** | **2019** | **2020** | **Q1 2021** | **Q2 2021** | **Q3 2021** | **Q4 2021** | **Q1 2022** |
| Cash and Equivalents (A) | $138.5 | $224.5 | $322.9 | $655.1 | $744.8 | $390.1 | $423.7 | $147.3 | $206.0 |
| ABL Borrowing Capacity (B) | $249.7 | $276.6 | $268.6 | $299.6 | $299.6 | $439.5 | $449.3 | $399.5 | $289.5 |
| **Total Liquidity C= (A+B)** | **$388.2** | **$501.1** | **$591.5** | **$954.7** | **$1,044.4** | **$829.6** | **$873.0** | **$546.8** | **$495.5** |
| LTM Sales (D) | $1,672.4 | $2,023.5 | $2,204.3 | $2,485.2 | $2,816.7 | $3,189.9 | $3,431.2 | $3,737.2 | $4,065.7 |
| **Total Liquidity % of Sales (C/D)** | **23.2%** | **24.8%** | **26.8%** | **38.4%** | **37.1%** | **26.0%** | **25.4%** | **14.6%** | **12.2%** |
| **Short-Term "Other Lines of Credit"** | **$20.6** | **$27.1** | **$27.7** | **$39.3** | **$26.5** | **$23.8** | **$61.5** | **$72.0** | **$85.0** |
| **ABL Facility Size** | **$250 $100** | **$300 $100** | **$300 $100** | **$300 $100** | **$300 $100** | **$500 $200** | **$500 $200** | **$500 $200** | **$500 $200** |

Source: Company filings and Spruce Point analysis
Note: Other Lines of credit are foreign subsidiary borrowing

Case 2.22-cv-01436-BHL     Filed 04/30/25     Page 50 of 146     Document 75-9


Generac was recently delinquent in paying its property taxes for its new expanded headquarters. Generac is claiming it needs 75,000 square feet of space to accommodate growth for another 300 employees for a customer contact center.[1]

### 2021 TAX BILL PAYMENT OPTIONS

| Installments | Amount Due | Due By | Pay to Agency |
|---|---|---|---|
| Full Amount Due | $130,543.90 | 1/31/2022 | LOCAL |
| First Installment | $67,541.90 | 1/31/2022 | LOCAL |
| Second Installment | $63,002.00 | 7/31/2022 | COUNTY |

### 2021 TAX YEAR TRANSACTIONS

| Transaction | Effective | Paid To | Description | Tax | Interest | Penalty | Other Charges | Over Payment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/4/2022 | 2/28/2022 | COUNTY | PAYMENT | ($66,543.74) | ($665.44) | ($332.72) | $0.00 | $0.00 | ($67,541.90) |
| 3/31/2022 | 3/31/2022 | COUNTY | PAYMENT | ($64,000.16) | ($1,280.00) | ($640.00) | $0.00 | $0.00 | ($65,920.16) |

Source: Waukesha County for HQ W236 N1402 Busse Rd, Pewaukee

Poor capital management needlessly harming shareholders, or further evidence of capital constraints?

1) Milwaukee Journal, Aug 4, 2021

50


Briggs & Stratton filed for bankruptcy in July 2020, and was recapitalized by KPS Capital Partners, its now equity owner.[1] With this tumultuous period behind it, Briggs is making a direct push to compete against Generac. According to recent company commentary, it is second in market share in standby generators. Similar to Generac, Briggs is also expanding production capacity in the South and expanding its product offering into clean energy storage with the acquisition of SimpliPhi.

## Briggs & Stratton Directly Targeting Generac[2]

Wauwatosa-based Briggs & Stratton is growing its energy solutions group to a strong third leg among its divisions that also include small-engine manufacturing and lawn/garden/landscaping equipment, said Tom Rugg, president of energy solutions.

"*We have consistently re-set record sales and record profits on a month after month, quarter after quarter basis for the last 18 months to where we used to be a very small portion of the business and now we are a very meaningful portion of the business,*" Rugg told the Milwaukee Business Journal.

Briggs & Stratton, which is privately held, declines to disclose sales figures, but Rugg said the energy solutions group is closing the gap in revenue with the company's engine division and lawn-and-garden segment.

Generac (NYSE: GNRC), which is based in Waukesha, says it is by far the market leader for home standby generators, accounting for nearly eight in 10 that are sold. **Briggs ranks second in the product category, Rugg said**.

### Briggs & Stratton Acquires SimpliPhi Power: Enters Into Energy Storage System Market

*Acquisition Expands Business to Offer Broad Range of Energy Storage Solutions*

Source: Company Press Release, Sept 7, 2021

### Briggs & Stratton Increases Standby Generator Production to Meet Growing Demand

*Expansion will more than double production and reduce lead times*

Source: Company Press Release, March 31, 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 52 of 146    Document 75-9

1) "*KPS Capital Partners Completes Acquisition of Briggs & Stratton Corporation*", press release, Sept 22, 202
2) "*Briggs & Stratton grows home standby generator unit under new owner as it targets Generac*", Milwaukee Business Journal, May 31, 2022



# *Residential Dealer Growth Slowing*

 Generac has recently been disclosing its Residential Dealer counts. We observe that its deal growth started to stall in the middle of 2021 and has been flat now for three quarters. All the while Generac's financial condition has been deteriorating.

|  | | | | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2017 | 2018 | 2019 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Residential Dealers | 5,700 | 6,000 | 6,500 | 6,500 | 6,700 | 7,000 | 7,300 | 7,700 | 8,000 | 8,100 | 8,100 | 8,100 |
| *YoY Growth* | *5.6%* | *5.3%* | *8.3%* | *--* | *--* | *--* | *12.3%* | *18.5%* | *19.4%* | *15.7%* | *11.0%* | *5.2%* |
| *QoQ Growth* | *--* | *--* | *--* | *--* | *3.1%* | *4.5%* | *4.3%* | *5.5%* | *3.9%* | *1.3%* | *0.0%* | *0.0%* |

Source: Generac conference calls, investor presentations, and SEC filings

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 53 of 146    Document 75-9


Spruce Point believes Generac is caught in a classic over-expansion trap whereby it increased capacity 4x for home standby generators since the pandemic. In response, competitors also doubled and tripled capacity. Now with consumer spending slowing, mortgage rates doubling, and housing poised to slow, we expect demand to decline and Generac's margins to be weighed down from the added overhead.

## Capacity Planned To Increase 4x Since COVID-19



Source: Investor Day, Sept 29, 2021. Note: Generac has only shown this slide once.

## Double Capacity

### Generac Expands Capacity With New Manufacturing and Distribution Facility

 PDF Version

Demand for power generation and new energy technologies has driven growth that requires increased production

WAUKESHA, Wis., Feb. 10, 2021 /PRNewswire/ -- Generac Power Systems today announced plans to open a new manufacturing, assembly, and distribution operation in Trenton, South Carolina. The facility will support increased demand for home standby generators and associated energy technologies, and serve as a distribution center to customers in the southeast part of the United States, creating approximately 450 new jobs over the next two years.

Source: Company Press Release, Feb 10, 2021 and Company Press Release, Nov 1, 2021

## Competition Doubling And Tripling Capacity

Kohler Power Announces Significant Plant Expansion of Home Standby Generator Products at Existing Mississippi Site

"With this expansion, we will more than triple our current capacity for residential standby generators and take further advantage of our world-class engine manufacturing facility that we more than doubled in the last two years. We are committed to supporting our valued dealer network and delighting the end customers that we serve," said Brian Melka, group president – Kohler Power.

Source: Company Press Release, April 29, 2021

### Briggs & Stratton Increases Standby Generator Production to Meet Growing Demand

Expansion will more than double production and reduce lead times

Source: Company Press Release, March 31, 2021

| $ in mm | Briggs & Stratton[1] | Kohler[2] | Generac[3] |
|---|---|---|---|
| Location | Alabama | Mississippi | South Carolina |
| Residential standby capacity expansion | 2x | 3x | 2x |
| Capital Expansion Investment | $9.0 | $6.0 | $18+ |
| Jobs | 50 | 75 | 750 |
| Square Foot Increase For New Capacity | NA | 80,000 | 421,000 |
| Warehouse Increase | NA | 187,000 | 200,000 |

1) Local news via company. Earlier in Jan 2021, Briggs said it would invest $9.4m in the Alabama plant
2) Local news source and area development
3) Generac paid $18m just for the facility, not including equipment, labor or the warehouse expansion

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 54 of 146     Document 75-9



Spruce Point believes there are other current and forthcoming headwinds that investors need to consider.

| Issue | Explanation |
|---|---|
| **COVID-19** | Spruce Point believes that Generac was a material beneficiary of COVID-19 due to the stay-at-home / home-as-a-sanctuary effect. It also got a surge in demand from the Texas power outage in 2021. The decision to invest in an HSB was made easier during a period where working at home became the norm and it was impossible to determine when work would transition back to the office. |
| **Forthcoming Potential Recession** | Generac's core HSB products are consumer discretionary and somewhat cost prohibitive at $6,000 - $12,000. |
| **Prices Changes** | Generac has warned that it can't accurately track price changes. Though it does say it increased prices in 2021 which will come through its results in 2022. However, once that laps, Generac will have a tough comp. Furthermore, Generac hasn't disclosed price cuts in its core portable power generator business, which we estimate is a $100+ million headwind |
| **Lawsuits and Product Recalls** | As noted in the earlier section, Generac is facing escalating legal challenges, including a class action lawsuit, from product issues and is now disclosing potential government investigations as a risk in Generac's "Forward Looking Statements". Generac is having to issue longer warranties and/or make due on existing ones. We observe warranty expense is quickly increasing. We believe all of these incremental costs will weigh on results. |
| **Currencies** | Generac is becoming more exposed to foreign currencies as it expands internationally. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |
| **Research and Development** | We believe Generac has a questionable history of return on R&D, and expect expenses to rise as it must fix and improve faulty products identified through recent product recalls. Also, it is getting into more technologically intensive businesses such as solar battery storage and inverters. Its engineer headcount has doubled from 500 at year end 2020 to now over 1,000. Generac didn't directly disclose to investors that it is spending $20 million for expansion at its headquarters for an R&D center focused on its Osage plant which produces liquid-cooled industrial and commercial generators. This was reported to the local press and not in SEC filings or on its recent investor calls. |

Case 2:22-cv-01436-RJD    Filed 04/30/25    Page 55 of 146    Document 75-9



*Evidence of Acquisition Deal Costs and Acquired Revenues Not Adding Up*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 56 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




We believe there is a clear pattern of misreporting of acquisition revenue contribution by Generac between 2019 - 2021.

| $ in mm | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|
| **Acquisitions In Year** | Selmec | Pika, Neuro, Captiva | West Coast Energy, Mean Green, Enbala Power | Deep Sea, Chilicon Power, Apricity, Tank Utility, Off Grid, ecobee, Pape Material |
| **Total Revenue (A)** | $2,023.4 | $2,204.3 | $2,485.2 | $3,737.2 |
| **GNRC Disclosure (B)** | *The increase in International sales for the year ended December 31, 2018 was primarily due to **the $30.7 million contribution from the Selmec acquisition**, and broad-based core growth from the Pramac, Ottomotores and Motortech businesses as we continue to drive market penetration across the globe.* | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2019 was **$36.1 million**.* | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2020 was **$32.4 million**.* | *Total contribution from non-annualized acquisitions for the year ended December 31, 2021 was **$94.9 million**.* |
| **Auditor Disclosure (C)** | *In conducting this assessment, our management excluded the Selmec Equipos Industriales, S.A. de C.V. business, which was acquired on June 1, 2018 and whose financial statements constitute 11.1% and 5.3% of net and total assets, respectively, **1.5% of net sales**, and 0.04% of net income of the total consolidated financial statement amounts as of and for the year ended December 31, 2018.* | *In conducting this assessment, our management excluded Neurio Technology Inc., which was acquired in March 2019, and Pika Energy, Inc., which was acquired in April 2019, and whose financial statements constitute 5.0% and 2.8% of net and total assets, respectively, **0.4% of net sales**, and (2.2)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2019.* | *In conducting this assessment, our management excluded West Coast Energy Systems LLC, which was acquired in July 2020, Mean Green Products, LLC, which was acquired in September 2020, and Enbala Power Networks Inc., which was acquired in October 2020, and whose financial statements constitute 4.7% and 2.6% of net and total assets, respectively, **0.6% of net sales**, and (0.3)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2020* | *In conducting this assessment, our management excluded Deep Sea Electronics Limited, which was acquired in June 2021, Chilicon Power, LLC, which was acquired in July 2021, Apricity Code Corporation, which was acquired in September 2021, Off Grid Energy Ltd, which was acquired in September 2021, Tank Utility, Inc., which was acquired in October 2021, and ecobee Inc., which was acquired in December 2021 and whose financial statements constitute 57.8% and 31.0% of net and total assets, respectively, **2.1% of net sales**, and 0.7% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2021* |
| **Estimated Acquisition Contribution D=(A x C)** | $30.3 | $8.8 | $14.9 | $78.5 |
| **Discrepancy (B-D)** | **$0.4** | **$27.3** | **$17.5** | **$16.4** |
| **Sources** | Case 2:22-cv-01436-BHL   Filed 04/30/25   Page 57 of 146   Document 75-9 | | | 10-K |



 On the Q4 2019 conference call, Generac claimed acquisitions contributed $9.1 million of sales for the quarter.[1] However, when the 10-K was filed, total sales contribution from acquisitions for the year was reported at $36.1 million. **This implies that Q4 acquisition sales were $4.1 million, not $9.1 million**. Furthermore, internal control disclosure reported that the total year contribution of revenue from Pika and Neurio was 0.4% of sales, or approximately $8.8 million. Pika and Neurio formed the basis of the tremendous revenue growth Generac has claimed from PWRcell.

**Internal Control Disclosure**

"*Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2019. In conducting this assessment, our management excluded Neurio Technology Inc., which was acquired in March 2019, and Pika Energy, Inc., which was acquired in April 2019, and whose financial statements constitute 5.0% and 2.8% of net and total assets, respectively, 0.4% of net sales, and (2.2)% of net income of the consolidated financial statement amounts as of and for the year ended December 31, 2019.*"

## 2019: Acquisitions Contribution To Sales

| $ in mm | Q1 | Q2 | Q3[2] | Q4[2] | Total |
|---|---|---|---|---|---|
| **Acquisitions** | *Captiva* Feb 2, 2019 *Neurio* March 12, 2019 | *Pika Energy* April 26, 2019 | -- | -- | -- |
| **SEC Disclosure** | *Overall, the net sales contribution from all non-annualized acquisitions to the three months ended March 31, 2019 was $14,861* | *Overall, the net sales contribution from all non-annualized acquisitions to the three and six month periods ended June 30, 2019 was $12,342 and $27,205, respectively.* | *Overall, the net sales contribution from all non-annualized acquisitions to the three and nine month periods ended September 30, 2019 was $4,814 and $32,018, respectively.* | ***$4.1 million*** *Implied from $36.1m less Q1 – Q3 results* | *Total contribution from non-annualized recent acquisitions for the year ended December 31, 2019 was $36.1 million.* |
| **Conference Call Disclosure** | *Excluding the $14.9 million of contribution from the Selmec, Captiva real acquisitions and the negative impact from foreign currency, core growth rate during the quarter was approximately 15%.* | *Excluding the $12.4 million of contribution from the Selmec, Captiva, Neurio and Pika acquisitions and the almost $5 million negative impact from foreign currency, core growth rate during the quarter was approximately 7.4%* | *Excluding the $4.8 million of contribution from the Captiva, Neurio and Pika acquisitions, and the almost $4 million negative impact from foreign currency, core growth rate during the quarter was still approximately 7%.* | *Excluding the **$9.1 million of contribution from the Captiva, Neurio and Pika acquisitions**, and the almost $3 million negative impact from foreign currency, the core growth rate during the quarter was approximately 4%* | N/A |
| **Sources** | **10-Q** **Conf Call** | **10-Q** **Conf Call** | **10-Q** **Conf Call** | **Conf Call** | **10-K** |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 58 of 146    Document 75-9

1) Q4 2019 Conference Call
2) Based on Captiva's financial statements, we estimate it contributed ~$1.5m of revenue per quarter. Therefore, we estimate Neurio and Pika contributed approximately $3.3m of sales in Q3 and $2.6m of sales in Q4



# 2020 Acquisition Misreporting



There is a continuation of acquisition revenue contribution misreporting into early 2020. The Company first claimed that $21.2 million of sales were contributed by Captiva, Neurio and Pika in Q1 2020. The 10-Q later revised this figure to just $1.0 million. Furthermore, Generac has not given clear revenue contribution guidance for West Coast Energy, Mean Green, or Enbala Power.

| | | 2020: Acquisitions Contribution To Sales | | | |
|---|---|---|---|---|---|
| $ in mm | Q1 | Q2 | Q3 | Q4 | Total |
| Acquisitions | Neurio (acquired 1 yr ago) 3/12/19 | Pika Energy (acquired 1 yr ago) 4/26/19 | West Coast Energy Sys 7/1/20 Mean Green Products 9/1/20 | Enbala Power 10/7/20 | |
| SEC Disclosure | Overall, the net sales contribution from all non-annualized recent acquisitions to the three months ended March 31, 2020 was **$1.0 million**. | N/A | N/A | N/A | Total contribution from non-annualized recent acquisitions for the year ended December 31, 2020 was **$32.4 million**. |
| Conference Call Disclosure | Excluding the **$21.2 million** of contribution from the Captiva, Neurio and Pika acquisitions and approximately $3 million negative impact from foreign currency, core sales declined approximately 3% during the quarter. | N/A | N/A | N/A | N/A |
| Sources | **10-Q** **Conf Call** | | | | **10-K** |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 59 of 146     Document 75-9




There is a clear misreporting of acquisition spending in Q4 2019. The discrepancy didn't appear until the 10-K was filed, and we can calculate the implied Q4 acquisition spending. We observe a negative $8.85 million spend, which could suggest a reversal from an amended acquisition. Looking carefully, we see that Neurio's final goodwill was reduced by 25% or $6.2 million despite Generac claiming there was "*no material adjustments*" to the preliminary purchase price allocation. If goodwill declined, then the total assets had to have declined – all else equal – resulting in a lower purchase price. **Our interpretation is that Neurio was a problematic acquisition requiring a reversal of payment back to Generac.**

| 2019: Acquisition Spending, Net of Cash | | | | | |
|---|---|---|---|---|---|
| $ in thousands | Q1 | Q2 | Q3 | Q4 | Total |
| **Statement of <u>Cash Flows</u>** Acquisition of business, net of cash acquired | $61,549 | $51,392 | $7,922 | *($8,850)* | $112,010 |
| **Sources** | **10-Q** | **10-Q** | **10-Q** | **Implied** | **10-K** |

| Reporting of Neurio Technology Purchase Allocation | | | | |
|---|---|---|---|---|
| $ in mm | Q1 | Q2 | Q3[1] | 10-K |
| **Purchase Price, Net of Cash** | $60.36 | $59.07 | $59.07 | $59.07 |
| **Inclusive of Deferred Payment** | $9.27 | $8.05 | $7.92 | $7.92 |
| **Intangibles** | $0.00 | $58.76 | $58.51 | $58.76 |
| **Goodwill** | $59.96 | $24.26 | $24.01 | **$17.86** |

Source: Generac SEC filings

1) Deferred payment of $7.9m paid and recorded through cash from investing

*"The Company finalized the Neurio purchase price allocation during the first quarter of 2020 based upon its estimates of the fair value of the acquired assets and assumed liabilities. The finalization did not result in material adjustments to the Company's preliminary estimates."*



 Our observations about challenges with the Neurio acquisitions and financial reporting problems are mirrored by some comments made by Neurio Technology's former VP of Finance and Administration who commented there were accounting system conversion issues and "*continual legacy matters with finance and operations*". Despite being a just a $59 million transaction, a partner at Fasken commented that it was "*more complicated*" as a technology transaction.[1]

| **Former Neurio VP of Finance** | "*Not only did we have to get through the deal at a blistering pace, but I had to manage the process under strenuous circumstances. **The deal was done while the annual audit work was underway as well as an accounting system conversion. And we continually had to deal with legacy matters within the finance and operations**.*" |
| --- | --- |

| **Fasken Partner Jon Conlin** | "*This acquisition was one of the larger and **more complicated technology M&A transactions in BC during the past year***" |
| --- | --- |

1) "*Power disruption: Neurio revolutionizes home energy market*", Sept 13, 2019, BC CPA



*A. Generac's European Platform Pramac (Italy): Showing Signs of Inflated Revenue And Channel Stuffing*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 62 of 146    Document 75-9

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# *Pramac's Troubled History*

Pramac has a troubled history. It was listed on the Italian stock exchange (PRA IM) in 2007 and its fortunes swiftly declined. The Company once issued lofty goals of achieving €322m and €48m of revenue and EBITDA by 2014. However, trading in shares were suspended indefinitely in 2012 and Pramac filed for bankruptcy.[1]



## Pramac Share Price (Italy)



Source: Bloomberg, Ticker PRA IM

```
4) *PRAMAC EXPECTS 2014 EBITDA OF EU48 MLN          :PRA...   BN  07/2010
5) *PRAMAC EXPECTS 2014 REVENUE OF EU322 MLN        :PR...    BN  07/2010

4) ✓*PRAMAC SAYS SHRS SUSPENDED INDEFINITELY        :PR...    BN  05/2012
5) ✓*PRAMAC SHARES SUSPENDED UNDEFINITELY, BORSA SAYS  :...   BN  05/2012
```

### Pramac Pre-Bankruptcy Financials

| euros in mm | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| Sales | €234.2 | €186.4 | €234.5 | €221.9 |
| *% growth* | | *-20%* | *26%* | *-5%* |
| EBITDA | €14.6 | €0.5 | €16.2 | €5.9 |
| *% Margin* | *6.2%* | *0.3%* | *6.9%* | *2.7%* |
| Net Income | €0.5 | (€20.2) | (€ 12.2) | (€ 94.9) |

Source: Wayback Machine 1 and 2

1) Pramac Liquidation website



# *Generac's Auditor Dismissed After Pramac Acquired*



On April 20, 2016 Generac dismissed Ernst & Young as the Company's independent registered public accounting firm. Two days earlier, audit committee member Ralph Castner offered his resignation.[1] Both E&Y and Mr. Castner claimed no disagreements with the Company. **Spruce Point finds is it concerning that the auditor change came shortly after the acquisition of Pramac closed on March 1, 2016**.[2] The Pramac acquisition was not unusually large in size, but carried a considerable audit fee premium as evidenced by a sharp increase in audit and tax fees paid by Generac.

| Audit Fee Analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $ in mm | 2014 | 2015 | 2016 (Auditor Change) | 2017 | 2018 | 2019 | 2020 | 2021 |
| Acquisitions | Powermate (Pramac America), MAC | Country Home | Pramac (Italy) | Motortech | Selmec | Neurio/Pika/ Captiva (India) | WC Energy, Mean Green, Enbala | Deep Sea, Chilicon, Apricity Tank Utility, Off Grid, ecobee |
| Cash for acquisitions and deposits for acquisitions, net | $61.2 | $73.8 | $76.6 | $33.2 | $65.4 | $112.0 | $64.8 | $713.5 |
| Audit Fee | $0.86 | $0.77 | $1.03 | $1.13 | $1.27 | $1.60 | $1.52 | $1.73 |
| Tax-Related Fees | $0.07 | $0.09 | **$0.16** | **$0.18** | **$0.36** | **$0.55** | **$0.55** | **$0.83** |
| Audit-Related Fees | $0.20 | $0.00 | $0.09 | $0.10 | $0.11 | $0.20 | $0.12 | $0.10 |
| Other Fees | $0.00 | $0.01 | $0.00 | $0.00 | $0.03 | $0.00 | $0.00 | $0.00 |
| **Total Fees** | **$1.13** | **$0.87** | **$1.28** | **$1.42** | **$1.78** | **$2.35** | **$2.19** | **$2.66** |
| % **Increase** (**decrease**) | *-22%* | *-23%* | *47%* | *11%* | *25%* | *32%* | *-7%* | *21%* |

Source: Proxy Statements and SEC filings
1) 8-K Auditor Dismissal
2) "*Generac To Acquire Majority Share of PR Industrial*", Press Release and closing Press Release

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 64 of 146     Document 75-9





Spruce Point has serious concerns about Generac's investment in Pramac (Italy). It acquired a controlling 65% interest in 2016 for $60.1 million. The minority owner is Mr. Paolo Campinoti, now EVP of Generac.[1] Today he is EVP of EMEA, APAC and South America. If Pramac's financials are to be believed, it had a record year in 2021, and Generac purchased an additional 15% interest in an amount of $27.2 million, closely related to the size of its abnormal net income. Furthermore, Generac paid an irrationally low, and contracted multiple from its initial investment valuation in 2016.

| Analysis of Generac's Ownership of Pramac | | | | | | |
|---|---|---|---|---|---|---|
| **$ in mm** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** |
| Net Income Attributable to Noncontrolling Interest (A) | $0.0 | $1.7 | $3.0 | $0.3 | ($3.4) | $6.1 |
| Adj. Net Income Attributable To Noncontrolling Interest (B) | $2.2 | $3.2 | $3.5 | $1.5 | ($0.0) | $5.0 |
| **Difference (B-A)** | **$2.2** | **$1.5** | **$0.6** | **$1.2** | **$3.3** | **($1.1)** |
| NCI Ownership (C) | 35% | 35% | 35% | 35% | 35% | 20% |
| Generac Ownership | 65% | 65% | 65% | 65% | 65% | 80% |
| Implied Total Pramac Net Income D=((A/C)/75%)[2] | $0.1 | $5.0 | $8.5 | $0.9 | ($9.6) | $30.4 |
| Implied Total Pramac Adj. Net Income E= ((B/C)/75%)[2] | $8.5 | $9.1 | $10.1 | $4.3 | ($0.1) | $24.9 |
| Generac Purchase Price (F) | $60.1 | | | | | $27.2 |
| % purchased (G) | 65% | -- | -- | -- | -- | 15% |
| Implied Pramac Value H =(F/G) | $93.4 | | | | | $181.1 |
| Pramac Multiple of Net Inc (H/D) | NM | | | | | 6.0x |
| Pramac Multiple of Adj Net Inc (H/E) | 11.1x | -- | -- | -- | -- | 7.3x |
| Generac Average Multiple | 21.7x | | | | | 64.3x |
| Estimated Sales (I) [3] | **$218** | | | | | **$384** |
| Pramac Value to Est. Sales (H/I) | **0.43x** | | | | | **0.47x** |
| Generac Average Price/Sales Multiple | **1.9x** | | | | | **9.2x** |

First year Adjusted Net Income is lower. Why?

Additional investment by Generac is very close to the reported Net Income.

Why earnings multiple contraction and a low multiple if earnings are real and sustainable?

Source: Generac SEC filings and Spruce Point analysis. Note: Generac average multiple per Bloomberg.
1) Campinoti profile
2) Only to account for 2016 results from March 1st closing
3) See next slide for our 2016 estimate. 2021 estimate per Pramac Press kit

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 65 of 146    Document 75-9




There is also a slight discrepancy around initial sales contribution from Pramac. The MD&A suggests that the $158.2 million increase in international revenue is largely from Pramac. Yet, in Management's Report on Internal Controls of Financial Reporting, we see that revenue contribution is estimated closer to $182 million.

*"Based on this assessment, our management has concluded that our internal control over financial reporting was effective as of December 31, 2016. In conducting this assessment, our management excluded the Pramac business, which was acquired on March 1, 2016 and whose financial statements constitute 22.5% and 11.1% of net and total assets, respectively, **12.6% of revenues**, and **0.7% of net income** of the total consolidated financial statement amounts as of and for the year ended December 31, 2016."*

| $ in mm | Date Acquired | Total 2016 Revenues (A) | % Pramac (B) | Pramac Contribution C=(A x B) | % of Year Included (D) | Estimated Pramac Annual Sales (C/D) | Estimated Pramac Euro Sales |
|---|---|---|---|---|---|---|---|
| Pramac Revenues | 3/1/16 | $1,444.5 | 12.6% | $182.0 | 83.3% | $218.4 | €203.8 |
| | Date Acquired | Total 2016 Net Income (A) | % Pramac (B) | Pramac Contribution C=(A x B) | % of Year Included (D) | Estimated Pramac Annual Net Income (C/D) | Est Pramac Euro Net Income |
| Pramac Net Income | 3/1/16 | $98.8 | 0.7% | $0.7 | 83.3% | $0.8 | €0.9 |

The following sets forth our reportable segment information for the periods indicated:

| (U.S. Dollars in thousands) | Net Sales Year Ended December 31, 2016 | 2015 | $ Change | % Change |
|---|---|---|---|---|
| Domestic | $ 1,173,559 | $ 1,204,589 | (31,030) | -2.6% |
| International | 270,894 | 112,710 | 158,184 | 140.3% |
| Total net sales | $ 1,444,453 | $ 1,317,299 | 127,154 | 9.7% |

*"**The increase in International sales for the year ended December 31, 2016 was due to the contribution from the Pramac acquisition**. Partially offsetting this impact were declines in organic shipments of mobile products into the European region."*

Source: 2016 10-K Annual Report

65





After reviewing PR Industrial's Italian filings there is a reference to a reclassification to the income statement without adequate explanation. As of the date of this report publication, PR Industrial has not filed 2021 results.

Registro Imprese
Archivio ufficiale della CCIAA
Documento n . T 477112538
estratto dal Registro Imprese in data 26/05/2022

**PR INDUSTRIAL S.R.L.**
Codice Fiscale 06264860484

Registro Imprese - Archivio Ufficiale delle C.C.I.A.A.

Bilancio aggiornato al 31/12/2020

**PR INDUSTRIAL S.R.L.**
Codice fiscale: 06264860484

**Reclassified**

**Conto economico riclassificato**

| | 2020 | 2019 |
|---|---|---|
| Ricavi | 114.182.649 | 116.183.818 |
| Altri ricavi e proventi | 5.762.255 | 6.299.110 |
| Variazione delle rimanenze di prodotti finiti e in corso | 1.081.488 | 1.060.722 |
| Incrementi di immobilizzazioni per lavori interni | 20.816 | 799 |
| **Valore della produzione** | **121.047.208** | **123.544.449** |
| Consumi di materie prime, sussidiarie e merci | (92.655.543) | (95.016.843) |
| Costo del lavoro | (11.829.174) | (11.614.564) |
| Costi per servizi e godimento di beni di terzi | (12.141.955) | (13.989.634) |
| Altri costi | (981.764) | (375.512) |
| **Costi della produzione** | **(117.608.436)** | **(120.996.553)** |
| **Risultato operativo lordo (EBITDA)** | **3.438.772** | **2.547.896** |
| Ammortamenti | (3.407.031) | (3.137.198) |
| Svalutazioni | (223.230) | (38.188) |
| **Risultato operativo (EBIT)** | **(191.490)** | **(627.490)** |
| Proventi (oneri) finanziari netti | (1.029.866) | 63.080 |
| **Risultato prima delle imposte** | **(1.221.356)** | **(564.411)** |
| Imposte sul reddito | 266.259 | 534.703 |
| **Risultato netto** | **(955.097)** | **(29.708)** |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 67 of 146    Document 75-9

Source: Italy Registry

66





Spruce Point questions why did Generac record its initial investment in Pramac as an "Investing" activity, when its recent additional purchase of a 15% stake was classified as a "Financing" activity?

## Initial 65% Purchase Considered "Investing"

### Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2016 | 2015 | 2014 |
| **Operating activities** | | | |
| Net income | $ 98,812 | $ 77,747 | $ 174,613 |
| Adjustment to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation | 21,465 | 16,742 | 13,706 |
| Amortization of intangible assets | 32,953 | 23,591 | 21,024 |
| Amortization of original issue discount and deferred financing costs | 3,940 | 5,429 | 6,615 |
| Tradename and goodwill impairment | – | 40,687 | – |
| Loss on extinguishment of debt | 574 | 4,795 | 2,084 |
| (Gain) loss on change in contractual interest rate | 2,957 | 2,381 | (16,014) |
| Gain on remeasurement of contingent consideration | – | – | (4,877) |
| Deferred income taxes | 39,347 | 26,955 | 37,878 |
| Share-based compensation expense | 9,493 | 8,241 | 12,612 |
| Other | 127 | 540 | 1,248 |
| Net changes in operating assets and liabilities, net of acquisitions: | | | |
| Accounts receivable | (9,082) | 9,610 | (2,988) |
| Inventories | 15,514 | 9,084 | 3,508 |
| Other assets | 406 | 5,063 | 2,456 |
| Accounts payable | 32,908 | (27,771) | 15,269 |
| Accrued wages and employee benefits | 5,196 | (5,361) | (9,405) |
| Other accrued liabilities | 6,719 | 445 | 6,229 |
| Excess tax benefits from equity awards | (7,920) | (9,559) | (10,972) |
| Net cash provided by operating activities | 253,409 | 188,619 | 252,986 |
| | | | |
| **Investing activities** | | | |
| Proceeds from sale of property and equipment | 1,360 | 105 | 394 |
| Expenditures for property and equipment | (30,467) | (30,651) | (34,689) |
| Acquisition of business, net of cash acquired | (61,386) | (73,782) | (61,196) |
| Deposit paid related to acquisition | (15,329) | – | – |
| Net cash used in investing activities | (105,822) | (104,328) | (95,491) |

Source: 2016 10-K

## Recent 15% Purchase Considered "Financing"

### Generac Holdings Inc.
### Consolidated Statements of Cash Flows
*(U.S. Dollars in Thousands)*

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| **Financing activities** | | | |
| Proceeds from short-term borrowings | 272,818 | 257,593 | 73,340 |
| Proceeds from long-term borrowings | 150,088 | 277 | 1,660 |
| Repayments of short-term borrowings | (239,113) | (277,719) | (59,518) |
| Repayments of long-term borrowings and finance lease obligations | (108,556) | (4,758) | (53,049) |
| Stock repurchases | (125,992) | – | – |
| Payment of contingent acquisition consideration | (3,750) | (4,000) | (5,550) |
| Payment of debt issuance costs | (1,185) | – | (1,473) |
| Purchase of additional ownership interest | (27,164) | – | – |
| Cash dividends paid to noncontrolling interest of subsidiary | – | – | (285) |
| Taxes paid related to equity awards | (58,903) | (14,910) | (6,438) |
| Proceeds from the exercise of stock options | 38,787 | 13,089 | 9,395 |
| Net cash used in financing activities | (102,970) | (30,428) | (41,918) |

Source: 2021 10-K




Pramac's Italian financial statements suggest channel stuffing or accelerated booking of revenue well ahead of cash collection. We observe its receivables to sales ratio is over 40%, or nearly 3x Generac's ratio.

| PR Industrial – Pramac Italy Results | | | |
|---|---|---|---|
| euros in mm | 2019 | 2020 | % YoY Change |
| Reported Sales | €116.2 | €114.2 | -1.7% |
| Less: Related-Party | (€80.7) | (€81.8) | 1.3% |
| **Non Related-Party Sales** | **€35.5** | **€32.4** | **-8.7%** |
| Accounts Receivables | €47.1 | €52.2 | 11.0% |
| Less: Related-Party | (€33.3) | (€38.8) | 16.6% |
| **Non Related-Party Accounts Receivable** | **€13.8** | **€13.4** | **-2.4%** |
| Related-Party: Accounts Receivable to Sales | 41% | 47% | -- |
| Non-Related Party Accounts Receivables To Sales | 39% | 42% | -- |
| **Generac Accounts Receivables To Sales** | **14%** | **15%** | **--** |

Source: Italy Registry and Generac financials

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 69 of 146     Document 75-9



# *Pramac (France): Evidence of Inflated Reporting (Cont'd)*



Pramac's French financial statements mirror what we see at the parent level in the Italian accounts: large accounts receivable balances relative to sales. We also observe that the auditor highlighted an exception related to a law specific to payment terms between parties that cannot exceed 60 days from the date of issue.[1]

| Pramac SAS (France) | | | |
|---|---|---|---|
| euros in mm | 2019 | 2020 | % YoY Change |
| Reported Sales | €42.6 | €41.4 | *-2.8%* |
| Accounts Receivable, Net | €10.7 | €11.5 | *7.6%* |
| Other Receivables, Net | €3.2 | €4.5 | *41.5%* |
| **Total Receivables, Net** | **€13.9** | **€16.0** | *15.4%* |
| **% of Sales** | **33%** | **39%** | |
| **Generac Accounts Receivables To Sales** | **14%** | **15%** | |

**Deloitte.**

Informations données dans le rapport de gestion et dans les autres documents sur la situation financière et les comptes annuels adressés à l'associé unique

A l'exception du signalement ci-dessous, nous n'avons pas d'observation à formuler sur la sincérité et la concordance avec les comptes annuels des informations données dans le rapport de gestion du président et dans les autres documents sur la situation financière et les comptes annuels adressés à l'associé unique.

En application de la loi, nous vous signalons que les informations relatives aux délais de paiement prévues à l'article D. 441-6 du code de commerce ne sont pas mentionnées dans le rapport de gestion. En conséquence, nous ne pouvons attester de leur sincérité et de leur concordance avec les comptes annuels.



"*With the exception of the information below, we have no observations to make on the sincerity and consistency with the annual accounts of the information given in the management report of the chairman and in the other documents on the financial situation and the annual accounts address the sole shareholder. In application of the law, we inform you that the information relating to the payment periods provided for in article D. 441-6 of the commercial code is not mentioned in the management report. Consequently, we cannot attest to their sincerity and their consistency with the annual accounts.*"

Source: French Registry

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 70 of 146    Document 75-9

Source: Google Translate

1) EU Law Alert, Kramer Levin




There is clear evidence to suggest revenue inflation through channel stuffing when looking at Pramac's UK subsidiary filings. Notice that sales increased 27.1% in 2020, yet receivables and payables increased 160% and 143%, respectively. Gross margins also materially contracted by 650bps. As observed elsewhere, the accounts receivable to sales ratio is abnormally high at 59%. **Since 2017, its sales have increased 94% with accounts receivables up 444%.**

## PR Industrial Sales To Generac Related Entities

**31 dicembre 2020**

| Società | Crediti commerciali | Debiti commerciali | Altri crediti | Altri finanziamenti | Costi | Ricavi | Ricavi (oneri) finanziari |
|---|---|---|---|---|---|---|---|
| Casole Lavorazioni Industriali S.r.l. | 6.415 | | | | 116.705 | | |
| I.F.C. S.r.l | | | | | 1.816.101 | | |
| La Serena Sculture S.r.l. | | | | | 158.173 | | |
| Chiara Bernardini | | | | | 93.600 | | |
| I.F.O. S.r.l. | | | | | 500 | | |
| Pramac Europe SAS | 2.995.813 | 114.067 | | | 206.608 | 20.163.081 | 0 |
| Pramac GmbH | 1.340.693 | | | | | 10.848.955 | |
| Pramac-Generac UK Ltd | 10.803.811 | | | | | 17.483.164 | |
| PR-NA Industries Inc. | 92.789 | | | | | 175.336 | |
| Pramac Brasil Equipamentos LTDA | 229.024 | | 1.200.000 | | | 693.206 | 24.400 |
| Pramac Iberica S.A.U. | 4.486.078 | 1.320.863 | | | 6.875.014 | 11.194.326 | |
| Pramac (Asia) PTE LTD | | | | | 198.387 | 120.748 | |
| Pramac Sp.zo.o. | 151.399 | 3.416 | | | 3.416 | 2.073.563 | |
| Pramac FU LEE (Foshan) Equipments LTD | 7.198.708 | 631.883 | | | 883.326 | 780.722 | |
| PR Middle East F.ze | 7.637.279 | 1.463 | | | 64.525 | 12.641.299 | |
| Pramac RUS Ltd | 993.074 | | | | | 997.719 | |
| SC Pramac Generators Srl | 630.037 | 8.805 | | | 8.805 | 1.857.391 | |
| Pramac Racing Ltd. | | | | | | 511.412 | |
| PR Australia PTY | 1.736.497 | 22.400 | | | 7.819 | 1.821.074 | |
| Captiva Energy Solutions Pvt Ltd. | 215.081 | | | | | 222.253 | |
| Generac Holding UK Ltd. | | | 7 | 27.264.785 | | | (228.748) |
| Generac Holding Italy S.r.l. | | | | | | 2.917 | |
| Generac Mobile Products S.r.l. | 274.151 | 9.551.432 | | 8.000.000 | 18.701.034 | 259.110 | 127.426 |
| Generac Power Systems Inc. | | | | | | | |
| Generac México, S.A. de C.V. | | | | | | | |
| Generac Mobile Products LLC | | | | | | | |
| Pika Energy Inc. | | | | | | | |
| *Totale parti correlate* | | | | | | | (7.222) |
| **Totale** | | | | | | | (0.866) |
| *Incidenza* | | | | | | | 7,5% |

| | Note | 2020 £ | 2019 £ |
|---|---|---|---|
| **TURNOVER** | 4 | 20,504,740 | 16,128,406 |
| Cost of sales | | (17,220,535) | (12,527,249) |
| **GROSS PROFIT** | | 3,284,205 | 3,601,157 |
| Distribution costs | | (1,061,784) | (891,896) |
| Administrative expenses | | (2,468,094) | (2,604,768) |
| Other operating income | | 96,050 | – |
| **OPERATING (LOSS)/PROFIT** | 5 | (149,623) | 104,493 |

Source: Italy Registry

## Pramac-Generac UK

**17. DEBTORS**

| | 2020 £ | 2019 £ |
|---|---|---|
| Trade debtors | 12,090,856 | 4,646,016 |
| Amounts owed by group undertakings | 239,122 | 75,156 |
| Deferred tax asset | 41,659 | 66,140 |
| Prepayments and accrued income | 139,725 | 62,073 |
| Other debtors | 11,936 | 11,913 |
| | 12,523,298 | 4,861,298 |

| GBP in mm | 2017 | 201 | 2019 | 2020 | % YoY Change | 2017-2020 |
|---|---|---|---|---|---|---|
| Reported Sales | £10.5 | £16.2 | £16.1 | £20.5 | 27.1% | 94.4% |
| Less: Cost of Sales | (£8.2) | (£12.9) | (£ 12.5) | (£17.2) | 37.5% | 109.2% |
| **Gross Profit** *% margin* | **£2.3** 22.0% | **£3.3** 20.2% | **£3.6** 22.4% | **£3.3** 16.0% | *-9.1%* *-650bps* | *41.7%* *-400bps* |
| Accounts Receivables | £2.2 | £5.2 | £4.6 | £12.1 | 160.0% | 444.6% |
| **Accounts Receivable/Sales** | **21%** | **32%** | **29%** | **59%** | **+30%** | **+38%** |
| **GNRC Accounts Receivable/Sales** | **17%** | **16%** | **14%** | **15%** | **+1%** | **-2%** |
| Payables To Group | £4..6 | £6.6 | £6.5 | £14.6 | 124.2% | 218.1% |
| Total Payables | £5.5 | £8.5 | £7.7 | £18.7 | 142.9% | 240.0% |

Source: Companies House UK and Spruce Point analysis

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 71 of 146     Document 75-9




Looking carefully, we see the UK subsidiary added a new "*key source of estimation uncertainty*" related to trade receivables. The Company disclosed a bad debt provision amounting to 5.5% of gross receivables. We observe this is materially higher than Generac's consolidated bad debts provision of just 1.5%.[1]

| 2018: "Key Sources of Uncertainty" | 2019: "Key Sources of Uncertainty" Now Includes Valuation of Trade Receivables |
|---|---|
| **PRAMAC-GENERAC UK LIMITED** | **PRAMAC-GENERAC UK LIMITED** |
| **NOTES TO THE FINANCIAL STATEMENTS** *(continued)* | **NOTES TO THE FINANCIAL STATEMENTS** *(continued)* |
| **Year ended 31 December 2018** | **Year ended 31 December 2019** |
| 3. **ACCOUNTING POLICIES** *(continued)* | 3. **ACCOUNTING POLICIES** *(continued)* |
| **Consolidation** | **Consolidation** |
| The entity has taken advantage of the exemption from preparing consolidated financial statements contained in Section 400 of the Companies Act 2006 on the basis that it is a subsidiary undertaking and its immediate parent undertaking is established under the law of an EEA State. | The entity has taken advantage of the exemption from preparing consolidated financial statements contained in Section 400 of the Companies Act 2006 on the basis that it is a subsidiary undertaking and its immediate parent undertaking is established under the law of an EEA State. |
| **Judgements and key sources of estimation uncertainty** | **Judgements and key sources of estimation uncertainty** |
| The preparation of the financial statements requires management to make judgements, estimates and assumptions that affect the amounts reported. These estimates and judgements are continually reviewed and are based on experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. | The preparation of the financial statements requires management to make judgements, estimates and assumptions that affect the amounts reported. These estimates and judgements are continually reviewed and are based on experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. |
| *Key sources of estimation uncertainty* | *Key sources of estimation uncertainty* |
| Accounting estimates and assumptions are made concerning the future and, by their nature, will rarely equal the related actual outcome. The key assumptions and other sources of estimation uncertainty that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are as follows: | Accounting estimates and assumptions are made concerning the future and, by their nature, will rarely equal the related actual outcome. The key assumptions and other sources of estimation uncertainty that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year are as follows: |
| Carrying value of stock - when calculating the stock provision, management considers the nature and condition of stock, together with the age of stock, and sales activity. The net carrying value of stock at the year end is £1,788k. | Carrying value of stock - when calculating the stock provision, management considers the nature and condition of stock, together with the age of stock, and sales activity. At 31 December 2019 the provision for old stock was £119,591 against a total stock value of £2,954,472. |
| | Valuation of trade receivables - The company monitors the risk profile of debtors regularly and makes a provision for amounts that may not be recoverable on the basis of expected losses. When a trade receivable is not collectable it is written off against the bad debt provision. At 31 December 2019, the provision for bad debts was £271,554 against a total debtor book of £4,917,570. |

Source: Companies House UK



Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 72 of 146     Document 75-9

1) See Generac's 2018 10-K




Why do Pramac-Generac UK's disclosures not reveal that it made €17.5m of purchases from PR Industrial (Italy)?

## Pramac-Generac UK Ltd Related Party Transactions

**PRAMAC-GENERAC UK LIMITED**

**NOTES TO THE FINANCIAL STATEMENTS** (continued)

**Year ended 31 December 2020**

**27. RELATED PARTY TRANSACTIONS**

The company has taken advantage of the exemption under FRS102 not to disclose transactions with entities, 100% of whose voting rights are controlled within the group.

Included within other debtors are the following balances due from parties where the company has a participating interest:

Generac Holdings UK Limited     £236,663     (2019 - £72,851)

Included within other creditors are the following balances due to parties where the company has a participating interest:

Generac Holdings UK Limited     £3,204,642     (2019 - £3,447,997)
Generac Mobile Products SRL     £479,553     (2019 - £749,498)

During the year the company had the following transactions with parties where the company has a participating interest:

| | Sales | Purchases | Interest | Dividends received |
|---|---|---|---|---|
| Generac Holdings UK Limited | £Nil | £Nil | £37,057 | £Nil |
| Generac Mobile Products SRL | £32,833 | £107,150 | £Nil | £Nil |
| Pramac Racing Limited | £Nil | £Nil | £Nil | £Nil |
| Generac Power Systems Inc. | £Nil | £8,090 | £Nil | £Nil |

Source: Companies House UK

## 2020 PR Industrial S.R.L

**31 dicembre 2020**

| Società | Crediti commerciali | Debiti commerciali | Altri crediti | Altri finanziamenti | Costi | Ricavi | Ricavi (oneri) finanziari |
|---|---|---|---|---|---|---|---|
| Casole Lavorazioni Industriali S.r.l. | 6.415 | | | | 116.705 | | |
| I.F.C. S.r.l. | | | | | 1.816.101 | | |
| La Serena Sculture S.r.l. | | | | | 158.173 | | |
| Chiara Bernardini | | | | | 93.600 | | |
| I.F.O. S.r.l. | | | | | 500 | | |
| Pramac Europe SAS | 2.995.813 | 114.067 | | | 206.608 | 20.163.081 | 0 |
| Pramac GmbH | 1.340.693 | | | | | 10.848.955 | |
| Pramac-Generac UK Ltd | 10.803.811 | | | | | 17.483.164 | |
| PR-NA Industries Inc. | 92.789 | | | | | 175.336 | |
| Pramac Brasil Equipamentos LTDA | 229.024 | | 1.200.000 | | | 693.206 | 24.400 |
| Pramac Iberica S.A.U. | 4.486.078 | 1.320.863 | | | 6.875.014 | 11.194.326 | |
| Pramac (Asia) PTE LTD | | | | | 198.387 | 120.748 | |
| Pramac Sp.zo.o. | 151.399 | 3.416 | | | 3.416 | 2.073.563 | |
| Pramac FU LEE (Foshan) Equipments LTD | 7.198.708 | 631.883 | | | 883.326 | 780.722 | |
| PR Middle East F.ze | 7.637.279 | 1.463 | | | 64.525 | 12.641.299 | |
| Pramac RUS Ltd | 993.074 | | | | | 997.719 | |
| SC Pramac Generators Srl | 630.037 | 8.805 | | | 8.805 | 1.857.391 | |
| Pramac Racing Ltd. | | | | | 511.412 | | |
| PR Australia PTY | 1.736.497 | 22.400 | | | 7.819 | 1.821.074 | |
| Captiva Energy Solutions Pvt Ltd. | 215.081 | | | | | 222.253 | |
| Generac Holding UK Ltd. | | | 7 | 27.264.785 | | | (228.748) |
| Generac Holding Italy S.r.l. | | | | | 2.917 | | |
| Generac Mobile Products S.r.l. | 274.151 | 9.551.432 | | 8.000.000 | 18.701.034 | 259.110 | 127.126 |
| Generac Power Systems Inc. | 89 | 1.147.503 | | | 5.191.323 | 10.628 | |
| Generac México, S.A. de C.V. | 1.683 | | | | | 407.232 | |
| Generac Mobile Products LLC | 13.397 | | | | 27.768 | | |
| Pika Energy Inc. | | | | | | 58.223 | |
| *Totale parti correlate* | 38.806.017 | 12.801.833 | 1.200.007 | 35.264.785 | 34.867.433 | 81.808.030 | (77.222) |
| **Totale** | 52.249.510 | 36.040.327 | 1.792.662 | 53.955.035 | 121.238.697 | 119.944.904 | (1.029.866) |
| *Incidenza* | 74,3% | 35,5% | 66,9% | 65,4% | 28,8% | 68,2% | 7,5% |

Source: Italy Registry

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 73 of 146     Document 75-9

72





Spruce Point finds a common theme of uncollectable receivables within the Pramac Group. Its Asian subsidiary domiciled in Singapore was recently liquidated in 2021 and its last filed financial statements showed a large portion of receivables due beyond 1 year and an allowance of 36.5% against gross receivables.

## Pramac Asia No Longer In Existence

| Transaction No | Transaction Description |
|---|---|
| C210216584 | **Application for Striking off** |
| | Receipt No: - |
| | Transaction Date: 07/04/2021 |
| | Lodged By: TAN LING GEOK |
| | Folio No : 108 |

## Last Financials From 2018 Show Large Uncollectable Receivables

**20. Financial instruments and financial risks (Continued)**

*Credit risk (Continued)*

**Trade receivables (Note 1)**

For trade receivables, the Company has applied the simplified approach in FRS 109 to measure the loss allowance at lifetime ECL. The Company determines the ECL by using a provision matrix, estimated based on historical credit loss experience based on the past due status of the debtors, adjusted as appropriate to reflect current conditions and estimates of future economic conditions. Accordingly, the credit risk profile of trade receivables is presented based on their past due status in terms of the provision matrix.

The loss allowance for trade receivables are determined as follows:

| | Current US$ | Past due more than 1 to 30 days US$ | Past due more than 31 to 60 days US$ | Past due more than 60 days US$ | Past due more than 1 year US$ | Total US$ |
|---|---|---|---|---|---|---|
| **31 December 2018** | | | | | | |
| Expected credit loss rates | 0% | 0% | 0% | 0% | 25% | |
| Estimated total gross carrying amount at default | 519,950 | 6,985 | - | 6,111 | 783,287 | 1,316,333 |
| ECL | - | - | - | - | (591,357) | (591,357) |
| | | | | | | 724,976 |

Source: Acra Singapore under Pramac Asia PTE Ltd

73



## Insolvent Subsidiary



Generac lists PR-NA Industries as a Florida subsidiary. According to the Florida records the entity is active. However, according to its parent company in Italy, the entity has negative net equity and has been fully written down in previous years. If this is the case, why hasn't Generac recorded any impairment charges and why is it keeping an insolvent entity active?

### PR-NA Industries Listed As A Generac Subsidiary

| Subsidiaries of the Registrant | State or Other Jurisdiction of Incorporation |
| --- | --- |
| Generac Power Systems, Inc. | Wisconsin, U.S |
| Generac Mobile Products, LLC | Wisconsin, U.S |
| Warehouse Development Group LLC | Wisconsin, U.S. |
| Generac Acquisition Corp. | Delaware, U.S |
| MAC, Inc. | Delaware, U.S |
| CHP Holdings, Inc. | Delaware, U.S. |
| Country Home Products, Inc. | Delaware, U.S. |
| Powermate, LLC | Delaware, U.S |
| Generac Grid Services LLC | Delaware, U.S. |
| MAC Holdings, LLC | North Dakota, U.S |
| Route 22A & 1 Main LLC | Vermont, U.S. |
| PR-NA Industries Inc. | Florida, U.S. |

Source: 2021 Subsidiary List

### PR-NA Listed As Active In Florida

**2022  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000055447

**Entity Name:** PR-NA INDUSTRIES, INC.

**Current Principal  Place of Business:**

2893 EXECUTIVE PARK DRIVE
SUITE 204
WESTON,  FL  33331

**FILED
Apr 20, 2022
Secretary of State
5859844824CC**

Source: Florida Annual Report
Note: Address is a small CPA firm of the entity Secretary

### From The 2020 PR Industrial S.R.L Filings

La partecipazione in PR-NA Industries Inc. che presenta un patrimonio netto negativo di Euro 1,5 milioni e per la quale non vige un obbligo di legge o statutario di ricapitalizzazione era già stata interamente svalutata in precedenti esercizi.

*"The investment in PR-NA Industries, which has a negative net equity of Euro 1.5m and for which there is no legal or statutory obligation to recapitalize, had already been fully written down in previous years."*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 75 of 146    Document 75-9

Source: Italy Registry





Spruce Point questions why Generac continues to own a motor racing interest through Pramac as a listed subsidiary.[1] The racing business introduces unique risks to Generac such as its recent association with Italy's Alma Group. Alma's top executive Luigi Scavone was investigated for defrauding the Italian Treasury of €70 million, arrested and imprisoned.[2] Alma ran a temporary employment agency. Has Pramac had any other business dealing with Mr. Scavone or through Altea, Alma Group, or its subsidiaries?

**Paolo Campinoti Generac EVP**

*"We arrive at the start of the 2018 MotoGP season with high expectations. Today we are enthusiastically celebrating the presentation of our team in such a prestigious location as Lamborghini and with the welcome participation of Ducati. A great Italian event that we hope will be a good omen starting from the first race in Qatar next Sunday. We start a fascinating new adventure with Alma <u>and I would like to thank Luigi Scavone for the trust with which he shared our project</u>."*

**Campinoti and Luigi Scavone**

**Alma's Scavone Arrested**

## Arrested Luigi Scavone capo of Alma, sponsor of Alma Pramac Racing of MotoGP

3 years ago by solomoto.es

As we have learned from the Italian media **GPOne**, **Luigi Scavone**, head of Alma (main sponsor of Alma Pramac Racing MotoGP), has been **arrested by the Naples Finance Police for tax fraud**.

Scavone has reportedly been arrested at home while **preparing to leave for Dubai with a bag of money**. According to the information provided by the Italian media, it would be hundreds of thousands of euros.

He is being investigated for **defrauding the Italian Treasury of 70 million between 2015 and 2017**. There are 27 other suspects in this fraud involving up to 32 companies.

Source: Pramac Racing

Source: Solmoto.es

1) 2021 Subsidiary List
2) *"Alma and subsidiaries admitted to the arrangement with creditors by the Court of Naples"*, beeez.it, May 25, 2020

75



# Did Generac's Subsidiary Have An Indirect Owner Linked To Mr. Scavone?



Spruce Point finds that Generac's subsidiary disclosed receiving €500,000 for a sponsorship from "*a company with an 50% indirect interest*" and that it is owed money. We know that Alma Group was a key sponsor. Did it also have an indirect interest in Generac's subsidiary? Generac should disclose who is the mysterious indirect interest?

**Generac EVP**

*"We are very pleased to link the name Pramac Racing to Alma," Campinoti said. "A relationship that began halfway through last season and grew up week after week to then flourish in this partnership that will accompany us on MotoGP circuits around the world for the next three years. <u>I thank Luigi Scavone [Alma Group CEO] for the enthusiasm with which he joined our team. We are proud to have as title sponsor a group like Alma that perfectly understands the dynamics of the labour market, always looking for a constant growth in terms of professionalism and results</u>."*

Source: "*Pramac Racing Secures New Title Sponsor Alma*", crash.net, Jan 1, 2018

**Generac's Subsidiary Received Sponsorship Money From An Undisclosed Company with A 50% Indirect Interest. Alma Group Was A Sponsor**

## 13. RELATED PARTY TRANSACTIONS

Included with other debtors is €2,588,551 (2018 - €2,301,929) due from a company with an 50% indirect interest in Pramac Racing Limited. During the year interest of €32,227 (2018 - €31,923) was received. The loan is interest bearing and repayable on demand.

During the year sponsorship of €500,000 (2018 - €500,000) was received from a company with an 50% indirect interest in Pramac Racing Limited.



Source: Companies House UK

76



# B. Off Grid Energy (UK): Suspicious And Dubious Related-Party Sales

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 78 of 146    Document 75-9

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*




Off Grid Energy was acquired on Sept 1, 2021. Generac's corporate press release obscured the fact that its Pramac business was the end acquiror.[1] Generac's SEC filings show the deal price fell 30%. Upfront cash declined from $32.5m to $24.4m. However, its Generac-Pramac UK subsidiary filing disclosed GBP 20.75m ($28.5m) of initial consideration. The earnout period was later disclosed as March 31, 2022 which is just 6 months after closing. Spruce Point believes this is an unusually short earnout period. We observe that no contingent consideration was paid by Generac in Q1 2022 which suggests that Off Grid failed to hit its milestones.

**Initial Deal Disclosure**

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $76,553, net of cash acquired and inclusive of estimated contingent consideration of $44,042 that is to be paid in cash upon achievement of certain performance targets at the end of the earnout period. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $71,935 of intangible assets, including $48,263 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Off Grid Energy from the date of acquisition through September 30, 2021. Pro forma financial information is not presented as the effects of this acquisition are not material to the Company's results of operations or financial position prior to the acquisition date.

Source: Q3 2021 10-Q

**Revised Final Disclosure**

**Acquisition of Off Grid Energy**

On September 1, 2021, the Company acquired Off Grid Energy for a purchase price of $53,438, net of cash acquired and inclusive of estimated contingent consideration of $29,054 that is to be paid in cash upon achievement of certain performance targets at the end of the earnout period, March 31, 2022. Headquartered in Rugby, United Kingdom, Off Grid Energy is a designer and manufacturer of industrial-grade mobile energy storage systems. The acquisition purchase price was funded through cash on hand.

The Company recorded its preliminary purchase price allocation during the third quarter of 2021, and was updated in the fourth quarter of 2021, based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $52,565 of intangible assets, including $18,020 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying consolidated financial statements include the results of Off Grid Energy from the date of acquisition through December 31, 2021.

Source: 2021 10-K

**Generac-Pramac UK**

**26. EVENTS AFTER THE END OF THE REPORTING PERIOD**

Post year end the company purchased 100% of the share capital of Off Grid Energy Limited for an initial consideration of £20.75m.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 79 of 146    Document 75-9

Source: Companies House UK (singed by auditor Sept 20, 2021)

1) Generac issued a corporate press release and Pramac subsidiary press release

78





Off Grid's last UK filings through March 31, 2021 (six months prior to acquisition) do not show an income statement, but the balance sheet shows a large increase in receivables. A footnote discloses that it was owed £4.1 million from a related-party with common director ownership. Spruce Point investigated this further and finds that the related company is called Hybrid Power Hire Ltd.

**OFF GRID ENERGY LIMITED (REGISTERED NUMBER: 04281871)**

**BALANCE SHEET**
**31 MARCH 2021**

| | Notes | 2021 £ | 2021 £ | 2020 £ | 2020 £ |
|---|---|---|---|---|---|
| **FIXED ASSETS** | | | | | |
| Intangible assets | 4 | | - | | 3,452,578 |
| Tangible assets | 5 | | 90,900 | | 61,756 |
| | | | 90,900 | | 3,514,334 |
| **CURRENT ASSETS** | | | | | |
| Stocks | | 1,264,566 | | 1,418,405 | |
| Debtors | 6 | 8,316,928 | | 2,545,599 | |
| Cash at bank and in hand | | 489,165 | | 649,498 | |
| | | 10,070,659 | | 4,613,502 | |
| **CREDITORS** | | | | | |
| Amounts falling due within one year | 7 | 2,641,661 | | 1,138,157 | |
| **NET CURRENT ASSETS** | | | 7,428,998 | | 3,475,345 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** | | | 7,519,898 | | 6,989,679 |
| **CREDITORS** | | | | | |
| Amounts falling due after more than one year | 8 | | (987,511) | | (432,033) |
| **PROVISIONS FOR LIABILITIES** | | | (4,046) | | (12,665) |
| **NET ASSETS** | | | 6,528,341 | | 6,544,981 |
| **CAPITAL AND RESERVES** | | | | | |
| Called up and paid share capital | | | 128 | | 128 |
| Share premium | | | 522,275 | | 592,275 |
| Revaluation reserve | | | - | | 3,452,578 |
| Retained earnings | | | 6,005,938 | | 2,500,000 |
| **SHAREHOLDERS' FUNDS** | | | 6,528,341 | | 6,544,981 |

11. **RELATED PARTY DISCLOSURES**

At the year end the company was owed £4,132,952 (2020 £1,870,001) to a company which is associated to Off Grid Energy Limited by virtue of common directorship.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 80 of 146    Document 75-9



*Look Familiar?*



Off Grid's history dates to 2000, and it assumed its name in 2010. Its website hasn't been updated since 2019 despite being acquired by Generac in Sept 2021. Despite this long operating history, its largest customer appears to be a related-party located right next door that sells its products.





## Business Addresses: Next Door Neighbors

**The Energy Innovation Centre
Unit 6, Stepnell Park, Lawford Road
Rugby, Warwickshire CV21 2UX**

**The Energy Innovation Centre
Unit 3 & 4 Stepnell Park, Lawford Road
Rugby CV21 2UX**

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 81 of 146    Document 75-9

Source: Off Grid website

Source: Hybrid Power Hire

80



# Off Grid Energy's Sister Company And Customer Falls Into Distress And Is Sold



Spruce Point finds it incredibly suspicious that Off Grid's sister company and customer subsequently impaired assets in an amount similar to the receivables it was owed. Like Off Grid, Hybrid Power was subsequently sold shortly after the earnout period of March 31, 2022 disclosed by Generac.

## Suspicious Disclosures By Hybrid Power Hire

**Subsequent events and going concern**
Subsequent to the balance sheet date the recently appointed directors conducted a review of the business and determined that certain fixed assets no longer used in the business and aged accounts receivable not considered recoverable should be written off. As a result, charges of a non-recurring nature of £5,166,059 were recorded and form part of the £5,422,152 loss for the year, leaving a balance sheet deficit of £4,906,140.

September 2021 Shareholder Refinancing

The shareholders made a capital contribution of £4,126,441 on 1 September 2021 and certain shareholders made further subordinated loans of £5,528,100 prior to the date of these accounts. These shareholder contributions and loans enabled the settlement of amounts owed to the Company's principal equipment supplier and other creditors. The Company also refinanced a substantial portion of its hire purchase facilities with a consequent reduction in monthly debt servicing cashflows. The directors believe this reduction of third-party indebtedness and debt servicing cashflows have materially improved the Company's financial position subsequent to the balance sheet date. The accounts have been prepared on a going concern basis.

April 2022 Business Disposal

On 8 April 2022 the Company entered a business purchase agreement with Sunbelt Rentals Limited for them to acquire the whole of the Company's business. The proceeds of this disposal allowed the business to repay all remaining amounts to the Company's principal equipment supplier, settle all remaining equipment hire purchase facilities and all trade creditors. The shareholder lenders entered set off agreements that allowed for a repayment of 65% shareholder loans while ensuring the Company will be able to solvently cease all trading activity in the near term. The Company extended its next year end to 30 April 2022 to be able to show the effect of these transactions in its financial accounts at the earliest opportunity.

3. **EMPLOYEES AND DIRECTORS**

The average number of employees during the year was 4 (2020 - 3 ).

9. **RELATED PARTY DISCLOSURES**

At the year end the company owed £4,132,954 (2020 £1,870,011) to a company which associated with Hybrid Power Limited by virtue of common shareholders.



**Asset Impairment of Comparable Size To The Amount Owed To Off Grid For Purchases?**



**Business Sold Right After March 31, 2022 Off Grid Earnout Period?**

**Identical amount disclosed by Off Grid**

Case 2:22-cv-01436-BHL   Filed 04/30/25   Page 82 of 146   Document 75-9

Source: Companies House UK

81




Spruce Point warns that despite the CEO's bullish tone around Off Grid, we believe the deal has been a failure to date. The deal comprised a $29 million contingent cash payment upon achievement of milestones ending March 31, 2022 which wasn't paid.[1]

**GNRC CEO Jagdfeld**

*"The combination of energy storage systems paired with the advanced technology of our generators being offered through our global distribution network **will accelerate our growth** into the fast-growing distributed energy and microgrid markets."*

Source: Deal Press Release, Sept 1, 2021

*"Off Grid **continues to see robust demand** for its products in its core European markets and working -- and we're working to bring you solutions for the rest of our geographic footprint given our strong global relationships with rental equipment customers."*

*"So we're **seeing storage systems like the Off Grid systems become a lot more popular**. **That asset is in the short period of time we've owned it, just the order book there has been really fun to kind of watch that grow** as those products get introduced. We introduced them to our legacy channel partners there. But yes, Europe represents a huge market opportunity. We're going to stay focused on it, but I'd love to say that we're going to be able to do something more there next year, but we got a tiger by the tail here in North America as well."*

Source: Q3 2021 Conference Call, Nov 2, 2021

*"And now with Off Grid Energy, we have that jumping-off platform to leverage up and scale, invest our knowledge and capability on the packs and cells and drive that into the product. **And we have now a formal product offering to roll into the market and really expand**. So we're really excited to have that team on board and really get our feet in the door with that like proven product into the industrial space."*

Source: Analyst Day, Sept 29, 2021

*"**Off Grid has seen very strong market interest** for its mobile energy storage systems in new regions and with legacy Generac customers, and we are very excited to bring this innovative battery storage solution to the North American equipment rental market in 2022."*

Source: FY 2021 Conf Call, Feb 16, 2022

**No contingent acquisition consideration payment was record in Q1 2022**
**This implies that Off Grid fell short of its targets.**
**Furthermore, Generac did not clearly disclose the add-back to EBITDA for the revaluation of the consideration to zero.**
**It included a line-back item called "Non-cash write-down and other adjustments" of $7.8 million[2]**

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 83 of 146    Document 75-9

1) 10-K disclosing contingent consideration and 2) 10-Q showing no payment and adjustment



# C. ecobee (Canada): A Buzz-Killed Acquisition

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 84 of 146    Document 75-9

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent


In November 2021, Generac announced it would acquire ecobee, a maker of smart thermostats in a deal valued up to $770 million.[1] There is clear evidence that ecobee's revenues were greatly diminished in the past few years and have fallen wildly short of its goal to hit $1 billion of revenue by 2020. An article from October 2016 cited ecobee's revenues as "*not far behind Nest*" in sales. Nest's sales were reportedly $340 million though 2015. Fast forward to today, Generac has given conflicting statements that put ecobee's revenues in the range of $125 - $171 million.

**Ecobee Founder Claims $1bn Revenue Target**

*"Instead of pegging itself as a thermostat maker, Ecobee wants to become a leader in the larger–but still nascent–connected home business. It's a tall order for a company with no platform of its own, working in what might be an overhyped corner of the tech industry. But Lombard is optimistic, setting a goal of $1 billion in revenues by 2020."*

Source: "*Beyond Thermostats: Ecobee Dreams Of Being A Billion-Dollar Smart Home Giant*", Fast Company, Oct 24, 2016

**Ecobee's Revenues Were Claimed To Be "*Not Far Behind*" Nest's in 2016**

*"So far, the singular focus has served Toronto-based Ecobee well. Thermostats are the most popular type of self-installed smart home devices, according to The NPD Group, and Ecobee–whose revenues have been doubling every year–is not far behind Nest in sales."*

Source: "*Beyond Thermostats: Ecobee Dreams Of Being A Billion-Dollar Smart Home Giant*", Fast Company, Oct 24, 2016

*"Nest generated about $340 million in sales last year, according to three people with knowledge of the matter. That's an impressive figure for a company in the very nascent market of Internet-connected devices."*

Source: "*With $340 million in revenue, Nest is underperforming, and its future at Google is at risk*", CNBC, March 30, 2016

**$171m of LTM Sales Based on Multiple Cited By The CEO**

**Or $125m of Revenues By The CEO?**

*"Generac chief executive officer Aaron Jagdfeld said his company was paying 4.5 times ecobee's last 12 months revenue. "Strategically we think we're getting a great deal," he said. "It really fits well with where we're going, powering a smarter world … with a focus on energy conservation and the grid of the future.""*

Source: "*Smart thermostat pioneer ecobee, facing growing threats from Amazon, sells to U.S. generator maker for up to $770-million*", Globe & Mail, Nov 1, 2021

*"Yes. No, good question, Phil. And again, we're really excited about this one. Now ecobee's quite a bit bigger than that. So they're about probably closer to $125 million in revs and that's supply chain constrained, to your point on chips, they could be going higher than that, but they do have, as you would imagine, some supply chain constraints there. They're working through those like we all are."*

Source: Q3 2021 Conference Call, Nov 2, 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 85 of 146    Document 75-9

1) "*Generac to acquire ecobee*", Press Release, Nov 1, 2021


**Various credible sources indicate that ecobee's market share has been in persistent decline.**



**Market Share**
**33%**

**30%**

**25%**

"***Ecobee claims to have captured one-third of the smart thermostat market***, *citing figures from NPD Group.'*"

Source: "*Amazon Gets Serious About Voice-Activated Smart Thermostats, Investing in Ecobee*", Greentech Media, March 7, 2018

"*While marketing spend as a percentage of sales has remained more-or-less consistent in recent years, the brands strong year-over-year growth comes with "a couple extra bucks to put towards investments in marketing," Poriadjian-Asch says. The CMO remains focused on running a "lean and mean" operation, she says, even as the company moves into a new office near Toronto's Harbourfront to accommodate rapid workforce expansion. **Today, Ecobee holds around 30% market share in smart thermostats across North America**, second to Nest, the California-based smart home devices company that was acquired by Google in 2014.*"

Source: "*2019 Brand of the Year: Ecobee brings purpose to smart thermostats*", StrategyOnline.ca, Oct 8, 2019

"***Ecobee still commands a 25-per-cent market share in North America***."

Source: "*Smart thermostat pioneer ecobee, facing growing threats from Amazon, sells to U.S. generator maker for up to $770-million*", Globe & Mail, Nov 1, 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 86 of 146    Document 75-9


According to an article from April 2021 in the WSJ, a rift was forming between Amazon and ecobee over the sharing of consumer data and there were concerns that Amazon would use the data to launch its own competing product.[1] Sure enough, in September 2021 Amazon launched a smart thermostat at a substantial price discount to market using Honeywell technology. Fast forward to today, Amazon has dropped the price by an additional 20% to $47.99. Ecobee's lowest price model, the ecobee3 lite retails at $149.99.[2]

## Sept 2021: Launch At $60

### Amazon launches a $60 smart thermostat

Brian Heater @bheater / 12:17 PM EDT • September 28, 2021

Image Credits: Amazon

Source: Tech Crunch

## June 2022: Now Already 20% Lower

Source: Amazon

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 87 of 146    Document 75-9

1) "*How Amazon Strong-Arms Partners Using Its Power Across Multiple Businesses*", WSJ, April 14, 2021
2) ecobee website

86



Spruce Point believes Generac massively overpaid for ecobee at 4.5x revenues. Comparable home and consumer connected equipment devices have traded for 1.8x with higher gross margins. Generac is claiming aspirational long-term gross margins in the mid 30s which suggests they are lower today. Management has yet to articulate tangible revenue synergy expectations to justify over $800 million of goodwill and intangible assets being recorded. In addition, ecobee's balance sheet appears stressed with -$11 million of working capital at closing.

**CFO on Ecobee Margins**

*"So I guess when you think about ecobee and you look at -- as we ramp that up and they grow, **their margin profile in the out years looks very similar to our clean energy business. We've talked about how that will probably be in the mid- to high teens EBITDA margins from a gross margin standpoint, closer to that mid-30% range**."*

Source: Q3 2021 Conference Call

## We Believe Generac Massively Overpaid For ecobee

| Product | Company | Status | EV / Sales | Gross Margin |
|---|---|---|---|---|
| | iRobot "Smart Vacuums" | Public: IRBT | 0.7x | 34.0% |
| | Fitbit "Smart Watches" | Acquired by Google Jan 2021 | 1.0x | 31.0% |
| | Control 4 "Connected Home Automation" | Acquired SnapAV May 2019 | 2.0x | 52.0% |
| | Alarm.com "Connected Home Security" | Public: ALRM | 3.6x | 57.8% |

## ecobee Has Negative -$11 Million Working Capital

**Summary Purchase Price Allocations**

The fair values assigned to certain assets acquired and liabilities assumed, as of the acquisition dates, are as follows for the 2021 acquisitions:

| | 2021 Acquisitions | | | |
|---|---|---|---|---|
| | Deep Sea | ecobee | All Other | Total |
| Accounts receivable | $ 9,574 | $ 23,337 | $ 13,852 | $ 46,763 |
| Inventories | 9,970 | 7,258 | 7,034 | 24,262 |
| Prepaid expenses and other assets | 826 | 5,700 | 6,594 | 13,120 |
| Property and equipment | 8,838 | 3,588 | 480 | 12,906 |
| Intangible assets | 171,437 | 555,400 | 81,171 | 808,008 |
| Goodwill | 265,558 | 245,636 | 77,501 | 588,695 |
| Deferred income taxes | - | 46,721 | 6,547 | 53,268 |
| Other assets | 151 | 9,421 | 8,526 | 18,098 |
| Total assets acquired | 466,354 | 897,061 | 201,705 | 1,565,120 |
| | | | | |
| Accounts payable | 8,998 | 25,968 | 7,473 | 42,439 |
| Accrued wages and employee benefits | 2,106 | 1,354 | 872 | 4,332 |
| Other accrued liabilities | 1,210 | 19,898 | 18,258 | 39,366 |
| Short-term borrowings | - | - | 800 | 800 |
| Current portion of long-term debt | - | - | 233 | 233 |
| Deferred income taxes | 33,250 | 80,447 | 19,930 | 133,627 |
| Other long-term liabilities | 90 | 33,762 | 7,862 | 41,714 |
| Long-term borrowings and finance lease obligations | - | - | 1,624 | 1,624 |
| Net assets acquired | $ 420,700 | $ 735,632 | $ 144,653 | $ 1,300,985 |

Source: Generac Q1 2022 10-Q

Case 2:22-cv-01436-BHL   Filed 04/30/25   Page 88 of 146   Document 75-9



Spruce Point believes that Generac paid way more cash in acquiring ecobee than it reported on face value. According to the deal allocation, it paid $224.5 million in cash. But this doesn't tell the whole story. The deal closed in December, and in the same month, Generac conducted its largest share repurchase in recent history by purchasing 350,000 shares for another $126 million. Generac may have done this to offset dilution from the equity used to acquire ecobee. Either way, we view the total cash it sunk into the business to be $350 million.

## ecobee Funding Allocation (ex: Stock Repurchases)

| | | |
|---|---|---|
| Cash | $ | 224,464 |
| Common stock issued | | 420,774 |
| Contingent consideration (1) | | 89,400 |
| Total purchase price | $ | 734,638 |

## Stock Repurchases Done When ecobee Closed

| | Total Number of Shares Purchased | Average Price Paid per Share | Total Number Of Shares Purchased As Part Of Publicly Announced Plans Or Programs |
|---|---|---|---|
| 10/01/21 - 10/31/21 | 520 | $ 416.74 | - |
| 11/01/21 - 11/30/21 | 690 | 448.26 | - |
| 12/01/21 - 12/31/21 | 350,610 | 359.96 | 350,000 |
| Total | 351,820 | $ 360.26 | |

Source: Generac 2021 10-K

## Generac Equity Accounts

| | Common Stock Shares | Amount | Additional Paid-In Capital | Treasury Stock Shares | Amount |
|---|---|---|---|---|---|
| Balance at December 31, 2020 | 72,024,329 | $ 721 | $ 525,541 | (9,173,731) | $ (332,164) |
| Change in noncontrolling interest share | – | – | – | – | – |
| Unrealized gain on interest rate swaps, net of tax of $6,933 | – | – | – | – | – |
| Foreign currency translation adjustment | – | – | – | – | – |
| Common stock issued under equity incentive plans, net of shares withheld for employee taxes and strike price | 331,048 | 3 | 7,073 | – | – |
| Common stock issued for business combination | 30,640 | 1 | 12,000 | – | – |
| Treasury stock issued for business combination | – | | 384,371 | 937,283 | 36,403 |
| Net share settlement of restricted stock awards | – | – | – | (80,583) | (27,223) |
| Stock repurchases | – | – | – | (350,000) | (125,992) |
| Share-based compensation | – | – | 23,954 | – | – |
| Redemption value adjustment | – | – | – | – | – |
| Net income | – | – | – | – | – |
| Balance at December 31, 2021 | | | | 952,939 | (8,667,031) | $ (448,976) |



*D. What Generac Hasn't Told You Directly About Other Acquisitions: Pika Energy, Deep Sea, Enbala Power And Others*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 90 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent




Generac acquired Pika Energy to enter the energy storage market in April 2019.[1] Its SEC filings later disclosed it paid $49 million. It appears that much of Pika's early success in 2018 before Generac acquired the business from what the company says was "*exponential*" growth in Florida and Puerto Rico. **The president of Pika's Puerto Rician distributor Dynamic Solar was arrested in a kickback scheme**. How much in sales has Pika done with Dynamic Solar?

**Pika Saw "Exponential" Growth In Puerto Rico. A Distributor Noted Was Dynamic Solar**

*The demand for Pika's systems has seen strong growth in the last year with Pika's Energy Island sales up 400% in 2018 over 2017 sales. "Our growth in Florida and Puerto Rico alone has been exponential," said Kristen Helsel, Vice President of Sales and Marketing for Pika. "Since opening these markets in early 2018 we have delivered and installed hundreds of systems and expect to install thousands of Energy Island systems in this market in 2019."*

*"Pika's systems have set the bar for excellence in the Puerto Rican energy storage market," said Juan C. Díaz-Galarza, Vice President of Operations at Dynamic Solar in Puerto Rico. "By taking a platform approach, Pika enables homeowners to add more storage and access more power as their needs change. This is very important as storms in the Caribbean continue to intensify and people look for new technologies to keep their homes safe. Instead of living in fear the next hurricane, Pika system owners are ready for the next big storm."*

Source: "Pika Energy Cuts Prices to Allow More Customers to Benefit from Home Energy Storage," Press Release, Dec 6, 2018

**Dynamic Solar President and Partner Arrested**

FOR IMMEDIATE RELEASE                                    Friday, June 14, 2019

## Individual Indicted And Arrested For Conspiracy Against The United States To Provide Kickbacks

SAN JUAN, Puerto Rico– On June 11, 2019, Leonardo Lebrón-Torres, president of Dynamic Solar Solutions, Inc., a corporation organized under the laws of Puerto Rico, was indicted for conspiracy against the United States to provide kickbacks, and six substantive charges for providing kickbacks, announced U.S. Attorney Rosa Emilia Rodríguez-Vélez of the District of Puerto Rico.

1) "*Generac Acquires Pika Energy, Enters Energy Storage Market,*" Press Release, April 29, 2019

90




Generac's press release fails to address that it acquired the business from Caledonia Investments, a public investment vehicle listed in the UK. Caledonia acquired the business from its founders, who cashed out in October 2018.[1] The business was sold for £162 million ($213.1 million). Generac's press release also failed to disclose it paid $420.7 million, or a 97% valuation increase, for a business that barely grew revenues and showed margin deterioration in the past few years.

## At What Price? From Who Was It Purchased?

### Generac Acquires Controller Manufacturer Deep Sea Electronics

 PDF Version

WAUKESHA, Wis., June 01, 2021 (GLOBE NEWSWIRE) -- Generac Holdings Inc. (NYSE: GNRC) ("Generac" or the "Company"), a leading global designer and manufacturer of energy technology solutions and other power products, announced today the acquisition of Deep Sea Electronics Limited, an advanced controls designer and manufacturer.

As a leader in the industry, Deep Sea Electronics provides a diverse suite of controller products that provide flexible solutions for multiple applications including generators, automatic transfer switches, battery charging, and off-highway vehicles. Headquartered in Hunmanby, United Kingdom, Deep Sea Electronics has a 40-year history of continuously advancing their products and driving innovation in the controls market.

Source: Generac Press Release

On June 1, 2021, the Company acquired Deep Sea for a purchase price, net of cash acquired, of $420,700. Headquartered in Hunmanby, United Kingdom, Deep Sea is an industry leading designer and manufacturer of a diverse suite of flexible control solutions, focused on the global power generation and transfer switch space. The acquisition purchase price was funded solely through cash on hand.

The Company recorded its preliminary purchase price allocation during the second quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. As a result, the Company recorded $437,120 of intangible assets, including $264,975 of goodwill recorded in the International segment, as of the acquisition date. The goodwill ascribed to this acquisition is not deductible for tax purposes. The accompanying condensed consolidated financial statements include the results of Deep Sea from the date of acquisition through June 30, 2021. Pro forma financial information is not presented as the effects of this acquisition are not material to the Company's results of operations or financial position prior to the acquisition date.

Source: Generac Q2 10-Q

## DSE: Limited Revenue Growth, Margins Declining

| £ in mm | Oct 12, 2018 – May 31 2019 | Annualized | 2020 | 2021 |
|---|---|---|---|---|
| Revenues % growth | £25.6 | £38.5 1.7% | £41.4 7.7% | £41.8 1.0% |
| Gross Margin % Margin | £17.3 67.4% | £25.9 67.4% | £26.7 64.5% | £27.7 66.1% |

Source: Companies House UK

## Suspicious Valuation Expansion

| Figures in mm | Buyer | Price | US$ Price | Multiple of Sales |
|---|---|---|---|---|
| 10/12/2018 | Caledonia | £162 | $213 | 4.3x |
| 6/1/2021 | Generac | -- | $420 | 7.5x |
| *Valuation Increase* | | | +97% | |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 92 of 146    Document 75-9

1) Caledonia Press Release



# Deep Sea: Suspicious Undisclosed Inventory Mark-Up



We find that Generac marked-up inventories by 55% from £4.8m ($6.8m) to $9.97m. Generac hasn't disclosed any fair value revisions to inventory, or amortization of an inventory step-up. Inflating inventory values is a hallmark of margin overstatement. The prior owner made no such adjustments to inventory when it was acquired earlier in October of 2018.

## Inventories May 31, 2021

GENERAC UK DSE TOPCO LIMITED (FORMERLY CALEDONIA QUINT TOPCO LIMITED)

NOTES TO THE FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 MAY 2021

19. **Stocks**

| | Group 2021 £ | Group 2020 £ |
|---|---|---|
| Raw materials and consumables | 3,479,801 | 3,100,628 |
| Finished goods and goods for resale | 761,251 | 1,078,022 |
| Work in progress | 572,039 | 442,500 |
| | 4,813,091 | 4,621,150 |

Stock recognised in cost of sales as an expense totalled £11,698,131 (2020 - £10,806,982).

## Prior Acquiror: No Inventory Change

31. **Acquisition**

On 12 October 2018 the group acquired 100% of the ordinary share capital of Deep Sea Electronics Limited. The fair value of net assets acquired are:

| | Net Book Value £ | Fair Value Acquired £ |
|---|---|---|
| Fixed assets | 7,331,376 | 7,331,376 |
| Stock | 4,643,580 | 4,643,580 |
| Debtors | 6,379,931 | 6,379,931 |

## Opening Balance Sheet Post Acquisition: Inventories June 1, 2021

| | Deep Sea |
|---|---|
| Accounts receivable | $ 9,574 |
| Inventories | 9,970 |
| Prepaid expenses and other assets | 826 |
| Property and equipment | 8,838 |
| Intangible assets | 171,437 |
| Goodwill | 266,427 |
| Deferred income taxes | - |
| Other assets | 151 |
| Total assets acquired | 467,223 |
| | |
| Accounts payable | 8,998 |
| Accrued wages and employee benefits | 2,106 |
| Other accrued liabilities | 2,272 |
| Short-term borrowings | - |
| Current portion of long-term borrowings and finance lease obligations | - |
| Deferred income taxes | 33,057 |
| Other long-term liabilities | 90 |
| Long-term debt | - |
| Redeemable non-controlling interest | - |
| Net assets acquired | $ 420,700 |

Source: Companies House UK

2021 10-K, p. 50
Note: Inventories were revised higher from $7.5m (10-Q, p. 7)

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 93 of 146    Document 75-9



Generac's acquisition of Enbala Power Networks in Oct 2020 has the flavor of a failed, but highly promoted investment.[1] The Company was originally founded in 2003 in Vancouver as Sempa Power Systems and initially focused on hybrid heating systems that can switch quickly between electricity and fossil fuels. Now Generac touts it as a "*best-in-class technology*" that will expand its opportunities in the Smart Grid, and formed its Grid Services Group business around it, led by Enbala's former Bud Vos who created no prior value. **According to our research, and validated by Crunchbase, Enbala has raised at least $55 million in capital since 2010, yet was acquired by Generac for just $41.9 million.**[2] We believe this validates our belief that in 17 years since its founding, Enbala failed to create any value and investors took a sizeable loss. Furthermore, even with knowledgeable operating partners as investors such as National Grid, ABB, and General Electric, Enbala appeared incapable of realizing a higher valuation to another partner beyond Generac, which had no prior experience in grid software.

## Capital Raised For Enbala Power

| Date | Investor(s) | Type | Amount |
|---|---|---|---|
| Aug 1, 2017 | Zoma Capital | Series B | $5.5 |
| Feb 23, 2017 | ABB, National Grid GE Ventures, Obvious Ventures, EnerTech, Chrysalix VC | Series B | $12.0 |
| Sept 15, 2015 | Obvious Ventures | | $3.0 |
| March 30, 2015 | GE Ventures Edison Energy | | $11.0 |
| Jan 7, 2013 | Chrysalix, EnerTech Capital, Export Development Canada, and XPV Capital | B Round | $16.0 |
| Sept 28, 2010 | EnerTech Capital, Chrysalix Energy Venture Capital, Export Development Canada with additional participation from existing investors The Walsingham Fund, XPV Capital and a select group of high net worth shareholders | Expansion | $8.0 |
| | **Total Capital Raised:** | | **$55.5** |

## Generac Promotional Language About Enbala

"To help accelerate our involvement with this trend, earlier this month, we closed on the acquisition of Enbala Power Networks, **a leading distributed energy resources technology** company based in Denver, Colorado. **Enbala's best-in-class technology** will enable us to participate in the market for grid services, which we see as a growing opportunity."

## Generac Forms Grid Services Group Led By Vos Who We Believe Created No Value For Prior Shareholders

"today announced the formation of a new group called Generac Grid Services. In addition, Bud Vos, currently president of Enbala Power Networks, a Generac subsidiary, has been named president – Generac Grid Services, and will now report to Aaron Jagdfeld, president and chief executive officer."

## Why Did Generac Wait 4 Months To Disclose The Purchase Price?

"On October 7, 2020, the Company acquired Enbala for a purchase price, net of cash acquired, **of $41,982**. The acquisition purchase price was funded solely through cash on hand."

1) "*Generac Accelerates Its Energy Technology Capabilities With Acquisition of Enbala Power Networks*," Press Release, Oct 5, 2020
2) Crunchbase

Source: 2020 10-K, filed Feb 2021
Generac Press Release, Sept 8, 2021
Q3 2020 Conf Call promoting Enbala


Generac's CEO has been heavily promoting Grid Services and formed a new group in Q3 2021. This is the exact time when Enbala's contribution would become inorganic. It then added revenue from Tank Utility and ecobee. Despite the CEO's overly bullish comments, we find no organic growth driving the Other Revenue segment.

| **CEO on Grid Services Q4 2021 (Top) Q1 2022 (Bottom)**[1] | *"Generac Grid Services has been making excellent progress in expanding its sales pipeline, including meaningful opportunities beyond traditional software-as-a-service contracts. The fourth quarter saw significant progress in new deals closed and in the final stages of negotiation, increasing our top line visibility for 2022."* |
| --- | --- |
| | *"We're seeing some tremendous potential out of our Grid Services teams. We've got the entire Clean Energy story that is -- we're just tapping into a whole new market opportunity."* |

| Generac's Other Products & Services Revenue Segment | | | |
| --- | --- | --- | --- |
| **$ in mm** | **Q3 2021** | **Q4 2021** | **Q1 2022** |
| Included | Grid Services (Enbala) Formed Sept 2021 **Enbala now becomes organic; acquired Oct 7, 2020** | Ecobee Acquired Dec 2021 Tank Utility Acquired Oct 2021 | Ecobee and Tank Utility |
| Other Revenues (reported) (A) | $75.6 | $77.3 | $80.2 |
| *YoY Growth* | -- | *21.2%* | *27.5%* |
| *Growth from acquisitions and FX [1]* | -- | *4.0%* | *8.0%* |
| Less: Impact of FX and Acquisiitions (B) | -- | ($2.5) | ($5.1) |
| **Organic Growth (A – B)** *% Growth* | **$75.6** | **$74.8** *1.1%* | **$75.1** *0.4%* |

Case 2:22-cv-01436-BHL    -Filed 04/30/25    Page 95 of 146    Document 75-9




In November 2016, Generac announced the acquisition of Motortech and it closed Jan 2017. Founded in 1988 and headquartered in Celle, Germany, Motortech is a manufacturer of gaseous-engine control systems and accessories.  The company's gaseous-fuel sub-systems include knock detection, mixers, throttles and various controls, which are sold to European gas-engine manufacturers and to aftermarket customers. While the acquisition was small at around $15 million, Generac talked up significant growth opportunity that has largely failed to materialize. In fact, Motortech has only exceeded its revenue expectations in 1 out of 6 years.

**Generac Promotion of the deal**

*"By combining resources and technology, Generac and Motortech will lead the industry in innovative, spark-ignited engine generator offerings," said Patrick Forsythe, Executive Vice President of Global Engineering at Generac.  "This acquisition allows Generac to expand its global market for gaseous products beyond standby generators, and it aligns with our strategy of gas power-generation leadership.  **It will significantly expand our worldwide spark-ignited engine capabilities, complementing the international growth Generac has experienced**."*

| Motortech Financial Performance:  No Growth Since 2017 Acquisition And Declining Capital Returns | | | | | | |
|---|---|---|---|---|---|---|
| **euro in mm** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| Sales Reported | € 33.0 | € 31.2 | € 33.0 | € 38.9 | € 35.2 | € 32.7 |
| Sales Planned | € 34.1 | € 35.1 | € 33.0 | € 36.1 | € 38.8 | € 35.3 |
| % Under/Outperform | *-3.4%* | *-11.0%* | *0.0%* | *7.6%* | *-9.5%* | *-7.5%* |
| Avg Monthly Employees | 172 | 164 | 167 | 162 | 147 | 158 |
| Return on Capital | 54% | 14% | 15% | 22% | 10% | 10% |
| EBITDA/Employee | 2,279 | 2,187 | 1,833 | 3,158 | 1,679 | 1,871 |
| Revenue/Employee | 213 | 199 | 220 | 249 | 236 | 218 |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 96 of 146     Document 75-9

Source: German Registry, MOTORTECH GmbH, Celle
1) "*Generac To Acquire Motortech*", Press Release, Nov 28, 2016



# Mean Green And Energy Systems: Unusual To See Four Price Revisions....

| | |
|---|---|
| **Q3 2020** | "In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.<br><br>In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.<br><br>**The combined purchase price for these acquisitions was $24,070** and was funded solely through cash on hand. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition. Pro forma financial information and allocation of the purchase price are not presented for these other acquisitions as the effects of the combined acquisitions are not material to the Company's results of operations or financial position prior to the acquisition dates." |

Source: Q3 2020

| | |
|---|---|
| **Q4 2020** | "In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.<br><br>In  September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.<br><br>**The combined purchase price for these acquisitions was $22,815** and was funded solely through cash on hand. The accompanying consolidated financial statements include the results of the acquired businesses since the dates of acquisition through December 31, 2020.." |

Source: 2020 10-K

| | |
|---|---|
| **Q1 2021** | "In July 2020, the Company acquired Energy Systems, its industrial distributor in northern California.<br><br>In September 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.<br><br>**The combined purchase price for these two acquisitions was $20,905** and was funded solely through cash on hand. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition through June 30, 2021. Pro forma financial information is not presented for these acquisitions as the effects of the acquisitions individually and in the aggregate are not material to the Company's results of operations or financial position prior to the acquisition dates." |

Source: Q1 2021

| | |
|---|---|
| **Q3 2021** | "On July 1, 2020, the Company acquired Energy Systems, its industrial distributor in northern California.<br><br>On September 1, 2020, the Company acquired Mean Green, a designer and manufacturer of commercial grade, battery-powered turf care products.<br><br>**The combined purchase price for these two acquisitions was $22,958** and was funded solely through cash on hand. **The Company finalized its purchase price allocation for these two acquisitions during the third quarter of 2021 based upon its estimates of the fair value of the acquired assets and assumed liabilities at that time. The finalization did not result in material adjustments to the Company's preliminary estimates**. The accompanying condensed consolidated financial statements include the results of the acquired businesses since the dates of acquisition through September 30, 2021. Pro forma financial information is not presented for these acquisitions as the effects of the acquisitions individually and in the aggregate are not material to the Company's results of operations or financial position prior to the acquisition dates." |

Source: Q3 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 97 of 146    Document 75-9



*Generac's Clean Energy Story Is A Long-Shot With Glaring Signs of Strain*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 98 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# *Generac Launched Its Clean Energy Solar Business In 2020*

We believe the basis for Generac's clean energy business promotion is to deflect attention from its core generator business, which the Company once admitted in an investor presentation are "Legacy Growth Drivers." The foundation of Generac's PWRcell solution was its acquisitions and integration of Neurio Technology and Pika Energy. Recall, we expressed concerns that Generac may have covertly lowered the purchase price of Neurio, and its post-acquisition revenue reporting wasn't adding up. Google Trends search interest shows an initial uplift of interest but general moderation. It continues to lag Tesla's Powerwall, which is the acknowledged market leader in residential solar storage.

**CFO York Q1 2020**

*"Recall that our **Pika and Neurio acquisitions** enabled us to bring an efficient and intelligent energy saving solution to the market in December called PWRcell, which we believe will position Generac as a key participant going forward. Q1 represented the first full quarter of commercial shipments of PWRcell units at scale, which met our relatively high expectations."* Source: Q1 2020 Conf Call

**PWRcell Search Interest vs. Tesla Powerwall**

PWRCell • Tesla Powerwall — United States, 12/31/19 - 6/10/22

Source: Google Trends

**PWRcell Search Interest Over Time**

PWRCell — United States, Past 5 years

Source: Google Trends

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 99 of 146    Document 75-9



# *Generac's Clean Energy Acquisitions*

 The average age of the clean energy business acquired by Generac is 14.9 years but according to the CFO they are still start-ups. We interpret his comments to mean these are money losing investments.

**CFO Ragen Q1 2022**

*"Operating expenses as a percentage of revenue, excluding intangible amortization, increased approximately 50 basis points as compared to the prior year period due to the impact of recent acquisitions that have a higher operating expense load relative to sales, given their start-up nature."*

| Date | Company | Location | Year Founded (Years in business) | Description | Acquisition Cost (inc. Earnouts, Stock and Deferred Payments) | Actual Cash Investment |
|---|---|---|---|---|---|---|
| 3/12/19 | Neurio Technology | Vancouver BC, Canada | 2005 (17) | Energy data and metering | $59.1 | $59.1 |
| 4/26/19 | Pika Energy | Westbrook, Maine | 2010 (12) | Battery Storage | $49.1 | $49.1 |
| 10/7/20 | Enbala Energy Network | Denver, CO | 2003 (19) | Energy software for grids | $42.0 | $42.0 |
| 7/2/21 | Chilicon Power LLC | Los Angeles, CA | 2010 (12) | grid-interactive microinverter and monitoring solutions for the solar market | $61.1 | $11.8 |
| 9/1/21 | Apricity Code | Bend, Oregon | 2015 (7) | Engineering and product design team to acquired to help the Clean Energy and Grid Services business | $7.0 | $7.0 |
| 9/1/21 | Off Grid Energy | Rugby, UK | 2000 (22) | Industrial-grade mobile energy storage systems | $53.4 | $24.3 |
| 12/1/21 | ecobee | Toronto, Canada | 2007 (15) | sustainable home technology solutions including smart thermostats | $734 | $224.4 |
| | Total Investments Made In "Clean Energy" Business | | | | $1,005.7 | $417.7 |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 100 of 146    Document 75-9

Source: Generac press releases and SEC Filings



# *Dealer Growth Slows, Revenue Grow Slowing*



After a big uplift in revenue growth in "clean energy" PWRcell sales to $115m (2020), and $230m (2021), the sales growth rate is projected to decline from 100% to 50% in 2022. Note that the trained and certified dealer network slowed in Q1 2022 to 4%. One of our concerns is that Generac does not break-out clean energy revenues or margins in SEC filings as a separate reporting segment.

| Installer Network: Clean Energy | | | | | |
|---|---|---|---|---|---|
| **$ in mm** | **Q1 2021** | **Q2 2021** | **Q3 2021** | **Q4 2021** | **Q1 2022** |
| **Trained & Certified Dealers** *QoQ Growth* | **2,000** -- | **2,200** *10.0%* | **2,300** *4.5%* | **2,500** *8.7%* | **2,600** *4.0%* |

**CFO York Q1 2022**

*"We are still expecting Clean Energy revenue growth __well above 50% for the full year__, with continued strength in PWRcell energy storage systems along with contributions from the initial rollout of new products."*

Source: Q1 2022 Conf Call - May 4, 2022

**CFO York Q4 2021**

*"Despite industry-wide supply chain and logistics challenges impacting our clean energy solutions, __full year 2021 clean energy-related revenue approximately doubled__ as end-user demand remains robust for our PWRcell energy storage systems."*

Source: Q4 2021 Conf Call - Feb 16, 2021

**CFO York Q1 2021**

*"The solar plus storage market continues to expand rapidly within the U.S., and we are making good progress in building considerable momentum for our energy storage products. __Accordingly, we are increasing our full year revenue outlook__ as a result of higher demand and our expanded distribution in this growing market. __We now expect shipments of clean energy products to increase between 75% to 100% as compared to the prior year levels of approximately $115 million, which is an increase from the previous forecast of 50% to 75% growth__."*

Source: Q1 2021 Conf Call - April 29, 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 101 of 146    Document 75-9


Generac recently increased its cash rebate incentives from $600 to $1,000 to sign-up for first time installers. **Why would Generac increase incentives if it were having no issues recruiting installers?** Even with increased incentives, dealer growth slowed.

**2020**



Source: Facebook

**Jan 15 – June 30, 2022**



Source: PWRcell Welcome Offer

Source: Facebook

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 102 of 146    Document 75-9


Spruce Point questions how rigorous the process is to be come a Generac "Certified" PWRcell installer?
Generac promotes that some can be certified in as little as one day.
We believe the lower barrier to entry is reflective of the low value proposition of partnering with Generac.

**Become Certified In**
**"As Little As One Day"**



Source: Facebook

**Cost Was $500/Year (including $100 Course Fee)**
**Today's Website Shows Just The Course Fee**

TAKE THE NEXT STEP:
**BECOME A GENERAC**
**PWRPARTNER**

**1. COST: $500/YEAR**

Includes In-Home Appointments and PowerPlay CE tool (1 license). $100 of this fee is the full day certified training class.

**2. RULES: PRETTY SIMPLE**

For In-Home Appointments (IHCs) sent to you by Generac, you agree to present only Generac products and you agree to use PowerPlay CE tool.

Use the form below to apply to become a PWRpartner. Once you apply, the Generac team will reach out to complete the process.

Source: Wayback Machine, April 2021 and Today

Using the Wayback Machine, we see that Generac's PWRcell used to directly compare itself against Tesla's Powerwall, and made claims of having the largest storage capacity. The table below was depicted on its website at least through June 2021, but was omitted in Jan 2022 according to the Wayback Machine.

**Generac Marketing of PWRcell Until Recently Retracted**

## LARGEST ENERGY STORAGE CAPACITY ON THE MARKET TODAY!

Generac is proud to offer the largest energy storage capacity when compared to competitive products on the market today. One PWRcell battery storage cabinet, consisting of six battery modules, offers 17.1kWh of energy storage capacity. Combine up to two PWRcell battery storage cabinets, with a total of 12 battery modules, for up to 34.2kWh of energy storage capacity.

| | Generac | Tesla Powerwall |
|---|---|---|
| Storage Capacity* | 18kWh | 13.5kWh |
| Max Continuous Power | 9kW | 5kW |
| Motor Starting Current | 50A | 30A |

*Figure based on single storage cabinet of battery modules Tesla specifications per Tesla Powerwall specification sheet.

**ACT NOW**

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 104 of 146    Document 75-9

Source: Wayback Machine (June 2021 - with table) and Wayback Machine (Jan 2022 - without table)


According to Solar Surge, which has the most viewed video comparing the Tesla Powerwall II and Generac PWRcell with 7.7k likes, the systems are ranked equally, with the swing i.e. "X-factor" being intangible aspects such as design. Notably, it ranks Powerwall higher on capacity since it has 13.5kWh, whereas the PWRcell base has 9kWh, but is expandable up to 18KWh which of course add to the cost. In addition, the "Motor Starting Current" which PWRcell's chart pointed out as a key competitive advantage factor, was not deemed relevant by the expert. The most recent update of Powerwall II+ was given a slight edge of PWRcell.



**Solar Surge Expert Comparison**

Tesla Powerwall II Vs Generac PWRcell
226,126 views • Feb 20, 2021



**Updated Powerwall II+ / Solar Surge Expert Comparison**

Tesla Powerwall II+ VS Generac PWRcell for Whole House Backup
64,713 views • Oct 16, 2021



Most Viewed

Source: YouTube: Tesla Powerwall II vs. Generac PWRcell, Feb 20, 2021

Source: YouTube: Tesla Powerwall II vs. Generac PWRcell, Oct 16, 2021



Notice carefully that Generac made three modifications to its PWRcell whole home comparison slide in 2021. With the introduction of Tesla Powerwall+ in April 2021, we see that Generac's stated advantage to Tesla with regard to Peak and Continuous Power noticeably dropped.[1]

**May 2021**

Secondary Scale Removed. Why?

From Peak Current to Peak Power (seconds). Why?

Source: May 2021 Investor Presentation

**August 2021**

Source: Aug 2021 Investor Presentation

**November 2021**

LG Replaced By SolarEdge. Why? To Get A Higher Valuation Multiple?

Source: Nov 2021 Investor Presentation

1) "*Tesla Powerwall 2+ Secretly went into production in November*", Electrek, April 27, 2021



Residential is growing, and within that is the fast growing clean energy business. Generac hasn't given explicit margin guidance but was asked twice. Based on the CFO's response, it appears he materially pushed back EBITDA margin expansion expectations. We believe poor margins on the clean energy business, increased overhead from utilized capacity expansion, and core pressures in home standby generators are all pressuring margins.

## Residential Is Growing As A % of Domestic Sales. EBITDA Margins Are Collapsing

| $ in mm | 2020 | | | | 2021 | | | | 2022 |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 |
| Residential | 64.8% | 71.2% | 72.8% | 74.7% | 75.4% | 74.4% | 74.0% | 75.4% | 77.8% |
| Commercial | 25.5% | 19.6% | 17.9% | 17.0% | 17.0% | 18.3% | 17.8% | 17.2% | 15.1% |
| Other | 9.7% | 9.2% | 9.3% | 8.2% | 7.6% | 7.3% | 8.2% | 7.4% | 7.1% |
| **Domestic Sales** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** | **100.0%** |
| Domestic EBITDA | $82.8 | $121.3 | $171.4 | $188.0 | $207.1 | $203.9 | $187.7 | $196.7 | $170.4 |
| *% margin* | *22.0%* | *26.3%* | *28.2%* | *29.1%* | *29.9%* | *26.0%* | *23.7%* | *21.9%* | *17.7%* |

| | | |
|---|---|---|
| **Roth Analyst** | *"And then can you talk a little bit more about the profitability in your clean energy business and with PWRcell? I mean you mentioned that you were profitable. I think that was an EBITDA comment, but I want to clarify that. And can you talk at all about the gross margins for your clean energy business? Where roughly will they be by the end of 2021 in comparison to your overall gross margin? And just how should we think of it more on like a 2 to 3-year basis as you continue to ramp?"* | |
| **CFO York Q4 2020** | *"Yes. Ross, it's York. So yes, making very good progress on gross margin optimization, a lot of focus on the bill of material, a lot of focus on supply chain. And you're right. Leaving the year here in 2020, in Q4, we were profitable. That was a nice landmark or a milestone for the start-up business being profitable in Q4. But throughout 2021, yes, we do expect to ramp up our gross margins to somewhere in the mid-30% range. So that's relative what we do, almost 40%, I guess, high 30s here, gross margin for 2020. So close to the company average by the end of 2020 is the plan. And then obviously, we're going to be ramping up our operating expenses to really go fast after this market. **So expecting EBITDA margins to grow throughout the year as well, along with gross margins, maybe hitting double digits there by the end of the year for EBITDA margins**."*<br><br>Source: Q4 2020 Conf Call |
| **CFO York Q3 2021** | *"Today, clean energy, just thinking storage, that is a profitable business today. We haven't quoted exactly what margin profile is. It's profitable today. **But over time, over the next call it, few years, that will also grow into that mid- to high teens EBITDA margins as well**. So we've got a road map and a path to get there."*<br><br>Source: Q3 2021 Conf Call |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 107 of 146    Document 75-9



Spruce Point has difficulty believing Generac's reasons for why Domestic EBITDA margins keep falling. First off, it keeps citing commodity input costs, yet this same factor is never mentioned in the International segment. Commodity costs are a universal problem and it has foreign manufacturing, so why does it only impact the Domestic segment? Plant start-up costs were only mentioned once at year end despite the Company's efforts to increase capacity all year and through 2022 while it still has not completed its expansion. In Q1 2022 it is now blaming "impact of acquisitions" though no mention was made at all in 2021.

| | |
|---|---|
| **Q1 2021** | Adjusted EBITDA.   Adjusted EBITDA for the Domestic segment in the first quarter of 2021 was $207.1 million, or 29.9% of net sales, as compared to $82.8 million, or 22.0% of net sales, in the prior year quarter. This margin increase was driven by favorable sales mix, improved pricing and higher operating leverage from the substantial revenue growth for the segment during the quarter.<br><br>Adjusted EBITDA for the International segment in the first quarter of 2021, before deducting for non-controlling interests, was $7.1 million, or 6.2% of net sales, as compared to $3.3 million, or 3.3% of net sales, in the prior year quarter. The improvement in margin was due to the combination of favorable sales mix, improved operating leverage on the higher sales volumes, and lower operating expenses as a result of the restructuring activities initiated in the second quarter of 2020. |
| **Q2 2021** | *Adjusted EBITDA.*   Adjusted EBITDA for the Domestic segment in the second quarter of 2021 was $203.9 million, or 26.0% of net sales, as compared to $121.3 million, or 26.3% of net sales, in the prior year quarter. **The slight margin decrease was driven by higher input costs in the current year quarter**, which were mostly offset by improved pricing and higher operating leverage from the substantial revenue growth for the segment during the quarter.<br><br>Adjusted EBITDA for the International segment in the second quarter of 2021, before deducting for non-controlling interests, was $13.7 million, or 10.1% of net sales, as compared to $1.9 million, or 2.2% of net sales, in the prior year quarter. The improvement in margin was primarily due to improved operating leverage on the higher sales volumes and the impact of the Deep Sea acquisition. |
| **Q3 2021** | Adjusted EBITDA.   Adjusted EBITDA for the Domestic segment in the third quarter of 2021 was $187.7 million, or 23.7% of net sales, as compared to $171.4 million, or 28.2% of net sales, in the prior year quarter. **The margin decrease was driven by higher input costs in the current year quarter**, which were partially offset by the early impacts of improved pricing during the quarter.<br><br>Adjusted EBITDA for the International segment in the third quarter of 2021, before deducting for non-controlling interests, was $21.5 million, or 14.1% of net sales, as compared to $7.4 million, or 7.9% of net sales, in the prior year quarter. The improvement in margin was primarily due to the positive impact of recent acquisitions and improved operating leverage on the higher sales volumes. |
| **Q4 2021** | Adjusted EBITDA margins for the Domestic segment for the year ended December 31, 2021 were 25.1% of net sales as compared to 27.0% of net sales for the year ended December 31, 2020. The Adjusted EBITDA margin decrease was driven by **higher input costs due to rising commodity prices, labor, logistics, and plant start-up costs in the current year**, which were partially offset by favorable sales mix, the early benefits of pricing actions, and improved operating leverage from the substantial revenue growth for the segment.<br><br>Adjusted EBITDA margins for the International segment, before deducting for non-controlling interests, for the year ended December 31, 2021 were 11.5% of net sales as compared to 5.1% of net sales for the year ended December 31, 2020. The margin improvement was primarily due to the positive impact of recent acquisitions, favorable sales mix, improved operating leverage, and pricing actions. |
| **Q1 2022** | Adjusted EBITDA.   Adjusted EBITDA for the Domestic segment in the first quarter of 2022 was $170.4 million, or 17.7% of net sales, as compared to $207.1 million, or 29.9% of net sales, in the prior year quarter. This margin performance was primarily impacted by the **higher input costs and the impact of acquisitions, partially offset by pricing benefits and favorable sales mix**.<br><br>Adjusted EBITDA for the International segment in the first quarter of 2022, before deducting for non-controlling interests, was $26.0 million, or 15.2% of net sales, as compared to $7.1 million, or 6.2% of net sales, in the prior year quarter. This strong margin performance was primarily driven by the positive impact of recent acquisitions and improved operating leverage on the significantly higher sales volumes. |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 108 of 146    Document 75-9


Spruce Point doesn't believe Generac's margin goals for its clean energy business are credible. We are skeptical how its rapid entrance and subscale business can hit margin targets that only some of the best, and largest players have achieved after a decade or more in the business. Generac's credibility should already be in question after we found early evidence of acquisition numbers not adding up with Neurio and Pika Energy. Furthermore, the CFO talked about hitting double digit EBITDA margins by the end of 2021, only to punt his target a few years into the future. Without full transparency and reporting in its clean energy busines, we believe investors should exercise extreme caution buying into management's claims.

| $ mm | Enphase | SolarEdge | Ginlong | Delta | First Solar | Sunpower | SMA Solar | Generac |
|---|---|---|---|---|---|---|---|---|
| **Solar Companies** | | | | | | | | |
| Products | Inverters | Inverters Storage | Inverters | Inverters | PV solar solutions | Storage | Inverters | Storage / Inverters |
| Sales | $1,521 | $2,213 | $591 | $11,633 | $2,487 | $1,367 | $1,120 | $230 |
| Gross Margin | 40.0% | 30.2% | 28.7% | 27.3% | 22.4% | 18.0% | 17.4% | ? |
| EBITDA Margin | 17.8% | 11.5% | 17.3% | 14.5% | 23.8% | 1.6% | -3.1% | ? |

Source: Bloomberg

| | |
|---|---|
| **Roth Analyst** | *"And then can you talk a little bit more about the profitability in your clean energy business and with PWRcell? I mean you mentioned that you were profitable. I think that was an EBITDA comment, but I want to clarify that. And can you talk at all about the gross margins for your clean energy business? Where roughly will they be by the end of 2021 in comparison to your overall gross margin? And just how should we think of it more on like a 2 to 3-year basis as you continue to ramp?"* |
| **CFO York Q4 2020** | *"Yes. Ross, it's York. So yes, making very good progress on gross margin optimization, a lot of focus on the bill of material, a lot of focus on supply chain. And you're right. Leaving the year here in 2020, in Q4, __we were profitable. That was a nice landmark or a milestone for the start-up business being profitable in Q4__. But throughout 2021, yes, __we do expect to ramp up our gross margins to somewhere in the mid-30% range__. So that's relative what we do, almost 40%, I guess, high 30s here, gross margin for 2020. So close to the company average by the end of 2020 is the plan. And then obviously, we're going to be ramping up our operating expenses to really go fast after this market. __So expecting EBITDA margins to grow throughout the year as well, along with gross margins, maybe hitting double digits there by the end of the year for EBITDA margins__."* <br><br> Source: Q4 2020 Conf Call |
| **CFO York Q3 2021** | *"Today, clean energy, just thinking storage, that is a profitable business today. We haven't quoted exactly what margin profile is. It's profitable today. __But over time, over the next call it few years, that will also grow into that mid- to high teens EBITDA margins as well__. So we've got a road map and a path to get there."* <br><br> Source: Q3 2021 Conf Call |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 109 of 146    Document 75-9



# *Public App Reviews Speak Volumes....*

 The public is speaking loud and clear that PWRcell's phone application called PWRView is dysfunctional and receives low 2 stars for feedback.

**Generac Claim**

*Get valuable insights into your electric energy use, and unlock your savings potential with the Generac PWRview App! Compatible with PWRview meters, Home Backup Generators, and PWRcell systems.*

Source: Generac

## Poor Reviews At The Apple Store



**Generac PWRview** [4+]
Monitor your Generac system!
Neurio Technology Inc.

★★★★★ 2.1 • 53 Ratings

Free

**Ratings and Reviews**

**2.1** out of 5          53 Ratings

See All

★★☆☆☆
serpintinelion, 05/06/2022

**Unstable?**
So I have had the app since last October    more

**Developer Response,**
Hi serpintinelion,    more

★★★★☆
hisearthlydaughter, 06/05/2022

**Recent loading/stability issues**
We have had the app since we had our solar unit installed in June of 2021. The app has been working fine up until approximately the last 3 weeks or so. It keeps getting stuck    more

★★☆☆☆
JediDad1221, 06/03/2022

**Worked okay**
The app is able to tell you some good us...    more

**Developer Response,**
Hi JediDad1221,    more

Source: Apple Store

## Poor Reviews At Google Play



# Neurio PWRview

Generac Power Systems, Inc.

2.7★          10K+          E
165 reviews    Downloads    Everyone ⓘ

 # Generac PWRview

Generac Power Systems, Inc.

2.2★          10K+          E
228 reviews    Downloads    Everyone ⓘ

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 110 of 146    Document 75-9

Source: Google Play

109



**SPRUCE POINT**
CAPITAL MANAGEMENT

Spruce Point believes it is extremely bearish that Generac's Chief Marketing Officer (who was also named President of the new Energy Technology organization[1]) resigned in Feb 2022, shortly after the CEO claimed he and his team were "*incredibly bullish*" on Generac's long-term outlook. Mr. Minick was the second highest paid executive to the CEO. He earned a record bonus in 2021, but had to forfeit much of the compensation, some of which was tied directly to Generac's highly promoted Clean Energy business. This is the first ever mention of executive compensation tied to the Clean Energy business.

**CEO Jagdfeld Q3 2021**

"*So we got to put all that together when we put our 2022 guidance together formally. But I would say **the initial receptivity continues to be strong**. Our project remains online and on target. And the internal excitement here around what we can do with that product line is -- if you talked to Russ Minick and his team, I mean, he's incredibly bullish on what we're going to be able to do with that longer term.*"

Source: Q3 2021 Conf Call – Nov 2021

## Chief Marketing Officer Is The 2nd Highest Paid Executive

### 2021 Summary Compensation Table

The following table shows compensation information for 2019, 2020 and 2021 for our named executive officers.

| Name and principal position | Year | Salary ($) | Bonus ($) | Stock awards ($)[1] | Option awards ($)[1] | Non-equity incentive plan compensation ($)[2] | All other compensation ($)[3] | Total ($) |
|---|---|---|---|---|---|---|---|---|
| **Aaron Jagdfeld** *Chairman, President and Chief Executive Officer* | 2021 | 989,178 | — | 3,330,212 | 1,670,075 | 1,497,563 | 32,785 | 7,519,812 |
| | 2020 | 944,151 | — | 2,664,019 | 1,336,020 | 1,963,769 | 53,638 | 6,961,596 |
| | 2019 | 907,233 | — | 1,750,009 | 1,750,003 | 1,574,172 | 69,521 | 6,050,937 |
| **York Ragen** *Chief Financial Officer* | 2021 | 469,658 | — | 632,854 | 317,302 | 423,902 | 44,485 | 1,888,200 |
| | 2020 | 447,911 | — | 599,537 | 300,624 | 524,306 | 22,650 | 1,895,028 |
| | 2019 | 435,342 | — | 437,554 | 437,515 | 418,458 | 28,868 | 1,757,738 |
| **Russell Minick** *Chief Marketing Officer* | 2021 | 480,438 | — | 2,666,543 | 334,015 | 432,826 | 16,506 | 3,930,238 |
| | 2020 | 462,075 | — | 666,107 | 334,023 | 541,783 | 10,991 | 2,014,979 |
| | 2019 | 445,342 | — | 447,551 | 447,509 | 437,621 | 14,192 | 1,792,216 |
| **Patrick Forsythe** *Chief Technical Officer* | 2021 | 416,425 | — | 489,757 | 245,534 | 324,843 | 9,508 | 1,486,066 |
| | 2020 | 402,493 | — | 472,133 | 236,763 | 471,876 | 31,915 | 1,615,180 |
| | 2019 | 387,842 | — | 341,338 | 341,252 | 381,391 | 9,150 | 1,460,973 |
| **Erik Wilde** *Executive Vice President Industrial — Americas* | 2021 | 391,816 | — | 460,869 | 230,910 | 305,507 | 20,769 | 1,409,872 |
| | 2020 | 379,995 | — | 445,300 | 223,283 | 407,833 | 12,958 | 1,469,369 |
| | 2019 | 367,929 | — | 323,844 | 323,758 | 353,896 | 8,400 | 1,377,827 |

Source: Generac Proxy Statement

1) "*Generac Announces New Business Organization, Executive Appointments*", Press Release, Jan 19, 2021

## Suddenly Retired: 8-K Notification

**Item 5.02** **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On February 11, 2022, Russell Minick, Chief Marketing Officer of Generac Holdings, Inc. (the "Company"), gave notice of his intention to retire from the Company. Mr. Minick, age 61, has been with the Company in positions of increasing responsibility since 2011. Mr. Minick will remain with the Company until his successor takes office and/or there is an appropriate transition of responsibility, and, in any event, no later than May 1, 2022.

Source: Generac 8-K

## Minick Forfeited Substantial Compensation

"*Represents certain incremental equity awards granted to Mr. Minick effective March 1, 2021. The equity awards included an award of restricted stock valued at $1 million that vests on March 1, 2024, and an award of performance shares valued at $1 million, at target achievement level, with a performance period ending December 31, 2023. Other than the three-year cliff vesting period for the restricted stock grant, the two-year performance period for the performance shares, and the use of financial metrics tied to the Company's Clean Energy business for measuring the payout of the performance shares, the awards had the same vesting terms and conditions as the annual equity awards that our other executives received at the same time. Accordingly, all outstanding equity awards granted to Mr. Minick, including these incremental awards, will be forfeited in connection with his retirement.*"



*A Close Look At Generac's Shady Clean Energy Business And Partnerships*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 112 of 146    Document 75-9

Proprietary and Confidential –May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# A Close Look Into Generac's Major Distribution Partners

Spruce Point will reveal major issues with some of Generac's top partnerships: Sunnova, Momentum Solar and Powerhome.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 113 of 146    Document 75-9

Source Investor Presentation, May 2021



Generac's recent investor presentation promotes 11 regional partnerships, two of which it promoted by issuing a corporate press release. Boston Solar issued a press release promoting a partnership. Based on our field research, we find only six (6) still sell Generac's products.
Even worse, at two of the distributors marked in red below, we find serious concerns being raised about the business ethics of the partner.

| Solar Regional Partner Highlighted By Generac | Highly Promotional Partnership Announced To Market | Currently Selling Generac? Spruce Point Called To Find Out… Other Concerns Identified |
| --- | --- | --- |
| Momentum Solar | Aug 2020: Generac Power Systems and Momentum Solar Forge Strategic Relationship | **No. Only carries Enphase according to a receptionist we spoke with** <br> **Currently being sued in a class action lawsuit for abusive telephone marketing.** <br> **A New Jersey court cited "fraud on the court" in a civil case with Vision Solar by its EVP of Finance and Accounting** |
| Baker Electric | Sept 2020: Generac Joins Forces with Baker Electric Home Energy on Solar and Storage Installations | No. Only shows Tesla on the website. Said they offer Enphase and used to carry Generac along time ago |
| Boston Solar | Oct 2020: Boston Solar announces partnership with Generac to offer solar power back-up option. | No. Only carries Enphase and Tesla. Reportedly discontinued Generac after installing a few systems and deciding Tesla and Enphase were easier to work with and install. |
| Infinity Energy | -- | Yes. On website, carries Generac, but features Tesla, and also sells Enphase and Sonnen |
| Trinity | -- | Yes, according to a phone call |
| EHS | -- | No. Only Enphase on website. Called and said they don't carry Generac anymore as there were issues with it |
| Windmar | -- | Yes. Offers Tesla and Generac batteries on website |
| RevoluSun | -- | Yes. They highlight Tesla on website. When we called and asked they said they do offer Enphase and Generac, but 95% of customers use Tesla |
| Powerhome (now Pink Energy) | -- | **Yes. Website still promotes Generac. Multiple undercover investigations with customers alleging they were duped. CMO has prior history with the FTC for "deceptive" practices** <br> **Recently changed name to Pink Energy** |
| Moxie | -- | **No. Website really only shows Tesla or highlights Tesla. We called and they do not carry Generac** |
| Suntuity Solar | -- | Yes. Promotes Tesla units, website lists Generac |
| Titan Solar | -- | Unable to confirm |



# *Evidence of Shady Transactions With Sunnova*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 115 of 146    Document 75-9

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent

 

 In February 2020, Generac teamed with Sunnova, making it the exclusive Lease and Power Purchase Agreement (PPA) provider for the PWRcell™ energy storage system ("PWRcell system") sold by contractors using Generac's PowerPlay design and quoting platform in the U.S. and its territories.[1] In Feb 2022, it announced an expanded partnership.[2] We previously exposed Sunnova as a company we believe has potentially misleading financial statements, and a cash incinerating business that won't scale.[3] When asked about the partnership, Generac's CEO deflected answering questions about the specifics of the deal. We view this as a major red flag, and will provide evidence that Generac has hidden the fact it is secretly funding Sunnova.

| | |
|---|---|
| **Roth analyst** | *"Congrats on the NOVA deal. Yes, that's a big one. There are a few solar leasing companies out there in general. Can you talk about how you ended up with NOVA specifically in an exclusive? And can you share how the agreement is structured, possibly? Is it like a typical dealer? Are there any upfront payments from other party? Did the geographic footprint, for example, serve as a key driver in the decision? I know they have a presence in Puerto Rico and other islands, how important was that."* |
| **CEO Response**<br><br>**Q4 2019**<br>**Feb 2020** | *"We're really excited about the partnership with Sunnova. And we're thrilled that they've selected us as their partner. And the exclusivity, really is related to the financing arrangement that they can offer. They've got some pretty great financing packages and pretty unique approach to that…..So again, we're not trying to limit ourselves in any one way. The exclusivity was really about the financing arrangement with Sunnova. Again, really excited about that. **I'm not going to comment on the specifics of the financing package itself. One reason, I'm not as well versed in the details of the financing package as others are. But I -- obviously, Phil, we can take you offline, we can get you more comfortable with that as well going forward here**. But we're really super excited about NOVA and our partnership and looking forward to that growing as we expand our efforts here with clean energy."* |

Source: Q4 2019 Conference Call

1) "*Sunnova and Generac Team up to Provide Homeowners With Greater Energy Independence*", Press Release, Feb 12, 2020
2) "*Sunnova and Generac Expand Partnership to Bring Increased Resiliency to Homeowners*", Press Release, Feb 1, 2022
3) Spruce Point report on Sunnova dated Sept 29, 2020

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 116 of 146    Document 75-9

115





Both Sunnova and Generac have made zero disclosures about any of the specific financial details of their distribution partnership. However, there are clues in exhibits to each Company's respective 10-K annual report that a new subsidiary entity was created called Sunnova TEP V-A, LLC. Sunnova goes further to say that an investor made a total capital commitment of $25.0 million to the entity, but has redacted disclosure of the investor claiming, *"Certain information has been excluded from this exhibit because it is both not material and would likely cause harm to the company if publicly disclosed."*

**From Sunnova[1]**

*"In April 2021, we admitted a tax equity investor as the Class A member of Sunnova TEP V-A, LLC ("TEPVA"), a subsidiary of Sunnova TEP V-A Manager, LLC, which is the Class B member of TEPVA. The Class A member of TEPVA made a total capital commitment of approximately $25.0 million."*

### 2021 Generac Subsidiary List[2]

| | |
|---|---|
| Generac Power Plan, Inc. | Vermont, U.S. |
| Generac Services, Inc. | Vermont, U.S. |
| Generac TEP I. LLC | Delaware. U.S. |
| Sunnova TEP V-A, LLC | Delaware, U.S. |
| Generac UK Acquisition Limited | United Kingdom |
| Generac UK DSE Topco Limited | United Kingdom |
| Generac UK DSE Midco Limited | United Kingdom |

### 2021 Sunnova Subsidiary List[3]

| | |
|---|---|
| Sunnova TEP OpCo, LLC | Delaware |
| Sunnova TEP Resources, LLC | Delaware |
| Sunnova TEP V-A Manager, LLC | Delaware |
| Sunnova TEP V-A, LLC | Delaware |
| Sunnova TEP V-B Manager, LLC | Delaware |

### Sunnova Obscures Investors[4]

Tax Equity Investors

1. With respect to TEP IV-D, [***]
2. With respect to TEP IV-E, [***]
3. With respect to TEP IV-F, [***]
4. With respect to TEP IV-G, [***]
5. With respect to TEP V-A, [***]
6. With respect to TEP V-D, [***]
7. With respect to TEP V-B, [***]
8. With respect to TEP V-C, [***]

Sources
1) Sunnova disclosure in Q2 2021 10-Q
2) Generac's 2021 subsidiary list now includes Sunnova TEP V-A
3) Sunnova's 2021 subsidiary list
4) Sunnova credit agreement, exhibit 10.14.4



# *Generac's Undisclosed Equity Investment*

We believe Generac has likely obscured from its investors a contribution to a Sunnova tax equity vehicle. At the same time as Sunnova disclosed that an unnamed investor closed on a $25m commitment to Sunnova TEP V-A, LLC, Generac started disclosing an equity method investment in Q2 2021. Generac has not disclosed any further details about this investment, including any contractual obligations to fulfill its $25m commitment. Previously, Generac's CEO deflected the notion that it wanted to be a financing partner.

**GNRC CEO Analyst Day Sept 2021**

*"We see this -- we have a very good partnership with Sunnova. And so Sunnova for us, they have, I think, a program there. They could end up being another partner for us perhaps on the residential side because they've got a very strong set of capabilities there. And those are core competencies that they have that I would argue we don't have internally around true finance, right? **I mean that's just not -- we're a manufacturer. We're a distributor. We're a servicer of products and solutions. We want to turn that into a recurring revenue stream, but I'm not sure we want to have it rise to the level of us putting it on the balance sheet**. I may -- I will reserve the right with my response to perhaps change our views on that as the market continues to mature. **But at least in the early stages here, we believe there are enough potential partners out there that we don't need to do it at this stage**."*

| Generac's Disclosure of a Mysterious and Unnamed Equity Method Investment | | | | | | |
|---|---|---|---|---|---|---|
| $ in mm | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 | Q1 2022 | Total |
| Contribution to Equity Method Investment | $0.00 | $0.22 | $0.57 | $2.88 | $2.92 | $6.58 |

Source: GNRC SEC filings

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 118 of 146    Document 75-9

117




Spruce Point has serious concerns about Generac's recent opaque transaction with Sunnova and the formation of tax equity holding. We believe Generac could essentially be financing customer purchases, or could be engaging in a circular transaction. Generac is not an obvious candidate for this type of tax equity structure. Sunnova even discloses that its investors are "*banks and other large financial investors*". Generac is a manufacturer and distributor of power systems, and has no other financial investments. Tax equity structures are particularly risky as they depend on current tax incentives for solar equipment and the performance of Sunnova under its contractual obligations. <u>However, we observe that Sunnova recently disclosed a 20x increase in non-performance fees in its equity structures.</u>[1] Spruce Point calls on Generac to provide more details of its investment in TEP V-A LLC.

## Sunnova Warning About Tax Equity Investors

*"Additionally, we may be unable to identify investors interested in engaging in this type of (tax equity) financing with us. As of December 31, 2021, we have formed 17 tax equity vehicles to which investors such as banks and other large financial investors have committed to invest approximately $1.2 billion"*

## Potential Cash Flows Between Generac And Sunnova TEP V-A, LLC



1) "*During the years ended December 31, 2021, 2020 and 2019, we paid $41.2 million, $2.1 million and $1.3 million, respectively, related to non-performance fees*", <u>10-K</u>, p. 134
2) Sunnova says, "*Our tax equity vehicles require that prior to a date that is at least five years after the last project was placed in service, the tax equity investor receives substantially all the non-cash value attributable to the solar energy systems; however, in all but one of our current funds we receive a majority of the cash distributions.*", <u>10-K</u>, p. 52

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 119 of 140     Document 75-9



# *Partnership Still Slanted In Favor of Tesla*

A search for Generac Clean Energy Services brings back a Sunnova ad, but it's pitching Tesla Powerwall and not Generac.
In addition, Sunnova's website still favors placement of Tesla over Generac.

## Facebook Search Under Generac Returns Sunnova/Tesla



Source: Facebook

## Sunnova Website Favors Tesla



Generac

Tesla

Source: Sunnova website

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 120 of 146    Document 75-9



| 1 | Why has Generac not been transparent about investing in Sunnova TEP V-A LLC? |
|---|---|
| 2 | Since Generac is applying the equity method of accounting, associated with 20-50% Ownership, and committed $25 million, is the entity between $50 - $100 million in size? |
| 3 | Why is Generac not reporting gains and losses from equity affiliates associated with TEP V-A, LLC? |
| 4 | Is Generac accelerating revenue recognition of sales when transferring assets to the LLC ahead of placing assets in use with end customers? |
| 5 | How are costs between Generac and Sunnova being allocated in the distribution venture? |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 121 of 146    Document 75-9



*Other Shady Solar Partnerships*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 122 of 146    Document 75-9

*Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent*



In August 2021, Generac announced a "strategic relationship with Momentum Solar.[1] The new agreement will enable Momentum, the largest privately-owned residential solar installer in the United States, to provide Generac technology solutions to homeowners for solar plus whole home clean back-up power. There are various legal cases that don't paint Momentum in a favorable light. Notably, plaintiffs are alleging aggressive telemarketing campaigns violating the Do Not Call list. Also a messy civil case between Vision Solar and Momentum has resulted in a NJ Court finding that Momentum's SVP Finance & Accounting under direction of counsel committed "Fraud on the Court".

## Aggressive Telephone Marketing Tactics Alleged

Case: 1:21-cv-04395 Document #: 1 Filed: 08/18/21 Page 1 of 9 PageID #:1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and others similarly situated,

Plaintiff,

v.

PRO CUSTOM SOLAR LLC d/b/a MOMENTUM SOLAR,

Defendant.

CIVIL ACTION FILE NO.

**COMPLAINT – CLASS ACTION**

**JURY TRIAL DEMANDED**

Plaintiff George Moore (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, alleges on personal knowledge, investigation of his counsel, and on information and belief, as follows:

**NATURE OF ACTION**

1. As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (July 6, 2020).

2. This case involves a campaign by Pro Custom Solar LLC d/b/a Momentum Solar ("Momentum Solar") to market its goods and services through the use of a telemarketing

**Fraud on court**

## "Fraud on the Court" Cited By Momentum's SVP Finance & Accounting

Here, Vision argues that Momentum has committed a fraud upon the Court. As noted, a fraud on the court occurs "where it can be demonstrated, clearly and convincingly, that a party has sentiently set in motion some unconscionable scheme calculated to interfere with the judicial system's ability impartially to adjudicate a matter by improperly influencing the trier or unfairly hampering the presentation of the opposing party's claim or defense." *Triffin v. Automatic Data Processing, Inc.*, 394 N.J. Super. 237, 251 (App. Div. 2007). Courts possess an inherent power to sanction an individual for committing a fraud on the court. See, e.g., id.; *Chambers v. Nasco, Inc.*, 501 U.S. 32, (1991). The United States Supreme Court in *Chambers* "made it clear that the court may exercise inherent power to sanction a party when he or she has, 'acted in bad faith, vexatiously, wantonly or for oppressive reasons.'" *Triffin* 394 N.J. Super. at 252 (quoting *Chambers v. Nasco, Inc.*, 501 U.S. 32, 45 (1991)).

Here, the Court finds and believes that Mr. Graziano's certifications of completeness were false and signed under direction of Momentum's counsel, constituting a fraud upon the

8

MID C 000190-19     11/10/2021     Pg 9 of 9 Trans ID: CHC2021223374
Case 1:22-cv-02285-CPO-MJS   Document 1-2   Filed 04/19/22   Page 10 of 10 PageID: 57

Court. Moreover, the Court finds and believes that Momentum did indeed engage in a purposeful scheme to delay the adjudication of this matter by deliberately making claims but then never providing discovery which would prove or disprove those claims. Momentum, with the knowledge of corporate counsel, provided certifications of completeness and answers to interrogatories for the purpose of simply delaying the adjudication of this matter. The Court finds and believes, given the deposition of Mr. Graziano, that it was done in bad faith and indeed vexatiously to prevent this litigation from being resolved.

Source: Vision Solar vs. Pro Customer Solar dbs Momentum Solar
Case: Case 1:22-cv-02285-CPO-MJS

Source: legal complaint

1) Generac press release



*Warning #1: Generac Solar Distributor Engaged In Alleged Fraud (2020)*

Business Insider has twice profiled Powerhome Solar's business practices in 2020. Powerhome Solar (now Pink Energy) claims on its website it does business in 15 states and has more than 2,000 people. It prominently features Generac on its home landing page. Its founder is Jayson Waller and its Chief Marketing Officer is Kevin Klink.[1] According to reports, the CEO was previously associated with ISI Alarms in North Carolina, and the State's Attorney General alleged Waller's company placed illegal robocalls that cited nearby break-ins to sell alarm systems.[2] The parties settled and ISI Alarms did not admit any wrongdoing. The CMO also settled an FTC charge of deceptive acts and was banned from engaging in Robocalls.

### Pink Energy Prominently Promotes Generac Products



### Pink Energy CMO Has A History With The FTC, Charged With "Deceptive Acts"

### Business Insider Has Twice Profiled Powerhome's Issues



Jayson Waller, the CEO and cofounder of Powerhome Solar. Melissa Key/Charlotte Business Journal

Fast-growing energy firm Powerhome Solar uses misleading tactics to lure customers into home solar deals that cost more than a car, insiders, legal claims, and leaked memos suggest





Source: Pink Energy Website    Source: FTC Order vs. Klink

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 124 of 146    Document 75-9

1) Pink Energy - About Us
2) "*NC alarm company to pay for illegal robocalls, AG Cooper announces,*" JDNews.com, May 2015"

Source: Business Insider , Nov 8, 2020 and Nov 24, 2020

123



The FTC is investing 135 complaints tied to Generac's partner Powerhome Solar (dba Pink Energy).



Source: *"Solar Panel Company Faces 135 Customer Complaints,"* CBS4 Consumer Investigation, March 15, 2022

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 125 of 146    Document 75-9



A recent undercover investigation in Michigan in April 2022 highlighted upset customers of Powerhome Solar and profiled salesman they alleged were overpromising the benefits of solar installation.

**Powerhome Solar Customers Speak Up (Notice Generac Systems In The Background)**

*"I feel stupid, I should have did a little more research."*

*"The idea and proposal is wonderful, but it doesn't work."*

*"Everything they tell you is a lie."*

*"I drank the Kool-Aid, I'm losing it."*

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 126 of 146     Document 75-9

Source: "*Dark side of solar sales: Powerhome Solar's pitch leaves customers powerless,*" Fox 2 Detroit, April 13, 2022

125



# *Warning #4: Generac Solar Distributor Engaged In Alleged Fraud (May 2022)*

Another undercover investigation in the Southeast in May 2022 involving two Generac solar distributors, Powerhome Solar (now Pink Energy), the largest home solar company in the Southeast, and Solar Titan expressed concerns that consumers were being shown potentially misleading economic realities about installing the solar systems and being overcharged. Despite multiple public investigations, Generac still promotes these dealers on its website. In particular, Pink Energy has a warning alert with the Better Business Bureau.

## Generac Still Promoting Partners Under Dealer Search

RESULTS: 9 within 25 Miles of 'douglasville, Georgia'

Website: www.solarplustic.com

**BLU SOLAR LLC**
100 HARTSFIELD CENTER PKWY
STE 500
ATLANTA, GA 30354
USA
888-724-6765
Sales
Service
Clean Energy

Distance 19 Miles
Get Directions
Website: www.blusolarenergy.com

**POWERHOME SOLAR**
4374 SHALLOWFORD INDUSTRIAL PKWY
MARIETTA, GA 30066
USA
833-423-1132
Sales
Service
Clean Energy

Distance 24 Miles
Get Directions
Website: powerhome.com

RESULTS: 7 within 25 Miles of 'knoxville, Tennessee'

Distance 17 Miles
Get Directions
Website: www.powerhome.com
Clean Energy

**SOLAR TITAN USA LLC**
11205 OUTLET DR
KNOXVILLE, TN 37932
USA
865-392-1036
Sales
Service
Clean Energy

Distance 18 Miles
Get Directions
Website: www.solartitanusa.com

Source: Generac

## BBB Has An Explicit Warning About Powerhome Solar (Pink Energy)

⚠ **CURRENT ALERTS FOR THIS BUSINESS**

Pattern of Complaint:

According to information in BBB files, Power Home Solar, LLC d/b/a Pink Energy has a pattern of complaints in the areas of product and/or sales practice issues, as well as Read more

**Contact Information**
919 N Main St
Mooresville, NC 28115-2355
Get Directions
https://gopink.com/
(833) 423-1132

Want a quote from this business?
**Get a Quote**

**Customer Reviews**
★★★☆☆ **3.31/5**
Average of 789 Customer Reviews
**Read Reviews**    Start a Review

**Customer Complaints**
**895** complaints closed in last 3 years
**568** complaints closed in last 12 months
**Read Complaints**    File a Complaint

**BBB Rating & Accreditation**
BBB ACCREDITED BUSINESS    NR
Accredited Since: 5/22/2017
Years in Business: 7

Customer Reviews are not used in the calculation of BBB Rating

Reasons for BBB Rating

## Generac PWRcell Purchasers Speak Up



"It's not turned out to be what was promised, almost everything he said turned out to not be true."

FOX 5    10:15    75°

Hidden cameras reveal dark side of solar power
A hidden camera FOX 5 I-Team investigation takes the shine off some big promises made to Georgia homeowners about solar power.



"Feels like ya got taken to the cleaners."

FOX 5    10:17    77°

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 127 of 146    Document 75-9


 According to commentary on Reddit from individuals claiming to have recently worked for Powerhome, the Company vastly overcharges for the Generac PWRcell by almost by 2x and expressed concern that the Generac battery is the weakest on the market with leading defects.



**spoofybobber** · 2 yr. ago · edited 2 yr. ago

Well guys, using my alt account to avoid someone finding me out, but I worked at POWERHOME for about 6 months selling, and this company is robbing you blind.

The interest rates are only 2.99-4.49% but they overcharge by a mile. In training we were told we're selling "the mercedes of solar panels" which meant we were charging 5.50-8.00 per watt for Silfab panels and Generac batteries.(nothing special about them)

We charged customers $20,000 for a Generac PWRcell 8.7Kwh base model. Other companies were installing them for 11-13,000.

It was regular for me to show someone a 90,000 quote that had a large electric bill. Basically they charged as high as they could while still "saving you money over 30 years" .

Their Energy Efficiency Package is where is gets really sketchy. Basically they have roof insulation, led light bulbs, sink faucets, etc that they're claiming will cut your energy usage by 20+%.

Problem is, basically every house already has those things, or at the very least has a good portion. This means we'd build up a system for a "90-95%" offset and by the time you take that bullshit off the quote it'd be down to 70% actual solar offset. Most salesman barely went over this.

The final part, talking on that douche nozzle Waller "get rich like me". The salesman are HEAVILY incentivized to close in the house. Basically they're preying on people who know nothing about solar, and pushing them to close in the house before they can shop around. The salesman are paid 5% of the revenue on those company appointments and 10% on self generated ...... most don't give a shit if it's right for you because they're making 2-10 grand to get you to close. Nothing illegal there, it's a tough job, but it's highly unethical. The appointments were dwindling when I quit so I'm hoping this is the beginning of their fall.

WHATEVER YOU DO, DO NOT BUY ANYTHING FROM THIS COMPANY!!!!!!!



**Ok-Tank-9032** · 2 mo. ago

I just recently quit PowerHome I won't disclose to much information as the company is under complete damage. Facts- Company is now charging 8.5-10$ per watts panels can be bought from the manufacturer for $300, Generac battery backup system is actually the weakest battery backup on the market with the leading defects (sadly) it's a newer battery in the solar market. PowerHome has and will rob anyone blind from the sales reps to the homeowner. I'm ashamed I worked for this company, I'm dearly sorry to all I sold these systems too not just because it's pure price gouging but those I did have installed all 20+ had issues not a single install went well. The company over promises and HIGHLY under delivers. The CEO & higher ups are all crooks who don't care for anyone but their wallets. Over 5 regional managers & 7 district managers all quit at once due to the corruption and lack of care for all the reps. Now PowerHome is attempting to sue more then half of these individuals it's sick, sad and deployable like the CEO jayson Waller aka the Wolf of Solar I hope to see him burn for the robbery of these homeowners and hope to see PowerHome burn.

At the time of quitting PowerHome the sales reps are now making 2% commission average pay is roughly $1600 per sale before taxes. Since the beginning of 2022 prices sky rocketed over $10,000 for the minimum system and they lowered our pay from 3%-2% commission per sale.

The minimum system cost is now 70k, they are charging 23k for the Generac battery which you can buy for 13k, Each panel W/everything else is $2500 per pop. Again for all the material it wouldn't cost you over 600$ per panel to get them functioning. POWERHOME WILL ROB YOU AND LEAVE YOU BLEEDING FOR THE LIFE OF THE LOAN!!!

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow



*Governance Concerns And "Timely" Stock Sales By The Chairman & CEO*

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



Looking carefully, we observe that Generac Chairman & CEO Aaron Jagdfeld entered into a new 10b5-1 stock sale program on November 8, 2021. However, this wasn't disclosed until a Form 4 filing on February 1, 2022.[1] He was still selling stock under his old program enacted on October 30, 2020 through January 3, 2022. While not illegal to have two insider trading programs, the SEC is looking into making modifications to rules that would prohibit such practices. The SEC has identified a concern that insiders enter into multiple 10b5-1 plans at the same time to strategically execute trades under one plan and terminate trades on another to exploit MNPI.[2]

**November 8, 2021**
**What did CEO Jagdfeld know before entering into a second 10B5-1 program as dealer growth stopped, margins subsequently collapsed, and working capital and liquidity worsened?**



## Key Metrics of Generac Recently Worsening

| | 2021 | | | | 2022 |
|---|---|---|---|---|---|
| | **Q1** | **Q2** | **Q3** | **Q4** | **Q1** |
| Residential Dealers | 7,700 | 8,000 | 8,100 | 8,100 | 8,100 |
| *QoQ Growth* | *5.5%* | *3.9%* | *1.3%* | *0.0%* | *0.0%* |
| Liquidity to LTM Sales | 37.1% | 26.0% | 25.4% | 14.6% | 12.2% |
| Working Capital / LTM Sales | 15.4% | 15.5% | 16.0% | 16.7% | 18.6% |
| Gross Margin | *39.9%* | *36.9%* | *35.6%* | *34.0%* | *31.8%* |
| *YoY Change* | *3.6%* | *-1.3%* | *-3.7%* | *-5.5%* | *-8.1%* |

Source: Generac filings, conference calls and Spruce Point analysis

1) Form 4 showing execution under 2nd Paul Wilson Bill Plan enacted
2) "*SEC Proposes Significant Changes to Rule 10b5-1 Plans and Introduces New Disclosure Requirements*", Sherman & Sterling, Dec 23, 2021

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 130 of 146    Document 75-9



**U.S. Import Records For Generac Holdings**

ac's import records for a gauge of its economic activity since Jan 1, 2021, we see that imports sharply November 2021 period. This corresponds with the CEO forming a family foundation and entering into his stock sale program on November 8, 2021 which wasn't disclosed until Feb 1, 2022.

**October 26th**
**CEO Family Foundation Formed**

**November 8th**
**CEO Enters Into 2nd 10b5-1 Trading Program, Not Disclosed Until Feb 2022**

**November 3rd**
**Cuts margin guidance and warns of supply chain but says it has tremendous momentum into 2022 and price increases will improve margins**

**Feb: Chief Marketing Officer "Retires". Issues Terrible Cash Flow Guidance For 2022**

**March: Clawback Policy Expanded**



 Looking carefully at CEO Jagdfeld's recent trading activity, we find he entered into his single largest stock sale transaction in his trading history on Feb 1, 2022 by disposing of 34,894 for proceeds of $9.8 million. **Most alarming, we observe his largest sale was ahead of FY 2021 results when Generac issued FY 2022 guidance. FY 2022 cash flow to net income guidance of 70%-80% would be the first time since at least 2013 that Generac guided cash flow conversion lower than 90%.**

| Chairman & CEO Insider Stock Sale Analysis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale Date | Prices | Total Shares | Proceeds | 10b5-1 Program | Enacted | Note | Source |
| Jan 3, 2022 | $355.57 - $353.93 | 5,000 | $1,752,488 | Yes | Oct 30, 2020 | | Form 4 |
| Feb 1, 2022 | $280.08 - $286.29 | 34,894 | $9,856,053 | Yes | Nov 8, 2021 | Ahead of Earnings and Weakest FY 2022 Cash Flow Guidance | Form 4 |
| March 1, 2022 | $314.49 | 5,000 | $1,572,450 | Yes | Nov 8, 2021 | | Form 4 |
| March 1, 2022 | $315.875 | 2,569 | $811,483 | No[1] | -- | | |
| March 1, 2022 | $315.875 | 1,988 | $627,960 | No | -- | | |
| March 1, 2022 | $315.875 | 758 | $239,433 | No | -- | | Form 4 |
| April 1, 2022 | $298.75 | 5,000 | $1,493,700 | Yes | Nov 8, 2021 | | Form 4 |
| May 2, 2022 | $218.70 | 5,000 | $1,093,500 | Yes | Nov 8, 2021 | | Form 4 |
| June 3, 2022 | $250.68 | 5,000 | $1,253,400 | Yes | Nov 8, 2021 | | Form 4 |

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 132 of 146     Document 75-9

1) These three transactions were marked as "F"; payment of exercise price or tax liability using a portion of securities received from the Company




On October 26, 2021, days before his other 10b5-1 stock sale program started, the Chairman & CEO formed the Jagdfeld Giving Foundation for charitable purposes. **This certainly makes it appear as if the CEO's stock sales are well intentioned**. **Just six days later on the next earnings call Nov 2, 2021 the CEO talked up the future by saying**, "*We got to put all that together when we put our 2022 guidance together formally, but I would say the initial receptivity (related to the Chilicon Power acquisition) continues to be strong. Our project remains online and on target and the internal excitement here around what we can do with that product line is -- if you talk to Ross Minick (Chief Marketing Officer) and his team, he's incredibly bullish on what we're going to be able to do with that longer-term*".[1] **Minick would later retire in Feb 2022 and forfeit millions in compensation, some of which was tied to Chilicon's success**.[2] In addition, the 2022 guidance provided the worst cash flow conversion expectation in history.

Source: Wisconsin Dept of Financial Institutions

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 133 of 146    Document 75-9

1) Q3 2021 Conf Call
2) 8-K: CMO Minick retires




Spruce Point rarely sees companies modify their initial clawback policy. However, Generac expanded the policy recently in March 2022 to cover management "*gross negligence*" or "*misconduct resulting in violation of law or company policy*" that causes harm to the firm.

*"Effective April 2019, the Company adopted a formal "clawback" policy applicable to annual and long-term incentive awards made to the CEO, CFO and any other key member of executive management as identified by the Board or CEO. Under this policy, the Company may seek to recoup incentive compensation paid to covered employees to the extent that such compensation was granted, vested, or earned based on financial results that the Company is required to restate as a result of material noncompliance with any financial reporting requirement under federal securities laws.*

*In March 2022, the Company expanded the policy to allow recoupment of incentive compensation paid in the event of gross negligence in performance or misconduct resulting in a violation of law or Company policy, where such acts resulted in significant financial or reputational harm to the Company."*

Source: 2022 Proxy Statement

Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 134 of 146     Document 75-9




Generac's goals are heavily tied to EBITDA over actual cash flow. In fact, even the 25% "Individual Performance Goals" references back to EBITDA. Generac doesn't define how it calculates "PWC" or Primary Working Capital. What's clear though is there's a large divergence between how Adjusted EBITDA outperformed, while working capital improvements have struggled (and worsened according to our calculations).

**2021 Goals**

| Annual Performance Bonus Metrics | 2021 Financial Targets (in millions of $US) | 2021 Achievement (in millions of $US) | Overall Payout % |
|---|---|---|---|
| Adjusted EBITDA (50%)* | $770.4 | $843.5 | |
| PWC as % of Net Sales (25%) | 24.0% | 26.2% | 122% |
| Individual Performance Goals (25%) | NA | Paid Out Based on Adjusted EBITDA Achievement | |

\*   Adjusted EBITDA under the AIP excludes the impact of acquisitions that occurred during the performance period and is calculated before deduction for noncontrolling interests.

Source: 2022 Proxy Statement

**2020 Goals**

| Annual Performance Bonus Metrics | 2020 Financial Targets (in millions of $US) | 2020 Achievement (in millions of $US) | Payout % |
|---|---|---|---|
| Adjusted EBITDA (50%)* | $476.8 | $585 | |
| PWC as % of Net Sales (25%) | 27.50% | 27.10% | 182% |
| Individual Performance Goals (25%) | NA | Aligned to Adjusted EBITDA | |

Source: 2021 Proxy Statement



# *Valuation And Downside Case*

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 136 of 146    Document 75-9

Proprietary and Confidential – May Not Be Distributed or Copied Without Spruce Point Capital Management, LLC Consent



# Unrealistic Upside



> Spruce Point believes current sell-side analyst price targets are wildly optimistic. The consensus estimate projects 74% upside to Generac's share price. Almost 90% of its stock promoters have a "Buy" recommendation or equivalent. **11% are "Hold" and not a single analyst says "Sell"**. How is this possible? We believe no analyst has conducted a rigorous forensic financial investigation similar to Spruce Point's.



| Analyst | Recommendation | Price Target |
|---|---|---|
| Guggenheim | Buy | $561.00 |
| Canaccord | Buy | $485.00 |
| Credit Suisse | Outperform | $456.00 |
| JP Morgan | Overweight | $455.00 |
| Stephens | Overweight | $450.00 |
| Truist | Buy | $425.00 |
| Goldman Sachs | Buy | $410.00 |
| Citi | Buy | $380.00 |
| Northland | Outperform | $370.00 |
| Oppenheimer | Outperform | $360.00 |
| Piper Sandler | Overweight | $350.00 |
| KeyBanc | Overweight | $350.00 |
| Stifel | Hold | $334.00 |
| Roth Capital Partners | Buy | $320.00 |
| Baird | Outperform | $298.00 |
| NorthCoast | Buy | $292.00 |
| Morningstar | Hold | $275.00 |
| Argus | Buy | $250.00 |
| **Average Price Target** **% Upside (Downside)** | | **$382.68** **74%** |

**Recommendation Mix**



- 11%
- 89%

■ Buy ■ Hold

Based on closing price of $220 per share

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 137 of 146    Document 75-9





We believe Generac's capital allocation decisions reflect poor financial judgement and decision-making on the part of management and will weigh down future earnings prospects.

| Item | Explanation |
|---|---|
| **Dividends and Buyback** | Generac did not use any of its recent windfall profits from increased product demand through COVID-19 to reward investors with a regular or special dividend. Instead, Generac repurchased 350k shares in 2021 for $126 million @ $360.0 per share, or a 64% premium to its share price. Furthermore, a substantial majority of the stock repurchases came in Q4 2021 when evidence shows Generac's financial condition was deteriorating. As referenced earlier, this could have been to offset dilution from ecobee. Thus, we heavily question management's financial discipline and judgement with its recent buyback decisions. |
| **Acquisitions** | Generac has not proven to be a skilled acquiror even within its core business. We present evidence of why we believe recent core acquisitions such as Pramac, and Motortech have not panned out. Now Generac's story rests on it growing a clean energy and grid services business all based on expensive acquisitions in businesses it has no operating experience. We present evidence why many of these recent clean energy and grid services acquisitions have troubled pasts. |
| **Capacity Expansion** | Instead of steadily building capacity for anticipated demand, in early 2021, Generac announced a substantial capacity increase in response to demand by purchasing its Trenton, SC facility and committing to double production capacity, thereby increasing total capacity by 4x since 2020. Key competitors such as Kohler and Briggs & Stratton have also doubled and tripled capacity. Supply chain issues and inflation have further hampered its expansion plans. Now with economic activity slowing, mortgage rates rising and real estate cooling, we believe Generac will be stuck with excess capacity and heavily pressured margins. |
| **R&D Expense And New Product Development** | We believe Generac has a questionable history of return on R&D, and expect expenses to rise as it must fix and improve faulty products identified through recent product recalls. Also, it is getting into more technologically intensive businesses such as solar battery storage and inverters. Its engineer headcount has doubled from 500 at year end 2020 to now over 1,000. Generac didn't directly disclose to investors that it is spending $20 million for expansion at its headquarters for an R&D center focused on its Oshkosh plant which produces liquid cooled industrial and commercial generators. This was reported to the local press and not in SEC filings or on its recent investor calls. |




Spruce Point believes sell-side analysts and investors are not factoring in multiple issues that will likely cause Generac to severely miss its lofty financial expectations and/or should factor into Generac receiving a lower valuation relative to peers. These issues are above and beyond the pending economic slowdown.

| Issue | Explanation |
|---|---|
| **COVID-19 and Texas Power Outage** | Spruce Point believes that Generac was a material beneficiary of COVID-19 due to the stay-at-home / home-as-a-sanctuary effect. The decision to invest in an HSB was made easier during a period where working at home became the norm and it was impossible to determine when work would transition back to the office. Also the Texas power outage caused a one-off spike in demand. |
| **Quality of Financial Disclosures** | Generac's financial disclosures, notably factors affecting sales are particularly weak. We list where we believe there are shortcomings. In addition, Generac's discussion of EBITDA factors is also potentially misleading. For example, Generac is blaming rising commodity costs logistics (i.e. supply chain issues) just on its Domestic segment results. Rising commodity costs and supply chain challenges have been a global phenomenon, and Generac has manufacturing facilities all over the globe, so why are its International segment results immune from these pressures? |
| **Price Changes** | Generac has warned that it can't accurately track price changes. Though it does say it increased prices in 2021 which will come through its results in 2022. However, once that laps, Generac will have a tough comp. Furthermore, Generac hasn't disclosed price cuts in its core portable power generator business, which we estimate is a $100+ million headwind. |
| **Solar and Clean Energy Ambitions** | Generac doesn't break out and certify any of its financial claims in SEC filings. It also isn't discussing that: 1) Its dealer growth recently slowed, and key regional dealers no longer are selling Generac, 2) Its product performance claims vis-à-vis Tesla have changed and were dropped on its website, 3) It is increasing incentives to recruit new dealers, 4) It has limited control over dealers who could be duping customers, and 5) It appears to be indirectly financing the purchase of its own products through a Sunnova entity. A greater existential risk is the phase out of the solar credit post 2024 which could severely impair its solar business. |
| **Lawsuits and Product Recalls** | Generac is facing escalating legal challenges, including a class action lawsuit, from product issues and is now disclosing potential government investigations as a risk in Generac's "Forward Looking Statements". Generac is having to issue longer warranties and/or make due on existing ones. We observe warranty expense is quickly increasing. We believe all of these incremental costs will weigh on results. |
| **Currencies** | Generac is becoming more exposed to foreign currencies as it expands internationally. Now 15% and 10% of its sales and EBITDA are international. Notably, it has unhedged exposures to the Euro, British Pound and Mexican Peso. A strengthening of the US Dollar hurts Generac. Unfortunately, the DXY Dollar Index is up ~9.0% YTD 2022 and will pressure results. |



*Generac Sales Disclosures Are Deficient. It Deserves A Valuation Discount For Lack of Transparency*



From the beginning, the SEC challenged Generac to give more disclosures about net sales, and to quantify price and volume effects. The SEC called Generac's revenue reporting "general and vague."[1] To this day, we believe it remains deficient in many best practice disclosure areas regarding sales. If the Company wants to be transparent it can start providing clearer disclosures around the following areas:

| Item | What Generac Says | Spruce Point Concern |
|---|---|---|
| Segment Reporting | Generac reports three segments 1) Residential Products, 2) Commercial & Industrial Products, and 2) Other | We believe Residential has three distinct product lines of importance: 1) Home Standby Generators, 2) Portable Generators, and now 3) Clean Energy. Generac does not provide a breakdown of revenue by major lines. Generac doesn't provide hard numbers about its supposedly fast growing Clean Energy business in SEC filings (either on a quarterly or annual basis). The only number it has provided was $115m in 2020 sales on a conf call, and has just given growth %'s for 2021 and 2022E. We pointed out legacy revenue reporting issues with Pika Energy and Neurio from inception of the Clean Energy business. |
| Sales by Channel | "Omni-channel distribution network includes independent residential dealers, industrial distributors and dealers, national and regional retailers, e-commerce partners, electrical/HVAC/solar wholesalers (including certain private label arrangements), solar installers, catalogs, equipment rental companies, and equipment distributors. We also sell direct to certain national and regional account customers" | Generac does not provide any financial disclosure about what percentage of revenues come from major channels, or the relative margin attractiveness by channel. For example, we believe eCommerce is a growing sales channel, but sales though its own platform are weighing on margins as it has to absorb more shipping costs to stay competitive. |
| Price or Volume Impact | "We are unable to determine the specific impact of changes in selling prices or changes in volumes or mix of our products on our net sales, Because of the wide range of products that we sell, the level of customization for many of our products, the frequent rollout of new products…" | Spruce Point believes this is a blatant excuse and evidence that Generac is a poorly organized and managed company. We've seen companies 10x the size of Generac do a better job reporting price and volume impacts. In 2017, Generac qualified this statement by warning it uses "different accounting systems" as part of the reason. Perhaps it should invest in consolidating systems and better IT and software. |
| Acquisitions and Foreign Currency | "In addition, the impact of acquisitions and foreign currency added $68.5 million of revenue growth." | Generac's reporting is not clear. Notice it recently combined the impact of acquisitions and currencies, making it difficult to disaggregate each component. |
| Financing Customer Purchases | Nothing | Generac has a partnership with Synchrony allowing homeowners to make purchases on credit. Generac provides no disclosures about how much of consumer sales are financed. |
| Net Sales | "Net sales also include shipping and handling charges billed to customers, with the related freight costs included in cost of goods sold." | Generac's revenue recognition also mentions revenue is adjusted for expected returns, discounts, rebates, or other promotional incentives or allowances. Generac provides no quantitative disclosure for any of this contra revenue amounts. |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 140 of 146    Document 75-9

1) SEC comment letter, question #26



Generac's multiple is still elevated from its Pre-COVID expansion. Based on aggressive consensus estimates, clean energy will comprise just 7% of 2022E total revenues, not material enough to cause a wholesale re-rating of its multiple. Its multiple should reflect the worsening of its core business, and a discounted multiple on its clean energy business to reflect its weak market position cobbled together from troubled legacy and subscale industry players. We see that Generac's multiple had been trending lower before COVID-19 because we believe the market was discounting the future pressures its core generator business would eventually face.





Source: Bloomberg



SPRUCE POINT
CAPITAL MANAGEMENT

# Relative Value Peers For Legacy Electrical Products

Generac trades at an irrational premium to a variety of consumer, residential home and industrial power and electrical equipment peers.

$ in mm, except per share figures

| Name (Ticker) | Stock Price 6/21/2022 | Adj Ent. Value | 2022E Gross Margin | 2022E Capex Margin | 2022E OCF Margin | 2022E EBITDA Margin | Sales Growth '22E-'23E | EV / Sales 2022E | EV / Sales 2023E | EV / EBITDA 2022E | EV / EBITDA 2023E | Price / EPS 2022E | Price / EPS 2023E | EV/CFO 2022E | Net Debt 2022E EBITDA | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black and Decker (SWK) | $102.65 | $28,009 | 31.7% | 3.0% | 9.3% | 13.8% | 3.9% | 1.5x | 0.9x | 10.7x | 9.6x | 10.5x | 9.0x | 16.0x | 3.5x | 3.1% |
| Snap-on (SNA) | $197.54 | $11,148 | 50.4% | 2.2% | 21.7% | 27.2% | 4.2% | 2.5x | 2.3x | 9.3x | 9.1x | 12.5x | 11.9x | 11.7x | 0.3x | 2.9% |
| Hubbell Inc (HUBB) | $174.12 | $10,673 | 29.4% | 2.2% | 12.1% | 16.6% | 4.7% | 2.3x | 1.9x | 13.6x | 12.4x | 18.6x | 16.9x | 18.6x | 1.4x | 2.4% |
| Regal Rexnord (RRX) | $110.73 | $9,114 | 32.5% | 2.3% | 14.3% | 21.1% | 3.6% | 1.7x | 1.4x | 8.3x | 7.5x | 10.5x | 9.6x | 12.2x | 1.3x | 1.2% |
| The Toro Co. (TTC) | $73.83 | $8,714 | 33.3% | 3.4% | 11.3% | 15.2% | 8.4% | 1.9x | 1.6x | 12.6x | 10.9x | 18.1x | 15.2x | 16.4x | 1.1x | 1.6% |
| Pentair (PNR) | $44.30 | $8,450 | 35.5% | 1.8% | 16.2% | 19.8% | 3.2% | 2.0x | 1.7x | 10.3x | 9.8x | 11.9x | 11.2x | 12.7x | 1.2x | 1.9% |
| Lennox (LII) | $186.89 | $8,609 | 28.4% | 2.7% | 11.7% | 16.1% | 2.9% | 1.9x | 1.4x | 11.6x | 10.9x | 13.2x | 12.2x | 16.0x | 2.3x | 2.0% |
| A.O. Smith (AOS) | $52.89 | $8,125 | 36.6% | 1.8% | 14.3% | 20.1% | 2.7% | 2.0x | 2.0x | 10.0x | 9.5x | 15.0x | 13.9x | 13.9x | -0.3x | 2.1% |
| Donaldson (DCI) | $47.01 | $6,327 | 32.6% | 2.9% | 8.3% | 17.0% | 7.5% | 1.9x | 1.7x | 11.3x | 10.2x | 17.5x | 15.3x | 18.2x | 0.8x | 1.9% |
| Vertiv (VRT) | $9.19 | $6,326 | 30.9% | 2.2% | 4.5% | 10.9% | 6.0% | 1.1x | 0.6x | 10.3x | 7.6x | 13.2x | 7.8x | 25.0x | 3.4x | 0.0% |
| EnerSys (ENS) | $59.23 | $3,451 | 22.7% | 2.7% | 7.3% | 10.7% | 4.3% | 0.9x | 0.7x | 8.9x | 7.8x | 11.6x | 9.4x | 19.0x | 2.2x | 1.2% |
| Resideo (REZI) | $19.78 | $4,298 | 28.0% | 1.6% | 7.5% | 12.1% | 4.6% | 0.7x | 0.4x | 5.4x | 4.9x | 8.2x | 6.9x | 8.8x | 1.6x | 0.0% |
| Itron (ITRI) | $47.28 | $2,596 | 29.2% | 1.6% | 3.6% | 6.4% | 10.7% | 1.3x | 1.0x | 20.0x | 11.2x | 36.9x | 17.0x | 35.1x | 1.9x | 0.0% |
| Enerpac Tool Group (EPAC) | $17.98 | $1,133 | 45.0% | 1.8% | 10.1% | 15.8% | 5.4% | 2.0x | 1.8x | 12.5x | 10.5x | 21.0x | 16.9x | 19.6x | 0.4x | 0.0% |
| **Max** | | | 50.4% | 3.4% | 21.7% | 27.2% | 10.7% | 2.5x | 2.3x | 20.0x | 12.4x | 36.9x | 17.0x | 35.1x | 3.5x | 3.1% |
| **Average** | | | 33.3% | 2.3% | 10.9% | 15.9% | 5.2% | 1.7x | 1.4x | 11.1x | 9.4x | 15.6x | 12.4x | 17.4x | 1.5x | 1.4% |
| **Min** | | | 22.7% | 1.6% | 3.6% | 6.4% | 2.7% | 0.7x | 0.4x | 5.4x | 4.9x | 8.2x | 6.9x | 8.8x | -0.3x | 0.0% |
| **Generac (GNRC)** | $220.00 | $15,815 | 35.9% | 2.7% | 12.7% | 21.7% | 11.0% | 3.1x | 2.8x | 14.1x | 11.7x | 18.7x | 15.5x | 24.1x | 1.2x | 0.0% |
| **Spruce Point Adjusted** | $220.00 | $15,779 | 34.8% | 2.8% | 12.6% | 20.9% | 15.3% | 3.2x | NA | 15.8x | NA | 20.4x | NA | NA | 1.4x | 0.0% |

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 142 of 146    Document 75-9

Source: Bloomberg and Spruce Point estimates. Note: Given economic uncertainty, Spruce Point is not estimating 2023 figures for Generac.



# Relative Value Peers For Clean Energy

Manufacturers of clean energy solutions don't necessarily carry higher valuation multiples. Excluding Enphase, which has margins that Generac will likely never achieve, peers are trading around 2.7x and 2.0x 2022E and 2023E sales, respectively. Generac claims its clean energy business is profitable, but won't provide specifics. Given its opaque financial reporting and legacy of acquiring challenged businesses, we believe Generac's Clean Energy business should trade at a discount.

$ in millions except per share prices

| Name (Ticker) | Stock Price 6/21/2022 | Adj Ent. Value | 2022E Gross Margin | 2022E Capex Margin | 2022E OCF Margin | 2022E EBITDA Margin | Sales Growth '22E-'23E | EV / Sales 2022E | EV / Sales 2023E |
|---|---|---|---|---|---|---|---|---|---|
| SolarEdge (SEDG) | $283.10 | $15,056 | 28.6% | 4.7% | 7.0% | 15.5% | 25.6% | 4.9x | 4.2x |
| Enphase Energy (ENPH) | $193.29 | $28,195 | 40.0% | 2.5% | 23.5% | 27.6% | 31.5% | 13.5x | 10.2x |
| First Solar (FSLR) | $68.20 | $6,109 | 6.9% | 37.0% | 14.4% | 8.2% | 36.4% | 2.5x | 2.2x |
| SMA Solar (s92 GR) | $47.02 | $1,436 | 20.0% | 5.5% | 3.5% | 3.1% | 17.2% | 1.4x | 1.4x |
| Bloom Energy (BE) | $17.28 | $3,663 | 22.8% | 9.9% | 2.8% | 2.6% | 30.7% | 3.2x | 2.1x |
| Array Technologies (ARRY) | $12.68 | $3,057 | 16.1% | 0.6% | -1.2% | 8.9% | 23.3% | 2.2x | 1.1x |
| Max | | | 40.0% | 37.0% | 23.5% | 27.6% | 36.4% | 13.5x | 10.2x |
| Average | | | 22.4% | 10.0% | 8.3% | 11.0% | 27.4% | 4.6x | 3.5x |
| Min | | | 6.9% | 0.6% | -1.2% | 2.6% | 17.2% | 1.4x | 1.1x |

Source: Bloomberg

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 143 of 146    Document 75-9



*Generac Guidance And Street Expectations vs. Spruce Point Reality*

| Item | What Generac and Street Says | Spruce Point Concern |
|---|---|---|
| **Sales Growth** | **Generac:** "*Raising sales guidance net sales are now expected to increase between 36% to 40% from the previous guidance of net sales growth between 32% to 36% and assumes shipments of residential products increased at a mid- to high 40% rate during 2022, up from prior expectation for a low 40% rate.*" <br> **Analysts**: 38.5% FY growth | We see residential spending slowing and the COVID-19 demand affect waning. In addition we believe a strong US Dollar appreciating by +9.7% against key foreign currencies haven't adequately been factored into estimates. Lastly, given our findings that Generac has lost key solar distributors, and is failing to growth the overall dealer base, we expect clean energy sales to fall short. |
| **Gross Margins** | **Generac**: "*We expect first quarter 2022 to be the peak of this year-over-year price/cost headwind as price realization has a more meaningful positive impact on our gross margins, certain inflationary pressures progressively ease for the remainder of the year and as the benefits of our focused cost-reduction initiatives further materialize.*" <br> **Analysts**: Expanding from 31.8% current to 39.5% by year end | Generac's core input costs are steel, copper and aluminum, and prices have moderated. However, labor and shipping costs remain tight. More concerning is that Generac is increasing capacity (i.e. overhead) that we don't believe will be fully absorbed and pressure margins. |
| **EBITDA** | **Generac:** "*OpEx percent to increase approximately 100 basis points compared to full-year 2021, primarily due to the impact of recent acquisitions that have a higher operating expense load relative to sales given their **start-up nature**.*" <br> **Analysts:** model EBITDA margin expanding from 16.5% to 25.3% by year end | Generac has bought businesses with 10-20+ year operating histories and yet it refers to them as "start-up" in nature. Seriously? We consider it a major red flag that Generac is now lowering EBITDA margin guidance by 50bps and blaming it on this reason. Our interpretation is that losses from acquired businesses are increasing. In addition, we expect engineering costs to rise as product complexity rises and to deal with product recall issues. |
| **Cash Flow** | **Generac**: Adj net income to FCF will be 70-80% <br> **Analysts**: Q1 negative -$10.1m CFO but will be $655 by year end. | Seems optimistic given that inventory turns have been declining and payables have been heavily stretched out and will need to be settled. Interest expense rising will also pressure cash flow. |

Source: Generac Q1 2022 Conf Call

143



$ in millions, except per share amounts

| Valuation Method | Low Price | High Price | Note |
|---|---|---|---|
| **Multiple of Revenues** | **1.6x** | **1.9x** | |
| 2022E Legacy Revenues | $4,660 | $4,680 | |
| **Multiple of Revenues** | **2.0x** | **2.5x** | |
| 2022E Clean Energy Revenue | $315 | $322 | Our revenues are lower than the Street and incorporate a lower multiple reflecting a struggling legacy business, and a low quality clean energy business assembled via acquisitions. |
| **Enterprise Value** | **$8,086** | **$9,697** | |
| Less: Debt | ($1,210) | ($1,210) | |
| Plus: Cash and Securities (1) | $188 | $188 | |
| Plus: NCI (2) | $36 | $72 | |
| **Equity Value** | **$7,100** | **$8,747** | |
| Diluted Shares | 65.2 | 65.2 | |
| **Price Target** | **$108.88/sh** | **$134.14/sh** | |
| *% Downside* | ***-51%*** | ***-39%*** | |
| **Multiple of EBITDA** | **10.0x** | **11.0x** | |
| 2022E EBITDA | $975.0 | $995.0 | |
| **Enterprise Value** | **$9,750** | **$10,945** | |
| Less: Debt | ($1,210) | ($1,210) | Generac trades at a premium EBITDA multiple to peers. Our estimates incorporate slightly higher operating costs for recent acquisitions and engineering expenses. |
| Plus: Cash and Securities (1) | $188 | $188 | |
| Plus: NCI (2) | $36 | $72 | |
| **Equity Value** | **$8,764** | **$9,995** | |
| Diluted Shares | 65.2 | 65.2 | |
| **Price Target** | **$134.40/sh** | **$153.27/sh** | |
| *% Downside* | ***-39%*** | ***-30%*** | |

Source: Company financials and Spruce Point adjustments. Downside based on $220 per share

1)   We reduce cash by $18.4m to account for the remaining contractual commitment to the Sunnova entity: ($25m - $6.6m), see slide
2)   We discount the value of the NCI in our low case given the issues we've identified at Pramac (Italy) which is the majority of the NCI, see slide

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 145 of 146    Document 75-9

144



Case 2:22-cv-01436-BHL     Filed 04/30/25     Page 146 of 146     Document 75-9

Source: Oliver Construction