# EXHIBIT 10



# US Alternative Energy

# Flash: Tax Equity Quick Takes and GNRC Demand Trends – All quiet in the Atlantic

Industry Overview

## Tax equity – Still the best way to monetize IRA credits

Discussions with tax equity providers point towards a series of themes as dominating the state of play today. Solar PTC election is real - in the near term, possibility of retroactively applied PTC election is something being investigated already for projects in construction in 2022. While we see the economic incentive as quite robust (see our PTC / ITC deep dive) upfront proceeds are the most convincing argument. As a simplified baseline, current bases for monetization on an ITC in solar / PTC in wind amount to ~35% and ~50% of the capital stack respectively; thus with a 75% / 25% PAYGO structure which we understand will be carried over from wind, upfront proceeds are effectively the same (75% upfront payment * 50% total capitalization = 37.5% upfront). On the possible adders for tax credit election, our discussions actually suggest those that are census tract based are likely first to be implemented into future TE deals given ease of investigation and the relative risk profile. In our view this becomes particularly advantageous for pairing of standalone storage development within legacy coal communities given existing interconnect and outsize tax credit incentive – watch **VST** as best positioned to capitalize on this theme. Also interesting is that our discussions would suggest that the benefits of transferability are perhaps overstated. Given no secondary market beyond initial transfer, we expect structures are likely to remain quite complex while proceeds will still have to reflect appropriate risk allocation for production based incentives in particular – expect real discounts off par. Lack of D&A monetization and more limited possibility of a basis step up further challenges a shift away from tax equity. Given this backdrop and the possibility of outsized demand we expect TE premiums for new technologies likely scaling alongside counterparty credit / execution risk. By consequence, our favorite plays remain on the incumbents that know these dynamics well, **NEE / AES** in the large cap space and **RUN / NOVA** at the resi level.

## GNRC – 2022 is no 2021, but that's also not a secret

Further discussions with GNRC dealers suggest 2022 as a particularly weak YoY comp vs 2021. On balance this effectively states the obvious – the year is shaping up to be somewhat of a dud for outage events. We break this down on **pg 2-3** in detail but suffice it to say a dead quiet Atlantic hurricane season describes the year in a nutshell. *We cannot stress more that in the dealers own words, lack of outage activity is the single largest problem for demand currently.* Other dynamics to watch are more limited pre-ordering. Dealers admit to significant pre-orders in 2021 given both bloated lead times, but also internal needs to demonstrate sales status with GNRC – we understand Premier dealers must demonstrate $1.5mm in sales annually with status offering discounted access to generators. Given uncertainty on time of installation, we understand many pre-ordered in 2021 to demonstrate a "pipeline of sales" in *lieu* of realized installation. *The bad news is these are likely sticky themes in 2022 but with GNRC's stock is down 33% ytd the reality is that our discussions with investors suggest most are well aware. In our view, buyside expectations are already weak while our updated model reflects these headwinds with 11% yoy compression in HSB sales hinged against our estimate of ~$500mm originated sales in Q3/Q4 of '22 (net of backlog draw). We see valuation as supportive and maintain our Buy against a likely bottom on expectations.*

**12 September 2022**

Equity
United States
Alternative Energy

**Julien Dumoulin-Smith**
Research Analyst
BofAS
+1 646 855 5855
julien.dumoulin-smith@bofa.com

**Alex Vrabel**
Research Analyst
BofAS
+1 713 247-7751
alexander.vrabel@bofa.com

**Paul Zimbardo**
Research Analyst
BofAS
+1 646 855 1470
paul.zimbardo@bofa.com

**Anya Shelekhin**
Research Analyst
BofAS
+1 646 855 3753
anya.shelekhin@bofa.com

**Ryan Greenwald**
Research Analyst
BofAS
+1 646 556 2882
ryan.greenwald@bofa.com

**Dariusz Lozny, CFA**
Research Analyst
BofAS
+1 646 743 2122
dariusz.lozny@bofa.com

**Heidi Hauch**
Research Analyst
BofAS
+1 646 855 2689
heidi.hauch@bofa.com

ITC – Investment Tax Credit

PTC – Production Tax Credit

AES – AES Corp

GNRC – Generac

NEE – NextEra

NOVA – Sunnova Energy

RUN – SunRun

VST – Vistra Energy

**BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

Refer to important disclosures on page 8 to 11. Analyst Certification on page 6. Price Objective Basis/Risk on page 4.

Timestamp: 12 September 2022 08:34AM EDT

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

CB

# How bad has 2022 been from an outage standpoint?

If 2021 was a one off on the positive side for outage events, 2022 is shaping up to define the negative side. Topically, against the backdrop of this past weekend that has statistically defines peak Atlantic hurricane season, we emphasize that the tropics have been historically quiet this year with no storms in August for only the second time since satellite tracking (1967). With a slight uptick in September there have been only 5 named storms total, largely occurring in the last week and with none threatening landfall. While we caution that risks remain through the end of November, the reality today is that we see the pace of lead time compression realized at GNRC's corporate level reflecting this in part. We flag modestly incremental datapoints emerging in the West from an outage standpoint - PGE fire risk precipitated in short duration blackouts this weekend while CA teetered on needs to implement wide scale blackouts last week – but this is hardly a 2020/2021 story. In fact, our logging of daily outage events shows that on a ytd basis, 2022 is less than half as robust from an outage basis compared with 2020/2021.

Just 15mm customers have lost power at some point in the US at this point of the year vs 38mm last year and 31mm in 2020. Our count of the number of states with outage days over 0.5% of customers, as a proxy for a more major event, looks somewhat more positive suggesting that the few outages that are happening have been relatively severe in scope but the broader comparison is particularly weak. While unfortunate, this is a reality of GNRC's business model which hinges on opportunism and capacity to meet short cycle demand trends.

**Exhibit 1: Cumulative US Customers losing Power YoY**
2022 has seen less than half (15mm customers) lose power through September vs 2021 (38mm) and 2020 at (31mm)



**Source:** BofA Global Research

BofA GLOBAL RESEARCH

**Exhibit 2: Cumulative Days of Major Outages in 2022**
While there have been far less overall customers losing power in 2022, one positive data point for GNRC is that outages have generally still been severe



**Source:** BofA Global Research

BofA GLOBAL RESEARCH

While we find that investors often want to narrow in on one specific theme or geography to benchmark outage trends – hurricanes, CA wildfires and winter storms are often obvious places to start, we flag that that trends are relatively erratic. While both 2020 and 2021 were particularly robust storm years, they were so for very different reasons. In 2021, winter storm Uri is the dominant benchmark, with associated outages just in TX in accounting for 11mm of the 42mm daily reports of customers without power. In contrast, 2020 was defined by a wild second half where during August, September and October there were 29, 19 and 17 reported days of outage exceeding 100k customer at the state level. Simply put, 2021 was characterized a focused mass outage event early in the year vs extraordinarily broad events late in 2020. We reiterate

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 3 of 12    Document 75-10

CB

that during this period is when GNRC began to see its backlog blow out with lead times extending to more than half a year on an extended basis.

**Exhibit 3: Where did 2020 outages come from?**
In short, all over. During August, there were 29 major outage event days reported at the state level (RHS)



Source: BofA Global Research

BofA GLOBAL RESEARCH

**Exhibit 4: Where did 2021 outages come from?**
Winter Storm Uri was a huge driver (roughly a quarter of the cumulative total) alongside a robust hurricane season



Source: BofA Global Research

BofA GLOBAL RESEARCH

As can be seen in the earlier graphic (Exhibit 1), 2022 so far looks a lot like 2019 – but the question is whether 2019 is really the norm? Reverting back to a longer history on outage events maintained by the EIA, we note that data suggests 2019 was actually a comparatively very weak year. In fact, as measured on standardized basis using SAIDI (System Average Interruption Duration Index), SAIFI (System Average Interruption Frequency Index) and CAIDI (Customer Average Interruption Duration Index) which describe the average duration, frequency and time to restore power per customer respectively, 2019 represents the low point of the 5 year rolling average. By consequence, while we acknowledge 2022 as a weak year for outages, we don't see it as what should be priced into forward expectations. Against, this backdrop 2H22 and 2023 still risk surprising to the upside in GNRC's favor which further supports our Buy rating.

**Exhibit 5: A look back in time, is 2019 really the "normal" for outages?**
Data says 2019 is actually the low point of the 5 year average. With 2022 broadly analogous to 2022 we flag this as a point of caution for investors assuming that GNRC HSB sales rerate towards 2019 levels as a go forward assumption after landmark years in 2020/2021.



Source: BofA Global Research, EIA

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

CB

**Exhibit 5: A look back in time, is 2019 really the "normal" for outages?**
Data says 2019 is actually the low point of the 5 year average. With 2022 broadly analogous to 2022 we flag this as a point of caution for investors assuming that GNRC HSB sales rerate towards 2019 levels as a go forward assumption after landmark years in 2020/2021.

BofA GLOBAL RESEARCH

**Exhibit 6: Stocks mentioned**
Prices and ratings for stocks mentioned in this report

| BofA Ticker | Bloomberg ticker | Company name | Price | Rating |
|---|---|---|---|---|
| AES | AES US | AES Corp | US$ 27.43 | B-1-7 |
| GNRC | GNRC US | Generac | US$ 238 | B-1-9 |
| NEE | NEE US | NextEra Energy | US$ 89.9 | B-1-7 |
| NOVA | NOVA US | Sunnova Energy | US$ 28.13 | C-1-9 |
| RUN | RUN US | SunRun | US$ 38.45 | C-1-9 |
| VST | VST US | Vistra Energy | US$ 25.25 | B-1-7 |

**Source:** BofA Global Research

BofA GLOBAL RESEARCH

# Price objective basis & risk

## AES (AES)

Our price objective is $28 and is based on a sum of the parts analysis applying a blended valuation approach, the summation of 1) EV/EBITDA approach across global generation assets. We use an 8.0x base for US peer IPPs and apply a +6x premium for US distributed generation for further growth expectations, valuing them at 14x 24E EV/EBITDA. Meanwhile, we value the DevCo using a 10% discount on 4.5GW+ of annual renewables beyond '22 given market dynamics. In Asia, we apply various multiples based upon jurisdiction risk across the rest of the portfolio and overall investor appetite as reflected in local peer multiples. We use mark-to-market value of publicly listed LATAM subs as well as apply a P/E methodology for US regulated utilities using the peer multiple of 18.0x 24E. We also credit the company with Vietnam and its investment in Uplight.

Risks to our price objective and rating are: 1) regulatory, legislative, and political changes, 2) international currencies devaluing against the US dollar, 3) changes in value of Fluence (FLNC) subsidiary stock, 4) overall inability to execute on the renewables plan, 5) ability to control costs, 6) financing needs, and 7) tax policies.

## Generac Holdings Inc. (GNRC)

Our PO of $296/sh is based on a blended 75 / 25 EV/EBITDA / DCF valuation methodology. To account for growth, we use 15.5x / 13.5x 2023E / 2024E EV/EBITDA, which implies $322/sh. Our target multiple is a revenue-weighted average of cleantech and industrial peers, accounting for attractive end market growth and an earned premium to legacy industrial comps. Our DCF uses a 9.3% discount rate and a 14x terminal multiple, resulting in $216/sh.

Downside risks to our PO are: 1) aggressive tightening by the Fed drives higher-than-expected multiple derating of growth stocks like Generac, 2) supply chain inefficiencies and higher costs lead to slower-than-expected 1H22 margin recovery, 3) power outage environment runs out of steam, 4) disappointing home standby order intake over next six months, 5) incremental input cost squeeze, 6) increased competition in the energy storage market, 7) a large dilutive clean energy acquisition, 8) unfavorable regulatory change, 9) execution mistake penetrating new markets.

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 5 of 12    Document 75-10

CB

Upside risks are: 1) Another round of severe power outages, 2) Generac continues to see demand upside in CA and Texas, 3) demand and margin upside in the clean energy business sooner than we expect, 4) stronger-than-expected demand recovery in key C&I end markets such as telecom, 5) Shareholder-friendly use of the balance sheet, and 6) rollout of Enbala growth strategy surprises to the upside.

### NextEra Energy (NEE)

Our $94 PO is derived using an SOTP approach, with the utilities and parent segment valued on a 2024E P/E basis, and the generation segment valued on a 2024E EV/EBITDA basis. In addition, we include NEE's ownership stake in NextEra Energy Partners (NEP) as well as the value of fixed fee IDR (DCF, at 6.7% disc rate). We assign 24E peer multiple of 18.0x for electric and 25.9x for water (grossed up by 5% and 7%, respectively, to reflect capital appreciation) with discount/premium to reflect the growth/risk profile of the businesses. We apply a 4x premium for FPL and Gulf. For NEER, we apply a peer EV/EBITDA multiple of 12.2x, which we adjust depending on asset type. Give contracted renewables 4x premium given fuel type and contracted nature. We utilize a DCF of new renewable for projects beyond 2022. We value contracted nuclear on a DCF approach using a 7.5% discount rate. We apply a 1x premium multiple to pipelines, 1x discount to gas infrastructure and 1x discount for supply and trading given lower asset quality, a 1x premium for contracted gas peakers and 1x discount for merchant peakers (other), again based on asset quality.

Risks to achievement of PO and Rating are 1) regulatory outcomes, 2) weather & natural disasters, 3) commodity price changes, 4) fluctuations in stock prices for YieldCo NextEra Energy Partners, 5) renewable development margins.

### Sunnova Energy (NOVA)

We arrive at our $45/share price objective as follows. We value the PowerCo portion of the company by taking NPV equal to Net Customer Value (excl. Net Cash), equivalent to discounting cash flows from the existing asset by an unlevered 6% discount rate. We value expected future installed assets through 2029 on a DCF basis with cash flows discounted by 7% for leases and loans with an additional 14% discount rate on the NPV given future execution risk, in-line with peers. We assume ITC extension through 2032 and include a 6x terminal value multiple on 2029E NPV. We net out the NPV of G&A expense, including non-cash SBC costs and future expected corp capital needs. We attribute credit for 30% of estimated renewal value.

Downside risks to PO being achieved: NOVA is particularly exposed to rate sensitivity, credit spreads, net metering policies, and risk of broadly competitive environment for customer acquisition squeezing development margins.

Upside risks to PO being achieved: Better than expected recovery in rates and capital market conditions, better than expected growth prospects, better NEM 3.0 outcome, and if the ITC is extended beyond the current schedule.

### SunRun (RUN)

We arrive at our $55.00/share price objective in two pieces: PowerCo which is the DCF of existing home contracts is benchmarked against a 6% discount rate & DevCo which is the DCF of future years of subscribing new customers is benchmmarked at a 7% discount rate. In each case, this offers a cushion above RUN's legacy cost of debt as well as our future projections.

We discount the value creation of the future years of subscribing customers at a 12% discount rate and apply an 8x terminal value multiple on our 2029E NPV discounted back to 2022. We further include value from solar renewable energy credits for future DevCo assets on a DCF basis at a 12% discount rate and net out holding company recourse debt and cash.

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

CB

Downside risks: are associated with the ability to meet cost reduction expectations, MW deployment guidance, Net Energy Metering (NEM), and access to debt capital markets given the highly leveraged strategy employed.

**Vistra Energy (VST)**

Our $30 price objective is based on a 2024E SOTP valuation. We assign a discount/premium to the peer group EV/FCF multiple of 7.0x for each fuel within each geography, depending on our specific views for the asset type and market: We include the full $275mn of margin-enhancing initiatives as well as $200mn optimization benefits and the $275mn of synergies related to the DYN acquisition. We further capitalize our estimated income tax for the combined entity to reflect the higher tax burden than peers, and we include a $50mn NPV of TRA payments. We reflect Vistra Zero accretion at 12x EV/EBITDA, with '26 FCF discounted at 12% back to '23. We also reflect $500mn of ERCOT securitization proceeds (implied in net debt balance). Our average implied 24E EV/FCF multiple for the overall business is 4.8x based on our latest Mtm of commodities. We include impact from future bill credits from Uri storm & NPV of ERCOT uplifts, exclude Koch litigation.

Downside risks: 1) declining wholesale power & capacity prices, 2) competitive & regulatory change to retail businesses, principally in Texas, 3) operational issues pertaining to running power assets including Nuclear asset in Texas.

Upside risks: 1) VST may improve its retail margins and retain customers, 2) VST may beat its margin enhancements initiatives, 3) VST may see a decrease in the price of key inputs such as natural gas and coal, and 4) VST may see an increase in wholesale power prices.

## Analyst Certification

I, Julien Dumoulin-Smith, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01486-BHL    Filed 04/30/25    Page 7 of 12    Document 75-10

CB

**North America - Utilities and Alt Energy Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | AES | AES | AES US | Julien Dumoulin-Smith |
| | Alliant Energy Corporation | LNT | LNT US | Julien Dumoulin-Smith |
| | AltaGas | YALA | ALA CN | Dariusz Lozny, CFA |
| | Ameren Corporation | AEE | AEE US | Julien Dumoulin-Smith |
| | American Electric Power | AEP | AEP US | Julien Dumoulin-Smith |
| | Atlantica Sustainable Infrastructure | AY | AY US | Julien Dumoulin-Smith |
| | Atmos Energy Corporation | ATO | ATO US | Julien Dumoulin-Smith |
| | Black Hills Corporation | BKH | BKH US | Julien Dumoulin-Smith |
| | Bloom Energy | BE | BE US | Julien Dumoulin-Smith |
| | CenterPoint Energy | CNP | CNP US | Julien Dumoulin-Smith |
| | Cheniere Energy Inc | LNG | LNG US | Julien Dumoulin-Smith |
| | Clearway Energy | CWENA | CWEN/A US | Julien Dumoulin-Smith |
| | Clearway Energy | CWEN | CWEN US | Julien Dumoulin-Smith |
| | Constellation Energy Corp | CEG | CEG US | Paul Zimbardo |
| | Dominion Energy | D | D US | Paul Zimbardo |
| | DTE Energy | DTE | DTE US | Julien Dumoulin-Smith |
| | Duke Energy | DUK | DUK US | Julien Dumoulin-Smith |
| | Emera Inc | YEMA | EMA CN | Dariusz Lozny, CFA |
| | Entergy | ETR | ETR US | Paul Zimbardo |
| | Exelon | EXC | EXC US | Paul Zimbardo |
| | First Solar, Inc. | FSLR | FSLR US | Julien Dumoulin-Smith |
| | Generac Holdings Inc. | GNRC | GNRC US | Julien Dumoulin-Smith |
| | Hydro One | YH | H CN | Dariusz Lozny, CFA |
| | Idacorp | IDA | IDA US | Paul Zimbardo |
| | Maxeon Solar Technologies | MAXN | MAXN US | Julien Dumoulin-Smith |
| | NextEra Energy | NEE | NEE US | Julien Dumoulin-Smith |
| | NiSource Inc | NI | NI US | Julien Dumoulin-Smith |
| | OGE Energy Corp | OGE | OGE US | Julien Dumoulin-Smith |
| | ONE Gas, Inc. | OGS | OGS US | Julien Dumoulin-Smith |
| | PG&E Corporation | PCG | PCG US | Julien Dumoulin-Smith |
| | PNM Resources Inc. | PNM | PNM US | Julien Dumoulin-Smith |
| | PPL Corporation | PPL | PPL US | Paul Zimbardo |
| | Public Service Enterprise Group | PEG | PEG US | Julien Dumoulin-Smith |
| | ReNew Power | RNW | RNW US | Julien Dumoulin-Smith |
| | Sempra Energy | SRE | SRE US | Julien Dumoulin-Smith |
| | Southwest Gas Holdings | SWX | SWX US | Julien Dumoulin-Smith |
| | Sunnova Energy | NOVA | NOVA US | Julien Dumoulin-Smith |
| | SunRun | RUN | RUN US | Julien Dumoulin-Smith |
| | Tellurian Inc | TELL | TELL US | Julien Dumoulin-Smith |
| | Vistra Energy | VST | VST US | Julien Dumoulin-Smith |
| | WEC Energy Group Inc | WEC | WEC US | Julien Dumoulin-Smith |
| | Xcel Energy Inc | XEL | XEL US | Julien Dumoulin-Smith |
| **NEUTRAL** | | | | |
| | Allete Inc | ALE | ALE US | Julien Dumoulin-Smith |
| | Ameresco | AMRC | AMRC US | Julien Dumoulin-Smith |
| | ChargePoint Holdings | CHPT | CHPT US | Ryan Greenwald |
| | CMS Energy | CMS | CMS US | Julien Dumoulin-Smith |
| | Enphase Energy | ENPH | ENPH US | Julien Dumoulin-Smith |
| | Essential Utilities | WTRG | WTRG US | Ryan Greenwald |
| | Evergy, Inc | EVRG | EVRG US | Julien Dumoulin-Smith |
| | FirstEnergy | FE | FE US | Julien Dumoulin-Smith |
| | MDU Resources Group, Inc. | MDU | MDU US | Dariusz Lozny, CFA |
| | Northwest Natural Holdings | NWN | NWN US | Julien Dumoulin-Smith |
| | Ormat Technologies | ORA | ORA US | Julien Dumoulin-Smith |
| | Portland General Electric Company | POR | POR US | Julien Dumoulin-Smith |
| | SolarEdge Technologies | SEDG | SEDG US | Julien Dumoulin-Smith |
| | Southern Company | SO | SO US | Julien Dumoulin-Smith |
| | Spire | SR | SR US | Julien Dumoulin-Smith |
| | SunPower Corp. | SPWR | SPWR US | Julien Dumoulin-Smith |
| | TransAlta Corp | TAC | TAC US | Dariusz Lozny, CFA |
| | TransAlta Corporation | YTA | TA CN | Dariusz Lozny, CFA |
| | TransAlta Renewables Inc. | YRNW | RNW CN | Dariusz Lozny, CFA |
| | UGI Corp. | UGI | UGI US | Julien Dumoulin-Smith |

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

**North America - Utilities and Alt Energy Coverage Cluster**

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **UNDERPERFORM** | | | | |
| | Algonquin Power & Utilities Corp | AQN | AQN US | Dariusz Lozny, CFA |
| | Algonquin Power & Utilities Corp | YAQN | AQN CN | Dariusz Lozny, CFA |
| | American Water Works | AWK | AWK US | Ryan Greenwald |
| | Avangrid | AGR | AGR US | Paul Zimbardo |
| | Avista | AVA | AVA US | Julien Dumoulin-Smith |
| | Consolidated Edison | ED | ED US | Julien Dumoulin-Smith |
| | Edison International | EIX | EIX US | Paul Zimbardo |
| | Eversource Energy | ES | ES US | Paul Zimbardo |
| | EVgo Inc. | EVGO | EVGO US | Ryan Greenwald |
| | Fluence Energy | FLNC | FLNC US | Julien Dumoulin-Smith |
| | Fortis | YFTS | FTS CN | Dariusz Lozny, CFA |
| | Fortis Inc | FTS | FTS US | Dariusz Lozny, CFA |
| | FTC Solar | FTCI | FTCI US | Julien Dumoulin-Smith |
| | Hannon Armstrong | HASI | HASI US | Julien Dumoulin-Smith |
| | Hawaiian Electric Industries | HE | HE US | Julien Dumoulin-Smith |
| | MGE Energy | MGEE | MGEE US | Julien Dumoulin-Smith |
| | New Jersey Resources Corp | NJR | NJR US | Julien Dumoulin-Smith |
| | NextEra Energy Partners | NEP | NEP US | Julien Dumoulin-Smith |
| | NorthWestern Corporation | NWE | NWE US | Julien Dumoulin-Smith |
| | NRG Energy | NRG | NRG US | Julien Dumoulin-Smith |
| | Pinnacle West | PNW | PNW US | Julien Dumoulin-Smith |
| | TPI Composites | TPIC | TPIC US | Julien Dumoulin-Smith |
| | Unitil Corporation | UTL | UTL US | Julien Dumoulin-Smith |
| **RSTR** | | | | |
| | South Jersey Industries | SJI | SJI US | Julien Dumoulin-Smith |

# Disclosures

## Important Disclosures

**Equity Investment Rating Distribution: Alternative Energy Group (as of 30 Jun 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 6 | 42.86% | Buy | 5 | 83.33% |
| Hold | 3 | 21.43% | Hold | 2 | 66.67% |
| Sell | 5 | 35.71% | Sell | 4 | 80.00% |

**Equity Investment Rating Distribution: Machinery/Diversified Manufacturing Group (as of 30 Jun 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 26 | 41.94% | Buy | 12 | 46.15% |
| Hold | 16 | 25.81% | Hold | 10 | 62.50% |
| Sell | 20 | 32.26% | Sell | 5 | 25.00% |

**Equity Investment Rating Distribution: Utilities Group (as of 30 Jun 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 76 | 49.35% | Buy | 56 | 73.68% |
| Hold | 39 | 25.32% | Hold | 31 | 79.49% |
| Sell | 39 | 25.32% | Sell | 24 | 61.54% |

**Equity Investment Rating Distribution: Global Group (as of 30 Jun 2022)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1838 | 54.69% | Buy | 1121 | 60.99% |
| Hold | 757 | 22.52% | Hold | 475 | 62.75% |
| Sell | 766 | 22.79% | Sell | 369 | 48.17% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 9 of 12    Document 75-10

CB

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of both a stock's: absolute total return potential as well as its attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster[R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

[R2]Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

*INCOME RATINGS*, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website, or call 1-800-MERRILL to have them mailed.
BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: AES Corp, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Sunnova Energy.
The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: AES Corporation, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: AES Corporation, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: AES Corporation, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: AES Corporation, Generac, NextEra Energy, Sunnova Energy, SunRun.
BofAS or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: AES Corporation, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Generac, NextEra Energy, Vistra Energy.
BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: AES Corp, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: AES Corporation, Generac, NextEra Energy, Sunnova Energy, SunRun, Vistra Energy.
BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.
Prices are indicative and for information purposes only. Except as otherwise stated in the report, for any recommendation in relation to an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report and in relation to a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.
The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.
Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.
Refer to BofA Global Research policies relating to conflicts of interest.
**"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.**
*Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:*
BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). Note that BofA Securities Europe SA has registered address at 51 rue la Boétie, 75008 Paris, is registered under no. 842 602 690 RCS Paris, and its share capital can be found on BofASE's disclaimer webpage; BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 10 of 12    Document 76-10

CB

India (SEBI); Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**BofA ESGMeter Methodology:**

ESGMeter is a proprietary metric based on quantitative analysis and fundamental analyst inputs that reflects our assessment of a company's Environmental, Social and Governance-related attributes. The ESGMeter is intended to indicate a company's likelihood of experiencing stronger financial stability (higher return on equity and lower earnings and price volatility) over the next three years relative to peer group. There are three ESGMeter levels - Low, Medium, and High - which indicate whether a company has attributes most likely to translate into superior financial stability (in the case of a High level) or weaker financial stability (in the case of a Low level) over the next three years relative to its peer group. A Medium level suggests that a company exhibits ESG characteristics that are likely associated with financial stability results in line with its peer group over the next three years. Full details of our methodology, financial stability definition and disclaimers are available at BofA ESGMeter methodology. ESGMeter is not indicative of a company's future stock price performance and is not an investment recommendation or rating. ESGMeter is independent of the BofA Global Research fundamental equity analyst's investment rating, volatility risk rating, income rating or price objective for that company.

**Copyright and General Information:**

Copyright 2022 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01490-BHL    Filed 04/30/25    Page 11 of 12    Document 75-10

contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities. Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

This document is being provided for the exclusive use of KRIS ROSEMANN at GENERAC POWER SYSTEMS INC.

Case 2:22-cv-01436-BHL    Filed 04/30/25    Page 12 of 12    Document 73-10