# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:22-cv-01436-BHL <br><br> (Consolidated with Civil No. 2:23-cv-00081-BHL) <br><br> <u>CLASS ACTION</u> |

## [PROPOSED] ORDER

This matter came before the undersigned on a Motion to Consider Documents Under the Incorporation-By-Reference Doctrine Or By Judicial Notice ("Motion to Consider") filed by Defendants Generac Holdings Inc., Aaron Jagdfeld, and York A. Ragen (together, "Defendants") in support of Defendants' Motion to Dismiss the Amended Consolidated Complaint. Based upon the briefing and arguments presented by counsel, it is hereby ORDERED that:

Defendants' Motion to Consider is GRANTED.

DATED: _____       _____
HONORABLE BRETT H. LUDWIG
UNITED STATES DISTRICT JUDGE