| | |
|---|---|
| OAKLAND COUNTY VOLUNTARY EMPLOYEES BENEFICIARY ASSOCIATION, et al., | Case No. 2:22-cv-01436-BHL |
| Plaintiffs, | (Consolidated with Civil No. 2:23-cv-00081-BHL) |
| v. | <u>CLASS ACTION</u> |
| GENERAC HOLDINGS INC., AARON JAGDFELD, and YORK A. RAGEN, | |
| Defendants. | |

**DECLARATION OF JACQUELINE VALLETTE IN SUPPORT OF**
**DEFENDANTS' REPLY BRIEF**

I, Jacqueline Vallette, declare as follows:

1.      I am an attorney with the law firm Mayer Brown LLP, and counsel for Defendants Generac Holdings Inc. ("Generac"), Aaron Jagdfeld, and York A. Ragen (collectively, and together with Generac, "Defendants"). I am a member in good standing with the State Bars of Texas and California and admitted to practice in the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Reply Brief In Further Support Of Defendants' Motion to Dismiss The Amended Consolidated Complaint For Violation Of The Federal Securities Laws. I have personal knowledge of the facts set forth herein.

2.      Both of the exhibits attached hereto are referenced in the Amended Consolidated Complaint (ECF No. 66, the "SAC") and central to Plaintiffs' claims. *See* SAC ¶¶ 67(e) (referencing Ex. 15), 186-88 (referencing Ex. 16); *see also* ECF No. 77 at 1-2.

1

3. Attached hereto as Exhibit 15 is a true and correct copy of the transcript of Generac's earnings call for the first quarter of fiscal year 2022, dated May 4, 2022.

4. Attached hereto as Exhibit 16 is a true and correct copy of the William Blair Report, dated November 3, 2022.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of July, 2025 in Houston, Texas.

Jacqueline Vallette

2