# Exhibit 16

Equity Research
**Global Industrial Infrastructure | Industrial Technology**



November 3, 2022

# Generac Holdings Inc.

## Provides 2023 Guidance; Clean Energy in Worse Shape Than We Thought

**Brian Drab, CFA** +1 312 364 8280
bdrab@williamblair.com

**Blake Keating** +1 312 364 8673
bkeating@williamblair.com

**Tyler Hutin, CFA** +1 312 364 5129
thutin@williamblair.com

**Summary.** Generac reported third-quarter results that were in line with the recent preannouncement. Revenue increased 15% (10% organic), including approximately 5% organic growth in residential and 23% organic growth in C&I. Adjusted EPS declined 26%, to $1.75. Management reaffirmed the 2022 guidance issued in the preannouncement, which included a $560 million reduction in expected revenue for the year. We originally assumed nearly all the downward revision was attributable to a build-up of home-standby generator channel inventory, but we now understand that challenges in the clean energy (solar) business accounted for about one-third of the reduction. We discuss revelations regarding the clean energy business below. Management provided a preliminary forecast for 2023. The home standby assumptions in the forecast were in line with our most recent model. We, however, cut about $300 million in revenue from our forecast for the clean energy segment. This was the primary reason we lowered our 2023 adjusted EPS estimate from $8.47 to $7.74.

**Clean Energy.** Although we previously assumed the $560 million reduction in 2022 consolidated revenue guidance was almost entirely attributable to challenges in the home standby business, management disclosed that about one-third of the reduction (about $185 million) is associated with reduced expectations for the clean energy business in 2022. In fact, the primary adjustment we are making in our model following the full third-quarter report is related to the clean energy business. The company's dependence on distributor Pink Energy was more significant than we understood. Management has consistently indicated Generac works with many distributors in the solar and energy storage market, and that Generac has trained and certified over 2,000 dealers on the company's solar/energy storage product portfolio. We believe it will come as a surprise to many investors that Pink Energy likely accounted for more than half of Generac's solar/energy storage sales. Pink Energy filed for bankruptcy on October 7 and is no longer installing Generac products.

We now also believe the quality issues Generac has been experiencing with solar components, particularly a rapid shutdown device called the SnapRS, are severe enough that the company's reputation in the solar industry has been damaged. The next generation of the SnapRS, the RS802, was launched in June 2022. Some good news is that early indications are that the RS802 has a much lower failure rate than its predecessor, the RS801. In the third quarter, Generac reported $37 million in warranty charges associated with the clean energy business. Management said that replacement costs are "significantly weighted towards" labor, with hardware being the minority. Just as a point of reference, if we assume replacement hardware accounts for 25% of the $37 million in warranty charges, and the cost of goods for a SnapRS is $25-$30 (our estimate based on pricing found online), then Generac may be in the process of replacing about 300,000 of these devices in the field.

Generac Holdings is a leading provider of residential, commercial, and industrial generators. The company's residential business offers portable and residential standby generator systems sold through dozens of retailers (including Home Depot and Lowe's) and thousands of contractors. Generac's natural gas, gasoline, and diesel-based generators are also used as a backup electricity source in commercial/industrial applications, including gas stations, restaurants, cellular towers, hospitals, and manufacturing plants. Generac also sells products for the clean energy industry, including battery storage systems and home energy management solutions.

| | | **2021A** | **2022E** | **2023E** |
|---|---|---|---|---|
| Stock Rating: | | | | **Outperform** |
| Symbol: | | | | GNRC (NYSE) |
| Price: | | | $101.39 (52-Wk.: $101-$463) | |
| Market Value (M): | | | | $6,472 |
| Dividend/Yield: | | | | $0.00/0.00% |
| Fiscal Year End: | | | | December |
| **Estimates** | | | | |
| EPS | Q1 | $2.38 | $1.98 | $1.56 |
| | Q2 | $2.39 | $2.86 | $1.76 |
| | Q3 | $2.35 | $1.75 | $2.16 |
| | Q4 | $2.51 | $1.82 | $2.26 |
| | FY | $9.63 | $8.41 | $7.74 |
| Sales (M) FY | | $3,737.2 | $4,600.3 | $4,373.0 |
| **Valuation** | | | | |
| FY P/E | | 10.5x | 12.0x | 13.1x |
| CY P/E | | 10.5x | 12.0x | 13.1x |
| EV/Sales | | 2.2x | 1.8x | 1.8x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 63.8 |
| Float (M): | 62.9 |
| Avg. Daily Volume (90-day): | 1,561,424 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $31.92 |
| Return on Equity (TTM): | 21.2% |
| Enterprise Value (M): | $8,068 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 11 – 13. Analyst certification is on page 11.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

**Clean Energy (continued).** On the second quarter 2022 conference call, management estimated clean energy sales would total about $500 million in 2022. Updated guidance for 2022 clean energy sales is $300 million to $330 million. These figures include ecobee, which we estimate will generate about $150 million in revenue in 2022. Therefore, excluding Ecobee, guidance for the core clean energy business (primarily residential solar) is approximately $150 million to $180 million, down from about $225 million in 2021. Although the year-over-year decline is substantial, the situation looks even worse after deriving the run-rate for this business expected in the second half of 2022. If management was previously expecting clean energy revenue of $500 million in 2022, then the expectation was approximately $350 million excluding ecobee. We estimate the $350 million for the year included approximately $150 million in the first half of 2022. These estimates, and implied revenue guidance of $150 million to $180 million for core clean energy in 2022, indicate revenue in the second half of the year is expected to be less than $30 million. As a result, we believe Generac's core clean energy business is resetting at a much lower level than previously expected. Our estimate for 2023 clean energy is now $240 million, including $45 million core and $195 million from ecobee. We previously expected 2023 clean energy revenue of $550 million (based on what we thought was a conservative assumption of 10% growth on the expected $500 million in 2022). As a result, we have removed about $300 million in clean energy revenue from our 2023 forecast.

The reduction in core clean energy revenue is troubling for several reasons:

1) It now seems the business will likely generate only $10 million to $15 million per quarter in the near term, down from about $75 million per quarter in the first half of 2022.

2) An approximate 80% reduction in run-rate revenue for this business, we believe, means that on top of a customer concentration issue with Pink Energy, Generac is now finding it challenging to do business with other installers given the recent quality issues.

3) These realizations regarding clean energy hurt management's credibility, given there was no indication Generac had material customer concentration in this business.

4) The realization of customer concentration makes it clear that Generac has not been as successful as we believed at attracting distribution partners in the solar market, and recent quality issues will make building that distribution even more challenging.

5) The drop in volume will likely result in negative operating leverage, resulting in margin pressure and pushing out the company's goal for clean energy EBITDA margin to be in line with the corporate average eventually.

6) Although residential solar was running at only slightly more than 5% of total revenue, we believe Generac's entrance into this market resulted in an upward rerating of the stock given the promising long-term prospects of the solar industry and the rapid rate at which Generac had been growing the business. Before the recent issues, this business—which likely only generated revenue of about $10 million 2019—was on track to generate over $300 million in 2022. Given guidance indicates this business will report less than $30 million in the second half of 2022, the company's solar business, we believe, will be viewed by the market as a show-me story for the next several quarters. We believe the valuation expansion driven by the solar business has essentially completely reversed.

Management, however, is more optimistic regarding the outlook for the company's residential solar business. The guidance for 2023 includes "robust growth" for the company's clean energy technology portfolio, driven by expanding distribution and new products. We acknowledge that the clean energy portfolio also includes a growing subsegment of the C&I business, but the company's primary clean energy businesses (by a significant margin) have been residential solar and ecobee. "Robust growth" on top of the current forecast for $300 million to $330 million in 2022, in our view, suggests clean energy revenue of about $400 million in 2023. This is well above our current expectation for $240 million.

**Third-Quarter Detail.** Third-quarter revenue increased 15% year-over-year (10% organically), to $1.09 billion, slightly below the consensus estimate of $1.10 billion. Residential product sales increased 9% (4% organically), driven by sales of home standby generators (midteens growth) and the impact of recent acquisitions, in part offset by lower shipments of PWRcell energy storage systems. Despite year-over-year growth, residential sales were weaker than expected, with shipments of home standby generators and clean energy products below management's expectations. Commercial and industrial product sales increased 21% (23% organically), with growth across all channels domestically, strength in Europe, and contribution from recent acquisitions. Adjusted EBITDA (before minority interest) of $184 million (down 12% year-over-year) were in line the consensus estimate of $184 million, and adjusted EPS of $1.75 were in line with the consensus estimate of $1.75. In the

Case 2:22-cv-01436-BHL    Filed 07/30/25    Page 3 of 14    Document 82-2

quarter, Generac had to address a warranty situation with the upgrade of a component in the company's PWRcell energy storage system. This resulted in a $55 million charge for the third quarter, comprised of an $18 million bad debt reserve and a $37 million warranty charge.

**Guidance Detail.** Management updated the company's revenue and EBITDA margin guidance for 2022 and provided an initial outlook for 2023. For 2022, revenue is now expected to increase in a range of 22%-24% (including an approximate 5%-7% net tailwind from acquisitions and foreign currency translation). This would imply a range of $4.56 billion to $4.63 billion, down from previous guidance of $5.08 billion to $5.23 billion. The midpoint of the guidance, $4.60 billion, is below the consensus estimate (before the release) of $4.67 billion. Residential and commercial and industrial sales are both expected to increase at a low- to mid-20% rate in 2022. Adjusted EBITDA (before deducting minority interest) margin for 2022 is now expected to be in a range of 18%-19% (previously 21.5%-22.5%), with the midpoint below the consensus estimate of 21.6% (before the release). The midpoint of the guidance ranges for 2022 revenue and adjusted EBITDA margin implies adjusted EBITDA of about $850 billion, below the consensus estimate at the time of the release of $896 million.

For 2023, management anticipates weakness in the first half year-over-year, with a return to solid growth in the second half, resulting in a modest decline in overall net sales for the full year. Home standby generators are expected to face significant headwinds in the first half of 2023, due to the company working through massive backlog in 2022. As field inventories normalize, management believes sequential growth through the year will be strong, and that the segment will only have a modest decline in the second half year-over-year. Commercial and industrial products are expected to have strong sales growth throughout 2023. Guidance for 2023 assumes long-term baseline power outage activity and does not assume a prolonged recessionary environment impacting consumer spending. Despite the troubles with clean energy in the third quarter, management believes the segment will return to solid growth in 2023. Management also expects the company's PV microinverter product, PWRmicro, to have a phased commercial rollout in the first half of 2023, and a full commercial launch in the second half.

**Home Standby.** Sales of home standby generators grew at a midteens rate in the third quarter. Hurricane Ian drove total power outage activity well above the long-term average. Despite growing year-over-year, sales were below management's expectation. Installation capacity continues to lag Generac's production capacity. We believe the situation is exacerbated by lack of labor, permitting and utility related delays, and shortages in certain materials needed to complete an installation. We believe underlying demand for home standby generators remains near an all-time high. Although in-home consultations (IHCs) were down year-over-year, IHCs increased sequentially. In third quarter 2021, IHCs reached an all-time high, fueled in part by Hurricane Ida. Third quarter 2022 IHCs tied for the second highest level in the company's history (tied with first quarter 2021). The IHC count returned to year-over-year growth in October, driven in part by hurricane Ian. The year-to-date IHC total is more than triple the level reported in the first three quarters of 2019 (pre-pandemic).

The following table is our attempt at estimation of contribution from the different business lines within the residential segment. Management does not provide this breakdown. The table illustrates our expectation for home standby sales, and our estimate of sales in past periods for the category. Our forecast (updated after the preannouncement) for an approximate 20% decline in home standby sales in 2023 is unchanged from our model prior to the full earnings release.

**Generac Residential Segment Breakdown (William Blair Assumptions)**

($ in millions)

| Revenue | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22E | 2022E | 1Q23E | 2Q23E | 3Q22E | 4Q23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Home-Standby Generators* | 450 - 470 | 515 - 535 | 550 - 575 | 650 - 700 | 510 - 530 | 510 - 520 | 2,250 - 2,300 | 390 - 410 | 420 - 430 | 495 - 505 | 495 - 505 | 1,800 - 1,850 |
| *% change yoy* | *n.a.* | *n.a.* | *n.a.* | *n.a.* | *13%* | *-2%* | *n.a.* | *-29%* | *-37%* | *-4%* | *-3%* | *-20%* |
| *Clean Energy* | 60 - 65 | 65 - 75 | 100 - 110 | 115 - 125 | 40-45 | 45-50 | 300 - 325 | 40 - 50 | 50 - 60 | 60 - 70 | 70 - 80 | 230 - 250 |
| *% change yoy* | *n.a.* | *n.a.* | *n.a.* | *n.a.* | *-31%* | *-31%* | *n.a.* | *-57%* | *-54%* | *51%* | *56%* | *-24%* |
| *Portable Generators* | 55 - 60 | 55 - 60 | 55 - 60 | 55 - 60 | 55 - 60 | 55 - 60 | 220 - 240 | 55 - 65 | 55- 65 | 55 - 65 | 55 - 65 | 230 - 250 |
| *% change yoy* | *n.a.* | *n.a.* | *n.a.* | *n.a.* | *0%* | *0%* | *n.a.* | *3%* | *3%* | *3%* | *3%* | *3%* |
| *Chore Products* | 40 - 45 | 40 - 45 | 40 - 45 | 45 - 50 | 40-45 | 40-45 | 170 - 190 | 40 - 50 | 45 - 55 | 45 - 55 | 40 - 50 | 180 - 200 |
| *% change yoy* | *n.a.* | *n.a.* | *n.a.* | *n.a.* | *0%* | *0%* | *n.a.* | *5%* | *4%* | *16%* | *5%* | *7%* |
| Residential | 609 | 706 | 777 | 896 | 664 | 664 | ~3,000 | 550 | 590 | 675 | 680 | ~2,500 |
| *% change yoy* | *33%* | *42%* | *43%* | *49%* | *9%* | *-6%* | *22%* | *-29%* | *-34%* | *2%* | *2%* | *-16% to -18%* |

Source: William Blair estimates and company management

Note: Percent change year-over-year based on the midpoint of ranges

**Commercial and Industrial Products.** Backlog for commercial and industrial products remain at record levels, and expanded further in October, giving Generac visibility that growth will continue into 2023. Shipments to national telecom customers grew in the quarter year-over-year, as customers continue to invest in hardening existing sites, while also building out their 5G networks (which require backup power for resiliency). The segment had substantial growth with national and independent

Case 2:22-cv-01436-BHL   Filed 07/30/25   Page 4 of 14   Document 82-2

rental equipment customers in the quarter, and stationary generators, mobile products, and natural gas generators all continue to have robust demand. International sales had strength in all regions, particularly in Europe and Latin America. Generac's facility in Mexico is ramping up production for telecom products for the North American market, and the European region has had strong demand for C&I and portable generators. The company is also providing backup generators to Ukraine to address concerns over power security. On October 3, Generac completed the acquisition of Blue Pillar, an industrial internet of things (IoT) platform developer, that enables distributed energy generation monitoring and control. Blue Pillar's connectivity solutions can make previously stranded backup generators available for use by grid services programs through Generac's Concerto software platform, a step forward for management's vision to create a single user interface for a suite of connected commercial and industrial assets.

**Valuation and Conclusion.** Although home-standby sales will likely remain under pressure through the first half of 2023, we believe demand for the product category remains robust based on underlying metrics, particularly in-home consultations (which increased sequentially in the second quarter and third quarter and are near all-time highs). In addition, we continue to view Generac as an overall high-quality company with exposure to several attractive themes, including grid deterioration, home security, climate change, distributed power generation, and clean energy. At $101, shares trade at 9 times our 2023 EBITDA estimate (below the three-year average of 20 times) and 13 times our 2023 adjusted EPS estimate (below the three-year average of 27 times). Shares now trade at a 10% discount to the S&P 500 average multiple. As discussed above, the recent events in the company's residential solar business have made that business much less attractive and, we believe, erased most (if not all) of the value investors were assigning to that business. Prior to the company's entry into the clean energy market, Generac consistently traded with an EV/EBITDA multiple in the 11-13 range. We believe the current forward EV/EBITDA multiple of 9 times also implies an expectation for downside to our forecast for the balance of the company. We believe our forecast is appropriate, conservative, and underpinned by continuing strong demand for home standby generators, evidenced by continued growth in in-home consultations. When the industry reaches equilibrium—meaning the channel has a chance to work through inventory—we believe Generac will resume a growth trajectory. The clean energy business, in our view, is now essentially a free call option. We believe the current price will prove to be an attractive entry point. We maintain an Outperform rating.

**Risks.** Weather events, or lack of such events, can materially affect Generac's financial performance. Additional investment risks include end-market cyclicality and uncertainty regarding the company's growth trajectory in new markets such as California and clean energy.

**Third-Quarter Detail**

- Residential product revenue increased 9% year-over-year, to $664 million. Revenue growth in the segment was mostly driven by sales of home standby generators (midteens growth) and the impact of recent acquisitions, in part offset by lower shipments of PWRcell energy storage systems. Despite year-over-year growth, residential sales were weaker than expected, with shipments of home standby generators and clean energy products below management's expectations.

- Commercial and industrial revenue increased 21% year-over-year, to $311 million, with growth across all channels domestically, strength in Europe, and contribution from recent acquisitions. Backlog for C&I products remain at record levels, and expanded further in October, giving Generac visibility that growth will continue into 2023.

- Sales for the other products and services category increased 49% year-over-year, to $113 million, due to strength in aftermarket service parts and extended warranty recognition, as well as strong growth in services offerings globally. Management noted that recent acquisitions have services and subscription revenue that are included in the other product category.





**Margins.** Gross margin contracted 240 basis points year-over-year, to 33.2%, due to modest cost headwinds and a less favorable sales mix from lower home standby product sales. Operating expenses increased 68% year-over-year, which included a $55 million pre-tax charge comprised of $18 million of bad debt expense related to a clean energy customer that filed for bankruptcy (Pink Energy) and a $37 million charge for warranty related to clean energy products. Growth in operating expenses were also driven by recurring operating expenses from recent acquisitions, an increase in intangible amortization expense, and higher employee costs and marketing spend. As a percentage of sales, operating expenses (excluding intangible amortization expense) expanded 690 basis points year-over-year. Adjusted operating margin contracted 930 basis points, to 10.4%, and adjusted EBITDA margin (before minority interest) contracted 530 basis points, to 16.9%.

**Balance Sheet and Cash Flow.** At the end of the third quarter, Generac had $230 million in cash, total debt of $1.36 billion, and a total-debt-to-adjusted-EBITDA ratio of 1.6 times. Generac now has $1.48 billion of available liquidity, including $1.25 billion of availability on the company's revolving credit facility. Third-quarter free cash flow (cash from operations of negative $56 million less capital expenditures of $18 million) was negative $74 million, down from $41 million in third quarter 2021.

The decline in free cash flow was driven by lower operating earnings, increased tax payments, and higher working capital levels, in part offset by lower capital expenditures.

On October 3, 2022, Generac completed the acquisition of Blue Pillar, an industrial internet of things (IoT) platform developer, that enables distributed energy generation monitoring and control. Blue Pillar's connectivity solutions can make previously stranded backup generators available for use by grid services programs through Generac's Concerto software platform.

On June 1, 2021, Generac completed the acquisition of Deep Sea Electronics. The company's headquarters are in the United Kingdom, and Deep Sea Electronics is a manufacturer and designer of advanced controls. The acquisition is expected to enhance Generac's focus on natural gas power generation and help drive entry into microgrid applications.

On July 2, 2021, Generac completed the acquisition of California based, Chilicon Power. Chilicon expands Generac's addressable market in the solar industry, capitalizing on the grid-interactive microinverter and monitoring solutions provided by the company. The company plans to launch these products in second quarter 2022.

On September 1, 2021, Generac completed the acquisition of Apricity Code Corporation, based in Bend, Oregon, an advanced engineering and product design company focused on developing energy technology solutions.

On September 1, 2021, Generac completed the acquisition of Off Grid Energy, a designer and manufacturer of industrial-grade energy storage systems, based in Rugby, United Kingdom.

On October 1, 2021, Generac completed the acquisition of Tank Utility, a provider of IoT propane tank monitoring solutions that enable the optimization of propane fuel logistics, based in Boston, Massachusetts.

On December 1, 2021, Generac completed the acquisition of ecobee, a leader in sustainable home technology solutions including smart home energy devices that deliver significant energy savings, security and peace of mind, based in Toronto, Canada.

**Selected M&A Activity**

| Date | Target | Headquarters | Description | Segment | Purchase Price[1] | Acquired Revenue[2] |
|---|---|---|---|---|---|---|
| 10/3/2011 | Magnum Products | Berlin, WI | Light towers and mobile generators | C&I | $85M | $108M |
| 2/1/2012 | Gen-Tran | Alpharetta, GA | Transfer switch products for portables | Residential | n.d. | n.d. |
| 12/8/2012 | Ottomotores | Mexico | Industrial generators in Latin America | C&I | $38M | $82M |
| 8/1/2013 | Tower Light Srl | Italy | Mobile light towers in Europe | C&I | $76M | $48M |
| 11/1/2013 | Baldor Generators | Oshkosh, WI | Portable, mobile, standby, prime power | C&I | $46M | $60M |
| 9/2/2014 | Pramac America | Kearney, NE | Portable generators and water pumps | Residential | $5M | $20M |
| 10/1/2014 | Mac Inc. | Bismarck, ND | Mobile heaters for oil & gas construction | C&I | $56M | $40M |
| 8/1/2015 | Country Home Products | Vergennes, VT | Engine powered residential products | Residential | $75M | $75M |
| 3/1/2016 | PR Industrial | Italy | Stationary, mobile, and portable generators | Both | $61M[3] | $180M |
| 1/3/2017 | Motortech | Germany | Gaseous-engine control systems and accessories | C&I | n.d. | $40M |
| 6/1/2018 | Selmec | Mexico City | Power generators and after-sale support services | C&I | $50M[4] | $50M |
| 2/1/2019 | Captiva Energy Solutions | Kolkata, India | Customized industrial generators | C&I | n.d. | n.d. |
| 3/13/2019 | Neurio Technology Inc | Vancouver, Canada | Energy data co. - metering technology & analytics | Residential | $59.1M | $5-10M |
| 4/29/2019 | Pika Energy Inc | Westbrook, Maine | Manufacturer of integrated battery storage and solutions | Both | $49.1M | $5-10M |
| 7/1/2020 | Energy Systems | Stockton, California | Industrial distributor | Other | n.d. | n.d. |
| 9/1/2020 | Mean Green Products, LLC | Ross, Ohio | Battery-powered commercial turf care products | Residential | n.d. | $10M |
| 10/7/2020 | Enbala Power Networks Inc. | Denver, Colorado | Distributed energy optimization and control software | Other | n.d. | $10M |
| 6/1/2021 | Deep Sea Electronics Ltd. | United Kingdom | Advanced controls designer and manufacturer | C&I | $421M | $60-75M |
| 7/2/2021 | Chilicon Power | Los Angeles, CA | Provider of grid-interactive microinverter & monitoring solutions | Residential | n.d. | <$10M |
| 9/1/2021 | Apricity Code Corporation | Bend, Oregon | Specializes in design of energy-related products | Residential | n.d. | <$10M |
| 9/1/2021 | Off Grid Energy | United Kingdom | Industrial-grade mobile energy storage systems | C&I | n.d. | $50M |
| 10/1/2021 | Tank Utility | Boston, MA | Provider of IoT propane tank monitoring; optimization of propane logistics | Residential | n.d. | <$10M |
| 12/1/2021 | ecobee Inc. | Canada | Provider of sustainable smart home solutions | Residential | $770M | $125M |
| 10/3/2022 | Blue Pillar | Indianapolis, IN | Industrial IoT Platform | C&I | n.d. | n.d. |

1) Net of cash acquired, working capital acquired, debt assumed, and closing adjustments
2) William Blair Equity Research estimate for prior-year revenue
3) Acquired 65% of the company; included in Generac consolidated results
4) William Blair Equity Research
Source: Company reports and William Blair Equity Research

Case 2:22-cv-01436-BHL    Filed 07/30/25    Page 7 of 14    Document 82-2

**Forecast.** We have fine-tuned our 2022 and 2023 estimates to better reflect management's end-market commentary. A summary of our updated estimates is provided in the table below.

**Forecast**

| | 4Q22E | | | FY22E | | | FY23E | | |
|---|---|---|---|---|---|---|---|---|---|
| | WB Forecast | | | WB Forecast | | | WB Forecast | | |
| | New | Prior | Consensus | New | Prior | Consensus | New | Prior | Consensus |
| **Revenue** | $1,085 | $1,050 | $1,126 | $4,600 | $4,568 | $4,668 | $4,373 | $4,478 | $4,568 |
| **Adj. Op. Margin** | 15.7% | 15.4% | 14.9% | 16.6% | 16.5% | 14.7% | 17.0% | 17.1% | 16.3% |
| **Adj. EBITDA** | $184 | $189 | $233 | $822 | $843 | $896 | $784 | $860 | $943 |
| **Adj. EPS** | $1.82 | $1.78 | $2.25 | $8.41 | $8.62 | $9.21 | $7.74 | $8.47 | $9.19 |

1) Figures in millions, except per-share items
2) Consensus figures immediately prior to the earnings release
Sources: Factset and William Blair Equity Research

**Third Quarter 2022 Variance Table**

**Figures in millions (except per-share items)**

| Income Statement | 3Q22 | 3Q21 | % Δ | WB Est. 3Q22 | % Δ |
|---|---|---|---|---|---|
| Revenue | $1,088 | $943 | 15.4% | $1,090 | -0.2% |
| Gross Income | $361 | $336 | 7.5% | $382 | -5.4% |
| *Gross margin* | *33.2%* | *35.6%* | | *35.0%* | |
| Operating Income | $169 | $186 | -9.3% | $167 | 0.7% |
| *Operating margin* | *15.5%* | *19.7%* | | *15.4%* | |
| *GAAP Tax Rate* | *16.1%* | *19.7%* | | *24.0%* | |
| *Cash Tax Rate* | *45.6%* | *18.9%* | | *24.0%* | |
| Adj. Net Income | $112 | $151 | -25.8% | $113 | -1.0% |
| *Adj. NI margin* | *10.3%* | *16.0%* | | *10.4%* | |
| Diluted Shares Outstanding | 64.3 | 64.2 | 0.1% | 64.3 | -0.1% |
| GAAP EPS (Cont. Ops) | $0.91 | $2.05 | -55.8% | $0.79 | 15.4% |
| Adjusted EPS | $1.75 | $2.35 | -25.8% | $1.75 | -0.2% |
| Adjusted EBITDA | $183.82 | $209 | -12.1% | $184 | -0.1% |
| *Adj. EBITDA margin* | *16.9%* | *22.2%* | | *16.9%* | |
| **Segment Sales** | | | | | |
| Residential & Portable | $664 | $609 | 9.1% | $700 | -5.1% |
| Commercial & Industrial | $311 | $258 | 20.5% | $297 | 4.8% |
| RV & Other | $113 | $76 | 49.5% | $93 | 21.5% |

Source: Company data and William Blair Equity Research

# Generac Holdings Inc (GNRC) Flash Analytics

### Third Quarter 2022 Earnings



**REVENUE PROFILE ($M)**

| TOTAL REVENUE ($M) | **$1,088** | Reported Revenue Growth | 15.4% |
| | | Net Acquisition & FX | 5.2% |
| | | Organic Revenue Growth | 10.2% |

**REVENUE (BY SEGMENT, %)**
- Residential 61%
- Commercial & Industrial 29%
- Other 10%

**SEGMENT ORGANIC REVENUE GROWTH**
- Residential 4%
- Commercial & Industrial 23%

**ADJUSTED EBITDA MARGIN**

| ADJUSTED EBITDA ($M) | **$184** | ADJUSTED EBITDA MARGIN | ⬇ | **530 bp** |

**FREE CASH FLOW ($M)**

| FREE CASH FLOW ($M) | ⬇ | **$116** |

## 3Q22 SUMMARY

| Results | 3Q22 Actual | Consensus |
|---|---|---|
| ● Revenue ($M) | $1,088 | $1,090 |
| ● Adj EBITDA Margin | 16.9% | 16.9% |
| ● Adjusted EPS | $1.75 | $1.75 |

| 2022 Guidance | Updated | Previous | Consensus[1] |
|---|---|---|---|
| ● Revenue ($B) | $4.56 - $4.63 | $5.08 - $5.23 | $4.67 |
| ● Adj EBITDA Margin | 18% - 19% | 21.5% - 22.5% | 19.2% |

1) Consensus figures immediately prior to the earnings release

Source: Company reports and William Blair Equity Research

Case 2:22-cv-01436-BHL    Filed 07/30/25    Page 9 of 14    Document 82-2

# William Blair

**Generac Holdings Inc.** | **Rating: Outperform**

November 3, 2022: $101.39 ($101–$481)

Earnings Model

($ in millions, except per-share items)

| Fiscal year end: December | FY16 | FY17 | FY18 | FY19 | FY20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | FY21 | 1Q22 | 2Q22 | 3Q22 | 4Q22E | FY22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Income Statement*** | | | | | | | | | | | | | | | | | | | | |
| Net Sales | $1,444.5 | $1,679.4 | $2,023.5 | $2,204.3 | $2,485.2 | $807.4 | $920.0 | $942.7 | $1,067.1 | $3,737.2 | $1,135.9 | $1,291.4 | $1,088.3 | $1,084.8 | $4,600.3 | $971.6 | $1,057.7 | $1,166.1 | $1,177.5 | $4,373.0 |
| Cost of Goods Sold | 923.4 | 1094.6 | 1298.4 | 1406.6 | 1521.3 | 485.6 | 580.2 | 606.7 | 704.5 | 2377.1 | 775.1 | 834.4 | 727.2 | 719.2 | 3055.9 | 643.2 | 698.1 | 767.3 | 772.5 | 2881.0 |
| *Gross Profit* | 521.1 | 584.8 | 725.0 | 797.8 | 963.9 | 321.8 | 339.7 | 336.0 | 362.5 | 1360.1 | 360.7 | 457.0 | 361.1 | 365.6 | 1544.4 | 328.4 | 359.6 | 398.8 | 405.1 | 1491.9 |
| Selling & Service | 164.6 | 174.8 | 191.9 | 217.7 | 243.8 | 68.4 | 78.8 | 82.2 | 89.6 | 319.0 | 98.2 | 120.1 | 115.1 | 116.1 | 449.5 | 104.0 | 111.1 | 110.8 | 110.7 | 436.5 |
| Research & Development | 37.2 | 42.9 | 50.0 | 68.4 | 80.3 | 22.4 | 25.3 | 27.2 | 29.4 | 104.3 | 39.7 | 41.6 | 40.0 | 41.2 | 162.5 | 36.9 | 38.1 | 40.8 | 40.0 | 155.8 |
| General & Administrative | 70.3 | 87.6 | 103.8 | 110.9 | 117.0 | 32.9 | 41.6 | 40.8 | 50.4 | 165.7 | 42.0 | 52.6 | 37.5 | 38.0 | 170.0 | 34.0 | 39.2 | 42.0 | 41.2 | 156.4 |
| *Adjusted Operating Profit* | 248.9 | 279.5 | 379.3 | 400.8 | 522.8 | 198.1 | 194.0 | 185.8 | 193.1 | 771.0 | 180.8 | 242.7 | 168.5 | 170.3 | 762.4 | 153.5 | 171.2 | 205.2 | 213.1 | 743.1 |
| Interest Expense (Income), Net | 40.6 | 38.9 | 34.3 | 34.1 | 28.2 | 6.5 | 6.8 | 7.2 | 8.5 | 28.9 | 8.8 | 9.5 | 14.1 | 20.6 | 53.0 | 21.0 | 21.0 | 21.0 | 21.0 | 84.1 |
| Other Expense (Income), Net | (1.4) | (0.1) | 2.2 | (0.5) | 2.7 | (0.2) | (4.6) | (5.1) | (8.2) | (18.1) | 4.6 | (7.8) | 7.4 | 0.0 | 4.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Nonrecurring and Amortization Expense / (Income) | 53.4 | 37.0 | 31.7 | 47.6 | 45.7 | 6.5 | 17.5 | 18.3 | 26.3 | 68.6 | 21.9 | 37.6 | 75.0 | 25.8 | 160.2 | 26.6 | 26.6 | 26.6 | 26.6 | 106.3 |
| *Income Before Taxes* | 156.4 | 203.7 | 311.1 | 319.6 | 446.2 | 185.3 | 174.3 | 165.4 | 166.6 | 691.5 | 145.5 | 203.5 | 72.0 | 123.9 | 545.0 | 105.9 | 123.7 | 157.7 | 165.5 | 552.8 |
| Income Tax Provision | 57.6 | 44.1 | 69.9 | 67.3 | 99.0 | 35.4 | 46.4 | 32.6 | 20.6 | 135.0 | 28.6 | 45.8 | 11.6 | 30.4 | 116.4 | 25.9 | 30.3 | 38.6 | 40.6 | 135.4 |
| *Net Income* | 98.8 | 159.6 | 241.2 | 252.3 | 347.2 | 149.9 | 127.9 | 132.8 | 146.0 | 556.6 | 116.9 | 157.6 | 60.4 | 93.6 | 428.6 | 80.0 | 93.4 | 119.0 | 125.0 | 417.3 |
| Noncontrolling Interests | 0.0 | 1.7 | 3.0 | 0.3 | (3.4) | 1.0 | 0.9 | 1.2 | 3.1 | 6.1 | 3.0 | 1.3 | 2.2 | 3.0 | 9.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Reported Net Income* | 98.8 | 157.8 | 238.3 | 252.0 | 350.6 | 149.0 | 127.0 | 131.6 | 142.9 | 550.5 | 113.9 | 156.4 | 58.3 | 90.5 | 419.0 | 80.0 | 93.4 | 119.0 | 125.0 | 417.3 |
| Redeemable noncontrolling interest redemption value adj. | 0.0 | 0.0 | 18.0 | (1.2) | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Net Income Available to Common* | 98.8 | 157.8 | 220.3 | 253.3 | 348.3 | 149.0 | 127.0 | 131.6 | 142.9 | 550.5 | 113.9 | 156.4 | 58.3 | 90.5 | 419.0 | 80.0 | 93.4 | 119.0 | 125.0 | 417.3 |
| Net After-Tax Nonrecurring and Amort. Expense / (Income) | 101.7 | 55.5 | 54.5 | 67.0 | 65.0 | 4.0 | 26.4 | 19.7 | 17.2 | 67.3 | 14.7 | 29.3 | 53.8 | 25.8 | 123.6 | 20.1 | 20.1 | 20.1 | 20.1 | 80.2 |
| Adjusted Noncontrolling Interests | 2.2 | 3.2 | 3.5 | 1.5 | (0.0) | 1.2 | 1.1 | 1.3 | 1.4 | 5.0 | 3.5 | 1.7 | 2.0 | 2.0 | 9.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Adjusted Net Income** | **$198.3** | **$211.9** | **$292.2** | **$317.8** | **$412.2** | **$152.7** | **$153.2** | **$151.1** | **$161.9** | **$618.9** | **$128.2** | **$185.3** | **$112.2** | **$117.3** | **$543.0** | **$100.0** | **$113.4** | **$139.1** | **$145.0** | **$497.6** |
| **Diluted EPS** | | | | | | | | | | | | | | | | | | | | |
| Average Diluted Shares Outstanding | 65.4 | 62.6 | 62.2 | 62.9 | 63.7 | 64.1 | 64.1 | 64.2 | 64.5 | 64.3 | 64.8 | 64.7 | 64.3 | 64.3 | 64.5 | 64.3 | 64.3 | 64.3 | 64.3 | 64.3 |
| Reported Diluted EPS | $1.50 | $2.54 | $3.54 | $4.03 | $5.46 | $2.32 | $1.98 | $2.05 | $2.22 | $8.57 | $1.76 | $2.42 | $0.91 | $1.41 | $6.49 | $1.24 | $1.45 | $1.85 | $1.94 | $6.49 |
| Nonrecurring Expense (Income) | 1.55 | 0.89 | 0.88 | 1.07 | 1.02 | 0.06 | 0.41 | 0.31 | 0.27 | 1.05 | 0.23 | 0.45 | 0.84 | 0.40 | 1.92 | 0.31 | 0.31 | 0.31 | 0.31 | 1.25 |
| **Adjusted Diluted EPS** | **$3.03** | **$3.38** | **$4.70** | **$5.06** | **$6.47** | **$2.38** | **$2.39** | **$2.35** | **$2.51** | **$9.63** | **$1.98** | **$2.86** | **$1.75** | **$1.82** | **$8.41** | **$1.56** | **$1.76** | **$2.16** | **$2.26** | **$7.74** |
| Adjusted EBITDA | $274.6 | $310.8 | $416.8 | $449.2 | $581.4 | $212.0 | $215.7 | $207.0 | $217.5 | $852.1 | $193.0 | $267.7 | $180.2 | $184.4 | $821.9 | $163.8 | $181.5 | $215.5 | $223.4 | $784.2 |
| Adjusted EBITDA (Before Minority Interest) | $278.4 | $316.9 | $424.6 | $454.1 | $583.8 | $214.2 | $217.7 | $209.2 | $220.4 | $861.4 | $196.4 | $271.5 | $183.8 | $187.9 | $836.2 | $166.8 | $184.5 | $218.5 | $226.4 | $796.2 |
| Effective Tax Rate | 36.8% | 21.7% | 22.5% | 21.1% | 22.2% | 19.1% | 26.6% | 19.7% | 12.4% | 19.5% | 19.7% | 22.5% | 16.1% | 24.5% | 21.4% | 24.5% | 24.5% | 24.5% | 24.5% | 24.5% |
| Cash Tax Rate | 5.9% | 12.6% | 15.1% | 15.0% | 17.9% | 20.4% | 21.5% | 18.9% | 17.8% | 19.7% | 24.6% | 26.6% | 45.6% | 24.5% | 28.1% | 24.5% | 24.5% | 24.5% | 24.5% | 29.2% |
| **% of Sales** | | | | | | | | | | | | | | | | | | | | |
| Net Sales | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Goods Sold | 63.9% | 65.2% | 64.2% | 63.8% | 61.2% | 60.1% | 63.1% | 64.4% | 66.0% | 63.6% | 68.2% | 64.6% | 66.8% | 66.3% | 66.4% | 66.2% | 66.0% | 65.8% | 65.6% | 65.9% |
| *Gross Profit* | 36.1% | 34.8% | 35.8% | 36.2% | 38.8% | 39.9% | 36.9% | 35.6% | 34.0% | 36.4% | 31.8% | 35.4% | 33.2% | 33.7% | 33.6% | 33.8% | 34.0% | 34.2% | 34.4% | 34.1% |
| Operating Expenses | 18.8% | 18.2% | 17.1% | 18.0% | 17.7% | 15.3% | 15.8% | 15.9% | 15.9% | 15.8% | 15.8% | 16.6% | 17.7% | 18.0% | 17.0% | 17.8% | 17.8% | 16.6% | 16.3% | 17.1% |
| *Adjusted Operating Profit* | 17.2% | 16.6% | 18.7% | 18.2% | 21.0% | 24.5% | 21.1% | 19.7% | 18.1% | 20.6% | 15.9% | 18.8% | 15.5% | 15.7% | 16.6% | 15.8% | 16.2% | 17.6% | 18.1% | 17.0% |
| Adjusted EBITDA | 19.0% | 18.5% | 20.6% | 20.4% | 23.4% | 26.3% | 23.4% | 22.0% | 20.4% | 22.8% | 17.0% | 20.7% | 16.6% | 17.0% | 17.9% | 16.9% | 17.2% | 18.5% | 19.0% | 17.9% |
| Adjusted EBITDA (Before Minority Interest) | 19.3% | 18.9% | 21.0% | 20.6% | 23.5% | 26.5% | 23.7% | 22.2% | 20.7% | 23.1% | 17.3% | 21.0% | 16.9% | 17.3% | 18.2% | 17.2% | 17.4% | 18.7% | 19.2% | 18.2% |
| Adjusted Net Income | 13.7% | 12.6% | 14.4% | 14.4% | 16.6% | 18.9% | 16.7% | 16.0% | 15.2% | 16.6% | 11.3% | 14.3% | 10.3% | 10.8% | 11.8% | 10.3% | 10.7% | 11.9% | 12.3% | 11.4% |
| **Growth Rates** | | | | | | | | | | | | | | | | | | | | |
| Net Sales | 9.6% | 16.3% | 20.5% | 8.9% | 12.7% | 69.7% | 68.2% | 34.4% | 40.2% | 50.4% | 40.7% | 40.4% | 15.4% | 1.7% | 23.1% | -14.5% | -18.1% | 7.2% | 8.6% | -4.9% |
| Cost of Goods Sold | 7.7% | 18.5% | 18.6% | 8.3% | 8.2% | 60.0% | 75.0% | 42.7% | 52.9% | 56.3% | 59.6% | 43.8% | 19.9% | 2.1% | 28.6% | -17.0% | -16.3% | 5.5% | 7.4% | -5.7% |
| *Gross Profit* | 13.3% | 12.2% | 24.0% | 10.0% | 20.8% | 86.8% | 57.8% | 21.7% | 20.8% | 41.1% | 12.1% | 34.5% | 7.5% | 0.8% | 13.6% | -9.0% | -21.3% | 10.4% | 10.8% | -3.4% |
| Operating Expenses | 25.9% | 12.2% | 13.3% | 14.8% | 11.1% | 21.7% | 36.8% | 33.4% | 40.9% | 33.6% | 45.5% | 47.0% | 28.2% | 15.3% | 32.8% | -2.8% | -12.1% | 0.5% | -1.7% | -4.3% |
| *Adjusted Operating Profit* | 2.1% | 12.3% | 35.7% | 5.7% | 30.4% | 180.4% | 78.5% | 13.6% | 7.3% | 47.5% | -8.7% | 25.1% | -9.3% | -11.8% | -1.1% | -15.1% | -29.4% | 21.8% | 25.1% | -2.5% |
| Adjusted EBITDA (before minority interest) | 2.8% | 13.8% | 34.0% | 7.0% | 28.6% | 149.0% | 76.8% | 17.0% | 12.5% | 47.6% | -8.3% | 24.7% | -12.1% | -14.7% | -2.9% | -15.1% | -32.0% | 18.9% | 20.5% | -4.8% |
| Adjusted Net Income | 0.1% | 6.9% | 37.9% | 8.8% | 29.7% | 177.3% | 73.2% | 13.7% | 19.3% | 50.2% | -16.1% | 20.9% | -25.8% | -27.5% | -12.3% | -21.9% | -38.8% | 24.0% | 23.6% | -8.4% |
| Adjusted Diluted EPS | 5.9% | 11.5% | 38.8% | 7.7% | 27.9% | 173.8% | 71.2% | 12.9% | 18.3% | 48.9% | -17.0% | 19.7% | -25.8% | -27.3% | -12.6% | -21.3% | -38.4% | 23.9% | 23.6% | -8.0% |

Source: Company data and William Blair Equity Research

Case 2:22-cv-01436-BHL     Filed 07/30/25     Page 10 of 14     Document 82-2

**Segment Detail**

($ in millions, except per share)

| | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | 1Q22 | 2Q22 | 3Q22 | 4Q22E | FY22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Segment Analysis*** | | | | | | | | | | | | | | | | | |
| **Segment Sales** | | | | | | | | | | | | | | | | | |
| Residential | 674 | 772 | 870 | 1,043 | 1,144 | 1,557 | 2,457 | 777 | 896 | 664 | 664 | 3,001 | 550 | 590 | 675 | 680 | 2,495 |
| Commercial & Industrial | 549 | 558 | 684 | 820 | 872 | 702 | 999 | 279 | 309 | 311 | 321 | 1,220 | 321 | 364 | 367 | 379 | 1,431 |
| Other | 95 | 114 | 125 | 160 | 189 | 227 | 281 | 80 | 86 | 113 | 100 | 379 | 101 | 103 | 124 | 119 | 447 |
| *Total Sales* | 1,317 | 1,444 | 1,679 | 2,023 | 2,204 | 2,485 | 3,737 | 1,136 | 1,291 | 1,088 | 1,085 | 4,600 | 972 | 1,058 | 1,166 | 1,178 | 4,373 |
| | | | | | | | | | | | | | | | | | |
| **Segment Sales Growth** | | | | | | | | | | | | | | | | | |
| Residential | -7% | 15% | 13% | 20% | 10% | 36% | 58% | 43% | 49% | 9% | -6% | 22% | -29% | -34% | 2% | 2% | -17% |
| Commercial & Industrial | -16% | 2% | 23% | 20% | 6% | -19% | 42% | 38% | 22% | 20% | 13% | 22% | 15% | 18% | 18% | 18% | 17% |
| Other | 10% | 20% | 9% | 29% | 18% | 20% | 24% | 27% | 31% | 49% | 30% | 35% | 26% | 20% | 10% | 18% | 18% |
| *Total Sales Growth* | -10% | 10% | 16% | 20% | 9% | 13% | 50% | 41% | 40% | 15% | 2% | 23% | -14% | -18% | 7% | 9% | -5% |
| | | | | | | | | | | | | | | | | | |
| **Percentage of Total Segment Sales** | | | | | | | | | | | | | | | | | |
| Residential | 51% | 53% | 52% | 52% | 52% | 63% | 66% | 68% | 69% | 61% | 61% | 65% | 57% | 56% | 58% | 58% | 57% |
| Commercial & Industrial | 42% | 39% | 41% | 41% | 40% | 28% | 27% | 25% | 24% | 29% | 30% | 27% | 33% | 34% | 31% | 32% | 33% |
| Other | 7% | 8% | 7% | 8% | 9% | 9% | 8% | 7% | 7% | 10% | 9% | 8% | 10% | 10% | 11% | 10% | 10% |
| *Total Sales* | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | | | | | | | | | | | |
| **Segment Sequential Sales Growth** | | | | | | | | | | | | | | | | | |
| Residential | | | | | | | | 10% | 15% | -26% | 0% | | -17% | 7% | 14% | 1% | |
| Commercial & Industrial | | | | | | | | -2% | 11% | 1% | 3% | | 0% | 14% | 1% | 3% | |
| Other | | | | | | | | 4% | 7% | 31% | -11% | | 1% | 2% | 20% | -5% | |
| *Total Sequential Sales Growth* | | | | | | | | 6% | 14% | -16% | 0% | | -10% | 9% | 10% | 1% | |
| | | | | | | | | | | | | | | | | | |
| **Segment Organic Sales Growth** | | | | | | | | | | | | | | | | | |
| Residential | -12% | 2% | 12% | 20% | 8% | 34% | 56% | 38% | 42% | 4% | -9% | 17% | -29% | -34% | 2% | 2% | -17% |
| Commercial & Industrial | -20% | -23% | 11% | 16% | 5% | -19% | 32% | 24% | 16% | 23% | 13% | 19% | 15% | 18% | 18% | 18% | 17% |
| Other | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. | n.m. |
| *Total Organic Sales Growth* | -14% | -8.3% | 11.4% | 18.7% | 7.6% | 11.7% | 46.1% | 33% | 33% | 10% | -2% | 17.4% | -14% | -18% | 7% | 9% | -4.9% |

Source: Company data and William Blair Equity Research

Case 2:22-cv-01436-BHL     Filed 07/30/25     Page 11 of 14     Document 82-2

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Generac Holdings Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Generac Holdings Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Generac Holdings Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Brian Drab attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32653.20
S&P 500: 3856.10
NASDAQ: 10890.80



**Generac Holdings Inc. Rating History as of 11/02/2022**
powered by: BlueMatrix

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 3, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 10 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 4 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

Case 2:22-cv-01436-BHL    Filed 07/30/25    Page 12 of 14    Document 82-2

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

Case 2:22-cv-01436-BHL    Filed 07/30/25    Page 13 of 14    Document 82-2



# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee   +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA   +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Raju Prasad, Ph.D., Partner   +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez   +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney   +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann   +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA   +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA   +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA   +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi   +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**