UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

OAKLAND COUNTY VOLUNTARY
EMPLOYEES' BENEFICIARY
ASSOCIATION, et al., Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

      vs.

GENERAC HOLDINGS INC., et al.,

                    Defendants.

Civil No. 2:22-cv-01436-bhl (Consolidated
with Civil No. 2:23-cv-00081-bhl)

<u>CLASS ACTION</u>

---

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES

---

Pursuant to Civil L.R. 7(k), Plaintiffs respectfully submit *Ind. Pub. Ret. Sys. v. Rivian Auto., Inc.*, 2025 WL 2426714 (C.D. Cal. Aug. 20, 2025), attached hereto as Exhibit A, and *Hawkins v. Danaher Corp.*, 2025 WL 2216149 (D.D.C. Aug. 4, 2025), attached hereto as Exhibit B, as relevant to certain sections of Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion for Consideration ("Plaintiffs' Opposition") (ECF 80).

First, Plaintiffs respectfully submit Exhibit A as relevant to Section III.B.2 ("Defendants' Misleading Half-Truths Are Actionable"), including subsections (a)-(c); Section III.C.1 ("Direct Evidence Is Not Required"); and Section III.C.3(a) ("Defendants' Direct Responsibilities, Close Monitoring, and Frequent Statements Support Scienter") of Plaintiffs' Opposition.

Second, Plaintiffs respectfully submit Exhibit B as relevant to Section III.B.1 ("The Concealed Facts Were Material"), including subsections (a), (c)-(e); and Section III.B.2(a) ("The Generator Sales Metrics Statements") of Plaintiffs' Opposition.

DATED:  August 26, 2025                    ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           JAMES E. BARZ
                                           FRANK A. RICHTER
                                           MICHAEL J. STRAMAGLIA


                                                   s/ James E. Barz
                                                   JAMES E. BARZ

                                           200 South Wacker Drive, 31st Floor
                                           Chicago, IL  60606
                                           Telephone:  630/696-4107
                                           jbarz@rgrdlaw.com
                                           frichter@rgrdlaw.com
                                           mstramaglia@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com

Lead Counsel for Plaintiffs

ADEMI LLP
GURI ADEMI
JESSE FRUCHTER
JOHN D. BLYTHIN
3620 East Layton Avenue
Cudahy, WI  53110
Telephone:  414/482-8000
414/482-8001 (fax)
gademi@ademilaw.com
jfruchter@ademilaw.com
jblythin@ademilaw.com

ATOLLES LAW, S.C.
ANDREW T. PHILLIPS
222 E Erie Street, Suite 210
Milwaukee, Wisconsin  53202
Telephone:  414/644-0391
414/278-7590 (fax)
aphillips@attolles.com

Local Counsel

KLAUSNER, KAUFMAN, JENSEN
  & LEVINSON
ROBERT D. KLAUSNER
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
bob@robertdklausner.com

Additional Counsel for Plaintiffs

- 2 -