UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CITY PENSION FUND FOR FIREFIGHTERS
AND POLICE OFFICERS IN THE CITY OF
TAMPA BAY and CITY OF MIAMI FIRE
FIGHTERS' AND POLICE OFFICERS'
RETIREMENT TRUST, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 22-cv-1436-bhl

GENERAC HOLDINGS INC., et al.

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that this consolidated action is dismissed and Plaintiffs recover nothing.

Dated at Milwaukee, Wisconsin on April 30, 2026.

LINDA M. KLEMM
Clerk of Court

s/ *Julie D.*
(By) Deputy Clerk